**Exhibit A**

RLF1 19035745v.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
:
In re: : Chapter 11
:
**The Weinstein Company Holdings LLC,** : Case No. 18-10601 (MFW)
:
Debtor. :
----------------------------------------------------------------x

## AMENDED LIST OF EQUITY SECURITY HOLDERS

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the above-captioned debtor hereby provides the following name and address of the holders of its limited liability company interests:[1]

| Class A-1 | Ownership % | Shares |
|---|---|---|
| 2929 Media LP<br>3030 McKinney<br>Suite 2301<br>Dallas, TX 75204 | 0.910% | 10,000 |
| A-1 Internation Investments BV<br>(Quinta Communications SA)<br>Hertog Hendriksingel 28<br>UNIT B<br>5216 BB's-Hertogenbosch<br>the Netherlands | 3.032% | 33,333 |
| Ambac Private Holdings, LLC<br>One State Street Plaza<br>New York, NY 10004 | 0.910% | 10,000 |
| Direct Solutions, Inc. (Technicolor)<br>2255 N. Ontario Street, Suite 100<br>Burbank, CA 91504 | 1.092% | 12,000 |
| Direct Solutions, Inc. (Technicolor)<br>2255 N. Ontario Street, Suite 100<br>Burbank, CA 91504 | 5.000% | 54,962 |

---

[1] The Company, through its counsel, has been contacted by various lawyers for Georgina Chapman claiming that at least some of Harvey Weinstein's shares have been transferred pursuant to the terms of the divorce agreement between Ms. Chapman and Mr. Weinstein. Such transfers are not reflected in the Company's records.

RLF1 19035746v.2

| | | |
|---|---:|---:|
| TWCH Investors, Inc.<br>C/O William A. Newman, Esq.<br>420 Lexington Ave., 18th Floor<br>New York, NY 10170 | 5.094% | 56,000 |
| BP-PE2 Inc.<br>C/O The Baupost Group, LLC<br>10 St. James Avenue, Suite 1700<br>Boston, MA 02116 | 1.365% | 15,000 |
| Eton Park TWC Holding Corp.<br>(Eton Park Capital Mgmt.)<br>825 3rd Ave., 8th Floor<br>New York, NY 10022 | 4.094% | 45,000 |
| Group M Movie Entertainment Inc. (WPP)<br>Worldwide Plaza<br>825 8th Avenue<br>New York, NY 10019 | 2.274% | 25,000 |
| HWCH Corp (Highbridge Capital Management)<br>Highbridge Capital Management, LLC<br>9 West 57th St., 27th Floor<br>New York, NY 10019 | 0.910% | 10,000 |
| Launchdock & Co.<br>Hartford Series Fund, Inc: Hartford Capital Appreciation HLS Fund<br>Wellington Management Company, LLP<br>75 State Street<br>Boston, MA 02109 | 2.711% | 29,800 |
| Luxurylines & Co.<br>Hartford Series Fund, Inc: Hartford Capital Appreciation HLS Fund<br>Wellington Management Company, LLP<br>75 State Street<br>Boston, MA 02109 | 2.292% | 25,200 |
| MATWIN LLC (Marathon Asset Management)<br>461 5th Avenue, 11th Floor<br>New York, NY 10017 | 0.455% | 5,000 |
| Maverick Holdings Ltd.<br>C/O Maverick Capital, Ltd.<br>300 Crescent Court, 18th Floor<br>Dallas, TX 75201 | 0.188% | 2,062 |
| Maverick II Holdings, Ltd.<br>C/O Maverick Capital, Ltd.<br>300 Crescent Court, 18th Floor<br>Dallas, TX 75201 | 0.171% | 1,877 |
| Maverick USA II<br>C/O Maverick Capital, Ltd. | 0.097% | 1,061 |

| Name/Address | % | Shares |
|---|---|---|
| 300 Crescent Court, 18th Floor<br>Dallas, TX 75201 | | |
| NAOF Inc. (GLG Partners)<br>C/O GLG Partners Services Ltd<br>The Waterfront Centre, North Church Street, PO Box 2427<br>George Town, Grand Cayman, Cayman Islands | 0.910% | 10,000 |
| Nevo, Aviv<br>12250 Castlegate Drive<br>Los Angeles, CA 90049 | 0.101% | 1,111 |
| Radical Investments LP<br>5424 Deloache Ave.<br>Dallas, TX 75220 | 0.910% | 10,000 |
| RS Movie Holdings LLC<br>Two Manhattanville Road<br>Second Floor<br>Purchase, NY 10577 | 0.091% | 1,000 |
| Salomon, David<br>345 North Maple Drive<br>Suite 205<br>Beverly Hills, CA 90210 | 0.091% | 1,000 |
| Saul, Julian<br>P.O. Box 2128<br>Dalton, GA 30722 | 1.365% | 15,000 |
| SB America 2 Inc.<br>Softbank Corp.<br>1-9-1, Higashi-shimbashi<br>Minato-ku, 105-7303<br>Tokyo, Japan | 0.910% | 10,000 |
| Sofidiv, Inc. (LVMH)<br>1-9-1, Higashi-shimbashi<br>Minato-ku, 105-7303<br>Tokyo, Japan | 0.910% | 10,000 |
| Viola Brothers Productions LLC<br>19 East 57th St.<br>New York, NY 10022 | 0.364% | 4,000 |
| WCH Holdco 2, Inc. (Fidelity)<br>C/O Fidelity Investments<br>E31C<br>82 Devonshire Street<br>Boston, MA 02109-3614 | 1.046% | 11,499 |
| WCH Holdco 3, Inc. (Fidelity)<br>C/O Fidelity Investments<br>E31C<br>82 Devonshire Street<br>Boston, MA 02109-3614 | 0.206% | 2,267 |

| | | |
|---|---:|---:|
| WCH Holdco, Inc. (Fidelity)<br>C/O Fidelity Investments<br>E31C<br>82 Devonshire Street<br>Boston, MA 02109-3614 | 3.751% | 41,234 |
| The Weinstein Company Holdings LLC<br>99 Hudson Street, 4th Floor<br>New York, NY  10013 | 1.819% | 20,000 |
| Weinstein, Harvey<br>C/O Citrin Cooperman<br>529 5th Avenue<br>New York, NY  10017 | 1.365% | 15,000 |
| Weinstein, Robert<br>C/O Spielman, Koenigsberg & Parker, LLP<br>1745 Broadway, Floor 18<br>New York, NY  10019 | 1.365% | 15,000 |
| Woodland Asset Holdings LLC<br>350 Park Avenue, 11th Floor<br>New York, NY  10022 | 10.000% | 109,924 |

| **Class A-2** | **Ownership %** | **Shares** |
|---|---:|---:|
| Goldman Sachs<br>One New York Plaza<br>New York, NY 10004 | 4.55% | 50,000.00 |

| **Class B** | **Ownership %** | **Shares** |
|---|---:|---:|
| Harvey Weinstein<br>C/O Citrin Cooperman<br>529 5th Avenue<br>New York, NY  10017 | 17.32% | 190,370.62 |
| Harvey Weinstein 2005 GRAT<br>C/O Citrin Cooperman<br>529 5th Avenue<br>New York, NY  10017 | 2.28% | 25,077.08 |
| Robert Weinstein<br>C/O Spielman, Koenigsberg & Parker, LLP<br>1745 Broadway, Floor 18<br>New York, NY  10019 | 17.32% | 190,369.62 |
| Robert Weinstein 2005 GRAT<br>C/O Spielman, Koenigsberg & Parker, LLP<br>1745 Broadway, Floor 18<br>New York, NY  10019 | 2.28% | 25,077.08 |

| Class W | Ownership % | Shares |
|---|---|---|
| Harvey Weinstein<br>C/O Citrin Cooperman<br>529 5th Avenue<br>New York, NY  10017 | 0.2280% | 2,506.78 |
| Robert Weinstein<br>C/O Spielman, Koenigsberg & Parker, LLP<br>1745 Broadway, Floor 18<br>New York, NY  10019 | 0.2281% | 2,507.78 |

Fill in this information to identify the case and this filing:

Debtor Name  The Weinstein Company Holdings LLC

United States Bankruptcy Court for the: District of Delaware
                                                              (State)

Case number (*If known*):

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐     *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐     *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐     *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐     *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐     *Schedule H: Codebtors (Official Form 206H)*

☐     *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐     *Amended Schedule* _____

☐     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒     *Other document that requires a declaration* List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/20/2018       */s/ Robert Del Genio*
              MM / DD / YYYY       Signature of individual signing on behalf of debtor

                                                  Robert Del Genio
                                                  Printed name

                                                  Chief Restructuring Officer
                                                  Position or relationship to debtor

RLF1 19035746v.2