**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| The Weinstein Company Holdings LLC, et al., | : | Case No. 18-10601 (MFW) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Louisette Geiss**

2. **Sandeep Rehal**

3. **Access Digital Cinema Phase 2 Corp c/o Cinedigm,** Attn: Frank Lupo, 45 West 36th Street, 7th Floor, New York, NY 10018, Phone: 646-259-4123

4. **Light Chaser Animation,** Attn: Zhou Yu, Section D, Art Base One, Shunbai Road, Chaoyang District, Beijing China, Phone: 86-13801-184301

5. **William Morris Endeavor Entertainment,** Attn: Tom McGuire and Lori Odiermo, 9601 Wilshire Blvd., Beverly Hills, CA 90210, Phone: 310-248-3022, Fax: 310-248-5022


    ANDREW R. VARA
    Acting United States Trustee, Region 3


    /s/ *Hannah M. McCollum* for
    T. PATRICK TINKER
    ASSISTANT UNITED STATES TRUSTEE

DATED: March 28, 2018

Attorney assigned to this Case: Hannah McCollum, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Mark Collins, Esq., Phone: (302) 651-7700, Fax: (302) 651-7701