**Exhibit 2**

**Form of Sale Notice**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al*., | : | Case No. 18-10601 (MFW) |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |

### NOTICE OF SALE, BIDDING PROCEDURES, AUCTION, AND SALE HEARING

**PLEASE TAKE NOTICE** that the above-captioned debtors (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**") on March 19, 2018 (the "**Petition Date**").

**PLEASE TAKE FURTHER NOTICE** that, on the Petition Date, the Debtors filed a motion (the "**Bidding Procedures Motion**")[2] with the Court seeking entry of an order, among other things, (a) approving the Bidding Procedures pursuant to which the Debtors will solicit and select the highest and otherwise best offer for the sale (the "**Sale**") of substantially all or a portion of the Debtors' Assets, (b) scheduling and conducting an auction (the "**Auction**"), if necessary, (c) establishing procedures for the assumption and assignment of executory contracts and unexpired leases in connection with the Sale, including notice of proposed cure amounts (the "**Assumption and Assignment Procedures**") and (d) scheduling a hearing (the "**Sale Hearing**") to approve the Sale.

**PLEASE TAKE FURTHER NOTICE** that, on _____, 2018, the Court entered an order (the "**Bidding Procedures Order**") approving, among other things, the Bidding Procedures, which establish the key dates and times related to the Sale and the Auction. All interested bidders should carefully read the Bidding Procedures Order and the Bidding Procedures in their entirety.[3]

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[3] To the extent of any inconsistencies between the Bidding Procedures and the summary descriptions of the Bidding Procedures in this notice, the terms of the Bidding Procedures shall control in all respects.

**Contact Person for Parties Interested in Submitting a Bid**

The Bidding Procedures set forth the requirements for becoming a Qualified Bidder and submitting a Qualified Bid, and any party interested in making an offer to purchase the Assets must comply strictly with the Bidding Procedures. Only Qualified Bids will be considered by the Debtors, in accordance with the Bidding Procedures.

**Any interested bidder should contact, as soon as possible:**

MOELIS & COMPANY
1999 Avenue of the Starts, Suite 1900
Los Angeles, CA 90067
Attn: Carlos Jimenez
carlos.jimenez@moelis.com
(310) 443-2338

**Obtaining Additional Information**

Copies of the Bidding Procedures Motion, the Bidding Procedures and the Bidding Procedures Order, as well as all related exhibits, including the Stalking Horse Agreement and all other documents filed with the Court, are available free of charge on the Debtors' case information website, http://dm.epiq11.com/twc or can be requested by e-mail at TWC@epiqglobal.com.

**Important Dates and Deadlines**

1. **Bid Deadline.** The deadline to submit a Qualified Bid is **April 30, 2018 at 5:00 p.m. (Eastern Daylight Time)**.

2. **Auction.** In the event that the Debtors timely receive a Qualified Bid in addition to the Qualified Bid of the Stalking Horse Bidder and subject to the satisfaction of any further conditions set forth in the Bidding Procedures, the Debtors intend to conduct an Auction for the Assets. The Auction, if one is held, will commence on **May 4, 2018 at 10:00 a.m. (Eastern Daylight Time)** at the office of Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, or such other date, time, and location as shall be timely communicated to all parties entitled to attend the Auction.

3. **Auction Objection and Sale Objection Deadlines**. The deadline to file an objection with the Court to the Sale Order, the Stalking Horse Bidder, or the Sale with the Stalking Horse Bidder (collectively, the "**Sale Objections**") is **April 30, 2018 at 4:00 pm. (Eastern Daylight Time)** (the "**Sale Objection Deadline**"). If the Auction is held, the deadline to file an objection with the Court to the conduct of the Auction, the Successful Bidder, or the Sale with the Successful Bidder (collectively, the "**Auction Objections**") is **May 7, 2018 at 4:00 p.m. (Eastern Daylight Time)** (the "**Auction Objection Deadline**").

RLF1 19105311v.1

4. **Sale Hearing**. A hearing (the "**Sale Hearing**") to approve and authorize the Sale to the Successful Bidder will be held before the Court on or before **May 8, 2018 at 11:30 a.m. (Eastern Daylight Time)** or such other date as determined by the Court.

### Filing Objections

Sale Objections and Auction Objections, if any, must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, (c) be filed with the Court by no later than **the Sale Objection Deadline or Auction Objection Deadline,** as applicable, and (d) be served on (1) proposed co-counsel to the Debtors, Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019, Attn: Paul H. Zumbro, pzumbro@cravath.com, George E. Zobitz, jzobitz@cravath.com, and Andrew Elken, aelken@cravath.com; (2) proposed co-counsel for the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attn: Mark D. Collins, collins@rlf.com, and Paul N. Heath, heath@rlf.com; (3) co-counsel to the Stalking Horse Bidder, Akin Gump Strauss Hauer & Feld LLP, 1 Bryant Park, New York, New York 10036, Attn: Stephen B. Kuhn, skuhn@akingump.com, and Meredith A. Lahaie, mlahaie@akingump.com; (4) co-counsel to the Stalking Horse Bidder, Akin Gump Strauss Hauer & Feld LLP, 1 Bryant Park, New York, New York 10036, Attn: Stephen B. Kuhn, skuhn@akingump.com, and Meredith A. Lahaie, mlahaie@akingump.com, (4) co-counsel to the Stalking Horse Bidder, Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19899, Attn: Davis Stratton, strattod@pepperlaw.com and David Fournier, fournierd@pepperlaw.com, (5) co-counsel to the Pre-Petition Agent and DIP Agent, Sidley Austin LLP, 555 West Fifth Street, Los Angeles, California 90013, Attn: Jennifer C. Hagle, jhagle@sidley.com, (6) co-counsel to the Pre-Petition Agent, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady, rbrady@ycst.com, (7) proposed counsel to the Committee, (a) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067, Attn: James I. Stang, jstang@pszjlaw.com, and (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899, Attn: Bradford J. Sandler, bsandler@pszjlaw.com, and (8) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801, Attn: Jane M. Leamy, Jane.M.Leamy@usdoj.gov, and Hannah Mufson McCollum, Hannah.McCollum@usdoj.gov.

### CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

*Any party who fails to make a timely Sale Objection on or before the Sale Objection Deadline in accordance with the Bidding Procedures Order and this Notice shall be forever barred from asserting any Sale Objection, including with respect to the transfer of the assets free and clear of all liens, claims, encumbrances and other interests.*

*Any party who fails to make a timely Auction Objection on or before the Auction Objection Deadline in accordance with the Bidding Procedures Order and this Notice shall be forever barred from asserting any Auction Objection, including with respect to the transfer of the assets free and clear of all liens, claims, encumbrances and other interests.*

## NO SUCCESSOR LIABILITY

*The Sale will be free and clear of, among other things, any claim arising from any conduct of the Debtors prior to the closing of the Sale, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent or otherwise, so long as such claim arises out of or relates to events occurring prior to the closing of the Sale. Accordingly, as a result of the Sale, the Successful Bidder will not be a successor to any of the Debtors by reason of any theory of law or equity, and the Successful Bidder will have no liability, except as expressly provided in the Successful Bidder's Asset Purchase Agreement, for any liens, claims, encumbrances and other interests against or in any of the Debtors under any theory of law, including successor liability theories.*

Dated: April __, 2018
      Wilmington, Delaware    /s/ *DRAFT*
                                      **RICHARDS, LAYTON & FINGER, P.A.**
                                      Mark D. Collins (No. 2981)
                                      Paul N. Heath (No. 3704)
                                      Zachary I. Shapiro (No. 5103)
                                      Joseph C. Barsalona II (No. 6102)
                                      Brett M. Haywood (No. 6166)
                                      One Rodney Square
                                      920 North King Street
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 651-7700
                                      Facsimile: (302) 651-7701

                                      - and -

                                      **CRAVATH, SWAINE & MOORE LLP**
                                      Paul H. Zumbro (admitted *pro hac vice*)
                                      George E. Zobitz (admitted *pro hac vice*)
                                      Karin A. DeMasi (admitted *pro hac vice*)
                                      Worldwide Plaza
                                      825 Eighth Avenue
                                      New York, NY 10019
                                      Telephone: (212) 474-1000
                                      Facsimile: (212) 474-3700

                                      *Proposed Attorneys for the*
                                      *Debtors and Debtors in Possession*