# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | : : : : : : : : | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered) |
| Debtors.[1] | | |

## VERIFICATION OF PUBLICATION OF TOUSSAINT HUTCHINSON OF NOTICE OF SALE, BIDDING PROCEDURES, AUCTION, AND SALE HEARING IN *USA TODAY*

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Wednesday, April 11, 2018** the following legal advertisement – **In re: THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*** – was published in the national edition of **USA TODAY**.

_____
Principal Clerk of USA TODAY
April 11, 2018

This 11th day of April month 2018 year.

_____
Robin Sue Purcell
Notary Public
Commission expires
31 october 2019

[Notary seal: ROBIN SUE PURCELL, NOTARY PUBLIC, MY COMMISSION NUMBER 7630258, COMMONWEALTH OF VIRGINIA]

# Airbus wants you to take a nap in their cargo hold

**Ben Mutzabaugh**
USA TODAY

You might soon be able to sneak down to the cargo hold for a nap the next time you take an ultra-long flight.

That's the idea being floated by plane manufacturer Airbus and seatmaker Zodiac Aerospace. The companies say they're working to develop "sleeping berths" that could be installed in cargo holds of certain long-range Airbus aircraft.

Airbus and Zodiac Aerospace say the cargo compartment modules would "offer new opportunities for additional services to passengers, improving their experience while enabling airlines to differentiate and add value for their commercial operations."

The companies say they hope to offer the option to airlines for orders beginning in 2020. Initially, the sleeper modules would be offered on Airbus' A330 widebodies, either on new deliveries or with an option to retrofit existing aircraft. Adding the option to Airbus' new long-range A350 jets "is also being studied."

It's unclear how the sleeper berths might be offered to passengers. Decisions on how to market and sell such options are typically left up to airline customers.



Airbus says cargo hold sleeper berths might look something like this if added to some of its long-haul widebody jets. They would not be occupied during takeoff or landing. AIRBUS

Airbus and Zodiac Aerospace did not detail any specific concepts, but it's likely passenger carriers would consider several options. One might include selling access for passengers sitting elsewhere on the plane, presumably letting them pay for several hours — or perhaps an entire flight's worth — of time in the sleepers. Some higher-end carriers might explore the idea as a possibility to add a lounge area, where one of the perks could be a nap.

Airbus and Zodiac offered several concepts in mock-ups accompanying their press statement. One shows a standard lounge; others show options that include a conference room, a "kids and family zone" and even a "medical care zone."

Absent additional details, the berths are unlikely to become an option for the entire duration of a flight. Safety rules require passengers to be buckled into seats during takeoff and landing, and it's not clear whether such an option would be available in a cargo area of sleeper berths. It also seems unlikely that a passenger would want to commit to a sleeper berth for flights of eight hours or more without a dedicated option for upright seating, or windows.

"The modules would not be occupied during takeoff or landing," Airbus spokesman Martin Fendt said by email. "These underfloor sleeping berths would be aimed more towards economy class market, and would be available for a lower price for a passenger than a premium class flatbed seat."

Airbus and Zodiac Aerospace touted the ease of installation to carriers, saying modules would be "easily interchangeable with regular cargo containers during a typical turnaround if required. Moreover, the aircraft's cargo floor and cargo loading system will not be affected at all, as the passenger module will sit directly on it."

For now, Airbus and Zodiac Aerospace will test the market to gauge interest.

## Iowa
Continued from Page 1B

the trade fight.

❚ **"A cold bucket of water":** Trump has directed Agriculture Secretary Sonny Perdue to "use his broad authority to implement a plan to protect American farmers and agriculture."

The tariffs are rippling into Iowa manufacturing as well.

The state is home to large ag equipment manufacturers that include Deere, Kinze and Vermeer, and seed giant Pioneer, a unit of DowDuPont's Corteva Agriscience.

Deere and DowDuPont leaders have said they're concerned the proposed tariffs would hurt profits, which are tied to the economic health of farmers.

David Zrostlik, president of Stellar Industries, the maker of large service trucks in Garner, Iowa, was a Trump supporter two years ago. He said he likes the president's moves, cutting taxes and re-evaluating regulations.

The tariffs, though, "are a cold bucket of water," he said.

"There are a better ways to get things negotiated than putting all American industry and agriculture in peril," Zrostlik said.

❚ **"It's how Trump works":** Tim Hagle, a University of Iowa political scientist, said he thinks many Iowans will "wait and see" how Trump's trade negotiations play out.

The New York billionaire developer received 51% of the Iowa vote in 2016, winning in 93 of 99 counties.

In February, 44% of Iowans approved of his job performance, inching up from 35% in December, a *Des Moines Register*/Mediacom Iowa Poll showed.

Hagle said many supporters see the escalating trade threats as part of Trump's negotiating tactics.

"It's how Trump works," he said. "He says some things that get people upset, but it's basically tough talk initially, and then he comes back from that."

Hagle said "we saw that with NAFTA," where the president talked about ending the North American Free Trade Agreement with Canada and Mexico. "The negotiations are ongoing, and he's softened his language somewhat there," he said.

*Contributing: The Associated Press*

## Facebook
Continued from Page 1B

book, *Antisocial Media*.

Facebook has apologized for privacy blunders before, starting in 2006 when users protested over the introduction of News Feed, which suddenly began blasting people's personal lives to all of their friends. A year later, it launched Beacon, which broadcast information about users' activities and purchases elsewhere on the Web without their permission.

The social network's privacy practices came under greater scrutiny in 2009, leading to a settlement with the Federal Trade Commission in which Facebook agreed to get user permission before collecting personal data and sharing it with others. But the settlement didn't stop Facebook from digging deep into people's data. A psychological experiment conducted in 2012 altered the news feeds of more than a half-million users to show them more positive or more negative status updates. Facebook chief operating officer Sheryl Sandberg apologized, saying the experiment was "poorly communicated."

The current Facebook crisis began in summer 2014 when some 300,000 Facebook users downloaded a psychology app called This Is Your Digital Life. The researcher behind the app collected data not just on those users but on their Facebook friends and passed the data to Trump campaign-connected Cambridge Analytica. The U.K. firm uses data it collects to create detailed personality profiles of voters to sway them with targeted messages.

A 2015 article in the *Guardian* uncovered that tens of millions of Facebook users had their data harvested, many without their permission, but Facebook did not notify users.

After the incursion came to light in a series of articles in *The New York Times* and *The Observer* last month, Facebook accused the researcher and Cambridge Analytica of violating company rules. Cambridge Analytica denies using the Facebook data on behalf of the Trump campaign during the 2016 election.

The data leak struck a nerve. Critics say Facebook was repeatedly warned about abuses of its data rules by Cambridge Analytica and third-party apps and yet did too little about it.

Facebook now says it will spend millions investigating tens of thousands of apps that collected large amounts of user data, but the company admits it won't be able to track where all the data ended up or how it was used. On Tuesday, Facebook users began to receive notifications that their personal information was leaked to Cambridge Analytica.

Tori Tait, 35, a social media director from Murrieta, Calif., says she was alerted Tuesday that a Facebook friend downloaded the psychology app, putting some of Tait's personal information at risk. Tait says everyone needs to better understand what information apps collect when granted permission — including Facebook.

"Facebook themselves should have at minimum a moral obligation to better vet and monitor third-party apps," Tait said. "I think they need a level of responsibility that isn't typical of a social platform. There's just too much at stake otherwise."

Will people still be willing to trade their privacy for their Facebook friends?

Despite a track record of making hollow promises about the security of their data, many users say they are giving the Facebook CEO the benefit of the doubt.

"I realize that any and all info that I share with Facebook can be used for marketing purposes and any info I don't want shared I either set to private or just don't post at all," says Ane Urquiola Lowe, 34, a travel adviser and blogger from Austin.

Brandon Morrison, 30, a strongman coach and marketing coordinator from Grand Rapids, Mich., says he also wants to believe Zuckerberg will do the right thing by Facebook users. "But I think that Facebook has grown to become a behemoth that even he doesn't fully understand the scope of anymore," he said.

Stritt says her faith in Facebook is wavering. "I would say that I did not have much trust in the beginning," Stritt said, "but now that has dwindled down to almost none."

> "I did not have much trust in the beginning, but now that has dwindled down to almost none."
> **Ava Roxanne Stritt, 54**
> Facebook user

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070  www.russelljohns.com/usat

### NOTICES
### LEGAL NOTICES

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: SCOTTISH HOLDINGS, INC., et al., Debtors.
Chapter 11
Case No. 18-10160 (LSS)
Jointly Administered

**NOTICE OF DEADLINE OF MAY 7, 2018, TO FILE PROOFS OF CLAIM FOR PREPETITION CLAIMS**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST SCOTTISH HOLDINGS, INC. ("SHI") AND SCOTTISH ANNUITY & LIFE INSURANCE COMPANY (CAYMAN) LTD. ("SALIC," AND WITH SHI, THE "DEBTORS") IN THE ABOVE-CAPTIONED BANKRUPTCY CASES (THE "Cases"):

**Petition Date.** On January 28, 2018 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Bankruptcy Court (as amended, the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**Bar Date.** Pursuant to an order of the Court entered on March 28, 2018 (the "Bar Date Order"), and in accordance with Fed. R. Bankr. P. 3003(c), all Entities that are not Governmental Units (except Entities that are excused pursuant to the Bar Date Order) who have a claim or potential claim against the Debtors that arose before the Petition Date, no matter how remote or contingent such claim may be ("Prepetition Claims"), MUST FILE A PROOF OF CLAIM FOR A PREPETITION CLAIM on or before **May 7, 2018**, (the "Bar Date"). Governmental Units MUST FILE A PROOF OF CLAIM FOR A PREPETITION CLAIM on or before **July 27, 2018**, (the "Governmental Bar Date").

ANY ENTITY (EXCEPT AN ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) THAT FAILS TO FILE A PROOF OF CLAIM FOR A PREPETITION CLAIM ON OR BEFORE THE BAR DATE WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM (AND FROM FILING A PROOF OF CLAIM FOR A PREPETITION CLAIM WITH RESPECT TO SUCH CLAIM) AGAINST THE DEBTORS AND THE DEBTORS AND THEIR PROPERTY MAY BE FOREVER DISCHARGED FROM ANY AND ALL INDEBTEDNESS OR LIABILITY WITH RESPECT TO SUCH CLAIM, AND SUCH ENTITY MAY NOT BE PERMITTED TO VOTE ON ANY PLAN OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIM.

**Procedure for Filing Proofs of Claim for a Prepetition Claim.** Proofs of claim for Prepetition Claims must be filed so as to be actually received on or before May 7, 2018, from any Entity that is not a Governmental Unit (or July 27, 2018, for Governmental Units), by either electronic upload through the Court's web portal or hardcopy delivery: **Hardcopy (first class mail, overnight, or messenger delivery):** United States Bankruptcy Court for the District of Delaware, Attn: Claims, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

Proofs of claim for Prepetition Claims may not be sent by e-mail, facsimile, telecopy, but may be completed electronically through the Court's web portal at https://ecf.deb.uscourts.gov/cgi-bin/autoFilingClaims. pl. You may obtain a proof of claim form from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, or from the website maintained by the Administrative Office of the U.S. Courts at: http://www.uscourts.gov/forms/bankruptcy-forms/proof-claim-0. Copies of the Debtors' schedules of assets and liabilities and the Bar Date Order are available and may be examined by interested parties (i) at the web page maintained by the Debtors for restructuring information at http://www.scottishre.com/Chapter11Info; (ii) at the office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801 between the hours of 8:00 a.m. and 3:00 p.m. (ET); or (iii) on the Court's electronic docket of these Cases at the address http://www.pacer.gov. If you have any questions regarding the filing, or processing of a proof of claim, please contact the undersigned counsel for the Debtors by email at scottishrebankruptcyinfo@mnat.com or by phone at 302-351-9146.

Eric D. Schwartz, Gregory W. Werkheiser, Matthew B. Harvey, **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**, 1201 N. Market St., 16th Floor, PO Box 1347, Wilmington, DE 19899-1347 -and- Peter Ivanick, Lynn W. Holbert, John D. Beck, **HOGAN LOVELLS US LLP**, 875 Third Avenue, New York, NY 10022, *Counsel to the Debtors and Debtors-in-Possession*

1 The Debtors, along with the last four digits of their federal tax identification numbers, are as follows: Scottish Holdings, Inc. (4408) and Scottish Annuity & Life Insurance Company (Cayman) Ltd. (3285). The Debtors' mailing address for purposes of these Chapter 11 Cases is 14120 Ballantyne Corporate Place, Suite 300, Charlotte, NC 28277.

---

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: THE WEINSTEIN COMPANY HOLDINGS LLC, et al., Debtors.
Chapter 11
Case No. 18-10601 (MFW)
Jointly Administered

**NOTICE OF SALE, BIDDING PROCEDURES, AUCTION, AND SALE HEARING**

PLEASE TAKE NOTICE that the above-captioned debtors (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court") on March 19, 2018 (the "Petition Date").

PLEASE TAKE FURTHER NOTICE that, on the Petition Date, the Debtors filed a motion (the "Bidding Procedures Motion") with the Court seeking entry of an order, among other things, (a) approving the Bidding Procedures pursuant to which the Debtors will solicit and select the highest and otherwise best offer for the sale (the "Sale") of substantially all or a portion of the Debtors' Assets, (b) scheduling and conducting an auction (the "Auction"), if necessary, (c) establishing procedures for the assumption and assignment of executory contracts and unexpired leases in connection with the Sale, including notice of proposed cure amounts (the "Assumption and Assignment Procedures") and (d) scheduling a hearing (the "Sale Hearing") to approve the Sale.

PLEASE TAKE FURTHER NOTICE that, on April 6, 2018, the Court entered an order (Docket No. 190) (the "Bidding Procedures Order") approving, among other things, the Bidding Procedures, which establish the key dates and times related to the Sale and the Auction. All interested bidders should carefully read the Bidding Procedures Order and the Bidding Procedures in their entirety.[1]

**Contact Person for Parties Interested in Submitting a Bid**
The Bidding Procedures set forth the requirements for becoming a Qualified Bidder and submitting a Qualified Bid, and any party interested in making an offer to purchase the Assets must comply strictly with the Bidding Procedures. Only Qualified Bids will be considered by the Debtors, in accordance with the Bidding Procedures.

Any interested bidder should contact, as soon as possible: **MOELIS & COMPANY**, 1999 Avenue of the Stars, Suite 1900, Los Angeles, CA 90067, Attn: Carlos Jimenez, carlos.jimenez@moelis.com, (310) 443-2338

**Obtaining Additional Information**
Copies of the Bidding Procedures Motion, the Bidding Procedures and the Bidding Procedures Order, as well as all related exhibits, including the Stalking Horse Agreement and all other documents filed with the Court, are available free of charge on the Debtors' case information website, http://dm.epiq11.com/twc or can be requested by e-mail at TWC@epiqglobal.com.

**Important Dates and Deadlines**
1. **Bid Deadline.** The deadline to submit a Qualified Bid is **April 30, 2018 at 5:00 p.m. (Eastern Daylight Time)**.
2. **Auction.** In the event that the Debtors timely receive a Qualified Bid in addition to the Qualified Bid of the Stalking Horse Bidder that results to the satisfaction of any further conditions set forth in the Bidding Procedures, the Debtors intend to conduct an Auction for the Assets. The Auction, if one is held, will commence on **May 4, 2018 at 10:00 a.m. (Eastern Daylight Time)** at the office of Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, or such other date, time, and location as shall be timely communicated to all parties entitled to attend the Auction.
3. **Auction Objection and Sale Objection Deadlines.** The deadline to file an objection with the Court to the Sale Order, the Stalking Horse Bidder, or the Sale with the Stalking Horse Bidder (collectively, the "Sale Objections") is **April 30, 2018 at 4:00 p.m. (Eastern Daylight Time)** (the "Sale Objection Deadline"). If the Auction is held, the deadline to file an objection with the Court to the conduct of the Auction, the Successful Bidder, or the Sale with the Successful Bidder (collectively, the "Auction Objections") is **May 7, 2018 at 4:00 p.m. (Eastern Daylight Time)** (the "Auction Objection Deadline").
4. **Sale Hearing.** A hearing (the "Sale Hearing") to approve and authorize the Sale to the Successful Bidder will be held before the Court on or before **May 8, 2018 at 11:30 a.m. (Eastern Daylight Time)** or such other date as determined by the Court.

**Filing Objections**
Sale Objections and Auction Objections, if any, must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, (c) be filed with the Court by no later than **the Sale Objection Deadline** or **Auction Objection Deadline**, as applicable, and (d) be served on (1) proposed co-counsel to the Debtors, Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019, Attn: Paul H. Zumbro, pzumbro@cravath.com, George E. Zobitz, jzobitz@cravath.com, and Andrew Elken, aelken@cravath.com; (2) proposed co-counsel for the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attn: Mark D. Collins, collins@rlf.com, and Paul N. Heath, heath@rlf.com; (3) co-counsel to the Stalking Horse Bidder, Akin Gump Strauss Hauer & Feld LLP, 1 Bryant Park, New York, New York 10036, Attn: Stephen B. Kuhn, skuhn@akingump.com, and Meredith A. Lahaie, mlahaie@akingump.com; (4) co-counsel to the Stalking Horse Bidder, Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19899, Attn: Davis Stratton, strattod@pepperlaw.com and David Fournier, fournierd@pepperlaw.com, (5) co-counsel to the Pre-Petition Agent and DIP Agent, Sidley Austin LLP, 555 West Fifth Street, Los Angeles, California 90013, Attn: Jennifer C. Hagle, jhagle@sidley.com, (6) co-counsel to the Pre-Petition Agent, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady, rbrady@ycst.com, (7) proposed counsel to the Committee, (a) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067, Attn: James I. Stang, jstang@pszjlaw.com, and (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899, Attn: Bradford J. Sandler, bsandler@pszjlaw.com, and (8) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Jane M. Leamy, Jane.M.Leamy@usdoj.gov, and Hannah Mufson McCollum, Hannah.McCollum@usdoj.gov.

**CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION**
Any party who fails to make a timely Sale Objection on or before the Sale Objection Deadline in accordance with the Bidding Procedures Order and this Notice shall be forever barred from asserting any Sale Objection, including with respect to the transfer of the assets free and clear of all liens, claims, encumbrances and other interests.
Any party who fails to make a timely Auction Objection on or before the Auction Objection Deadline in accordance with the Bidding Procedures Order and this Notice shall be forever barred from asserting any Auction Objection, including with respect to the transfer of the assets free and clear of all liens, claims, encumbrances and other interests.

**NO SUCCESSOR LIABILITY**
The Sale will be free and clear of, among other things, any claim arising from any conduct of the Debtors prior to the closing of the Sale, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent or otherwise, so long as such claim arises out of or relates to events occurring prior to the closing of the Sale. Accordingly, as a result of the Sale, the Successful Bidder will not be a successor to any of the Debtors by reason of any theory of law or equity, and the Successful Bidder will have no liability, except as expressly provided in the Successful Bidder's Asset Purchase Agreement, for any liens, claims, encumbrances and other interests against or in any of the Debtors under any theory of law, including successor liability theories.

Dated: April 6, 2018, Wilmington, Delaware  /s/ Joseph C. Barsalona II  **RICHARDS, LAYTON & FINGER, P.A.**, Mark D. Collins (No. 2981), Paul N. Heath (No. 3704), Zachary I. Shapiro (No. 5103), Joseph C. Barsalona II (No. 6102), Brett M. Haywood (No. 6166), One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Telephone: (302) 651-7700, Facsimile: (302) 651-7701 -and- **CRAVATH, SWAINE & MOORE LLP**, Paul H. Zumbro (admitted pro hac vice), George E. Zobitz (admitted pro hac vice), Karin A. DeMasi (admitted pro hac vice), Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019, Telephone: (212) 474-1000, Facsimile: (212) 474-3700, *Proposed Attorneys for the Debtors and Debtors in Possession*

1 The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.
2 Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.
3 To the extent of any inconsistencies between the Bidding Procedures and the summary descriptions of the Bidding Procedures in this notice, the terms of the Bidding Procedures shall control in all respects.

---

## PUBLIC NOTICE

To place your Public Notice in our Classified section, call:
**1-800-397-0070**