**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
:     Chapter 11
:
THE WEINSTEIN COMPANY HOLDINGS     :
LLC, *et al*.,     :     Case No. 18-10601 (MFW)
:
                Debtors.[1]     :     (Jointly Administered)
:
---------------------------------------------------------------x

**PERIODIC REPORT REGARDING
VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH
THE DEBTORS HOLD A SUBSTANTIAL OR CONTROLLING INTEREST**

The Weinstein Company Holdings LLC ("**TWCH**") and its affiliated debtors and debtors in possession (collectively, the "**Debtors**" or the "**Company**") file this report, dated as of April 17, 2018 (the "**Periodic Report**") pursuant to Rule 2015.3 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**") reporting the value, operations and profitability of the follwing non-debtor entities for which the Debtors directly or indirectly hold a substantial or controlling interest (the "**Non-Debtors**"):

| Non-Debtor | Debtor with Interest | Interest of the Debtors |
| --- | --- | --- |
| Scary Movie 4 LLC | W Acquisition Company LLC | 50% |
| Derailed SPV, LLC | W Acquisition Company LLC | 50% |
| Mrs. Henderson Presents SPV, LLC | W Acquisition Company LLC | 50% |
| The Matador SPV, LLC | W Acquisition Company LLC | 50% |
| Breaking and Entering SPV, LLC | W Acquisition Company LLC | 50% |
| SPV Film Distribution LLC | W Acquisition Company LLC | 50% |
| MarcoThree, LLC | Weinstein Television LLC | 100% |
| The Weinstein Company (UK) Ltd. | The Weinstein Company LLC | 100% |
| Tulip Fever Films Limited (UK) | The Weinstein Company LLC | 100% |
| Current Films UK Limited | The Weinstein Company LLC | 100% |
| TWC Gold SPV, LLC | The Weinstein Company LLC | 83.3% |
| Come Drink With Me SPV, LLC | The Weinstein Company LLC | 50% |
| Kristy Films LLC | The Weinstein Company LLC | 50% |
| Butler Films LLC | The Weinstein Company LLC | 37.85% |

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

This Periodic Report consists of three exhibits:

- <u>Exhibit A</u> contains a valuation estimate for the Non-Debtors and a description of the valuation method used.

- <u>Exhibit B</u> contains, for each Non-Debtor:
    - A balance sheet as of December 31, 2017 (Exhibit B-1a);
    - A balance sheet as of March 31, 2018 (Exhibit B-1b);
    - A statement of income (loss) for the period ending December 31, 2017 (Exhibit B-2a);
    - A statement of income (loss) for the period ending March 31, 2018 (Exhibit B-2b);
    - A statement of cash flows for the period ending December 31, 2017 (Exhibit B-3a);
    - A statement of cash flows for the period ending March 31, 2018 (Exhibit B-3b);
    - Notes to Exhibit B.

- <u>Exhibit C</u> contains a description of the business operations of each Non-Debtor.

The financial information included in this Periodic Report is unaudited. Although management has made reasonable efforts to ensure that the financial information is accurate and complete based on information that was available to them at the time of the preparation, subsequent information or discovery may result in material changes to the information, and inadvertent errors or omissions may exist. Nothing contained in this filing shall constitute a waiver of any rights of the Debtors, specifically including the Debtors' right to amend the information.

I, the undersigned, having reviewed the above listing of entities in which the Debtors hold a substantial or controlling interest, and being familiar with the Debtors' financial affairs, verify under penalty of perjury that the listing is complete, accurate and truthful to the best of my knowledge.

Date: April 17, 2018

*/s/ Robert Del Genio*
Sigature of Authorized Individual

Robert Del Genio
Name of Authorized Individual

Chief Restructuring Officer
Title of Authorized Individual

**Exhibit A**
**Valuation Estimates for Non-Debtor Entities**

**The Weinstein Company (UK) Ltd.**

The net book value of The Weinstein Company (UK) Ltd. is ($11,042,598) as of March 31, 2018.

Description of Valuation Method: The basis for each valuation is the book value of equity calculated as the total net book value of assets less total liabilities as of March 31, 2018. The book balances for the assets and liabilities of each entity are maintained based on historic cost as adjusted in accordance with the requirements of U.S. generally accepted accounting principles ("**U.S. GAAP**").

Note (1): It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations of the Non-Debtors. Accordingly, net book value is used.

There are no available valuation estimates for the following Non-Debtor entities:

- Scary Movie 4 LLC
- Derailed SPV, LLC
- Mrs. Henderson Presents SPV, LLC
- The Matador SPV, LLC
- Breaking and Entering SPV, LLC
- SPV Film Distribution LLC
- MarcoThree, LLC
- Tulip Fever Films Limited (UK)
- Current Films UK Limited
- TWC Gold SPV, LLC
- Come Drink With Me SPV, LLC
- Kristy Films LLC
- Butler Films LLC

**Exhibit B**
**Financial Statements for Non-Debtor Entities**

Unauditied financial information for The Weinstein Company (UK) Ltd. is attached herein to Exhibit B-1, Exhibit B-2, and Exhibit B-3.

There are no available financial statements for the following Non-Debtor entities:

- Scary Movie 4 LLC
- Derailed SPV, LLC
- Mrs. Henderson Presents SPV, LLC
- The Matador SPV, LLC
- Breaking and Entering SPV, LLC
- SPV Film Distribution LLC
- MarcoThree, LLC
- Tulip Fever Films Limited (UK)
- Current Films UK Limited
- TWC Gold SPV, LLC
- Come Drink With Me SPV, LLC
- Kristy Films LLC
- Butler Films LLC

**Exhibit B-1a**

**The Weinstein Company (UK) Ltd.**
**Balance Sheet**
**As of December 31, 2017**

Unaudited

|  | **12/31/2017** |
|---|---:|
| **ASSETS** |  |
| Cash and Cash Equivalents | $ 3,723 |
|  |  |
| **Fixed Assets** |  |
| Computer Equipment and Software | 118,688 |
| Leasehold Improvements | 51,074 |
| Less: Accumulated Depreciation | (169,762) |
|  |  |
| **TOTAL ASSETS** | **$ 3,723** |
|  |  |
| **LIABILITIES** |  |
| Intercompany Due (To) / From | 11,022,800 |
| **TOTAL LIABILITIES** | **$ 11,022,800** |
|  |  |
| **MEMBERS' EQUITY** |  |
| Retained Earnings / (Deficit) | (10,497,276) |
| Current Earnings / (Loss) | (521,801) |
| **TOTAL MEMBERS' EQUITY** | **$ (11,019,077)** |
|  |  |
| **TOTAL LIABILITIES AND EQUITY** | **$ 3,723** |

Note (1): The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3.  All information is unaudited and subject to future adjustments.  Certain line items have been reclassified from the presentations prepared by the Non-Debtor into line items that are consistent with the Debtors' consolidated financial statements.

**Exhibit B-1b**

**The Weinstein Company (UK) Ltd.**
**Balance Sheet**
**As of March 31, 2018**

Unaudited

|  | **3/31/2018** |
|---|---:|
| **ASSETS** | |
| Cash and Cash Equivalents | $ - |
| **Fixed Assets** | |
| Computer Equipment and Software | 118,688 |
| Leasehold Improvements | 51,074 |
| Less: Accumulated Depreciation | (169,762) |
| **TOTAL ASSETS** | **$ -** |
| **LIABILITIES** | |
| Intercompany Due (To) / From | 11,042,598 |
| **TOTAL LIABILITIES** | **$ 11,042,598** |
| **MEMBERS' EQUITY** | |
| Retained Earnings / (Deficit) | (11,019,076) |
| Current Earnings / (Loss) | (23,522) |
| **TOTAL MEMBERS' EQUITY** | **$ (11,042,598)** |
| **TOTAL LIABILITIES AND EQUITY** | **$ -** |

Note (1): The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information is unaudited and subject to future adjustments. Certain line items have been reclassified from the presentations prepared by the Non-Debtor into line items that are consistent with the Debtors' consolidated financial statements.

**Exhibit B-2a**

**The Weinstein Company (UK) Ltd.**
**Statement of Income (Loss)**
**For the Twelve Months Ending December 31, 2017**

Unaudited

| | |
|---|---:|
| **REVENUE** | $ - |
| | |
| **EXPENSES** | |
| Distribution and Manufacturing | $ 11,815 |
| Compensation, taxes and benefits | 279,228 |
| Rent and Occupancy Costs | 170,411 |
| Professional Fees | 26,876 |
| Travel & Entertainment | 8,736 |
| Other | 24,734 |
| **Total Expenses** | **$ 521,800** |
| | |
| **Net Income / (Loss)** | **$ (521,800)** |

Note (1): The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information is unaudited and subject to future adjustments. Certain line items have been reclassified from the presentations prepared by the Non-Debtor into line items that are consistent with the Debtors' consolidated financial statements.

**Exhibit B-2b**

**The Weinstein Company (UK) Ltd.**
**Statement of Income (Loss)**
**For the Three Months Ending March 31, 2018**

Unaudited

| | |
|---|---:|
| **REVENUE** | $ - |
| **EXPENSES** | |
| Distribution and Manufacturing | 2,505 |
| Compensation, taxes and benefits | - |
| Rent and Occupancy Costs | 13,399 |
| Professional Fees | 4,984 |
| Travel & Entertainment | 792 |
| Other | 1,842 |
| **Total Expenses** | **$ 23,522** |
| **Net Income / (Loss)** | **$ (23,522)** |

Note (1): The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information is unaudited and subject to future adjustments. Certain line items have been reclassified from the presentations prepared by the Non-Debtor into line items that are consistent with the Debtors' consolidated financial statements.

**Exhibit B-3a and B-3b**

**The Weinstein Company (UK) Ltd.**
**Statements of Cash Flow for the Fiscal Year Ended December 31, 2017 and the Three Months Ending March 31, 2018**

The Non-Debtor Entities do not have significant cash operations. Accordingly, the Debtors have not produced statements of cash flows for the Non-Debtor Entities.

**Notes to Exhibit B-1, B-2, and B-3**

1. **Disclaimer.** The financial statements and information contained in the Periodic Report are unaudited and may not comply with U.S. GAAP.  While management of the Debtors has made every reasonable effort to ensure that these financial statements are accurate and complete based upon information that was available at the time of preparation, the subsequent receipt of information may result in material changes in the data contained in these financial statements, and inadvertent errors or omissions may exist.  To the extent the Debtors discover additional information that may differ materially from the information set forth in the financial statements contained herein, the Debtors may amend, supplement or otherwise modify this Periodic Report to reflect such changes. Accordingly, the Debtors reserve all rights to amend, supplement or otherwise modify this Periodic Report as they deem necessary or appropriate.

2. **Reservation of Rights.** Nothing contained in this Periodic Report shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases including, but not limited to, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of title 11 of the United States Code (the "**Bankruptcy Code**") and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

3. **Basis of Presentation.**  The financial statements and information contained herein have been derived from the books and records of the Debtors and Non-Debtors and is presented on the same basis for each entity.  The accompanying financial information does not include footnotes and certain financial presentations normally required by U.S. GAAP.

    Unless otherwise indicated, the basis for all current values included in this Periodic Report was the net book value from relevant corporate books and records as of December 31, 2017 or March 31, 2018, as indicated herein.  The net book value may not reflect the current value of the respective assets. In particular, for amounts receivable by Non-Debtor entities from entities who are Debtors in these proceedings, no consideration has been made as to whether the chapter 11 proceedings will result in the amount ultimately received being less than the amount stated in the financial information.

    Given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the allocation and nature of certain liabilities, to the extent that a Non-Debtor shows more assets than liabilities, this is not an admission that the Non-Debtor was solvent as of the commencement of the Debtors' chapter 11 cases (the "**Petition Date**") or at any time prior to the Petition Date, including the date as of or for the period of any financial statements or other financial information included in this Periodic Report. Likewise, to the extent that a Non-Debtor shows more liabilities than assets, this is not an admission that the Non-Debtor was insolvent at the Petition Date or at any time prior to the Petition Date, including the date as of or for the period of any financial statements or other financial information included in this Periodic Report.

For the reasons discussed above, the Debtors caution readers not to place undue reliance upon the information contained in this Periodic Report.

## Exhibit C

## Description of Operations for Non-Debtors

| Name of Entity | Description of Operations |
|---|---|
| Scary Movie 4 LLC | Produces, distributes and retains certain ownership rights in the thearical motion picture currently entitled "Scary Movie 4" |
| Derailed SPV, LLC | Acquires and distributes and retains certain rights in the thearical motion picture currently entitled "Derailed." |
| Mrs. Henderson Presents SPV, LLC | Acquires and distributes and retains certain rights in the thearical motion picture currently entitled "Mrs. Henderson Presents." |
| The Matador SPV, LLC | Acquires and distributes and retains certain rights in the thearical motion picture currently entitled "The Matador." |
| Breaking and Entering SPV, LLC | Produces, distributes and retains certain ownership rights in the thearical motion picture currently entitled "Breaking and Entering." |
| SPV Film Distribution LLC | Distributes the thearical motion picture currently entitled "Breaking and Entering." |
| TWC Gold SPV, LLC | Invests in and holds all rights and interests granted to the Company in connection with the motion picture currently entitled "Gold" |
| Come Drink With Me SPV, LLC | Develops, produces, distributes and retains owernship rights in the English-language feature film remake entitled "Come Drink With Me." |
| Kristy Films LLC | Develops, produces, distributes and exploits, and retains certain ownership rights in and to, the motion picture entitled "Kristy." |
| Butler Films LLC | Finances, develops, produces, distributes and exploits the motion picture currently entitled "The Butler." |
| MarcoThree, LLC | Finances, develops, produces, distributes and exploits the third season of the episodic televsion series currently entitled "Marco Polo." |
| Tulip Fever Films Limited (UK) | Finances, develops, produces, distributes and exploits the motion picture currently entitled "Tulip Fever." |
| Current Films UK Limited | Finances, develops, produces, distributes and exploits the motion picture currently entitled "Current War." |
| The Weinstein Company (UK) Ltd. | Serves as a holding company for motion pictures developed in the UK. |