## EXHIBIT C

(April 16, 2018 Letter)

{BAY:03257387v6}



600 N. King Street • Suite 400
P.O. Box 25130 • Wilmington, DE 19899               (302) 429-4261
Zip Code For Deliveries 19801                       Email:  scousins@bayardlaw.com

April 16, 2018

<u>Via Electronic Mail</u>

Mark D. Collins, Esq.
Richards, Layton & Finger, PA
collins@rlf.com

**Re:    Weinstein Company Holdings LLC—Request for Discovery Conference**

Dear Mark:

As you know, this firm represents Harvey Weinstein in connection with the case captioned *In re The Weinstein Company Holdings LLC, et al.*, Case No. 18-10601 (MFW), currently pending in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

By this letter Mr. Weinstein requests that the Debtors promptly produce: (i) all Documents and Communications relating to messages sent to or received by all e-mail accounts of Harvey Weinstein during his employment by any of the Debtors; and (ii) all personal papers, files and effects belonging to Mr. Weinstein that are in the Debtor's possession.  Pursuant to Local Rule 2004-1, Mr. Weinstein hereby further requests that you confer with undersigned counsel to arrange for a mutually agreeable date, time, place and scope of the demanded production.  If mutually agreeable arrangements for production of Mr. Weinstein's emails and personal files cannot be reached, we will file a motion requesting that the Court compel the Debtor to produce the emails.

Please feel free to contact me with any questions regarding this letter.

Very truly yours,

*/s/ Scott D. Cousins*

Scott D. Cousins

{BAY:03263701v2}