# EXHIBIT D

(April 18, 2018 Letter)

{BAY:03257387v6}



600 N. King Street • Suite 400
P.O. Box 25130 • Wilmington, DE 19899
Zip Code For Deliveries 19801

(302) 429-4261
Email: scousins@bayardlaw.com

April 18, 2018

<u>Via Electronic Mail</u>

Mark D. Collins, Esq.
Richards, Layton & Finger, PA
collins@rlf.com

**Re:    Weinstein Company Holdings LLC— Second Request for Discovery Conference**

Dear Mark:

As you know, this firm represents Harvey Weinstein in connection with the case captioned *In re The Weinstein Company Holdings LLC, et al.*, Case No. 18-10601 (MFW), currently pending in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

By letter dated April 16, 2018, we requested, on behalf of Mr. Weinstein, that the Debtors promptly produce: (i) all Documents and Communications relating to messages sent to or received by all e-mail accounts of Harvey Weinstein during his employment by any of the Debtors; and (ii) all personal papers, files and effects belonging to Mr. Weinstein that are in the Debtor's possession.  By the same letter, we also requested that the Debtors confer with undersigned counsel to arrange for a mutually agreeable date, time, place and scope of the demanded production.  To date, we have received no response to that letter.

If we do not receive a satisfactory response by **12:00 p.m. (ET) tomorrow, April 19, 2018**, we will file a motion requesting that the Court compel the Debtor to produce the e-mails and Mr. Weinstein's personal papers, files and effects.

Please feel free to contact me with any questions regarding this letter.

Very truly yours,

*/ s / Scott D. Cousins*

Scott D. Cousins

{BAY:03266440v1}