# EXHIBIT E

(April 19, 2018 E-Mail)

{BAY:03257387v6}

**From:** Collins, Mark D. [mailto:collins@RLF.com]
**Sent:** Thursday, April 19, 2018 10:27 AM
**To:** Scott Cousins
**Cc:** Heath, Paul N.; Paul Zumbro (PZumbro@cravath.com); Karin DeMasi (KDeMasi@cravath.com)
**Subject:** TWC

Scott, I thought it appropriate to give you a more fulsome response to your letters of April 16 and 18 seeking company emails and personal effects of your client, Harvey Weinstein. As you may know, your client's personal effects were returned to him last fall at his request through his then-counsel Patty Glaser. As you may also know, this is now at least the fourth time your client has sought his company emails. Indeed, those emails are the subject of a now-stayed lawsuit your client commenced (again through Ms. Glaser) in the Delaware Chancery Court, and have also been sought (and, to the extent relevant, produced) in your client's wrongful termination arbitration. The Debtors decline to produce any further documents to Harvey Weinstein for all the reasons set forth in those other matters. While the Debtors will respond to any motion you make on behalf of your client, it is our position that further action with respect to these documents is an end-run around Mr. Weinstein's already pending lawsuits and serve no legitimate purpose in this bankruptcy matter.

Regards,

MARK D. COLLINS
**RICHARDS, LAYTON & FINGER, P.A.**
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
TEL (O): 302-651-7531; TEL (M): 302-383-5427
EMAIL: collins@rlf.com

The information contained in this electronic communication is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.

**From:** Scott Cousins [mailto:SCousins@bayardlaw.com]
**Sent:** Wednesday, April 18, 2018 9:11 PM
**To:** Collins, Mark D.; Heath, Paul N.
**Subject:** RE: TWC

Please see my follow-up letter.

Scott D. Cousins
Director
BAYARD, P.A.
+1 302-429-4261
scousins@bayardlaw.com
My Bio | V-Card | LinkedIn

**From:** Scott Cousins
**Sent:** Monday, April 16, 2018 5:58 PM
**To:** Mark Collins (collins@rlf.com); Paul Heath (heath@rlf.com)
**Subject:** TWC

Please see the attached letter.

**Scott D. Cousins**
Director | scousins@bayardlaw.com
My Bio | V-Card | LinkedIn

**BAYARD, P.A.**
600 North King Street, Suite 400
P.O. Box 25130 Wilmington, DE 19899
Zip Code For Deliveries 19801
Direct: +1 302-429-4261 | Fax: +1 302-658-6395
www.bayardlaw.com



Electronic communications may be intercepted or altered, so the integrity of this message and any attachments cannot be guaranteed.  This e-mail contains confidential information for the addressee and may be privileged under the attorney-client relationship.  If you received this e-mail in error, please contact the sender by reply e-mail or by phone at +1 302.429.4261 (collect if you wish) and destroy the message without disclosing the contents.