IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re:                                                        :    Chapter 11
                                                              :
THE WEINSTEIN COMPANY HOLDINGS           :    Case No. 18-10601 (MFW)
LLC, *et al.*,                                            :
                                                              :    Jointly Administered
                      Debtors.[1]                     :
                                                              :    **Obj. Deadline: May 7, 2018 at 4:00 p.m. (EDT)**
                                                              :    Re: Docket Nos. 190, 216 & 282
---------------------------------------------------------------x

### NOTICE OF SECOND SUPPLEMENTAL POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNTS

PLEASE TAKE NOTICE THAT:

1.  The above-captioned debtors (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**") on March 19, 2018 (the "**Petition Date**").

2.  On the Petition Date, the Debtors filed a motion [Docket No. 8] (the "**Bidding Procedures Motion**")[2] with the Court seeking entry of the Bidding Procedures Order. On April 6, 2018, the Court entered the Bidding Procedures Order [Docket No. 190] that, among other things, (a) approved the Bidding Procedures pursuant to which the Debtors will solicit and select the highest and otherwise best offer for the sale (the "**Sale**") of substantially all or a portion of the Debtors' Assets, (b) approved the form and manner of notice related to the Sale, (c) approved the procedures for the assumption and assignment of executory contracts and unexpired leases in connection with the Sale, including notice of proposed cure amounts (the "**Assumption and Assignment Procedures**") and (d) scheduled the hearing (the "**Sale Hearing**") to enter an order approving the Sale to the Stalking Horse Bidder or such other Successful Bidder for **May 8, 2018 at 11:30 a.m. (Eastern Daylight Time)**.

3.  Upon the closing of the Sale, the Debtors intend to assume and assign to the Successful Bidder certain Contracts and Leases. On April 13, 2018, in accordance with the

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Motion or the Bidding Procedures Order, as applicable.

Bidding Procedures Order, the Debtors filed the *Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* [Docket No. 216] (the "**Initial Assumption Notice**") listing certain Contracts and Leases that may potentially be assumed and assigned as part of the Sale. Attached to the Initial Assumption Notice as Exhibit 1 thereto was a schedule listing the Contracts and Leases that may be assumed and assigned as part of the Sale (as may be supplemented from time to time, the "**Contracts Schedules**"). On April 20, 2018, the Debtors filed the *Notice of Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* [Docket No. 282] (the "**First Supplemental Notice**") listing certain Contracts and Leases on its respective Contract Schedule that may potentially be assumed and assigned as part of the Sale that were in addition to the Contracts and Leases included on the Initial Assumption Notice.

4. Pursuant to the Bidding Procedures Order, the Debtors reserved the right to supplement the Contracts Schedule by filing a Supplemental Assumption and Assignment Notice. This notice (this "**Second Supplemental Notice**") supplements, and does not replace, the lists of Contracts and Leases that may be assumed and assigned as part of the Sale that were included in the Initial Assumption Notice and the First Supplemental Notice, respectively. Attached hereto as Exhibit 1 are additional Contracts and Leases that the Debtors may potentially assume and assign to the Successful Bidder as part of the Sale. In addition, the Cure Amount, if any, necessary for the assumption and assignment of such Contracts and Leases is also set forth on the Contracts Schedule. The Contracts Schedule may also be viewed free of charge on the Debtors' case information website, located at http://dm.epiq11.com/twc (the "**Case Management Website**"), or can be requested by e-mail at TWC@epiqglobal.com. In addition, the Cure Amounts, if any, necessary for the assumption and assignment of such Contracts and Leases are also set forth on the Contracts Schedule. *Each Cure Amount listed on the Contracts Schedule represents all liabilities of any nature of the Debtors arising under a Contract or Lease as of the Assumption Objection Date*.

5. **YOU ARE RECEIVING THIS SECOND SUPPLEMENTAL NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A COUNTERPARTY TO A CONTRACT OR LEASE THAT MAY BE ASSUMED AND ASSIGNED AS PART OF THE SALE**. Under the terms of the Assumption and Assignment Procedures, unless otherwise provided in the Successful Bidder's Asset Purchase Agreement (as defined in the Bidding Procedures), at any time prior to the date of closing of the Sale, the Debtors and/or Successful Bidder may (a) remove a Contract or Lease from the Contracts Schedule to the Initial Assumption Notice, the First Supplemental Notice or this Second Supplemental Notice or (b) modify the previously-stated Cure Amount associated with any Contract or Lease. *The presence of a Contract or Lease listed on Exhibit 1 attached hereto does not constitute an admission that such Contract or Lease is an executory contract or unexpired lease or that such Contract or Lease will be assumed and assigned as part of the Sale. The Debtors reserve all of their rights, claims and causes of action with respect to the Contracts and Leases listed on Exhibit 1 attached hereto, those Contracts and Leases listed on Exhibit 1 to the Initial Assumption Notice and those Contracts and Leases listed on Exhibit 1 to the First Supplemental Notice.*

6. Pursuant to the Assumption and Assignment Procedures, objections to the proposed assumption and assignment of a Contract or Lease contained on this Second Supplemental Notice (an "**Assumption and Assignment Objection**"), including any objection

2

relating to the Cure Amount or adequate assurance of the Stalking Horse Bidder's future ability to perform, must (a) be in writing, (b) comply with the Bankruptcy Code, Bankruptcy Rules and Local Rules, (c) state, with specificity, the legal and factual bases thereof, including, if applicable, the Cure Amount that the Counterparty believes is required to cure defaults under the relevant Contract or Lease, (d) be filed by no later than **May 7, 2018, at 4:00 p.m. (Eastern Daylight Time)** and (e) be served on (1) co-counsel to the Debtors, Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019, Attn: Paul H. Zumbro, pzumbro@cravath.com, George E. Zobitz, jzobitz@cravath.com, and Andrew Elken, aelken@cravath.com, (2) co-counsel to the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attn: Mark D. Collins, collins@rlf.com, and Paul N. Heath, heath@rlf.com, (3) co-counsel to the Stalking Horse Bidder, Akin Gump Strauss Hauer & Feld LLP, 1 Bryant Park, New York, New York 10036, Attn: Stephen B. Kuhn, skuhn@akingump.com, and Meredith A. Lahaie, mlahaie@akingump.com, (4) co-counsel to the Stalking Horse Bidder, Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19899, Attn: David Stratton, strattond@pepperlaw.com and David Fournier, fournierd@pepperlaw.com, (5) co-counsel to the Pre-Petition Agent, Sidley Austin LLP, 555 West Fifth Street, Los Angeles, California 90013, Attn: Jennifer C. Hagle, jhagle@sidley.com, (6) co-counsel to the Pre-Petition Agent, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady, rbrady@ycst.com, (7) proposed counsel to the Committee, (a) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067, Attn: James I. Stang, jstang@pszjlaw.com, and (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899, Attn: Bradford J. Sandler, bsandler@pszjlaw.com, and (8) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801, Attn: Jane M. Leamy, Jane.M.Leamy@usdoj.gov, and Hannah Mufson McCollum, Hannah.McCollum@usdoj.gov (collectively, the "**Assumption and Assignment Objection Notice Parties**").  In the event that any previously-stated Cure Amounts are modified, the Debtors will promptly serve a Supplemental Assumption and Assignment Notice, by overnight mail and, if known, e-mail, on the applicable Counterparty.

7. Adequate assurance of future performance information for the Stalking Horse Bidder is available by contacting counsel to the Stalking Horse Bidder using the contact information set forth in paragraph 5 above and /or counsel to the Debtors.

8. If, following the Auction, the Stalking Horse Bidder is not the Successful Bidder, then the Debtors will (a) file the Notice of Auction Results, which will, among other things, include the identity of the Successful Bidder, (b) post such notice on the Case Management Website, and (c) serve such notice on each Counterparty then identified on the Contracts Schedule.  Each such Counterparty will then have an opportunity to object to the ability of such Successful Bidder to provide adequate assurance of future performance with respect to such Counterparty's Contract or Lease (a "**Post-Auction Objection**").  Any Post-Auction Objection must be made at the time of the Sale Hearing, or **May 8, 2018, at 11:30 a.m. (Eastern Daylight Time)**.

9. The Court will hear and determine any Assumption and Assignment Objections and Post-Auction Objections at the Sale Hearing or such other date that the Debtors, in

consultation with the Successful Bidder, shall determine in their discretion (subject to the Court's calendar).

## CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

*UNLESS YOU FILE AN OBJECTION TO THE CURE AMOUNT AND/OR THE ASSUMPTION OR ASSIGNMENT OF YOUR CONTRACT OR LEASE IN ACCORDANCE WITH THE INSTRUCTIONS AND DEADLINES SET FORTH HEREIN, YOU SHALL BE (A) BARRED FROM OBJECTING TO THE CURE AMOUNT SET FORTH ON <u>EXHIBIT 1</u>, (B) ESTOPPED FROM ASSERTING OR CLAIMING ANY CURE AMOUNT AGAINST THE DEBTORS, THE STALKING HORSE BIDDER OR SUCH OTHER SUCCESSFUL BIDDER THAT IS GREATER THAN THE CURE AMOUNT SET FORTH ON <u>EXHIBIT 1</u> ARISING ON OR PRIOR TO THE ASSUMPTION OBJECTION DATE AND (C) DEEMED TO HAVE CONSENTED TO THE ASSUMPTION AND/OR ASSIGNMENT OF YOUR CONTRACT OR LEASE.*

## OBTAINING ADDITIONAL INFORMATION

Copies of the Bidding Procedures Motion, the Bidding Procedures and the Bidding Procedures Order, as well as all related exhibits, including the Stalking Horse Agreement and all other documents filed with the Court, are available free of charge on the Case Management Website or can be requested by e-mail TWC@epiqglobal.com.

Dated: April 27, 2018
    Wilmington, Delaware      /s/ *Joseph C. Barsalona II*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Joseph C. Barsalona II (No. 6102)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the*
*Debtors and Debtors in Possession*