# EXHIBIT 1

| | DEBTOR(S) | CONTRACT COUNTERPARTY | DESCRIPTION OF CONTRACT OR LEASE | CURE AMOUNT |
|---|---|---|---|---|
| 1 | WEINSTEIN TELEVISION LLC | BUNIM-MURRAY PRODUCTIONS, LLC | AMENDMENT TO AGREEMENT<br>RE: PRODUCTION SERVICES AGREEMENT DTD 6/2/2011<br>EFFECTIVE DATE: 5/4/2017 | $0.00 |
| 2 | WEINSTEIN TELEVISION LLC | BUNIM-MURRAY PRODUCTIONS, LLC | PRODUCTION SERVICES AGREEMENT<br>EFFECTIVE DATE: 6/2/2011 | $0.00 |
| 3 | THE WEINSTEIN COMPANY LLC | DELTA (THE LAST LEGION) LIMITED | AMENDMENT<br>RE: DISTRIBUTION AGREEMENT DTD 8/27/2005<br>EFFECTIVE DATE: 6/29/2007 | $0.00 |
| 4 | THE WEINSTEIN COMPANY LLC | DELTA FILMS LIMITED | AMENDMENT<br>RE: DISTRIBUTION AGREEMENT DTD 8/27/2005<br>EFFECTIVE DATE: 6/29/2007 | $0.00 |
| 5 | THE WEINSTEIN COMPANY LLC | DELTA YOUNG HANNIBAL LIMITED | AMENDMENT<br>RE: DISTRIBUTION AGREEMENT DTD 8/27/2005<br>EFFECTIVE DATE: 6/29/2007 | $0.00 |
| 6 | THE WEINSTEIN COMPANY LLC | DINO DE LAURENTIIS COMPANY | AMENDMENT<br>RE: DISTRIBUTION AGREEMENT DTD 8/27/2005<br>EFFECTIVE DATE: 6/29/2007 | $0.00 |
| 7 | WEINSTEIN GLOBAL FILM CORP. | FOX INTERNATIONAL CHANNELS ASIA PACIFIC LIMITED (FORMERLY KNOWN AS SATELLITE TELEVISION ASIAN REGION LIMITED) | INTERNATIONAL DISTRIBUTION LICENSE AGREEMENT<br>RE: HANDS OF STONE<br>EFFECTIVE DATE: 5/21/2015 | $0.00 |
| 8 | WEINSTEIN GLOBAL FILM CORP. | FOX INTERNATIONAL CHANNELS ASIA PACIFIC LIMITED (FORMERLY KNOWN AS SATELLITE TELEVISION ASIAN REGION LIMITED) | INTERNATIONAL DISTRIBUTION LICENSE AGREEMENT<br>RE: LION<br>EFFECTIVE DATE: 5/21/2015 | $0.00 |

**EXHIBIT 1**

| | **DEBTOR(S)** | **CONTRACT COUNTERPARTY** | **DESCRIPTION OF CONTRACT OR LEASE** | **CURE AMOUNT** |
|---|---|---|---|---|
| 9 | WEINSTEIN GLOBAL FILM CORP. | FOX INTERNATIONAL CHANNELS ASIA PACIFIC LIMITED (FORMERLY KNOWN AS SATELLITE TELEVISION ASIAN REGION LIMITED) | INTERNATIONAL DISTRIBUTION LICENSE AGREEMENT<br>RE: TULIP FEVER<br>EFFECTIVE DATE: 5/21/2015 | $0.00 |
| 10 | WEINSTEIN GLOBAL FILM CORP. | FOX INTERNATIONAL CHANNELS ASIA PACIFIC LIMITED, TAIWAN BRANCH (FORMERLY KNOWN AS SATELLITE TELEVISION ASIAN REGION LIMITED TAIWAN BRANCH) | INTERNATIONAL DISTRIBUTION LICENSE AGREEMENT<br>RE: HANDS OF STONE<br>EFFECTIVE DATE: 5/21/2015 | $0.00 |
| 11 | WEINSTEIN GLOBAL FILM CORP. | FOX INTERNATIONAL CHANNELS ASIA PACIFIC LIMITED, TAIWAN BRANCH (FORMERLY KNOWN AS SATELLITE TELEVISION ASIAN REGION LIMITED TAIWAN BRANCH) | INTERNATIONAL DISTRIBUTION LICENSE AGREEMENT<br>RE: LION<br>EFFECTIVE DATE: 5/21/2015 | $0.00 |
| 12 | WEINSTEIN GLOBAL FILM CORP. | FOX INTERNATIONAL CHANNELS ASIA PACIFIC LIMITED, TAIWAN BRANCH (FORMERLY KNOWN AS SATELLITE TELEVISION ASIAN REGION LIMITED TAIWAN BRANCH) | INTERNATIONAL DISTRIBUTION LICENSE AGREEMENT<br>RE: TULIP FEVER<br>EFFECTIVE DATE: 5/21/2015 | $0.00 |
| 13 | WEINSTEIN TELEVISION LLC | FREMANTLEMEDIA LIMITED | BINDING HEADS OF AGREEMENT | $0.00 |
| 14 | THE WEINSTEIN COMPANY LLC | GOLSHIFTEH FARAHANI | GUARANTY RE: ACTOR AGREEMENT DTD 1/30/2017 | $0.00 |
| 15 | THE WEINSTEIN COMPANY LLC | HOME BOX OFFICE, INC. | AMENDMENT TO SECURITY AGREEMENT AMENDS SECURITY AGREEMENT DTD 2/28/2008<br>EFFECTIVE DATE: 12/23/2008 | $0.00 |
| 16 | THE WEINSTEIN COMPANY LLC | HOME BOX OFFICE, INC. | FINANCING, PRODUCTION AND DISTRIBUTION AGREEMENT<br>RE: THE NO. 1 LADIES DETECTIVE AGENCY<br>EFFECTIVE DATE: 2/28/2008 | $0.00 |
| 17 | THE WEINSTEIN COMPANY LLC | HOME BOX OFFICE, INC. | INTERPARTY AGREEMENT RELATING TO THE NO. 1 LADIES DETECTIVE AGENCY | $0.00 |

**EXHIBIT 1**

| | **DEBTOR(S)** | **CONTRACT COUNTERPARTY** | **DESCRIPTION OF CONTRACT OR LEASE** | **CURE AMOUNT** |
|---|---|---|---|---|
| 18 | THE WEINSTEIN COMPANY LLC | HOME BOX OFFICE, INC. | SECURITY AGREEMENT<br>RE: THE NO. 1 LADIES DETECTIVE AGENCY<br>EFFECTIVE DATE: 2/28/2008 | $0.00 |
| 19 | THE WEINSTEIN COMPANY LLC | INFERNO INTERNATIONAL, LLC | EXCLUSIVE LICENSE AGREEMENT<br>EFFECTIVE DATE: 12/17/2010 | $0.00 |
| 20 | THE ACTORS GROUP, LLC | KATE MCKINNON | ACTOR AGREEMENT RE: MOTION PICTURE LEAP!<br>EFFECTIVE DATE: 3/17/2017 | $150,000.00 |
| 21 | THE WEINSTEIN COMPANY LLC | MARRO WWG LLC | QUITCLAIM<br>RE: WAR WITH GRANDPA<br>EFFECTIVE DATE: 2/23/2018 | $0.00 |
| 22 | WEINSTEIN GLOBAL FILM CORP | MARRO WWG LLC | QUITCLAIM<br>RE: WAR WITH GRANDPA<br>EFFECTIVE DATE: 2/23/2018 | $0.00 |
| 23 | THE WEINSTEIN COMPANY LLC | NETFLIX STUDIOS, LLC | AMENDMENT NO. 3 TO TERM SHEET AMENDS CONFIDENTIAL CROUCHING TIGER HIDDEN DRAGON: THE GREEN LEGEND TERM SHEET<br>EFFECTIVE DATE: 9/7/2017 | $0.00 |
| 24 | THE WEINSTEIN COMPANY LLC | NETFLIX STUDIOS, LLC & NETFLIX, INC. | AMENDMENT NO. 3 TO NOTICE OF ASSIGNMENT AND IRREVOCABLE INSTRUCTIONS<br>EFFECTIVE DATE: 9/7/2017 | $0.00 |
| 25 | THE WEINSTEIN COMPANY LLC | NETFLIX, INC. | AMENDMENT #9 TO THE LICENSE AGREEMENT FOR INTERNET TRANSMISSION NO. 1<br>EFFECTIVE DATE: 1/23/2012 | $0.00 |
| 26 | WEINSTEIN TELEVISION LLC | NETFLIX, INC. | AMENDMENT NO. 1 TO PAYMENT AGREEMENT DTD 3/31/2017 | $0.00 |
| 27 | WEINSTEIN TELEVISION LLC | NETFLIX, INC. | AMENDMENT NO. 2 TO PAYMENT AGREEMENT DTD 4/27/2017 | $0.00 |

**EXHIBIT 1**

|  | **DEBTOR(S)** | **CONTRACT COUNTERPARTY** | **DESCRIPTION OF CONTRACT OR LEASE** | **CURE AMOUNT** |
|---|---|---|---|---|
| 28 | WEINSTEIN TELEVISION LLC | NETFLIX, INC. | CHINA DISTRIBUTION LICENSE DTD<br>EFFECTIVE DATE: 4/13/2016 | $0.00 |
| 29 | WEINSTEIN TELEVISION LLC | NETFLIX, INC. | NOTICE OF ASSIGNMENT AND IRREVOCABLE INSTRUCTIONS DTD 9/21/2015 | $0.00 |
| 30 | THE WEINSTEIN COMPANY LLC | NETFLIX, INC. | NOTICE OF ASSIGNMENT<br>RE: LICENSE AGREEMENT DTD 7/24/2014 | $0.00 |
| 31 | THE WEINSTEIN COMPANY LLC | NETFLIX, INC. | THE MIST LICENSE FEE ADJUSTMENT<br>EFFECTIVE DATE: 6/22/2017 | $0.00 |
| 32 | THE WEINSTEIN COMPANY LLC | NOTA BENE FILMS, INC. | NEIL BERGER DIRECTING SERVICES AGREEMENT<br>EFFECTIVE DATE: 9/9/2016 | $0.00 |
| 33 | SMALL SCREEN TRADES LLC | POSTIGLIONE FAMILY ENTERTAINMENT F/S/O SONNY POSTIGLIONE | SERVICES AGREEMENT<br>EFFECTIVE DATE: 6/11/2017 | $0.00 |
| 34 | THE WEINSTEIN COMPANY LLC | ROPE SERVICES LLC | QUITCLAIM<br>RE: WAR WITH GRANDPA<br>EFFECTIVE DATE: 2/23/2018 | $0.00 |
| 35 | WEINSTEIN GLOBAL FILM CORP | ROPE SERVICES LLC | QUITCLAIM<br>RE: WAR WITH GRANDPA<br>EFFECTIVE DATE: 2/23/2018 | $0.00 |
| 36 | THE WEINSTEIN COMPANY LLC | SMOKE HOUSE PICTURES, INC. F/S/O GEORGE CLOONEY & GRANT HESLOV | PRODUCING SERVICES AGREEMENT<br>EFFECTIVE DATE: 5/18/2012 | $250,000.00 |
| 37 | THE WEINSTEIN COMPANY LLC | THE BRITISH BROADCASTING CORPORATION | INTERPARTY AGREEMENT RELATING TO THE NO. 1 LADIES DETECTIVE AGENCY | $0.00 |
| 38 | THE WEINSTEIN COMPANY LLC | TIM GUNN PRODUCTIONS, INC. F/S/O TIM GUNN | AMENDMENT TO AGREEMENT<br>RE: SERVICES AGREEMENT DTD 5/5/2012<br>EFFECTIVE DATE: 5/14/2015 | $0.00 |
| 39 | THE WEINSTEIN COMPANY LLC | TIM GUNN PRODUCTIONS, INC. F/S/O TIM GUNN | SERVICES AGREEMENT DTD 5/20/2015<br>RE: PROJECT RUNWAY: JUNIOR | $0.00 |

**EXHIBIT 1**

| | **DEBTOR(S)** | **CONTRACT COUNTERPARTY** | **DESCRIPTION OF CONTRACT OR LEASE** | **CURE AMOUNT** |
|---|---|---|---|---|
| 40 | THE WEINSTEIN COMPANY LLC | UNIVERSAL MUSIC ENTERPRISES | MUSIC LICENSE AGREEMENT<br>RE: LEAP! (FKA BALLERINA)<br>EFFECTIVE DATE: 6/9/2017 | $25,000.00 |
| 41 | THE WEINSTEIN COMPANY LLC | WARNER BROS. PICTURES | QUITCLAIM AGREEMENT DTD 11/2/2017<br>RE: SIX BILLION DOLLAR MAN | $0.00 |