**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al*.,<br><br>Debtors.[1] | : | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered<br><br>**Hearing Date: May 8, 2018 at 11:30 a.m. (ET)**<br><br>**Re: Docket Nos. 8, 190 & 772** |

**NOTICE OF FILING OF REVISED PROPOSED FORM OF SALE ORDER APPROVING SALE WITH STALKING HORSE BIDDER**

PLEASE TAKE NOTICE that, on March 20, 2018, The Weinstein Company Holdings LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially all of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Substantially all of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief* [Docket No. 8] (the

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

"**Motion**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**") seeking, among other things, approval of the Bidding Procedures and the Sale of the Purchased Assets to the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that, on April 6, 2018, the Court entered the *Order (A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction For, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (E) Approving Assumption and Assignment Procedures, and (F) Granting Related Relief* [Docket No. 190] (the "**Bidding Procedures Order**").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 15 of the Bidding Procedures Order, on May 4, 2018, the Debtors filed a proposed form of order approving the Sale to the Successful Bidder [Docket No. 772] (the "**Original Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that, today, the Debtors hereby file a revised proposed form of order approving the Sale to the Successful Bidder (the "**Revised Proposed Order**"), a copy of which is attached hereto as **Exhibit A**. The filing of the Revised Proposed Order does not constitute the exercise of the Purchaser's consent rights with respect to the final form of Sale Order, and the Revised Proposed Order remains subject to the Purchaser's review and comment in all respects. In addition, the Revised Proposed Order remains subject to the review and comment of other parties in interest, including the Official Committee of Unsecured

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion or the Bidding Procedures Order (defined herein), as applicable.

Creditors. For the convenience of the Court and all parties in interest, a blackline of the Revised Proposed Order against the Original Proposed Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that, as previously noticed, the hearing on, among other things, entry of the Revised Proposed Order, including approval of the Sale with the Successful Bidder, is scheduled for **May 8, 2018 at 11:30 a.m. (Eastern Daylight Time)** (the "**Sale Hearing**") before The Honorable Mary F. Walrath, United States Bankruptcy Judge, at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware, 19801.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to make modifications to the Revised Proposed Order prior to the Sale Hearing. To the extent that modifications are made to the Revised Proposed Order prior to the Sale Hearing, the Debtors will present a blackline showing such changes to the Court at the Sale Hearing.

Dated: May 8, 2018
Wilmington, Delaware

*/s/ Joseph C. Barsalona II*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Joseph C. Barsalona II (No. 6102)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*