IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
                                                             :
                                                             :    Chapter 11
                                                             :
THE WEINSTEIN COMPANY HOLDINGS                               :
LLC, et al.,                                                 :    Case No. 18-10601 (MFW)
                                                             :
                    Debtors.¹                                :    (Jointly Administered)
                                                             :
                                                             :    Re: Docket Nos. 8 & 824
                                                             :
-------------------------------------------------------------x
```

## NOTICE OF FILING OF FINAL PROPOSED SALE ORDER

**PLEASE TAKE NOTICE** that, consistent with the record of the hearing before the United States Bankruptcy Court for the District of Delaware (the "**Court**") on May 8, 2018, attached is a blackline of the final form of sale order (the "**Final Sale Order**")[2] highlighting changes made to the Proposed Sale Order attached as Exhibit A to the *Notice of Filing of Revised Proposed Form of Sale Order Approving Sale with Stalking Horse Bidder* [Docket No. 824], filed by the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") on May 8, 2018. The Debtors will submit the Final Sale Order to the Court under certification of counsel on May 9, 2018.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] *Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief*, attached hereto as **Exhibit A**.

1

RLF1 19296821v.1

Dated: May 8, 2018
      Wilmington, Delaware

/s/ *Joseph C. Barsalona II*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Joseph C. Barsalona II (No. 6102)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors*
*and Debtors in Possession*