**SIGN-IN SHEET**

**CASE NAME:** The Weinstein Company Holdings LLC

**CASE NUMBER:** 18-10601 (MFW)

**COURTROOM NUMBER:** 4

**DATE:** May 8, 2018 at 11:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Rachel B Mersky | Monzack Mersky, McLaughlin and Browder | Technical or |
| Tor Patterson Esq. | Klee Tuchin | Net-Flix |
| Curtis Aitken, Esq | Law offices of Curtis A. Aitken | Net-Flix |
| Bethany Simmons | Loeb + Loeb LLP | Toyota |
| Joseph Geel | Cross & Simon | Annapurna Uni Fi |
| Richard Riley | Duane Morris | TC Chubb Composers |
| Andrew Roving | Morris Nichols | A+E |
| Jeremy Ryan | Potter Anderson + Corroon | Electrical Same Ent One Channel 471 Telemundo, AT Films |
| Paul Zumbro | Cravath | Debtors |
| Sal Zabitz | " " | " " |
| Kevin Behari | " " | " " |
| Meredith Lehei | Akin | Lantern |
| Steve Kuhn | " " | " " |
| Dave Shratter | Peter Hamilton | " " |
| Evalyn McIlree | " " " | " " |
| Dave Kuruma | CSM | " " |
| Russ Silberglied | RLF | " " |
| Zach Slater(?) | RLF | " " |
| Paul Heath | " " | " " |

**S I G N - I N   S H E E T**

**CASE NAME:** The Weinstein Company Holdings LLC

**CASE NUMBER:** 18-10601 (MFW)

**COURTROOM NUMBER:** 4

**DATE:** May 8, 2018 at 11:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bennett Murphy | Quinn Emanuel | AI International Holdings (BVI) Ltd |
| Davis Lee Wright | Montgomery McCracken Walker + Rhoads LLP | " |
| Marcia Patterson | Wimble Bond Dickins (US)LLP | Wimal River Productions(US) AndDenki Bank Hyperdind |
| Robert Kirson | Wilmer Sorell | Opus Bank |
| David Klauder | Boll- + Klauder | P.Pos Beros + In tho Hosses ADHOS |
| Norman Pernick | Cole Schotz | Miramax |
| Sheldon Kaufman | Law Office of Sheldon Kaufman | DGA SAG-AFTRA, WGA related pension+health Plans and MPIPHP |
| Joseph Kokanski | Bush Gottlieb | " |
| David Abbott | " | " |
| Mark Minuti | Saul Ewing Arnstein OL L & LLP | Liini koh, Andrew Rq, Sery Fnandh |
| Andrew Trances | Paul Hastings LLP | Bank of MSMCA |
| Scott Cousins | Bayard PA | Harvey Weinstein |
| Daniel Brogan | " | " |
| Norman Monhart | Lowenthal Monhart + Cooklotai D/K Producers Counsel Wilkens | " |
| Tedd Rosental | " | Dolto-Lort Quinta, Oraye fled DC |
| Dene Leary | Department of Justice | US Trustee |
| Hannah McCollum | Department of Justice | US Trustee |
| Sean Beach | Young Conaway | MUFG Union Bank |
| Jennifer Hoagle | Sidley Austin | " |

**CASE NAME:** The Weinstein Company Holdings LLC

**CASE NUMBER:** 18-10601 (MFW)

**S I G N - I N   S H E E T**

**COURTROOM NUMBER:** 4

**DATE:** May 8, 2018 at 11:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jane Springwater | Friedman & Springwater | Universal Music Group Entities Shady Records Entities |
| Gregory T. Donilon | Pinckney, Weidinger, Urban & Joyce LLC | " |
| James Stein | Pachulski Stang Ziehl + Jones | Official Committee of Unsecured Creditors |
| Debra Grassgreen | " | " |
| Alan Kornfeld | " | " |
| Colin R. Robinson | " | " |
| Jeffrey S. Sabin | Venable LLP | Various Tabuef Clients |
| Michael DeBaecke / T. Hunt Cobb | Blank Rome / Vorys Sater Seymour Pease | Home Box Office Turner Entertainment Network |
| Dick Abbt | NMPT | ViaCom |
| Alex Talesnik | Lydecker Diaz | ViaCom |
| Larry Gabriel | Kentzekus Gubner | Hotel Meinahai |
| Mike (Susinki) | Cole Schotz Bissell & Brun | " |
| Karen Park | Parklaw | Snapganis / View Askew / Kevin Smith |
| Shanti Kabra | Polsinelli | " |
| Dan O'Brien | Venable | Various Talent Clubs |
| Cory Falgowski | Burr + Forman | MUFG Union Bank |
| Jeffrey Rossner | Irell + Manella | " |
| Laurel Naglen | Ballard Spahr | Tarantino Parties OWN LLC |
| " | " | " |

SIGN-IN SHEET

Case Name: The Weinstein Company Holding LLC

Case No.: 18-10601

Courtroom No.4 - Judge Walrath

Date: May 8, 2018

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| ERIC MARO | Morris James | Amzon entrs |
| Akil Qureshi | Akin | Leabin |
| David Simonds | Akin | PFC |
| Chris Samis | Whiteford Taylor | PFC / East Wst Bnk/ Bata |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Court Conference

Calendar Date: **05/08/2018**

Calendar Time: **11:30 AM ET**

U.S. Bankruptcy Court-Delaware

Confirmed Telephonic Appearance Schedule

Honorable Mary F. Walrath

*Amended Calendar May 8 2018 6:20AM*

#4

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9006557 | Stephanie E. Ambs | (813) 223-7000 ext. | Carlton Fields Jorden Burt, P.A. | Creditor, Fifth Third Bank / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9064316 | M. Cris Armenta | (310) 826-2826 ext. 108 | The Armenta Law Firm | Representing, Louisette Geiss and Related Class Action Plaintiffs / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9058614 | Paul S. Arrow | (213) 891-5002 ext. | Buchalter, APC | Claimant, Sony Pictures Entertainment, Inc. / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9053147 | Anthony Beaudoin | (310) 551-8961 ext. | MUFG Union Bank, N.A. | Interested Party, MUFG Union Bank   / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9063127 | Shannon Bender | (212) 461-5506 ext. | CIT Group | Representing, CIT Group / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9064475 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9061095 | William S. Brody | (213) 891-5015 ext. | Buchalter, APC | Creditor, Bank of Hope / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9062973 | Rocco A. Cavaliere | (212) 216-1141 ext. | Tarter Krinsky & Drogin | Creditor, Frank Miller, Inc. and Frank Miller / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9057404 | Tiffany S. Cobb | (614) 464-8322 ext. | Vorys Sater Seymour and Pease LLP | Interested Party, Home Box Office, Inc. and Turner Entertainment Networks, Inc. / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9057626 | Mike Comerford | (212) 318-6617 ext. | Paul Hastings LLP | Interested Party, Celestial Productions Limited / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9059460 | Jon LR Dalberg | (310) 557-0050 ext. | Landau Gottfried & Berger LLP | Creditor, Kanbar Entertainment, LLC, The Bully Project, LLC and Warner Bros. / LIVE |

| Company | Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9062354 | Una Dean | (212) 859-8000 ext. | Fried Frank | Interested Party, Fried Frank / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9054027 | Michael T. Delaney | (310) 552-0130 ext. | Robins Kaplan LLP | Creditor, Al Siegel, as Trustee; OWN, LLC; Visiona Romantica, Inc.; Jackboot, Inc. / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9054610 | Kristin Elliott | (212) 808-7800 ext. | Kelley Drye & Warren LLP | Creditor, Cinedigm / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9063741 | Ryan Faughnder | (213) 237-4552 ext. | Los Angeles Times | Interested Party, Ryan Faughnder / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9064289 | Elizabeth Fegan | (708) 628-4949 ext. | Hagens Berman Sobol Shapiro LLP - Chicago | Creditor, Geiss, et al / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9044877 | Ebba Gebisa | (312) 402-7086 ext. | Skadden, Arps, Slate, Meagher & Flom LLP | Interested Party, Skadden Arps / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9057631 | William B. Freeman | (213) 443-9003 ext. | Katten Muchin Rosenman LLP | Creditor, Union Bank / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9062846 | Jeff Friedman | (212) 940-7035 ext. | Katten Muchin Rosenman LLP | Creditor, Anchor Bay Entertainment / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9060770 | Thomas M. Geher | (310) 712-6820 ext. | Jeffer Mangels Butler & Mitchell LLP | Creditor, Timur Bekmambetov / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9063263 | Steven W. Golden | (212) 561-7715 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9055559 | David B. Golubchik | (310) 229-1234 ext. | Levene Neale Bender Yoo & Brill | Interested Party, Levene Neale Bender Yoo & Brill / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9060579 | David N. Griffiths | (212) 310-8000 ext. | Weil Gotshal & Manges LLP | Interested Party, A & E / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9062884 | Michael I. Gottfried | (310) 557-0050 ext. | Landau Gottfried & Berger LLP | Creditor, Creative Artists Agency / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9061093 | Peter J. Gurfein | (310) 691-7374 ext. | Landau Gottfried & Berger LLP | Client, Annapurna Pictures / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9055704 | Rachel Gould | (917) 426-4265 ext. | Orrick, Herrington & Sutcliffe LLP | Client, Rachel Gould / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9059375 | Julian I. Gurule | (310) 407-4020 ext. | Klee, Tuchin, Bogdanoff & Stern | Creditor, Netflix / LISTEN ONLY |

| Company | Case | Type | Number | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9063066 | Chris D Harrison | (617) 526-6996 ext. | WilmerHale | Interested Party, Walt Disney Company / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9064815 | Carrie V. Hardman | (212) 294-6810 ext. | Winston & Shawn LLP | Creditor, Nu Image, Inc. / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9064713 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9054444 | W. Keyes Hill-Edgar | (212) 293-2700 ext. | Luskin, Stern & Eisler, LLP | Creditor, Viacom / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9055521 | David Hufkin | (302) 651-7691 ext. | The Weinstein Company | Debtor, The Weinstein Company Holdings LLC / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9063069 | John Kopcha | (213) 236-6737 ext. | MUFG Union Bank, N.A. | Interested Party, John Kopcha / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9057834 | Kathy A. Jorrie | (213) 488-7251 ext. | Pillsbury Winthrop Shaw Pittman LLP | Interested Party, Studiocanal S.A.S., Gaumont S.A.S., et al / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9064599 | Zachary Lanier | (212) 872-1000 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Lantern Entertainment LLC / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9061779 | Gene Maddaus | (323) 617-9140 ext. | Variety | Unknown - Update, Media / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9064396 | Nancy L. Manzer | (202) 663-6183 ext. | Wilmer Cutler Pickering Hale & Dorr, LLP | Interested Party, Walt Disney Company / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9063815 | Edward McNeilly | (310) 728-3323 ext. 6458 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Portfolio Funding Company LLC / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9064536 | Adam E. Malatesta | (213) 485-1234 ext. | Latham & Watkins LLP | Interested Party, Miramax / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9064422 | Aleena Maher - Client | (212) 597-8235 ext. | Luskin, Stern & Eisler, LLP | Creditor, Viacom / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9056682 | Laura Metzger | (212) 506-5149 ext. | Orrick, Herrington & Sutcliffe LLP | Interested Party, Killer Content, Inc. / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9056757 | Robert S. McWhorter | (916) 945-6188 ext. | Buchalter, APC | Creditor, Bank of California / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9059135 | Jennifer Nassiri | (213) 443-3859 ext. | Quinn Emanuel Urquhart & Sullivan, LLP | Creditor, All International Holdings / LISTEN ONLY |

| Company | Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9061046 | Bradley O'Neill | (212) 715-7583 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Lin-Manuel Miranda / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9053803 | Jared Parker | (602) 282-0477 ext. | Parker, Schwartz, PLLC | Interested Party, Harkins Administrative Services, Inc. / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9065497 | Jonathan W. Randles | (212) 416-2037 ext. | Dow Jones | Interested Party, Dow Jones / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9059913 | Deirdre M. Richards | (215) 893-8703 ext. | Fineman Krekstein & Harris, P.C. | Creditor, Sony Pictures Entertainment Inc. / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9065520 | Susan K. Seflin | (818) 827-9000 ext. | Brutzkus Gubner LLP | Creditor, Hotel Mumbai / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9063137 | Ariella Simonds | (213) 896-6686 ext. | Sidley Austin LLP | Interested Party, MUFG / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9063023 | Stephen B. Selbst | (212) 592-1405 ext. | Herrick, Feinstein LLP - All Offices | Creditor, Hapoalim / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9063154 | Hilary Sledge-Sarnor | (213) 236-5908 ext. | MUFG Union Bank, N.A. | Representing, MUFG Union Bank, N.A. / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9063808 | David Simonds | (310) 552-6692 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Portfolio Funding Company LLC / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9063414 | David F Staber | (214) 969-4664 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, East West Bank / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9063095 | Amee Smith | (312) 853-7314 ext. | Sidley Austin LLP | Interested Party, Sidley Austin LLP / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9063883 | Brian T. Stewart | (310) 228-5450 ext. | Fortress Investment Group | Interested Party, Fortress Investment Group / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9063492 | Howard S. Steel | (212) 209-4800 ext. | Brown Rudnick LLP | Creditor, Geiss, Kendall, Brock, Thomas, Sagemiller, and Klatt / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9060877 | Alex S. Tatlesnick | (212) 597-8235 ext. | Luskin, Stern & Eisler, LLP | Creditor, Viacom / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9064649 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9060503 | Marc Toberoff | (310) 246-3333 ext. | Toberoff & Associates P.C. | Creditor, IP Management, Inc.; IPW, LLC; Lesia Anson / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9062820 | Michael S. Tucker | (216) 583-7120 ext. | Ulmer & Berne LLP | Creditor, 99 Hudson Street / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9059986 | Jason D. Wallach | (310) 556-4660 ext. | Gipson Hoffman & Pancione | Creditor, UniFi Completion Guaranty Insurance Solutions, Inc. / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9063122 | Annie Wallis | (312) 853-7314 ext. | Sidley Austin LLP | Interested Party, Sidley Austin LLP / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9060757 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Lin+Manuel Miranda / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9062900 | Roye Zur | (310) 557-0050 ext. | Landau Gottfried & Berger LLP | Creditor, Creative Artists Agency / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 (18-5039 7) | Hearing | 9063998 | Paul Aloe | (212) 868-1888 ext. | Kudman Trachten, LLP | Interested Party, Kudman Trachten and Aloe / LISTEN ONLY |