**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
:
:    Chapter 11
THE WEINSTEIN COMPANY HOLDINGS     :
LLC, *et al.*,                                                   :    Case No. 18-10601 (MFW)
:
         Debtors.[1]                             :    (Jointly Administered)
:
:    **Re: Docket No. 8, 190, 722, 824 & 833**
------------------------------------------------------------x

**CERTIFICATE OF COUNSEL REGARDING ORDER (A) APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES, (B) APPROVING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (C) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1.  On March 20, 2018, The Weinstein Company Holdings LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially all of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Substantially all of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting*

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

RLF1 19294139v.2

*Related Relief* [Docket No. 8] (the "**Motion**")² with the United States Bankruptcy Court for the District of Delaware (the "**Court**") seeking, among other things, the Sale of the Purchased Assets to the Successful Bidder.

2. On April 6, 2018, the Court entered the *Order (A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially all of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief* [Docket No. 190] (the "**Bidding Procedures Order**").

3. Pursuant to the Bidding Procedures Order, objections to the Sale were to be filed and served by no later than April 30, 2018 at 4:00 p.m. (as extended, the "**Objection Deadline**"). Prior to the Objection Deadline, the Debtors received numerous objections from Counterparties and other parties in interest (collectively, the "**Objecting Parties**") to the Sale and to the Potential Assumption and Assignment Notices [Docket Nos. 216, 282 & 482].

4. On May 4, 2018, in accordance with paragraph 15 of the Bidding Procedures Order, the Debtors filed a proposed form of order approving the Sale with the Successful Bidder [Docket No. 722].

5. On May 8, 2018, the Debtors filed a revised proposed form of order approving the Sale with the Successful Bidder [Docket No. 824] (the "**Proposed Sale Order**").

6. On May 8, 2018, the Court held a hearing (the "**Sale Hearing**") to consider approval of the Sale of the Purchased Assets to the Successful Bidder. At the conclusion of the Sale Hearing, the Court so ordered the approval of the Sale, subject to the Debtors submitting a

---

² Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion or the Sale Order, as applicable.

revised form of Sale Order (the "**Revised Sale Order**") with conforming changes as were made on the record at the Sale Hearing under certificate of counsel.

7. Considering the number of objections submitted by the Objecting Parties, and to provide full and fair notice of the Revised Sale Order to the Objecting Parties and all parties in interest, the Debtors filed, and served on, among others, the Objecting Parties, the *Notice of Filing of Revised Proposed Form of Sale Order Approving Sale with Stalking Horse Bidder* [Docket No. 833] (the "**Notice**"). In addition, the Debtors circulated the Revised Sale Order to the Consultation Parties for review and comment.

8. The Debtors received additional comments to the Revised Sale Order after filing the Notice, and incorporated those comments into the form of the Revised Sale Order.

9. On May 9, 2018, the Debtors filed the Revised Sale Order under certification of counsel [Docket No. 844]. After filing the Revised Sale Order, the Debtors received informal comments from counsel to UniFi Completion Guaranty Insurance Solutions, Inc. ("**UniFi**") regarding paragraph 59 of the Revised Sale Order. After conferring with counsel for UniFi and counsel for the Stalking Horse Bidder, the parties agreed to remove paragraph 59 from such order. A copy of such revised order is attached here to as **Exhibit A** (the "**Further Revised Sale Order**").

10. For the convenience of the Court and all parties in interest, a blackline of the Further Revised Sale Order against the Revised Sale Order is attached hereto as **Exhibit B**.

WHEREFORE, the Debtors respectfully request that the Further Revised Sale Order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: May 9, 2018
Wilmington, Delaware

*/s/ Joseph C. Barsalona II*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Joseph C. Barsalona II (No. 6102)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors
and Debtors in Possession*