**<u>Exhibit A</u>**



# THE WEINSTEIN COMPANY

*Sarah Sobel*
*EVP | Business & Legal Affairs*
*Direct Dial: (212)845-8662*

May 2, 2017

**Via Messenger**

John Buzzetti
WME Entertainment
1325 Avenue of the Americas
New York, NY 10019

Re:    **"In the Heights" / Option**

Dear John,

Reference is hereby made to that certain Option/Purchase Agreement dated as of January 7, 2015 between The Weinstein Company LLC, 5000 Broadway Productions, Inc. f/s/o Lin-Manuel Miranda, and Barrio Grrrl Productions, Inc. f/s/o Quiara Alegria Hudes in connection with the project currently entitled "In the Heights" (the "Agreement").

Pursuant to Paragraph 2 of the Agreement, enclosed please find The Weinstein Company LLC check ███████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
███████████████████████

The Weinstein Company has approved ████████████████████████████████████
███████████████████████████ All of the conditions set forth in Paragraph 2 of the Agreement have been satisfied and with these payments, The Weinstein Company hereby exercises the Option set forth in the Agreement.

Sincerely,

Sarah Sobel
Executive Vice President, Business & Legal Affairs
Enclosures

THE WEINSTEIN COMPANY LLC
375 Greenwich Street, 3rd Floor
New York, New York 10013

September 19, 2016

5000 Broadway Productions, Inc.
Bario Grrrl Productions, Inc.
c/o WME
11 Madison Avenue, 18th Floor
New York, NY 10010
Attn.: John Buzzetti

CC: Schreck Rose Dapello & Adams
5 Columbus Circle, 29th Floor
New York, NY 10019
Attention:  Ira Schreck, Esq.
            Nancy Rose, Esq.
            Seth Horwitz, Esq.

**Re:    "IN THE HEIGHTS"-Option/Purchase Agreement**

Ladies and Gentlemen:

Reference is made to that certain Option/Purchase Agreement dated as of January 7, 2015 (the "**Agreement**") between, on the one hand, The Weinstein Company LLC ("**TWC**") and, on the other hand, 5000 Broadway Productions, Inc. ("**5000 BP**") on behalf of Lin Manuel Miranda ("**Producer**") and Bario Grrrl Productions, Inc. ("**BGP**") on behalf of Quiara Alegría Hudes ("**BGP**", and collectively, jointly and severally with 5000 BP, "**Owner**") with respect to (i) TWC's exclusive option to acquire the motion picture, television allied and ancillary rights ("the **Rights**") in and to the musical entitled "In the Heights" with music and lyrics by Producer and a book by Quiara Alegría Hudes (all elements thereof, including, without limitation, the music, is collectively referred to as the "**Property**"), for the purpose of producing one (1) motion picture  and one (1) remake thereof which shall be subject to the same terms and conditions as the "Picture"
 based on the Property (the first motion picture based on the Property being referred to as the "**Picture**"),
 and (ii) the rights, obligations and entitlements of TWC, Owner and Producer in connection with the Picture, as amended by that certain Amendment dated as of January 19, 2016.   This document (the "**Second Amendment**") shall constitute the further understanding and agreement between TWC and Owner, and the Agreement shall be modified, amended and supplemented in accordance with the terms, conditions and other provisions of this Second Amendment.

For the purposes of this Second Amendment, all references to the Agreement shall refer to all sections of and exhibits and attachments to the Agreement.  All capitalized terms used in this Second Amendment without definition shall have the respective meanings ascribed to them in the Agreement.

NOW, THEREFORE, in consideration of the mutual covenants and promises contained herein, and for other good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, the parties hereto do hereby agree as follows:

ITH. OptionPur.Amend2v.2                    1

1.    Notwithstanding anything to the contrary stated in Paragraph 2 of the Agreement, the Option Period shall be extended for a period of three (3) months (i.e., until and including May 3, 2017).

As modified, amended and supplemented hereby, the terms, conditions and other provisions of the Agreement shall remain in full force and effect and are hereby ratified and confirmed by the parties.

By executing in the appropriate signature lines below, the parties hereto confirm the terms of this Amendment as of the date first above written.

Yours sincerely,

THE WEINSTEIN COMPANY LLC

By:_____

Its:_____

Lin-Manuel Miranda

By:_____

Its:_____

Quiara Alegría Hudes

By:_____

Its:_____

5000 Broadway Productions, Inc.

By:_____

Its:_____

Bario Grrrl Productions, Inc.

By:_____

Its: President

THE WEINSTEIN COMPANY LLC
375 Greenwich Street, 3rd Floor
New York, New York 10013

January 19, 2016

5000 Broadway Productions, Inc.
Bario Grrrl Productions, Inc.
c/o WME
11 Madison Avenue, 18th Floor
New York, NY 10010
Attn.: John Buzzetti

CC:  Schreck Rose Dapello & Adams
5 Columbus Circle, 29th Floor
New York, NY 10019
Attention:  Ira Schreck, Esq.
            Nancy Rose, Esq.
            Seth Horwitz, Esq.

**Re:    "IN THE HEIGHTS"-Option/Purchase Agreement**

Ladies and Gentlemen:

Reference is made to that certain Option/Purchase Agreement dated as of January 7, 2015 (the "Agreement") between, on the one hand, The Weinstein Company LLC ("**TWC**") and, on the other hand, 5000 Broadway Productions, Inc. ("**5000 BP**") on behalf of Lin Manuel Miranda ("**Producer**") and Bario Grrrl Productions, Inc. ("**BGP**") on behalf of Quiara Alegría Hudes ("**BGP**", and collectively, jointly and severally with 5000 BP, "**Owner**") with respect to (i) TWC's exclusive option to acquire the motion picture, television allied and ancillary rights ("the **Rights**") in and to the musical entitled "In the Heights" with music and lyrics by Producer and a book by Quiara Alegría Hudes (all elements thereof, including, without limitation, the music, is collectively referred to as the "**Property**"), for the purpose of producing one (1) motion picture  and one (1) remake thereof which shall be subject to the same terms and conditions as the "Picture" █████████████████████████████████████████████████████ based on the Property (the first motion picture based on the Property being referred to as the "**Picture**"), ███████████████████ █████████ and (ii) the rights, obligations and entitlements of TWC, Owner and Producer in connection with the Picture. This document (the "Amendment") shall constitute the further understanding and agreement between TWC and Owner, and the Agreement shall be modified, amended and supplemented in accordance with the terms, conditions and other provisions of this Amendment.

For the purposes of this Amendment, all references to the Agreement shall refer to all sections of and exhibits and attachments to the Agreement. All capitalized terms used in this Amendment without definition shall have the respective meanings ascribed to them in the Agreement.

NOW, THEREFORE, in consideration of the mutual covenants and promises contained herein, and for other good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, the parties hereto do hereby agree as follows:

1.    Notwithstanding anything to the contrary stated in Paragraph 2 of the Agreement, the Option Period shall be extended for a period of 12 months (i.e., until and including February 3, 2017) by and



As modified, amended and supplemented hereby, the terms, conditions and other provisions of the Agreement shall remain in full force and effect and are hereby ratified and confirmed by the parties.

By executing in the appropriate signature lines below, the parties hereto confirm the terms of this Amendment as of the date first above written.

Yours sincerely,

THE WEINSTEIN COMPANY LLC

By: _____

Its: _____

Lin-Manuel Miranda

By: _____

Its: _____

Quiara Alegría Hudes

By: _____

Its: _____

5000 Broadway Productions, Inc.

By: _____

Its: _____

Bario Grrrl Productions, Inc.

By: _____

Its: _____

This agreement (**"Option/Purchase Agreement"**) is entered into as of January 7, 2015 by and among The Weinstein Company LLC (**"TWC"**), 5000 Broadway Productions, Inc. (**"5000 BP"**) on behalf of Lin-Manuel Miranda (**"Producer"**), Bario Grrrl Productions, Inc. (**"BGP"**, and collectively, jointly and severally with 5000 BP, **"Owner"**) on behalf of Quiara Alegría Hudes with respect to (i) TWC's exclusive option to acquire the motion picture, television allied and ancillary rights (**"the Rights"**) in and to the musical entitled "In the Heights" with music and lyrics by Producer and a book by Quiara Alegría Hudes (all elements thereof, including, without limitation, the music, is collectively referred to as the **"Property"**), for the purpose of producing one (1) motion picture  and one (1) remake thereof which shall be subject to the same terms and conditions as the "Picture" (defined below) ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ (the first motion picture based on the Property being referred to as the **"Picture"**), ▮▮▮▮▮ and (ii) the rights, obligations and entitlements of TWC, Owner and Producer in connection with the Picture. For good and valuable consideration, the parties hereto agree as follows:

Conditions Precedent: TWC's obligation to finance and produce the Picture as set forth herein shall be subject to: (i) TWC's approval of the chain-of-title for the Picture, the Property and any underlying literary materials (if any) (TWC deems this Condition Precedent (i) satisfied); and (ii) TWC's receipt of: (a) a fully-executed copy of this Term Sheet and (b) long-form agreements with respect to Producer's producing services (**"Producer Agreement"**) and the producing services of Scott Sanders and Mara Jacobs (together "Sanders/Jacobs") (**"S/J Agreement"**) (collectively the **"Conditions Precedent"**). (Company shall deem the Condition Precedent set forth in subparagraph (b) satisfied upon Company's receipt of Certificates of Engagement executed by Sanders/Jacobs and Producer.) TWC reserves the right to waive any of the foregoing Condition Precedent.

1.      Budget: Subject to exercise of the option, issuance of the completion bond (if TWC elects to bond the production of the Picture) from a bond company approved by TWC (for which TWC will be beneficiary) and satisfaction of the Conditions Precedent, TWC will finance and cashflow ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2.      Option Purchase Agreement: Owner hereby grants TWC the exclusive option to acquire all Rights in and to the Property excluding only the Reserved Rights commencing as of the date hereof and continuing for a period of 12 months following execution of this Option/Purchase Agreement and the Short Form Option Agreement, attached hereto (**"Option Period"**) ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮ TWC may exercise the option at any time prior to the expiration of the Option Period by paying the purchase price provided that ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮ TWC shall commence principal photography of the Picture within nine (9) months following exercise of the option (**"Commencement Period"**). The Commencement Period shall be subject to extension at TWC's election (but such extension capped at 6 months in the aggregate) for force majeure

event(s), 

3.    Reserved Rights: "Reserved Rights" means the following which are reserved to Owner



4.    Reversion:  In the event that TWC fails to exercise the option during the Option Period or to commence principal photography of the Picture during the Commencement Period (as the same may be extended), all rights in and to the Picture shall revert to Owner in accordance with BGP and 5000 BP's respective ownership interests, including, without limitation, all new material (e.g. screenplay revisions and songs) written in connection with the Picture, subject to a lien in favor of TWC in an amount equal to TWC's direct, out of pocket, third party costs and expenses incurred in connection with the Picture, plus interest charges in accordance with TWC's standard terms and conditions to be negotiated in good faith. TWC acknowledges a pre-existing PBS documentary about the Property subject to TWC's review of the underlying agreement to confirm no actual rights in the Property were transferred in connection with such documentary.

5.    Rights:  Upon exercise of the option (subject to reversion above) TWC will be the exclusive owner of all Rights of every kind and nature (including under copyright) in and to the Property and the Picture throughout the universe in perpetuity excluding only the "Reserved Rights" and the "Frozen Rights".

6.    Owner's Credit: Notwithstanding anything to the contrary set forth herein, if the Picture is produced based on the Property then subject to any guild requirements, Owner shall be credited as follows "based on the musical stage play with music and lyrics by Lin Manuel Miranda and book by Quiara AlegríaHudes and conceived by Lin Manuel Miranda" ("Source Material Credit") on screen in the main titles, on a separate card, and in the billing block of paid ads subject to customary exclusions.

Subject to any guild requirements, Owner's Source Material Credit shall be no less favorable than and tied in all respects to the credits accorded to the screenwriter and Sanders/Jacobs). Subject to any guild requirements, in connection with the music and lyrics, Owner shall be accorded credit on screen in the main titles and in the billing block of paid ads (subject to customary exclusions), "Music and Lyrics by Lin Manuel Miranda" ("Music Credit"). Subject to any guild requirements, Owner's Music Credit shall be no less favorable than and tied in all respects to the credits accorded to the screenwriter and Sanders/Jacobs. Owner acknowledges and agrees that Owner's Source Material Credit shall not be MFN with the director of the Picture, provided that no individual shall receive a possessory credit in connection with the Picture.

7.    Merchandising: TWC's merchandising rights shall be subject to any pre-existing exclusive merchandising agreements with respect to the Property which have been entered into as of the date hereof, of which Owner shall make TWC aware.

8.    Soundtrack: TWC shall have the right to sell or license subject to Owner's Reserved Rights:



9.    Miscellaneous: This Option/Purchase Agreement shall be governed by and construed in accordance with the laws of the State of New York applicable to agreements made and to be wholly performed within New York without regard to the conflict of laws provisions of any jurisdiction which would cause the application of any law other than that of the State of New York. The parties agree that the State and Federal courts in the State of New York shall have personal jurisdiction over them with respect to and shall be the exclusive forum for the resolution of any matter or controversy arising from or relating to this Option/Purchase Agreement. In the event of any dispute, the sole remedy of any party hereto (other than TWC) shall be to pursue an action at law for money damages, and no party hereto (other than TWC) shall seek to or be entitled to enjoin the distribution, advertising or exploitation of the Picture or terminate or rescind this Option/Purchase Agreement. No party hereto shall be in breach of this Option/Purchase Agreement until they have received written notice from the non-breaching party and been given a 15 business day opportunity to cure following receipt of such written notice. Owner represents and warrants that (i) it has all rights and authority necessary to enter into and perform the terms of this Option/Purchase Agreement and (ii) it is the sole owner of the rights granted herein in the Property and in the Picture. The parties agree to keep the terms of this agreement and the existence of the agreement and identity of TWC confidential (except to legal, financial and other company executives and professional advisors) until such time as the parties shall mutually agree to issue an initial press release (which TWC shall prepare subject to Producer's mutual approval). The parties hereto shall execute or cause to be executed such documents and other instruments and take or cause to be taken such further actions as may be reasonably necessary or desirable to evidence, effectuate or confirm the provisions of this Option/Purchase Agreement and the transactions contemplated by this Option/Purchase Agreement. The parties contemplate entering into a long form Option/Purchase Agreement incorporating the terms of this Option/Purchase Agreement. This Option/Purchase Agreement sets forth the entire and binding

DocuSign Envelope ID: 15D1EF1C-B2AC-4981-B23D-9BF90DD1C88A

agreement between the parties with respect to the subject matter hereof, and, shall supersede and replace all prior and/or contemporaneous written or oral agreements pertaining hereto and can only be modified by a writing signed by both parties.

IN WITNESS WHEREOF, the parties hereto have executed this Option/Purchase Agreement by their duly authorized officers as of the date first above written.

THE WEINSTEIN COMPANY LLC

By:_____

Its:_____

Lin-Manuel Miranda

By | *Mr. Lin-Manuel Miranda*
———7FF5EEAD599F453...

Its:_____

Quiara Alegría Hudes

By:_____

Its:_____

5000 Broadway Productions, Inc.

By | *Mr. Lin-Manuel Miranda*
———7FF5EEAD599F453...

Its: President

Bario Grrrl Productions, Inc.

By:_____

Its:_____

DocuSign Envelope ID: 8E77B39B-663A-47C6-9B90-EE7E83703720

agreement between the parties with respect to the subject matter hereof, and, shall supersede and replace all prior and/or contemporaneous written or oral agreements pertaining hereto and can only be modified by a writing signed by both parties.

IN WITNESS WHEREOF, the parties hereto have executed this Option/Purchase Agreement by their duly authorized officers as of the date first above written.

THE WEINSTEIN COMPANY LLC

By:_____

Its:_____

Lin-Manuel Miranda

By:_____

Its:_____

Quiara Alegría Hudes

By: _Quiara Hudes_____
    475A04C5AECF481...

Its:_____

5000 Broadway Productions, Inc.

By:_____

Its:_____

Bario Grrrl Productions, Inc.

By: _Quiara Hudes_____
    475A04C5AECF481...

Its: _President_____

agreement between the parties with respect to the subject matter hereof, and, shall supersede and replace all prior and/or contemporaneous written or oral agreements pertaining hereto and can only be modified by a writing signed by both parties.

IN WITNESS WHEREOF, the parties hereto have executed this Option/Purchase Agreement by their duly authorized officers as of the date first above written.

THE WEINSTEIN COMPANY LLC

By:_____
    Irwin Reiter

Its:_____
    EVP Account & Financial Report...

Lin-Manuel Miranda

By:_____

Its:_____

Quiara Alegría Hudes

By:_____

Its:_____

5000 Broadway Productions, Inc.

By:_____

Its:_____

Bario Grrrl Productions, Inc.

By:_____

Its:_____

EXHIBIT A

SHORT FORM OPTION AGREEMENT

For good and valuable consideration, receipt of which is hereby acknowledged pursuant to the terms of an agreement (the "Option/Purchase Agreement") dated as of January 7, 2015, the undersigned,5000 Broadway Productions, Inc. and Barrio Grrrl Productions, Inc. (collectively, "Owner") hereby sells, grants and assigns to The Weinstein Company LLC("Company"), whose address is 99 Hudson Street, 2nd Floor, New York, NY 10013, the exclusive option to acquire in perpetuity and throughout the universe, motion picture, television allied and ancillary rights in and to the musical entitled "In the Heights" with music and lyrics by Lin Manuel Miranda and a book by Quiara Alegría Hudes (all elements thereof, including, without limitation, the music (the "Property"), for the purpose of producing one (1) motion picture (the "Picture")  and one (1) remake thereof (including, without limitation, sing-along versions thereof) based on the Property which shall be subject to the same terms and conditions as the "Picture" including the title, themes, stories and all other contents thereof, and the characters therein and all translations, adaptations and other versions thereof, including, without limitation, all allied, ancillary, incidental and subsidiary rights of every kind and nature whatsoever therein, under copyright and otherwise throughout the universe, in perpetuity, in any and all media, known or unknown, it being acknowledged that, the Rights shall include, without limitation, the exclusive rights to exhibit, distribute, advertise, promote, publicize, market and otherwise exploit the Picture and one (1) remake thereof throughout the world in perpetuity which may be dubbed in any and all languages, in all media and by all means and methods now or hereafter known, including, but not by way of limitation, all forms of theatrical, non-theatrical, television, home video (encompassing videocassettes, videodiscs, DVD's, HD-DVD's, Blu-Ray, and all other forms of videograms whether now or hereafter known), electronically read, digitized, computer-based or computer-assisted systems and devices such as but not limited to CD-ROM, CD-I, ipod video, video-on-demand, video dialtone, interactive cable, the Internet, the World-Wide Web and any other on-line or other service (now or hereafter existing) which makes such transmissions, or up-loads, down-loads or otherwise makes such material available electronically for either a subscription, per-use fee or other fee, or free of charge, the right, for the purpose of advertising, marketing, promotion, publicity and in connection with any exploitation hereunder of the Picture, to publish as serials or otherwise (with or without illustrations by photographs, drawings or cartoons) stories, synopses, excerpts, summaries, resumes, fictionalizations (not to exceed a total of 7,500 words in length), merchandising, theme park rights, music, music publishing, soundtrack rights, screenplay publishing, novelization, and any and all advertising, publicity, promotional rights with respect to the foregoing relating to the Picture  whether now or hereafter acquired, and in and to the copyright thereof and all renewals and extensions of such copyright  with the exception of the "Reserved Rights" and the "Frozen Rights", (as such terms are defined in the Option/Purchase Agreement).

Owner represents and warrants that Owner has all rights, title and interest necessary to enter into this Short Form Option Agreement.  The rights and remedies of Owner in the event of any breach by Company of the provisions of the Option/Purchase Agreement shall be limited to Owner's right, if any, to recover damages in an action at law, and Owner irrevocably waives any right to seek and/or obtain equitable or injunctive relief.

Owner shall obtain or cause to be obtained all United States copyrights in and to the Property relating to the Rights.  Should Owner fail to do so within five (5) business days after Company's written request therefor (or such shorter period [but not less than three (3) business days] as may be required by exigent circumstances of which Company advises Owner in writing), Owner hereby irrevocably appoints Company, and its agents and employees, as Owner's attorney-in-fact, with full and irrevocable power and authority to do all such acts and things consistent herewith, and to execute, acknowledge, deliver, file,

DocuSign Envelope ID: 15D1EF1C-B2AC-4981-B23D-9BF90DD1C88A

register and record said Property relating to the Rights and all documents consistent herewith after a reasonable opportunity to review and negotiate the same, in the name and on behalf of Owner, as Company may reasonably deem necessary or proper to accomplish the same, this being a power coupled with an interest.

Company is empowered to bring, prosecute, defend and appear in suits, actions and proceedings of any nature concerning all copyrights in and to the Property relating to the Rights, or concerning any infringements of any such copyright (whether such infringement[s] occurred prior to or after the date hereof), or any interference with any of the Rights hereby granted under said copyrights, in its own name or in the name of the copyright proprietor (to the extent Owner has such rights), but at the expense of Company. At its option, Company may join such copyright proprietor and/or the undersigned as party plaintiff or defendant in any such suit, action or proceeding. Any recovery of damages or costs from infringement or violation of any such copyright or renewal copyright, so far as it arises from any violation of the Rights hereby assigned, is likewise assigned to and shall be paid to Company.

The undersigned and Company have entered into an Option/Purchase Agreement dated as of January 7, 2015, relating to the option for the transfer and assignment of the foregoing rights in and to said work, which rights are more fully described in said Option/Purchase Agreement, and this option agreement is expressly made subject to all of the terms, conditions and provisions contained in said Option/Purchase Agreement. In the event of any conflict between the provisions of this instrument and the Option/Purchase Agreement, the provisions of the Option/Purchase Agreement shall govern and control.

Execution Date of the Short Form Option Purchase Agreement: _____.


THE WEINSTEIN COMPANY LLC

By:_____

Its:_____

Lin-Manuel Miranda

By: _Mr. Lin-Manuel Miranda_
     7FF5EEAD599F453...

Its:_____

Quiara Alegría Hudes

By:_____


5000 Broadway Productions, Inc.

By| _Mr. Lin-Manuel Miranda_
     7FF5EEAD599F453...

Its: President

Bario Grrrl Productions, Inc.

By:_____

Its:_____

Its:_____

DocuSign Envelope ID: 8E77B39B-663A-47C6-9B90-EE7E83703720

register and record said Property relating to the Rights and all documents consistent herewith after a reasonable opportunity to review and negotiate the same, in the name and on behalf of Owner, as Company may reasonably deem necessary or proper to accomplish the same, this being a power coupled with an interest.

Company is empowered to bring, prosecute, defend and appear in suits, actions and proceedings of any nature concerning all copyrights in and to the Property relating to the Rights, or concerning any infringements of any such copyright (whether such infringement[s] occurred prior to or after the date hereof), or any interference with any of the Rights hereby granted under said copyrights, in its own name or in the name of the copyright proprietor (to the extent Owner has such rights), but at the expense of Company. At its option, Company may join such copyright proprietor and/or the undersigned as party plaintiff or defendant in any such suit, action or proceeding. Any recovery of damages or costs from infringement or violation of any such copyright or renewal copyright, so far as it arises from any violation of the Rights hereby assigned, is likewise assigned to and shall be paid to Company.

The undersigned and Company have entered into an Option/Purchase Agreement dated as of January 7, 2015, relating to the option for the transfer and assignment of the foregoing rights in and to said work, which rights are more fully described in said Option/Purchase Agreement, and this option agreement is expressly made subject to all of the terms, conditions and provisions contained in said Option/Purchase Agreement. In the event of any conflict between the provisions of this instrument and the Option/Purchase Agreement, the provisions of the Option/Purchase Agreement shall govern and control.

Execution Date of the Short Form Option Purchase Agreement: _____.

THE WEINSTEIN COMPANY LLC

By:_____

Its:_____

Lin-Manuel Miranda

By:_____

Its:_____

Quiara Alegría Hudes
By: *Quiara Hudes*
    —475A04C5AECF481...

5000 Broadway Productions, Inc.

By:_____

Its:_____

Bario Grrrl Productions, Inc.
By: *Quiara Hudes*
    —475A04C5AECF481...
Its: President

Its:_____

register and record said Property relating to the Rights and all documents consistent herewith after a reasonable opportunity to review and negotiate the same, in the name and on behalf of Owner, as Company may reasonably deem necessary or proper to accomplish the same, this being a power coupled with an interest.

Company is empowered to bring, prosecute, defend and appear in suits, actions and proceedings of any nature concerning all copyrights in and to the Property relating to the Rights, or concerning any infringements of any such copyright (whether such infringement[s] occurred prior to or after the date hereof), or any interference with any of the Rights hereby granted under said copyrights, in its own name or in the name of the copyright proprietor (to the extent Owner has such rights), but at the expense of Company. At its option, Company may join such copyright proprietor and/or the undersigned as party plaintiff or defendant in any such suit, action or proceeding. Any recovery of damages or costs from infringement or violation of any such copyright or renewal copyright, so far as it arises from any violation of the Rights hereby assigned, is likewise assigned to and shall be paid to Company.

The undersigned and Company have entered into an Option/Purchase Agreement dated as of January 7, 2015, relating to the option for the transfer and assignment of the foregoing rights in and to said work, which rights are more fully described in said Option/Purchase Agreement, and this option agreement is expressly made subject to all of the terms, conditions and provisions contained in said Option/Purchase Agreement. In the event of any conflict between the provisions of this instrument and the Option/Purchase Agreement, the provisions of the Option/Purchase Agreement shall govern and control.

Execution Date of the Short Form Option Purchase Agreement: _____.


THE WEINSTEIN COMPANY LLC                              5000 Broadway Productions, Inc.

By: _____                           By: _____
    Irwin Reiter
Its: _____                          Its: _____

Lin-Manuel Miranda                                    Bario Grrrl Productions, Inc.

By: _____                           By: _____

Its: _____                          Its: _____

Quiara Alegría Hudes

By: _____

                    Its: _____

EXHIBIT B

SHORT FORM ASSIGNMENT

For good and valuable consideration, receipt of which is hereby acknowledged, pursuant to the terms of an agreement (the "Option/Purchase Agreement") dated as of January 7, 2015 by and between the undersigned, 5000 Broadway Productions, Inc. and Barrio Grrrl Productions, Inc. (collectively, "Owner") hereby sells, grants and assigns to The Weinstein Company LLC("Company"), whose address is 99 Hudson Street, 2nd Floor, New York, New York, NY 10013 in perpetuity and throughout the universe, the exclusive motion picture, television allied and ancillary rights in and to the musical entitled "In the Heights" with music and lyrics by Lin Manuel Miranda and a book by Quiara Alegría Hudes (all elements thereof, including, without limitation, the music (the "Property"), for the purpose of producing one (1) motion picture (the "Picture" and one (1) remake thereof (including, without limitation, sing-along versions thereof) based on the Property (which shall be subject to the same terms and conditions as the "Picture") including the title, themes, stories and all other contents thereof, and the characters therein and all translations, adaptations and other versions thereof, including, without limitation, all allied, ancillary, incidental and subsidiary rights of every kind and nature whatsoever therein, under copyright and otherwise throughout the universe, in perpetuity, in any and all media, known or unknown, it being acknowledged that, the Rights shall include, without limitation, the exclusive rights to exhibit, distribute, advertise, promote, publicize, market and otherwise exploit the Picture and one (1) remake thereof (including, without limitation, sing-along versions thereof) based on the Property throughout the world in perpetuity which may be dubbed in any and all languages, in all media and by all means and methods now or hereafter known, including, but not by way of limitation, all forms of theatrical, non-theatrical, television, home video (encompassing videocassettes, videodiscs, DVD's, HD-DVD's, Blu-Ray, and all other forms of videograms whether now or hereafter known), electronically read, digitized, computer-based or computer-assisted systems and devices such as but not limited to CD-ROM, CD-I, ipod video, video-on-demand, video dialtone, interactive cable, the Internet, the World-Wide Web and any other on-line or other service (now or hereafter existing) which makes such transmissions, or up-loads, down-loads or otherwise makes such material available electronically for either a subscription, per-use fee or other fee, or free of charge, the right, for the purpose of advertising, marketing, promotion, publicity and in connection with any exploitation hereunder of the Picture, to publish as serials or otherwise (with or without illustrations by photographs, drawings or cartoons) stories, synopses, excerpts, summaries, resumes, fictionalizations (not to exceed a total of 7,500 words in length), merchandising, theme park rights, music, music publishing, soundtrack rights, screenplay publishing, novelization, and any and all advertising, publicity, promotional rights with respect to the foregoing relating to the Picture, whether now or hereafter acquired, and in and to the copyright thereof and all renewals and extensions of such copyright with the exception of the "Reserved Rights" and the "Frozen Rights", (as such terms are defined in the Option/Purchase Agreement).

Owner represents and warrants that Owner has all rights, title and interest necessary to enter into this Short Form Assignment. The rights and remedies of Owner in the event of any breach by Company of the provisions of the Option/Purchase Agreement shall be limited to Owner's right, if any, to recover damages in an action at law, and Owner irrevocably waives any right to seek and/or obtain equitable or injunctive relief.

Owner shall obtain or cause to be obtained all United States copyrights in and to the Property relating to the Rights. Should Owner fail to do so within five (5) business days after Company's written request therefor (or such shorter period [but not less than three (3) business days] as may be required by exigent circumstances of which Company advises Owner in writing), Owner hereby irrevocably appoints Company, and its agents and employees, as Owners attorney-in-fact, with full and irrevocable power and

DocuSign Envelope ID: 15D1EF1C-B2AC-4981-B23D-9BF90DD1C88A

authority to do all such acts and things consistent herewith, and to execute, acknowledge, deliver, file, register and record said Property relating to the Rights and all documents consistent herewith after a reasonable opportunity to review and negotiate the same, in the name and on behalf of Owner, as Company may reasonably deem necessary or proper to accomplish the same, this being a power coupled with an interest.

Company is empowered to bring, prosecute, defend and appear in suits, actions and proceedings of any nature concerning all copyrights in and to the Property relating to the Rights, or concerning any infringements of any such copyright (whether such infringement[s] occurred prior to or after the date hereof), or any interference with any of the Rights hereby granted under said copyrights, in its own name or in the name of the copyright proprietor (to the extent Owner has such rights), but at the expense of Company. At its option, Company may join such copyright proprietor and/or the undersigned as party plaintiff or defendant in any such suit, action or proceeding. Any recovery of damages or costs from infringement or violation of any such copyright or renewal copyright, so far as it arises from any violation of the Rights hereby assigned, is likewise assigned to and shall be paid to Company.

The undersigned and Company have entered into an Option/Purchase Agreement dated as of January 7, 2015, relating to the option for the transfer and assignment of the foregoing rights in and to said work, which rights are more fully described in said Option/Purchase Agreement, and this Assignment Agreement is expressly made subject to all of the terms, conditions and provisions contained in said Option/Purchase Agreement. In the event of any conflict between the provisions of this instrument and the Option/Purchase Agreement, the provisions of the Option/Purchase Agreement shall govern and control.

IN WITNESS WHEREOF, this document is effective as of _____ 2015.

**ACCEPTED AND AGREED TO:**

THE WEINSTEIN COMPANY LLC

By:_____

Its:_____

Lin-Manuel Miranda

By: *Mr. Lin-Manuel Miranda*
—7FF5EEAD599F453...

Its:_____

Quiara Alegría Hudes

By:_____

Its:_____

5000 Broadway Productions, Inc.

By: *Mr. Lin-Manuel Miranda*
—7FF5EEAD599F453...

Its: President

Bario Grrrl Productions, Inc.

By:_____

Its:_____

DocuSign Envelope ID: 8E77B39B-663A-47C6-9B90-EE7E83703720

authority to do all such acts and things consistent herewith, and to execute, acknowledge, deliver, file, register and record said Property relating to the Rights and all documents consistent herewith after a reasonable opportunity to review and negotiate the same, in the name and on behalf of Owner, as Company may reasonably deem necessary or proper to accomplish the same, this being a power coupled with an interest.

Company is empowered to bring, prosecute, defend and appear in suits, actions and proceedings of any nature concerning all copyrights in and to the Property relating to the Rights, or concerning any infringements of any such copyright (whether such infringement[s] occurred prior to or after the date hereof), or any interference with any of the Rights hereby granted under said copyrights, in its own name or in the name of the copyright proprietor (to the extent Owner has such rights), but at the expense of Company. At its option, Company may join such copyright proprietor and/or the undersigned as party plaintiff or defendant in any such suit, action or proceeding. Any recovery of damages or costs from infringement or violation of any such copyright or renewal copyright, so far as it arises from any violation of the Rights hereby assigned, is likewise assigned to and shall be paid to Company.

The undersigned and Company have entered into an Option/Purchase Agreement dated as of January 7, 2015, relating to the option for the transfer and assignment of the foregoing rights in and to said work, which rights are more fully described in said Option/Purchase Agreement, and this Assignment Agreement is expressly made subject to all of the terms, conditions and provisions contained in said Option/Purchase Agreement. In the event of any conflict between the provisions of this instrument and the Option/Purchase Agreement, the provisions of the Option/Purchase Agreement shall govern and control.

IN WITNESS WHEREOF, this document is effective as of _____ 2015.

## ACCEPTED AND AGREED TO:

THE WEINSTEIN COMPANY LLC

By:_____

Its:_____

Lin-Manuel Miranda

By:_____

Its:_____

Quiara Alegría Hudes
By: *Quiara Hudes*
‾‾‾‾‾475A04C5AECF481...
Its:_____

5000 Broadway Productions, Inc.

By:_____

Its:_____

Bario Grrrl Productions, Inc.
By: *Quiara Hudes*
‾‾‾‾‾475A04C5AECF481...
Its: President

authority to do all such acts and things consistent herewith, and to execute, acknowledge, deliver, file, register and record said Property relating to the Rights and all documents consistent herewith after a reasonable opportunity to review and negotiate the same, in the name and on behalf of Owner, as Company may reasonably deem necessary or proper to accomplish the same, this being a power coupled with an interest.

Company is empowered to bring, prosecute, defend and appear in suits, actions and proceedings of any nature concerning all copyrights in and to the Property relating to the Rights, or concerning any infringements of any such copyright (whether such infringement[s] occurred prior to or after the date hereof), or any interference with any of the Rights hereby granted under said copyrights, in its own name or in the name of the copyright proprietor (to the extent Owner has such rights), but at the expense of Company. At its option, Company may join such copyright proprietor and/or the undersigned as party plaintiff or defendant in any such suit, action or proceeding. Any recovery of damages or costs from infringement or violation of any such copyright or renewal copyright, so far as it arises from any violation of the Rights hereby assigned, is likewise assigned to and shall be paid to Company.

The undersigned and Company have entered into an Option/Purchase Agreement dated as of January 7, 2015, relating to the option for the transfer and assignment of the foregoing rights in and to said work, which rights are more fully described in said Option/Purchase Agreement, and this Assignment Agreement is expressly made subject to all of the terms, conditions and provisions contained in said Option/Purchase Agreement. In the event of any conflict between the provisions of this instrument and the Option/Purchase Agreement, the provisions of the Option/Purchase Agreement shall govern and control.

IN WITNESS WHEREOF, this document is effective as of _____ 2015.

**ACCEPTED AND AGREED TO:**

THE WEINSTEIN COMPANY LLC

By:_____

Its:_____

Lin-Manuel Miranda

By:_____

Its:_____

Quiara Alegría Hudes

By:_____

Its:_____

5000 Broadway Productions, Inc.

By:_____

Its:_____

Bario Grrrl Productions, Inc.

By:_____

Its:_____