**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
:
:
:       Chapter 11
THE WEINSTEIN COMPANY HOLDINGS    :
LLC, *et al.*,                    :       Case No. 18-10601 (MFW)
:
Debtors.[1]                       :       Jointly Administered
:
:       **Re: Docket Nos. 8 & 846**
------------------------------------------------------------x

**NOTICE OF FILING OF FINAL LIST OF
POTENTIALLY ASSUMED CONTRACTS AND LEASES**

PLEASE TAKE NOTICE that, on March 20, 2018, The Weinstein Company Holdings LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially all of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Substantially all of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief* [Docket No. 8] (the "**Motion**")[2]

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion or the Sale Order (defined herein), as applicable.

1

with the United States Bankruptcy Court for the District of Delaware (the "**Court**") seeking, among other things, approval of the Sale of the Purchased Assets to the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that, on May 8, 2018, the Court held a hearing (the "**Sale Hearing**") to consider approval of the Sale. At the conclusion of the Sale Hearing, the Court approved the Sale and, on May 9, 2018, the Court entered the Sale Order [Docket No. 846].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 29 of the Sale Order, the Debtors are to file with the Court a notice which (i) identifies the Assumed Contracts and Leases subject to assumption and assignment by the Debtors and (ii) amends and supersedes the respective Contracts Schedule attached to the Initial Assumption Notice, the First Supplemental Notice and the Second Supplemental Notice. The list of Assumed Contracts and Leases are attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE that, the presence of an Assumed Contract and Lease listed on Exhibit 1 attached hereto does not constitute an admission that such Assumed Contract and Lease is an executory contract or unexpired lease or that such Assumed Contract and Lease will be assumed and assigned as part of the Sale. The Debtors reserve all of their rights, claims and causes of action with respect to the Assumed Contracts and Leases listed on Exhibit 1 attached hereto.**

*PLEASE TAKE FURTHER NOTICE that, for the avoidance of doubt, pursuant to paragraphs OO and 61 of the Sale Order, to the extent any Assumed Contract and Lease listed on Exhibit 1 is subject to an Unresolved Contract Objection, the objections set forth in such Unresolved Contract Objection are preserved and reserved. All such Unresolved Contract Objections shall be heard at the Contract Assumption Hearing, which is currently scheduled to commence on May 22, 2018 at 11:30 a.m. (Eastern Daylight Time).*

Dated: May 10, 2018
     Wilmington, Delaware

*/s/ Joseph C. Barsalona II*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Joseph C. Barsalona II (No. 6102)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*