**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | ) ) | Case No. 18-10601 (MFW) (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Dkt. No. 712** |
| | ) ) | |

**ORDER GRANTING THE MOTION OF THE IN THE HEIGHTS OWNERS TO FILE UNDER SEAL THE OBJECTION OF THE IN THE HEIGHTS OWNERS TO THE DEBTORS' PROPOSED ASSUMPTION AND ASSIGNMENT OF THE OPTION/PURCHASE AGREEMENT AND THE PRODUCER AGREEMENT AND THE EXHIBITS TO THE OBJECTION**

UPON THE MOTION (the "**Motion**") of the In the Heights Owners (the "**Owners**"), contract counterparties of The Weinstein Company Holdings LLC (the "**Debtor**") to File Under Seal unredacted versions of the *Objection of the In the Heights Owners to the Debtors' Proposed Assumption and Assignment of the Option/Purchase Agreement and the Producer Agreement* (the "**Objection**") and the exhibits (the "**Exhibits**") to the Objection; and the Court having determined that granting the relief requested in the Motion is appropriate; and it appearing that due and adequate notice of the Motion having been given, and that no other or further notice need be given, and after due deliberation and sufficient cause appearing therefore, IT IS HERBY ORDERED THAT:

1. The Motion is GRANTED.

2. The unredacted Objection and Exhibits to the Objection shall remain under seal and confidential and shall not be made available to any person or entity other than: (i) the Court; (ii) counsel to the Debtor; and (iii) the Office of the United States Trustee**.**

**Dated: May 16th, 2018**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**