**THIS STATEMENT IDENTIFIES CERTAIN NON-EXECUTORY CONTRACTS THAT ARE BEING REMOVED FROM THE ASSUMED CONTRACTS SCHEDULE. PARTIES RECEIVING THIS STATEMENT SHOULD CAREFULLY REVIEW THIS STATEMENT AND THE ATTACHMENT HERETO TO DETERMINE WHETHER THIS STATEMENT IDENTIFIES THEIR CONTRACT(S).**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
: 
THE WEINSTEIN COMPANY HOLDINGS : Chapter 11
LLC, *et al.*, :
: Case No. 18-10601 (MFW)
:
Debtors.[1] : (Jointly Administered)
:
: **Re: Docket Nos. 8, 190, 216, 282,**
:       **482, 846, & 860**
:
: **Hearing Date: June 22, 2018 at 10:30 a.m. (ET)**
---------------------------------------------------------------- x **Obj. Deadline: June 18, 2018 at 4:00 p.m. (ET)**

**DEBTORS' STATEMENT REGARDING CONTRACTS TO BE TRANSFERRED PURSUANT TO THE ASSET PURCHASE AGREEMENT WITH LANTERN ENTERTAINMENT LLC**

1.  On March 20, 2018, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Substantially All of the Debtors' Assets*

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

*Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief* (D.I. 8) (the "**Motion**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

2. On April 6, 2018, the Bankruptcy Court entered the Bidding Procedures Order (D.I. 190).

3. On May 9, 2018, the Bankruptcy Court entered the Sale Order (D.I. 846) approving the Sale to Lantern Entertainment LLC ("**Lantern**") as contemplated in the Asset Purchase Agreement.

4. Pursuant to the Bidding Procedures Order, the Debtors filed and served certain Potential Assumption and Assignment Notices (D.I. 216, 282, 482, 860). Pursuant to the Potential Assumption and Assignment Notices, the Debtors previously provided notice to Counterparties regarding the potential assumption and assignment of contracts in connection with the Asset Purchase Agreement.[3]

5. Upon further investigation and review, and in consultation with Lantern, the Debtors have determined that the contracts set forth on <u>Exhibit A</u> hereto are not executory contracts under applicable law, including for the reasons set forth in paragraph 6 below.

6. A contract is only executory under Section 365 of the Bankruptcy Code if "both parties have unperformed obligations that would constitute a material breach if not performed". *In re Columbia Gas Sys. Inc.*, 50 F.3d 233, 239 (3rd Cir. 1995). The Counterparties

---

[2] Capitalized terms that are used herein and not otherwise defined shall have the meanings given to them in the Motion.

[3] As set forth in each Potential Assumption and Assignment Notice, the presence of a contract in such notice did not constitute an admission that such contract was an executory contract and the Debtors reserved all of their rights, claims and causes of actions with respect to such contracts.

under each contract listed in Exhibit A have substantially performed their obligations under such contracts. The failure to perform any remaining obligations under any such contract would not constitute a material breach thereunder. Therefore, such contracts are *not* executory. *See In re Waste Sys. Int'l, Inc.*, 280 B.R. 824, 825-27 (Bankr. D. Del. 2002) (Walrath, J.) ("[a] contract is not executory if the only remaining obligation is the payment of money by the debtor"); *see also In re Qintex Ent., Inc.*, 950 F.2d 1492, 1497 (9th Cir. 1991) (holding that contracts were not executory where actor had completed acting for each television show but was still entitled to royalty payments); *In re Learning Publ'ns, Inc.*, 94 B.R. 763, 765 (Bankr. M.D. Fla. 1988) ("The fact that the Debtor has a continuing duty under the contract to pay royalties to the authors on gross sales, is not sufficient [] to transform this fully performed contract into an executory contract."). Pursuant to Section 365 of the Bankruptcy Code, only executory contracts can be assumed and assigned. 11 U.S.C. § 365. Accordingly, the contracts listed on Exhibit A, which are non-executory contracts, cannot be assumed and assigned as part of the Sale and will be removed by Debtors from the Assumed Contracts Schedule.

7. Notwithstanding that the contracts set forth on Exhibit A are not executory contracts and are not being assumed and assigned pursuant to Section 365 of the Bankruptcy Code, the Asset Purchase Agreement provides for the purchase, by Lantern, of any rights or assets transferred to the Debtors pursuant to such contracts.

8. Any party to a contract listed on Exhibit A hereto that objects to the above-described treatment of such contract must file and serve a response (each, a "**Response**") to this Statement so that such Response is actually received by the following parties by no later than June 18, 2018 at 4:00 p.m.: (1) co-counsel to the Debtors, Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019, Attn: Paul H. Zumbro,

pzumbro@cravath.com, George E. Zobitz, jzobitz@cravath.com, and Andrew Elken, aelken@cravath.com, (2) co-counsel to the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attn: Mark D. Collins, collins@rlf.com, and Paul N. Heath, heath@rlf.com, (3) co-counsel to Lantern, Akin Gump Strauss Hauer & Feld LLP, 1 Bryant Park, New York, New York 10036, Attn: Stephen B. Kuhn, skuhn@akingump.com, and Meredith A. Lahaie, mlahaie@akingump.com, (4) co-counsel to Lantern, Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19899, Attn: David Stratton, strattod@pepperlaw.com, and David Fournier, fournierd@pepperlaw.com, (5) co-counsel to the Pre-Petition Agent, Sidley Austin LLP, 555 West Fifth Street, Los Angeles, California 90013, Attn: Jennifer C. Hagle, jhagle@sidley.com, (6) co-counsel to the Pre-Petition Agent, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady, rbrady@ycst.com, (7) counsel to the Committee, (a) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067, Attn: James I. Stang, jstang@pszjlaw.com, and (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899, Attn: Bradford J. Sandler, bsandler@pszjlaw.com, and (8) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801, Attn: Jane M. Leamy, Jane.M.Leamy@usdoj.gov, and Hannah Mufson McCollum, Hannah.McCollum@usdoj.gov.

9. The hearing with respect to any Response shall be held on June 22, 2018 at 10:30 a.m. before the Bankruptcy Court.

Dated: June 8, 2018
      Wilmington, Delaware

*/s/ David T. Queroli*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*