**EXHIBIT A**

**EXHIBIT A**

**NON-EXECUTORY CONTRACTS**[1]

| Row | Contract Number | Counterparty | Description of Contract |
|---|---|---|---|
| 1 | 32 | 22ND AND INDIANA INC | CONFIRMATION DEAL MEMO |
| 2 | 606 | AGENT AGITATEUR SARL | AGREEMENT TO DIRECT A WORK DTD 1/16/2013 EFFECTIVE DATE: 6/1/2012 |
| 3 | 733 | ALDAMISA ENTERTAINMENT LLC | AGREEMENT REGARDING IN-PROCESS FILINGS DTD 8/27/2013 |
| 4 | 735 | ALDAMISA ENTERTAINMENT LLC | AGREEMENT REGARDING IN-PROCESS FILINGS DTD 8/27/2013 |
| 5 | 1617 | AUGUST OC FILMS INC | CERTIFICATE OF ENGAGEMENT |
| 6 | 1631 | AUGUST OC FILMS INC | CONFIRMATION DEAL MEMO AND AGREEMENT DTD 8/1/2012 |
| 7 | 1857 | BACON, LEE | OPTION & ACQUISITION OF RIGHTS AGREEMENT DTD 12/18/2014 |
| 8 | 2234 | BELL, KRISTEN | CONFIRMATION DEAL MEMO EFFECTIVE DATE: 8/20/2010 |
| 9 | 2235 | BELL, KRISTEN | EXHIBIT A CERTIFICATE OF ENGAGEMENT |
| 10 | 2475 | BIRKEN PRODUCTIONS | CERTIFICATE OF ENGAGEMENT AND AGREEMENT |
| 11 | 2777 | BLOOM HERGOTT ET ALL LLP | HELL RIDE QUENTIN TARANTINO PRESENTS EFFECTIVE DATE: 3/1/2006 |
| 12 | 3153 | BROOKSIDE ARTIST MANAGEMENT | CONFIRMATION DEAL MEMO |
| 13 | 3243 | BROWN 26 PRODUCTIONS LLC | PRODUCTION SERVICES AGREEMENT DTD 8/15/2011 |
| 14 | 3261 | BRUCE COHEN PRODUCTIONS | SERVICES AGREEMENT EFFECTIVE DATE: 9/21/2011 |
| 15 | 4670 | COGANS PRODUCTIONS LLC | DEAL MEMORANDUM |
| 16 | 4828 | COMERICA BANK | AGREEMENT REGARDING IN-PROCESS FILINGS DTD 8/27/2013 |
| 17 | 5009 | COOPER, BRADLEY | CONFIRMATION DEAL MEMO DTD 9/23/2011 |
| 18 | 5010 | COOPER, BRADLEY | SERVICES AGREEMENT |
| 19 | 5569 | CUSACK ENTERPRISES LLC | CERTIFICATE OF ENGAGEMENT EFFECTIVE DATE: 2/1/2008 |
| 20 | 5570 | CUSACK ENTERPRISES LLC | CONFIRMATION DEAL MEMO DTD 3/13/2006 RE: "1408" - JOHN CUSACK |
| 21 | 5571 | CUSACK JOHN | CONFIRMATION DEAL MEMO DTD 3/13/2006 |

---

[1] Contract number, Counterparty and Description columns are as listed on the *Notice of Filing of Final List of Potentially Assumed Contracts and Leases* [Docket No. 860].

| Row | Contract Number | Counterparty | Description of Contract |
|---|---|---|---|
|  |  |  | RE: "1408" - JOHN CUSACK |
| 22 | 5581 | CYKEL CORP | ACTOR'S AGREEMENT - LOANOUT<br>EFFECTIVE DATE: 4/2/2014 |
| 23 | 5582 | CYKEL CORP | ACTOR'S AGREEMENT LOANOUT<br>EFFECTIVE DATE: 4/2/2014 |
| 24 | 5583 | CYKEL CORP | GUARANTY<br>EFFECTIVE DATE: 4/2/2014 |
| 25 | 5584 | CYKEL CORP. F/S/O JAKE GYLLENHALL | SERVICES AGREEMENT<br>EFFECTIVE DATE: 4/2/2014 |
| 26 | 5724 | DAVID FRANKEL | SETTLEMENT AGREEMENT DTD 10/23/2017 |
| 27 | 5807 | DE NIRO, ROBERT | CONFIRMATION DEAL MEMO<br>EFFECTIVE DATE: 9/23/2011 |
| 28 | 5808 | DE NIRO, ROBERT | CONFIRMATION DEAL MEMO DTD 9/23/2011 |
| 29 | 5809 | DE NIRO, ROBERT | CONFIRMATION DEAL MEMO DTD 9/23/2011 |
| 30 | 6035 | DICAPRIO, LEONARDO | CERTIFICATE OF ENGAGEMENT AND AGREEMENT<br>EFFECTIVE DATE: 4/5/2012 |
| 31 | 6070 | DIMENSION FILMS | CERTIFICATE OF ENGAGEMENT |
| 32 | 6079 | DIMENSION FILMS | DEAL TERMS<br>EFFECTIVE DATE: 8/13/1998 |
| 33 | 6100 | DIMENSION FILMS | RE: "FRANK MILLER'S SIN CITY" |
| 34 | 6126 | DIMENSION FILMS | WES CRAVEN AGREEMENT DTD 8/13/1998 SUMMARY OF DEAL TERMS |
| 35 | 6280 | DOLPHIN FILMS INC | CONFIRMATION DEAL MEMO DTD 3/13/2006 |
| 36 | 6304 | DONNA GIGLIOTTI | LETTER RE: CONTINGENT COMPENSATION PURSUANT TO EMPLOYMENT AGREEMENT DTD 7/27/2010<br>EFFECTIVE DATE: 1/31/2013 |
| 37 | 8675 | FLOFFIN INC. | CERTIFICATE OF ENGAGEMENT<br>EFFECTIVE DATE: 9/22/2011S |
| 38 | 8961 | FRANK MILLER INC | RE: "FRANK MILLER'S SIN CITY" |
| 39 | 8973 | FRANKEL, DAVID | SETTLEMENT AGREEMENT<br>EFFECTIVE DATE: 10/23/2017 |
| 40 | 8974 | FRANKEL, DAVID | SETTLEMENT AGREEMENT DTD 10/23/2017 |
| 41 | 9085 | FREEMANTLEMEDIA LIMITED | ELEVENTH AMENDMENT TO THE BINDING HEADS OF AGREEMENT DTD 5/16/2016 |
| 42 | 9086 | FREEMANTLEMEDIA LIMITED | ELEVENTH AMENDMENT TO THE BINDING HEADS OF |

| Row | Contract Number | Counterparty | Description of Contract |
|---|---|---|---|
|  |  |  | AGREEMENT DTD 5/16/2016 |
| 43 | 9088 | FREEMANTLEMEDIA LIMITED | ELEVENTH AMENDMENT TO THE BINDING HEADS OF AGREEMENT DTD 5/16/2016 |
| 44 | 9101 | FREEMANTLEMEDIA LIMITED | LABORATORY ACCESS LETTER DTD |
| 45 | 9136 | FREEMANTLEMEDIA LIMITED | ELEVENTH AMENDMENT TO THE BINDING HEADS OF A GREEMENT |
| 46 | 9203 | FULL PICTURE LLC | AGREEMENT DTD 7/27/2015 |
| 47 | 10832 | HIRSCH WALLERSTEIN HAYUM MATLOF + FISHMAN | WRITER AND PRODUCER SERVICES AGREEMENT |
| 48 | 10970 | WANG, QIN | RE "CROUCHING TIGER, HIDDEN DRAGON", "CRANE STARTLES KUN LUN", "PRECIOUS SWORD,GOLDEN HAIRPIN", "SWORD, ENERGY, PEARL LIGHT" AND "IRON KNIGHT,SILVER VASE" OPTION – PURCHASE AGREEMENT |
| 49 | 10986 | HOPE FILMS INC | ACTOR'S AGREEMENT – LOANOUT EFFECTIVE DATE: 4/2/2014 |
| 50 | 10987 | HOPE FILMS INC | ACTOR'S AGREEMENT LOANOUT EFFECTIVE DATE: 4/2/2014 |
| 51 | 11000 | HOPE FILMS INC | GUARANTY |
| 52 | 11001 | HOPE FILMS INC | GUARANTY AGREEMENT |
| 53 | 11713 | IP MANAGEMENT | PRODUCING SERVICES AGREEMENT |
| 54 | 11714 | IP MANAGEMENT F/S/O MARC TOBEROFF | PRODUCING SERVICES AGREEMENT |
| 55 | 11715 | IP MANAGEMENT F/S/O MARC TOBEROFF | SERVICES AGREEMENT |
| 56 | 12215 | JENNIFER LAWRENCE | SERVICES AGREEMENT EFFECTIVE DATE: 9/22/2011 |
| 57 | 12240 | JERRY'S BROTHER INC | CERTIFICATE OF ENGAGEMENT EFFECTIVE DATE: 3/13/2012 |
| 58 | 12241 | JERRY'S BROTHER, INC. | RE: AGREEMENT DTD 3/13/2012 |
| 59 | 12243 | JERRY'S BROTHER, INC. F/S/O DAVID ZUCKER | WRITER AND PRODUCER SERVICES AGREEMENT DTD 3/13/12 LETTER AGREEMENT EFFECTIVE DATE: 6/20/2012 |
| 60 | 12588 | KANZEON CORP | SERVICES AGREEMENT EFFECTIVE DATE: 5/16/2011 |
| 61 | 12617 | KATE MCKINNON | ACTOR AGREEMENT RE: MOTION PICTURE LEAP! EFFECTIVE DATE: 3/17/2017 |
| 62 | 13239 | LAW OFFICES OF CHASE MELLEN | Producing Service Agreement dtd 8/5/2013 for the service of timur |

3

| Row | Contract Number | Counterparty | Description of Contract |
|---|---|---|---|
|  |  |  | bekmambetov |
| 63 | 13245 | LAWRENCE, JENNIFER | CERTIFICATE OF ENGAGEMENT EFFECTIVE DATE: 9/22/2011 |
| 64 | 13873 | LUGE CLUB PRODUCTIONS INC | SETTLEMENT AGREEMENT DTD 10/23/2017 |
| 65 | 13874 | LUGE CLUB PRODUCTIONS, INC. | SETTLEMENT AGREEMENT |
| 66 | 14097 | MADDARTICO LIMITED | AGREEMENT REGARDING IN-PROCESS FILINGS DTD 8/27/2013 |
| 67 | 15191 | MICHELLE RAIMO | SERVICES AGREEMENT |
| 68 | 15192 | MICHELLE RAIMO | SERVICES AGREEMENT EFFECTIVE DATE: 9/25/2007 |
| 69 | 15193 | MICHELLE YEOH | CERTIFICATE OF ENGAGEMENT |
| 70 | 15194 | MICHELLE YEOH | CONFIRMATION DEAL MEMO |
| 71 | 15195 | MICHELLE YEOH | LOANOUT AGREEMENT |
| 72 | 15425 | MIRAMAX FILM CORP | AGREEMENT DTD 4/7/1997 |
| 73 | 15426 | MIRAMAX FILM CORP | AGREEMENT DTD 8/13/1998 |
| 74 | 15458 | MIRAMAX FILM CORP | DEAL TERMS EFFECTIVE DATE: 8/13/1998 |
| 75 | 15459 | MIRAMAX FILM CORP | DIRECTING SERVICES AGREEMENT EFFECTIVE DATE: 4/7/1997 |
| 76 | 15460 | MIRAMAX FILM CORP | DIRECTING SERVICES AGREEMENT EFFECTIVE DATE: 12/15/1995 |
| 77 | 15478 | MIRAMAX FILM CORP | LETTER AGREEMENT DTD 12/15/1995 |
| 78 | 15562 | MIRAMAX FILM CORP | WES CRAVEN AGREEMENT DTD 4/7/1997 |
| 79 | 15563 | MIRAMAX FILM CORP | WES CRAVEN AGREEMENT DTD 8/13/1998 SUMMARY OF DEAL TERMS |
| 80 | 16165 | MURRAY, BILL | MURRAY BILL ACTOR AGREEMENT V1 EFFECTIVE DATE: 2/20/2013 |
| 81 | 16702 | NEXT FILMS INC | CONFIRMATION DEAL MEMO |
| 82 | 16711 | NEXT FILMS INC | EXHIBIT A CERTIFICATE OF ENGAGEMENT |
| 83 | 16743 | NEXT FILMS, INC | CONFIRMATION DEAL MEMO |
| 84 | 17223 | OA3 LLC | LAWLESS AMENDMENT #1 |
| 85 | 17226 | OA3, LLC | EXCLUSIVE LICENSE AGREEMENT |
| 86 | 17227 | OA3, LLC | EXCLUSIVE LICENSE AGREEMENT |
| 87 | 17228 | OA3, LLC | EXCLUSIVE LICENSE AGREEMENT |
| 88 | 17229 | OA3, LLC | INVESTMENT AGREEMENT EFFECTIVE DATE: 4/20/2011 |
| 89 | 17230 | OA3, LLC | LAWLESS (F/K/A THE WETTEST COUNTY) AMENDMENT #1 |
| 90 | 17233 | OA3, LLC | OUR IDIOT BROTHER INVESTMENT AGREEMENT |

[[NYCORP:3854476v6:06/08/2018--07:18 PM]]

| Row | Contract Number | Counterparty | Description of Contract |
|---|---|---|---|
| 91 | 17971 | PCF BALLERINA LE FILM INC | AGREEMENT TO DIRECT A WORK DTD 1/16/2013<br>EFFECTIVE DATE: 6/1/2012 |
| 92 | 18070 | PESKY INC | DEAL TERMS<br>EFFECTIVE DATE: 8/13/1998 |
| 93 | 18072 | PESKY INC | WES CRAVEN AGREEMENT DTD 8/13/1998 SUMMARY OF DEAL TERMS |
| 94 | 18073 | PESKY INC FSO MARIANNE MADDALENA | AGREEMENT DTD 8/13/1998 |
| 95 | 18266 | PINK FOX, INC. F/S/O RACHEL MCADAMS | SERVICES AGREEMENT<br>EFFECTIVE DATE: 6/9/2014 |
| 96 | 18437 | POINT 360 | LABORATORY ACCESS LETTER DTD<br>RE: "PROJECT RUNWAY" - SERIES 15 AND SERIES 16 |
| 97 | 18505 | POTTER INC | DEAL MEMORANDUM<br>EFFECTIVE DATE: 12/17/2010 |
| 98 | 18953 | QUIN, WANG | RE "CROUCHING TIGER, HIDDEN DRAGON", "CRANE STARTLES KUN LUN", "PRECIOUS SWORD,GOLDEN HAIRPIN", "SWORD, ENERGY, PEARL LIGHT" AND "IRON KNIGHT,SILVER VASE" OPTION – PURCHASE AGREEMENT |
| 99 | 19366 | REVOLT FILMS, LLC | EXCLUSIVE LICENSE AGREEMENT |
| 100 | 19747 | ROBERTS, JULIA | CONFIRMATION DEAL MEMO AND AGREEMENT  DTD 8/1/2012 |
| 101 | 20098 | SABAJKA PRODUCTIONS II INC | CONFIRMATION DEAL MEMO AND AGREEMENT DTD 8/1/2012 |
| 102 | 20112 | SAGE HOLDING COMPANY WLL | THE ALCHEMIST TERM SHEET |
| 103 | 20336 | SC2 PRODUCTIONS LLC | AGREEMENT REGARDING IN-PROCESS FILINGS DTD 8/27/2013 |
| 104 | 21172 | SLP FILMS INC | CONFIRMATION DEAL MEMO |
| 105 | 21185 | SLP FILMS, INC | CERTIFICATE OF ENGAGEMENT |
| 106 | 21187 | SLP FILMS, INC | CONFIRMATION DEAL MEMO |
| 107 | 21287 | SMOKE HOUSE PICTURES, INC. F/S/O GEORGE CLOONEY & GRANT HESLOV | PRODUCING SERVICES AGREEMENT<br>EFFECTIVE DATE: 5/18/2012 |
| 108 | 21361 | SOAMES PRODUCTIONS INC | CERTIFICATE OF ENGAGEMENT |
| 109 | 21587 | SPEEDEE DISTRIBUTION LLC | CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL RELEASE |
| 110 | 22205 | STREET MERYL | CERTIFICATE OF ENGAGEMENT |
| 111 | 22206 | STREET MERYL | CONFIRMATION DEAL MEMO AND AGREEMENT  DTD 8/1/2012 |
| 112 | 22207 | STREET MERYL | CONFIRMATION DEAL MEMO AND AGREEMENT DTD 8/1/2012 |

[[NYCORP:3854476v6:06/08/2018--07:18 PM]]

| Row | Contract Number | Counterparty | Description of Contract |
|---|---|---|---|
| 113 | 22208 | STREET MERYL | GUARANTY DTD 8/1/2012 |
| 114 | 22530 | SUPER COOL MAN CHU TOO LLC | CERTIFICATE OF ENGAGEMENT AND AGREEMENT |
| 115 | 22531 | SUPER COOL MAN CHU TOO LLC | CERTIFICATE OF ENGAGEMENT AND AGREEMENT |
| 116 | 22553 | SUPERCOOL MANCHU TOO LLC | PRODUCTION SERVICES AGREEMENT DTD 8/15/2011 |
| 117 | 22863 | TARSUS ROAD INC | DEAL TERMS<br>EFFECTIVE DATE: 8/13/1998 |
| 118 | 22864 | TARSUS ROAD INC FSO WES CRAVEN | AGREEMENT DTD 8/13/1998 |
| 119 | 22865 | TARSUS ROAD INC FSO WES CRAVEN | WES CRAVEN AGREEMENT DTD 8/13/1998 SUMMARY OF DEAL TERMS |
| 120 | 23159 | THE ACTORS GROUP, LLC, A SAG-AFTRA SIGNATORY | ACTOR AGREEMENT RE: MOTION PICTURE LEAP!<br>EFFECTIVE DATE: 3/17/2017 |
| 121 | 24770 | VISIONA ROMANTICA INC | EXHIBIT A CERTIFICATE OF EMPLOYMENT<br>EFFECTIVE DATE: 3/21/2006 |
| 122 | 24770 | VISIONA ROMANTICA INC | EXHIBIT A CERTIFICATE OF EMPLOYMENT<br>EFFECTIVE DATE: 3/21/2006 |
| 123 | 24773 | VISIONA ROMANTICA INC | HELL RIDE QUENTIN TARANTINO PRESENTS<br>EFFECTIVE DATE: 3/1/2006 |
| 124 | 25020 | WANG HONG & WANG QIN | OPTION PURCHASE AGREEMENT |
| 125 | 25021 | WANG HONG & WANG QIN | OPTION PURCHASE AGREEMENT |
| 126 | 25023 | WANG HONG, WANG QIN | OPTION PURCHASE AGREEMENT DTD 11/2/2012 |
| 127 | 25026 | WANG, QIN | OPTION PURCHASE AGREEMENT DTD 11/2/2012 |
| 128 | 25193 | WES CRAVEN FILMS INC | AGREEMENT DTD 8/13/1998 |
| 129 | 25194 | WES CRAVEN FILMS INC | DEAL TERMS<br>EFFECTIVE DATE: 8/13/1998 |
| 130 | 25195 | WES CRAVEN FILMS INC | WES CRAVEN AGREEMENT DTD 8/13/1998 SUMMARY OF DEAL TERMS |
| 131 | 25196 | WESISMORE INC | DIRECTING SERVICES AGREEMENT<br>EFFECTIVE DATE: 12/15/1995 |
| 132 | 25197 | WESISMORE INC | DIRECTING SERVICES AGREEMENT<br>EFFECTIVE DATE: 4/7/1997 |
| 133 | 25198 | WESISMORE INC F/S/O WES CRAVEN | AGREEMENT DTD 4/7/1997 |
| 134 | 25199 | WESISMORE INC F/S/O WES CRAVEN | LETTER AGREEMENT DTD 12/15/1995 |
| 135 | 25200 | WESISMORE INC F/S/O WES CRAVEN | WES CRAVEN AGREEMENT DTD 4/7/1997 |
| 136 | 25771 | Y THEATRICAL, LLC | EXCLUSIVE LICENSE AGREEMENT |
| 137 | 25772 | Y THEATRICAL, LLC | INVESTMENT AGREEMENT |

[[NYCORP:3854476v6:06/08/2018--07:18 PM]]

| Row | Contract Number | Counterparty | Description of Contract |
|---|---|---|---|
|  |  |  | EFFECTIVE DATE: 5/29/2012 |
| 138 | 25774 | Y THEATRICAL, LLC | INVESTMENT AGREEMENT<br>EFFECTIVE DATE: 5/29/2012 |
| 139 | 25776 | Y THEATRICAL, LLC | PHILOMENA INVESTMENT AGREEMENT<br>RE: AGREEMENT DTD 5/16/2013<br>EFFECTIVE DATE: 11/20/2013 |
| 140 | 25778 | Y THEATRICAL, LLC | QUARTET INVESTMENT AGREEMENT |
| 141 | 25785 | Y THEATRICAL, LLC | THE GIVER INVESTMENT AGREEMENT |
| 142 | 25786 | Y THEATRICAL, LLC | THE SAPPHIRES INVESTMENT AGREEMENT |
| 143 | 25829 | YEOH, MICHELLE | CONFIRMATION DEAL MEMO<br>EFFECTIVE DATE: 5/10/2013 |
| 144 | 25830 | YEOH, MICHELLE | CONFIRMATION DEAL MEMO<br>EFFECTIVE DATE: 5/10/2013 |
| 145 | 25854 | YFE HOLDINGS INC | LONG WALK TO FREEDOM INVESTMENT AGREEMENT FIRST AMENDMENT |
| 146 | 25857 | YFE HOLDINGS, INC. | AMENDMENT #1 DTD 12/17/2013 TO INVESTMENT AGREEMENT<br>RE: INVESTMENT AGREEMENT DTD 11/20/2013 |
| 147 | 25955 | ZIFFREN, BRITTENHAM, BRANCA & FISHER | WES CRAVEN AGREEMENT DTD 8/13/1998<br>SUMMARY OF DEAL TERMS |