IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*, | : | Case No. 18-10601 (MFW) |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | Re: Docket Nos. 1115 and ___ |

------------------------------------------------------------x

## ORDER SHORTENING THE NOTICE AND OBJECTION PERIODS FOR THE DEBTORS' MOTION TO AMEND THE ASSET PURCHASE AGREEMENT

Upon the motion, dated June 27, 2018 (the "**Motion to Shorten**"),[2] of the Debtors for entry of an order (this "**Order**"), pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rules 9006-1(c) and (e), shortening the notice and objection periods for Motion to Amend, all as more fully described in the Motion to Shorten; and the Court having determined that the relief requested in the Motion to Shorten is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] Capitalized terms used but not defined in this Order shall have the meanings used in the Motion to Shorten.

U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion to Shorten was appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion to Shorten and this Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before this Court, and after due deliberation and sufficient cause appearing therefor, it is

HEREBY ORDERED THAT:

1. The Motion to Shorten is granted to the extent set forth herein.

2. The Motion to Amend will be considered at the hearing scheduled before the Court on July 11, 2018 at 10:00 a.m. (Eastern Time).

3. Objections, if any, to the relief requested in the Motion to Amend shall be filed and served on or prior to July 9, 2018 at 12:00 p.m. (Eastern Time).

4. Replies to any such objections shall be filed and served on or prior to July 10, 2018 at 4:00 p.m. (Eastern Time).

5. The Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: ___6/28___, 2018
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

RLF1 19548840v.1