## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re:                                          :        Chapter 11
                                                :
THE WEINSTEIN COMPANY HOLDINGS,                 :        Case No. 18-10601 (MFW)
LLC, *et al.*,                                  :
                                                :        (Jointly Administered)
                    Debtors.[1]                 :
                                                :        **Re: Docket Nos. 1115, 1116 & 1124**
                                                :        **Obj. Deadline: July 9, 2018 at 12:00 p.m. (ET)**
                                                :        **Hearing Date: July 11, 2018 at 10:00 a.m. (ET)**
------------------------------------------------------------x

### NOTICE OF MOTIONS AND HEARING

PLEASE TAKE NOTICE that, on June 27, 2018, The Weinstein Company Holdings LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for an Order Approving Amendment to Asset Purchase Agreement Entered Into By and Between the Debtors and Lantern Entertainment LLC* [Docket No. 1115] (the "**Motion to Amend**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the filing of the Motion to Amend, the Debtors also filed a motion to shorten the notice and objection periods with respect to the Motion to Amend [Docket No. 1116] (the "**Motion to Shorten**").

PLEASE TAKE FURTHER NOTICE that, on June 28, 2018, the Bankruptcy Court entered an order granting the Motion to Shorten [Docket No. 1124] (the "**Order Shortening Notice**").

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837).  The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

PLEASE TAKE FURTHER NOTICE that in accordance with the Order Shortening Notice, (i) a hearing to consider the Motion to Amend will be held on **July 11, 2018 at 10:00 a.m. (ET)** before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801, and (ii) responses or objections to the Motion to Amend, if any, shall be filed and served so as to be received by the undersigned counsel to the Debtors on or before **July 9, 2018 at 12:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that copies of the Motion to Amend, the Motion to Shorten and the Order Shortening Notice can be obtained free of charge on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc or by contacting the undersigned counsel to the Debtors.

2

Dated: June 28, 2018
      Wilmington, Delaware

/s/ David T. Queroli
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*

RLF1 19582203v.1