## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS,<br>LLC, *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 860 & 1115** |

**LIMITED OPPOSITION OF ANNAPURNA PICTURES, INC. TO DEBTORS'
MOTION FOR ORDER APPROVING AMENDMENT TO ASSET PURCHASE
AGREEMENT ENTERED INTO BY AND BETWEEN THE DEBTORS AND
LANTERN ENTERPRISES ENTERTAINMENT LLC AND IN FURTHER
OBJECTION TO THE PROPOSED ASSUMPTION OR ASSIGNMENT
OF CONTRACTS, THE DEBTORS' PROPOSED CURE AMOUNTS, IF ANY,
AND THE ABILITY OF THE STALKING HORSE BIDDER TO PROVIDE
ADEQUATE ASSURANCE OF FUTURE PERFORMANCE**

Annapurna Pictures, Inc. ("Annapurna") hereby files its *Limited Opposition of
Annapurna To Debtors' Motion* (the "Motion to Amend") *for Order Approving Amendment To
Asset Purchase Agreement Entered Into By And Between The Debtors And Lantern Enterprises
Entertainment LLC And In Further Objection To The Proposed Assumption Or Assignment Of
Contracts, The Debtors' Proposed Cure Amounts, If Any, And The Ability Of The Stalking Horse
Bidder To Provide Adequate Assurance Of Future Performance* (the "Limited Opposition").

This Limited Opposition is filed in connection with the Debtors' Motion to Amend and in further

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

response to the Debtors' *Notice of Filing of Final List of Potentially Assumed Contracts and Leases,* filed May 10, 2018, (the "Final List"). [Docket 860].

On or about March 20, 2018, the Debtors filed the *Debtors' Motion for Entry of Orders (A) Approving Bidding Procedures for Sale of Substantially all of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief* [Docket 8] (the "Sale Motion")  In response, Annapurna filed pleadings in limited opposition to the Sale Motion including Annapurna's initial Objection [Docket 521], its Supplemental Objection [Docket 767], and its Amended Supplemental Objection [Docket 869] (collectively, "Annapurna's Objections") to the Debtors' Sale Motion.  Annapurna incorporates Annapurna's Objections herein.

As set forth more fully below, the Sale Motion and the Motion to Amend are connected in their impact of Annapurna's rights and so are addressed jointly herein.

## ARGUMENT

1. The Debtors' Accounting Under the Annapurna License Agreements

In response to Annapurna's Objections, among other things, the Debtors provided to Annapurna an accounting (each an "Accounting" and collectively, the "Accountings") for each of the three license agreements (the "License Agreements") which the Debtors sought to assume and assign to Lantern Entertainment LLC ("Lantern").  Each Accounting purports to calculate

the amounts due Annapurna under each License Agreement as of March 31, 2018.  Under the Motion to Amend, Section 2.5 of the Asset Purchase Agreement (the "Agreement") the Closing Date (as defined in the Agreement) is to occur on July 13, 2018.  Under Section 2.3 of the Agreement, as proposed to be amended, Lantern will assume liabilities under the Assumed Contract for "periods following the Closing Date."

After receipt of the Accountings, Annapurna and the Debtors, through counsel, met and conferred respecting the proposed Accountings and the proposed cure amounts for each of the License Agreements at issue.

a.  Accounting for The Master

The Debtors' accounting produced to Annapurna under the License Agreement for The Master states that $150,054.00 is past due under that agreement as of March 31, 2018.  Annapurna acknowledges the accuracy of the Accounting as of March 31, 2018.   For the Debtors to assume and assign that License Agreement to Lantern, Annapurna must be paid the Cure Amount due at the time of Closing.  Annapurna will not object to the assumption and assignment of that License Agreement to Lantern if the Cure Amount due at Closing is paid to Annapurna. However, the Cure Amount calculated for The Master runs only through March 31, 2018.  That will leave a gap of nearly four months (April 1 through July 13) of cure payments for which neither Lantern nor the Debtors would be obligated under the Sale Order.

Annapurna objects to the assumption and assignment of the License Agreement for The Master unless the Cure Amount due at the time of Closing is paid to Annapurna.

b.  Accounting for The Grandmaster

The Debtors' Accounting produced to Annapurna under the License Agreement for The Grandmaster initially stated that no payment was due Annapurna under that agreement.

Annapurna disputed that accounting.  Thereafter, the Debtor produced a revised Accounting for the Grandmaster stating that $9,196 is due under that License Agreement as of March 31, 2018. Annapurna acknowledges the accuracy of the Accounting as of March 31, 2018.

For the Debtors to assume and assign that License Agreement to Lantern, Annapurna must be paid the Cure Amount due at the time of Closing.  Annapurna will not object to the assumption and assignment of that License Agreement to Lantern if the Cure Amount due at Closing is paid to Annapurna. However, the Cure Amount calculated for The Grandmaster runs only through March 31, 2018.  That will leave a gap of nearly four months (April 1 through July 13) of cure payments for which neither Lantern nor the Debtors would be obligated under the Sale Order.

Annapurna objects to the assumption and assignment of the License Agreement for The Grandmaster unless the Cure Amount due at the time of Closing is paid to Annapurna.

c.  Accounting for Lawless

The Debtors accounting produced to Annapurna under the License Agreement for Lawless states that no payment is due Annapurna under that agreement.  Annapurna does not dispute that accounting and hereby withdraws its objection to the Debtors' assumption and assignment to Lantern of the License Agreement for Lawless.

2.  The Debtors' Assumption of So-Called "Draft" Agreements

In the *Notice of Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* (the "Schedule of Contracts to Be Assumed"), Docket 282-1, the Debtors scheduled certain "Draft Agreements" purportedly entered with Annapurna for assumption and assignment to Lantern.  Annapurna objected to the assumption of those agreements (See Dockets 767 and 869). In response, the Debtors have informed Annapurna that they have withdrawn from their Schedule of Contracts to Be Assumed those so-called Draft

Agreements to which Annapurna objected.  Accordingly, upon withdrawal of those Draft

Agreements from the Debtors' Schedule of Contracts to Be Assumed, that portion of

Annapurna's objection has been resolved.

## **CONCLUSION**

17.    The Debtors cannot assume and assign any of the Annapurna License Agreements

unless the Debtors pay the cure payments that are due as of the Closing Date of the sale to

Lantern under the Agreement.  Annapurna accepts the Accounting as of March 31, 2018 of

amounts due under the License Agreements for The Master and the Grandmaster, which sums

must be calculated as of the Closing Date and paid to Annapurna before those License

Agreements may be assumed and assigned to Lantern.   Annapurna withdraws its objection to the

assumption and assignment of the License Agreement for Lawless.  Upon withdrawal of the so-

called Draft Agreements from the Debtors' Schedule of Contracts to Be Assumed, that portion of

Annapurna's objection is resolved.


*[Signature Page to Follow]*

Dated: July 9, 2018
     Wilmington, Delaware

CROSS & SIMON, LLC

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and -

Peter J. Gurfein, Esquire
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056
pgurfein@lgbfirm.com

*Counsel to Annapurna Pictures, Inc.*