## **EXHIBIT A**

**May 16, 2018 Letter**

# WILLKIE FARR & GALLAGHER LLP

PAUL V. SHALHOUB
212 728 8764
pshalhoub@willkie.com

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

**By Email and First Class Mail**

Dated: May 16, 2018

Stephen B. Kuhn, Esq.
Meredith A. Lahaie, Esq.
Akin Gump Strauss Hauer & Feld LLP
1 Bryant Park
New York, NY 10036

Re:   TWC / Jane Got a Gun

Dear Stephen and Meredith:

We are counsel to SP JGAG, LLC ("SPJGAG") and Jane Got a Gun Production Co. LLC ("JGG Production Co."). We are writing to you in connection with the chapter 11 cases filed by The Weinstein Company Holdings LLC and related debtors (collectively, the "Debtors"), and the proposed sale of the Debtors' assets to Lantern Entertainment LLC (the "Buyer").

The order approving the asset purchase agreement (the "APA") between the Debtors and the Buyer [Docket No. 846] authorizes the Debtors to transfer all of the Debtors' right, title and interest to the "Purchased Assets" to the Buyer. Schedule 2.1 of the APA identifies the "Purchased Assets" to be transferred to the Buyer, and includes the "Covered Titles" identified on Annex 1 to Schedule 2.1. SPJGAG and JGG Production Co. produced and own all rights relating to the film "Jane Got a Gun" (the "Film"), which is identified in Annex 1 as one of the "Other Titles" that may be transferred to the Buyer.

On May 10, 2018, the Debtors filed their *Notice of Filing of Final List of Potentially Assumed Contracts and Leases* in connection with the APA [Docket No. 860] (the "Final Contract Schedule"), which amends and supersedes the respective contract schedule attached to the Debtors' prior notices in respect of potentially assumed contracts and leases. Insofar as it relates agreements that appear to be related to the Film, the Final Schedule identified the following purported agreements and cure amounts:

|       | Debtor | Contract Counterparty | Description of Contract or Lease | Cure Amount |
|-------|--------|----------------------|----------------------------------|-------------|
| 12132 | TEAM PLAYERS, LLC | JANE GOT A GUN PRODUCTIONS LLC | ASSIGNMENT OF ALL RIGHTS EFFECTIVE DATE: 4/30/15 | $0.00 |
| 12133 | THE WEINSTEIN COMPANY LLC | JANE GOT A GUN PRODUCTIONS LLC | SCREEN ACTORS GUILD EMPLOYMENT OF DAILY PERFORMER FOR THEATRICAL FILM EFFECTIVE DATE: 8/8/2014 | $0.00 |

Stephen B. Kuhn, Esq.
Meredith A. Lahaie, Esq
Page **2** of **4**

| | Debtor | Contract Counterparty | Description of Contract or Lease | Cure Amount |
|---|---|---|---|---|
| 12263 | THE WEINSTEIN COMPANY LLC | JGAG ACQUISITIONS LLC[1] | "JANE GOT A GUN" – EXCLUSIVE LICENSE AGREEMENT EFFECTIVE DATE: 5/15/2013 | $0.00 |
| 12264 | THE WEINSTEIN COMPANY LLC | JGAG ACQUISITIONS LLC | "JANE GOT A GUN" – EXCLUSIVE LICENSE AGREEMENT – AMENDMENT AMENDS EXCLUSIVE LICENSE AGREEMENT DTD 5/15/2013 EFFECTIVE DATE: 6/12/2014 | $0.00 |
| 12265 | THE WEINSTEIN COMPANY LLC | JGAG ACQUISITIONS LLC | EXCLUSIVE LICENSE AGREEMENT EFFECTIVE DATE: 5/15/2013 | $0.00 |
| 12266 | THE WEINSTEIN COMPANY LLC | JGAG ACQUISITIONS LLC | SETTLEMENT AND RELEASE AGREEMENT EFFECTIVE DATE: 7/27/2015 | $0.00 |
| 12267 | THE WEINSTEIN COMPANY LLC | JGAG ACQUISITIONS LLC | SIDE LETTER DTD 5/15/2013 | $0.00 |
| 12268 | THE WEINSTEIN COMPANY LLC | JGAG ACQUISITIONS LLC | TERMINATION AGREEMENT EFFECTIVE DATE: 7/28/2015 | $0.00 |
| 12269 | THE WEINSTEIN COMPANY LLC | JGAG ACQUISITIONS LLC | EXCLUSIVE LICENSE AGREEMENT | $0.00 |
| 21528 | THE WEINSTEIN COMPANY LLC | SP JGAG LLC | ASSIGNMENT AND ASSUMPTION AGREEMENT RE: OPTION AND PURCHASE AGREEMENT DTD 5/17/2012 EFFECTIVE DATE: 1/26/2013 | $0.00 |
| 21529 | THE WEINSTEIN COMPANY LLC | SP JGAG LLC | EXCLUSIVE LICENSE AGREEMENT EFFECTIVE DATE: 5/15/2013 | $0.00 |
| 21530 | THE WEINSTEIN COMPANY LLC | SP JGAG LLC | NON PRECEDENTIAL AGREEMENT EFFECTIVE DATE: 11/27/2012 | $0.00 |
| 21531 | THE WEINSTEIN COMPANY LLC | SP JGAG LLC | TERMINATION AGREEMENT EFFECTIVE DATE: 7/28/2015 | $0.00 |
| 21566 | TEAM PLAYERS, LLC | SPECTACULAR SPECTACULAR PRODUCTIONS INC.[2] | "JANE GOT A GUN" WRITING SERVICES AGREEMENT / JON HARTMERE EFFECTIVE DATE: 6/26/2014 | $0.00 |

---

[1]  JGAG Acquisitions LLC ("JGAG") is not affiliated with either SPJGAG or JGG Production Co. Indeed, as explained below, JGAG (an affiliate of Relativity Media) was SPJGAG's and TWC's counterparty to the Termination Agreement and the now terminated Exclusive License Agreement (each as defined below).

[2]  Like JGAG, Spectacular Spectacular Productions Inc. is not affiliated with either SPJGAG or JGG Production Co.

|  | Debtor | Contract Counterparty | Description of Contract or Lease | Cure Amount |
|---|---|---|---|---|
| 21647 | THE WEINSTEIN COMPANY LLC | SPJGAG LLC | "JANE GOT A GUN" – EXCLUSIVE LICENSE AGREEMENT EFFECTIVE DATE: 5/15/2013 | $0.00 |
| 21648 | THE WEINSTEIN COMPANY LLC | SPJGAG LLC | "JANE GOT A GUN" – EXCLUSIVE LICENSE AGREEMENT – AMENDMENT AMENDS EXCLUSIVE LICENSE AGREEMENT DTD 5/15/2013 EFFECTIVE DATE: 6/12/2014 | $0.00 |
| 21649 | THE WEINSTEIN COMPANY LLC | SPJGAG LLC | SIDE LETTER DTD 5/15/2013 | $0.00 |
| 21650 | THE WEINSTEIN COMPANY LLC | SPJGAG LLC | EXCLUSIVE LICENSE AGREEMENT | $0.00 |

With respect to SPJGAG and JGG Production Co., various notices of potential assumption and assignment of executory contracts or unexpired leases and cure amounts were mailed in connection with the APA. Without waiving the rights of SPJGAG and JGG Production Co. with respect to the validity of such notices, which we believe were defective, we write to inform you that the Debtors have no contract with either SPJGAG or JGG Production that provides any Debtor with the right to use or exploit any aspect of the Film, and the Debtors therefore do not have the right or ability to transfer any such rights or interests in or to the Film to the Buyer.

By way of background, pursuant to that certain Exclusive License Agreement dated as of May 15, 2013 (as amended, the "Exclusive License Agreement") between JGAG, SPJGAG and TWC, SPJGAG granted to JGAG an exclusive license to distribute and exploit the Film subject to the terms of the Exclusive License Agreement (which is annexed hereto as Exhibit 1). Subsequently, pursuant to that certain Termination Agreement Re: Jane Got a Gun entered into as of July 28, 2015 (the "Termination Agreement") by and among SPJGAG, JGAG, certain JGAG related entities, and, solely with respect to Sections 2.1, 6.1, 8.c and 8.f thereof, TWC, the parties agreed to terminate the Exclusive License Agreement and provide for a reversion of the Distribution Rights (as defined in the Termination Agreement) granted therein to SPJGAG.

Upon consummation of the Termination Agreement (which is annexed hereto as Exhibit 2), (a) the Exclusive License Agreement and all rights and obligations of SPJGAG, JGAG Acquisitions and TWC thereunder were terminated, and (b) all rights granted to JGAG Acquisitions under the Exclusive License Agreement, including the Distribution Rights, reverted back to and vested in SPJGAG, free and clear of all interests. In connection with the Termination Agreement, TWC also executed a Settlement and Release Agreement ("Settlement and Release Agreement"), which is annexed hereto as Exhibit 3, with JGAG, pursuant to which JGAG and TWC agreed to terminate that certain Joint Marketing & Release Agreement that they had entered into in connection with the marketing and distribution of the Film.

Stephen B. Kuhn, Esq.
Meredith A. Lahaie, Esq
Page **4** of **4**

Pursuant to 17 U.S.C. §§ 101 and 204, a transfer of copyright ownership, including an exclusive license, is not valid unless an instrument of conveyance, or a note or memorandum of the transfer (such as the now terminated Exclusive License Agreement), is in writing and signed by the owner of the rights conveyed or such owner's duly authorized agent. No such instrument of conveyance between SPJGAG and any of the Debtors exists. Thus, since the termination of the Exclusive License Agreement (contract numbers 12263, 12264 and 12265 with respect to JGAG and contract numbers 21529, 21647 and 21648 with respect to SPJGAG) by the Termination Agreement (contract number 12268 with respect to JGAG and contract number 21531 with respect to SPJGAG), neither JGAG, TWC nor any other Debtor has any right or interest in the Film to transfer to the Buyer. We note that the Final Schedule identifies an additional "Exclusive License Agreement" with JGAG (contract number 12269) and SPJGAG (contract number 21650), but does not identify the dates or subject matter of such contracts. With respect to the Film, SPJGAG is not aware of any such extant agreement and does not believe that one exists.

Accordingly, please be advised that the Debtors are not permitted to transfer, and the Buyer will not be entitled to use, distribute or exploit, the Film (or any derivation thereof) without the written agreement of SPJGAG and SPJGAG intends to hold the Buyer responsible for any unauthorized use of the Film, including for violations of federal copyright law.

Very truly yours,

Paul Shalhoub

Attachments

cc:    Paul Zumbro
       Andrew Elken
       Mark D. Collins
       Paul N. Heath

**Exhibits Intentionally Omitted**