## **Exhibit A**

Bill Murray and Willie Lump Lump Enterprises, Inc.

Brad Pitt and Potter, Inc.

Bruce Cohen and Bruce Cohen Productions

Creative Artists Agency, LLC

David O. Russell and Kanzeon Corp.

David Zucker and Jerry's Brother, Inc.

Donna Gigliotti

George Clooney and Dynamic '88 Productions, Inc.

Grant Heslov and Good Lie, Inc.

Jake Gyllenhaal and Cykel Corp.

John Cusack, JPC Enterprises, LLC, Cusack Enterprises, LLC, New Crime Productions, LLC

Julia Roberts and Sabajka Productions II, Inc.

Lorenzo di Bonaventura and di Bonaventura Pictures, Inc.

Meryl Streep

Rachel McAdams and Pink Fox, Inc.

Robert De Niro and Canal Productions, Inc.

The Estate of Wes Craven

Theodore Melfi and Goldenlight Films, Inc.