**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,<br><br>　　　　　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 1115, 1129, 1168 & 1172** |

**JOINDER OF WIND RIVER PRODUCTIONS, LLC, TO THE (I) RESPONSE OF VISIONA ROMATICA, INC., ET AL., TO DEBTORS' MOTION FOR AN ORDER APPROVING AMENDMENT TO ASSET PURCHASE AGREEMENT ENTERED INTO BY AND BETWEEN THE DEBTORS AND LANTERN ENTERTAINMENT LLC AND RESERVATION OF RIGHTS AND (II) JOINDER OF TIMUR BEKMAMBETOV, BAZELEVS U.S., INC., TENGRI, INC., MIRSAND LIMITED, JENNIFER LAWRENCE, FLOFFIN, INC., COMPANY MEN PRODUCTIONS, INC., KATE McKINNON, LEONARDO DiCAPRIO, AND BIRKEN PRODUCTIONS, INC.**

　　　　　Wind River Productions, LLC ("Wind River"), by and through its undersigned counsel, hereby files this joinder (the "Joinder") to the (i) Response of Visiona Romatica, Inc., et al, to Debtors' Motion for and Order Approving Amendment to Asset Purchase Agreement Entered Into by and Between the Debtors and Lantern Entertainment LLC and Reservation of Rights (D.I. 1172) and (ii) Joinder of Timur Bekmambetov, Bazelevs U.S., Inc., Tengri, Inc, Mirsand Limited, Jennifer Lawrence, Floffin, Inc., Company Men Productions, Inc., Kate McKinnon, Leonardo DiCaprio, and Birken Productions, Inc., to Opposition of Executory Contract Counterparties to the Debtors' Motion for Order Approving Amendment to Asset

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com.twc.

Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights (D.I. 1168) (together, the "Objections"). In support of this Joinder, Wind River states:

1. On May 15, 2016, Wind River and the Weinstein Company LLC ("TWC"), one of the debtors (collectively, the "Debtors") in the above-captioned, jointly administered Chapter 11 bankruptcy cases, entered into certain agreements (the "Agreements") related to the production and distribution of a feature length motion picture entitled "Wind River" (the "Film"). The Film's production was financed by Wind River. It was later released in theaters on August 4, 2017, and subsequently on DVD, on demand, through Netflix, and through other exploitation of video devices.

2. On March 19, 2018, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). On the same day, the Debtors filed the Motion Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases (Docket No. 8) (the "Sale Motion").

3. The Debtors have filed multiple notices addressing the potential assumption of executory contracts and the assignment of those assumed contracts to the purchaser of its assets, Lantern Entertainment LLC ("Lantern") (Docket Nos. 216, 282, 482, 860). On April 30, 2018, Wind River filed its Objection to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts and Reservation of Rights with Respect to the Debtors' Sale Motion (Docket No. 558) (the "Wind River Objection").

4. On May 9, 2018, the Court entered its Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief (Docket No. 846) (the "Sale Order"). Despite entry of the Sale Order, Wind River's Objection (along with those of other contract counterparties) was adjourned to a later date.

5. On June 27, 2018, the Debtors filed their Motion for an Order Approving Amendment to Asset Purchase Agreement Entered into by and between the Debtors and Lantern (Docket No. 1115) (the "Amendment Motion").

6. Through this Joinder, Wind River hereby joins in the arguments raised in the Objections and expressly adopts, raises, and incorporates such arguments therein as if fully set forth herein. Wind River further reserves the right to supplement and join in any other filings, and to present supplemental and further arguments at any hearing on the Amendment Motion.

Dated: July 9, 2018
Wilmington, Delaware

/s/ Mark L. Desgrosseilliers
Mark L. Desgrosseilliers (Del. Bar No. 4083)
Morgan L. Patterson (Del. Bar No. 5388)
Womble Bond Dickinson (US) LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: mark.desgrosseilliers@wbd-us.com
Email: morgan.patterson@wbd-us.com

Counsel to Wind River Productions, LLC