IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | : | Case No. 18-10601 (MFW) |
| | : | Jointly Administered |
| Debtors.[1] | : | July 11, 2018 @ 10:00 am. |

---

**JOINDER OF SONY PICTURES ENTERTAINMENT INC. TO VARIOUS OBJECTIONS TO MOTION FOR ORDER APPROVING AMENDMENT TO ASSET PURCHASE AGREEMENT WITH LANTERN ENTERTAINMENT, INC., AND RESERVATION OF RIGHTS**

Sony Pictures Entertainment Inc. and certain of its affiliates (collectively, "SPE)[1] submit this Joinder and Reservation of Rights with respect to various objections to the Motion for Order Approving Amendment to Assets Purchase Agreement (the "APA") with Lantern Entertainment, Inc. (the "Motion"), filed by The Weinstein Company Holdings, LLC, et.al., the Debtors in possession in the above captioned cases (collectively, "Debtors").

A number of counter-parties to executory contracts with Debtor's have filed objections (the "Counter- Party objections") to the Motion asserting that certain of the proposed amendments to the APA would impermissibly alter the rights of such contract counter-parties. As detailed in its Updated and Supplemental Limited Objection and Reservation of Rights to Potential Assumption and Assignment of Executory Contracts [etc.] [Docket No.926], SPE is a counter party to numerous executory contracts with Debtors. Moreover, SPE takes issue with Debtors'

---

[1] For purposes of this Limited Objection, the SPE affiliates include Sony Pictures Entertainment Inc., Sony E-Platform Technologies Inc., Sony Pictures Television Inc. Sony Pictures Worldwide Acquisitions Inc., Sony Worldwide Acquisitions Inc., Worldwide SPE Acquisitions Inc., and Columbia Pictures Industries, Inc.

{01467285;v1} 1

proposed cure amounts regarding certain of the contracts relating to the films "Django Unchained" and "The Butler."

SPE hereby joins in the Counter-Party Objections to the extent that the proposed amendments to the APA seek to alter its rights under the Bankruptcy Code as an executory contract counter-party. Moreover, SPE reserves all such rights under Bankruptcy Code section 365, and any other relevant section of the Code.

Dated: July 9, 2018

By: /s/ Deidre M. Richards
**FINEMAN KREKSTEIN & HARRIS**
Deirdre M. Richards (Del ID No.4191)
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Facsimile: (302) 394-9228
Email: drichards@finemanlawfirm.com

Attorneys for Sony Pictures Entertainment Inc. et. al.

Dated: July 9, 2018

By: /s/ Paul S. Arrow
**BUCHALTER, A Professional Corporation**
Paul S. Arrow (CA Bar No. 136870)
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: parrow@buchalter.com

Attorneys for Sony Pictures Entertainment Inc. et. al.