**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE WEINSTEIN COMPANY | ) | Case No.:  18-10601 (MFW) |
| HOLDINGS LLC, *et al.*, | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing:  July 11,  2018 at 10:00 a.m. (Eastern Time)** |
| | ) | |
| Debtors.[1] | ) | |
| | ) | **Re: Docket Nos. 604 & 1115** |
| | ) | |

**JOINDER OF PORTFOLIO FUNDING COMPANY LLC I TO VARIOUS OBJECTIONS TO MOTION FOR AN ORDER APPROVING AMENDMENT TO ASSET PURCHASE AGREEMENT ENTERED INTO BY AND BETWEEN THE DEBTORS AND LANTERN ENTERTAINMENT LLC, AND RESERVATION OF RIGHTS**

Portfolio Funding Company LLC I ("***PFC***"), by and through its undersigned counsel, submits this Joinder and Reservation of Rights with respect to various objections to the *Motion for an Order Approving Amendment to Asset Purchase Agreement Entered Into By and Between the Debtors and Lantern Entertainment LLC* [Docket No. 1115] (the "***Motion to Amend***"), filed by the Weinstein Company Holdings LLC and its affiliated debtors and debtors in possession (collectively, the "***Debtors***").[2]

**BACKGROUND**

1.     On April 30, 2018, PFC filed its *Limited Objection and Reservation to (a) the Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of*

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837).  The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] Capitalized terms used but not defined in this Joinder and Reservation of Rights shall have the meanings ascribed to them in the Motion to Amend.

*the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief In Support of its Objection* [Docket No. 604] (the "**PFC Objection**").

2.        As detailed in the PFC Objection, PFC is party to a number of contracts with The Weinstein Company LLC ("**TWC**") and Weinstein Global Film Corp. ("**WGFC**").  In the PFC Objection, PFC objected to, among other things, (a) TWC and WGFC assuming and assigning to Lantern Entertainment LLC ("**Lantern**") executory contracts to which PFC is counterparty without curing all monetary and nonmonetary defaults and providing adequate assurance of future performance, (b) the sale of the Purchased Assets that are subject to PFC's security interests ("**PFC Collateral**") free and clear of PFC's security interests and the sale of Purchased Assets free and clear of PFC's rights of equitable recoupment, (c) if the Court disagrees with PFC's arguments set forth in clause (b) above, sale of PFC Collateral free and clear of PFC's security interests and sale of Purchased Assets free and clear of PFC's setoff and other rights and interests without providing adequate protection to PFC, (d) TWC and WGFC purporting to assume some, but not all, of the executory contracts that constitute the integrated agreement

between PFC, on the one hand, and TWC and WGFC, on the other hand, and (e) any attempt by the Debtors to sell Purchased Assets that belong to PFC.[3]

3.      On May 9, 2018, the Court entered an order [Docket No. 846] (the "*Sale Order*") approving the Sale to Lantern and authorizing the Debtors to consummate the transactions contemplated under the APA.

4.      The Sale Order expressly preserves all of PFC's objections set forth in the PFC Objection and provides that it is not binding upon PFC until a hearing has taken place to resolve the PFC Objection.  Sale Order, ¶ 58.

5.      A hearing on the PFC Objection is currently calendared for July 18, 2018, but the Debtors and PFC have agreed to adjourn the hearing on the PFC Objection to July 30, 2018.

6.      A number of parties in interest that are counterparties to executory contracts with the Debtors have filed objections to, or reservations of rights with respect to, the Motion to Amend (collectively, the "*Counterparty Objections*"), asserting that certain of the proposed amendments to the APA would impermissibly alter the rights of such contract counterparties.

## JOINDER AND RESERVATION OF RIGHTS

7.      PFC joins in the Counterparty Objections to the extent that the proposed amendments to the APA affect any of the arguments, claims or objections set forth in the PFC Objection, all of which have been expressly preserved by the Sale Order, or seek to alter PFC's rights, including, without limitation, under the Bankruptcy Code as an executory contract counterparty or with respect to any right or interest of PFC.  PFC reserves all of its rights and interests under sections 363 and 365 of the Bankruptcy Code, any other relevant section of the Bankruptcy Code and otherwise.

---

[3] This is merely a summary of the objections set forth in the PFC Objection.  This summary is qualified in its entirety by reference to the PFC Objection.

Dated: July 9, 2018
Wilmington, Delaware

**WHITEFORD, TAYLOR & PRESTON LLC**

By: */s/ Christopher M. Samis*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 353-4144
Facsimile:  (302) 661-9750
Email: csamis@wtplaw.com
      kgood@wtplaw.com
      astulman@wtplaw.com

 -and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**

David P. Simonds (admitted *pro hac vice*)
Edward J. McNeilly (admitted *pro hac vice*)
1999 Avenue of the Stars
Suite 600
Los Angeles, California 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
Email: dsimonds@akingump.com
      emcneilly@akingump.com

*Counsel to Portfolio Funding Company LLC I*