# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 501 and 1115 |

### JOINDER OF BETA FILM GMBH TO VARIOUS OBJECTIONS TO MOTION FOR AN ORDER APPROVING AMENDMENT TO ASSET PURCHASE AGREEMENT AND RESERVATION OF RIGHTS

Beta Film GmbH ("Beta"), by and through its undersigned counsel, submits this joinder and reservation of rights with respect to various objections to the *Motion for an Order Approving Amendment to Asset Purchase Agreement Entered Into By and Between the Debtors and Lantern Entertainment LLC* [Docket No. 1115] (the "Motion to Amend"),[2] filed by the above-captioned Debtors, and respectfully states as follows:

### Background

1.   On April 30, 2018, Beta filed its *Reservation of Rights and Limited Objection of Beta Film GmbH to the Cure Note* [Docket No. 501] (the "Beta Objection").

2.   On May 9, 2018, the Court entered an order [Docket No. 846] (the "Sale Order") approving the Sale to Lantern and authorizing the Debtors to consummate the transactions contemplated under the APA.

3.   A number of parties in interest that are counterparties to executory contracts with the Debtors have filed objections to, or reservations of rights with respect to, the Motion to

---

[1]  The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837).

[2]  Capitalized terms used not but defined herein have the meanings ascribed to such terms in the Motion to Amend.

Amend (collectively, the "Counterparty Objections"), asserting that certain of the proposed amendments to the APA would impermissibly alter the rights of such contract counterparties.

4.  Beta joins in the Counterparty Objections to the extent that the proposed amendments to the APA affect any of the arguments, claims or objections set forth in the Beta Objection or seek to alter Beta's rights, including, without limitation, under the Bankruptcy Code as a counterparty to an executory contract. Beta reserves all of its rights and interests under Bankruptcy Code sections 363 and 365, and any other relevant section of the Bankruptcy Code.

Wilmington, Delaware
Dated: July 9, 2018

/s/ Christopher M. Samis
Christopher M. Samis (No. 4909)
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Email: csamis@wtplaw.com

-and-

Darren Azman (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: dazman@mwe.com

*Co-Counsel to Beta Film GmbH*