IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: : Chapter 11
:
THE WEINSTEIN COMPANY HOLDINGS, : Case No. 18-10601 (MFW)
LLC, *et al.*, :
: (Jointly Administered)
Debtors.[1] :
: **Re: Docket Nos. 1115 & 1187**
---------------------------------------------------------------x

**NOTICE OF FILING OF CONFORMED
COPY OF ASSET PURCHASE AGREEMENT REFLECTING
MODIFICATIONS SET FORTH IN REVISED SECOND AMENDMENT**

PLEASE TAKE NOTICE that, on June 27, 2018, The Weinstein Company Holdings LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for an Order Approving Amendment to Asset Purchase Agreement Entered Into By and Between the Debtors and Lantern Entertainment LLC* [Docket No. 1115] (the "**Motion**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Motion, the Debtors sought authorization to, among other things, enter into the Second Amendment to the APA[3] and consummate the transactions thereunder.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

[3] On June 28, 2018, the Debtors filed an executed copy of the Second Amendment. See Docket No. 1129.

RLF1 19622842v.1

PLEASE TAKE FURTHER NOTICE that, on July 9, 2018, the Debtors filed a revised form of the Second Amendment [Docket No. 1187] (the "**Revised Second Amendment**") with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that a conformed copy of the APA, which incorporates the amendments set forth in the Revised Second Amendment (the "**Amended APA**"), is attached hereto as **Exhibit A**.  In addition, for the convenience of the Bankruptcy Court and all parties in interest, a blackline comparing the Amended APA against the APA that was approved by the Bankruptcy Court pursuant to the Sale Order is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that, as previously noticed, the hearing with respect to the Motion, including approval of the Revised Second Amendment, will be held before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **July 11, 2018 at 10:00 a.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that copies of the Motion, including the Second Amendment, the Revised Second Amendment, and the Amended APA, can be obtained free of charge on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc or by contacting the undersigned counsel to the Debtors.

Dated: July 10, 2018
      Wilmington, Delaware

    */s/ David T. Queroli*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*