IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: 
In re : Chapter 11
: Case No. 18-10601 (MFW)
The Weinstein Company :
    Holdings LLC, et al.[1] : Jointly Administered
:
              Debtors : **Objection Deadline**: Aug. 2, 2018 at 4:00 p.m. (ET)
: **Hearing Date**: Scheduled only if necessary
------------------------------------------------------------X

## FIRST MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM MARCH 30, 2018 THROUGH APRIL 30, 2018

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") |
| Date of Retention: | May 29, 2018 *nunc pro tunc* to March 30, 2018 |
| Period for which Compensation and reimbursement is sought: | March 30, 2018 through April 30, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $394,416.00 (80% of $493,020.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $98.30[2] |

This is an:  **X** monthly ___ interim ___ final application

The time expended for the preparation of the Applicant's first monthly fee application will be included in the Applicant's second monthly fee application.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). A complete list of the Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, can be found on the claims agent website: http://dm.epiq11.com/#/case/TWC.

[2] The date listed for expenses contained in Exhibit B does not necessarily reflect the date on which the expense was actually incurred by Applicant.

**Attachment A - Prior Monthly Applications Filed:**

| Application | | Requested | | Approved | | CNO |
|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | 100% Total Fees | 100% Expenses | 80% Fees | 100% Expenses | Date Filed/ Docket No. |
| Dkt No. | to | $N/A | $N/A | $N/A | $N/A | Dkt No. |

The Weinstein Company Holdings LLC, et al.

**Berkeley Research Group, LLC**

Attachment B: Fees By Professional


Berkeley Research Group

For the Period 3/30/2018 through 4/30/2018

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| D. Judd | Managing Director | $750.00 | 10.4 | $7,800.00 |
| J. Borow | Managing Director | $995.00 | 85.9 | $85,470.50 |
| J. Vizzini | Managing Director | $740.00 | 85.2 | $63,048.00 |
| J. Woodmansee | Director | $550.00 | 136.6 | $75,130.00 |
| K. Cho | Consultant | $390.00 | 139.8 | $54,522.00 |
| K. Herman | Managing Director | $750.00 | 170.5 | $127,875.00 |
| L. Larsen | Associate Director | $530.00 | 0.5 | $265.00 |
| M. Babcock | Associate Director | $585.00 | 74.4 | $43,524.00 |
| M. DeSalvio | Senior Managing Consultant | $365.00 | 2.9 | $1,058.50 |
| M. Haverkamp | Case Assistant | $195.00 | 13.6 | $2,652.00 |
| R. Cohen | Associate | $295.00 | 0.3 | $88.50 |
| R. Strong | Managing Director | $660.00 | 0.1 | $66.00 |
| S. Anthon | Case Assistant | $195.00 | 2.5 | $487.50 |
| T. Neilson | Managing Director | $800.00 | 33.2 | $26,560.00 |
| V. Calder | Managing Director | $710.00 | 6.3 | $4,473.00 |
| **Total** | | | 762.2 | $493,020.00 |
| **Blended Rate** | | | | $646.84 |

Berkeley Research Group, LLC
Invoice for the 3/30/2018 - 4/30/2018 Period

The Weinstein Company Holdings LLC, et al.

**Berkeley Research Group, LLC**

Attachment C: Fees By Task Code


Berkeley Research Group

For the Period 3/30/2018 through 4/30/2018

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 215.3 | $147,301.00 |
| 04. DIP Financing | 107.6 | $67,796.00 |
| 05. Professional Retention Fee Application Preparation | 28.7 | $12,924.50 |
| 06. Attend Hearings/Related Activities | 1.5 | $1,174.00 |
| 07. Interaction/Meetings with Debtors/Counsel | 26.8 | $16,792.00 |
| 08. Interaction/Meetings with Creditors | 72.7 | $45,544.50 |
| 09. Employee Issues/KEIP | 10.0 | $7,690.50 |
| 10. Recovery/SubCon/Lien Analysis | 24.8 | $18,306.50 |
| 11. Claim Analysis/Accounting | 18.9 | $12,950.00 |
| 12. Statements and Schedules | 25.7 | $13,849.00 |
| 14. Executory Contracts/Leases | 7.6 | $3,751.00 |
| 17. Analysis of Historical Results | 14.9 | $8,083.00 |
| 19. Cash Flow/Cash Management Liquidity | 21.7 | $15,409.00 |
| 20. Projections/Business Plan/Other | 26.6 | $18,093.00 |
| 26. Tax Issues | 7.2 | $4,964.00 |
| 29. Special Case Matters | 112.7 | $74,095.50 |
| 31. Planning | 21.8 | $15,494.50 |
| 32. Document Review | 17.7 | $8,802.00 |

Berkeley Research Group, LLC
Invoice for the 3/30/2018 - 4/30/2018 Period

| Task Code | Hours | Fees |
|---|---|---|
| Total | 762.2 | $493,020.00 |
| Blended Rate | | $646.84 |

The Weinstein Company Holdings LLC, et al.

**Berkeley Research Group, LLC**

Attachment D: Expenses By Category

For the Period 3/30/2018 through 4/30/2018



| Expense Category | Amount |
|---|---|
| 03. Travel - Taxi | $65.95 |
| 10. Meals | $32.35 |
| **Total Expenses for the Period 3/30/2018 through 4/30/2018** | **$98.30** |

Berkeley Research Group, LLC
Invoice for the 3/30/2018 - 4/30/2018 Period

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X

| | |
|---|---|
| In re | : Chapter 11 |
| | : Case No. 18-10601 (MFW) |
| The Weinstein Company | : |
|     Holdings LLC, *et al.*[1] | : Jointly Administered |
| | : |
|             Debtors | : **Objection Deadline: Aug. 2, 2018 at 4:00 p.m. (ET)** |
| | : **Hearing Date: Scheduled only if necessary** |

---------------------------------------------------------------X

**FIRST MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM MARCH 30, 2018 THROUGH APRIL 30, 2018**

Berkeley Research Group, LLC ("BRG") financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its first monthly fee application (the "Application") for an order pursuant to sections 105(a), 330 and 331 chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order"), entered April 17, 2018, and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines")

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). A complete list of the Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, can be found on the claims agent website: http://dm.epiq11.com/#/case/TWC.

seeking (a) the allowance of reasonable compensation for professional services rendered by BRG to the Committee during the period from March 30, 2018 through April 30, 2018 (the "Fee Period") and (b) reimbursement of actual and necessary charges and disbursements incurred by BRG during the Fee Period in the rendition of required professional services on behalf of the Committee. In support of this Application, BRG represents as follows:

## JURISDICTION

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for The District of Delaware*, dated February 29, 2012. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. The statutory bases for the relief requested herein are sections 105(a), 330, 331, and 503(b) of the Bankruptcy Code and Bankruptcy Rule 2016.

## BACKGROUND

3. On March 19, 2018 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Court. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases. The Cases are being jointly administered pursuant to Bankruptcy Rule 1015(b) and the Court's *Order Directing Joint Administration of the Debtors' Chapter 11 Cases* (Dkt. No. 69), entered on March 20, 2018.

4. On March 28, 2018 (the "Formation Date"), the Office of the United States Trustee for the District of Delaware appointed five of the Debtors' largest unsecured creditors to serve as members of the Committee. The Committee is presently comprised of the following members: (i)

Louisette Geiss, (ii) Sandeep Rehal, (iii) Access Digital Cinema Phase 2 Corp c/o Cinedigm, (iv) Light Chaser Animation, and (v) William Morris Endeavor Entertainment.

5.  On March 30, 2018, the Committee selected BRG to serve as its financial advisor. The Committee has also selected Pachulski Stang Ziehl & Jones LLP ("PSZJ" or "Counsel") to serve as its counsel.

## FEE PROCEDURES ORDER

6.  On April 17, 2018, this Court signed the Interim Compensation Order. Pursuant to the Interim Compensation Order, on or after the twentieth (20) day of each full calendar month (the "Fee Filing Period") following the month for which compensation and reimbursement is sought (the "Compensation Period"), each Professional seeking interim compensation may file with the Court a monthly application (each a "Monthly Fee Application") pursuant to section 331 of the Bankruptcy Code for interim approval and allowance of compensation for services rendered and reimbursement of expenses during the Compensation Period. Each Notice Party shall have twenty (20) days after service of a Monthly Fee Application] to review the Monthly Fee Application and object thereto (the "Objection Deadline"). Upon the expiration of the Objection Deadline, if no objections have been filed, the Professional shall file a certificate of no objection and the Debtors shall pay such Professional eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Application not subject to an objection.

## SUMMARY OF SERVICES RENDERED

7.  BRG is a global strategic advisory and expert consulting firm that provides independent expert testimony, litigation and regulatory support, authoritative studies, strategic advice, advisory services relating to restructuring and turnaround, due diligence, valuation, and capital markets, and document and data analytics to major law firms, Fortune 500 corporations,

government agencies, and regulatory bodies around the world.

8. Since being retained by the Committee, BRG has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the unsecured creditors of the Debtors' estates. BRG respectfully submits that the professional services that it rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of these cases.

9. BRG submits that the interim fees applied for herein for professional services rendered in performing services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, the nature of the Debtors' capitalization structure and financial condition, the Debtors' financial accounting resources and the results obtained. BRG's fees typically are based on the actual hours charged at BRG's standard hourly rates, which are in effect when the services are rendered

10. BRG expended an aggregate of 762.2 hours, substantially all of which was expended by the professional staff of BRG. The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. A small staff was utilized to optimize efficiencies and avoid redundant efforts. The staff of the Debtors or their advisors has been utilized where practical and prudent.

11. BRG believes that there has been no duplication of services between BRG and any other consultants or accountants to the bankruptcy estate.

12. BRG's approach is to utilize senior, experienced personnel and to encourage the Debtors to provide the staff-level support and analysis to minimize total cost. In addition, BRG's per diem rates for professionals of comparable experience, are at or below those of firms we

consider our competitors. We believe that the compensation in this Application is based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

13. Because BRG's core staff consists of senior professionals who performed a vast amount of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum.

14. No agreement or understanding exists between BRG and any other person for the sharing of compensation received or to be received for services rendered in connection with the chapter 11 cases, except for internal agreements among employees and exclusive independent contractors of BRG regarding the sharing of revenue or compensation. Neither BRG nor any of its employees or exclusive independent contractors has entered into an agreement or understanding to share compensation with any entity as described in Bankruptcy Rule 2016.[2]

15. BRG's travel time policy is to not charge such time to a client unless productive work is performed during the travel period. In this engagement, non-productive travel time is not being charged to the Debtors.

16. BRG's time records for the Fee Period are attached hereto as **Exhibit A**. These records include daily time logs describing the time spent by each BRG professional and administrative-level person in these cases.

17. BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. An itemized schedule of expenses within each category, including description, incurred in connection with the Insolvency

---

[2] Incorporated herein by reference are the disclosures made by BRG in paragraphs 15 and 25 of its retention application (Docket No. 422) regarding exclusive independent contractors.

Proceedings and the amounts for which reimbursement is requested is annexed hereto as **Exhibit B**.

18.     The general summary of the services rendered by BRG during the Fee Period based on tasks and number of hours is set forth below.

### Asset Acquisition/Disposition – Task Code 01

19. This task code includes time charges for BRG's evaluation and monitoring of the sale process. Specific tasks undertaken include (i) reviewing the terms of the bid procedures motion and stalking horse asset purchase agreement (the "APA"), (ii) reviewing the contents of the data room made available to prospective buyers to evaluate the adequacy of information provided by the Debtors (iii) researching potential buyers for the Debtors' assets to ensure completeness of the marketing process, (iv) reviewing and modeling terms of the APA, (v) analyzing the allocation of potential proceeds under the APA, (vi) reviewing bid submission packages, and (vii) preparing for and participating in discussions with the Committee, Committee counsel and the Debtors' financial advisors, investment bankers and counsel regarding the Debtors' sale process and with respect to purchase price adjustments.

20.     BRG has expended 215.3 hours on this category for a fee of $147,301.00.

### DIP Financing – Task Code 04

21.     This task code includes time charges for BRG's review and analysis of the DIP financing, including the DIP motion, the terms and conditions of the DIP credit agreement and the Debtors' DIP budgets, to ensure appropriateness of the DIP credit facility, and cash flow variances relative to the DIP budget. Time was also spent in discussions with the Committee, the Committee's counsel, the Debtors' financial advisors and legal counsel, and the DIP lenders' financial advisors and counsel regarding the same.

22.    BRG has expended 107.6 hours on this category for a fee of $67,796.00.

**Professional Retention/ Fee Application Preparation – Task Code 05**

23.    Time charged to this task code relates to the preparation and review of BRG's retention documents including the retention application, affidavit, draft order, and review of the conflict check results.

24.    BRG has expended 28.7 hours on this category for a fee of $12,942.50.

**Attend Hearings/ Related Activities – Task Code 06**

25.    Time charged to this task code relates to BRG's attendance at the bidding procedures hearing.

26.    BRG has expended 1.5 hours on this category for a fee of $1,174.00.

**Interaction/ Meeting with Debtors/ Counsel – Task Code 07**

27.    Time charged to this task code relates to BRG's preparation for and attendance on calls and at meetings, as well as other communications with the Debtors and the Debtors' financial advisors and legal counsel in order to obtain general case information and updates, including information on the Debtors' operations, capital structure, unsecured claims pool and cash management.

28.    BRG has expended 26.8 hours on this category for a fee of $16,792.00.

**Interaction/ Meetings with Creditors/ Counsel – Task Code 08**

29.    Time charged to this task code relates to BRG's preparation for and attendance on calls and at meetings with the Committee, and Committee Counsel in order to update the Committee on case issues and advise the Committee and develop strategies and related deliverables for a variety case matters, including the Debtors' sales process, DIP credit facility and liquidity issues.

30. BRG has expended 72.7 hours on this category for a fee of $45,544.50.

### Employee Issues/ KEIP – Task Code 09

31. Time charged to this task code relates to BRG's interactions with the Debtors' financial advisors and Debtors' legal counsel to discuss the proposed KEIP and KERP as well as BRG's review of the proposed KEIP and KERP to determine appropriateness.

32. BRG has expended 10.0 hours on this category for a fee of $7,690.50.

### Recovery/ SubCon/ Lien Analysis – Task Code 10

33. Time charged to this task code relates to BRG's analysis of liens, claims, and development of an analysis of creditor recoveries under various scenarios in order to advise and report to the Committee regarding these matters and develop appropriate case strategies.

34. BRG has expended 24.8 hours on this category for a fee of $18,306.50.

### Claim Analysis/ Accounting – Task Code 11

35. Time charged to this task code relates to BRG's analysis of claims by Debtor, in order to advise the Committee regarding these matters and development of appropriate case strategies.

36. BRG has expended 18.9 hours on this category for a fee of $12,950.00.

### Statements and Schedules – Task Code 12

37. Time charged to this task code relates to BRG's analysis of and reporting on the Debtors' Schedules of Assets and Liabilities ("SOALs") and Statements of Financial Affairs ("SOFAs") in order to understand claims as well as potential preference actions, by Debtor entity, in order to advise the Committee regarding these matters and develop appropriate case strategies.

38. BRG has expended 25.7 hours on this category for a fee of $13,849.00.

### Executory Contracts/ Leases – Task Code 14

39. Time charged to this task code relates to BRG's analysis of the Debtors' motion of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and Cure Amounts to understand potential impact on the unsecured claims pool and unsecured creditor recoveries.

40. BRG has expended 7.6 hours on this category for a fee of $3,751.00.

### Analysis of Historical Results – Task Code 17

41. This task code relates to time spent by BRG investigating the Debtors historical operating performance and transactions to assess the Debtors' financial position and projected financial performance.

42. BRG has expended 14.9 hours on this category for a fee of $8,083.00.

### Cash Flow/ Cash Management Liquidity – Task Code 19

43. This task code relates to time spent by BRG reviewing and analyzing matters impacting the Debtors' cash management processes and overall liquidity at the individual Debtor entities.

44. BRG has expended 21.7 hours on this category for a fee of $15,409.00.

### Projections/ Business Plan/ Other – Task Code 20

45. Time charged to this task code relates to BRG's interactions with the Debtors' financial advisors regarding the film and TV library projected cash flow models, as well as BRG's review and analysis of the film and TV library projected cash flow models to better understand where value resides in the corporate structure and to assist in the evaluation of the Debtors' proposed allocation of sales proceeds.

46. BRG has expended 26.6 hours on this category for a fee of $18,093.00.

### Tax Issues – Task Code 26

47. Time charged to this task code relates to BRG's review and analysis of the Debtors' tax records and prior year tax returns and calls with the Debtors' advisors regarding the same.

48. BRG has expended 7.2 hours on this category for a fee of $4,964.00.

### Special Case Matters – Task Code 29

49. Time charged to this task code relates to BRG's forensic investigation of the Debtors' financial records.

50. BRG has expended 112.7 hours on this category for a fee of $74,095.50.

### Planning – Task Code 31

51. This task code relates to time spent by BRG preparing work plans to avoid duplication of efforts with other case professionals.

52. BRG has expended 21.8 hours on this category for a fee of $15,494.50.

### Document Review – Task Code 32

53. Time charged to this task code primarily relates to time spent by BRG reviewing new docket filings to determine pertinence to the Committee and to monitor case issues.

54. BRG has expended 17.7 hours on this category for a fee of $8,802.00.

### ACTUAL AND NECESSARY EXPENSES

55. BRG incurred actual out-of-pocket expenses in connection with the rendition of the professional services to the Committee as summarized above, in the sum of $98.30, for which BRG respectfully requests reimbursement in full.

56. The disbursements and expenses have been incurred in accordance with BRG's normal practice of charging clients for expenses clearly related to and required by particular matters. Such expenses were often incurred to enable BRG to devote time beyond normal office

hours to matters, which imposed extraordinary time demands. BRG has endeavored to minimize these expenses to the fullest extent possible.

57. BRG's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage and certain other office services, because the needs of each client for such services differ. BRG believes that it is fairest to charge each client only for the services actually used in performing services for such client. BRG has endeavored to minimize these expenses to the fullest extent possible.

58. In providing a reimbursable service such as copying or telephone, BRG does not make a profit on that service. In charging for a particular service, BRG does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay. In seeking reimbursement for service which BRG justifiably purchased or contracted for from a third party, BRG requests reimbursement only for the amount billed to BRG by such third party vendor and paid by BRG to that vendor.

## NOTICE AND NO PRIOR APPLICATION

59. Notice of this application has been given to (a) the Debtors; (b) counsel to the Debtors; (c) Office of the U.S. Trustee; (d) counsel to the DIP agent and Pre-Petition Agent; and (e) counsel to the Committee. In light of the nature of the relief requested herein, BRG submits that no further or other notice is required.

60. With respect to these amounts, as of the date of the Application, BRG has received no payments, and no previous application for the relief sought herein has been made to this or any other Court.

WHEREFORE, BRG respectfully requests: (a) that it be allowed on an interim basis (i) fees in the amount of $493,020.00 for reasonable, actual and necessary services rendered by it on behalf of the Committee during the Fee Period and (ii) reimbursement of $98.30 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) that the Debtors be authorized and directed to immediately pay to BRG the amount of $394,514.30 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period, and (c) and granting such other and further relief as the Court may deem just and proper.

Dated: 7/12/2018
New York, NY

**BERKELEY RESEARCH GROUP, LLC**

/s/ Jay Borow
Jay Borow
Managing Director
810 Seventh Avenue, Suite 4100
New York, NY 10019
212-782-1411

Financial Advisor to the Official Committee of Unsecured Creditors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re                                    : Chapter 11
                                         : Case No. 18-10601 (MFW)
The Weinstein Company                    :
    Holdings LLC, *et al.*[1]            : Jointly Administered
                                         :
               Debtors     : <u>Objection Deadline</u>: Aug. 2, 2018 at 4:00 p.m. (ET)
                                         : <u>Hearing Date</u>: Scheduled only if necessary
---------------------------------------------------------------X

## <u>VERIFICATION</u>

**JAY BOROW**, pursuant to 28 U.S.C. § 1746, declares as follows:

      a)     I am a Managing Director at the applicant firm, Berkeley Research Group, LLC, and am authorized to submit this verification on behalf of BRG.

      b)     I have personally performed or supervised many of the professional services rendered by BRG as financial advisor to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") and am familiar with the work performed on behalf of the Committee by the professionals and other persons in the firm.

      c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

      d)     All services for which compensation is requested by BRG were professional services performed for and on behalf of the Committee and not on behalf of any other person.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). A complete list of the Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, can be found on the claims agent website: http://dm.epiq11.com/#/case/TWC.

1

   e)  I have reviewed the requirements of Local Rule 2016-2 and certify to the best of my information, knowledge and belief that this application complies with Local Rule 2016-2.

   f)  I certify under penalty of perjury that the foregoing is true and correct.

Executed on   7/12/2018

                /s/ Jay Borow
                Jay Borow