# <u>Exhibit B</u>

## Engagement Letter

withum
AUDIT TAX ADVISORY

June 15, 2018

Mr. Robert B. Peck
Senior Vice President, Accounting
The Weinstein Company
99 Hudson Street
New York, NY 10013

Dear Mr. Peck:

This Engagement Letter (the "Engagement Letter" or this "Agreement") confirms that we, WithumSmith+Brown, PC (collectively "Withum" or the "Firm") have been retained by The Weinstein Company ("The Weinstein Company", "you" or the "Company"), to provide certain tax services as set forth below (the "Services"). Our performance of the Services is contingent upon the Bankruptcy Court's approval of our retention in accordance with the terms and conditions that are set forth in this Agreement (as hereinafter defined). We appreciate the opportunity to assist you and look forward to working with you.

The attached Withum standard Terms and Conditions (see Attachment B) are incorporated by reference in this Engagement Letter and made a part hereof, to the same extent as if set forth in full herein. This Engagement Letter and the attached Terms and Conditions together constitute the entire agreement between Withum and the Company with respect to the Services described herein (the "Engagement").

- **SERVICES**

The Services to be performed under the terms of this Engagement are listed on the Attachment A. We will not audit or otherwise verify the data you submit, although we may ask you to clarify some of the information. Our services are performed in accordance with the American Institute of Certified Public Accountants' ("AICPA") Statements on Standards for Tax Services.

Unless separately engaged, the tax filing requirements, listed on Attachment A are the only tax returns for which Withum has responsibility. We will not be responsible for the preparation of amended returns, or any non-income tax or informational returns unless arranged for separately. It is understood that our responsibility for such Services will encompass only periods covered under this Agreement and will not extend to any subsequent periods for which we are not engaged.

withum
AUDIT TAX ADVISORY

If there are additional returns, filings, or other services that you wish us to provide, please contact us as soon as possible and we will amend this Engagement Letter to include such additional services that we shall provide subject to this Agreement. The parties shall agree to the additional services by mutually agreeing to the additional services in writing.

Your returns may be selected for review by the applicable taxing authorities. Any proposed adjustments by the examining agent are subject to certain rights of appeal. In the event of such government tax examination, we will be available upon request to represent you which is outside the scope of this Engagement.

- **FEES AND PAYMENT TERMS**

Our fees for the Services outlined on Attachment A will be based on the time expended by the Withum personnel and our fees will be based on our hourly fee rates, as are in effect at the time the services are performed. Our current fee estimate, as set forth below, includes those Services on Attachment A as well as Film Accounting M-1s including Section 181, Income Forecast Method (IFM) of depreciation, Deferred Revenue analysis and Rev. Proc 2004-36 amortization. Based on the very limited information we have reviewed to date, we estimate the discounted fees to be between $300,000 - $350,000. We acknowledge that our fees are subject to approval by the Bankruptcy Court.

Upon signing of this Engagement Letter we will bill $75,000 which shall be paid by you prior to commencement of the Services. Additional invoices will be issued monthly or on a more frequent basis as the Services are rendered. For purposes of reference, as of the date of this Engagement Letter the discounted hourly rates for our Services are anticipated to be in the follows ranges:

| | |
|---|---|
| Partners | $450 - $595 |
| Senior Managers | $280 - $440 |
| Managers/Supervisors | $210 - $275 |
| Seniors/Staff | $145 - $195 |
| Administrative | $75 - $110 |

In addition, we will bill you for any out-of-pocket expenses that we incur in connection with delivering Services pursuant to this Engagement. Out-of-pocket expenses, some of which will be allocated, typically pertain to travel, meals, courier services, and the like.

Circumstances may arise during the Engagement that may affect the targeted completion date and our fee estimate. As a result, additional fees may be incurred. Our fee estimate is based upon certain key assumptions, which includes the following:

withum AUDIT TAX ADVISORY

- In order to complete the tax services at the lowest possible cost, you will need to provide certain information. Because we will depend heavily upon you to assist us, if any of the information requests are not received or are received in an incomplete format, we will return the items to you for completion or correction. The cost of the tax services may increase as additional time is incurred to calculate or obtain the missing information. If at any time you believe that you might be better served by us gathering this information, please contact us and we will adjust our fees accordingly.

- Our fee estimate does not include tax research or consultation with respect to nonrecurring items or other matters of tax significance that may arise in the course of preparation or during the course of the year. Such items would include, but are not limited to, responding to inquiries by any governmental agency or tax authority. As items of this nature arise, we will provide you with a fee estimate before we invest significant professional time.

- **OTHER MATTERS**

As you know, we will be pleased to respond to your request for our tax services in areas beyond the scope of this Agreement. Except where a separate engagement letter is used, the terms of this letter and the attached Engagement Terms (Attachment B) will also apply to any amendments to this Agreement.

- **FOREIGN BANK ACCOUNT REPORTING AND FOREIGN FINANCIAL ASSET DISCLOSURE**

Any person or entity having a financial interest in, or signature or other authority over, a bank account, securities or other financial account(s) in a foreign country having an aggregate value exceeding $10,000 at any time during the year, shall report such relationship. In addition, individuals with interests in specified foreign financial assets with an aggregate value greater than $50,000 are also required to disclose information with respect to each asset. Failure to disclose the required information may result in substantial penalties.

Our services do not include the preparation of these disclosures unless specifically denoted in this engagement letter above. It is your obligation to notify us should you fall within the parameters of these disclosures so that we may discuss with you, and if necessary, arrange for the preparation of such disclosures separately. By your signature below, and checking off the boxes below, you accept responsibility for informing us if you believe that you may have foreign reporting requirements and you agree to timely provide us with the information necessary to prepare such form(s). We assume no liability for penalties associated with the failure to file, or untimely file, any of these forms.

withum
AUDIT TAX ADVISORY

Do you have a foreign bank account? Please check one box:

☐ Yes ☐ No

Do you have foreign financial assets, which include financial accounts with foreign financial institutions and certain other foreign non-account investment assets? Please check one box:

☐ Yes ☐ No

- **AGREEMENT**

This Engagement Letter comprises the complete and exclusive statement of agreement between the parties, superseding all proposals oral or written and all other communications between the parties. If any provision of this letter is determined to be unenforceable, all other provisions shall remain in force.

It is hereby understood and agreed that this Engagement is being undertaken solely for your benefit and that no other person or entity shall be authorized to enforce the terms of this Engagement.

If you agree with the terms of our Engagement, as described in this letter, please sign below and return a copy to us.

We appreciate the opportunity to be of service to you and believe this letter accurately summarizes the significant terms of our Engagement. If you have any questions, please let us know.

Very truly yours,

WithumSmith+Brown, PC

**WithumSmith+Brown, PC**

**Response:**
This letter correctly sets forth our Agreement:

Signature: ______________________________________________

Date: ______________________________________________

Title: ______________________________________________

withum
AUDIT TAX ADVISORY

**Attachment A – Services**

The Services to be performed under the terms of this Engagement will consist of preparing the following income tax returns for the year ended December 31, 2017.

| | |
|---|---|
| Weinstein Global Film Corporation | • Form 7004 – Application for Automatic Extension of Time to File Certain Business Income Tax, Information, and Other Returns<br>• Form 1120- U.S. Corporation Income Tax Return |
| Kristy Films, LLC | • Form 7004 – Application for Automatic Extension of Time to File Certain Business Income Tax, Information, and Other Returns<br>• Form 1065 - U.S. Return of Partnership Income<br>• Form IT-370-PF – New York State Application for Automatic Extension of Time to File for Partnerships and Fiduciaries<br>• Form IT-204-LL – New York State Partnership, Limited Liability Company, and Limited Liability Partnership Filing Fee Payment Form<br>• Form IT-204 - New York State Partnership Return |
| Behind the Camera, LLC | • Form 3522 - California Limited Liability Tax Voucher<br>• Form 568 - California Limited Liability Company Return of Income |
| Deux Askew, LLC | • Form 3522 - California Limited Liability Tax Voucher<br>• Form 568 - California Limited Liability Company Return of Income |
| HRK Films, LLC | • Form 3522 - California Limited Liability Tax Voucher<br>• Form 568 - California Limited Liability Company Return of Income |
| Indirections, LLC | • Form 3522 - California Limited Liability Tax Voucher<br>• Form 568 - California Limited Liability Company Return of Income |
| Intelipartners, LLC | • Form 3522 - California Limited Liability Tax Voucher<br>• Form 568 - California Limited Liability Company Return of Income |
| MarcoPolo TWC, LLC | • Form 3522 - California Limited Liability Tax Voucher<br>• Form 568 - California Limited Liability Company Return of Income |
| Team Players, LLC | • Form 3522 - California Limited Liability Tax Voucher |

withum AUDIT TAX ADVISORY

| | |
|---|---|
| | • Form 568 - California Limited Liability Company Return of Income |
| The Actors Group, LLC | • Form 3522 - California Limited Liability Tax Voucher<br>• Form 568 - California Limited Liability Company Return of Income |
| TWC Domestic LLC | • Form 3522 - California Limited Liability Tax Voucher<br>• Form 568 - California Limited Liability Company Return of Income |
| TWC Gold SPV LLC | • Form 7004 – Application for Automatic Extension of Time to File Certain Business Income Tax, Information, and Other Returns<br>• Form 1065 - U.S. Return of Partnership Income<br>• Form IT-370-PF – New York State Application for Automatic Extension of Time to File for Partnerships and Fiduciaries<br>• Form IT-204 - New York State Partnership Return |
| Breaking and Entering SPV, LLC | • Form 7004 – Application for Automatic Extension of Time to File Certain Business Income Tax, Information, and Other Returns<br>• Form 1065 - U.S. Return of Partnership Income<br>• Form IT-370-PF – New York State Application for Automatic Extension of Time to File for Partnerships and Fiduciaries<br>• Form IT-204 - New York State Partnership Return |
| Come Drink with Me SPV, LLC | • Form 7004 – Application for Automatic Extension of Time to File Certain Business Income Tax, Information, and Other Returns<br>• Form 1065 - U.S. Return of Partnership Income<br>• Form IT-370-PF – New York State Application for Automatic Extension of Time to File for Partnerships and Fiduciaries<br>• Form IT-204 - New York State Partnership Return |
| Derailed SPV, LLC | • Form 7004 – Application for Automatic Extension of Time to File Certain Business Income Tax, Information, and Other Returns<br>• Form 1065 - U.S. Return of Partnership Income<br>• Form 568 - California Limited Liability Company Return of Income<br>• Form 3522 - California Limited Liability Tax Voucher<br>• Form IT-370-PF – New York State Application for Automatic Extension of |

withum
AUDIT TAX ADVISORY

| | |
|---|---|
| | Time to File for Partnerships and Fiduciaries<br>• Form IT-204 - New York State Partnership Return<br>• Form IT-204-LL – New York State Partnership, Limited Liability Company, and Limited Liability Partnership Filing Fee Payment Form |
| Mrs. Henderson Presents SPV, LLC | • Form 7004 – Application for Automatic Extension of Time to File Certain Business Income Tax, Information, and Other Returns<br>• Form 1065 - U.S. Return of Partnership Income<br>• Form 3522 - California Limited Liability Tax Voucher<br>• Form 568 - California Limited Liability Company Return of Income<br>• Form IT-370-PF – New York State Application for Automatic Extension of Time to File for Partnerships and Fiduciaries<br>• Form IT-204 - New York State Partnership Return |
| Scary Movie 4, LLC | • Form 7004 – Application for Automatic Extension of Time to File Certain Business Income Tax, Information, and Other Returns<br>• Form 1065 - U.S. Return of Partnership Income<br>• Form 3522 - California Limited Liability Tax Voucher<br>• Form 568 - California Limited Liability Company Return of Income<br>• Form IT-370-PF – New York State Application for Automatic Extension of Time to File for Partnerships and Fiduciaries<br>• Form IT-204 - New York State Partnership Return<br>• Form IT-204-LL – New York State Partnership, Limited Liability Company, and Limited Liability Partnership Filing Fee Payment Form |
| The Matador SPV, LLC | • Form 7004 – Application for Automatic Extension of Time to File Certain Business Income Tax, Information, and Other Returns<br>• Form 1065 - U.S. Return of Partnership Income<br>• Form 3522 - California Limited Liability Tax Voucher<br>• Form 568 - California Limited Liability Company Return of Income<br>• Form IT-370-PF – New York State Application for Automatic Extension of Time to File for Partnerships and Fiduciaries |

withum
AUDIT TAX ADVISORY

| | |
|---|---|
| | • Form IT-204 - New York State Partnership Return |
| Small Screen Trades, LLC | • Form 3522 - California Limited Liability Tax Voucher<br>• Form 568 - California Limited Liability Company Return of Income |
| Weinstein Television, LLC | • Form 3522 - California Limited Liability Tax Voucher<br>• Form 568 - California Limited Liability Company Return of Income |
| The Weinstein Company, LLC | • Form 1065-U.S. Return of Partnership Income (Federal Pro-Forma)<br>• Form 3522 - California Limited Liability Tax Voucher<br>• Form 3536 – California Estimated Fee for LLCs<br>• Form 568 - California Partnership Return of Income<br>• Form FR-128 – Extension of Time to File a DC Franchise or Partnership Return<br>• Form D-65 - DC Partnership Return of Income<br>• Form K-120S - Kansas Partnership or S Corp Income Tax Return<br>• Form BT-EXT – New Hampshire Payment Form and Application for 7-Month Extension of Time to File Business Tax Return<br>• Form BT-Summary - New Hampshire Business Tax Summary<br>• Form NH-1065 – New Hampshire Business Profit Tax Return<br>• Form IT-204-LL – New York State Partnership, Limited Liability Company, and Limited Liability Partnership Filing Fee Payment Form<br>• Form RI-7004 – State of Rhode Island Automatic Six Month Extension Request for RI-1120C, RI-1120S, and RI-1065 Filers<br>• Form RI-1065 - Rhode Island Partnership Return of Income<br>• Form FAE 173 - Tennessee Application for Extension of Time to File Franchise Excise Tax Return<br>• Form FAE 170 - Tennessee Franchise Excise Tax Return |
| The Weinstein Company Holdings, LLC | • Federal Form 7004 – Application for Automatic Extension of Time to File Certain Business Income Tax, Information, and Other Returns<br>• Federal Form 1065 - U.S. Return of Partnership Income |

withum AUDIT TAX ADVISORY

| | |
|---|---|
| | • Federal Form 6765 – Credit for Increasing Research Activities<br>• Federal Form 8082 – Notice of Inconsistent Treatment or Administrative Adjustment Request (AAR)<br>• Federal Form 8858 - Information Return of U.S. Persons with Respect to Foreign Disregarded Entities<br>• Federal Form 8866 - Interest Computation Under the Look-Back Method for Property Depreciated Under the Income Forecast Method<br>• Form 65 - Alabama Partnership/Limited Liability Company Return of Income<br>• Form BPT-V - Alabama Business Privilege Tax Payment Voucher<br>• Form PTE-V – Alabama Pass-Through Entity Payment Voucher<br>• Form PPT - Alabama Business Privilege Tax Return and Annual Report<br>• Form PTE-C - Alabama Nonresident Composite Payment Return<br>• Form 165 - Arizona Partnership Return of Income<br>• State of Arkansas Annual LLC Franchise Tax Report<br>• Form 1050 - Arkansas Partnership Return of Income<br>• Form AR 1099 PT - Arkansas Report of Income Tax Withheld or Paid in Behalf of Nonresident Member<br>• Form 3522 - California Limited Liability Tax Voucher<br>• For 3537 – California Payment for Automatic Extension for LLCs<br>• Form 568 - California Limited Liability Company Return of Income<br>• Form 592-V – California Payment Voucher for Resident and Nonresident Withholding<br>• Form 106 - Colorado Pass-Through Entity and Composite Nonresident Income Tax Return<br>• Form DR 0108 - Colorado Nonresident Withholding Statement<br>• Form CT-1065/CT-1120SI EXT color– Application for Extension of Time to File Connecticut Composite Income Tax Return<br>• Form CT-1065/CT-1120SI - Connecticut Composite Income Tax Return<br>• Form CT OP-424 Business Entity Tax Return<br>• Form DC FR-128 – District of Columbia Extension of Time to File DC Franchise or Partnership Return<br>• Form D-65 - DC Partnership Return of Income<br>• Form 300 - Delaware Partnership Return |

withum
AUDIT TAX ADVISORY

| | |
|---|---|
| | • Form F-7004 – Florida Application for Extension of Time to File Return<br>• Form F-1065 - Florida Partnership Information Return<br>• Form 700 - Georgia Partnership Tax Return<br>• Form G-1003 & G-2A - Georgia Income Statement Transmittal Form<br>• Form G-7 NRW - Georgia Nonresident Withholding Return<br>• Form N-301 – Hawaii Application for Automatic Extension of Time<br>• Form N-20 - Hawaii Partnership Return of Income<br>• Form 65 - Idaho Partnership Return of Income<br>• Form PTE-01 - Idaho Nonresident Income Tax Withholding<br>• Form IL-505-B – Illinois Automatic Extension Payment for 2015<br>• Form IL-1065 - Illinois Partnership Replacement Tax Return<br>• Schedule K-1-P(3) - Illinois Pass-through Withholding Calculation for Nonresident Members<br>• Form IT-65 - Indiana Partnership Return<br>• Form WH-1 Withholding Tax Statement for Nonresidents<br>• Form IA 1065 - Iowa Partnership Return of Income<br>• Form K-120S - Kansas Partnership or S Corp Income Tax Return<br>• Form 40A201NP-WH-SL – Extension of Time to File Kentucky Form 740NP-WH<br>• Form 41A720SL - Extension of Time to File Kentucky Corporation/LLET Return<br>• Form 765 - Kentucky Partnership Income and LLET Return<br>• Form 740NP-WH - Kentucky Nonresident Income Tax Withholding Return<br>• Form PTE-WH - Kentucky Nonresident Income Tax Withholding on Distributive Share Income<br>• Form IT-565 - Louisiana Partnership Return of Income<br>• Form R-6922 - Nonresident Partners Schedule<br>• Form R-6922V - Louisiana Composite Partnership Electronic Filing Payment Voucher<br>• Form 901ES-ME – Maine Pass-through Entity Withholding Payment Voucher<br>• Form 1099ME - Maine Pass-through Entity Return of Maine Income Tax Withheld |

withum AUDIT TAX ADVISORY

| | |
|---|---|
| | • Form 941P-ME - Maine Pass-Through Entity Return of Maine Income Tax Withheld from Members<br>• Form 510E – Maryland Application for Extension to File Pass-Through Entity Income Tax Return<br>• Form 510 - Maryland Pass-Through Entity Income Tax Return<br>• Form 3 - Massachusetts Partnership Return of Income<br>• Form 4918 – Michigan Annual Flow-Through Withholding Reconciliation Return<br>• Form PV-83 – Minnesota Partnership Extension Payment<br>• Form M3 -Minnesota Partnership Tax Return<br>• Form 84-105 - Mississippi Pass-Through Entity Tax Return<br>• Form MO-60 – Missouri Application for Extension of Time to File<br>• Form MO 1065 - Missouri Partnership Income Return<br>• Form MO-1NR - Missouri Nonresident Individual Income Tax Payments<br>• Form PR – Montana Partnership Tax Payment Voucher<br>• Form PR-1 - Montana Partnership Information and Composite Tax Return<br>• Form 7004N – Nebraska Application for Automatic Extension of Time to File Nebraska Corporation, Fiduciary, or Partnership Return<br>• Form 1065N - Nebraska Partnership Return of Income<br>• Form TXR-030.01 – Nevada Commerce Tax Return<br>• Form BT-EXT – New Hampshire Payment Form and Application for Extension of Time to File<br>• Form BT-Summary - New Hampshire Business Tax Summary<br>• Form NH-1065 – New Hampshire Business Profits Tax Return<br>• Form Part-200-T - New Jersey Partnership Application for Extension of Time to File<br>• Form NJ-1065 - New Jersey Partnership Return<br>• Form PTW-EXT – New Mexico Annual Withholding of Net Income from a Pass-Through Entity Detail Report Extension Payment Voucher<br>• Form PTE - New Mexico Income and Information Return for Pass-Through Entities<br>• Form NYC-EXT – New York City Application for Automatic 6-Month Extension of Time to File Business Income Tax Return<br>• Form NYC-204 – New York City Unincorporated Business Tax Return for |

withum
AUDIT TAX ADVISORY

| | |
|---|---|
| | Partnerships (including Limited Liability Companies)<br>• Form IT-370-PF – New York State Application for Automatic Extension of Time to File for Partnerships and Fiduciaries<br>• Form CT-2658 – New York State Report of Estimated Tax for Corporate Partners<br>• Form IT-204-LL – New York State Partnership, Limited Liability Company, and Limited Liability Partnership Filing Fee Payment Form<br>• Form IT-204 - New York State Partnership Return<br>• Form D-410P – North Carolina Application for Extension for Filing Partnership Return<br>• Form D-403 - North Carolina Partnership Return of Income<br>• Form 58-EXT – North Dakota Extension Tax Payment Voucher<br>• Form 58 - North Dakota Partnership Return of Income<br>• Form IT 1140ES – Ohio Estimated Withholding Tax Payment Coupon for Pass-Through Entities and Trusts<br>• Form IT 1140P - Ohio Withholding Tax Payment Coupon for Pass-Through Entities and Trusts<br>• Form IT-1140 - Ohio Pass-Through Entity and Trust Withholding Tax Return<br>• Form 504 – Oklahoma Application for Extension of Time to File an Oklahoma Income Tax Return<br>• Form 514 - Oklahoma Partnership Income Tax Return<br>• Form 501 - Oklahoma Annual Information Return<br>• Form 500-B – State of Oklahoma Information Return - Report of Nonresident Member Income Tax Withheld<br>• Form WTP-10003 - Oklahoma NR Distributed Withholding Tax Annual Report<br>• Form OR-TPV-19 – Oregon Payment of Tax for Nonresident Owners<br>• Form 65-V – Oregon Partnership Return of Income Payment Voucher<br>• Form 65 - Oregon Partnership Return of Income<br>• Form OR-19 – Oregon Annual Report of Nonresident Owner Tax Payments<br>• Form REV-276 – Pennsylvania Application for Extension of Time to File<br>• Form PA-20S/PA-65 - PA S Corporation/ Partnership Information Return |

withum AUDIT TAX ADVISORY

| | |
|---|---|
| | • Form PA-65 Corp - Directory of Corporate Partners<br>• Form RI-7004 – State of Rhode Island Automatic Six Month Extension Request for RI-1120C, RI-1120S, and RI-1065 Filers<br>• Form RI-4868PT – Rhode Island Pass-Through Withholding Extension Payment<br>• Form RI 1065 - Rhode Island Partnership Return of Income<br>• Form RI 1065V – Rhode Island Corporation Tax Payment Voucher<br>• Form 1096 PT - Rhode Island Pass-Through Withholding Return<br>• Form RI-1099PT – Rhode Island Pass-Through Withholding<br>• Form SC8736 – South Carolina Request for Extension of Time to File South Carolina Return for Fiduciary and Partnership<br>• Form SC 1065 - South Carolina Partnership Return<br>• Form FAE 173 - Tennessee Application for Extension of Time to File Franchise Excise Tax Return<br>• Form FAE 170 - Tennessee Franchise Excise Tax Return<br>• Form 05-164 – Texas Franchise Tax Extension Request<br>• Form 05-102 - Texas Franchise Tax Public Information Report<br>• Form 05-158 - Texas Franchise Tax Report<br>• Form TC-544 – Utah Partnership Tax Payment Coupon<br>• Form TC-65 - Utah Partnership Return of Income<br>• Form BA-403 – Vermont Application for Extension of Time to File Vermont Corporate/ Business Income Tax Returns<br>• Form WH-435 – Vermont Estimated Income Tax Payments for Nonresident Shareholders, Partners, or Members<br>• Form BI-471 - Vermont Business Income Tax Return<br>• Form 502W – Virginia Pass-Through Entity Withholding Tax Payment Voucher<br>• Form 502 - Virginia Pass-Through Entity Return of Income and Return of Nonresident Withholding Tax<br>• Form SPF-100T - West Virginia Extension of Time to File Information Returns<br>• Form SPF 100 - West Virginia Income Tax Return S Corporation & Partnership (Pass-Through Entity)<br>• Wisconsin Withholding Tax Payment Letter |

withum
AUDIT TAX ADVISORY

| | |
|---|---|
| | • Form 3 - Wisconsin Partnership Return<br>• Form PW-1 - Wisconsin Nonresident Income or Franchise Tax Withholding on Pass-Through Entity Income |
| WCH Holdco, Inc. | • Form 7004 – Application for Automatic Extension of Time to File Certain Business Income Tax, Information, and Other Returns<br>• Form 1120 - U.S. Corporation Income Tax Return<br>• Form AR1100CT - Arkansas Corporation Income Tax Return<br>• Form 100 - California Corporation Franchise or Income Tax Return<br>• Form 355 - Massachusetts Business or Manufacturing Corporation Excise Return<br>• Form CT-3 - New York General Business Corporation Franchise Tax Return<br>• Form NYC-3L - New York City General Corporation Tax Return |
| WCH Holdco 2, Inc. | • Form 7004 – Application for Automatic Extension of Time to File Certain Business Income Tax, Information, and Other Returns<br>• Form 1120 - U.S. Corporation Income Tax Return<br>• Form AR1100CT - Arkansas Corporation Income Tax Return<br>• Form 100 - California Corporation Franchise or Income Tax Return<br>• Form 355 - Massachusetts Business or Manufacturing Corporation Excise Return<br>• Form CT-3 - New York General Business Corporation Franchise Tax Return<br>• Form NYC-3L - New York City General Corporation Tax Return |
| WCH Holdco 3, Inc. | • Form 7004 – Application for Automatic Extension of Time to File Certain Business Income Tax, Information, and Other Returns<br>• Form 1120 - U.S. Corporation Income Tax Return<br>• Form AR1100CT - Arkansas Corporation Income Tax Return<br>• Form 100 - California Corporation Franchise or Income Tax Return<br>• Form 355 - Massachusetts Business or Manufacturing Corporation Excise Return<br>• Form CT-3 - New York General Business Corporation Franchise Tax Return<br>• Form NYC-3L - New York City General Corporation Tax Return |

withum
AUDIT TAX ADVISORY

| | |
|---|---|
| The Weinstein Company (HK) Limited | • Federal Form 8858 - Information Return of U.S. Persons with Respect to Foreign Disregarded Entities |
| The Weinstein Company (UK) Limited | • Federal Form 8858 - Information Return of U.S. Persons with Respect to Foreign Disregarded Entities |

withum AUDIT TAX ADVISORY

**Attachment B**

---

**WITHUM ENGAGEMENT TERMS**

---

These terms in this Attachment B apply to the Agreement described in any Engagement Letter referencing them (and supersede any inconsistent terms) but shall also apply to any additional work we may be asked to perform for you (Client) within twelve months of any such Engagement Letter (unless a separate Engagement Letter is used.) In the event that there is a conflict between the Agreement and this Attachment B, the terms of Attachment B shall control.

1. **Cooperation and Participation**. Withum shall endeavor to be alert to any information provided by or on behalf of Client that is incorrect or missing and shall apply its normal diligence in this regard; nevertheless, Withum shall be entitled to rely on the accuracy, completeness, and reliability of all information provided by, and on all decisions and approvals of, Client (and Client's retained advisors, consultants, or legal counsel). Client shall be solely and exclusively responsible for applying independent judgment with respect to Withum's Services and review of work product or other deliverables. Further, Client is responsible to authorize third parties to provide information to Withum upon request.

2. **Business Risk Allocations**. With respect to the Services, and any related work product or other deliverables, pursuant to this Agreement, Withum's liability shall in no event exceed the fees it receives hereunder for the portion of the work giving rise to liability, provided, however, that this limitation shall not apply to the Client during any Chapter 11 case in which the Client is a debtor, unless such action has been removed from the Bankruptcy Court; nor shall Withum be liable for any special, consequential, incidental or exemplary damages or loss (nor any lost profits, taxes, interest, tax penalties, savings or business opportunity). Also, because of the importance of the information that Client provides with respect to Withum's ability to perform the Services, Client hereby releases Withum and its partners, principals and employees from any liability, costs, fees, expenses, and damages (including defense costs) relating to the Services hereunder, which are attributable to any information provided by Client and/or Client's agents that is not complete, accurate or current.

   Client shall upon the receipt of written notice, indemnify Withum, and its partners, principals and employees, from any liability, costs, fees, expenses, and damages (including defense costs) associated with any third-party claim arising from or relating to Client's misrepresentations, false or incomplete information provided to Withum in the performance of its Services, or third party reliance on Withum's work product or deliverable.

3. **Use and Reliance**. The documentation of our Services pursuant to this Agreement is the property of Withum and constitutes proprietary information. We will retain the documentation in accordance with our document retention policies, which may be amended from time to time. Client's use of our work product from this Engagement (except for copies of filed tax returns) shall in any event be limited to the item's stated purpose (if any) and is for Client's purposes only and is not to be relied upon by third parties. The conclusions expressed in our deliverables hereunder are based upon the tax laws as of the date of Service, which are subject to change, and our conclusions are limited solely to the matters for which we were engaged. Withum will not update its conclusions should the law change unless specifically engaged to do so. No conclusions should be inferred as to any matters not specifically covered herein. Further, the conclusions are based upon the facts presented by Client and may be inapplicable if the actual facts differ from those presented in any respect.

withum
AUDIT TAX ADVISORY

4. **Express Authorization to Disclose**. As provided in Treasury Regulations, Client and/or your representative, or other agent, may disclose to any and all persons without limitation of any kind the tax treatment and tax structure of any transaction that may fall within the scope of this Engagement and all materials of any kind, including opinions or other tax analyses, that may be provided to Client by Withum relating to any such tax treatment and tax structure.

5. **Tax Shelter Implications**. Treasury Regulations commonly known as the "Tax Shelter Regulations" require taxpayers to disclose certain types of transactions on a Form 8886 attached to their tax returns and filed with the IRS office of Tax Shelter Analysis. Failure to disclose could result in substantial penalties, even if the transaction's tax benefits are appropriate. As your professional tax return preparer, we will make every effort to inform you of your specific disclosure responsibilities. However, the regulations require disclosure of some transactions that we will not necessarily be aware of in the normal course of preparing your return.

   Unless you advise us otherwise or specific disclosure information is furnished to us, we will assume that none of the transactions that will be reflected on your return were: (1) entered into subject to an agreement that requires you to keep the transaction confidential, (2) entered into subject to an agreement that the fee you paid would be contingent upon your receiving the transaction's intended tax benefits, (3) identified in Treasury Regulations as loss transactions that must be disclosed, including loss transactions that pass-through to you from S Corporations, partnerships and trusts, if applicable, or (4) the same as or substantially similar to a transaction identified by the IRS as a tax avoidance transaction. The following IRS web address provides an up-to-date list of transactions the IRS has identified as tax avoidance transactions:

   **http://www.irs.gov/businesses/corporations/article/0,,id=97384,00.html**

   Or, go to the IRS' home page at www.irs.gov and search for "tax shelters." We are, of course, available for a separate fee to assist you to determine if you have entered into one of these transactions.

   It is important to note the IRS can identify transactions as tax avoidance transactions subsequent to your entering into them; in this event you could be retroactively required to disclose your participation in the transaction.

   The other categories of transactions that have to be disclosed would ordinarily be reflected in the information you provide us to prepare your tax return. However, determining whether you should disclose these transactions may require analysis of information over and above that otherwise necessary to prepare your return and could result in our having to charge additional fees.

6. **Taxpayer Privileges: Use of Counsel**. The parties acknowledge that certain documents and other communications involving and/or disclosed to or by Withum may be subject to one or more claims of privilege by or on behalf of Client (e.g., the IRC §7525 tax advisory privilege, etc.). Although Client is solely responsible for managing the recognition, establishment and maintenance (e.g., possible waiver) of these possible protections (and for involving legal counsel as it deems necessary), Withum shall cooperate with Client's reasonable written instructions regarding same.

7. **Agreed Upon Scope of Work**. Withum shall be obligated only for work or deliverables specified in the Agreement referencing these terms, and only for changes in such scope that are set forth in writing and duly executed by the parties hereto. To the extent all specific details of

withum AUDIT TAX ADVISORY

the Engagement are not so documented, the parties shall work diligently and in good faith to document them at the request of either party. Unless expressly provided for, Withum's Services do not include giving testimony or appearing or participating in discovery proceedings; in administrative hearings, in court, or in other legal or regulatory inquiries or proceedings.

8. **Access to Resources and Information**. Unless specified herein as the responsibility of Withum to provide, Client shall have obtained for Withum, on a timely basis, any internal and third-party permissions, licenses or approvals that are required for Withum to perform the Services contemplated hereunder (including use of any necessary software or data). Client shall also provide Withum, on a timely basis, with such information, approvals and assistance as may be necessary to Withum's work or as may reasonably be requested, and personnel assigned to any work hereunder shall not be assumed or deemed to have knowledge of information provided to others, whether external to or within Withum.

9. **External Factors: Standards of Performance**. Client acknowledges that this Engagement will involve analysis, judgment and other performance from time to time in a context where the participation of Client or others is necessary, where answers often are not certain or verifiable in advance and where facts and available information change with time. Accordingly, evaluation of Withum's performance of its obligations shall be based solely on its substantial conformance with any standards or specifications expressly set forth in this Agreement and all applicable professional standards, any such nonconformance (and applicability) to be clearly and convincingly shown. It is understood that unless Client and Withum agree otherwise, in writing, Withum shall have no responsibility to update any of its work after its completion. Withum reserves the right to in whole or in part decline to perform Services if information comes to our attention indicating that performing any Services could cause Withum to be in violation of applicable law, regulations or standards or in a conflict of interest, or to suffer damage to its reputation.

10. **Affiliates**. Recognizing that at times Withum's work may pertain not only to Client but also to other associates, advisors and contractors, or to family members or related trusts, partnerships, partners, companies, estates or foundations, Client shall, as may be requested by Withum from time to time (including subsequent to completion of the Services), obtain written confirmation of their agreement to the terms of this Agreement. This Agreement is binding on each party hereto and on each of its successors, assigns, heirs, legatees and legal representatives. Client agrees that Withum may authorize or allow its affiliates and contractors to assist in performing this Engagement and to share in Withum's rights hereunder, provided any such party shall commit (as applicable) to be bound by the restrictions set forth in this Agreement and Withum obtains such express commitments as are necessary.

11. **Dispute Resolution.** Any Dispute (as defined below) arising out of or relating to services performed under the Engagement shall be brought in the Bankruptcy Court (or the District Court (each as defined below), if such District Court withdraws the reference to the Bankruptcy Court). All other Disputes, including, without limitation, Disputes over which the Bankruptcy Court (or the District Court) does not have, retain or exercise jurisdiction, shall be resolved by mediation or binding arbitration as set forth herein (the “Dispute Resolution Provision”). The parties each hereby irrevocably waive, to the fullest extent permitted by law, all rights to trial by jury in any Dispute. Except with respect to the interpretation and enforcement of the arbitration procedures set forth in this Dispute Resolution Provision (which shall be governed by the Federal Arbitration Act), the laws of the State of New York (without giving effect to its choice of law principles) shall apply in arbitration or any other forum in connection with any Dispute. The foregoing shall be binding up on the parties and any and all of their respective permitted successors and assigns. The Dispute Resolution Provision shall apply to the fullest extent of the law, whether in contract, statute, tort (such as negligence), or otherwise. For purpose of the foregoing, (a) “Dispute” shall

withum
AUDIT TAX ADVISORY

mean any controversy or claim between the parties arising out of or relating to the engagement letter, including its appendices, or this engagement, (b) "Bankruptcy Court" shall mean the United States Bankruptcy Court for the District of Delaware and (b) "District Court" shall mean the United States District Court of which the Bankruptcy Court constitutes a unit.

All Disputes not heard by the Bankruptcy Court or the District Court as set forth in the immediately preceding paragraph shall be first submitted to nonbinding confidential mediation by written notice to the parties, and shall be treated as compromise and settlement negotiations under the standards set forth in the Federal Rules of Evidence and all applicable state counterparts, together with any applicable statutes protecting the confidentiality of mediations or settlement discussions. If the parties cannot agree on a mediator, the International Institute for Conflict Prevention and Resolution ("CPR"), at the written request of a party, shall designate a mediator.

If a Dispute has not been resolved within 60 days after the effective date of the written notice beginning the mediation process (or such longer period, if the parties so agree in writing), the mediation shall terminate and the Dispute shall be settled by binding arbitration to be held in New York, New York. The arbitration shall be solely between the parties and shall be conducted in accordance with the CPR Rules for Non-Administered Arbitration that are in effect at the time of the commencement of the arbitration, except to the extent modified by this Dispute Resolution Provision (the "Rules").

The arbitration, if the amount in controversy is $300,000.00 or more, shall be conducted before a panel of three arbitrators, however, if the amount in controversy is less than $300,00.00 than the arbitration shall be conducted by a single arbitrator to be mutually agreed upon by the parties. Each of the Client and Withum shall designate one arbitrator in accordance with the "screened" appointment procedure provided in the Rules and the two party-designated arbitrators shall jointly select the third in accordance with the Rules. No arbitrator may serve on the panel unless he or she has agreed in writing to enforce the terms of the engagement letter (including its attachments) to which this Dispute Resolution Provision is attached and to abide by the terms of this Dispute Resolution Provision. The arbitrators may render a summary disposition relative to all or some of the issues, provided that the responding party has had an adequate opportunity to respond to any such application for such disposition. Discovery shall be conducted in accordance with the Rules.

All aspects of the arbitration shall be treated as confidential, as provided in the Rules. Before making any disclosure permitted by the Rules, a party shall give written notice to all other parties and afford such parties a reasonable opportunity to protect their interests. Further, judgment on the arbitrators' award may be entered in any court having jurisdiction.

Each party shall bear its own costs in both the mediation and the arbitration; however, the parties shall share the fees and expenses of both the mediators and the arbitrators equally.

12. <u>Personnel</u>. Withum strives to staff Engagements with quality, superbly trained professionals. In recognition of the extensive investment we have made to recruit and develop our personnel, we ask that you agree to the following. In the event that any of our employees accepts a position of employment with You, or any related parties at any time while we are performing services for you or within one-year thereafter, you agree to pay us a placement fee equal to the employee's annual compensation in effect on the date such employment was contracted. Such fee is payable when the employee accepts such a position.

13. <u>Confidentiality.</u> To the extent that, in connection with this Engagement, Withum comes into possession of any proprietary or confidential information of the Client, Withum will not disclose such information to any third party without consent, except (a) as may be required by law, regulation, judicial or administrative process, or in accordance with applicable professional standards, or in

withum AUDIT TAX ADVISORY

connection with litigation pertaining hereto, or (b) to the extent such information (i) shall have otherwise become publicly available (including, without limitation, any information filed with any governmental agency and available to the public) other than as the result of a disclosure by Withum in breach hereof, (ii) is disclosed by Client to a third party without substantially the same restrictions as set forth herein, (iii) becomes available to Withum on a non-confidential basis from a source other than Client which Withum believes is not prohibited from disclosing such information to Withum by obligation to Client, (iv) is known by Withum prior to its receipt from Client without any obligation of confidentiality with respect thereto, or (v) is developed by Withum independently of any disclosures made by Client to Withum of such information. In addition, Client acknowledges and agrees that any such information that comes to the attention of Withum in the course of performing this Engagement may be considered and used by Withum in the context of responding to its professional obligations as the independent accountants for Client.

**14.** **Third-Party Service Providers**. The Firm may, from time to time, and depending on the circumstances, use third-party service providers to assist us with the tax services rendered (including but not limited to the Company's prior tax return preparers). We may share confidential information about you with the third-party service providers, but remain committed to maintaining the confidentiality of your information. Accordingly, we maintain internal policies, procedures and safeguards to protect the confidentiality of your information. Furthermore, the Firm will remain responsible for the work performed by such third-party service providers.

**15.** **Termination**.

a. This engagement ends upon the earlier of (i) delivery of the final work product, or (ii) where applicable, filing of the final work product for which Withum was engaged.

b. In the event no final work product is delivered or filed, the engagement shall end on the date which the last invoice for the services was issued, not including any subsequent account payable reminder, revised bill, or other communications concerning completed services or future services.

c. We acknowledge your right to terminate our services at any time and you acknowledge our right to resign at any time (including instances where in our judgment, our independence has been impaired or we can no longer rely on the integrity of Client or Client's agents), subject in either case to our right to payment for all direct and indirect charges incurred through the date of termination or resignation or thereafter as circumstances and this Agreement may require, plus applicable interest, costs, fees and attorney's fees. In the event you or Withum exercise the right to terminate Withum's services, such termination shall be in writing and shall be effective upon delivery by mail, overnight mail, or email transmission with a Read Receipt requested.

d. The termination events set forth in 15.a. through 15.c. shall each be referred to as a "Termination Event."

**16.** **Statute of Limitations**. You agree that Withum shall not be liable for any claim arising out of or relating to this engagement that is first asserted more than one (1) year after a Termination Event because any claim first asserted or action commenced more than one (1) year after a Termination Event, regardless of legal theory, shall be ultimately and otherwise time-barred for all purposes notwithstanding any law, statute, rule or regulation to the contrary.

**17.** **Record Retention**. It is our policy to keep records related to this Engagement for 8 years. Generally Withum stores a computerized PDF document of your records. We will return all original documents forwarded to us at the completion of the services rendered under this Engagement. When records are returned to you, it is your responsibility to retain and protect your records for possible future use, including potential examination by any government or regulatory agencies. By your signature below, you acknowledge and agree that upon the expiration of the 8 year period Withum shall be free to destroy our records related to this Engagement.

withum
AUDIT TAX ADVISORY

18. **<u>Use/Right to Documentation</u>**. Any written reports, documents or schedules ("workpapers") which Withum prepares, are to be used only for purposes of this Engagement and may not be published or used for any other purpose without our written consent. At all times Withum shall retain ownership of such workpapers and additional consent may be required if workpapers are requested.

19. **<u>Subpoena Indemnification</u>.** In the event Withum, its successors and assigns, partners, principals, or employees are requested by you or Withum is required by government regulations, subpoena, or other legal process, to produce documents or our personnel as witnesses with respect to our engagement(s) for you, so long as we are not a party to the proceeding in which the information is sought, you will reimburse us for our professional time and expense, as well as the reasonable fees and expenses of our counsel, incurred in responding to such requests.

20. **<u>General</u>.**

(a) <u>Neither</u> party shall be liable for any delay or failure of performance due to circumstances beyond its reasonable control.

(b) Except to the extent expressly provided hereto to the contrary, this Agreement is between Withum and the parties listed herein. Third-party beneficiaries are not intended under this Agreement.

(c) Client may not use Withum's name or trademarks without prior written consent.

(d) Client will in all events remain responsible for the care and control of its information and recordkeeping. Client is responsible to obtain any missing information whether personally or from third party sources as well as clarifying or answering any questions which may arise during the course of the Engagement. The completeness and timeliness of the flow of information may affect the expected completion date of this Engagement or due date of tax returns.

(e) Each party is an independent contractor with respect to the other and shall not be construed as having a trustee, joint venture, agency or fiduciary relationship.

(f) Client shall not assign any rights, obligations or claims relating to this Agreement.