# **Exhibit C**

## **DeGraw Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | : | Case No. 18-10601 (MFW) |
| Debtors.[1] | : | (Jointly Administered) |

**DECLARATION OF KENNETH DEGRAW IN SUPPORT OF DEBTORS' APPLICATION TO RETAIN AND EMPLOY WITHUMSMITH+BROWN, PC AS TAX SERVICES PROVIDER PURSUANT TO SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014(a) AND 2016 AND LOCAL RULE 2014-1, *NUNC PRO TUNC* TO JUNE 18, 2018**

I, Kenneth DeGraw, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my information, knowledge, and belief:

1. I am a partner with the firm WithumSmith+Brown, PC ("**Withum**"). I submit this declaration (the "**Declaration**") in support of the application (the "**Application**")[2] of the above-captioned debtors, as debtors and debtors in possession (collectively, the "**Debtors**"), for authority to retain and employ Withum, as tax services provider to the Debtors *nunc pro tunc* to June 18, 2018. Except as otherwise noted, I have personal knowledge of the matters set forth herein. To the extent any information disclosed herein requires amendment or modification upon Withum's completion of further review, or as additional party in interest information becomes

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Application.

available to it, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

**WITHUMSMITH+BROWN, PC**

2. Withum is a nationally recognized certified public accounting firm. Since its founding in 1974, Withum has provided auditing, tax, accounting and other related services to companies in a range of business sectors. Withum employs approximately 1,000 staff and professionals and is consistently rated one of the top certified public accounting and advisory firms in the United States.

**SCOPE OF SERVICES**

3. The Debtors propose to retain and employ Withum to prepare the state and federal income tax returns identified on Attachment A to the Engagement Letter for the year ended December 31, 2017 (the "**Tax Services**").

4. Withum is willing and able to perform the Tax Services, and I believe that Withum is well suited to provide these services to the Debtors. Based on knowledge, experience, and expertise in providing similar services to other companies, I believe that Withum is well qualified to provide the Tax Services to the Debtors in a cost effective, efficient, and timely manner. Additionally, Withum's services will not be duplicative of the efforts of other professionals retained in the Debtors' Chapter 11 cases.

**PROFESSIONAL COMPENSATION**

5. Withum intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules and Local Rules, and any other applicable procedures and orders of the Court.

6. As set forth in the Engagement Letter, Withum has estimated that the aggregate amount of fees that Withum will incur to provide the Tax Services will be between $300,000 and $350,000. However, in accordance with the terms of the Engagement Letter, the fees for the Tax Services will be based on the time expended by Withum personnel and based on Withum's hourly fee rates, as are in effect at the time the services are performed. As of the date of the Application, Withum's hourly rates for the Tax Services are anticipated to be in the following ranges:

| Title | Rates |
|---|---|
| Partners | $450 - $595 |
| Senior Managers | $280 - $440 |
| Managers/Supervisors | $210 - $275 |
| Seniors/Staff | $145 - $195 |
| Administrative/Paraprofessional | $75 - $110 |

7. The Debtors and Withum have agreed that the Debtors will reimburse Withum for any direct expenses incurred in connection with Withum's retention in these Chapter 11 cases and the performance of its obligations under the Engagement Letter. Withum's direct expenses typically include, but are not limited to, travel, working meals, and courier services.

8. I believe that the rates charged by Withum are comparable to what is generally charged by other firms of similar stature to Withum for comparable engagements, both in and out of bankruptcy, and represents Withum's standard fee amounts.

9. In addition, as part of Withum's compensation package, the Engagement Letter provides that the Debtors will indemnify Withum under certain circumstances. Such indemnification is an important aspect of Withum's compensation and, I believe, is customary in engagements of this type.

**DISINTERESTEDNESS**

10. In connection with its proposed retention by the Debtors in these Chapter 11 cases, Withum undertook to determine whether Withum has any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors or their estates. Specifically, Withum obtained from the Debtors a comprehensive list of the types of entities who may be parties in interest in these Chapter 11 cases (the "**Potential Parties in Interest**"), a copy of which is attached hereto as **Exhibit 1.**

11. Withum's conflict analysis consisted of queries of an internal computer database containing the names of individuals that are present or recent former clients of Withum in order to identify relationships with Potential Parties in Interest in these Chapter 11 cases. Based on that analysis, Withum does not believe it currently has, or in the recent past has had, a relationship or connection with any Potential Party in Interest.

12. I note that there are many professionals who represent Potential Parties in Interest in these Chapter 11 cases. As such, it is possible that Withum may have a connection or relationship with such professionals. However, to the best of my knowledge, information and belief, such connection or relationship is not in any way related to the Debtors or these Chapter 11 cases.

13. To the best of my knowledge, information and belief, no professional of Withum who will work on this engagement has any connection with any United States Bankruptcy Judge for the District of Delaware, any District Judge for the District of Delaware, the U.S. Trustee or any employee of the U.S. Trustee that would render Withum's retention in these cases improper pursuant to Bankruptcy Rule 5002.

14. To the best of my information, knowledge and belief: (a) Withum has no connection with the Debtors, the Debtors' creditors, or any other party with an actual or potential

interest in these Chapter 11 cases or their respective attorneys or accountants, except as may be set forth herein; (b) Withum is not a creditor, equity security holder, or insider of the Debtors; (c) neither Withum nor any of its principals is or was, within two years of the Petition Date, a director, officer, or employee of the Debtors; and (d) Withum does not have an interest materially adverse to the Debtors, their estates, any class of creditors, or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason. Accordingly, to the best of my information, knowledge, and belief, Withum is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code

15. Prior to entering into the Engagement Letter, Withum was not previously engaged by the Debtors to provide the Tax Services or otherwise. As such, other than the payment of the Retainer, Withum has not previously received any compensation from the Debtors.

16. Withum has not agreed to share any of its compensation received from the Debtors with any other persons, except as permitted by section 504 of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: July 23, 2018
Whippany, New Jersey

*/s/ Kenneth DeGraw*
Kenneth DeGraw CPA CFP CFF CFE
Partner
WithumSmith+Brown, PC

**Exhibit 1 - Potential Parties in Interest**

**DEBTOR ENTITIES INCLUDING NON-FILING SUBSIDIARIES AND JOINT VENTURES**

- Amityville SPV LLC
- Avenging Eagle SPV, LLC
- Branded Partners LLC
- Breaking and Entering SPV, LLC
- Butler Films LLC
- Charles James Holdings LLC
- Check Hook LLC
- Come Drink With Me SPV, LLC
- CTHD 2 LLC
- Cues TWC (ASCAP), LLC
- Current Films Limited (UK)
- Current War SPV, LLC
- Derailed SPV, LLC
- DRT Films, LLC
- DRT Rights Management LLC
- FFPAD, LLC
- HRK Films, LLC
- InDirections LLC
- InteliPartners LLC
- ISED, LLC
- Kristy Films LLC
- MarcoTwo, LLC
- MarcoThree, LLC
- Mrs. Henderson Presents SPV, LLC
- One Chance LLC
- PA Entity 2017, LLC
- Paddington 2, LLC
- PS Post LLC
- Scary Movie 4 LLC
- Scream 2 TC Borrower
- Six Billion Dollar Man SPV LLC
- Small Screen Productions LLC
- Small Screen Trades LLC
- SPV Film Distribution LLC
- Spy Kids TV Borrower, LLC
- Team Players LLC
- The Actors Group LLC
- The Giver SPV, LLC
- The Matador SPV, LLC

- The Weinstein Company LLC
- The Weinstein Company Holdings LLC
- The Weinstein Company Limited (HK)
- Tulip Fever Films Limited (UK)
- Tulip Fever LLC
- TWC Borrower 2016, LLC
- TWC Domestic LLC
- TWC Fearless Borrower, LLC
- TWC Gold SPV, LLC
- TWC Library Songs (BMI), LLC
- TWC Loop LLC
- TWC Mist, LLC
- TWC MSG HoldCo LLC
- TWC MSG LLC
- TWC Polaroid SPV, LLC
- TWC Production, LLC
- TWC Production-Acquisition Borrower 2016, LLC
- TWC Replenish Borrower, LLC
- TWC Short Films, LLC
- TWC Untouchable SPV, LLC
- TWC Versa HOS, LLC
- TWC Versa Lion, LLC
- TWC Waco SPV, LLC
- Twenty O Five Holdings, LLC
- WC Film Completions, LLC
- Weinstein Books, LLC
- Weinstein Development LLC
- Weinstein Global Funding Corp.
- Weinstein Productions LLC
- Weinstein Television LLC
- WTV Guantanamo SPV, LLC
- WTV JCP Borrower 2017, LLC
- WTV Kalief Browder Borrower, LLC
- WTV Scream 3 SPV, LLC
- WTV Yellowstone SPV, LLC

**EQUITY HOLDERS**

- 2929 Media LP
- A1 International Investment BV
- Ambac Private Holdings, LLC
- BP-PE2 Inc.
- Chapman, Georgina
- Direct Solutions, Inc.

- Eton Park TWC Holding Corp
- Goldman, Sachs & Co.
- Group M Movie Entertainment, Inc.
- Hartford Series Fund, Inc: Hartford Capital Appreciation HLS Fund
- HWCH Corp.
- Launchdock & Co.
- Luxurylines & Co.
- MATWIN, LLC
- Maverick Holdings Ltd.
- Maverick II Holdings Ltd.
- Maverick USA II
- NAOF, Inc.
- Nevo, Aviv
- Radical Investments LP
- RS Movie Holdings
- Salomon, David
- Saul, Julian D.
- SB America 2 Inc.
- Sofidiv, Inc.
- Softbank Corp.
- The Hartford Mutual Funds, Inc: Hartford Capital Appreciation Fund
- TWCH Investors, Inc.
- Viola Brothers Productions LLC
- WCH Holdco, Inc.
- WCH Holdco 2, Inc.
- WCH Holdco 3, Inc.
- Weinstein, Harvey
- Weinstein, Robert
- Woodland Asset Holdings LLC

**CURRENT AND FORMER BOARD MEMBERS**

- Ben-Ammar, Tarak
- Bhandari, Gauray
- Desai, Anand
- Dolan, James
- Jones, Paul Tudor
- Koenigsberg, Richard
- Krim, Mathilde
- Lasry, Marc
- Maerov, Lance
- Metcalfe, Andrew
- Rainone, Frank
- Rose, Fred

- Sackman, Jeff
- Sarnoff, Timothy
- Ziff, Dirk

**PRESENT AND FORMER OFFICERS / EMPLOYEES OF THE DEBTOR**

- Anderson, David
- Fioravanti, Albert
- Glasser, David
- Goldberg, Jeffery
- Hutkin, David
- Kim, Andrew
- Kramer, Andrew
- Littman, David
- Madden, Lawrence
- Peck, Bob
- Reiter, Irwin
- Solomon, Lee

**RETAINED PROFESSIONALS**

- Cravath, Swaine & Moore LLP
- Epiq Systems
- FTI Consulting, Inc.
- Moelis & Company
- Richards, Layton & Finger, P.A.

**COMMITTEE MEMBERS**

- Access Digital Cinema Phase 2 Corp c/o Cinedigm
- Geiss, Louisette
- Light Chaser Animation
- Rehal, Sandeep
- William Morris Endeavor Entertainment

**TOP 30 UNSECURED CREDITORS**

- 22nd and Indiana Incorporated
- Acacia Filmed Entertainment
- Allied Integrated Marketing
- American Express Care Member Wire Depository
- Barnes & Thornburg
- Boies, Schiller & Flexner (1999) LLC
- Boies, Schiller & Flexner LLP
- BRB International. S.A.

- Canal Productions
- Creative Artist Agency
- Cross City Films Ltd
- Debevoise & Plimpton LLP
- Fintage Collection Account Mgmt. BV
- Greenberg Glusker Fields
- Kanzeon Corp.
- Kasima, LLC
- Lavely and Singer's Client Trust
- Light Chaser Animation
- O'Melveny & Myers LLP
- Palisades Media Group Inc.
- Phase 2 Digital Cinema Corp.
- Sartraco, Inc.
- Seyfarth Shaw LLP
- Sony Pictures Entertainment
- Speedee Distribution, LLC
- Technicolor
- Viacom International
- Walt Disney Pictures and Television
- Wanda Pictures
- Y Theatrical LLC

**BANKS**

- Bank Hapoalim B.M
- Bank of America, N.A.
- Bank of Hope
- CIT Bank
- City National Bank
- Comerica Bank
- East West Bank
- Fifth Third
- First Republic Bank
- HSBC
- MUFG Union Bank, N.A.
- OneWest Bank FSB
- Opus Bank
- SunTrust Bank
- UBS Loan Finance LLC
- UnionBanCal Equities, Inc.
- Wells Fargo

**DEPOSITORY BANKS**

- HSBC Bank
- Union Bank

**UCC FINANCING STATEMENT FILERS**

- Amazon Media EU SARL
- Amazon.com Int'l Sales, Inc.
- Buena Vista International, Inc.
- Film Finances, Inc.
- Film Finances, LLC
- Home Box Office, Inc.
- M&T Bank
- National Bank of Canada
- Netflix Studios, LLC
- Portfolio Funding Company LLC I
- Sony Pictures Worldwide Acquisitions Inc.
- UniFi Completion Guaranty Insurance Solutions, Inc., as agent and attorney-in-fact for Atlantic Specialty Insurance Company
- Visiona Romantica, Inc.
- Wilmington Trust Company
- Worldwide Entertainment Capital II LLC
- Worldwide SPE Acquisitions Inc.

**INSURERS**

- Accident & Health Underwriting
- Allianz Global Risks US Insurance Company
- American Insurance Co.
- Atlantic Specialty Ins. Co.
- AXIS Insurance Co.
- Chubb Ins. Co. of Canada
- Chubb Ins. Cos. of Europe SE
- Chubb National Insurance Company
- Continental Casualty Co.
- Federal Insurance Co.
- Fireman's Fund Ins. Co.
- Great Northern Ins. Co.
- Hiscox Ins. Co Ltd.
- Hiscox Ins. Co. Inc.
- National Union Fire Ins. Co. of Pitts., PA
- QBE Insurance Corporation
- Vigilant Ins. Co. (Chubb)
- Westchester Fire Ins. Co. (Chubb)

- Zurich American Ins. Co.

**LESSORS AND LESSEES**

- 375 Greenwich Partners LLC
- 99 Hudson Street Associates
- Douglas Emmett 2008, LLC
- Lucky 8 TV LLC
- Suite 750 West LLC

**UTILITY PROVIDERS**

- AT&T
- Con Edison
- TMobile

**CONTRACT COUNTERPARTIES**

- A+E Studios, LLC
- ABG EPE IP LLC
- AE Television Networks, LLC
- Alliance Films Inc.
- Alliance Films UK Limited
- Alliance of Motion Picture and Television Producers
- Amazon.com, Inc.
- Amazon Content Services LLC
- Amazon Digital Services LLC
- Amazon Studios LLC
- Anchor Bay Entertainment UK Ltd
- Anchor Bay Entertainment, LLC
- BBC Worldwide Ltd.
- Beta Film GmbH
- Cattleya Srl
- Celestial Filmed Entertainment LTD
- Channel 271 Productions LLC
- Dimension Sound Inc.
- Discovery Communications, LLC
- Duke and Duchess Ventures
- Dynamic Television, LLC
- Elvis Presley Enterprises LLC
- Endemol Worldwide Distribution Ltd.
- FremantleMedia Intl Distribution
- FremantleMedia
- FremantleMedia Ltd.
- Golden Village Pictures PTE LTD

- Hardware Distribution NY, LLC
- Hearst Communications, Inc.
- Home Dynamix
- IFC Entertainment, LLC
- ITV Global Entertainment Ltd.
- ITV Global Entertainment, Inc.
- J.C. Penney Corporation, Inc.
- Lifetime Entertainment Services
- Little Denmark FSO Christian Torpe
- Little Denmark, Inc. FSO Christian Torpe
- Lookout Point Ltd.
- Ludia Inc.
- Miramax Film Corporation
- Miramax LLC
- Miramax Film NY, LLC
- Motion Picture Distribution, LP
- NBC Entertainment
- Netflix Global, LLC
- Netflix, Inc.
- New Video Channels America, LLC, dba BBC America
- On-Site Productions Inc.
- Roadshow Films Pty Ltd.
- Rocket Boy Productions
- S. Carter Enterprises
- S.L. Home Fashions
- See-Saw Films (TV) Ltd.
- Shaw Media Inc.
- Sing Street Distribution, LLC
- Speedee Distribution, LLC
- St. Martin’s Press LLC
- Sundream Motion Pictures Ltd.
- Tezuka Productions Co., Ltd.
- The Browder Project LLC
- Univision Network Studios, Inc.
- Viacom International, Inc.
- Viacom Media Networks
- Village Roadshow Film Dist S.A.
- Village Roadshow Pictures, Group
- Walt Disney Music Company
- Walt Disney Pictures and Television
- Walt Disney Studio
- Zynga Game Ireland Ltd.
- Zynga Inc.
- 139 Films

**VENDORS**

- BBP Gold, LLC
- Content Partners Fund 3 SVP LP
- Deluxe Digital Cinema Inc.
- Echelon Films, Inc.
- Entertainment Partners Services Group
- EWB ITF TWC
- Feel Good Films, Inc.
- Fire and Ice Production Inc
- Invent TV LLC
- Isolation Production Inc
- LGH Capital LLC
- Long Way Home Holdings PTY LTD
- Main Street Films
- Marro Entertainment
- MBL Benefit Consulting
- Next Take Productions Inc.
- OA3, LLC
- Refined Productions, Inc
- Slimm Productions Inc
- Stitching Freeway Custody Re: HHH
- Technicolor Cinema Distributions
- Universal City Studios LLP
- Weinstein Portfolio Funding Co, LLC

**STALKING HORSE**

- Lantern Capital Management

**COLLECTIVE BARGAINING AGREEMENT COUNTERPARTIES**

- Directors Guild of America, Inc.
- Screen Actors Guild, Inc.
- Screen Actors Guild-American Federation of Television and Radio Artists
- Writers Guild of America, East, Inc.
- Writers Guild of America, West, Inc.

**TAXING AUTHORITIES**

- Alabama Department of Revenue
- Arkansas Dept of Finance And Administration
- Commissioner of Revenue Services
- Connecticut Department of Revenue Services
- Comptroller of Maryland

- Comptroller of Public Accounts
- Corporate Service Company
- County of Los Angeles
- D.C. Treasurer
- Delaware Secretary of State
- Franchise Tax Board (California)
- Georgia Department of Taxation
- Hm Revenue And Customs
- Idaho State Tax Commission
- Illinois Department of Revenue
- Indiana Department of Revenue
- Kentucky State Treasurer
- Maine Revenue Services
- Michigan Department of Treasury
- Minnesota Department of Revenue
- Mississippi Department of Revenue
- Missouri Department of Revenue
- Montana Department of Revenue
- N.C. Department of Revenue
- Nebraska Department of Revenue
- Nevada Department of Taxation
- New York State Department Of State
- New York State Dept of Taxation
- New York State Sales Tax
- NH Dept of Revenue
- NYC Dept of Finance - Real Estate Taxes
- NYC Dept of Finance - Commercial Rent Tax
- Office of Finance, City of Los Angeles
- Ohio Department of Taxation
- Oregon Department of Revenue
- Pennsylvania Department of Revenue
- Rhode Island Division of Taxation
- Secretary of State of California
- State Board of Equalization
- State of New Jersey - Part
- State of NJ - Division of Taxation
- State of Rhode Island
- Tennessee Department of Revenue
- United States Treasury
- Vermont Department of Taxes
- Virginia Department of Taxation
- West Virginia State Tax Department
- Wisconsin Department of Revenue

**GOVERNMENTAL AUTHORITIES**

- Department of Justice Antitrust Division
- Federal Trade Commission
- Office of The United States Attorney
- Securities And Exchange Commission

**ATTORNEY GENERALS**

- State of New York Attorney General
- State of California Attorney General

**PARTIES TO PENDING LITIGATION**

- ABC
- Ackers, Gregory
- AI International Holdings (BVI) Limited
- American Express Travel Related Svcs Co, Inc
- American Media Inc
- Anson, Lesia
- Apolo Films SL
- Bart Productions, LLC o/b/o Factory Girl, LLC
- Borchers, Donald P.
- BRB International, S.A.
- Brock, Zoe
- Canosa, Alexandra
- Carroll, Charlotte Catherine
- Degeto Film GmBH
- Frankel, David
- Geiss, Louisette
- Grace, Arthur
- Huett, Dominique
- Kendall, Katherine
- Klatt, Nannette
- Luge Club Productions Inc
- Noble, Kadian
- Port, Rosemary
- Rehal, Sandeep
- Sagemiller, Melissa
- Screen Actors Guild, Inc.
- Speed Media
- Swain, Pamela
- Tensor Law PC
- The New York Times Company
- TMT Entertainment Group Inc

- Weston, Brad
- Writers Guild of America, East, Inc.

**UNITED STATES TRUSTEE**

- Tinker, T. Patrick
- Buchbinder, David
- Casey, Linda
- Fox, Timothy J. Jr.
- Hackman, Benjamin
- Keilson, Brya
- Kenney, Mark
- Leamy, Jane
- McCollum, Hannah M.
- Sarkessian, Juliet
- Schepacarter, Richard
- Vara, Andrew
- Weissgerber, Jaclyn

**BANKRUPTCY JUDGES**

- Carey, Kevin J.
- Gross, Kevin
- Silverstein, Laurie Selber
- Shannon, Brendan L.
- Sontchi, Christopher S.
- Walrath, Mary F.