# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered |

## AMENDED CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 31st day of July, 2018, I caused a copy of the following documents to be served on the parties on the attached service list in the manner indicated.

*The Official Committee of Unsecured Creditors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials and Appearance for Oral Examination* [Docket No. 1280]

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P O Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail: crobinson@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

DOCS_DE:220102.3 92766/002

Weinstein Co. Holdings, 18-0601 (MFW)
Supplemental Service List re 2004 Motion
Doc No. 220519
01-Electronic Mail

Via Electronic Mail
Lewis Landau
Email: lew@landaunet.com

The Weinstein Company 2002 Service List
Case No. 18-10601
Document No. 218699
03 – Interoffice Mail
38 – Hand Delivery
75 – First Class Mail

*(Counsel to Official Committee of*
*Unsecured Creditors)*
Bradford J. Sandler, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

*INTEROFFICE MAIL*
*(Counsel to Official Committee of*
*Unsecured Creditors)*
James I. Stang, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

*INTEROFFICE MAIL*
*(Counsel to Official Committee of*
*Unsecured Creditors)*
Debra I. Grassgreen, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

*INTEROFFICE MAIL*
*(Counsel to Official Committee of*
*Unsecured Creditors)*
Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

*HAND DELIVERY*
*(United States Trustee)*
Hannah M. McCollum, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*HAND DELIVERY*
*(State Attorney General)*
Matthew P. Denn, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE 19801

*HAND DELIVERY*
Zillah A. Frampton, Bankruptcy
Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE 19801

*HAND DELIVERY*
*(United States Attorney)*
David C. Weiss
United States Attorney's Office
District of Delaware
Nemours Building, Suite 700
1007 N. Orange Street
Wilmington, DE 19801

*HAND DELIVERY*
*(Co-Counsel for the Debtors)*
Mark D. Collins, Esquire
Paul N, Heath, Esquire
Zachary I. Shapiro, Esquire
Brett M. Haywood, Esquire
David T. Queroli, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to Directors Guild of America, Inc., Etc)*
Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 N. Market Street, Suite 460
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to Lantern Entertainment)*
David B. Stratton, Esquire
David M. Fournier, Esquire
Evelyn J. Meltzer, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to Viacom International Inc.)*
Derek C. Abbott, Esquire
Daniel B. Blutz, Esquire
Matthew B. Harvey, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16Th Floor
Wilmington, DE 19899

*HAND DELIVERY*
*(Counsel to East West Bank And Portfolio Funding Company LLC and Beta Film GmbH)*
Christopher M. Samis, Esquire
L. Katherine Good, Esquire
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 N. King Street, Suite 500
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to MUFG Union Bank, N.A.)*
J. Cory Falgowski, Esquire
Burr & Forman LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to MUFG Union Bank, N.A.)*
Robert S. Brady, Esquire
Sean M. Beach, Esquire
Elizabeth S. Justison, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to AI International Holdings (BVU) Ltd.)*
Natalie D. Ramsey, Esquire
David Lee Wrught, Esquire
Montgomery Mccracken Walker & Rhoads, LLP
1105 N. Market Street, 15th Floor
Wilmington, DE 19801-1201

*HAND DELIVERY*
*(Counsel to Creative Artists Agency, Warner Bros., Kanbar, Hoodwinked, Annapurna Pictures and Wanda Pictures)*
Christopher P. Simon, Esquire
Kevin S. Mann, Esquire
Cross & Simon, LLC
1105 North Market Street, Suite 19801
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to A+E Television Networks, LLC)*
Andrew R. Remming, Esquire
Matthew O. Talmo, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
PO Box 1347
Wilmington, DE 19899-1347

*HAND DELIVERY*
*(Counsel to Sartraco, Inc.)*
Mary F. Caloway, Esquire
Buchanan Ingersoll & Rooney Pc
919 N. Market Street, Suite 1500
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to BOA, N.A. & First Republic Bank, J.C. Penney Corporation and* Harkins Administrative Services, Inc.*)*
William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Don A. Beskrone, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8Th Floor
PO Box 1150
Wilmington, DE  19899-1150

*HAND DELIVERY*
*(Counsel to Technicolor)*
Rachel B. Mersky, Esquire
Monzack Mersky Mclaughlin And Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Hotel Mumbai Ltd. and Related Affiliates)*
Michael Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Speedee Distribution, LLC and FilmNation)*
Victoria A. Guilfoyle, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Wind River Productions, LLC, Acacia Filmed Entertainment, LLC, Bank Hapoalim and Opus Bank)*
Mark L. Desgrosseilliers, Esquire
Matthew P. Ward, Esquire
Morgan L. Patterson, Esquire
Womble Bond Dickinson (US) LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Lions Gate Entertainment Corp. and Anchor Bay Entertainment LLC)*
Mark Minuti, Esquire
Saul Ewing Arnstein Lehr LLP
1201 North Market Street, Suite 2300
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Content Partners)*
William E. Chipman, Jr., Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza, Suite 5400
1313 N. Market Street
Wilmington, DE  19801-6101

*HAND DELIVERY*
*(Counsel for The Walt Disney Company and all of their affiliates)*
Jeremy W. Ryan, Esquire
D. Ryan Slaugh, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, Sixth Floor
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Harvey Weinstein*)
Scott D. Cousins, Esquire
Justin R. Alberto, Esquire
Daniel Brogan, Esquire
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE  19801

*HAND DELIVERY*
*(Attorneys for Fremantle Media Limited)*
Mark Minuti, EsqUIRE
Saul Ewing Arnstein & Lehr LLP
1201 North Market Street, Suite 2300
PO Box 1266
Wilmington, DE  19899

*HAND DELIVERY*
*(Attorneys for Interested Parties Studiocanal S.A.S, Wild Bunch S.A., Gaumont S.A., Delta Last Legion Ltd., and Orange Studio (formerly Studio 37))*
Norman M. Monhait, Esquire
Edward B. Rosenthal, Esquire
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
PO Box 1070
Wilmington, DE  19899-1070

*HAND DELIVERY*
*(Counsel to Netflix)*
Law Office of Curtis A. Hehn
1007 N. Orange Street, 4th Floor
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Timur Bekmambetov, Bazelevs U.S., Inc., Tengri, Inc., Mirsand Limited, Leonard DiCaprio,Birkin Productions, Inc., Jennifer Lawrence, Floffin, Inc., Company Men Productions, Inc., Jennifer Aniston and Two Eleven Productions)*
Jennifer R. Hoover, Esquire
Kevin M. Capuzzi, Esquire
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to the Counterparties)*
Jamie L. Edmonson, Esquire
Daniel A. O'Brien, Esquire
VENABLE
1201 N. Market St. Suite 1400
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel for OWN, LLC and Tarantino Parties)*
Matthew G. Summers, Esquire
Laurel D. Roglen, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to the Pippin Owners and the In the Heights Owners)*
David M. Klauder, Esquire
Bielli & Klauder LLC
1204 N. King Street
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Harkins Administrative Services, Inc.)*
Don A. Beskrone, Esquire
Ashby & Geddes, PA
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE  19899-1150

*HAND DELIVERY*
*(Counsel to Creditor Seyfarth Shaw LLP)*
William E. Chipman, Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza, Suite 540
1315 N. Market Street
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Optimum Releasing Ltd)*
Norman M. Monhait, Esquire
Edward B. Rosenthal, Esquire
Rosenthal, Monhait & Goddess, P.A.
PO Box 1070
Wilmington, DE  19899-1070

*HAND DELIVERY*
*(Counsel to Unionbancal Equities, Inc.)*
Robert S. Brady, Esquire
Sean M. Beach, Esquire
Elizabeth S. Justison, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to Snoogans Inc. and View Askew Productions Inc.)*
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to Lesia Anson)*
Michael Busenkell, Esquire
Amy Brown, Esquire
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to Nu Image, Inc.)*
Matthew P. Ward, Esquire
Ericka F. Johnson, Esquire
Morgan L. Patterson, Esquire
Womble Bond Dickinson (US) LLP
200 Delaware Avenue, Suite 1501
Wilmington, DE 19801

*FIRST CLASS MAIL*
*(United States Attorney General)*
Eric H. Holder, Jr., Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC 20530-0001

*FIRST CLASS MAIL*
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
PO Box 898
Dover, DE 19903

*FIRST CLASS MAIL*
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

*FIRST CLASS MAIL*
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

*FIRST CLASS MAIL*
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20554

*FIRST CLASS MAIL*
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103

*FIRST CLASS MAIL*
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY 10281

*FIRST CLASS MAIL*
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101

*FIRST CLASS MAIL*
*(Counsel to the Debtors)*
Paul Zumbro, Esquire
George E. Zobitz, Esquire
Karin A. DeMasi, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

*FIRST CLASS MAIL*
*(Counsel to Directors Guild of America, Inc., Etc)*
Joseph A. Kohanski, Esquire
David E. Ahdoot, Esquire
Kirk Prestergard, Esquire
Kiel Ireland, Esquire
Bush Gottlieb
801 North Brand Boulevard, Suite 950
Glendale, CA  91203

*FIRST CLASS MAIL*
*(Counsel to Lantern Entertainment LLC)*
Stephen B. Kuhn, Esquire
Meredith A. Lahaie, Esquire
Michael S. Stamer, Esquire
Naomi Moss, Esquire
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
Bank Of America Tower
New York, NY  10036

*FIRST CLASS MAIL*
*(Counsel to Viacom International Inc.)*
Richard Stern, Esquire
Stephan Hornung, Esquire
Luskin, Stern & Eisler LLP
Eleven Times Square
8th Avenue & 41st Street
New York, NY  10036

*FIRST CLASS MAIL*
*(Counsel to Portfolio Funding Company)*
David P. Simonds, Esquire
Edward Mcneilly,Esq
Akin Gump Strauss Hauer & Feld LLP
1999 Avenue Of The Stars, Suite 600
Los Angeles, CA  90067

*FIRST CLASS MAIL*
*(Counsel to East West Bank)*
David F. Staber, Esquire
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201

*FIRST CLASS MAIL*
*(Counsel to MUFG Union Bank, N.A.)*
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA  92660

*FIRST CLASS MAIL*
*(Counsel to MUFG Union Bank, N.A.)*
Jennifer C. Hagle, Esquire
Ariella Thal Simonds, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

*FIRST CLASS MAIL*
*(Counsel to AI International Holdings (BVU) Ltd.)*
Susheel Kirpalani, Esquire
Scott Shelley, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010

*FIRST CLASS MAIL*
*(Counsel to AI International Holdings (BVU) Ltd.)*
Bennett Murphy, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017

*FIRST CLASS MAIL*
*(Counsel to Cinedigm)*
James S. Carr, Esquire
Kristen S. Elliot, Esquire
Kelly Drye & Warren LLP
101 Park Avenue
New York, NY  10178

*FIRST CLASS MAIL*
*(Counsel to BRB Internacional S.A. & Apolo Films Sl)*
Aaron R. Cahn, Esquire
John Michael Griem, Jr., Esquire
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY  10005-2072

*FIRST CLASS MAIL*
*(Counsel to Bank of Hope and SPE)*
William S. Brody, Esquire
Paul S. Arrow, Esquire
Buchalter, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-2457

*FIRST CLASS MAIL*
*(Counsel to Creative Artists Agency, Warner Bros., Kanbar, Hoodwinked and Annapurna Pictures)*
Michael I. Gottfried, Esquire
John P. Reitman, Esquire
Jon L.R. Dalberg, Esquire
Peter J. Gurfein, Esquire
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 700
Los Angeles, CA  90067

*FIRST CLASS MAIL*
*(Counsel to A+E Television Networks, LLC)*
David L. Yohai, Esquire
David N. Griffiths, Esquire
Theodore E. Tsekrides, Esquire
Christina M. Brown, Esquire
Weil, Gothsal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

*FIRST CLASS MAIL*
*(Counsel to Sartraco, Inc.*
David R. Softness
David R. Softness, P.A.
201 S. Biscayne Bolveard, Suite 2740
Miami, FL  33131

*FIRST CLASS MAIL*
*(Counsel to Sartraco, Inc.)*
Justin Leto, Esquire
Larry Bassuk, Esquire
Leto Bassuk
777 Brickell Avenue, Suite 600
Miami, FL  33131

*FIRST CLASS MAIL*
*(Counsel to Philadelphia Media Network)*
James W. Adelman, Esquire
Morris & Adelman, P.C.
201 N. Presidential Boulevard, Suite 100
PO Box 2235
Bala Cynwyd, PA  19004-6235

*FIRST CLASS MAIL*
*(Counsel to BOA, N.A. & First Republic Bank)*
Attn:Andrew V. Tenzer, Esquire
Paul Hastings LLP
75 East 55Th Street
New York, NY  10022

***FIRST CLASS MAIL***
*(Counsel to BOA, N.A. & First Republic Bank)*
Susan Williams, Esquire
Paul Sagan, Esquire
Paul Hastings LLP
1999 Avenue Of The Stars
Los Angeles, CA  90067

***FIRST CLASS MAIL***
*(Counsel to Amazon)*
Joseph M. Vanleuven, Esquire
Davis Wright Tremaine LLP
1300 Sw Fifth Avenue, Suite 2400
Portland, OR  97201

***FIRST CLASS MAIL***
Jay W. Hurst, Assistant Attorney General
Comptroller of Public Accounts of the State of Texas
Bankruptcy & Collections Division MC 008
PO Box 12548
Austin, TX  78711-2548

***FIRST CLASS MAIL***
*(Counsel to Hotel Mumbai Ltd. and Related Affiliates)*
Larry W. Gabriel, Esquire
Susan K. Seflin, Esquire
Jessica L. Bagdanov, Esquire
Brutzkus Gubner
21650 Oxnard Street
Woodland Hills, CA  91367

***FIRST CLASS MAIL***
*(Counsel to Speedee Distribution, LLC and FilmNation)*
Rick Antonoff, Esquire
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-0208

***FIRST CLASS MAIL***
*(Counsel for Turner Entertainment Networks, Inc.)*
Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216-1008

***FIRST CLASS MAIL***
*(Counsel to Lions Gate Entertainment Corp. and Anchor Bay Entertainment LLC)*
Jeff J. Friedman, Esquire
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

***FIRST CLASS MAIL***
*(Counsel to Beta Film GmbH )*
Darren Azman, Esquire
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY  10173-1922

***FIRST CLASS MAIL***
*(Counsel to Bank Hapoalim B.M.)*
Stephen B. Selbst
Andrew C. Gold
Herrick, Feinstein LLP
2 Park Avenue
New York, NY  10016

***FIRST CLASS MAIL***
*(Counsel for Alfred Siegel, Chapter 7 Trustee for Genius Products, LLC, OWN and the Tarantino Parties)*
Howard J. Weg, Esquire
James P. Menton, Jr., Esquire
Michael T. Delaney, Esquire
Robins Kaplan LLP
2049 Century Park E, Suite 3400
Los Angeles, CA  90067

*FIRST CLASS MAIL*
*(Counsel to Content Partners)*
Debra A. Riley, Esquire
Allen Matkins Leck Gamble Mallory & Natsis LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, CA  92101-0903

*FIRST CLASS MAIL*
*(Counsel to 180 Varick LLC)*
Charles E. Boulbol, Esquire
Charles E. Boulbol, P.C.
26 Broadway, 17th Floor
New York, NY  10004

*FIRST CLASS MAIL*
(Creditor and Party in Interest)
Wayne M. Smith, Esquire
Warner Bros. Entertainment Inc.
4000 Warner Boulevard
Building 156 So., Room 5120
Burbank, CA  91522

*FIRST CLASS MAIL*
*(Counsel for Digital Cinema Implementation Partners, LLC)*
Karl E. Block
Vadim J. Rubinstein
Dylan J. Smith
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA  90067

*FIRST CLASS MAIL*
*(Counsel for Digital Cinema Implementation Partners, LLC)*
Michael Politi
Digital Cinema Implementation Partners, LLC
100 Enterprise Drive, Suite 505
Rockaway, NJ  07866-2140

*FIRST CLASS MAIL*
*(Counsel for The Walt Disney Company and all of their affiliates)*
Andrew Goldman, Esquire
Wilmer Cutler Pickering Hale And Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007

*FIRST CLASS MAIL*
*(Counsel for The Walt Disney Company and all of their affiliates)*
Nancy L. Manzer, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

*FIRST CLASS MAIL*
*(Counsel for The Walt Disney Company and all of their affiliates)*
Christopher Hampson, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*FIRST CLASS MAIL*
*(Counsel for theUMG Entities and the Shady Records Entities)*
Gregory T. Donilon, Esquire
Pinckney, Weidinger, Urban & Joyce LLC
3711 Kennett Pike, Suite 210
Greenville, DE  19807

*FIRST CLASS MAIL*
*(Counsel for theUMG Entities and the Shady Records Entities)*
Jane K. Springwater, Esquire
Friedman & Springwater LLP
350 Sansome Street, Suite 21
San Francisco, CA  94194

**FIRST CLASS MAIL**
*(Attorneys for Fremantle Media Limited)*
Jeff J. Friedman, Esquire
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

**FIRST CLASS MAIL**
*(Attorneys for Interested Parties Studiocanal S.A.S, Wild Bunch S.A., Gaumont S.A., Delta Last Legion Ltd., and Orange Studio (formerly Studio 37))*
Kathy A. Jorrie, Esquire
David Minnick, Esquire
Jeffrey Wexler, Esquire
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406

**FIRST CLASS MAIL**
*(Counsel to Netflix)*
Thomas E. Patterson, Esquire
Julian I. Gurule, Esquire
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90067-6049

**FIRST CLASS MAIL**
*(Counsel to J.C. Penney Corporation)*
Marcus Alan Helt, Esquire
Jason B. Binford, Esquire
Foley Gardere
2021 McKinney Avenue, Suite 1600
Dallas, TX  75201

**FIRST CLASS MAIL**
(*Counsel to Wanda Pictures*)
Cynthia M. Cohen, Esquire
Glaser Weil Fink Howard Avchen & Shapiro LLP
333 S. Hope Street, Suite 2610
Los Angeles, CA  90071

**FIRST CLASS MAIL**
(Counsel to the People of the State of New York)
Howard Master, Esquire
Enid Nagler Stuart, Esquire
Anjana Samant, Esquire
Ted A. Berkowitz, Esquire
Assistant Attorneys General
New York State Office of the Attorney General
28 Liberty Street
New York, NY  10005

**FIRST CLASS MAIL**
TN Dept of Revenue
Attn: Laura McCloud
c/oTN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207

**FIRST CLASS MAIL**
*(Counsel to Timur Bekmambetov, Bazelevs U.S., Inc., Tengri, Inc., Mirsand Limited, Leonard DiCaprio,Birkin Productions, Inc., Jennifer Lawrence, Floffin, Inc., Company Men Productions, Inc., Jennifer Aniston and Two Eleven Productions)*
Thomas M. Geher, Esquire
David M. Poitras, Esquire
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-4308

**FIRST CLASS MAIL**
*(Counsel to the Counterparties)*
Jeffrey S. Sabin, Esquire
Carol A. Weiner, Esquire
Venable
1270 Avenue of the Americas
New York, NY  10020

*FIRST CLASS MAIL*
*(Counsel to the Counterparties)*
Keith C. Owens, Esquire
Venable
2049 Century Park E, Suite 2300
Los Angeles, CA  90067

*FIRST CLASS MAIL*
*(Counsel to the Pippin Owners and the In the Heights Owners)*
P. Bradley O'Neil, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*FIRST CLASS MAIL*
*(Counsel to Opus Bank)*
Robert R. Kinas, Esquire
Blakeley E. Griffith, Esquire
Charles E. Gianelloni, Esquire
Snell & Wilmer
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV  89169

*FIRST CLASS MAIL*
*(Creditor)*
Marc Toberoff
IP Management, Inc. and IPW, LLC
23823 Malibu Road, Suite 50-363
Malibu, CA  90265

*FIRST CLASS MAIL*
*(Counsel to Safety Facility Services)*
Anthony F. Giuliano, Esquire
Pryor & Mandelup, LLP
675 Old Country Road
Westbury, NY  11590

*FIRST CLASS MAIL*
*(Counsel to Inclusion Media, LLC)*
Garvan F. McDaniel, Esquire
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE  19806

*FIRST CLASS MAIL*
*(Counsel to Inclusion Media, LLC)*
Andrew K. Glenn, Esquire
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY  10019

*FIRST CLASS MAIL*
*(Counsel to Harkins Administrative Services, Inc.)*
Jared G. Parker, Esquire
Parker Schwartz, PLLC
7310 N. 16th Street, Suite 330
Phoenix, AZ  85020

*FIRST CLASS MAIL*
*(Creditor)*
Edward M. Fox
Seyfarth Shaw LLP
620 8th Avenue
New York, NY  10018

*FIRST CLASS MAIL*
*(Counsel to Optimum Releasing Ltd)*
Kathy A. Jorrie, Esquire
David Minnick, Esquire
Jeffrey Wexler, Esquire
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406

*FIRST CLASS MAIL*
*(Counsel to Jeff Abbott)*
Adam L. Rosen, Esquire
Sheryl P. Giugliano, Esquire
Diamond McCarthy LLP
489 Fifth Avenue, 21st Floor
New York, NY  10017

*FIRST CLASS MAIL*
*(Counsel to UnionBancal Equities, Inc.)*
William B. Freeman, Esquire
Jerry L. Hall, Esquire
Katten Muchin Rosenman LLP
515 S. Flower Street, Suite 1000
Los Angeles, CA  90071-2212

*FIRST CLASS MAIL*
*(Counsel to Snoogans Inc. and View Askew Productions Inc.)*
Karen Park, Esquire
830 Third Avenue, 5th Floor
New York, NY  10022

*FIRST CLASS MAIL*
*(Counsel to Daimler Trust)*
Attn: Ed Gezel, Agent
BK Servicing, LLC
PO BOX 131265
Saint Paul, MN  55113-0011

*FIRST CLASS MAIL*
*(Counsel to the McClatchy Company, et al.)*
Paul J. Pascuzzi, Esquire
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814

*FIRST CLASS MAIL*
*(Creditor)*
Joseph Corrigan
Iron Mountain Information Management, LLC
One Federal Street
Boston, MA  02110

*FIRST CLASS MAIL*
*(Counsel to Daimler Trust)*
Janet Z. Carlton, Esquire
Chase N. Miller, Esquire
Kristi J. Doughty, Esquire
Michael K. Pak, Esquire
Mccabe, Weisberg & Conway, LLC
Foulkstone Plaza, Suite 204
1407 Foulk Road
Wilmington, DE  19803

*FIRST CLASS MAIL*
*(Counsel to Nu Image, Inc.)*
Carrie V. Hardman, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166