## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC., *et al.*, [1]<br><br><div align="right">Debtors.</div> | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered |

<div align="right">

**Objection Deadline: August 23, 2018 at 4:00 p.m. (ET)**
**Hearing Date:  Scheduled only if Necessary**

</div>

### SECOND MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>FOR THE PERIOD FROM MAY 1, 2018 THROUGH MAY 31, 2018</u>

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | March 28, 2018 by Order entered April 24, 2018 |
| Period for which Compensation and Reimbursement is Sought: | May 1, 2018  – May 31, 2018 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $715,514.75 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $45,122.02 |

This is a:      x  monthly        interim        final application.

       The total time expended for preparation of this monthly fee application is

approximately 6.80 hours and the corresponding compensation requested is approximately

$2,550.00.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

## PRIOR MONTHLY APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/23/18 | 03/28/18 – 4/30/18 | $909,537.50 | $18,626.71 | Pending | Pending |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Alan J. Kornfeld | No Charge | 0.00 | 1.20 | $0.00 |
| Bradford J. Sandler | No Charge | 0.00 | 1.70 | $0.00 |
| Jason S. Pomerantz | No Charge | 0.00 | 6.50 | $0.00 |
| Jason H. Rosell | No Charge | 0.00 | 6.40 | $0.00 |
| Steven W. Golden | No Charge | 0.00 | 6.30 | $0.00 |
| La Asia S. Canty | No Charge | 0.00 | 1.50 | $0.00 |
| James I. Stang | Partner 1983; Member CA Bar 1980 | $1,095.00 | 101.10 | $110,704.50 |
| | Travel Rate | $547.50 | 16.00 | $8,760.00 |
| Robert J. Feinstein | Partner 2001; Member NY Bar since 1982; Member MA Bar since 1982 | $1,095.00 | 21.30 | $23,323.50 |
| Alan J. Kornfeld | Partner 1996; Member CA Bar since 1987; Member DC Bar since 2002; Member NY Bar since 2004 | $1,050.00 | 90.00 | $94,500.00 |
| | Travel Rate | $525.00 | 27.00 | $14,175.00 |
| Bradford J. Sandler | Partner 2010; Member of the DE Bar since 2001; Member of the PA Bar since 1996; Member of the NJ Bar since 1996; and Member of the NY Bar since 2008 | $925.00 | 39.20 | $36,260.00 |
| Jeremy V. Richards | Partner 1990; Member CA Bar since 1982 | $1,050.00 | 1.50 | $1,575.00 |
| Debra I. Grassgreen | Partner 1997; Member FL Bar since 1992; Member CA Bar since 1994 | $995.00 | 94.10 | $93,629.50 |
| | Travel Rate | $497.50 | 16.50 | $8,208.75 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Iain A. W. Nasatir | Partner 1998; Member NY Bar since 1983; Member CA Bar since 1990 | $925.00 | 57.60 | $53,280.00 |
| Kenneth H. Brown | Partner 2001; Member CA Bar since 1981 | $925.00 | 40.70 | $37,647.50 |
| Maxim B. Litvak | Partner 2004; Member TX Bar 1997; Member CA Bar 2001 | $875.00 | 37.60 | $32,900.00 |
| Harry D. Hochman | Of Counsel 2004; Member of CA Bar since 1987 | $850.00 | 6.40 | $5,440.00 |
| Jason S. Pomerantz | Of Counsel 2002; Member of CA Bar since 1991 | $775.00 | 50.40 | $39,060.00 |
| Colin R. Robinson | Of Counsel 2012; Member of DE Bar since 2010; Member of NJ and PA Bars since 2001 | $750.00 | 57.80 | $43,350.00 |
| Jason H. Rosell | Associate 2010; Member CA Bar since 2010; NY Bar since 2011 | $595.00 | 83.40 | $49,623.00 |
| | Travel Rate | $297.50 | 8.00 | $2,380.00 |
| Steven W. Golden | Associate 2016; Member NY and MD Bars 2015; Member TX Bar 2016 | $495.00 | 53.30 | $26,383.50 |
| | Travel Rate | $247.50 | 3.00 | $742.50 |
| Joseph M. Mulvihill | Associate 2015; Member of the DE Bar since 2014 | $495.00 | 6.20 | $3,069.00 |
| Leslie A. Forrester | Law Library Director 2003 | $395.00 | 2.00 | $790.00 |
| La Asia S. Canty | Paralegal 2017 | $375.00 | 40.90 | $15,337.50 |
| Patricia J. Jeffries | Paralegal 1999 | $375.00 | 4.70 | $1,762.50 |
| Elizabeth C. Thomas | Paralegal 2016 | $375.00 | 5.00 | $1,875.00 |
| Beatrice M. Koveleski | Case Management Assistant | $295.00 | 5.50 | $1,622.50 |
| Charles J. Bouzoukis | Case Management Assistant | $295.00 | 14.60 | $4,307.00 |
| Karen S. Neil | Case Management Assistant | $295.00 | 14.70 | $4,336.50 |
| L. Sheryle Pitman | Case Management Assistant | $295.00 | 1.60 | $472.00 |

| | |
|---|---|
| **Grand Total:** | $715,514.75 |
| **Total Hours:** | 923.70 |
| **Blended Rate:** | $774.62 |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis/Recovery | 6.50 | $4,651.00 |
| Avoidance Actions | 0.40 | $438.00 |
| Asset Disposition | 453.40 | $365,384.50 |
| Bankruptcy Litigation | 33.40 | $27,962.50 |
| Case Administration | 60.20 | $34,888.00 |
| Claims Admin/Objections | 9.80 | $10,185.00 |
| Compensation of Professionals/Others | 0.60 | $555.00 |
| Employee Benefit/Pension | 0.60 | $628.00 |
| Executory Contracts | 2.30 | $1,920.00 |
| Financial Filings | 0.90 | $831.50 |
| Financing | 17.80 | $14,907.50 |
| General Creditors Committee | 10.80 | $8,239.50 |
| Hearing | 32.70 | $29,495.00 |
| Insurance Coverage | 79.90 | $76,050.50 |
| Meeting of Creditors | 65.70 | $37,518.50 |
| Non-Working Travel | 70.50 | $34,266.25 |
| Outbound Claims Analysis | 44.40 | $37,453.00 |
| Plan & Disclosure Statement | 3.30 | $3,253.50 |
| PSZ&J Retention | 3.70 | $2,643.00 |
| Retention of Professionals | 1.70 | $1,310.00 |
| Stay Litigation | 25.10 | $22,934.50 |
| **Grand Total** | **923.70** | **$715,514.75** |

**EXPENSE SUMMARY**

| Expense Category | Service Provider[2] (if applicable) | Total Expenses |
|---|---|---|
| Air Fare | Coach Rate – American Airlines, United Airlines, Alaska Airlines | $6,052.00 |
| Auto Travel Expense | JTL Management Taxi Service, NYC Taxi, Uber Transportation Service, MTA Public Transportation, KLS Transportation Services, Curb Taxi, Triple J. Transport, Lyft Transportation Services | $3,262.71 |
| Bloomberg | | $188.50 |
| Conference Call | CourtCall, AT&T | $339.55 |
| CourtLink | | $34.06 |
| Delivery/Courier Service | Advita | $961.56 |
| Fax Transmittal | | $5.25 |
| Filing Fee | USDC | $25.00 |
| Hotel Expense | Lotte NY Palace, Gramercy Park Hotel, Hotel Du Pont, London Hotel, | $14,350.00 |
| Lexis/Nexis Legal Research | | $968.00 |
| Outside Services | Roadrunner Express, Inc., Maconachy Investigative Group, | $6,531.10 |
| Pacer – Court Research | | $1,249.00 |
| Reproduction Expense | | $1,693.80 |
| Reproduction/Scan Copy | | $2,390.10 |
| Research | Parasec, Everlaw, Inc. | $860.00 |
| Transcript | TSG Reporting, Veritext, | $4,904.44 |
| Travel Expense | Amtrak, GoGoAir, | $1,306.95 |
| **Total** | | **$45,122.02** |

---

[2] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS LLC., *et al.*, [1] | Case No. 18-10601 (MFW) |
| Debtors. | Jointly Administered |

**Objection Deadline: August 23, 2018 at 4:00 p.m. (ET)**
**Hearing Date: Scheduled only if Necessary**

### SECOND MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2018 THROUGH MAY 31, 2018

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules") and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on April 17, 2018 [Docket No. 247] (the "Interim Compensation Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its *Second Monthly Application for Compensation and for Reimbursement of Expenses for the Period from May 1, 2018 through May 31, 2018* (the "Application").

By this Application, PSZ&J seeks (i) a monthly interim allowance of compensation in the amount of $715,514.75 and actual and necessary expenses in the amount of

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

$45,122.02 for a total allowance of $760,636.77 and (ii) payment of $572,411.80 (80% of the

allowed fees pursuant to the Interim Compensation Order) and reimbursement of $45,122.02

(100% of the allowed expenses pursuant to the Interim Compensation Order) for a total payment

of $617,533.82 for the period May 1, 2018 through May 31, 2018 (the "Interim Period").  In

support of this Application, PSZ&J respectfully represents as follows:

### Background

1.      On March 19, 2018 (the "Petition Date"), each of the Debtors filed a

voluntary petition with this Court under chapter 11 of the Bankruptcy Code (the "Chapter 11

Cases").  The Debtors are operating their businesses and managing their properties as debtors in

possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or

examiner has been appointed in these cases

2.      On March 28, 2018, the Office of the United States Trustee for the District

of Delaware (the "U.S. Trustee") appointed the Committee [Docket No. 122].

3.      On April 17, 2018, the Court signed the Interim Compensation Order,

authorizing certain Retained Professionals and members of any official committee

("Professionals") to submit monthly fee applications for interim compensation and

reimbursement for expenses, pursuant to the procedures specified therein.  The Interim

Compensation Order provides, among other things, that a Professional may submit monthly fee

applications.  If no objections are made within twenty (20) days after service of the monthly fee

application the Debtors are authorized to pay the Professional eighty percent (80%) of the

requested fees and one hundred percent (100%) of the requested expenses.  Beginning with the

period ending June 30, 2018, and at three-month intervals or such other intervals convenient to the Court, each Professional shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

4.    The retention of PSZ&J, as counsel to the Committee, was approved effective as of March 28, 2018, by this Court's *Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to March 28, 2018*, signed on May 29, 2018 [Docket No. 942] (the "Retention Order"). The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## PSZ&J'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

5.    All services for which PSZ&J requests compensation were performed for or on behalf of the Committee. PSZ&J has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in this case. PSZ&J has not received a retainer in this case.

## Fee Statements

6.    The fee statement for the Interim Period is attached hereto as **Exhibit A**. This statement contains daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period.  To the best of PSZ&J's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Interim Compensation Order.  PSZ&J's time reports are initially handwritten by the attorney or paralegal performing the described services.  The time reports are organized on a daily basis. PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports.  PSZ&J's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.  PSZ&J has reduced its charges related to any non-working travel time to fifty percent (50%) of PSZ&J's standard hourly rate.  To the extent it is feasible, PSZ&J professionals attempt to work during travel.

## Actual and Necessary Expenses

7.    A summary of actual and necessary expenses incurred by PSZ&J for the Interim Period is attached hereto as part of **Exhibit A**.  PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as this, arising in Delaware.  PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZ&J summarizes each client's photocopying charges on a daily basis.

8.      PSZ&J charges $0.25 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZ&J does not charge the Committee for the receipt of faxes in this case.

9.      With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research. PSZ&J bills its clients the actual amounts charged by such services, with no premium. Any volume discount received by PSZ&J is passed on to the client.

10.     PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, PSZ&J believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

11.     The names of the timekeepers of PSZ&J who have rendered professional services in this case during the Interim Period are set forth in the attached **Exhibit A**. PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various matters in connection with the Debtors' bankruptcy case, and performed all

necessary professional services which are described and narrated in detail below.  PSZ&J's

efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

## Summary of Services by Project

12.    The services rendered by PSZ&J during the Interim Period can be grouped

into the categories set forth below.  PSZ&J attempted to place the services provided in the

category that best relates to such services.  However, because certain services may relate to one

or more categories, services pertaining to one category may in fact be included in another

category.  These services performed, by categories, are generally described below, with a more

detailed identification of the actual services provided set forth on the attached **Exhibit A**.

Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each

category, along with the number of hours for each individual and the total compensation sought

for each category.

## A.    Asset Analysis/Recovery

13.    Time billed to this category includes work related to the review and

analysis of the Debtors' assets.  During the Application Period, the researched, reviewed, and

analyzed documents produced by the Debtors.

Fees:  $ 4,651.00          Hours:  6.50

## B.    Avoidance Actions

14.    Time billed to this category includes work relating to the review and

analysis of potential avoidance actions.

Fees:  $ 438.00          Hours:  0.40

C.    **Asset Disposition**

15.    Time billed to this category includes time spent reviewing and analyzing the Debtors' bid procedures and asset sales motion and representing the interests of the Committee in connection with the sale of substantially all of the Debtors' assets.  During the Application Period, the Firm, among other things: (i) reviewed and analyzed offers and corresponded with parties regarding the same; (ii) engaged in extensive discovery in connection with the sale, including propounding discovery requests in connection with the sale, review and analysis of documents received in connection therewith, preparation for and conducting depositions in connection with the sale, attending depositions of other parties, and conferring and corresponding regarding the same; (iii) engaged in discussions with various parties regarding bidding and sale issues; (iv) prepared summaries of bidding issues and corresponded with the Committee and other parties regarding the same; (v) reviewed, analyzed, and provided comments to the proposed sale order; (vi) corresponded with parties regarding sale process, auction, auction results, and related issues; (vii) reviewed and analyzed bids and documents related thereto and corresponded with parties regarding the same; (viii) reviewed and analyzed sale objections and conferred and corresponded regarding the same; (ix) conferred and corresponded with parties regarding sale, waterfall, and sale proceeds issues; (x) conducted research regarding Lantern and corresponded regarding the same; (xi) reviewed and analyzed Moelis' summary materials; (xii) conferred with parties regarding qualified bids; (xiii) drafted and revised motion to extend bid deadline and corresponded with parties regarding the same; (xiv) drafted and filed a motion to quash, reviewed and analyzed Debtors' objection thereto, and corresponded with parties

regarding the same; (xv) conducted due diligence with respect to Inclusion Media; (xvi)

reviewed and analyzed the Lantern Asset Purchase Agreement and conferred and corresponded

with parties regarding the same; (xvii) drafted a supplemental objection to sale and corresponded

with parties regarding the same; (xviii) engaged in extensive settlement negotiations with the

Debtors with respect to the sale and related issues; (xix)  responded to discovery requests

propounded by Debtors in connection with the sale, including review, analysis, and preparation

and production of responsive documents, and conferred and corresponded regarding the same;

(xx) prepared for and attended the deposition of Jim Stang; (xxi) engaged in extensive

preparation for sale hearings, including, attending meetings in connection with the same,

conferring with parties regarding the same, drafting notes/argument, reviewing related pleadings,

and preparing binders of materials in connection with the same; (xxii) reviewed motions to file

under seal and corresponded with parties regarding the same; (xxiii) conducted legal research in

connection with various issues with respect to sale; (xxiv) and met, conferred, and corresponded

numerous times regarding asset allocation issues and reviewed documents in connection with the

same.

<div style="text-align:center">Fees: $ 365,384.50          Hours:  453.40</div>

**D.    Bankruptcy Litigation**

      16.    During the Interim Period, the Firm among other things: (i) reviewed and

analyzed Harvey Weinstein's reply in support of his Rule 2004 motion, conferred and

corresponded regarding issues with respect to the same, and conferred and corresponded with

parties regarding discovery protocol issues; (ii) prepared for the hearing on Harvey Weinstein's

Rule 2004 motion; (iii) reviewed and analyzed complaints; (iv) attended the Lantern deposition;

(v) reviewed and analyzed joint tort claims/issues and corresponded regarding the same; and (vi)

conducted legal research and prepared a memo regarding class action issues.

<div align="center">Fees: $ 27,962.50     Hours: 33.40</div>

**E.    Case Administration**

     17.    This category relates to work regarding administration of these cases.

During the Interim Period, the Firm, among other things: (i) reviewed and analyzed case

pleadings and background documents; (ii) participated on calls with counsel for the Debtors and

other professionals regarding various case issues; (iii) maintained a memorandum of critical

dates; (iv) participated on WIP calls; (v) maintained and updated task lists; (vi) reviewed and

analyzed correspondence and pleadings and forwarded them to the appropriate parties; (vii)

conferred regarding case status, pending motions, and case administration issues; (viii)

maintained document control; (ix) participated on calls with the Committee and their

professionals regarding litigation and case administration issues; and (x) conferred and

corresponded to parties in interest regarding case administration issues.

<div align="center">Fees: $ 34,888.00     Hours: 60.20</div>

**F.    Claims Admin/Objections**

     18.    This category includes work related to claims filed against the Debtors'

estates.  During the Interim Period, the Firm analyzed various claim issues, including Guild

claim issues and abuse claims, and corresponded with parties regarding the same.

<div align="center">Fees: $ 10,185.00     Hours: 9.80</div>

**G.    Compensation of Professionals/Others**

19.    This category includes work related to the compensation of professionals, other than the Firm.  During the Interim Period, the Firm, reviewed monthly fee statements of various professionals.

Fees:  $ 555.00          Hours:  0.60

**H.    Employee Benefit/Pension**

20.    This category relates to employee issues.  During the Interim Period, the Firm conferred and corresponded regarding KEIP and bonus issues.

Fees:  $628.00          Hours:  0.60

**I.    Executory Contracts**

21.    Time billed to this category relates primarily to the Debtors' motion to assume certain executory contracts.  During the Interim Period, the Firm reviewed cure objections and corresponded regarding the assumed contracts list.

Fees:  $ 1,920.00          Hours:  2.30

**J.    Financial Filings**

22.    Time billed to this category relates to the review and analysis of the Debtors' schedules of assets and liabilities and statements of financial affairs and periodic reports.  During the Interim Period, the Firm reviewed BRG's deck regarding the Schedules and Statements of Financial Affairs and corresponded regarding the same.

Fees:  $ 831.50          Hours:  0.90

**K.**    **Financing**

23.    Time billed to this category relates to the Debtors' proposed debtor-in possession financing ("DIP").  During the Interim Period, the Firm, among other things: (i) continued the preparation of a UCC analysis summary; (ii) reviewed and analyzed various parties' loan documents and corresponded regarding the same; (iii) corresponded regarding copyright filings/perfection issues; (iv) researched, conferred, and corresponded with various parties regarding lien/lien perfection issues; and (v) entered into a stipulation regarding the Committee's rights under the DIP order.

<div align="center">Fees:  $ 14,907.50        Hours:  17.80</div>

**L.**    **General Creditors' Committee**

24.    Time billed to this category relates primarily to communications with the Committee regarding the various filings and strategies of the case.  During the Interim Period, the Firm, among other things: (i) attended the continued 341 meeting; (ii) conferred with Committee members regarding various issues; and (iii) revised the proposed order clarifying the requirements to provide access to confidential or privileged information.

<div align="center">Fees:  $ 8,239.50        Hours:  10.80</div>

**M.**    **Hearing**

25.    Time billed to this category includes work related to the various hearings held during the Application Period.  During the Interim Period, the Firm, among other things, engaged in preparation for and attended various hearings held in the case, including, among others, the sale hearing.

<div align="center">Fees:  $ 29,495.00        Hours:  32.70</div>

**N.**    **Insurance Coverage**

        26.     Time billed to this category relates to this category relates to the Debtors'
insurance coverage.  During the Interim Period, the Firm, among other things: (i) reviewed and
analyzed production copies of the Debtors' insurance policies and issues with respect to same;
(ii) engaged in extensive preparation for the EPLI mediation, including conferences and
correspondence with respect to various issues in connection with the same and attended the
mediation; (iii) corresponded regarding coverage under the insurance policies; (iv) prepared a
memorandum to the Committee regarding the mediation; and (v) communicated with parties
regarding various insurance issues.

        Fees:  $ 76,050.50        Hours:  79.90

**O.**    **Meeting of Creditors**

        27.     Time billed to this category includes services relating to meetings of
creditors.  During the Interim Period, the Firm, among other things: (i) communicated case status
and pending matters with the Committee; (ii) prepared for and participated in numerous
Committee calls, often multiple times each week; and (iii) prepared Committee minutes.

        Fees:  $ 37,518.50        Hours:  65.70

**P.**    **Non-Working Travel**

        28.     During the Interim Period, the Firm incurred non-working time while
traveling on case matters.  Such time is billed at one-half the normal rate.

        Fees:  $ 34,266.25        Hours:  70.50

Q.    **Outbound Claims Analysis**

        29.    Time billed to this category relates to the estate's claims against third

parties.  Interim Period, the Firm, among other things: (i) conducted extensive review and

analysis of documents regarding third party complaints and potential outbound claims; (ii)

conducted investigation of insider claims, analyzed authorities, and conferred and corresponded

regarding the same; (iii) conducted legal research regarding various issues related to third party

claims; (iv) reviewed and analyzed pleadings filed in lawsuit against Chubb; (v) conferred and

corresponded regarding claims against Harvey Weinstein; and (vi) prepared an exculpation

analysis.

                    Fees:  $ 37,453.00            Hours:  44.40

R.    **Plan & Disclosure Statement**

        30.    Time billed to this category relates to conferences and correspondence

regarding plan issues.

                    Fees:  $ 3,253.50            Hours:  3.30

S.    **PSZ&J Retention**

        31.    Time billed to this category relates to the issues with respect to the Firm's

retention application, including, correspondence regarding the same, preparation and revisions to

the proposed retention order and the certification of counsel.

                    Fees:  $ 2,643.00            Hours:  3.70

**T.    Retention of Professionals/Others**

       32.    Time billed to this category relates to the retention of estate professionals other than the Firm.  During the Application Period, the Firm, prepared a revised retention order for BRG and corresponded regarding issues with respect to the same.

       Fees:  $ 1,310.00        Hours:  1.70

**U.    Stay Litigation**

       33.    This category relates to work regarding the automatic stay and relief from stay motions. During the Interim Period, the Firm, among other things: (i) reviewed and analyzed the Geiss, Borchers, Ackers, and Seyfarth Shaw relief from stay motions and related pleadings; (ii) conferred and corresponded regarding the stay relief motions; (iii) prepared a memo to the Committee regarding the stay relief motions, and conferred and corresponded regarding the same; (iv) corresponded regarding insurance issues with respect to stay relief; (v) drafted an opposition to Seyfarth Shaw's stay relief motion and conferred and corresponded regarding the same; (vi) reviewed objections filed to stay relief; (vii) and prepared for hearing on stay relief motions.

       Fees:  $ 22,934.50        Hours:  25.10

### Valuation of Services

       34.    Attorneys and paraprofessionals of PSZ&J expended a total 923.70 hours in connection with their representation of the Committee during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Alan J. Kornfeld | No Charge | 0.00 | 1.20 | $0.00 |
| Bradford J. Sandler | No Charge | 0.00 | 1.70 | $0.00 |
| Jason S. Pomerantz | No Charge | 0.00 | 6.50 | $0.00 |
| Jason H. Rosell | No Charge | 0.00 | 6.40 | $0.00 |
| Steven W. Golden | No Charge | 0.00 | 6.30 | $0.00 |
| La Asia S. Canty | No Charge | 0.00 | 1.50 | $0.00 |
| James I. Stang | Partner 1983; Member CA Bar 1980 | $1,095.00 | 101.10 | $110,704.50 |
| | Travel Rate | $547.50 | 16.00 | $8,760.00 |
| Robert J. Feinstein | Partner 2001; Member NY Bar since 1982; Member MA Bar since 1982 | $1,095.00 | 21.30 | $23,323.50 |
| Alan J. Kornfeld | Partner 1996; Member CA Bar since 1987; Member DC Bar since 2002; Member NY Bar since 2004 | $1,050.00 | 90.00 | $94,500.00 |
| | Travel Rate | $525.00 | 27.00 | $14,175.00 |
| Bradford J. Sandler | Partner 2010; Member of the DE Bar since 2001; Member of the PA Bar since 1996; Member of the NJ Bar since 1996; and Member of the NY Bar since 2008 | $925.00 | 39.20 | $36,260.00 |
| Jeremy V. Richards | Partner 1990; Member CA Bar since 1982 | $1,050.00 | 1.50 | $1,575.00 |
| Debra I. Grassgreen | Partner 1997; Member FL Bar since 1992; Member CA Bar since 1994 | $995.00 | 94.10 | $93,629.50 |
| | Travel Rate | $497.50 | 16.50 | $8,208.75 |
| Iain A. W. Nasatir | Partner 1998; Member NY Bar since 1983; Member CA Bar since 1990 | $925.00 | 57.60 | $53,280.00 |
| Kenneth H. Brown | Partner 2001; Member CA Bar since 1981 | $925.00 | 40.70 | $37,647.50 |
| Maxim B. Litvak | Partner 2004; Member TX Bar 1997; Member CA Bar 2001 | $875.00 | 37.60 | $32,900.00 |
| Harry D. Hochman | Of Counsel 2004; Member of CA Bar since 1987 | $850.00 | 6.40 | $5,440.00 |
| Jason S. Pomerantz | Of Counsel 2002; Member of CA Bar since 1991 | $775.00 | 50.40 | $39,060.00 |

Case 18-10601-MFW    Doc 1303    Filed 08/03/18    Page 21 of 23

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Colin R. Robinson | Of Counsel 2012; Member of DE Bar since 2010; Member of NJ and PA Bars since 2001 | $750.00 | 57.80 | $43,350.00 |
| Jason H. Rosell | Associate 2010; Member CA Bar since 2010; NY Bar since 2011 | $595.00 | 83.40 | $49,623.00 |
| | Travel Rate | $297.50 | 8.00 | $2,380.00 |
| Steven W. Golden | Associate 2016; Member NY and MD Bars 2015; Member TX Bar 2016 | $495.00 | 53.30 | $26,383.50 |
| | Travel Rate | $247.50 | 3.00 | $742.50 |
| Joseph M. Mulvihill | Associate 2015; Member of the DE Bar since 2014 | $495.00 | 6.20 | $3,069.00 |
| Leslie A. Forrester | Law Library Director 2003 | $395.00 | 2.00 | $790.00 |
| La Asia S. Canty | Paralegal 2017 | $375.00 | 40.90 | $15,337.50 |
| Patricia J. Jeffries | Paralegal 1999 | $375.00 | 4.70 | $1,762.50 |
| Elizabeth C. Thomas | Paralegal 2016 | $375.00 | 5.00 | $1,875.00 |
| Beatrice M. Koveleski | Case Management Assistant | $295.00 | 5.50 | $1,622.50 |
| Charles J. Bouzoukis | Case Management Assistant | $295.00 | 14.60 | $4,307.00 |
| Karen S. Neil | Case Management Assistant | $295.00 | 14.70 | $4,336.50 |
| L. Sheryle Pitman | Case Management Assistant | $295.00 | 1.60 | $472.00 |

| | |
|---|---|
| **Grand Total:** | **$715,514.75** |
| **Total Hours:** | **923.70** |
| **Blended Rate:** | **$774.62** |

35.    The nature of work performed by these persons is fully set forth in

**Exhibit A** attached hereto.  These are PSZ&J's normal hourly rates for work of this character.

The reasonable value of the services rendered by PSZ&J for the Committee during the Interim

Period is $715,514.75.

36.    In accordance with the factors enumerated in section 330 of the

Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and

reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and

DOCS_NY:38034.1 92766/002                    16

extent of the services rendered, (d) the value of such services, and (e) the costs of comparable

services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the

requirements of Del. Bankr. LR 2016-2 and the Interim Compensation Order and believes that

this Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that, for the period May 1, 2018

through May 31, 2018, (i) an interim allowance be made to PSZ&J for compensation in the

amount of $715,514.75 and actual and necessary expenses in the amount of $45,122.02 for a

total allowance of $760,636.77, and (ii) payment of $572,411.80 (80% of the allowed fees) and

reimbursement of $45,122.02 (100% of the allowed expenses) for a total payment of

$617,533.82, and for such other and further relief as this Court may deem just and proper.


Dated:  August 3, 2018                    PACHULSKI STANG ZIEHL & JONES LLP

                                          */s/ Colin R. Robinson*
                                          James I. Stang (CA Bar No. (CA Bar No. 94435)
                                          Robert J. Feinstein (NY Bar No. 1767805)
                                          Debra I. Grassgreen (CA Bar No. 169978)
                                          Bradford J. Sandler (DE Bar No. 4142)
                                          Colin R. Robinson (DE Bar No. 5524)
                                          919 North Market Street, 17th Floor
                                          P.O. Box 8705
                                          Wilmington, DE  19899 (Courier 19801)
                                          Telephone: 302-652-4100
                                          Facsimile:  302-652-4400
                                          E-mail:  jstang@pszjlaw.com
                                                   rfeinstein@pszjlaw.com
                                                   dgrassgreen@pszjlaw.com
                                                   bsandler@pszjlaw.com
                                                   crobinson@pszjlaw.com

                                          *Counsel for the Official Committee of Unsecured
                                          Creditors*

## DECLARATION

STATE OF CALIFORNIA          :
                                              :
COUNTY OF SAN FRANCISCO  :

Debra I. Grassgreen, after being duly sworn according to law, deposes and says:

a)      I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones

LLP, and have been admitted *pro hac vice* to appear before this Court.

b)      I am familiar with many of the legal services rendered by Pachulski Stang

Ziehl & Jones LLP as counsel to the Committee.  Capitalized terms used in this Declaration have

the same meanings ascribed in the *Second Monthly Application For Compensation And*

*Reimbursement Of Expenses Of Pachulski Stang Ziehl & Jones LLP As Counsel For The Official*

*Committee Of Unsecured Creditors The Period From May 1, 2018 Through May 31, 2018* (the

"Application").

c)      I have reviewed the foregoing Application and the facts set forth therein

are true and correct to the best of my knowledge, information and belief.  Moreover, I have

reviewed Del. Bankr. LR 2016-2 and the Interim Compensation Order signed on or about April

17, 2018, and submit that the Application substantially complies with such rule and orders.

/s/ Debra I. Grassgreen
Debra I. Grassgreen