UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| In re | : Chapter 11 |
| | : Case No. 18-10601 (MFW) |
| The Weinstein Company | : |
|     Holdings LLC, *et al.*[1] | : Jointly Administered |
| | : |
|         Debtors | : <u>Objection Deadline</u>: Sept. 4, 2018 at 4:00 p.m. (ET) |
| | : <u>Hearing Date</u>: Sept. 25, 2018 at 3:00 p.m. (ET) |

------------------------------------------------------------X

## FIRST INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM MARCH 30, 2018 THROUGH JUNE 30, 2018

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "<u>Committee</u>") |
| Date of Retention: | May 29, 2018 *nunc pro tunc* to March 30, 2018 |
| Period for which Compensation and Reimbursement is Sought: | March 30, 2018 through June 30, 2018 |
| Actual Amount of Compensation Sought as Actual, Reasonable and Necessary: | $962,299.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $5,722.63 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$968,021.63** |

This is a(n): __ Monthly Application __X__ Interim Application ___ Final Application

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). A complete list of the Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, can be found on the claims agent website: http://dm.epiq11.com/#/case/TWC.

**Attachment A - Prior Applications Filed:**

| Application | | Requested | | CNO/ Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 7/13/2018 Dkt No. 1235 | 3/30/2018-4/30/2018 | $493,020.00 | $98.30 | 8/6/2018 Dkt No. 1314 | $0.00 | $0.00 | $493,118.30 |
| 8/13/2018 Dkt No. 1347 | 5/1/2018-6/30/2018 | $469,279.00 | $5,624.33 | 8/6/2018 Dkt No. 1314 | $0.00 | $0.00 | $474,903.33 |
| **Totals** | | **$962,299.00** | **$5,722.63** | | **$0.00** | **$0.00** | **$968,021.63** |

*[Remainder of this Page Intentionally Left Blank]*

### Relief Requested

This is Berkeley Research Group's ("BRG") first interim fee application for compensation (the "Fee Application") for the period March 30, 2018 through June 30, 2018 (the "Fee Period") filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Dkt No. 247) (the "Interim Compensation Order"). BRG requests: (a) allowance of compensation in the amount of $962,299.00 for actual, reasonable and necessary professional services rendered to the Committee by BRG and (b) reimbursement of actual, reasonable and necessary costs and expenses in the amount of $5,722.63 incurred by BRG.

### Services Rendered and Disbursements Incurred

Incorporated herein by reference are BRG's first and second monthly fee applications as shown in **Attachment A** above. Attached as **Attachment B** is the schedule of professionals who rendered services to the Committee during the Fee Period, including each person's billing rate and the blended rate and **Attachment C** shows the schedule of fees expended during the Fee Period by task code. **Attachment D** shows the summary totals for each category of expense incurred during the Fee Period.

### Notice and Objection Procedures

BRG provided notice of this Fee Application to: (a) the Debtors; (b) counsel to the Debtors; (c) Office of the U.S. Trustee; (d) counsel to the DIP agent and Pre-Petition Agent; and (e) counsel to the Committee. (collectively, the "Notice Parties"). In light of the nature of the relief requested herein, BRG submits that no further or other notice is required.

With respect to these amounts, as of the date of the Application, BRG has received no payments, and no previous application for the relief sought herein has been made to this or any other Court.

**WHEREFORE**, BRG respectfully requests: (a) that it be allowed on an interim basis (i) fees in the amount of $962,299.00 for reasonable, actual and necessary services rendered by it on behalf of the Committee during the Fee Period and (ii) reimbursement of $5,722.63 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) that the Debtors be authorized and directed to immediately pay to BRG the amount of $968,021.63 which is equal to the sum of 100% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period, and (c) and granting such other and further relief as the Court may deem just and proper.

Date: 8/14/2018                             Berkeley Research Group, LLC

                                            By   /s/ Jay Borow
                                                 Jay Borow
                                                 Managing Director
                                                 810 Seventh Avenue, Suite 4100
                                                 New York, NY  10019
                                                 212-782-1411

The Weinstein Company Holdings LLC, et al.

## Berkeley Research Group, LLC

Attachment B: Fees By Professional


Berkeley Research Group

For the Period 3/30/2018 through 6/30/2018

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Tergevorkian | Associate | $230.00 | 63.0 | $14,490.00 |
| D. Judd | Managing Director | $750.00 | 15.9 | $11,925.00 |
| J. Borow | Managing Director | $995.00 | 115.4 | $114,823.00 |
| J. Shaw | Senior Managing Consultant | $465.00 | 0.5 | $232.50 |
| J. Vizzini | Managing Director | $740.00 | 207.8 | $153,772.00 |
| J. Woodmansee | Director | $550.00 | 226.8 | $124,740.00 |
| K. Cho | Consultant | $390.00 | 242.6 | $94,614.00 |
| K. Herman | Managing Director | $750.00 | 325.7 | $244,275.00 |
| L. Larsen | Associate Director | $530.00 | 0.5 | $265.00 |
| M. Babcock | Associate Director | $585.00 | 205.6 | $120,276.00 |
| M. DeSalvio | Senior Managing Consultant | $365.00 | 2.9 | $1,058.50 |
| M. Haverkamp | Case Assistant | $195.00 | 32.4 | $6,318.00 |
| R. Cohen | Associate | $295.00 | 0.3 | $88.50 |
| R. Strong | Managing Director | $660.00 | 0.7 | $462.00 |
| S. Anthon | Case Assistant | $195.00 | 2.5 | $487.50 |
| T. Neilson | Managing Director | $800.00 | 86.7 | $69,360.00 |
| V. Calder | Managing Director | $710.00 | 7.2 | $5,112.00 |
| **Total** | | | **1,536.5** | **$962,299.00** |
| **Blended Rate** | | | | **$626.29** |

Berkeley Research Group, LLC
Invoice for the 3/30/2018 - 6/30/2018 Period

The Weinstein Company Holdings LLC, et al.

## Berkeley Research Group, LLC

Attachment C: Fees By Task Code

For the Period 3/30/2018 through 6/30/2018



| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 299.3 | $208,337.00 |
| 04. DIP Financing | 176.0 | $103,089.00 |
| 05. Professional Retention Fee Application Preparation | 53.6 | $20,363.50 |
| 06. Attend Hearings/Related Activities | 14.3 | $10,738.00 |
| 07. Interaction/Meetings with Debtors/Counsel | 36.4 | $24,206.00 |
| 08. Interaction/Meetings with Creditors | 141.8 | $96,860.00 |
| 09. Employee Issues/KEIP | 11.2 | $8,590.50 |
| 10. Recovery/SubCon/Lien Analysis | 84.3 | $61,295.00 |
| 11. Claim Analysis/Accounting | 44.4 | $29,654.00 |
| 12. Statements and Schedules | 137.9 | $74,870.00 |
| 14. Executory Contracts/Leases | 21.0 | $13,925.50 |
| 17. Analysis of Historical Results | 14.9 | $8,083.00 |
| 19. Cash Flow/Cash Management Liquidity | 21.7 | $15,409.00 |
| 20. Projections/Business Plan/Other | 26.6 | $18,093.00 |
| 25. Litigation | 6.7 | $5,020.00 |
| 26. Tax Issues | 7.2 | $4,964.00 |
| 28. Valuation Analysis | 4.7 | $3,501.00 |
| 29. Special Case Matters | 367.0 | $212,891.00 |
| 31. Planning | 26.0 | $18,410.50 |

Berkeley Research Group, LLC
Invoice for the 3/30/2018 - 6/30/2018 Period

| Task Code | Hours | Fees |
|---|---|---|
| 32. Document Review | 41.5 | $23,999.00 |
| **Total** | **1,536.5** | **$962,299.00** |
| **Blended Rate** | | **$626.29** |

Berkeley Research Group, LLC
Invoice for the 3/30/2018 - 6/30/2018 Period

The Weinstein Company Holdings LLC, et al.

**Berkeley Research Group, LLC**

Attachment D: Expenses By Category

For the Period 3/30/2018 through 6/30/2018



| Expense Category | Amount |
|---|---|
| 01. Travel - Airline | $1,720.80 |
| 02. Travel - Train and Bus | $355.50 |
| 03. Travel - Taxi | $670.84 |
| 08. Travel - Hotel/Lodging | $2,695.16 |
| 10. Meals | $140.29 |
| 11. Telephone, Fax and Internet | $140.04 |
| **Total Expenses for the Period 3/30/2018 through 6/30/2018** | **$5,722.63** |

Berkeley Research Group, LLC
Invoice for the 3/30/2018 - 6/30/2018 Period