# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Weinstein Company Holdings LLC, *et al.*[1] | ) | Case No. 18-10601 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 1259** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING FIRST MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 28, 2018 THROUGH APRIL 30, 2018**

The undersigned hereby certifies the following:

1. On July 23, 2018, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel for the Official Committee of Unsecured Creditors (the "Committee"), filed the *First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from March 28, 2018 through April 30, 2018* [Docket No. 1259] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the notice of Application, objections were to be filed and served no later than 4:00 p.m. on August 13, 2018. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.

3. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* entered by this Court on April 17, 2018

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). A complete list of the Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, can be found on the claims agent website: http://dm.epiq11.com/#/case/TWC.

[Docket No. 247] (the "Administrative Order"), the Debtors are authorized to pay PSZJ $727,630.00, which represents 80% of the fees ($909,537.50), and $18,626.71, which represents 100% of the expenses, requested in the Application for the period March 28, 2018 through April 30, 2018, upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated:  August 14, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 90073)
James I. Stang (CA Bar No. 94435)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel:    (302) 652-4100
Fax:    (302) 652-4400
Email: rpachulski@pszjlaw.com
        jstang@pszjlaw.com
        jpomerantz@pszjlaw.com
        bsandler@pszjlaw.com
        crobinson@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors