# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered |

**Objection Deadline: September 4, 2018 at 4:00 p.m. (ET)**
**Hearing Date: September 25, 2018 at 3:00 p.m. (ET)**

## FIRST QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM MARCH 28, 2018 THROUGH JUNE 30, 2018

| | |
|---|---|
| Name of applicant: | Pachulski Stang Ziehl & Jones LLP |
| Name of client: | The Official Committee of Unsecured Creditors |
| Time period covered by this application: | March 28, 2018 – June 30, 2018[2] |
| Total compensation sought this period: | $2,106,125.00 |
| Total expenses sought this period: | $72,934.22 |
| Petition date: | March 19, 2018 |
| Retention date: | *Nunc Pro Tunc* to March 28, 2018 |
| Date of order approving employment | April 24, 2018 |
| Total fees approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed fees paid to date | $0.00 |

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

| Name of applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Total allowed expenses paid to date | $0.00 |
| Blended rate in this application for all attorneys | $853.03 |
| Blended rate in this application for all timekeepers | $806.11 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed | N/A |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | N/A |
| Number of professionals included in this application | 20 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period | 7 |
| Are any rates higher than those approved or disclosed at retention?  If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No |

This is a:     ____ monthly    __x__ interim    ___ final application.

The total time expended for fee application preparation is approximately 8.00 hours and the corresponding compensation requested is approximately $2,625.00.

**PRIOR MONTHLY FEE APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/23/18 | 03/28/18 – 4/30/18 | $909,537.50 | $18,626.71 | $727,630.00 | $18,626.71 |
| 08/03/18 | 05/01/18 – 05/31/18 | $715,514.75 | $45,122.02 | Pending | Pending |
| 08/14/18 | 06/01/18 – 06/30/18 | $481,072.75 | $9,185.49 | Pending | Pending |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Alan J. Kornfeld | No Charge | 0.00 | 1.20 | $0.00 |
| Bradford J. Sandler | No Charge | 0.00 | 1.70 | $0.00 |
| James I. Stang | No Charge | 0.00 | 0.90 | $0.00 |
| Jason S. Pomerantz | No Charge | 0.00 | 10.00 | $0.00 |
| Jason H. Rosell | No Charge | 0.00 | 10.50 | $0.00 |
| Kenneth H. Brown | No Charge | 0.00 | 1.00 | $0.00 |
| Steven W. Golden | No Charge | 0.00 | 11.90 | $0.00 |
| La Asia S. Canty | No Charge | 0.00 | 1.50 | $0.00 |
| Isaac M. Pachulski | Partner 2014; Member of CA Bar since 1974 | $1,295.00 | 3.90 | $5,050.50 |
| James I. Stang | Partner 1983; Member CA Bar 1980 | $1,095.00 | 236.80 | $259,296.00 |
|  | Travel Rate | $547.50 | 41.50 | $22,721.25 |
| Jeffrey H. Davidson | Partner 2014; Member of CA Bar since 1977 | $1,245.00 | 7.90 | $9,835.50 |
| Robert J. Feinstein | Partner 2001; Member NY Bar since 1982; Member MA Bar since 1982 | $1,095.00 | 126.70 | $138,736.50 |
|  | Travel Rate | $547.50 | 1.50 | $821.25 |
| Alan J. Kornfeld | Partner 1996; Member CA Bar since 1987; Member DC Bar since 2002; Member NY Bar since 2004 | $1,050.00 | 191.60 | $201,180.00 |
|  | Travel Rate | $525.00 | 27.00 | $14,175.00 |
| Jeremy V. Richards | Partner 1990; Member CA Bar since 1982 | $1,050.00 | 31.20 | $32,760.00 |
| Debra I. Grassgreen | Partner 1997; Member FL Bar since 1992; Member CA Bar since 1994 | $995.00 | 285.90 | $284,470.50 |
|  | Travel Rate | $497.50 | 25.00 | $12,437.50 |
| Linda F. Cantor | Partner 1997; Member IL Bar since 1988; Member CA Bar since 1991 | $975.00 | 0.80 | $780.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradford J. Sandler | Partner 2010; Member of the DE Bar since 2001; Member of the PA Bar since 1996; Member of the NJ Bar since 1996; and Member of the NY Bar since 2008 | $925.00 | 130.70 | $120,897.50 |
| | Travel Rate | $462.50 | 6.00 | $2,775.00 |
| Iain A. W. Nasatir | Partner 1998; Member NY Bar since 1983; Member CA Bar since 1990 | $925.00 | 131.90 | $122,007.50 |
| | Travel Rate | $462.50 | 9.00 | $4,162.50 |
| Kenneth H. Brown | Partner 2001; Member CA Bar since 1981 | $925.00 | 161.40 | $149,295.00 |
| Maxim B. Litvak | Partner 2004; Member TX Bar 1997; Member CA Bar 2001 | $875.00 | 162.60 | $142,275.00 |
| Harry D. Hochman | Of Counsel 2004; Member of CA Bar since 1987 | $850.00 | 6.40 | $5,440.00 |
| Maria A. Bove | Of Counsel 2001; Member of NY Bar 2001 | $795.00 | 35.90 | $28,540.50 |
| Gina F. Brandt | Of Counsel 2000; Member of CA Bar since 1976 | $775.00 | 4.30 | $3,332.50 |
| Jason S. Pomerantz | Of Counsel 2002; Member of CA Bar since 1991 | $775.00 | 168.90 | $130,897.50 |
| Colin R. Robinson | Of Counsel 2012; Member of DE Bar since 2010; Member of NJ and PA Bars since 2001 | $750.00 | 186.60 | $139,950.00 |
| Peter J. Keane | Of Counsel 2018; Member of DE and NH Bars since 2010; Member of PA Bar since 2008 | $625.00 | 5.00 | $3,125.00 |
| Jason H. Rosell | Associate 2010; Member CA Bar since 2010; NY Bar since 2011 | $595.00 | 193.40 | $115,073.00 |
| | Travel Rate | $297.50 | 14.00 | $4,165.00 |
| Steven W. Golden | Associate 2016; Member NY and MD Bars 2015; Member TX Bar 2016 | $495.00 | 126.40 | $62,568.00 |
| | Travel Rate | $247.50 | 3.00 | $742.50 |
| Joseph M. Mulvihill | Associate 2015; Member of the DE Bar since 2014 | $495.00 | 6.20 | $3,069.00 |
| Leslie A. Forrester | Law Library Director 2003 | $395.00 | 20.40 | $8,058.00 |
| La Asia S. Canty | Paralegal 2017 | $375.00 | 113.80 | $42,675.00 |
| Patricia J. Jeffries | Paralegal 1999 | $375.00 | 17.90 | $6,712.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Elizabeth C. Thomas | Paralegal 2016 | $375.00 | 17.90 | $6,712.50 |
| Beatrice M. Koveleski | Case Management Assistant | $295.00 | 11.30 | $3,333.50 |
| Charles J. Bouzoukis | Case Management Assistant | $295.00 | 28.90 | $8,525.50 |
| Karen S. Neil | Case Management Assistant | $295.00 | 27.60 | $8,142.00 |
| L. Sheryle Pitman | Case Management Assistant | $295.00 | 4.70 | $1,386.50 |

**Grand Total:** $ 2,106,125.00
**Total Hours:** 2,612.70
**Blended Rate:** $ 806.11

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Asset Analysis | 29.20 | $19,436.00 |
| Asset Disposition | 1,116.10 | $927,851.50 |
| Avoidance Actions | 0.40 | $438.00 |
| Bankruptcy Litigation | 71.10 | $60,679.50 |
| Business Operations | 21.60 | $20,770.50 |
| Case Administration | 190.80 | $122,767.00 |
| Claims Administration/ Objection | 26.30 | $25,607.50 |
| Compensation of Professionals/ Other | 2.70 | $1,617.50 |
| Employee Benefits/ Pension | 22.00 | $16,988.50 |
| Executory Contracts | 41.00 | $34,000.50 |
| Fee/Employment Application | 0.20 | $150.00 |
| Financial Filings | 7.60 | $5,259.00 |
| Financing | 175.40 | $158,446.00 |
| General Creditors' Committee | 59.30 | $45,622.00 |
| Hearing | 84.70 | $66,690.50 |
| Insurance Coverage | 165.20 | $157,219.00 |
| Meeting of Creditors | 148.20 | $102,363.50 |
| Non-Working Travel (billed at ½ rate) | 127.00 | $62,000.00 |
| Outbound Claims Analysis | 214.40 | $182,214.50 |
| Plan & Disclosure Statement | 6.40 | $5,997.00 |
| PSZ&J Compensation | 2.90 | $2,141.50 |
| PSZ&J Retention | 10.70 | $7,674.00 |
| Retention of Professionals | 50.90 | $45,783.00 |
| Stay Litigation | 38.40 | $34,223.50 |
| Tax Issues | 0.20 | $185.00 |
| **Total** | **2,612.70** | **$2,106,125.00** |

**EXPENSE SUMMARY**

| Expense Category | Service Provider[3]<br>(if applicable) | Total Expenses |
|---|---|---|
| Air Fare | Coach Rate – American Airlines, United Airlines, Alaska Airlines | $13,060.88 |
| Airport Parking | LAX Airport Parking | $246.00 |
| Auto Travel Expense | JTL Management Taxi Service, NYC Taxi, Uber Transportation Service, MTA Public Transportation, KLS Transportation Services, Curb Taxi, Triple J. Transport, Lyft Transportation Services | $3,543.43 |
| Bloomberg – Online Research | | $551.70 |
| Conference Calls | CourtCall, AT&T | $1,259.85 |
| CourtLink – Court Research | | $88.16 |
| Delivery/ Courier Service | Advita | $3,104.06 |
| Fax Transmittal | | $9.75 |
| Federal Express | | $18.66 |
| Filing Fee | USDC | $102.50 |
| Guest Parking | | $30.00 |
| Hotel Expense | Lotte NY Palace, Gramercy Park Hotel, Hotel Du Pont, London Hotel | $17,541.27 |
| Lexis/Nexis – Legal Research | | $1,675.45 |
| Outside Services | Roadrunner Express, Inc., Maconachy Investigative Group, Everlaw | $7,051.05 |
| Pacer – Court Research | | $2,802.50 |
| Postage | | $362.80 |
| Reproduction Expense | | $3,659.80 |
| Reproduction/ Scan Copy | | $5,167.50 |
| Research | Parasec, Everlaw, Inc. | $5,509.67 |
| Transcript | Reliable, TSG Reporting, Veritext | $5,089.24 |
| Travel Expense | Amtrak, GoGoAir | $2,059.95 |
| **Total** | | **$72,934.22** |

---

[3] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered |

**Objection Deadline: September 4, 2018 at 4:00 p.m. (ET)
Hearing Date:  September 25, 2018 at 3:00 p.m. (ET)**

**FIRST QUARTERLY APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL &
JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR THE PERIOD FROM MARCH 28, 2018 THROUGH JUNE 30, 2018**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules") and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on April 17, 2018 [Docket No. 247] (the "Interim Compensation Order"),  Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel for the Official Committee of Unsecured Creditors (the "Committee") in the bankruptcy cases of the above-captioned debtors (the "Debtors"), hereby submits its *First Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from March 28, 2018 through June 30, 2018* (the "Application").

By this Application PSZ&J seeks an interim allowance of compensation in the amount of $2,106,125.00 and actual and necessary expenses in the amount of $72,934.22 for a

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

total allowance of $2,179,059.22 and payment of the unpaid amount of such fees and expenses for the period March 28, 2018 through June 30, 2018 (the "Interim Period"). In support of this Application, PSZ&J respectfully represents as follows:

**Background**

1. On March 19, 2018 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"). The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On March 28, 2018, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee [Docket No. 122]. The members appointed to the Committee are: (i) Louisette Geiss; (ii) Sandeep Rehal; (iii) Access Digital Cinema Phase 2 Corp c/o Cinedigm; (iv) Light Chaser Animation; and (v) William Morris Endeavor Entertainment.

4. On April 17, 2018, the Court signed the Interim Compensation Order, authorizing certain Retained Professionals and members of any official committee ("Professionals") to submit monthly fee applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Interim Compensation Order provides, among other things, that a Professional may submit monthly fee

applications. If no objections are made within twenty (20) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending June 30, 2018, and at three-month intervals or such other intervals convenient to the Court, each Professional shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

5. Pursuant to the Interim Compensation Order also, attorneys retained pursuant to sections 327 or 1103 of the Bankruptcy Code (other than Ordinary Course Professionals) are required to comply with certain requirements of the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330 by Attorneys in Larger Chapter 11 Cases* (the "Revised UST Guidelines"). The Office of the United States Trustee has promulgated forms to aid in compliance with the Revised UST Guidelines. Charts and tables based on such forms are attached hereto as exhibits and filled out with data to the extent relevant to these cases: **Exhibit "A"**, Customary and Comparable Compensation Disclosures with Fee Applications; **Exhibit "B"**, Summary of Timekeepers Included in this Fee Application, **Exhibit "C-1"**, Budget; **Exhibit "C-2"**, Staffing Plan; **Exhibit "D-1"**, Summary of Compensation Requested by Project Category; **Exhibit "D-2"**, Summary of Expense Reimbursement Requested by Category; and **Exhibit "E"**, Summary Cover Sheet of Fee Application.

6. The retention of PSZ&J, as counsel to the Committee, was approved effective as of March 28, 2018, by this Court's *Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to March 28, 2018*, signed on May 29, 2018 [Docket No. 942] (the "Retention Order").  The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses

## PSZ&J'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Monthly Fee Applications Covered Herein

7. The monthly fee applications (the "Monthly Fee Applications") for the periods March 28, 2018 through June 30, 2018 of PSZ&J have been filed and served pursuant to the Interim Compensation Order.

8. On July 23, 2018, PSZ&J filed its *First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors, for the Period from March 28, 2018 through April 30, 2018*  (the "First Monthly Fee Application") requesting $909,537.50 in fees and $18,626.71 in expenses.  To date, PSZ&J has not received any payment with respect to the fees and expenses requested in the First Monthly Fee Application.  A true and correct copy of the First Monthly Fee Application is attached hereto as **Exhibit F**.

9. On August 3, 2018, PSZ&J filed its *Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors, for the Period from May 1, 2018*

*through May 31, 2018* (the "Second Monthly Fee Application") requesting $715,514.75 in fees and $45,122.02 in expenses. The Second Monthly Fee Application is pending. A true and correct copy of the Second Monthly Fee Application is attached hereto as **Exhibit G**.

10. On August 14, 2018, PSZ&J filed its Third Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors, for the Period from June 1, 2018 through June 30, 2018 (the "Third Monthly Fee Application") requesting $481,072.75 in fees and $813.31 in expenses. The Third Monthly Fee Application is pending. A true and correct copy of the Third Monthly Fee Application is attached hereto as **Exhibit H**.

11. The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided by PSZ&J during the periods covered by such applications as well as other detailed information required to be included in fee applications.

## Valuation of Services

12. Attorneys and paraprofessionals of PSZ&J expended a total of 2,612.70 hours in connection with the representation of the Committee during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Alan J. Kornfeld | No Charge | 0.00 | 1.20 | $0.00 |
| Bradford J. Sandler | No Charge | 0.00 | 1.70 | $0.00 |
| James I. Stang | No Charge | 0.00 | 0.90 | $0.00 |
| Jason S. Pomerantz | No Charge | 0.00 | 10.00 | $0.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jason H. Rosell | No Charge | 0.00 | 10.50 | $0.00 |
| Kenneth H. Brown | No Charge | 0.00 | 1.00 | $0.00 |
| Steven W. Golden | No Charge | 0.00 | 11.90 | $0.00 |
| La Asia S. Canty | No Charge | 0.00 | 1.50 | $0.00 |
| Isaac M. Pachulski | Partner 2014; Member of CA Bar since 1974 | $1,295.00 | 3.90 | $5,050.50 |
| James I. Stang | Partner 1983; Member CA Bar 1980 | $1,095.00 | 236.80 | $259,296.00 |
| | Travel Rate | $547.50 | 41.50 | $22,721.25 |
| Jeffrey H. Davidson | Partner 2014; Member of CA Bar since 1977 | $1,245.00 | 7.90 | $9,835.50 |
| Robert J. Feinstein | Partner 2001; Member NY Bar since 1982; Member MA Bar since 1982 | $1,095.00 | 126.70 | $138,736.50 |
| | Travel Rate | $547.50 | 1.50 | $821.25 |
| Alan J. Kornfeld | Partner 1996; Member CA Bar since 1987; Member DC Bar since 2002; Member NY Bar since 2004 | $1,050.00 | 191.60 | $201,180.00 |
| | Travel Rate | $525.00 | 27.00 | $14,175.00 |
| Jeremy V. Richards | Partner 1990; Member CA Bar since 1982 | $1,050.00 | 31.20 | $32,760.00 |
| Debra I. Grassgreen | Partner 1997; Member FL Bar since 1992; Member CA Bar since 1994 | $995.00 | 285.90 | $284,470.50 |
| | Travel Rate | $497.50 | 25.00 | $12,437.50 |
| Linda F. Cantor | Partner 1997; Member IL Bar since 1988; Member CA Bar since 1991 | $975.00 | 0.80 | $780.00 |
| Bradford J. Sandler | Partner 2010; Member of the DE Bar since 2001; Member of the PA Bar since 1996; Member of the NJ Bar since 1996; and Member of the NY Bar since 2008 | $925.00 | 130.70 | $120,897.50 |
| | Travel Rate | $462.50 | 6.00 | $2,775.00 |
| Iain A. W. Nasatir | Partner 1998; Member NY Bar since 1983; Member CA Bar since 1990 | $925.00 | 131.90 | $122,007.50 |
| | Travel Rate | $462.50 | 9.00 | $4,162.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kenneth H. Brown | Partner 2001; Member CA Bar since 1981 | $925.00 | 161.40 | $149,295.00 |
| Maxim B. Litvak | Partner 2004; Member TX Bar 1997; Member CA Bar 2001 | $875.00 | 162.60 | $142,275.00 |
| Harry D. Hochman | Of Counsel 2004; Member of CA Bar since 1987 | $850.00 | 6.40 | $5,440.00 |
| Maria A. Bove | Of Counsel 2001; Member of NY Bar 2001 | $795.00 | 35.90 | $28,540.50 |
| Gina F. Brandt | Of Counsel 2000; Member of CA Bar since 1976 | $775.00 | 4.30 | $3,332.50 |
| Jason S. Pomerantz | Of Counsel 2002; Member of CA Bar since 1991 | $775.00 | 168.90 | $130,897.50 |
| Colin R. Robinson | Of Counsel 2012; Member of DE Bar since 2010; Member of NJ and PA Bars since 2001 | $750.00 | 186.60 | $139,950.00 |
| Peter J. Keane | Of Counsel 2018; Member of DE and NH Bars since 2010; Member of PA Bar since 2008 | $625.00 | 5.00 | $3,125.00 |
| Jason H. Rosell | Associate 2010; Member CA Bar since 2010; NY Bar since 2011 | $595.00 | 193.40 | $115,073.00 |
| | Travel Rate | $297.50 | 14.00 | $4,165.00 |
| Steven W. Golden | Associate 2016; Member NY and MD Bars 2015; Member TX Bar 2016 | $495.00 | 126.40 | $62,568.00 |
| | Travel Rate | $247.50 | 3.00 | $742.50 |
| Joseph M. Mulvihill | Associate 2015; Member of the DE Bar since 2014 | $495.00 | 6.20 | $3,069.00 |
| Leslie A. Forrester | Law Library Director 2003 | $395.00 | 20.40 | $8,058.00 |
| La Asia S. Canty | Paralegal 2017 | $375.00 | 113.80 | $42,675.00 |
| Patricia J. Jeffries | Paralegal 1999 | $375.00 | 17.90 | $6,712.50 |
| Elizabeth C. Thomas | Paralegal 2016 | $375.00 | 17.90 | $6,712.50 |
| Beatrice M. Koveleski | Case Management Assistant | $295.00 | 11.30 | $3,333.50 |
| Charles J. Bouzoukis | Case Management Assistant | $295.00 | 28.90 | $8,525.50 |
| Karen S. Neil | Case Management Assistant | $295.00 | 27.60 | $8,142.00 |
| L. Sheryle Pitman | Case Management Assistant | $295.00 | 4.70 | $1,386.50 |

**Grand Total:** $ 2,106,125.00
**Total Hours:** 2,612.70
**Blended Rate:** $ 806.11

13. The nature of work performed by these persons is fully set forth in Exhibits F, G and H hereto.  These are PSZ&J's normal hourly rates for work of this character. The reasonable value of the services rendered by PSZ&J for the Debtors during the Interim Period is $2,106,125.00.

Statement from PSZ&J

14. Pursuant to the *Appendix B Guidelines for Reviewing Application for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases*, PSZ&J responds to the following questions regarding the Application:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | | No | |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | | No | |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | No | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | | No | |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by | | No | |

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| hours and fees. | | | |
| If the fee application includes any rate increases since retention in these Cases:<br>  i.  Did your client review and approve those rate increases in advance?<br>  ii.  Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | | | |

## Requested Relief

15. By this Application, PSZ&J requests that the Court approve payment of one-hundred percent (100%) of the fees and expenses incurred by PSZ&J during the Interim Period of March 28, 2018 through June 30, 2018.

16. All services for which PSZ&J requests compensation were performed for or on behalf of the Official Committee of Unsecured Creditors.

17. PSZ&J has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in these cases. PSZ&J did not receive a retainer in these cases.

18. The professional services and related expenses for which PSZ&J requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of PSZ&J's professional responsibilities as attorneys for the Committee in these chapter 11 cases. PSZ&J's services have been necessary and beneficial to the Committee, the Debtors' estates, and creditors and other parties in interest.

19. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Interim Compensation Order and believes that this Application complies with such Rule and Order.

[*Remainder of page intentionally left blank*]

WHEREFORE, PSZ&J respectfully requests that the Court enter an order, in the form attached hereto, providing that an interim allowance be made to PSZ&J for the period from March 28, 2018 through June 30, 2018 in the sum $2,106,125.00 and actual and necessary expenses in the amount of $72,934.22 for a total allowance of $2,179,059.22; that the Debtors be authorized and directed to pay to PSZ&J the outstanding amount of such sums; and for such other and further relief as may be just and proper.

Dated:  August 14, 2018               PACHULSKI STANG ZIEHL & JONES LLP

                                             */s/ Bradford J. Sandler*
James I. Stang (CA Bar No. (CA Bar No. 94435)
Robert J. Feinstein (NY Bar No. 1767805)
Debra I. Grassgreen (CA Bar No. 169978)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  jstang@pszjlaw.com
        rfeinstein@pszjlaw.com
        dgrassgreen@pszjlaw.com
        bsandler@pszjlaw.com
        crobinson@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

# **DECLARATION**

STATE OF CALIFORNIA : 
: 
COUNTY OF SAN FRANCISCO :

Debra I. Grassgreen, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted *pro hac vice* to appear before this Court.

b) I am familiar with many of the legal services rendered by Pachulski Stang Ziehl & Jones LLP as counsel to the Committee. Capitalized terms used in this Declaration have the same meanings ascribed in the *First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from March 28, 2018 Through June 30, 2018* (the "Application").

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Interim Compensation Order signed on or about April 17, 2018, and submit that the Application substantially complies with such rule and orders.

> */s/ Debra I. Grassgreen*
> Debra I. Grassgreen

DOCS_NY:38038.1 92766/002