# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,[1] | Case No. 18-10601 (MFW) |
| Debtors. | Jointly Administered |
| | **Related D.I. 1372** |

## ORDER GRANTING MOTION OF AI INTERNATIONAL HOLDINGS (BVI) LTD. FOR RELIEF FROM THE AUTOMATIC STAY AND RELATED RELIEF

Upon consideration of the Motion of AI International Holdings (BVI) LTD. For Relief from the Automatic Stay and Related Relief (the "Motion") filed by AI International Holdings (BVI) LTD. ("AI International") seeking relief from the automatic stay provisions of 11 USC §362(a) to allow AI International to proceed with its action against Harvey Weinstein ("Weinstein"), a non-debtor, currently pending in the Supreme Court for the State of New York (the "State Court"); the Court having determined it has jurisdiction over this Motion pursuant to 11 U.S.C. § 157, that this Motion constitutes a core proceeding, and that venue is proper in this district; and further, the Court having determined that notice of the Motion was adequately provided to all parties entitled to receive notice; and after the hearing and oral arguments on the Motion, and the Court having determined that cause exists to grant relief from the automatic stay pursuant to Bankruptcy Code § 362(d)(1); it is hereby ordered as follows:

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

2

ORDERED that the Motion is granted as set forth herein;

ORDERED that AI International is granted relief from the automatic stay for cause, to the extent it may apply, so that it may prosecute the State Court Action against Weinstein, including in any appellate courts of appropriate jurisdiction;

ORDERED that AI International may seek full adjudication of its claims and obtain judgment against Weinstein as the State Court may determine in the State Court Action;

ORDERED that AI International may exercise any and all rights and remedies against Weinstein in connection with any judgment obtained in the State Court Action, including, without limitation, enforcement of the judgment entered against Weinstein by the State Court;

ORDERED that AI International is relieved from the 14-day stay set forth in Federal Rule of Bankruptcy Procedure 4001(a)(3) and this Order shall be fully effective and enforceable immediately upon entry.

ORDERED that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.