# **Exhibit A**

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------------ x
:
In re                                       :    Chapter 11
                                            :
THE WEINSTEIN COMPANY HOLDINGS              :    Case No. 18-10601 (MFW)
LLC, *et al.*,                              :
                                            :
           Debtors.[1]                      :    Jointly Administered
                                            :
                                            :
                                            :    **Re: D.I. _____**
                                            :
------------------------------------------------------------------ x

**ORDER GRANTING MOTION TO FILE UNDER SEAL PORTIONS OF OBJECTION OF VIACOM INTERNATIONAL INC. TO SETTLEMENT AGREEMENT AMONG THE DEBTORS, LANTERN AND NETFLIX**

Upon the motion (the "Motion")[2] of Viacom International Inc. and its controlled affiliates (collectively, "Viacom") for entry of an order, pursuant to section 107(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 9018-1(d) and 9018-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing Viacom to file under seal certain confidential commercial information in the *Objection of Viacom International Inc. to Settlement Agreement Among the Debtors, Lantern and Netflix* (the "Objection"); and the Court finding that sufficient notice of the Motion having been provided under the circumstances; and it appearing that no other or further

---

[1]   The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2]   Capitalized terms not defined herein are defined in the Motion.

notice need be given under the circumstances; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, Viacom is hereby authorized to file under seal the unredacted version of the Objection.

3. Except upon further order of the Court, the unredacted version of the Objection shall not be made available to anyone, except for (a) the Court, (b) counsel to the Debtors, (c) the U.S. Trustee (if requested), (d) counsel for the Committee on a "professional eyes only" basis, (e) counsel to Lantern, and (f) counsel to Netflix.

4. The Clerk of the Court is directed to keep and maintain under seal the unredacted version of the Objection and shall not make such unredacted version publicly available. The Objection shall not be unsealed unless and until permitted by further order of the Court.

5. Viacom is authorized to take all actions necessary to effectuate the relief granted herein.

Dated: _____, 2018
Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE