## Exhibit A

**Proposed Order**

RLF1 19925335v.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re:                                              :        Chapter 11
                                                    :
THE WEINSTEIN COMPANY HOLDINGS                      :        Case No. 18-10601 (MFW)
LLC, *et al.*,                                      :
                                                    :        (Jointly Administered)
            Debtors.[1]                             :
                                                    :        **Re: Docket No. ____**
------------------------------------------------------------x

### ORDER AUTHORIZING REJECTION OF AN UNEXPIRED REAL PROPERTY LEASE EFFECTIVE *NUNC PRO TUNC* TO AUGUST 31, 2018

Upon the motion (the "**Motion**")[2] of the Debtors for entry of an order (this "**Order**"), pursuant to sections 105(a) and 365 of the Bankruptcy Code and rule 6006 of the Bankruptcy Rules, authorizing and approving the rejection of the Lease *nunc pro tunc* to August 31, 2018 (the "**Rejection Date**"), all as more fully described in the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 19925335v.2

2

having found that the Debtors' notice of the Motion and opportunity for a hearing were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing (if any) (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing (if any) establish just cause for the relief granted herein; and upon all of the proceedings had before this Court, and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT

    1.    The Motion is GRANTED as set forth herein.

    2.    The rejection of the Lease, identified on Exhibit 1 to this Order, is hereby authorized and approved, *nunc pro tunc* to the Rejection Date.

    3.    Consistent with the limitations of section 362 of the Bankruptcy Code, and any other applicable law, the Landlord is prohibited from setting-off or otherwise utilizing any amounts deposited by the Debtors with the Landlord as a security deposit or pursuant to any other similar arrangement, or owed to the Debtors by the Landlord under the Lease or other agreements between the same parties, without further order of this Court.

    4.    The Debtors shall not be liable for any additional administrative expenses arising after the Rejection Date with respect to the Lease.

    5.    The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order

6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

## **Exhibit 1**

**Lease**

| **Lease Counterparty** | **Description of Lease** | **Debtor Entity** | **Effective Date of Rejection** |
|---|---|---|---|
| Douglas Emmett 2008, LLC<br>c/o Douglas Emmett Management, LLC<br>Director of Property Management<br>808 Wilshire Boulevard, Suite 200<br>Santa Monica, California 90401 | Lease dated on or about December 2, 2010, as subsequently amended, between The Weinstein Company LLC, as tenant, and Douglas Emmett 2008, LLC, as landlord, for space at<br>9100 Wilshire Boulevard,<br>Beverly Hills, California 90212 | The Weinstein Company LLC | August 31, 2018 |