# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Weinstein Company Holdings LLC, *et al.*[1] | ) | Case No. 18-10601 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 1347** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING SECOND MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM MAY 1, 2018 THROUGH JUNE 30, 2018**

The undersigned hereby certifies the following:

1. On August 13, 2018, Berkeley Research Group, LLC ("BRG"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") filed the *Second Monthly Application of Berkeley Research Group, LLC, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from May 1, 2018 through June 30, 2018* [Docket No. 1347] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the notice of Application, objections were to be filed and served no later than 4:00 p.m. on September 4, 2018. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). A complete list of the Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, can be found on the claims agent website: http://dm.epiq11.com/#/case/TWC.

DOCS_DE:220603.2 92766/002

3. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* entered by this Court on April 17, 2018 [Docket No. 247] (the "Administrative Order"), the Debtors are authorized to pay BRG $375,423.20, which represents 80% of the fees ($469,279.00), and $5,624.33, which represents 100% of the expenses, requested in the Application for the period May 1, 2018 through June 30, 2018, upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated: September 5, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 90073)
James I. Stang (CA Bar No. 94435)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel:   (302) 652-4100
Fax:   (302) 652-4400
Email: rpachulski@pszjlaw.com
         jstang@pszjlaw.com
         jpomerantz@pszjlaw.com
         bsandler@pszjlaw.com
         crobinson@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors