## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss:
COUNTY OF LOS ANGELES      )

Doug Chatman, being duly sworn according to law, deposes and says that he/~~she~~ is employed by Legal Vision Group, and that on the 4th day of September, 2018 at 8:50 p.m., he/~~she~~ caused a copy of the following to be personally served upon David Glasser at 4233 Prado De Los Pajaros, Calabasas, CA 91302:

- *The Official Committee of Unsecured Creditors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials and Appearance for Oral Examination* [Docket No. 1280]; and

- *The Amended Notice of The Official Committee of Unsecured Creditors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials and Appearance for Oral Examination* [Docket No. 1358]

*Doug Chatman* (signature)
Signature:
Name:  Doug Chatman

SWORN TO AND SUBSCRIBED
by me on this 5th day of September, 2018.

_____ See attached _____
Notary Public
My Commission Expires: _____

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**    **GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. ~~_____~~
2. ~~_____~~
3. ~~_____~~
4. ~~_____~~
5. ~~_____~~
6. ~~_____~~

*Signature of Document Signer No. 1*        *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 5th day of September, 2018,
by
(1) Doug Chatman
(and 2) _____ ),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
*Signature of Notary Public*

[Notary Seal: GINI L. DOWNING, Commission # 2130876, Notary Public - California, Los Angeles County, My Comm. Expires Oct 19, 2019]

*Seal*
*Place Notary Seal Above*

―――――――――― **OPTIONAL** ――――――――――
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
**Title or Type of Document:** _____ **Document Date:** _____
**Number of Pages:** _____ **Signer(s) Other Than Named Above:** _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910