**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered |

## DECLARATION RE SERVICE OF PROCESS

I, Doug Chatman, declare as follows:

1. I am employed by Legal Vision Group, with offices located at 1925 Century Park E., Suite C, Los Angeles, CA 90067. I submit this declaration in connection with the service of process of David Glasser. I have personal knowledge of the facts set forth herein and, if called as a witness, would and could competently testify thereto.

2. On September 4, 2018, at approximately 10:50 a.m., I attempted service of Mr. David Glasser at his personal residence located at 4233 Prado De Los Pajaros, Calabasas, CA 91302 (the "Residence"). The Residence is located within a gated community.

3. On September 4, 2018, the security guard of the gated community phoned the Residence in order to allow me access to the Residence for service. There was no answer to the phone call.

4. On of September 4, 2018 at approximately 8:50 p.m. I personally served David Glasser at the Residence with following documents:

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

DOCS_SF:97624.1 92766/002

- *The Official Committee of Unsecured Creditors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials and Appearance for Oral Examination* [Docket No. 1280]; and

- *The Amended Notice of The Official Committee of Unsecured Creditors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials and Appearance for Oral Examination* [Docket No. 1358]

5. Upon my arrival I presented Mr. Glasser with the above-referenced documents. Mr. Glasser indicated that he would accept the documents, but that he would not sign a receipt for them, and that they [the documents] should be given to his attorney instead.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 6th day of September, 2018, at Los Angeles, California.

_____
Doug Chapman