IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE         )
                          ) ss:
COUNTY OF NEW CASTLE      )

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to the Official Committee of Unsecured Creditors in the above-captioned matter, and that on the 31st day of August, 2018, she caused a copy of the following to be served upon the attached service list in the manner indicated:

- **Amended Notice of the Official Committee of Unsecured Creditors Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials and Appearance for Oral Examination [Docket No. 1469]**
- **Official Committee of Unsecured Creditors Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials and Appearance for Oral Examination [Docket No. 1280]**

_____
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED
by me on this 13 day of September, 2018.

_____
Notary Public
My Commission Expires:

[Notary Seal: CHERYL A. KNOTT, MY COMMISSION EXPIRES APRIL 12, 2020, NOTARY PUBLIC, STATE OF DELAWARE]

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

DOCS_DE:218711.14 92766/002

Weinstein Supplemental Service List
Re Comm 2004 Motion
Doc #220936
01-First Class Mail
01-Overnight Mail

VIA FIRST CLASS MAIL & OVERNIGHT MAIL
David C. Glasser
Glasser Family Trust
4233 Prado De Los Pajaros
Calabasas, CA 91302