## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re:                                                         :     Chapter 11
:
THE WEINSTEIN COMPANY HOLDINGS                                 :     Case No. 18-10601 (MFW)
LLC, *et al.*,                                                 :
:     (Jointly Administered)
Debtors.[1]                                                    :
:     Re: Docket No. 1516
---------------------------------------------------------------x

**DECLARATION OF KARIN A. DEMASI IN SUPPORT OF THE DEBTORS' OBJECTION TO HARVEY WEINSTEIN'S MOTION FOR ENTRY OF AN ORDER COMPELLING DISCOVERY UNDER (I) RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND (II) THIS COURT'S PREVIOUS 2004 ORDER**

I, Karin A. DeMasi, being duly sworn, state the following under penalty of perjury:

1. I am a partner of the law firm of Cravath, Swaine & Moore LLP ("**Cravath**"), counsel to The Weinstein Company Holdings LLC and its affiliated debtors and debtors-in-possession (collectively, "**TWC**" or the "**Debtors**") in the above-captioned matter. I am admitted to practice in the State of New York, and I am admitted to practice before this Court *pro hac vice*. Unless otherwise stated, I have personal knowledge of the facts set forth herein.

2. At the request of Harvey Weinstein's counsel, on July 20, 2018, I participated in a call with Harvey Weinstein and his counsel, Scott Cousins of Bayard, P.A. and Benjamin Brafman of Brafman & Associates, P.C. The purpose of the call was to address open

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[[NYLit 2773723v.2]]

questions that Mr. Weinstein and his counsel had raised as part of our ongoing meet and confer discussions.

3. At the start of the call, Mr. Weinstein thanked me for how professional Debtors' counsel had been in promptly reviewing and producing documents to him in compliance with this Court's *Order Authorizing the Protocol for Production of Documents in Response to Harvey Weinstein's Motion Compelling Discovery Under Rule 2004 of the Federal Rules of Bankruptcy Procedure* (D.I. 976).

4. In addition, Mr. Weinstein made a request for unspecified personal effects and documents relating to assets to which he claims ownership. I explained to Mr. Weinstein that, to the best of my knowledge, his personal effects from his former office at 375 Greenwich Street had been packed and returned to him in December 2017. I informed him that if additional personal effects were located, they would also be returned. (Since that call, Debtors in fact located a box of personal effects, mostly photographs, in the Los Angeles office and have returned those to Mr. Weinstein through his counsel.)

5. I further asked Mr. Weinstein to identify the other documents he wanted the Debtors' counsel to search for, but he was unable to do so on the call. Mr. Cousins proposed that Mr. Weinstein provide to the Debtors a list of documents that Mr. Weinstein was seeking. I proposed that any such list be discussed with the Debtors' counsel at Seyfarth Shaw LLP, which maintains the Debtors' document database, so that Seyfarth could determine the availability of such documents and the burden associated with looking for them. I also explained that, to the extent Mr. Weinstein seeks documents in his stated capacity as a creditor of TWC, Mr. Weinstein would need to seek such documents through the Bankruptcy Court like any other creditor.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 20, 2018         /s/ *Karin A. DeMasi*
       New York, New York         Karin A. DeMasi