# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:    Chapter 11
In re:                                                          :
:    Case No. 18-10601 (MFW)
The Weinstein Company Holdings LLC, *et al.*,    :    (Jointly Administered)
:
Debtors.[1]                                                  :    **Related Docket No.: 1515**
:    **Objection Deadline: At the Hearing**
:    **Hearing Date: September 25, 2018 at 3:00 p.m. (ET)**
:
---------------------------------------------------------x

**NOTICE OF MOTION TO FILE UNDER SEAL PORTIONS OF THE REPLY IN SUPPORT OF THE MOTION OF THE DEBTORS AND LANTERN ENTERTAINMENT, LLC PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF STIPULATION REGARDING THE ASSUMPTION AND ASSIGNMENT OF NETFLIX CONTRACTS**

PLEASE TAKE NOTICE that, on September 20, 2018, the above-captioned debtors and debtors in possession (the "Debtors") and Lantern Entertainment LLC ("Lantern"), by and through their undersigned counsel, filed the *Motion to File Under Seal Portions of the Reply in Support of the Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts* [Docket No. 1515] (the "Motion to Seal").

PLEASE TAKE FURTHER NOTICE that a copy of the Motion to Seal was previously served on you.

PLEASE TAKE FURTHER NOTICE that in accordance with Del. Bankr. L.R. 9018-1(d), any objection or response to the Motion to Seal may be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on the undersigned counsel to the Debtors and Lantern; or (ii) raised at the Hearing (as defined below).

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Motion to Seal will be held on **September 25, 2018 at 3:00 p.m. (ET)** at the United States Bankruptcy Court for the District of Delaware before The Honorable Mary F. Walrath, Courtroom #4, 5th Floor, 824 North Market Street, Wilmington, Delaware 19801 (the "Hearing").

---

[1]  The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

#50176930 v1

-2-

**IF YOU FAIL TO RESPOND TO THE PROCEDURES MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION TO SEAL WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.**

| | |
|---|---|
| Dated: September 21, 2018<br>Wilmington, DE | Respectfully Submitted,<br><br> /s/ *Evelyn J. Meltzer*<br>David B. Stratton (No. 960)<br>Evelyn J. Meltzer (No. 4581)<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, Delaware 19801<br>Tel: (302) 777-6500<br>Email: stratton@pepperlaw.com<br>         meltzere@pepperlaw.com<br><br>    *and*<br><br>Michael S. Stamer (admitted *pro hac vice*)<br>Meredith A. Lahaie (admitted *pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>Tel: (212) 872-1000<br>Email: mlahaie@akingump.com<br>         mstamer@akingump.com<br><br>*Counsel for Lantern Entertainment LLC* |