IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | : | Case No. 18-10601 (MFW) |
| | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | x | Re: Docket Nos. 1357, 1363, 1364 & 1365 |

**CERTIFICATION OF COUNSEL REGARDING FIRST OMNIBUS
ORDER AWARDING INTERIM ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

The undersigned hereby certifies as follows:

1.  In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on April 17, 2018 [Docket No. 247] (the "**Interim Compensation Order**"), Berkeley Research Group, LLC, Richards, Layton & Finger, P.A., Cravath, Swaine & Moore LLP, and Pachulski Stang Ziehl & Jones LLP (each a "**Professional**," and collectively, the "**Professionals**") filed their interim fee applications [Docket Nos. 1357, 1363, 1364 & 1365] (each an "**Interim Application**," and collectively, the "**Interim Applications**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2.  Pursuant to the Interim Applications, objections to the Interim Applications, if any, were to be filed and served no later than the objection deadline set forth on the Interim

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

RLF1 19943639v.1

Applications in accordance with the Interim Compensation Order (as applicable, the "**Objection Deadline**").

3. Prior to the Objection Deadline, certain of the Professionals received informal responses (the "**Responses**") from the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**"). The Responses were consensually resolved by the applicable Professional as reflected in the Interim Fee Order (as defined below). The remaining Professionals received no objections or responses to the Interim Applications prior to the applicable Objection Deadline, each of which expired on September 4, 2018 at 4:00 p.m. (ET). The hearing to consider approval of the Interim Applications is scheduled for September 25, 2018 at 3:00 p.m. (ET).

4. Given the lack of outstanding objections to the approval of the Interim Applications, counsel to The Weinstein Company Holdings LLC and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), prepared a proposed form of omnibus order (the "**Interim Fee Order**") approving the Interim Applications. A copy of the Interim Fee Order is attached hereto as **Exhibit A**. A copy of the Interim Fee Order has been circulated, and is acceptable, to each of the Professionals and the U.S. Trustee.

WHEREFORE, the Debtors respectfully request that the Interim Fee Order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: September 21, 2018
      Wilmington, Delaware

/s/ David T. Queroli
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*