**Exhibit A**

RLF1 19943639v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | : | Case No. 18-10601 (MFW) |
| | : | |
| | : | (Jointly Administered) |
| Debtors.¹ | : | |
| | x | Re: Docket Nos. 1357, 1363, 1364 & 1365 |

**FIRST OMNIBUS ORDER AWARDING INTERIM
ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the interim applications (each, an "**Interim Application**," and collectively, the "**Interim Applications**") of those professionals referenced on **Exhibit 1** attached hereto (collectively, the "**Applicants**"), pursuant to sections 330(a) and 331 of title 11 of the United States Code and rule 2016 of the Federal Rules of Bankruptcy Procedure, for interim allowance of compensation and reimbursement of expenses for professional services rendered during the period covered by the dates referenced on **Exhibit 1** attached hereto (the "**Compensation Period**"), filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 247]; the Court having reviewed the Interim Applications; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Interim Applications was adequate under the circumstances; and (c) all persons with standing have been

---

¹ The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

afforded the opportunity to be heard on the Interim Applications; and upon the full record of all proceedings in these cases; and sufficient cause having been shown therefor,

**IT IS HEREBY ORDERED THAT:**

1. Each Interim Application is GRANTED and APPROVED as set forth herein.

2. Each of the Applicants is allowed compensation for services rendered during the Compensation Period and reimbursement for actual and necessary expenses incurred during the Compensation Period in the amounts set forth on **Exhibit 1** hereto, including any and all holdbacks.

3. The above-captioned debtors and debtors in possession are authorized to pay each of the Applicants one-hundred percent (100%) of any and all fees and one-hundred percent (100%) of any and all expenses listed on **Exhibit 1** hereto that have not yet been paid in satisfaction of the allowed fees for services rendered and expenses incurred during the Compensation Period.

4. This Order shall be deemed a separate order with respect to each of the Interim Applications. Any stay of this Order pending appeal with respect to any one Applicant shall only apply to the particular Applicant that is the subject of such appeal, and shall not operate to stay the applicability and/or finality of this Order with respect to any other of the Applicants.

5. This Order shall be effective immediately upon its entry.

6. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2018
Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A

**In re The Weinstein Company Holdings LLC, et al. - Case No. 18-10601 (MFW)**
**First Interim Fee Period**

| Applicant, Application D.I., & Applicant's Role in Cases | Interim Period | Fees Requested | Expenses Requested | Agreed Reductions[1] | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|
| Berkeley Research Group, LLC [D.I. 1357]<br><br>Financial Advisor to the Official Committee of Unsecured Creditors | 3/30/18 to 6/30/18 | $962,299.00 | $5,722.63 | $0.00 (fees)<br>$0.00 (expenses) | $962,299.00 | $5,722.63 |
| Richards, Layton & Finger, P.A. [D.I. 1363]<br><br>Co-Counsel to the Debtors | 3/19/18 to 6/30/18 | $1,985,197.50 | $59,633.55 | $0.00 (fees)<br>$0.00 (expenses) | $1,985,197.50 | $59,633.55 |
| Cravath, Swaine & Moore LLP [D.I. 1364]<br><br>Co-Counsel to the Debtors | 3/19/18 to 6/30/18 | $6,926,274.50 | $145,886.99 | $0.00 (fees)<br>$0.00 (expenses) | $6,926,274.50 | $145,886.99 |
| Pachulski Stang Ziehl & Jones LLP [D.I. 1365]<br><br>Counsel to the Official Committee of Unsecured Creditors | 3/28/18 to 6/30/18 | $2,106,125.00 | $72,934.22 | $0.00 (fees)<br>$1,500.00 (expenses) | $2,106,125.00 | $71,434.22 |

---

[1] Agreed Reductions refers only to the reductions taken by Applicants after the filing of the Interim Fee Applications and does not take into account the fact that certain Applicants have taken voluntary reductions or provided other voluntary discounts that are already reflected in their previous fee applications.