# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:

The Weinstein Company Holdings LLC, *et al.*,[1]

    Debtors.

: Chapter 11
:
: Case No. 18-10601 (MFW)
:
: (Jointly Administered)

---------------------------------------------------------------x
AI INTERNATIONAL HOLDINGS (BVI) LTD.,

    Plaintiff,

vs.

MUFG UNION BANK, N.A.; as administrative and collateral agent and UNION BANCAL EQUITIES, Inc.,

    Defendants.

: Adversary Case No. 18-50486 (MFW)

---------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 25, 2018 AT 3:00 P.M. (ET)[2]

### I.  CONTINUED / RESOLVED MATTERS:

1. Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

[2] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the September 25, 2018 hearing must contact COURTCALL, LLC at 866-582-6878 prior to **noon (ET) on Monday, September 24, 2018** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 8 - filed March 20, 2018]

Cure Objections, Assumption and Assignment Objections, and Other Related Objections / Response Deadline:

Notice at Docket No. 216: April 30, 2018 at 4:00 p.m. (ET); extended until May 3, 2018 at 4:00 p.m. (ET) for Nu Image, Inc., Sony, Bunim/Murray Productions, Universal Music Enterprises, a division of UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal Tunes, a division of Songs of Universal Inc., Capitol Christian Music Group, and CMG Publishing, Interscope Records, a division of UMG Recordings, Inc., and any other Universal Music entity, Angry Blonde Productions, Inc., Shady Records, Inc., Shroom Shady Music, LLC, and Marshall B. Mathers (entities as part of a transaction with Interscope Records, a Universal entity)

Notice at Docket No. 282: May 3, 2018 at 4:00 p.m. (ET); extended until May 7, 2018 at 4:00 p.m. (ET) for A&E Television Networks, LLC (and its related entities, including Lifetime Entertainment Services)

Notice at Docket No. 482: May 7, 2018 at 4:00 p.m. (ET); extended until May 15, 2018 at 4:00 p.m. (ET) for Saving Santa The Movie, Ltd. and until May 16, 2018 at 4:00 p.m. (ET) for Jeff Abbott

Cure Objections, Assumption and Assignment Objections, and Other Related Objections Received: See Exhibit A attached hereto.

Related Documents:

i. Notice of Second Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 482 - filed April 27, 2018]

ii. Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief [Docket No. 846 - entered May 9, 2018]

iii. Notice of Filing of Final List of Potentially Assume Contracts and Leases [Docket No. 860 - filed May 10, 2018]

      iv.    Order Approving Amendment to Asset Purchase Agreement Entered Into By and Between the Debtors and Lantern Entertainment LLC [Docket No. 1220 - entered July 11, 2018]

    Status: The status of the outstanding cure objections, assumption and assignment objections, and other related objections received is noted on <u>Exhibit A</u> attached hereto.

2. Motion to Seal the Objection of Wind River Productions, LLC, to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts and Reservation of Rights with Respect to the Debtors' Sale Motion and File a Redacted Version of Such Objection [Docket No. 598 - filed April 30, 2018]

    <u>Objection / Response Deadline</u>:    May 8, 2018 at 11:30 a.m. (ET)

    <u>Objections / Responses Received</u>:

    A.    Informal comments received from the Office of the United States Trustee for the District of Delaware (the "<u>UST</u>")

    <u>Related Documents</u>:

    i.    Order Granting Motion of Wind River Productions, LLC, for Expedited Hearing and Shortened Notice Regarding the Motion to Seal the Objection of Wind River Productions, LLC, to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts and Reservation of Rights with Respect to the Debtors' Sale Motion and File a Redacted Version of Such Objection [Docket No. 633 - entered April 30, 2018]

    ii.    Notice of Hearing Regarding Motion to Seal the Objection of Wind River Productions, LLC, to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts and Reservation of Rights with Respect to the Debtors' Sale Motion and File a Redacted Version of Such Objection [Docket No. 648 - filed May 1, 2018]

    Status: The hearing on this matter has been continued to October 16, 2018 at 10:30 a.m. (ET).

3. Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1003 - filed June 8, 2018] (the "<u>Notice of Non-Executory Contracts</u>")

    <u>Objection / Response Deadline</u>:    June 18, 2018 at 4:00 p.m. (ET); extended for certain of the parties listed on <u>Exhibit B</u> attached hereto.

<u>Objections / Responses Received</u>:   See <u>Exhibit B</u> attached hereto.

<u>Related Documents</u>:  None at this time.

<u>Status</u>: The status of the outstanding objections received is noted on <u>Exhibit B</u> attached hereto.

4. Motion of Sony Pictures Entertainment, Inc. and Certain of Its Affiliates to File Under Seal the Appendix of Exhibits to the Updated and Supplemental Limited Objection and Reservation of Rights by Sony Pictures Entertainment Inc. et al. to Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 1014 - filed June 13, 2018]

   <u>Objection / Response Deadline</u>:   To be presented at the hearing.

   <u>Objections / Responses Received:</u>   None at this time.

   <u>Related Documents</u>:

   i. [SEALED] Updated and Supplemental Limited Objection and Reservation of Rights by Sony Pictures Entertainment Inc. et al. to Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 926 - filed May 24, 2018]

   ii. Amended Appendix of Exhibits in Support of Updated and Supplemental Limited Objection and Reservation of Rights by Sony Pictures Entertainment Inc. et al. to Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 1112 - filed June 27, 2018]

   <u>Status</u>: The hearing on this matter has been continued to October 16, 2018 at 10:30 a.m. (ET).

5. Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 365 and Fed. R. Bankr. P. 6006 for Authority to Reject an Unexpired Real Property Lease Effective *Nunc Pro Tunc* to August 31, 2018 [Docket No. 1435 - filed August 31, 2018]

   <u>Objection / Response Deadline</u>:   September 14, 2018 at 4:00 p.m. (ET)

   <u>Objections / Responses Received</u>:

   A. Limited Objection [of Douglas Emmett 2008, LLC] to Debtors' Proposed Order Authorizing Rejection of an Unexpired Real Property Lease Effective *Nunc Pro Tunc* to August 31, 2018 [Docket No. 1486 - filed September 14, 2018] (the "<u>Rejection Objection</u>")

   <u>Related Documents</u>:   None.

Status: The Debtors are in discussions with the counterparty to resolve the Rejection Objection and intend to file a proposed form of order resolving the matter under certification. To the extent that the Rejection Objection is not resolved, the hearing on this matter has been continued to October 16, 2018 at 10:30 a.m. (ET).

6. Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1457 - filed September 5, 2018]

   Objection / Response Deadline:    September 17, 2018 at 4:00 p.m. (ET)

   Objections / Responses Received:    See Exhibit C attached hereto.

   Related Documents:

   i. Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 846] [Docket No. 1512 – filed September 20, 2018]

   Status: The status of the outstanding objections received is noted on Exhibit C attached hereto.

7. Motion of Counterparty Cross City Films Ltd. to Compel Assumption or Rejection of Executory Contracts [Docket No. 1466 - filed September 7, 2018]

   Objection / Response Deadline:  September 21, 2018 at 4:00 p.m. (ET)

   Objections / Responses Received:    None.

   Related Documents:

   i. Declaration of Simon Gillis in Support of Motion of Counterparty Cross City Films Ltd. to Compel Assumption or Rejection of Executory Contracts [Docket No. 1468 - filed September 7, 2018]

   ii. Order Granting Motion to Set Hearing Date and Shorten Notice Period with Respect to Motion of Counterparty Cross City Films Ltd. to Compel Assumption or Rejection of Executory Contracts [Docket No. 1475 - entered September 10, 2018]

   iii. Notice of Hearing Regarding Motion of Counterparty Cross City Films Ltd. to Compel Assumption or Rejection of Executory Contracts [Docket No. 1476 - filed September 10, 2018]

   Status: The parties have reached agreement in principle, and the Debtors intend to submit a proposed form of order resolving this matter at a later date. Accordingly, the hearing on this matter has been continued to October 16, 2018 at 10:30 a.m. (ET).

## II. ADVERSARY MATTERS:

8. Pre-trial Conference, *AI International Holdings (BVI) Ltd. v. MUFG Union Bank, N.A. and Union Bancal Equities, Inc.*, Adv. Pro. No. 18-50486 (MFW)

   Answer Deadline:    August 27, 2018

   Related Documents:

   i. Complaint [Adv. Docket No. 1 - filed June 2, 2018]

   ii. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 3 - filed June 4, 2018]

   iii. Order Approving Stipulation Extending Time for Defendants to Answer or Respond to Complaint [Adv. Docket No. 5 - entered June 18, 2018]

   iv. Order Approving Stipulation Extending Time for Defendants to Answer or Respond to Complaint [Adv. Docket No. 9 - entered August 10, 2018]

   v. Answer and Affirmative Defenses of Defendants MUFG Union Bank, N.A. and UnionBanCal Equities, Inc. [Adv. Docket No. 13 - filed August 27, 2018]

   vi. Defendants' Motion for Summary Judgment [Adv. Docket No. 17 - filed September 7, 2018]

   vii. Brief in Support of the Defendants' Motion for Summary Judgment [Adv. Docket No. 18 - filed September 7, 2018]

   viii. Declaration of Michael S. Neiburg in Support of the Defendants' Motion for Summary Judgment [Adv. Docket No. 19 - filed September 7, 2018]

   ix. Certification of Counsel Regarding Stipulation Relating to the Defendants' Summary Judgment Motion [Adv. Docket No. 20 - filed September 20, 2018]

   x. Order Approving Stipulation Relating to the Defendants' Summary Judgment Motion [Adv. Docket No. 21 - entered September 20, 2018]

   xi. Order Approving Stipulation Relating to the Defendants' Summary Judgment Motion [Adv. Docket No. 22 - entered September 20, 2018]

   Status: The pre-trial conference on this matter has been continued to October 16, 2018 at 10:30 a.m. (ET).

**III.   CONTESTED MATTERS GOING FORWARD:**

9.  The Official Committee of Unsecured Creditors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials and Appearance for Oral Examination [Docket No. 1280 - filed July 31, 2018]

    <u>Objection / Response Deadline</u>:      September 18, 2018 at 4:00 p.m. (ET)

    <u>Objections / Responses Received</u>:

    A.  Harvey Weinstein's Response to and Reservation of Rights Regarding the Official Committee of Unsecured Creditors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials and Appearance for Oral Examination [Docket No. 1424 - filed August 30, 2018]

    <u>Related Documents</u>:

    i.  Amended Notice of the Official Committee of Unsecured Creditors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials and Appearance for Oral Examination [Docket No. 1358 - filed August 14, 2018]

    ii.  Amended Notice of the Official Committee of Unsecured Creditors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials and Appearance for Oral Examination [Docket No. 1469 - filed September 7, 2018]

    <u>Status</u>: The hearing on this matter will go forward.

10.  Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1350 - filed August 13, 2018]

    <u>Objection / Response Deadline</u>:      August 29, 2018 at 4:00 p.m. (ET)

    <u>Objections / Responses Received</u>:

    A.  Informal letter response by Portfolio Funding Company LLC I

    B.  [SEALED] Objection of Viacom International Inc. to Settlement Agreement Among the Debtors, Lantern and Netflix [Docket No. 1415 - filed August 29, 2018]

        i.  [REDACTED] Objection of Viacom International Inc. to Settlement Agreement Among the Debtors, Lantern and Netflix [Docket No. 1416 - filed August 29, 2018]

    C.    Objection of Portfolio Funding Company LLC I to the Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1419 - filed August 29, 2018]

Related Documents:

    i.    Motion to File Under Seal Portions of Objection of Viacom International Inc. to Settlement Agreement Among the Debtors, Lantern and Netflix [Docket No. 1417 - filed August 29, 2018]

    ii.    [SEALED] Reply in Support of Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1514 – filed September 20, 2018]

    iii.    [REDACTED] Reply in Support of Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1513 – filed September 20, 2018]

    iv.    Motion to File Under Seal Portions of the Reply in Support of Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1515 – filed September 20, 2018]

Status: The hearing on this matter will go forward.

11.    Motion of AI International Holdings (BVI) Ltd. for Relief from Automatic Stay and Related Relief [Docket No. 1372 - filed August 16, 2018]

Objection / Response Deadline:   August 31, 2018 at 4:00 p.m. (ET)

Objections / Responses Received:

    A.    Harvey Weinstein's Objection to Motion of AI International Holdings (BVI) Ltd. for Relief from Automatic Stay and Related Relief [Docket No. 1425 - filed August 30, 2018]

Related Documents:

    i.    Proposed Order Granting Motion of AI International Holdings (BVI) Ltd. for Relief from the Automatic Stay and Related Relief [Docket No. 1374 - filed August 16, 2018]

    ii.    Reply in Support of Motion of AI International Holdings (BVI) Ltd. for Relief from Automatic Stay and Related Relief [Docket No. 1510 - filed September 20, 2018]

    Status: The hearing on this matter will go forward.

12.    Harvey Weinstein's Motion for Entry of an Order Compelling Discovery Under (I) Rule 2004 of the Federal Rules of Bankruptcy Procedure and (II) This Court's Previous 2004 Order [Docket No. 1430 - filed August 30, 2018]

    Objection / Response Deadline:  September 13, 2018 at 4:00 p.m. (ET); extended until September 20, 2018 at 4:00 p.m. for Lantern Entertainment LLC; extended until September 20, 2018 at 11:59 p.m. for the Debtors

    Objections / Responses Received:

    A.    Limited Objection of Lantern Entertainment LLC to Harvey Weinstein's Rule 2004 Motion [Docket No. 1511 - filed September 20, 2018]

    B.    Debtors' Objection to Harvey Weinstein's Rule 2004 Motion [Docket No. 1516 – filed September 20, 2018]

    Related Documents:

    i.    Declaration of Karin A. DeMasi in Support of the Debtors' Objection to Harvey Weinstein's Motion for Entry of an Order Compelling Discovery Under (I) Rule 2004 of the Federal Rules of Bankruptcy Procedures and (II) This Court's Previous 2004 Order [Docket No. 1517 – filed September 20, 2018]

    ii.    Declaration of David A. Herman in Support of the Debtors' Objection to Harvey Weinstein's Motion for Entry of an Order Compelling Discovery Under (I) Rule 2004 of the Federal Rules of Bankruptcy Procedures and (II) This Court's Previous 2004 Order [Docket No. 1518 – filed September 20, 2018]

    Status: The hearing on this matter will go forward.

**IV.    ADDITIONAL MATTERS GOING FORWARD:**

13.    Motion to File Under Seal Portions of Objection of Viacom International Inc. to Settlement Agreement Among the Debtors, Lantern and Netflix [Docket No. 1417 - filed August 29, 2018]

    Objection / Response Deadline:    At or before the hearing.

Objections / Responses Received:   None.

Related Documents:   None at this time.

Status:  The hearing on this matter will go forward.

14. Motion to File Under Seal Portions of the Reply in Support of Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1515 – filed September 20, 2018]

Objection / Response Deadline:  At the hearing

Objections / Responses Received:   None.

Related Document:

i. Notice of Motion to File Under Seal Portions of the Reply in Support of the Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1520 – filed September 21, 2018]

Status:  A hearing on this matter will go forward.

## V.   INTERIM FEE APPLICATIONS:

15. Interim Fee Applications [See **Exhibit D** hereto]

Related Documents:

i. Certification of Counsel Regarding First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 1521 - filed September 21, 2018]

Status:  On September 21, 2018, the Debtors submitted a form of interim fee order to the Court under certification of counsel with respect to the interim fee applications listed on **Exhibit D** hereto.  Consequently, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

## VI.   FINAL FEE APPLICATION:

16. Third Monthly and Final Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for Specified

Purposes from March 19, 2018 through July 13, 2018 [Docket No. 1370 - filed August 16, 2018]

Objection Deadline: September 6, 2018 at 4:00 p.m. (ET); extended until September 11, 2018 at 4:00 p.m. (ET) for the UST and until September 14, 2018 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors (the "Committee")

Objections / Responses Received:

A. Informal comments received from the UST and the Committee

Related Documents:

i. First Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for Specified Purposes from March 19, 2018 through April 30, 2018 [Docket No. 946 - filed May 29, 2018]

ii. Certification of No Objection Regarding First Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for Specified Purposes from March 19, 2018 through April 30, 2018 (No Order Required) [Docket No. 1237 - filed July 13, 2018]

iii. Second Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for Specified Purposes from May 1, 2018 through May 31, 2018 [Docket No. 1238 - filed July 13, 2018]

iv. Certification of Counsel Regarding Second Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for Specified Purposes from May 1, 2018 through May 31, 2018 [Docket No. 1344 - filed August 10, 2018]

v. Certification of Counsel Regarding Order Granting Final Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for Specified Purposes from March 19, 2018 through July 13, 2018 [Docket No. 1522 - filed September 21, 2018]

Status: On September 21, 2018, the Debtors submitted a form of final fee order to the Court under certification of counsel. Consequently, a hearing with

respect to this matter is only required to the extent that the Court has any questions or concerns.

Dated: September 21, 2018
Wilmington, Delaware

/s/ David T. Queroli
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*