# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br>(Jointly Administered)<br><br>**Related D.I.:** 1430, 1511, 1516 |

**HARVEY WEINSTEIN'S MOTION FOR LEAVE TO FILE LATE REPLY TO OBJECTIONS TO AND IN SUPPORT OF HIS MOTION FOR ENTRY OF AN ORDER COMPELLING DISCOVERY UNDER (I) RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND (II) THIS COURT'S PREVIOUS 2004 ORDER**

Harvey Weinstein, by and through his undersigned counsel, hereby moves (the "**Motion for Leave**") this Court for entry of an order substantially in the form attached hereto as Exhibit A, granting Harvey Weinstein leave to file the reply attached hereto as Exhibit B (the "**Reply**")[2] in further support of his *Motion for Entry of an Order Compelling Discovery Under (I) Rule 2004 of the Federal Rules of Bankruptcy Procedure and (II) This Court's Previous 2004 Order* (the "**Second 2004 Motion**") [D.I. 1430] and in response to: (i) the *Limited Objection of Lantern Entertainment to Harvey Weinstein's Rule 2004 Motion* [D.I. 1511] (the "**Lantern Objection**"); and (ii) the *Debtors' Objection to Harvey Weinstein's Rule 2004 Motion* [D.I. 1516] (the "**Debtors' Objection**" and, together with the Lantern Objection, the "**Objections**"). In support of this Motion for Leave, Mr. Weinstein respectfully represents as follows:

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Reply.

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider this Motion for Leave pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This is a core proceeding under 28 U.S.C. § 157(b).

2. Venue in the District of Delaware is proper under 28 U.S.C. §§ 1408 and 1409.

3. Pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), Mr. Weinstein consents to the entry of a final judgment or order with respect to this Motion for Leave if it is determined that the Court would lack Article III jurisdiction to enter such final order or judgment absent consent of the parties.

4. The statutory and legal predicates for the relief requested herein are sections 102 and 105(a) of title 11 of the United States Code, §§ 101–1532 (as amended, the "**Bankruptcy Code**"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 9006-1(d).

**RELEVANT BACKGROUND**

5. On March 21, 2018 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

6. On August 30, 2018, Mr. Weinstein filed the Second 2004 Motion requesting entry of a second order under Bankruptcy Rule 2004 compelling the Debtors and Lantern to produce information and documents responsive to the discovery requests attached as Exhibit B to the Second 2004 Motion.

7. Objections to the Second 2004 Motion were to be filed and served on or before September 13, 2018 at 4:00 p.m. (the "**Objection Deadline**"). Prior to the Objection Deadline,

Mr. Weinstein agreed to extend the Objection Deadline, as to Lantern, until September 20, 2018 at 4:00 p.m. and, as to the Debtors and the Committee, until September 20, 2018 at 11:59 p.m. (the "**Extended Objection Deadline**").

8. On September 20, 2018, objections to the Second 2004 Motion were filed by (i) Lantern and (ii) the Debtors.

9. Additional factual and procedural background is set forth in the Reply and in the Second 2004 Motion, which are fully incorporated by reference as if set forth herein.

## RELIEF REQUESTED

10. By this Motion for Leave, Mr. Weinstein seeks leave to file the Reply, attached hereto as Exhibit B, in further support of the Second 2004 Motion and in response to (i) the Lantern Objection and (ii) the Debtors' Objection, beyond the deadline provided in the Local Rules for the submission of reply papers.

## BASIS FOR RELIEF REQUESTED

11. Local Rule 9006-1(d) provides that reply papers "shall be served so as to be received by 4:00 pm. prevailing Eastern Time the day prior to the deadline for filing the agenda." Del. Bankr. L.R. 9006-1(d).

12. The hearing regarding the Second 2004 Motion is scheduled to occur on Tuesday, September 25, 2018 at 3:00 p.m. (ET) (the "**Hearing**") and the *Notice of Agenda of Matters Scheduled for the Hearing* was filed on September 21, 2018.  *See* D.I. 1523.

13. Accordingly, under Local Rule 9006-1(d), Mr. Weinstein's Reply was to be filed and served on or before September 20, 2018 at 4:00 p.m. (ET), prior to the Extended Objection Deadline and prior to the filing of either of the Objections later on September 20, 2018.

14. By this Motion for Leave, Mr. Weinstein seeks authority to file his Reply beyond the deadline provided in Local Rule 9006-1(d).  Mr. Weinstein has worked diligently to prepare

the Reply in a timely manner following the filing of the Objections and submits that the Reply will assist the Court in properly evaluating the issues raised in the Second 2004 Motion and the Objections.

15. Mr. Weinstein further submits that good cause and compelling circumstances exist to support leave to file the Reply because: (i) no prejudice will be caused by permitting Mr. Weinstein to file the Reply because, in lieu of the Reply, Mr. Weinstein can assert the arguments set forth in the Reply through oral argument at the Hearing; (ii) the delay in filing the Reply will not prejudice Lantern or the Debtors because (a) their counsel will be served with the Reply immediately upon the filing of this Motion for Leave and (b) counsel for both Lantern and the Debtors has been advised of, and has not objected to, Mr. Weinstein's intention to file the Reply on the date hereof; (iii) the written Reply will assist the Court and the parties in defining, and the Court in deciding, the issues presented by the Second 2004 Motion and the bases for the relief requested therein; and (iv) the delay in filing the Reply and this Motion for Leave is minimal under the circumstances.

## NOTICE

16. Notice of this Motion for Leave has been provided to (a) counsel to the Debtors, (b) counsel to Lantern, (c) the Office of the United States Trustee for the District of Delaware, (d) counsel to the Committee, and (e) parties entitled to receive notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, Mr. Weinstein respectfully submits that no other or further notice is required.

**CONCLUSION**

WHEREFORE, Mr. Weinstein respectfully requests that the Court enter an order, substantially in the form annexed hereto as Exhibit A: (i) granting Mr. Weinstein leave to file the Reply and (ii) granting such other and further relief as is just and proper.

Dated: September 24, 2018
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
Justin R. Alberto (No. 5126)
Daniel N. Brogan (No. 5723)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
scousins@bayardlaw.com
jalberto@bayardlaw.com
dbrogan@bayardlaw.com

*Counsel for Harvey Weinstein*