# EXHIBIT A

**Proposed Form of Order**

{BAY:03360931v2}

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br>(Jointly Administered)<br><br>**Related D.I.:** 1430, 1511, 1516 |

**ORDER GRANTING HARVEY WEINSTEIN'S MOTION FOR LEAVE**
**TO FILE LATE REPLY TO OBJECTIONS TO AND IN SUPPORT OF**
**HIS MOTION FOR ENTRY OF AN ORDER COMPELLING DISCOVERY**
**UNDER (I) RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY**
**PROCEDURE AND (II) THIS COURT'S PREVIOUS 2004 ORDER**

Upon Mr. Weinstein's Motion[2] (the "**Motion for Leave**") for an order authorizing Mr. Weinstein to file the Reply, all as more fully set forth in the Motion for Leave; and the Court having subject matter jurisdiction to consider the Motion for Leave and grant the relief requested therein pursuant to 28 U.S.C. §§ 157(b) and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that notice of the Motion for Leave as set forth therein is sufficient, and that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion for Leave establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Reply.

2

**IT IS HEREBY ORDERED THAT:**

1. The Motion for Leave is GRANTED.

2. Mr. Weinstein is authorized to file the Reply with this Court.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: September ___, 2018
       Wilmington, Delaware

                                                             THE HONORABLE MARY F. WALRATH
                                                             UNITED STATES BANKRUPTCY JUDGE