# **EXHIBIT 1**

**In re The Weinstein Company Holdings LLC, et al. - Case No. 18-10601 (MFW)**
**First Interim Fee Period**

| Applicant, Application D.I., & Applicant's Role in Cases | Interim Period | Fees Requested | Expenses Requested | Agreed Reductions[1] | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|
| Berkeley Research Group, LLC [D.I. 1357] Financial Advisor to the Official Committee of Unsecured Creditors | 3/30/18 to 6/30/18 | $962,299.00 | $5,722.63 | $0.00 (fees) $0.00 (expenses) | $962,299.00 | $5,722.63 |
| Richards, Layton & Finger, P.A. [D.I. 1363] Co-Counsel to the Debtors | 3/19/18 to 6/30/18 | $1,985,197.50 | $59,633.55 | $0.00 (fees) $0.00 (expenses) | $1,985,197.50 | $59,633.55 |
| Cravath, Swaine & Moore LLP [D.I. 1364] Co-Counsel to the Debtors | 3/19/18 to 6/30/18 | $6,926,274.50 | $145,886.99 | $0.00 (fees) $0.00 (expenses) | $6,926,274.50 | $145,886.99 |
| Pachulski Stang Ziehl & Jones LLP [D.I. 1365] Counsel to the Official Committee of Unsecured Creditors | 3/28/18 to 6/30/18 | $2,106,125.00 | $72,934.22 | $0.00 (fees) $1,500.00 (expenses) | $2,106,125.00 | $71,434.22 |

---

[1] Agreed Reductions refers only to the reductions taken by Applicants after the filing of the Interim Fee Applications and does not take into account the fact that certain Applicants have taken voluntary reductions or provided other voluntary discounts that are already reflected in their previous fee applications.

RLF1 19943550v.1