# Exhibit A

| Counterparty | Contract | Assumption List |
|---|---|---|
| Kevin Williamson; Outerbanks Entertainment, Inc. | Memorandum of Agreement dated (re: Scary Movie) | Dkt. No. 860 |
| Kevin Williamson; Outerbanks Entertainment, Inc. | Agreement to "principal terms" dated 11/2/95  ("Writing Services Agreement") | Dkt. No. 860 |
| Kevin Williamson; Outerbanks Entertainment, Inc. | Amendment to Agreement to "principal terms" dated 2/6/96 (re:  Writing Services Agreement) | Dkt. No. 860 |
| Kevin Williamson; Outerbanks Entertainment, Inc. | Amendment to Agreement to "principal terms" re Scream 2 dated 2/19/97 (re: Writing Services Agreement) | Dkt. No. 860 |
| Outerbanks Entertainment, Inc. | Agreement dated 3/1/99 ("Overall Agreement") | Dkt. No. 860 |
| Kevin Williamson; Outerbanks Entertainment, Inc. | Scream 4 - Writer and Producer Services Agreement dated 2/12/09 (with inducement, certificate of authorship, certificate of employment) ("Scream 4 Agreement") | Dkt. No. 860 |
| Kevin Williamson; Outerbanks Entertainment, Inc. | Amendment to Overall Agreement dated 2/12/09 (re: Overall Agreement) | Dkt. No. 860 |
| Kevin Williamson; Outerbanks Entertainment, Inc. | Scream 5 and 6 - Amendment to Scream 4 Agreement dated 2/12/09 (re: Scream 4 Agreement) | Dkt. No. 860 |
| Kevin Williamson; Outerbanks Entertainment, Inc. | Amendment to Scream Agreements and Overall Agreement dated 5/25/10 (re: Scream Agreements and Overall Agreement) | Dkt. No. 860 |

| Fade to Black Productions, Inc. | "A Single Man" Exclusive License Agreement: 9/15/2009 | Dkt. No. 860 |