# Exhibit B[1]

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in Exhibit A.

| **Counterparty** | **Contract** | **Assumption List** |
|---|---|---|
| Kevin Williamson | Inducement dated 10/20/95 (re: Writing Services Agreement) | No |
| Kevin Williamson; Outerbanks Entertainment, Inc. | Agreement re project pitches (TV) dated 9/13/97 | No |
| Outerbanks Entertainment, Inc. | Confirmation Letter re Scream 2 dated 10/23/97 | No |
| Kevin Williamson; Outerbanks Entertainment, Inc. | Kevin Williamson Overall Agreement letter re Halloween VII & Killing Mrs. Tingle dated 2/6/98 (re: Writing Services Agreement) | No |
| Outerbanks Entertainment, Inc. | Amendment to the Agreement for the Services of Kevin Williamson dated 7/24/00  (re: Overall Agreement) | No |
| Outerbanks Entertainment, Inc. | Short form Assignment dated 8/28/00 (re: 7/24/00 Amendment to Overall Agreement) | No |
| Kevin Williamson; Outerbanks Entertainment, Inc. | Certificate of Authorship re Cursed dated 7/24/00 (re: Overall Agreement) | No |
| Kevin Williamson | Certificate of Authorship re Cursed dated 6/25/00 (re: Overall Agreement) | No |
| Kevin Williamson; Outerbanks Entertainment, Inc. | Certificate of Engagement dated 6/24/00  (re: Overall Agreement) | No |
| Kevin Williamson; Outerbanks Entertainment, Inc. | Agreement re TV Services dated 9/14/00 | No |

| | | |
|---|---|---|
| Outerbanks Entertainment, Inc. | Second Amendment to the Agreement for the Services of Kevin Williamson dated 10/8/02 (re: Overall Agreement) | No |
| Outerbanks Entertainment, Inc. | Third Amendment to the Agreement for the Services of Kevin Williamson dated 1/18/03 (re: Overall Agreement) | No |
| Outerbanks Entertainment, Inc. | Confirmation Letter re Co-Producer Designation re Cursed dated 3/5/03 (re: Overall Agreement) | No |
| Outerbanks Entertainment, Inc. | Fourth Amendment to the Agreement for the Services of Kevin Williamson dated 4/29/08 (re: Overall Agreement) | No |
| Kevin Williamson; Outerbanks Entertainment, Inc. | Letter Agreement re 7/11/03 (re: Overall Agreement) | No |
| Kevin Williamson; Outerbanks Entertainment, Inc. | Release re Cursed dated 11/21/03 (re: Overall Agreement) | No |
| Kevin Williamson; Outerbanks Entertainment, Inc. | First Look/Discretionary Fund Agreement dated 11/21/03 (re: Overall Agreement) | No |