IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____

In re:

THE WEINSTEIN COMPANY HOLDINGS
LLC, *et al.*[1]

        Debtors.
_____:

: Chapter 11
: Case No. 18-10601 (MFW)
:
: Jointly Administered
:
:
: **Re: Docket No. _____**

## ORDER GRANTING MOTION OF CERTAIN COUNTERPARTIES TO COMPEL ASSUMPTION OF EXECUTORY CONTRACTS

Upon consideration of the *Motion of Certain Counterparties to Compel Assumption of Executory Contracts* (the "Motion"),[2] and any response thereto; and the Court having determined that good and adequate cause exists for entry of this Order; and it appearing that the Court has jurisdiction over the matter; and the Court having determined that no further notice need be given; it is hereby

ORDERED that the Motion is **GRANTED** as set forth herein; and it is further

ORDERED that the Contracts shall be assumed by the Debtors, as applicable, and assigned to Lantern in connection with the Sale, subject to resolution of the Counterparties' cure objections, unless it is evidenced that the Debtors do not have the ability to assume and assign the Contracts, or as otherwise agreed to by the parties; and it is further

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction to enforce the terms and provisions of this Order.

Dated _____, 2016

                                                                                                                                                               _____
                                                                                                                                                               The Honorable Mary F. Walrath
                                                                                                                                                               United States Bankruptcy Judge