## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 <br> : Case No. 18-10601 (MFW) <br> : |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*[1] | : Jointly Administered <br> : <br> : **Re: Dkt. No. 1540** |
| Debtors. | : <br> : |

### DECLARATION OF JEFFREY S. SABIN IN SUPPORT OF MOTION OF CERTAIN CONTRACT COUNTERPARTIES TO COMPEL ASSUMPTION OF EXECUTORY CONTRACTS [DKT. NO. 1540]

I, Jeffrey S. Sabin, being duly sworn, state the following under penalty of perjury:

1. I am a partner in the law firm of Venable LLP, counsel for Fade to Black Productions, Inc., Tom Ford, Outerbanks Entertainment, Inc. and Kevin Williamson (collectively, the "Counterparties"). I am licensed to practice law and am in good standing in the State of New York.

2. I am over eighteen years of age and am competent to testify as a witness. If called upon to testify to the facts stated herein, I could and would testify competently to the same.

3. I submit this Declaration in support of the *Motion of Certain Counterparties to Compel Assumption of Executory Contracts* [Dkt. No. 1540] (the "Motion") and to place before the Court documents relevant to the Motion and the Exclusive License Agreement dated September 15, 2009 for the project entitled *A Single Man* (the "Agreement"), by and between

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

Fade to Black Productions, Inc. and Tom Ford, on the one hand, and The Weinstein Company, LLC ("TWC"), on the other hand.[2]

4. A true and correct copy of selected excerpts from TWC's bankruptcy schedules is attached hereto as Exhibit A

5. A true and correct copy of selected excerpts from the APA is attached hereto as Exhibit B.

6. A true and correct copy of selected excerpts from the Final Pre-Closing Assumption List is attached hereto as Exhibit C.

7. A true and correct copy of the Multi-Picture Distribution Services Agreement between Portfolio Funding Company LLC ("PFC") and TWC, dated July 29, 2010, is attached hereto as Exhibit D-1 (originally filed by PFC at Dkt. No. 604-2) and the titles it purportedly relates to according to PFC is attached hereto as Exhibit D-2 (originally filed by PFC at Dkt. No. 604-1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 8, 2018
              New York, New York

                                                    /s/ Jeffrey S. Sabin
                                                    Jeffrey S. Sabin

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.