# EXHIBIT A

# (Proposed Order)

{01374811;v2 }

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | : | Case No. 18-10601 (MFW) |
| | : | |
| | : | Jointly Administered |
| Debtors.[1] | : | |
| | x | **Related Docket No. _____** |

**ORDER GRANTING MOTION OF J.C. PENNEY CORPORATION, INC. TO COMPEL
ASSUMPTION OR REJECTION OF LICENSING AGREEMENT**

This Court having considered the *Motion of J.C. Penney Corporation, Inc. to Compel Assumption or Rejection of Licensing Agreement* (the "Motion"),[2] the statements of counsel and the evidence adduced with respect to the Motion at any hearing before this Court (the "Hearing"); and this Court having found that (i) it has jurisdiction over this mater pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion and Hearing was sufficient under the circumstances; after due deliberation, it is hereby:

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED that within five days of entry of this Order, the Debtors shall determine whether to assume or reject the License Agreement and file an appropriate notice on the docket of these cases; and it is further

ORDERED that in the event the Debtors elect to reject the License Agreement, such

---

[1] The last four digits of The Weinstein Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm/epiq11.com/twc.

[2] Capitalized terms not otherwise defined shall have the meanings ascribed to them in the Motion.

rejection shall be effective as of the Petition Date; and it is further

ORDERED that in the event the Debtors elect to assume, or assume and assign, the License Agreement, the Court shall convene a hearing to consider the Objection on December _____, 2018 at ___:_____ a.m./p.m.; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: _____, 2018
       Wilmington, Delaware

                                                  _____
                                                  Honorable Mary F. Walrath
                                                  United States Bankruptcy Judge