IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:

The Weinstein Company Holdings LLC, *et al.*,

Debtors.[1]

---------------------------------------------------------------x

: Chapter 11
:
: Case No. 18-10601 (MFW)
:
: (Jointly Administered)
:
: **Re: Docket Nos. 1635, 1644**
:
: **Obj. Deadline: November 2, 2018 at 4:00 p.m. (ET)**
: **Hr'g Date: November 6, 2018 at 2:00 p.m. (ET)**

# RESERVATION OF RIGHTS OF LANTERN ENTERTAINMENT, LLC TO MOTION OF FIRST REPUBLIC BANK FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY FOR CAUSE AND GRANTING RELATED RELIEF

Lantern Entertainment, LLC (together with its affiliates, "**Lantern**"), by and through its undersigned counsel, hereby submits this reservation of rights (the "**Reservation of Rights**") with respect to the *Motion of First Republic Bank for Order Granting Relief from Automatic Stay for Cause and Granting Related Relief* [D.I. 1635] (the "**Motion**")[2] and respectfully represents as follows:

1.    By the Motion, First Republic Bank ("**FRB**") seeks relief from the automatic stay to the Polaroid Collateral, which is comprised of certain assets relating the film entitled *Polaroid* (the "**Film**"). The Film was identified as a "Covered Title" under the APA.[3] Lantern is

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

[3] On May 9, 2018, the Court entered an order approving the sale to Lantern as contemplated in that certain Asset Purchase Agreement dated March 19, 2018 (as amended, supplemented or otherwise modified from time to time in accordance with the terms thereof, the "**APA**").

#50739598 v1

continuing to evaluate the Motion and discuss the relief requested with the Debtors and the Committee. Accordingly, Lantern files this Reservation of Rights to preserve its rights to file an objection to the Motion, as necessary, or raise such other objections at any hearing on the Motion.

2. This Reservation of Rights is submitted without prejudice to, and with a full reservation of, Lantern's rights, claims, defenses, and remedies, including the right to amend, modify, or supplement this Reservation of Rights, to seek discovery, to raise additional objections and to introduce evidence at any hearing relating to the Motion, and without in any way limiting any other rights of Lantern to further object to the Motion, on any grounds, as may be appropriate.

Dated: November 2, 2018
Wilmington, Delaware

*/s/ Evelyn J. Meltzer*
**PEPPER HAMILTON LLP**
David B. Stratton, Esq. (No. 960)
Evelyn J. Meltzer, Esq. (No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 777-6500
Email: stratton@pepperlaw.com
       meltzere@pepperlaw.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Meredith A. Lahaie, Esq. (admitted *pro hac vice*)
Michael S. Stamer, Esq. (admitted *pro hac vice*)
One Bryant Park
Bank Of America Tower
New York, NY 10036
Email: mlahaie@akingump.com
       mstamer@akingump.com

*Attorneys for Lantern Entertainment, LLC*