IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
|                                                            | : Chapter 11
In re:                                                       | :
|                                                            | : Case No. 18-10601 (MFW)
The Weinstein Company Holdings LLC, *et al.*,                | :
|                                                            | : (Jointly Administered)
Debtors.¹                                                    | :
|                                                            | : **Related Docket Nos.: 1350**
------------------------------------------------------------x

**NOTICE OF FILING AMENDED STIPULATION REGARDING
ASSUMPTION AND ASSIGNMENT OF NETFLIX CONTRACTS**

PLEASE TAKE NOTICE that, on August 13, 2018, The Weinstein Company Holdings LLC and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") and Lantern Entertainment LLC ("Lantern") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts* [D.I. 1350] (the "Motion") seeking approval of a stipulation by and among the Debtors, Lantern, and Netflix Global LLC, Netflix International B.V., Netflix Studios LLC, and Netflix, Inc. (collectively, "Netflix").

PLEASE TAKE FURTHER NOTICE that the Motion is scheduled to be considered by the Court at a hearing on November 6, 2018 at 2:00 p.m. (ET) (the "Hearing").

PLEASE TAKE FURTHER NOTICE that attached to the Motion as Exhibit A is the *Order Pursuant to Fed. R. Bankr. P. 9019 Approving Settlement Stipulation Regarding the*

---

¹ The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

*Assumption and Assignment of Netflix Contracts* (the "Proposed Order") approving the Motion. Attached as Exhibit 1 to the Proposed Order, is a copy of the *Stipulation Regarding Assumption and Assignment of Netflix Contracts* (the "Stipulation") executed by the Debtors, Lantern and Netflix.

PLEASE TAKE FURTHER NOTICE that the Debtors, Lantern, Netflix and Portfolio Funding Company LLC I (together, the "Parties"), have entered into an amended stipulation (the "Amended Stipulation"). Attached hereto as **Exhibit A** is the executed Amended Stipulation. Attached hereto as **Exhibit B** is a blackline comparison of the Stipulation against the Amended Stipulation.

PLEASE TAKE FURTHER NOTICE that at the Hearing the Parties will seek entry of the Proposed Order approving the Amended Stipulation.

| | |
|---|---|
| Dated: November 2, 2018<br>Wilmington, DE | Respectfully Submitted,<br><br> /s/ Evelyn J. Meltzer<br>David B. Stratton (No. 960)<br>Evelyn J. Meltzer (No. 4581)<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, Delaware 19801<br>Tel: (302) 777-6500<br><br>*and*<br><br>Michael S. Stamer<br>Abid Qureshi<br>Meredith A. Lahaie<br>Jennifer L. Woodson<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000 (Telephone)<br>(212) 872-1002 (Facsimile)<br><br>*Counsel for Lantern Entertainment LLC* |

-2-