# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 <br> : Case No. 18-10601 (MFW) <br> : |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*[1] | : Jointly Administered <br> : |
| | : Re:   Dkt. Nos. 8, 607, 668, 860, 1003 <br> :         1040, 1045, 1048, 1050, 1115, 1176 <br> :         1177, 1203 and 1205 |
| Debtors. | : **Obj. Deadline:  December 10, 2018 at 4:00 p.m.** <br> : **Hearing Date:  December 17, 2018 at 10:30 a.m.** |

## NOTICE OF SUPPLEMENTAL OBJECTION AND JOINT MOTION OF SLP CONTRACT COUNTERPARTIES TO CLARIFY SALE ORDER

PLEASE TAKE NOTICE that, on November 5, 2018, Bradley Cooper, 22nd and Indiana, Inc., Bruce Cohen, Bruce Cohen Productions, Robert DeNiro, Canal Productions, Inc., David O. Russell and Kanzeon Corp. (collectively, the "**SLP Counterparties**") filed a *Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon and received by each of the undersigned counsels on or before **December 10**, **2018 at 4:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable Mary F.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

Walrath, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **December 17, 2018 at 10:30 a.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 5, 2018
Wilmington, Delaware

**VENABLE LLP**

By:     *Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
1201 N. Market St.
Suite 1400
Wilmington, Delaware 19801
Tel: (302) 298-3535
Fax: (302) 298-3550
jledmonson@venable.com

-and-

Jeffrey S. Sabin, Esq.
1270 Avenue of the Americas
New York, New York 10020
Tel:  (212) 503-0672
jssabin@venable.com

-and-

Keith C. Owens, Esq.
2049 Century Park East
Suite 2300
Los Angeles, California 90067
Tel: (310) 229-0370
kcowens@venable.com

*Counsel to Bradley Cooper and 22nd and Indiana, Inc.*

-and-

**CROSS & SIMON, LLC**

By:     *Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 N. Market St.
Suite 901
Wilmington, Delaware 19801
Tel: (302) 777-4200
csimon@crosslaw.com

-and-

**LANDAU GOTTFRIED & BERGER LLP**
Michael J Gottfried
Roye Zur
1801 Century Park East
Suite 700
Los Angeles, California 90067
Tel:  (310) 557-0050
mgottfried@lgbfirm.com
rzur@lgbfirm.com

*Counsel to Bruce Cohen, Bruce Cohen Productions, Robert DeNiro, Canal Productions, Inc., David O. Russell and Kanzeon Corp.*