## **CERTIFICATE OF SERVICE**

      I, Daniel A. O'Brien, hereby certify that on the 5th day of November, 2018, a true and correct copy of the *Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order* was served on the parties listed on the attached service list via electronic filing for those parties that consented to electronic service and via First Class U.S. Mail for the all other parties.

                                              */s/ Daniel A. O'Brien, Esq.*
                                              Daniel A. O'Brien (No. 4897)

| | |
|---|---|
| **CONSENTED TO ELECTRONIC SERVICE**<br>PEPPER HAMILTON LLP<br>(COUNSEL TO LANTERN ENTERTAINMENT)<br>ATTN: DAVID B. STRATTON, DAVID M. FOURNIER &<br>EVELYN J. MELTZER, ESQS.<br>HERCULES PLAZA STE 5100<br>1313 N MARKET ST<br>WILMINGTON, DE 19899-1709 | **CONSENTED TO ELECTRONIC SERVICE**<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>(COUNSEL TO VIACOM INTERNATIONAL INC.)<br>ATTN: DEREK C. ABBOTT, DANIEL B. BUTZ &<br>MATTHEW B. HARVEY, ESQS.<br>1201 N MARKET ST 16TH FL<br>WILMINGTON, DE 19899-1347 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>LUSKIN, STERN & EISLER LLP<br>(COUNSEL TO VIACOM INTERNATIONAL INC.)<br>ATTN: RICHARD STERN & STEPHAN HORNUNG, ESQS.<br>ELEVEN TIMES SQ<br>8TH AVE & 41ST ST<br>NEW YORK, NY 10036 | **CONSENTED TO ELECTRONIC SERVICE**<br>BURR & FORMAN LLP<br>(COUNSEL TO MUFG UNION BANK, N.A.)<br>ATTN: J. CORY FALGOWSKI, ESQ.<br>1201 N MARKET ST STE 1407<br>WILMINGTON, DE 19801 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>SIDLEY AUSTIN LLP<br>(COUNSEL TO MUFG UNION BANK, N.A.)<br>ATTN: JENNIFER C. HAGLE & ARIELLA THAL SIMONDS, ESQS.<br>555 WEST FIFTH ST<br>LOS ANGELES, CA 90013 | **CONSENTED TO ELECTRONIC SERVICE**<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>(COUNSEL TO MUFG UNION BANK, N.A.)<br>ATTN: ROBERT S. BRADY, SEAN M. BEACH &<br>ELIZABETH S. JUSTISON, ESQS.<br>RODNEY SQUARE<br>1000 N KING ST<br>WILMINGTON, DE 19801 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>(COUNSEL TO LANTERN ENTERTAINMENT LLC)<br>ATTN: MICHAEL S. STAMER, STEPHEN B. KUHN,<br>MEREDITH A. LAHAIE, NAOMI MOSS, ESQS.<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK, NY 10036 | **CONSENTED TO ELECTRONIC SERVICE**<br>COMPTROLLER OF PUBLIC ACCOUNTS OF<br>THE STATE OF TEXAS<br>JAY W. HURST, ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP<br>(COUNSEL TO AI INTERNATIONAL HOLDINGS (BVI) LTD.)<br>ATTN: NATALIE D. RAMSEY & DAVIS LEE WRIGHT, ESQS.<br>1105 N NARJET ST 15TH FL<br>WILMINGTON, DE 19801-1201 | **CONSENTED TO ELECTRONIC SERVICE**<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>(COUNSEL TO AI INTERNATIONAL HOLDINGS (BVI) LTD.)<br>ATTN: SUSHEEL KIRPALANI & SCOTT SHELLEY, ESQS.<br>51 MADISON AVE 22ND FL<br>NEW YORK, NY 10010 |

| | |
|---|---|
| **CONSENTED TO ELECTRONIC SERVICE**<br>QUINN EMANUEL URQHUART & SULLIVAN, LLP<br>(COUNSEL TO AI INTERNATIONAL HOLDINGS (BVI) LTD.)<br>ATTN: BENNETT MURPHY, ESQ.<br>865 S FIGUEROA ST 10TH FL<br>LOS ANGELES, CA 90017 | **CONSENTED TO ELECTRONIC SERVICE**<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>(COUNSEL TO BANK OF HOPE)<br>ATTN: WILLIAM S. BRODY, ESQ.<br>1000 WILSHIRE BLVD STE 1500<br>LOS ANGELES, CA 90017-2457 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>BUCHANAN INGERSOLL & ROONEY PC<br>(COUNSEL TO SARTRACO, INC.)<br>ATTN: MARY F. CALOWAY<br>919 N MARKET ST STE 1500<br>WILMINGTON, DE 19801 | **CONSENTED TO ELECTRONIC SERVICE**<br>DAVID R. SOFTNESS, P.A.<br>(COUNSEL TO SARTRACO, INC.)<br>ATTN: DAVID R. SOFTNESS<br>201 S BISCAYNE BLVD STE 2740<br>MIAMI, FL 33131 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>LETO BASSUK<br>(COUNSEL TO SARTRACO, INC.)<br>ATTN: JUSTIN LETO & LARRY BASSUK<br>777 BRICKELL AVE STE 600<br>MIAMI, FL 33131 | **CONSENTED TO ELECTRONIC SERVICE**<br>MORRIS & ADELMAN, P.C.<br>(COUNSEL TO PHILADELPHIA MEDIA NETWORK)<br>ATTN: JAMES W. ADELMAN<br>PO BOX 2235<br>BALA CYNWYD, PA 19004-6235 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>PAUL HASTINGS LLP<br>(COUNSEL TO BOA, N.A. & FIRST REPUBLIC BANK)<br>ATTN: ANDREW V. TENZER, ESQ.<br>75 EAST 55TH ST<br>NEW YORK, NY 10022 | **CONSENTED TO ELECTRONIC SERVICE**<br>PAUL HASTINGS LLP<br>(COUNSEL TO BOA, N.A. & FIRST REPUBLIC BANK)<br>ATTN: SUSAN WILLIAMS & PAUL SAGAN, ESQS.<br>1999 AVENUE OF THE STARS<br>LOS ANGELES, CA 90067 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>ASHBY & GEDDES, P.A.<br>(COUNSEL TO BOA, N.A. & FIRST REPUBLIC BANK)<br>ATTN: WILLIAM P. BOWDEN, ESQ.<br>PO BOX 1150<br>WILMINGTON, DE 19899-1150 | **CONSENTED TO ELECTRONIC SERVICE**<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.<br>(COUNSEL TO TECHNICOLOR, INC., ET AL)<br>ATTN: RACHEL B. MERSKY, ESQ.<br>1201 N ORANGE ST STE 400<br>WILMINGTON, DE 19801 |

**CONSENTED TO ELECTRONIC SERVICE**
PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
ATTN: JAMES I. STANG, ESQ.
10100 SANTA MONICA BLVD 13TH FL
LOS ANGELES, CA 90067-4100

**CONSENTED TO ELECTRONIC SERVICE**
PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
ATTN: DEBRA I. GRASSGREEN, ESQ.
150 CALIFORNIA ST 15TH FL
SAN FRANCISCO, CA 94111-4500

**CONSENTED TO ELECTRONIC SERVICE**
PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
ATTN: ROBERT J. FEINSTEIN, ESQ.
780 THIRD AVE 36TH FL
NEW YORK, NY 10017-2024

**CONSENTED TO ELECTRONIC SERVICE**
PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
ATTN: BRADFORD J. SANDLER, ESQ.
919 N MARKET ST 17TH FL
WILMINGTON, DE 19801

**CONSENTED TO ELECTRONIC SERVICE**
WEISS & SPEES, LLP
(COUNSEL TO SEE-SAW FILMS PTY. LTD.)
ATTN: MICHAEL WEISS
6310 SAN VICENTE BLVD., SUITE 401
LOS ANGELES, CA 90048

**CONSENTED TO ELECTRONIC SERVICE**
GELLERT SCALI BUSENKELL & BROWN, LLC
(COUNSEL TO HOTEL MUMBAI PTY LTD AND RELATED AFFILIATES)
ATTN: MICHAEL BUSENKELL, ESQ.
1201 NORTH ORANGE STREET, SUITE 300
WILMINGTON, DE 19801

**CONSENTED TO ELECTRONIC SERVICE**
BRUTZKUS GUBNER
(COUNSEL TO HOTEL MUMBAI PTY LTD. AND RELATED AFFILAITES)
ATTN: LARRY W. GABRIEL, SUSAN K. SEFLIN & JESSICA L. BAGDANOV, ESQS.
21650 OXNARD STREET
WOODLAND HILLS, CA 91367

**CONSENTED TO ELECTRONIC SERVICE**
BLANK ROME LLP
(COUNSEL TO SPEEDEE DISTRIBUTION, LLC; FILMNATION ENTERTAINMENT, LLC, ET AL.)
ATTN: RICK ANTONOFF, ESQ.
THE CHRYSLER BLDG.; 405 LEXINGTON AVENUE
NEW YORK, NY 10174-0208

**CONSENTED TO ELECTRONIC SERVICE**
BLANK ROME LLP
(COUNSEL TO SPEEDEE DISTRIBUTION, LLC, FILMNATION ENTERTAINMENT, LLC, ET AL.)
ATTN: VICTORIA A. GUILFOYLE, EST.
1201 N. MARKET STREET, STE 800
WILMINGTON, DE 19801

**CONSENTED TO ELECTRONIC SERVICE**
WOMBLE BOND DICKINSON (US) LLP
(COUNSEL TO WIND RIVER PRODUCTIONS, LLC)
ATTN: MARK L. DESGROSSEILLIERS & MORGAN L. PATTERSON, ESQS.
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

**CONSENTED TO ELECTRONIC SERVICE**
SAUL EWING ARNSTEIN & LEHR LLP
(COUNSEL TO LIONS GATE ENTERTAINMENT CORP., ANCHOR BAY ENTERTAINMENT, LLC & FREMANTLE MEDIA LIMITED)
ATTN: MARK MINUTI, ESQ.
1201 NORTH MARKET STREET, SUITE 2300
WILMINGTON, DE 19801

**CONSENTED TO ELECTRONIC SERVICE**
KATTEN MUCHIN ROSENMAN LLP
(COUNSEL TO LIONS GATE ENTERTAINMENT CORP. AND ANCHOR BAY ENTERTAINMENT, LLC)
ATTN: JEFF J. FRIEDMAN, ESQ.
575 MADISON AVENUE
NEW YORK, NY 10022-2585

**CONSENTED TO ELECTRONIC SERVICE**
HERRICK, FEINSTEIN LLP
(COUNSEL TO BANK HAPOALIM B.M.)
ATTN: STEPHEN B. SELBST & ANDREW C. GOLD, ESQS.
2 PARK AVENUE
NEW YORK, NY 10016

**CONSENTED TO ELECTRONIC SERVICE**
ROBINS KAPLAN LLP
(COUNSEL TO ALFRED SIEGEL, CHAP. 7 TRUSTEE FOR GENIUS PRODUCTS, LLC)
ATTN: HOWARD J. WEG & JAMES P. MENTON, JR., ESQS.
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067

**CONSENTED TO ELECTRONIC SERVICE**
CHIPMAN BROWN CICERO & COLE, LLP
(COUNSEL TO CONTENT PARTNERS FUND 3 SPV LP & CONTENT PARTNERS FUND 3 SPV1 LP)
ATTN: WILLIAM E. CHIPMAN, JR., ESQ.
1313 NORTH MARKET STREET, SUITE 5400
WILMINGTON, DE 19801-6101

**CONSENTED TO ELECTRONIC SERVICE**
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
(COUNSEL TO CONTENT PARTNERS FUND 3 SPV LP & CONTENT PARTNERS FUND 3 SPV1 LP)
ATTN: DEBRA A. RILEY, ESQ.
ONE AMERICAN PLAZA; 600 WEST BROADWAY, 27TH FL
SAN DIEGO, CA 92101-0903

**CONSENTED TO ELECTRONIC SERVICE**
LOEB & LOEB LLP
(COUNSEL TO DIGITAL CINEMA IMPLEMENTATION PARTNERS, LLC)
ATTN: KARL E. BLOCK, VADIM J. RUBINSTEIN, DYLAN J. SMITH, ESQS.
10100 SANTA MONICA BLVD, SUITE 2200
LOS ANGELES, CA 90067

**CONSENTED TO ELECTRONIC SERVICE**
DIGITAL CINEMA IMPLEMENTATION PARTNERS, LLC
ATTN: MICHAEL POLITI
100 ENTERPRISE DRIVE, SUITE 505
ROCKAWAY, NJ 07866-2140

**CONSENTED TO ELECTRONIC SERVICE**
CHARLES E. BOUBOL, P.C.
(COUNSEL TO 180 VARICK LLC)
26 BROADWAY, 17TH FLOOR
NEW YORK, NY 10004

**CONSENTED TO ELECTRONIC SERVICE**
WARNER BROS. ENTERTAINMENT INC.
(COUNSEL TO WBEI)
ATTN: WAYNE M. SMITH, ESQ.
4000 WARNER BLVD
BUILDING 156 SO., ROOM 5120
BURBANK, CA 91522

**CONSENTED TO ELECTRONIC SERVICE**
FRIEDMAN & SPRINGWATER LLP
(COUNSEL TO UNIVERSAL MUSIC ENTERPRISES, ET AL.)
ATTN: JANE K. SPRINGWATER, ESQ.
350 SANSOME STREET, SUITE 210
SAN FRANCISCO, CA 94101

**CONSENTED TO ELECTRONIC SERVICE**
PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
(COUNSEL TO UNIVERSAL MUSIC ENTERPRISES, ET AL.)
ATTN: GREGORY T. DONILON, ESQ.
3711 KENNETT PIKE, SUITE 210
WILMINGTON, DE 19807

**CONSENTED TO ELECTRONIC SERVICE**
BAYARD, P.A.
(COUNSEL TO HARVEY WEINSTEIN)
ATTN: SCOTT D. COUSINS, ESQ., JUSTIN R. ALBERTO,
ESQ. & DANIEL BROGAN, ESQ.
600 N. KING STREET, SUITE 400
WILMINGTON, DE 19801

**CONSENTED TO ELECTRONIC SERVICE**
KATTEN MUCHIN ROSENMAN LLP
(COUNSEL TO FREMANTLE MEDIA LIMITED)
ATTN: JEFF J. FRIEDMAN, ESQ.
575 MADISON AVENUE
NEW YORK, NY 10022-2585

**CONSENTED TO ELECTRONIC SERVICE**
NEW YORK STATE ATTORNEY GENERAL
ATN: HOWARD MASTER, ENID NAGLER STUART, ANJANA
SAMANT & TED A. BERKOWITZ, ASST ATTORNEYS GENERAL
NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL
28 LIBERTY STREET
NEW YORK, NY 10005

**CONSENTED TO ELECTRONIC SERVICE**
ASHBY & GEDDES, P.A.
(COUNSEL TO J.C. PENNEY)
ATTN: GREGORY A. TAYLOR, ESQ.
500 DELAWARE AVENUE, 8TH FLOOR
PO BOX 1150
WILMINGTON, DE 19899-1150

**CONSENTED TO ELECTRONIC SERVICE**
FOLEY GARDERE
(COUNSEL TO J.C. PENNEY)
ATTN: MARCUS ALAN HELT & JASON B. BINFORD, ESQS.
2021 MCKINNEY AVENUE, STE 1600
DALLAS, TX 75201

**CONSENTED TO ELECTRONIC SERVICE**
VENABLE LLP
(COUNSEL TO CERTAIN COUNTERPARTIES TO EXECUTORY CONTRACTS)
ATTN: JEFFREY S. SABIN & CAROL A. WEINER, ESQ.
ROCKEFELLER CENTER
1270 AVENUE OF THE AMERICAS, 24TH FLOOR
NEW YORK, NY 10020

**CONSENTED TO ELECTRONIC SERVICE**
VENABLE LLP
(COUNSEL TO CERTAIN COUNTERPARTIES TO EXECUTORY CONTRACTS)
ATTN: JAMIE L. EDMONSON & DANIEL A. O'BREIN, ESQS.
1201 NORTH MARKET ST. STE 1400
WILMINGTON, DE 19801

**CONSENTED TO ELECTRONIC SERVICE**
VENABLE LLP
(COUNSEL TO CERTAIN COUNTERPARTIES TO EXECUTORY CONTRACTS)
ATTN: KEITH C. OWENS, ESQ.
2049 CENTURY PARK EAST, STE 2300
LOS ANGELES, CA 90067

**CONSENTED TO ELECTRONIC SERVICE**
BENESCH, FRIEDLANDER, COPLAN & ARNOFF LLP
(COUNSEL TO TIMUR BEKMAMBETOV, ET AL.; J.LAWRENCE,
ET AL.; L.DICAPRIO, ET AL., COMPANY MEN
PRODUCTIONS, INC. & J.ANISTON, ET AL.)
ATTN: JENNIFER R. HOOVER & KEVIN M. CAPUZZI, ESQS.
222 DELAWARE AVENUE, STE 801
WILMINGTON, DE 19801

**CONSENTED TO ELECTRONIC SERVICE**
JEFFER MANGELS BUTLER & MITCHELL LLP
(COUNSEL TO TIMUR BEKMAMBETOV, BAZELEVS US, INC.,
TENGRI, INC. AND MIRSAND LIMITED)
ATTN: THOMAS M. GEHER, ESQ.
1900 AVENUE OF THE STARS, 7TH FL
LOS ANGELES, CA 90067-4308

**CONSENTED TO ELECTRONIC SERVICE**
PRYOR & MANDELUP, LLP
(COUNSEL TO SAFETY FACILITY SERVICES)
ATTN: ANTHONY F. GIULIANO, ESQ.
675 OLD COUNTRY ROAD
WESTBURY, NY 11590

**CONSENTED TO ELECTRONIC SERVICE**
ROSENTHAL, MONHAIT & GODDESS, PA
(COUNSEL TO DELTA LAST LEGION LTD., ORANGE STUDIO
AND QUINTA COMMUNICATIONS, SA)
ATN: NORMAN M. MONHAIT & EDWARD B. ROSENTHAL, ESQS
919 N. MARKET STREET, SUITE 1401
PO BOX 1070
WILMINGTON, DE 19899-1070

**CONSENTED TO ELECTRONIC SERVICE**
PILLSBURY WINTHROP SHAW PITTMAN LLP
(COUNSEL TO DELTA LAST LEGION LTD., ORANGE STUDIO
AND QUINTA COMMUNICATIONS, SA)
ATN: KATHY A. JORRIE, DAVID MINNICK, &
JEFFREY WEXLER, ESQS
725 SOUTH FIGUEROA ST, STE 2800
LOS ANGELES, CA 90017-5406

**CONSENTED TO ELECTRONIC SERVICE**
BALLARD SPAHR LLP
(COUNSEL TO OWN LLC, VISIONA ROMANTICA,INC, ET AL)
ATTN: MATTHEW G. SUMMERS & LAUREL D. ROGLEN, ESQS.
919 N. MARKET STREET, 11TH FL
WILMINGTON, DE 19801

**CONSENTED TO ELECTRONIC SERVICE**
ROBINS KAPLAN LLP
(COUNSEL TO OWN LLC, VISIONA ROMANTICA,INC, ET AL)
ATTN: HOWARD J. WEG & MICHAEL T. DELANEY, ESQS.
2049 CENTURY PARK E.. STE 3400
LOS ANGELES, CA 90067

**CONSENTED TO ELECTRONIC SERVICE**
KRAMER LEVIN NAFTALIS & FRANKEL LLP
(COUNSEL TO THE PIPPIN OWNERS & IN THE
HEIGHTS OWNERS)
ATTN: P.BRADLEY O'NEILL, ESQ.
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

**CONSENTED TO ELECTRONIC SERVICE**
BIELLI & KALUDER LLC
(COUNSEL TO THE PIPPIN OWNERS & IN THE
HEIGHTS OWNERS)
ATTN: DAVID M. KALUDER
1204 N. KING STREET
WILMINGTON, DE 19801

**CONSENTED TO ELECTRONIC SERVICE**
JEFFER MANGELS BUTLER & MITCHELL LLP
(COUNSEL TO J.LAWRENCE, ET AL.; L.DECAPRIO,ET AL.,
COMPANY MEN PRODUCTIONS, INC. & J.ANISTON, ET AL.)
ATTN: THOMAS M. GEHER & DAVID M. POITRAS, ESQS.
1900 AVENUE OF THE STARS, 7TH FL
LOS ANGELES, CA 90067-4308

| | |
|---|---|
| **CONSENTED TO ELECTRONIC SERVICE**<br>HOGAN MCDANIEL<br>(COUNSEL TO INCLUSION MEDIA, LLC)<br>ATTN: GARVAN F. MCDANIEL, ESQ.<br>1311 DELAWARE AVENUE<br>WILMINGTON, DE 19806 | **CONSENTED TO ELECTRONIC SERVICE**<br>KASOWITZ BENSON TORRES LLP<br>(COUNSEL TO INCLUSION MEDIA, LLC)<br>ATTN: ANDREW K. GLENN, ESQ.<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, PC<br>(COUNSEL TO S.CARTER ENTERPRIZES LLC &<br>SHAWN C. CARTER A/K/A JAY Z)<br>ATTN: JAMES F. HARKER, ESQ.<br>1007 N. ORANGE ST, STE 1130<br>WILMINGTON, DE 19801 | **CONSENTED TO ELECTRONIC SERVICE**<br>GREENBERG TRAURIG LLP<br>(COUNSEL TO JACKPOT PRODUCTIONS LIMITED F/S/O<br>J.WHITEHALL & J.GRAHAM)<br>ATTN: DENNIS A. MELORO, ESQ.<br>THE NEMOURS BLDG; 1007 N. ORANGE ST, STE. 1200<br>WILMINGTON, DE 19801 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>GREENBERG TRAURIG, LLP<br>(COUNSEL TO JACKPOT PRODUCTIONS LIMITED F/S/O<br>J.WHITEHALL & J.GRAHAM)<br>ATTN: RYAN A. WAGNER<br>METLIFE BLDG, 200 PARK AVENUE<br>NEW YORK, NY 10166 | **CONSENTED TO ELECTRONIC SERVICE**<br>FINEMAN KREKSTEIN & HARRIS PC<br>(COUNSEL TO SONY PICTURES ENTERTAINMENT<br>INC., ET AL.)<br>ATTN: DEIRDRE M. RICHARDS, ESQ.<br>1300 N. KING STREET<br>WILMINGTON, DE 19801 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>BUCHALTER, A PROFESSIONAL CORP.<br>(COUNSEL TO SONY PICTURES ENTERTAINMENT<br>INC., ET AL.)<br>ATTN: PAUL S. ARROW, ESQ.<br>1000 WILSHIRE BLVD, STE 1500<br>LOS ANGELES, CA 90017 | **CONSENTED TO ELECTRONIC SERVICE**<br>PROSKAUER ROSE LLP<br>(COUNSEL TO BMG)<br>ATTN: JEFFREY W. LEVITAN, ESQ.<br>11 TIMES SQUARE<br>NEW YORK, NY 10036 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>PARKER SCHWARTZ, PLLC<br>(COUNSEL TO HARKINS ADMINISTRATIVE SERVICES, INC.)<br>ATTN: JARED G. PARKER, ESQ.<br>7310 N 16TH STREET, STE 330<br>PHOENIX, AZ 85020 | **CONSENTED TO ELECTRONIC SERVICE**<br>ASHBY & GEDDES, PA<br>(COUNSEL TO HARKINS ADMINISTRATIVE SERVICES, INC.)<br>ATTN: DON A. BESKRONE, ESQ.<br>500 DELAWARE AVENUE, 8TH FL<br>PO BOX 1150<br>WILMINGTON, DE 19899-1150 |

**CONSENTED TO ELECTRONIC SERVICE**
SEYFARTH SHAW LLP
ATTN: EDWARD M. FOX, ESQ.
620 8TH AVENUE
NEW YORK, NY 10018

**CONSENTED TO ELECTRONIC SERVICE**
CHIPMAN BROWN CICERO & COLE, LLP
ATTN: WILLIAM E. CHIPMAN, ESQ.
HERCULES PLAZA
1315 N, MARKET STREET, SUITE 540
WILMINGTON, DE 19801

**CONSENTED TO ELECTRONIC SERVICE**
ROSENTHAL, MONHAIT & GODDESS, P.A.
(COUNSEL TO OPTIMUM RELEASING LTD)
ATTN: NORMAN M. MONHAIT, ESQ. & EDWARD B. ROSENTHAL, ESQ.)
P.O. BOX 1070
WILMINGTON, DE 19899-1070

**CONSENTED TO ELECTRONIC SERVICE**
PILLSBURY WINTHROP SHAW PITTMAN LLP
(COUNSEL TO OPTIMUM RELEASING LTD)
725 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017-5406

**CONSENTED TO ELECTRONIC SERVICE**
DIAMOND MCCARTHY LLP
(COUNSEL TO JEFF ABBOTT)
ATTN: SHERYL P. GIUGLIANO, ESQS.
489 FIFTH AVENUE, 21ST FLOOR
NEW YORK, NY 10017

**CONSENTED TO ELECTRONIC SERVICE**
KATTEN MUCHIN ROSENMAN LLP
(COUNSEL TO UNIONBANCAL EQUITIES, INC)
ATTN: WILLIAM B. FREEMAN & JERRY L. HALL
515 SOUTH FLOWER STREET, SUITE 1000
LOS ANGELES, CA 90071-2212

**CONSENTED TO ELECTRONIC SERVICE**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
(COUNSEL TO UNIONBANCAL EQUITIES, INC.)
ATTN: ROBERT S. BRADY, ESQ., SEAN M. BEACH, ESQ., ELIZABETH S. JUSTISON, ESQ.)
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801

**CONSENTED TO ELECTRONIC SERVICE**
POLSINELLI PC
(COUNSEL TO SNOOGANS INC. AND VIEW ASKEW PRODUCTIONS INC.)
ATTN: SHANTI M. KATONA, ESQ.
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

**CONSENTED TO ELECTRONIC SERVICE**
PARKLAW LLC
(COUNSEL TO SNOOGANS INC. AND VIEW ASKEW PRODUCTIONS INC.)
ATTN: KAREN PARK, ESQ.
830 THIRD AVENUE, 5TH FL
NEW YORK, NY 10022

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO EAST WEST BANK)
ATTN: DAVID F. STABER, ESQ.
1700 PACIFIC AVE, STE 4100
DALLAS, TX 75201-4624

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>(COUNSEL TO PORTFOLIO FUNDING COMPANY LLC I)<br>ATTN: DAVID P. SIMONDS & EDWARD MCNEILLY, ESQS.<br>1999 AVENUE OF THE STARS, STE 600<br>LOS ANGELES, CA 90067-6022 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>(COUNSEL TO PORTFOLIO FUNDING COMPANY LLC I)<br>ATTN: DEBORAH J. NEWMAN, ESQ.<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK, NY 10036-6745 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC.<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | BROWN RUDNICK LLP<br>(COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK,<br>S.A.THOMAS, M.SAGEMILLER & N.KLATT)<br>ATN: EDWARD S. WEISFELNER & HOWARD S. STEEL, ESQS.<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 |
| BUSH GOTTLIEB<br>(COUNSEL TO DIRECTORS GUILD OF AMERICA, INC ET AL)<br>ATTN: JOSEPH A. KOHANSKI, DAVID E. AHDOOT,<br>KIRK PRESTEGARD & KIEL IRELAND, ESQS.<br>801 N BRAND BLVD STE 950<br>GLENDALE, CA 91203 | CARTER LEDYARD & MILBURN LLP<br>(COUNSEL TO BRB INTERNACIONAL S.A. & APOLO FILMS SL)<br>ATTN: AARON R. CAHN & JOHN MICHAEL GRIEM, JR.<br>2 WALL ST<br>NEW YORK, NY 10005-2072 |
| CRAVATH, SWAINE & MOORE LLP<br>(COUNSEL TO THE DEBTORS)<br>ATTN: PAUL ZUMBRO, AND ANDREW ELKEN<br>WORLDWIDE PLAZA, 825 EIGHTH AVE<br>NEW YORK, NY 10019 | CROSS & SIMON, LLC<br>(COUNSEL TO CREATIVE ARTIST AGENCY)<br>ATTN: CHRISTOPHER P. SIMON & KEVIN S. MANN, ESQS.<br>1105 N MARKET ST STE 901<br>WILMINGTON, DE 19801 |
| CROSS & SIMON, LLC<br>(COUNSEL TO WARNER BROS., KANBAR ENTERTAINMENT,<br>LLC, HOODWINKED, LLC, ANNAPURNA PICTURES, WANDA<br>PICTURES (HONG KONG) CO. LTD.)<br>ATTN: CHRISTOPHER P. SIMON, ESQ.<br>1105 NORTH MARKET STREET, SUITE 901<br>WILMINGTON, DE 19801 | DAIMLER TRUST<br>C/O BK SERVICING, LLC<br>PO BOX 131265<br>SAINT PAUL, MN 55113-0011 |

DAVIS WRIGHT TREMAINE LLP
(COUNSEL TO AMAZON, ET AL)
ATTN: JOSEPH M. VANLEUVEN
1300 SW FIFTH AVE STE 2400
PORTLAND, OR 97201

DIGITAL CINEMA IMPLEMENTATION PARTNERS, LLC
ATTN: MICHAEL POLITI
100 ENTERPRISE DRIVE, SUITE 505
ROCKAWAY, NJ 07866-2140

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
(COUNSEL TO THE MCCLATCHY COMPANY, ET AL.)
ATTN: PAUL J. PASCUZZI, ESQ.
400 CAPITOL MALL, SUITE 1750
SACRAMENTO, CA 95814

GELLERT SCALI BUSENKELL & BROWN, LLC
(COUNSEL TO LESIA ANSON)
ATTN: MICHAEL BUSENKELL & AMY BROWN, ESQS.
1201 NORTH ORANGE STREET, SUITE 300
WILMINGTON, DE 19801

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
(COUNSEL TO WANDA PICTURES (HONG KONG) CO. LTD.)
ATTN: PETER M. BRANSTEN, ESQ.
425 CALIFORNIA STREET, STE 800
SAN FRANCISCO, CA 94104

HAGENS BERMAN SOBOL SHAPIRO LLP
(COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK,
S.A.THOMAS, M.SAGEMILLER & N.KLATT)
ATTN: STEVE W. BERMAN & SHELBY SMITH, ESQS.
1301 SECOND AVE, STE 2000
SEATTLE, WA 98101

HAGENS BERMAN SOBOL SHAPIRO LLP
(COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK,
S.A.THOMAS, M.SAGEMILLER & N.KLATT)
ATTN: ELIZABETH A. FEGEN & EMILY BROWN, ESQS.
455 N. CITYFRONT PLAZA DR., STE 2410
CHICAGO, IL 60611

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IP MANAGEMENT, INC. / IPW, LLC
C/O MARC TOBEROFF
23823 MALIBU ROAD, SUITE 50-363
MALIBU, CA 90265

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC
ATTN: JOSEPH CORRIGAN
ONE FEDERAL STREET
BOSTON, MA 02110

| | |
|---|---|
| KELLEY DRYE & WARREN LLP<br>(COUNSEL TO CINEDIGM)<br>ATTN: JAMES S. CARR & KRISTEN S. ELLIOTT, ESQS.<br>101 PARK AVE<br>NEW YORK, NY 10178 | KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>(COUNSEL TO NETFLIX GLOBAL LLC, NETFLIX INTL. B.V.<br>NETFLIX STUDIOS LLC, AND NETFLIX, INC.)<br>ATN: THOMAS E. PATTERSON & JULIAN I. GURULE, ESQS.<br>1999 AVENUE OF THE START, 39TH FLOOR<br>LOS ANGELES, CA 90067-6049 |
| LANDAU GOTTFRIED & BERGER LLP<br>(COUNSEL TO CREATIVE ARTISTS AGENCY)<br>ATTN: MICHAEL I. GOTTFRIED, ESQ.<br>1801 CENTURY PARK EAST, STE 700<br>LOS ANGELES, CA 90067 | LANDAU GOTTFRIED & BERGER LLP<br>(COUNSEL TO ANNAPURNA PICTURES<br>ATTN: PETER J. GURFEIN<br>1801 CENTURY PARK EAST, SUITE 700<br>LOS ANGELES, CA 90067 |
| LANDAU GOTTFRIED & BERGER LLP<br>(COUNSEL TO WARNER BROS.)<br>ATTN: JON L.R. DALBERG, ESQ.<br>1801 CENTURY PARK EAST, SUITE 700<br>LOS ANGELES, CA 90067 | LANDAU GOTTFRIED & BERGER LLP<br>(COUNSEL TO KANBAR ENTERTAINMENT, LLC AND HOODWINKED, LLC)<br>ATTN: JOHN P. REITMAN & JON L.R. DALBERG, ESQS.<br>1801 CENTRUY PARK EAST, SUITE 700<br>LOS ANGELES, CA 90067 |
| LATHAM & WATKINS LLP<br>(COUNSEL TO TIM SARNOFF)<br>ATTN: MARVIN S. PUTNAM & LAURA R. WASHINGTON, ESQS<br>10250 CONSTELLATION BLVD., SUITE 1100<br>LOS ANGELES, CA 90067 | LATHAM & WATKINS LLP<br>(COUNSEL TO TIM SARNOFF)<br>ATTN: TED A. DILLMAN<br>355 SOUTH GRAND AVENUE, SUITE 100<br>LOS ANGELES, CA 90071-1560 |
| LAW OFFICE OF CURTIS A. HEHN<br>(COUNSEL TO NETFLIX GLOBAL LLC, NETFLIX INTL. B.V.<br>NETFLIX STUDIOS LLC, AND NETFLIX, INC.)<br>ATTN: CURTIS A. HEHN, ESQ.<br>1007 N. ORANGE STREEET, 4TH FL<br>WILMINGTON, DE 19801 | LAW OFFICE OF SUSAN E. KAUFMAN, LLC<br>(COUNSEL TO DIRECTORS GUILD OF AMERICA, INC ET AL)<br>ATTN: SUSAN E. KAUFMAN, ESQ.<br>919 N MARKET ST STE 460<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| LIGHT CHASER ANIMATION STUDIOS<br>ATTN: ZHOU YU<br>SECTION D, ART BASE ONE, SHUMBAI RD<br>CHAOYANG DISTRICT<br>BEIJING, 100103<br>CHINA | LOEB & LOEB LLP<br>(COUNSEL TO TOYOTA MOTOR SALES, USA, INC. &<br>TOYOTA MOTOR CORPORATION)<br>ATTN: WALTHER H. CURCHACK & BETHANY D. SIMMONS<br>345 PARK AVENUE<br>NEW YORK, NY 10154 |
| LOEB & LOEB LLP<br>(COUNSEL TO BBC WORLDWIDE LIMITED)<br>ATTN: WALTER H. CHURCHAK & BETHANY D. SIMMONS<br>345 PARK AVENUE<br>NEW YORK, NY 10154 | MCCABE, WEISBERG & CONWAY, LLC<br>(COUNSEL TO DAIMLER TRUST)<br>ATTN: JANET Z. CARLTON, CHASE N. MILLER, KRISTI J. DOUGHTY & MICHAEL K. PAK<br>1407 FOULK ROAD, SUITE 204<br>FOULKSTONE PLAZA<br>WILMINGTON, DE 19803 |
| MCDERMOTT WILL & EMERY LLP<br>(COUNSEL TO BETA FILM GMBH)<br>ATTN: DARREN AZMAN, ESQ.<br>340 MADISON AVENUE<br>NEW YORK, NY 10173-1922 | MORRIS JAMES LLP<br>(COUNSEL TO TOYOTA MOTOR SALES, USA, INC. &<br>TOYOTA MOTOR CORPORATION)<br>ATTN: ERIC J. MONZO, ESQ.<br>500 DELAWARE AVENUE, STE 1500<br>WILMINGTON, DE 19801 |
| MORRIS JAMES LLP<br>(COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK, S.A.THOMAS, M.SAGEMILLER & N.KLATT)<br>ATTN: JEFFRESY R. WAXMAN, ESQ.<br>500 DELAWARE AVENUE, STE 1500<br>WILMINGTON, DE 19801 | MORRIS JAMES LLP<br>(COUNSEL TO BBC WORLDWIDE LIMITED)<br>ATTN: ERIC J. MONZO, ESQ.<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON, DE 19801 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>(COUNSEL TO A+E TELEVISION NETWORKS, LLC)<br>ATTN: ANDREW R REMMING & MATTHEW O. TALMO, ESQS.<br>PO BOX 1347<br>WILMINGTON, DE 19899-1347 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>(COUNSEL TO TIM SARNOFF)<br>ATTN: DEREK C. ABBOTT & MATTHEW O. TALMO, ESQS.<br>1201 N. MARKET ST, 16TH FL<br>WILMINGTON, DE 19899-1347 |

| | |
|---|---|
| OFFICE OF THE UNITED STATES ATTORNEY<br>DISTRICT OF DELAWARE<br>NEMOURS BUILDING<br>1007 N ORANGE ST 700<br>WILMINGTON, DE 19801 | OFFICE OF THE UNITED STATES TRUSTEE<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING ST STE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19801 |
| PEOPLE OF THE STATE OF NEW YORK, THE<br>C/O ERIC T SCHNEIDERMAN<br>120 BROADWAY<br>NEW YORK, NY 10271 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>(COUNSEL TO STUDIOCANAL S.A.S., WILD BUNCH S.A., &<br>GAUMONT S.A.)<br>ATTN: KATHY A. JORRIE, ESQ., DAVID MINNICK, ESQ.,<br>& JEFFREY WEXLER, ESQ.<br>725 SOUTH FIGUEROA STREET, SUITE 2800<br>LOS ANGELES, CA 90017-5406 |
| POTTER ANDERSON & CORROON LLP<br>(COUNSEL TO WALT DISNEY COMPANY)<br>ATTN: JEREMY RYAN AND D. RYAN SLAUGH<br>P.O. BOX 951<br>WILMINGTON, DE 19801 | RICHARDS, LAYTON & FINGER, P.A.<br>(CO-COUNSEL FOR THE DEBTORS)<br>ATTN: MARK D. COLLINS AND PAUL N. HEATH<br>ONE RODNEY SQUARE, 920 NORTH KING STREET<br>WILMINGTON, DE 19801 |
| ROSENTHAL, MONHAIT & GODDESS, P.A.<br>(COUNSEL TO STUDIOCANAL S.A.S., WILD BUNCH S.A. &<br>GAUMONT S.A.)<br>ATTN: NORMAN M. MONHAIT, ESQ. & EDWARD B.<br>ROSENTHAL, ESQ.<br>P.O. BOX 1070<br>WILMINGTON, DE 19899-1070 | SECURITIES AND EXCHANGE COMMISSION<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>200 VESEY ST STE 400<br>NEW YORK, NY 10281 | SNELL & WILMER<br>(COUNSEL TO OPUS BANK)<br>ATTN: ROBERT R. KINAS, BLAKELEY E. GRIFFITH &<br>CHARLES E. GIANELLONI, ESQS.<br>3883 HOWARD HUGHES PARKWAY, STE. 1100<br>LAS VEGAS, NV 89169 |

| | |
|---|---|
| STATE OF CALIFORNIA ATTORNEY GENERAL<br>ATTN: XAVIER BECERRA<br>1300 I ST, STE 1740<br>SACRAMENTO, CA 95814 | STATE OF NEW YORK ATTORNEY GENERAL<br>ATTN: ERIC T. SCHNEIDERMAN<br>THE CAPITOL<br>ALBANY, NY 12224-0341 |
| TN DEPT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | TOBEROFF & ASSOCIATES, PC<br>(COUNSEL TO LESIA ANSON)<br>ATTN: MARC TOBEROFF, ESQ.<br>23823 MALIBU ROAD, SUITE 50-363<br>MALIBU, CA 90265 |
| VORYS, SATER, SEYMOUR AND PEASE LLP<br>(COUNSEL TO TURNER ENTERTAINMENT NETWORKS, INC.)<br>ATTN: TIFFANY STRELOW COBB, ESQ.<br>52 EAST GAY STREET/P.O. BOX 1008<br>COLUMBUS, OH 43216-1008 | WEIL, GOTHSAL & MANGES LLP<br>(COUNSEL TO A+E TELEVISION NETWORKS, LLC)<br>ATTN: DAVID L. YOHAI, DAVID N. GRIFFITHS,<br>THEODORE E. TSEKERIDES & CHRISTINA M. BROWN, ESQS.<br>767 FIFTH AVE<br>NEW YORK, NY 10153-0119 |
| WHITEFORD, TAYLOR & PRESTON LLC<br>(COUNSEL TO PORTFOLIO FUNDING COMPANY LLC I, EAST WEST BANK & BETA FILM GMBH)<br>ATTN: CHRISTOPHER M. SAMIS & L. KATHERUNE GOOD<br>THE RENAISSANCE CENTRE<br>405 N KING ST STE 500<br>WILMINGTON, DE 19801 | WILMER CUTLER PICKERING HALE AND DORR LLP<br>(COUNSEL TO THE WALT DISNEY COMPANY)<br>ATTN: ANDREW GOLDMAN, ESQ.<br>7 WORLD TRADE CENTER<br>250 GREENWICH STREET<br>NEW YORK, NY 10007 |
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>(COUNSEL TO THE WALT DISNEY COMPANY)<br>ATTN: NANCY L. MANZER, ESQ.<br>1875 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC 20006 | WILMER CUTLER PICKERING HALE AND DORR LLP<br>(COUNSEL TO WALT DISNEY COMPANY)<br>ATTN: CHRISTOPHER HAMPSON, ESQ.<br>60 STATE STREET<br>BOSTON, MA 02109 |

| | |
|---|---|
| WINSTON & STRAWN LLP<br>(COUNSEL TO NU IMAGE, INC.)<br>ATTN: CARRIE V. HARDMAN, ESQ.<br>200 PARK AVE<br>NEW YORK, NY 10166 | WOMBLE BOND DICKINSON (US) LLP<br>(COUNSEL TO BANK HAPOALIM & OPUS BANK)<br>ATTN: MATTHEW P. WARD & MORGAN L. PATTERSON, ESQS.<br>222 DELAWARE AVENUE, STE 1501<br>WILMINGTON, DE 19801 |
| WOMBLE BOND DICKINSON (US) LLP<br>(COUNSEL TO NU IMAGE, INC.)<br>ATTN: MATTHEW P. WARD, ERICKA F. JOHNSON &<br>MORGAN L. PATTERSON, ESQS.<br>222 DELAWARE AVE, STE 1501<br>WILMINGTON, DE 19801 | |