# Exhibit A

#50759915 v1

| CONTRACT NO. [DOCKET NO. 860] | DEBTOR(S) | CONTRACT COUNTERPARTY | CONTRACT TITLE | EFFECTIVE DATE | ORIGINAL CURE AMOUNT | ADDITIONAL CURE AMOUNT |
|---|---|---|---|---|---|---|
| **THE FOLLOWING CONTRACTS ARE BEING REMOVED FROM THE ASSUME CONTRACT SCHEDULE:** | | | | | | |
| 17845 | THE ACTORS GROUP LLC | PARK, RANDALL | CONFIRMATION DEAL MEMORANDUM | 12/8/2016 | $0.00 | $0.00 |
| 17846 | THE ACTORS GROUP LLC | PARK, RANDALL | CONFIRMATION DEAL MEMORANDUM | 12/8/2016 | $0.00 | $0.00 |
| **THE FOLLOWING CONTRACTS ARE BEING ADDED TO THE ASSUMED CONTRACT SCHEDULE:** | | | | | | |
| 20255 | THE WEINSTEIN COMPANY LLC | SAPPHIRES FILM HOLDINGS PTY LTD | EXHIBIT | 11/30/2012 | $0.00 | $0.00 |
| 20256 | THE WEINSTEIN COMPANY LLC | SAPPHIRES FILM HOLDINGS PTY LTD, THE | AMENDMENT #1 | 4/10/2012 | $0.00 | $0.00 |
| 20257 | THE WEINSTEIN COMPANY LLC | SAPPHIRES FILM HOLDINGS PTY LTD, THE | AMENDMENT #2 | 7/18/2012 | $0.00 | $0.00 |
| 23371 | THE WEINSTEIN COMPANY LLC | THE SAPPHIRES FILM HOLDINGS PTY LTD | EXCLUSIVE LICENSE AGREEMENT | 4/10/2012 | $0.00 | $0.00 |
| 3466 | Weinstein Global Film Corp. | C8 | First Amendment to Deal Memo "3:10 to Yuma" | 7/5/2017 | $0.00 | $0.00 |
| 24383, 24387, 24391, 24395 | The Weinstein Company LLC | Univision Networks & Studios Inc. | License Agreement (33 Title) | 11/21/2006 | $0.00 | $0.00 |
| 3840, 3842 | THE WEINSTEIN COMPANY LLC | CELESTIAL PRODUCTIONS LIMITED | DEVELOPMENT FINANCING AND COLLABORATION AGREEMENT | 2/26/2013 | $0.00 | $0.00 |
| 3841 | THE WEINSTEIN COMPANY LLC | CELESTIAL PRODUCTIONS LIMITED | DEVELOPMENT FINANCING AND COLLABORATION AGREEMENT | 5/10/2013 | $0.00 | $0.00 |
| 3837 | THE WEINSTEIN COMPANY LLC | CELESTIAL PRODUCTIONS LIMITED | LETTER AGREEMENT RE: SHAW BROTHERS LIBRARY | 3/19/2003 | $0.00 | $0.00 |
| 3836 | W ACQUISITION COMPANY, LLC | CELESTIAL FILMED ENTERTAINMENT | LETTER AGREEMENT AMENDMENT | 4/17/2006 | $0.00 | $0.00 |
| 3830 | W ACQUISITION COMPANY, LLC | CELESTIAL FILMED ENTERTAINMENT | LETTER AGREEMENT AMENDMENT | 4/21/2005 | $0.00 | $0.00 |
| 3839 | THE WEINSTEIN COMPANY LLC | CELESTIAL PRODUCTIONS LIMITED | AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT DTD 10/28/2013 | 10/28/2013 | $0.00 | $0.00 |
| 2388 | THE WEINSTEIN COMPANY LLC | Big Beach, LLC | Exclusive License Agreement | 1/23/2011 | $0.00 | $0.00 |
| 2386 | THE WEINSTEIN COMPANY LLC | Big Beach, LLC | LONG FORM SIDE LETTER | 2/8/2011 | $0.00 | $0.00 |
| 2389 | THE WEINSTEIN COMPANY LLC | Big Beach, LLC | EXCLUSIVE LICENSE AGREEMENT | 5/16/2015 | $0.00 | $0.00 |
| 2383 | THE WEINSTEIN COMPANY LLC | Big Beach, LLC | AMENDMENT TO SALES AGENCY AGREEMENT FOR THREE GENERATIONS | 5/16/2015 | $0.00 | $0.00 |
| 2385 | THE WEINSTEIN COMPANY LLC | Big Beach, LLC | FIRST AMENDMENT | 12/21/2015 | $0.00 | $0.00 |
| 2387 | THE WEINSTEIN COMPANY LLC | Big Beach, LLC | SECOND AMENDMENT | 8/24/2016 | $0.00 | $0.00 |
| 2389 | THE WEINSTEIN COMPANY LLC | Big Beach, LLC | EXCLUSIVE LICENSE AGREEMENT | 5/16/2015 | $0.00 | $0.00 |
| 21345, 21346 | THE WEINSTEIN COMPANY LLC | Snoogans, Inc. f/s/o Kevin Smith | Financing and Distribution Agreement (Sold Out: A Threevening with Kevin Smith) | 7/25/2007 | $0.00 | $0.00 |
| 12954 | The WEINSTEIN COMPANY LLC | KOO KOO BANANA LLC | EXCLUSIVE LICENSE AGREEMENT | 6/11/2008 | $12,515.00 | $0.00 |
| 3993 | THE WEINSTEIN COMPANY LLC | CHEECH AND CHONG LLC | Exclusive License Agreement | 6/11/2008 | $12,515.00 | $0.00 |
| 10023 | WEINSTEIN TELEVISION LLC | JAMES GRAHAM | WRITER'S AGREEMENT "PUBLIC RELATIONS" | 2017 | $0.00 | $0.00 |
| 12074 | WEINSTEIN TELEVISION LLC | JACKPOT PRODUCTIONS LIMITED F/S/O JACK WHITEHALL | WRITER'S AGREEMENT "PUBLIC RELATIONS" | 2017 | $0.00 | £18,500.00 |
| 6213 | THE WEINSTEIN COMPANY LLC | DISTANT HORIZON LTD | EXCLUSIVE LICENSE AGREEMENT | | $83,392.00 | $0.00 |
| 6216 | THE WEINSTEIN COMPANY LLC | DISTANT HORIZON LTD | FIRST AMENDMENT TO ACQUISITION AGREEMENT | 3/14/2013 | $0.00 | $0.00 |
| 6219 | THE WEINSTEIN COMPANY LLC | DISTANT HORIZON LTD | LETTER OF DIRECTION | 12/16/2013 | $0.00 | $0.00 |
| 6225 | THE WEINSTEIN COMPANY LLC | DISTANT HORIZON LTD | MORTGAGE OF COPYRIGHT AND SECURITY AGREEMENT | 2/12/2013 | $0.00 | $0.00 |
| 6231 | THE WEINSTEIN COMPANY LLC | DISTANT HORIZON LTD | SECOND AMENDMENT TO ACQUISITION AGREEMENT | 8/7/2013 | $0.00 | $0.00 |
| 6232 | THE WEINSTEIN COMPANY LLC | DISTANT HORIZON LTD | THIRD AMENDMENT TO ACQUISITION AGREEMENT | 12/12/2013 | $0.00 | $0.00 |
| 6214 | THE WEINSTEIN COMPANY LLC | DISTANT HORIZON LTD | EXCLUSIVE LICENSE AGREEMENT DTD 2/12/2013 | | $0.00 | $0.00 |
| 6218 | THE WEINSTEIN COMPANY LLC | DISTANT HORIZON LTD | INSTRUMENT OF TRANSFER FOR "LONG WALK TO FREEDOM" DTD 2/14/2013 | | $0.00 | $0.00 |
| 6221 | THE WEINSTEIN COMPANY LLC | DISTANT HORIZON LTD | LONG WALK TO FREEDOM - FIRST AMENDMENT DTD 3/14/2013 | | $0.00 | $0.00 |

| CONTRACT NO. [DOCKET NO. 860] | DEBTOR(S) | CONTRACT COUNTERPARTY | CONTRACT TITLE | EFFECTIVE DATE | ORIGINAL CURE AMOUNT | ADDITIONAL CURE AMOUNT |
|---|---|---|---|---|---|---|
| 6222 | THE WEINSTEIN COMPANY LLC | DISTANT HORIZON LTD | LONG WALK TO FREEDOM - SECOND AMENDMENT DTD 8/7/2013 | | $0.00 | $0.00 |
| 6223 | THE WEINSTEIN COMPANY LLC | DISTANT HORIZON LTD | LONG WALK TO FREEDOM - THIRD AMENDMENT DTD 12/12/2013 | | $0.00 | $0.00 |
| 6224 | THE WEINSTEIN COMPANY LLC | DISTANT HORIZON LTD | MORTGAGE OF COPYRIGHT & SECURITY AGREEMENT DTD 2/14/2013 | | $0.00 | $0.00 |
| 6229 | THE WEINSTEIN COMPANY LLC | DISTANT HORIZON LTD | SALES AGENCY AGREEMENT DTD 3/1/2012 | | $0.00 | $0.00 |
| 20322 | THE WEINSTEIN COMPANY LLC | SAVING SANTA THE MOVIE LTD | RE: DISTRIBUTION AGREEMENT DTD 5/22/2013, RECORDED 3/27/2014 | | $0.00 | $20,780.00 |
| 20323 | THE WEINSTEIN COMPANY LLC | SAVING SANTA THE MOVIE LIMITED | PRODUCTION SERVICES AGREEMENT | 5/7/2013 | $0.00 | $0.00 |
| 20324 | THE WEINSTEIN COMPANY LLC | SAVING SANTA THE MOVIE LTD | SETTLEMENT AND AGREEMENT | 1/11/2016 | $0.00 | $0.00 |
| 20325 | THE WEINSTEIN COMPANY LLC | SAVING SANTA THE MOVIE, LTD. | EXCLUSIVE LICENSE AGREEMENT | 5/22/2013 | $0.00 | $0.00 |
| 21072 | THE WEINSTEIN COMPANY LLC | SING STREET DISTRIBUTION LLC | "SING STREET" - EXCLUSIVE LICENSE AGREEMENT DTD 5/17/2014 | | $0.00 | $0.00 |
| 21073 | THE WEINSTEIN COMPANY LLC | SING STREET DISTRIBUTION LLC | EXCLUSIVE LICENSE AGREEMENT DTD 5/17/2014 | | $0.00 | $0.00 |
| 21074 | THE WEINSTEIN COMPANY LLC | SING STREET DISTRIBUTION, LLC | EXCLUSIVE LICENSE AGREEMENT | 5/17/2014 | $0.00 | $0.00 |
| 1365 | THE WEINSTEIN COMPANY LLC | ARCLIGHT FILMS INTERNATIONAL PTY | 14 BLADES EXCLUSIVE LICENSE AGREEMENT | 4/26/2010 | $0.00 | $0.00 |
| 9128 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | BINDING HEADS OF AGREEMENT (MODELS OF THE RUNWAY SEASON1) EFFECTIVE DATE: 7/23/2009 | | $0.00 | $0.00 |
| 9074 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | BINDING HEADS OF AGREEMENT (PROJECT RUNWAY: JUNIOR SEASON 2) DTD 7/10/2015 | | $0.00 | $0.00 |
| 9072 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | BINDING HEADS OF AGREEMENT ([PROJECT RUNWAY SEASON 1) DTD 5/20/2005 | | $0.00 | $0.00 |
| 9065 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | FIRST AMENDMENT TO THE BINDING HEADS OF AGREEMENT DTD 7/31/2007 | | $0.00 | $0.00 |
| 9109 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | SECOND AMENDMENT TO THE BINDING HEADS OF AGREEMENT DTD 10/10/2008 | | $0.00 | $0.00 |
| 9119 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | THIRD AMENDMENT TO THE BINDING HEADS OF AGREEMENT DTD 7/23/2009 | | $0.00 | $0.00 |
| 9091 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | FOURTH AMENDMENT TO THE BINDING HEADS OF AGREEMENT DTD 6/4/2010 | | $0.00 | $0.00 |
| 9089 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | FIFTH AMENDMENT TO THE BINDING HEADS OF AGREEMENT DTD 1/24/2011 | | $0.00 | $0.00 |
| 9019 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | SIXTH AMENDMENT TO THE BINDING HEADS OF AGREEMENT DTD 11/15/2011 | | $0.00 | $0.00 |
| 9111 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | SEVENTH AMENDMENT TO THE BINDING HEADS OF AGREEMENT DTD 7/2/2012 | | $0.00 | $0.00 |
| 9083 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | EIGHTH AMENDMENT TO THE BINDING HEADS OF AGREEMENT DTD 9/3/2013 | | $0.00 | $0.00 |
| 9106 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | NINTH AMENDMENT TO THE BINDING HEADS OF AGREEMENT DTD 8/29/2014 | | $0.00 | $0.00 |
| 9117 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | TENTH AMENDMENT TO THE BINDING HEADS OF AGREEMENT DTD 07/10/2015 | | $0.00 | $0.00 |
| 9087 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | ELEVENTH AMENDMENT TO THE BINDING HEADS OF AGREEMENT DTD 5/16/2016, GRANTING EXPLOITATION RIGHTS IN PROJECT RUNWAY SEASON 15 AND PROJECT RUNWAY SEASON 16 | | $0.00 | $0.00 |
| 9121 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | TWELFTH AMENDMENT TO THE BINDING HEADS OF AGREEMENT DTD 10/10/2016 | | $0.00 | $0.00 |
| 9134 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | SIDE LETTER: GRANTING EXPLOITATION RIGHTS IN CASTING SPECIAL (PROJECT RUNWAY SEASON 11) EFFECTIVE DATE: 3/8/2013 | | $0.00 | $0.00 |

| CONTRACT NO. [DOCKET NO. 860] | DEBTOR(S) | CONTRACT COUNTERPARTY | CONTRACT TITLE | EFFECTIVE DATE | ORIGINAL CURE AMOUNT | ADDITIONAL CURE AMOUNT |
|---|---|---|---|---|---|---|
| 9115 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | SIDE LETTER DTD 7/21/2009 ACKNOWLEDGING THE WEINSTEIN COMPANY LLC'S RIGHT TO EXPLOIT VIDEO GAMES BASED ON PROJECT RUNWAY | | $0.00 | $0.00 |
| 9066 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | AMENDMENT TO THE TERRITORY DTD 1/19/2016 RE: BINDING HEADS OF AGREEMENT DTD 5/20/2005, AS AMENDED; | | $0.00 | $0.00 |
| 9067 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | AMENDMENT TO THE TERRITORY FOR PROJECT RUNWAY ALL RELATED SHOWS DTD 11/29/2012 | | $0.00 | $0.00 |
| 7464 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | LABORATORY ACCESS LETTER EFFECTIVE DATE: 6/16/2009 | | $0.00 | $0.00 |
| 9102 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | LABORATORY ACCESS LETTER DTD 6/4/2010 | | $0.00 | $0.00 |
| 9100 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | LABORATORY ACCESS LETTER 1/24/2011 | | $0.00 | $0.00 |
| 9103 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | LABORATORY ACCESS LETTER DTD 7/2/2012 | | $0.00 | $0.00 |
| 9105 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | LABORATORY ACCESS LETTER DTD 9/3/2013 | | $0.00 | $0.00 |
| 9104 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | LABORATORY ACCESS LETTER DTD 8/29/2014 | | $0.00 | $0.00 |
| 9101 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | LABORATORY ACCESS LETTER DTD [TBC] | | $0.00 | $0.00 |
| 9094 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | LABORATORY ACCESS LETTER DTD [TBC] | | $0.00 | $0.00 |
| 9071 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | BINDING HEADS OF AGREEMENT (PROJECT RUNWAY ALL STARS SEASON 1) DTD 2/1/2012 | | $0.00 | $0.00 |
| 9073 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | BINDING HEADS OF AGREEMENT (PROJECT RUNWAY ALL STARS SEASON 2) DTD 7/1/2012 | | $0.00 | $0.00 |
| 9082 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | BINDING HEADS OF AGREEMENT (PROJECT RUNWAY ALL STARS SEASON 3) DTD 9/3/2013 | | $0.00 | $0.00 |
| 9079 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | BINDING HEADS OF AGREEMENT (PROJECT RUNWAY ALL STARS SEASON 4) DTD 8/29/2014 | | $0.00 | $0.00 |
| 9074 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | BINDING HEADS OF AGREEMENT (PROJECT RUNWAY ALL STARS SEASON 5) DTD 7/10/2015 | | $0.00 | $0.00 |
| 9093 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | BINDING HEADS OF AGREEMENT (PROJECT RUNWAY ALL STARS SEASON 6) DTD 9/29/2016 | | $0.00 | $0.00 |
| 9131 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | BINDING HEADS OF AGREEMENT DTD 05/23/2017 RE: (PROJECT RUNWAY ALL STARS SEASON 7) | | $0.00 | $0.00 |
| 9114 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | SIDE LETTER DTD 1/27/2014 GRANTING DISTRIBUTION RIGHTS IN PROJECT RUNWAY ALL STARS SEASON 3 REUNION SPECIAL | | $0.00 | $0.00 |
| 9123 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | AMENDMENT TO THE TERM PROJECT RUNWAY ALL STARS EFFECTIVE DATE: 4/13/2013 | | $0.00 | $0.00 |
| 9097 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | LABORATORY ACCESS LETTER | | $0.00 | $0.00 |
| 9098 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | LABORATORY ACCESS LETTER | | $0.00 | $0.00 |
| 9099 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | LABORATORY ACCESS LETTER | | $0.00 | $0.00 |
| 9081 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | BINDING HEADS OF AGREEMENT (FASHION START-UP SEASON 1) DTD 9/29/2016 | | $0.00 | $0.00 |
| 9070 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | BINDING HEADS OF AGREEMENT (RODEO GIRLS) DTD 09/02/2014 | | $0.00 | $0.00 |
| 9130 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | BINDING HEADS OF AGREEMENT DTD [Undated] 2006 (PROJECT JAY) | | $0.00 | $0.00 |

| CONTRACT NO. [DOCKET NO. 860] | DEBTOR(S) | CONTRACT COUNTERPARTY | CONTRACT TITLE | EFFECTIVE DATE | ORIGINAL CURE AMOUNT | ADDITIONAL CURE AMOUNT |
|---|---|---|---|---|---|---|
| 9131 | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | BINDING HEADS OF AGREEMENT (GRANTING TWC RIGHTS IN VARIOUS PROPERTY ELEMENTS OF "BRITAIN'S GOT TALENT", IN CONNECTION WITH THE PRODUCTION OF THE FILM WITH THE WORKING TITLE ONE CHANCE) DTD 8/24/2014 | | $0.00 | $0.00 |
| 467, 468 | THE WEINSTEIN COMPANY LLC | ADAPTIVE STUDIOS INC | SETTLEMENT LETTER | 7/15/2013 | $0 | $153,529.00 |
| 13577 | THE WEINSTEIN COMPANY LLC | LIVE PLANET INC | MEMORANDUM OF AGREEMENT RE: AGREEMENT DTD 4/1/2000 | | $0.00 | $0.00 |
| 17123 | THE WEINSTEIN COMPANY LLC | NU IMAGE INC. | DEAL MEMO WITH NU IMAGE, INC. AS AGENT FOR AND ON BEHALF OF LOVELACE PRODUCTIONS | 1/23/2013 | $0.00 | $0.00 |
| 20081, 20082, 20083, 20084, 20085, 20089 | THE WEINSTEIN COMPANY LLC/WEINSTEIN TELEVISION LLC | S CARTER ENTERPRISES LLC | JAY Z FIRST LOOK AGREEMENT | 6/20/2016 | $0.00 | $240,000.00 |
| 19483, 19490 | THE WEINSTEIN COMPANY LLC | RINGLEADER STUDIOS, INC. | THE AMITYVILLE HORRO: THE LOST TAPES -- RINGLEADER STUDIOS, INC. | 7/5/2011 | $40,000.00 | $0.00 |
| 19484, 19489 | THE WEINSTEIN COMPANY LLC | RINGLEADER STUDIOS, INC. | EXECUTIVE PRODUCER AGREEMENT | 7/5/2011 | $0.00 | $0.00 |
| 9179, 9182 | THE WEINSTEIN COMPANY LLC | FRITH STREET FILMS LIMITED | EXCLUSIVE LICENSE AGREEMENT | 10/29/2014 | $0.00 | $0.00 |
| 9180, 9181 | THE WEINSTEIN COMPANY LLC | FRITH STREET FILMS LIMITED | FIRST AMENDMENT TO ACQUISITION AGREEMENT | 2/23/2016 | $65,000.00 | $0.00 |
| 9183 | THE WEINSTEIN COMPANY LLC | FRITH STREET FILMS LIMITED | SIDE LETTER AGREEMENT RE: ATTACKING THE DEVIL | 10/29/2014 | $0.00 | $0.00 |
| 22931 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR | LABORATORY ACCESS LETTER RE: PROJECT RUNWAY ALL STARS - SEASON 1 | | $0.00 | $0.00 |
| 22932 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR | LABORATORY ACCESS LETTER RE: PROJECT RUNWAY ALL STARS - SEASON 2 | | $0.00 | $0.00 |
| 22933 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR | LABORATORY ACCESS LETTER RE: PROJECT RUNWAY-SEASON 10 AND 11 | 7/2/2012 | $0.00 | $0.00 |
| 22934 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR CINEMA DISTRIBUTION | AGREEMENT AND AMENDMENT #6 TO TECHNICOLOR AGREEMENTS DTD 7/19/2011 | 7/19/2011 | $0.00 | $0.00 |
| 22935 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR CINEMA DISTRIBUTION | AGREEMENT AND AMENDMENT TO TECHNICOLOR AGREEMENTS | 7/19/2011 | $0.00 | $0.00 |
| 22936 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR CINEMA DISTRIBUTION | AMENDMENT TO PAYMENT PLAN AGREEMENT | 6/1/2012 | $0.00 | $0.00 |
| 22937 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR CINEMA DISTRIBUTION | FIFTH AMENDMENT TO GUARANTEE | 8/30/2012 | $0.00 | $0.00 |
| 22938 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR CINEMA DISTRIBUTION | PAYMENT PLAN AGREEMENT | 4/24/2012 | $0.00 | $0.00 |
| 22939 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR CINEMA DISTRIBUTION | RESTRUCTURING AGREEMENT DTD 6/23/2010 | 6/23/2010 | $0.00 | $0.00 |
| 22940 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR CINEMA DISTRIBUTION | SECOND AMENDMENT TO GUARANTEE | 7/17/2006 | $0.00 | $0.00 |
| 22941 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR CINEMA DISTRIBUTION | THIRD AMENDMENT TO GUARANTEE | 4/24/2012 | $0.00 | $0.00 |
| 22942 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR CINEMA DISTRIBUTION | THIRD AMENDMENT TO PAYMENT PLAN AGREEMENT | 8/30/2012 | $0.00 | $0.00 |
| 22943 | ONE CHANCE LLC/WEINSTEIN GLOBAL FILM CORP | TECHNICOLOR CREATIVE SERVICES | LABORATORY AGREEMENT | 12/5/2012 | $0.00 | $0.00 |
| 22944 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR CREATIVE SERVICES | TECHNICAL SERVICES AGREEMENT | 1/1/2010 | $0.00 | $0.00 |
| 22945 | THE WEINSTEIN COMPANY LLC/WEINSTEIN GLOBAL FILM CORP | TECHNICOLOR CREATIVE SERVICES HOLLYWOOD | LABORATORY PLEDGEHOLDER AGREEMENT | 1/24/2012 | $0.00 | $0.00 |
| 22946 | THE WEINSTEIN COMPANY LLC/WEINSTEIN GLOBAL FILM CORP | TECHNICOLOR CREATIVE SERVICES HOLLYWOOD | AGENT TERMINATION NOTICE | 2/4/2015 | $0.00 | $0.00 |
| 22947 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR CREATIVE SERVICES USA INC | AGREEMENT AND AMENDMENT TO TECHNICOLOR AGREEMENTS | 7/19/2011 | $0.00 | $0.00 |

| CONTRACT NO. [DOCKET NO. 860] | DEBTOR(S) | CONTRACT COUNTERPARTY | CONTRACT TITLE | EFFECTIVE DATE | ORIGINAL CURE AMOUNT | ADDITIONAL CURE AMOUNT |
|---|---|---|---|---|---|---|
| 22948 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR CREATIVE SERVICES USA INC | AMENDMENT TO PAYMENT PLAN AGREEMENT | 6/1/2012 | $0.00 | $0.00 |
| 22949 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR CREATIVE SERVICES USA INC | FIFTH AMENDMENT TO GUARANTEE | 8/30/2012 | $0.00 | $0.00 |
| 22950 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR CREATIVE SERVICES USA INC | LABORATORY ACCESS LETTER RE: PROJECT RUNWAY ALL STARS - SEASON 3 | | $0.00 | $0.00 |
| 22951 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR CREATIVE SERVICES USA INC | LABORATORY ACCESS LETTER RE: PROJECT RUNWAY ALL STARS - SEASON 4 | | $0.00 | $0.00 |
| 22952 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR CREATIVE SERVICES USA INC. | LABORATORY ACCESS LETTER RE: PROJECT RUNWAY ALL STARS - SEASON 5 | | $0.00 | $0.00 |
| 22953 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR CREATIVE SERVICES USA INC. | LABORATORY ACCESS LETTER RE: PROJECT RUNWAY SERIES 13 | 8/29/2014 | $0.00 | $0.00 |
| 22954 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR CREATIVE SERVICES USA INC. | LABORATORY ACCESS LETTER RE: PROJECT RUNWAY SERIES 12 | 9/3/2013 | $0.00 | $0.00 |
| 22955 | THE WEINSTEIN COMPANY LLC / WEINSTEIN GLOBAL FILM CORP / CHECK HOOK LLC | TECHNICOLOR CREATIVE SERVICES USA INC | LABORATORY PLEDGEHOLDER AGREEMENT | 6/1/2014 | $0.00 | $0.00 |
| 22956 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR CREATIVE SERVICES USA INC | PAYMENT PLAN AGREEMENT | 4/24/2012 | $0.00 | $0.00 |
| 22957 | THE WEINSTEIN COMPANY  LLC | TECHNICOLOR CREATIVE SERVICES USA INC | RE: LETTER AGREEMENT - THE KING'S SPEECH (THE "TITLE") | 10/10/2011 | $0.00 | $0.00 |
| 22958 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR CREATIVE SERVICES USA INC | THIRD AMENDMENT TO GUARANTEE | 4/24/2012 | $0.00 | $0.00 |
| 22959 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR CREATIVE SERVICES USA INC | THIRD AMENDMENT TO PAYMENT PLAN AGREEMENT | 8/30/2012 | $0.00 | $0.00 |
| 22960 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR CREATIVE SERVICES USA INC | SECOND AMENDMENT TO GUARANTEE | 7/19/2011 | $0.00 | $0.00 |
| 22961 | THE WEINSTEIN COMPANY  LLC | TECHNICOLOR CREATIVE SERVICES USA INC | AGREEMENT AND AMENDMENT #6 TO TECHNICOLOR AGREEMENTS DTD 7/19/2011 | 7/19/2011 | $0.00 | $0.00 |
| 22962 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR CREATIVE SERVICES USA, INC. | LETTER AGREEMENT- THE KING'S SPEECH | 10/10/2011 | $0.00 | $0.00 |
| 22963 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR DIGITAL CONTENT DELIVERY | TECHNICAL SERVICES AGREEMENT | 1/1/2010 | $0.00 | $0.00 |
| 22964 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR DIGITAL CONTENT DELIVERY INC | AGREEMENT AND AMENDMENT TO TECHNICOLOR AGREEMENTS | 7/19/2011 | $0.00 | $0.00 |
| 22965 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR DIGITAL CONTENT DELIVERY, INC | SECOND AMENDMENT TO GUARANTEE | 7/19/2011 | $0.00 | $0.00 |
| 22966 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR DIGITAL CONTENT DELIVERY, INC. | AGREEMENT AND AMENDMENT #6 TO TECHNICOLOR AGREEMENTS DTD 7/19/2011 | 7/19/2011 | $0.00 | $0.00 |
| 22967 | THE WEINSTEIN COMPANY  LLC | TECHNICOLOR EAST COAST INC | LABORATORY CONTROL AGREEMENT | 5/5/2009 | $0.00 | $0.00 |
| 22968 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR HOME ENTERTAINMENT SERVICES, INC. | SECOND AMENDMENT TO GUARANTEE | 7/19/2011 | $0.00 | $0.00 |
| 22969 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR HOME ENTERTAINMENT SVCS INC | AGREEMENT AND AMENDMENT #6 TO TECHNICOLOR AGREEMENTS | 7/19/2011 | $1,364,802.87 | $635,013.77 |
| 22970 | THE WEINSTEIN COMPANY  LLC | TECHNICOLOR HOME ENTERTAINMENT SVCS INC | AGREEMENT AND AMENDMENT TO TECHNICOLOR AGREEMENTS | 7/19/2011 | $0.00 | $0.00 |
| 22971 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR HOME ENTERTAINMENT SVCS INC | AMENDMENT TO PAYMENT PLAN AGREEMENT | 6/1/2012 | $0.00 | $0.00 |
| 22972 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR HOME ENTERTAINMENT SVCS INC | FIFTH AMENDMENT TO GUARANTEE | 8/30/2012 | $0.00 | $0.00 |
| 22973 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR HOME ENTERTAINMENT SERVICES, INC. | PAYMENT PLAN AGREEMENT | 4/24/2012 | $0.00 | $0.00 |
| 22974 | THE WEINSTEIN COMPANY FUNDING LLC | TECHNICOLOR HOME ENTERTAINMENT SVCS INC | RESTATED REPLICATION, DUPLICATION, PACKAGING, DISTRIBUTION AND RETURNS PROCESSING SERVICES AGREEMENT | 9/2/2005 | $0.00 | $0.00 |
| 22975 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR HOME ENTERTAINMENT SVCS INC | THIRD AMENDMENT TO GUARANTEE | 4/24/2012 | $0.00 | $0.00 |

| CONTRACT NO. [DOCKET NO. 860] | DEBTOR(S) | CONTRACT COUNTERPARTY | CONTRACT TITLE | EFFECTIVE DATE | ORIGINAL CURE AMOUNT | ADDITIONAL CURE AMOUNT |
|---|---|---|---|---|---|---|
| 22976 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR HOME ENTERTAINMENT SVCS INC | THIRD AMENDMENT TO PAYMENT PLAN AGREEMENT | 8/30/2012 | $0.00 | $0.00 |
| 22977 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR INC | AGREEMENT AND AMENDMENT TO TECHNICOLOR AGREEMENTS | 7/19/2011 | $0.00 | $0.00 |
| 22978 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR INC | AMENDMENT TO PAYMENT PLAN AGREEMENT | 6/1/2012 | $0.00 | $0.00 |
| 22979 | THE WEINSTEIN COMPANY  LLC | TECHNICOLOR INC | BOARD APPOINTMENT RIGHTS DTD 7/29/2010 | 7/29/2010 | $0.00 | $0.00 |
| 22980 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR INC | FIFTH AMENDMENT TO GUARANTEE | 8/30/2012 | $0.00 | $0.00 |
| 22981 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR INC | PAYMENT PLAN AGREEMENT | 4/24/2012 | $0.00 | $0.00 |
| 22982 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR INC | RESTATED FILM LABORATORY AND POST PRODUCTION SERVICES AGREEMENT | 9/2/2005 | $0.00 | $0.00 |
| 22983 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR INC | RESTRUCTURING AGREEMENT | 6/23/2010 | $0.00 | $0.00 |
| 22984 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR INC | RESTRUCTURING AGREEMENT | 6/23/2010 | $0.00 | $0.00 |
| 22985 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR INC | THIRD AMENDMENT TO GUARANTEE | 4/24/2012 | $0.00 | $0.00 |
| 22986 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR INC | THIRD AMENDMENT TO PAYMENT PLAN AGREEMENT | 8/30/2012 | $0.00 | $0.00 |
| 22987 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR LIMITED | EXCLUSIVE LICENSE AGREEMENT | | $0.00 | $0.00 |
| 22988 | THE WEINSTEIN COMPANY LLC / WEINSTEIN GLOBAL FILM CORP | TECHNICOLOR LIMITED | LABORATORY PLEDGEHOLDER AGREEMENT | 7/17/2013 | $0.00 | $0.00 |
| 22989 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR LIMITED | LABORATORY PLEDGEHOLDER AGREEMENT (MY WEEK WITH MARILYN) | 9/16/2010 | $0.00 | $0.00 |
| 22990 | THE WEINSTEIN COMPANY LLC/ THE WEINSTEIN GLOBAL FILM CORP/ONE CHANCE LLC. | TECHNICOLOR LIMITED | PLEDGEHOLDER AGREEMENT FOR THE FILM "ONE CHANCE" | | $0.00 | $0.00 |
| 22991 | ONE CHANCE LLC/ONE CHANCE FILMS LIMITED/THE WEINSTEIN COMPANY LLC/WEINSTEIN GLOBAL FILM CORP | TECHNICOLOR LTD | PLEDGEHOLDER AGREEMENT | 12/5/2012 | $0.00 | $0.00 |
| 22992 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR USA INC | AMENDMENT TO PAYMENT PLAN AGREEMENT | 6/1/2012 | $0.00 | $0.00 |
| 22993 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR USA INC | FIFTH AMENDMENT TO GUARANTEE | 8/30/2012 | $0.00 | $0.00 |
| 22994 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR USA INC | PAYMENT PLAN AGREEMENT | 4/24/2012 | $0.00 | $0.00 |
| 22995 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR USA INC | THIRD AMENDMENT TO GUARANTEE | 4/24/2012 | $0.00 | $0.00 |
| 22996 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR USA INC | THIRD AMENDMENT TO PAYMENT PLAN AGREEMENT | 8/30/2012 | $0.00 | $0.00 |
| 22997 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR VIDEO CASSETTE OF MICHIGAN INC | AGREEMENT AND AMENDMENT TO TECHNICOLOR AGREEMENTS | 7/19/2011 | $0.00 | $0.00 |
| 22998 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR VIDEO CASSETTE OF MICHIGAN INC | AMENDMENT TO PAYMENT PLAN AGREEMENT | 6/1/2012 | $0.00 | $0.00 |
| 22999 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR VIDEO CASSETTE OF MICHIGAN INC | FIFTH AMENDMENT TO GUARANTEE | 8/30/2012 | $0.00 | $0.00 |
| 23000 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR VIDEO CASSETTE OF MICHIGAN INC | PAYMENT PLAN AGREEMENT | 4/24/2012 | $0.00 | $0.00 |
| 23001 | THE WEINSTEIN COMPANY FUNDING LLC | TECHNICOLOR VIDEO CASSETTE OF MICHIGAN INC | RESTATED REPLICATION, DUPLICATION, PACKAGING, DISTRIBUTION AND RETURNS PROCESSING SERVICES AGREEMENT | 9/2/2005 | $0.00 | $0.00 |
| 23002 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR VIDEO CASSETTE OF MICHIGAN INC | THIRD AMENDMENT TO GUARANTEE | 4/24/2012 | $0.00 | $0.00 |
| 23003 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR VIDEO CASSETTE OF MICHIGAN INC | THIRD AMENDMENT TO PAYMENT PLAN AGREEMENT | 8/30/2012 | $0.00 | $0.00 |
| 23004 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR VIDEOCASSETTE OF MICHIGAN, INC | SECOND AMENDMENT TO GUARANTEE | 7/19/2011 | $0.00 | $0.00 |

| CONTRACT NO. [DOCKET NO. 860] | DEBTOR(S) | CONTRACT COUNTERPARTY | CONTRACT TITLE | EFFECTIVE DATE | ORIGINAL CURE AMOUNT | ADDITIONAL CURE AMOUNT |
|---|---|---|---|---|---|---|
| 23005 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR VIDEOCASSETTE OF MICHIGAN, INC. | AGREEMENT AND AMENDMENT #6 TO TECHNICOLOR AGREEMENTS DTD 7/19/2011 | 7/19/2011 | $0.00 | $0.00 |
| 23006 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR, INC | FIRST AMENDMENT TO REBATE AGREEMENT | 8/8/2011 | $0.00 | $0.00 |
| 23007 | THE WEINSTEIN COMPANY LLC/WEINSTEIN GLOBAL FILM CORP | TECHNICOLOR, INC. | LABORATORY PLEDGEHOLDER AGREEMENT | 8/8/2011 | $0.00 | $0.00 |
| 23008 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR, INC | LETTER RE NEGOTIATIONS WITH RESPECT THE IMPLEMENTATION OF TECHNICOLOR'S MEDIAECHO TECHNOLOGY | 7/19/2011 | $0.00 | $0.00 |
| 23009 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR, INC | LETTER RE TECHNICOLOR'S USE OF FUJI STOCK FOR CERTAIN TWC TITLES | 9/2/2011 | $0.00 | $0.00 |
| 23010 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR, INC | SECOND AMENDMENT TO GUARANTEE | 7/19/2011 | $0.00 | $0.00 |
| 23011 | THE WEINSTEIN COMPANY LLC | TECHNICOLOR, INC. | AGREEMENT AND AMENDMENT #6 TO TECHNICOLOR AGREEMENTS DTD 7/19/2011 | 7/19/2011 | $0.00 | $0.00 |
| 23012 | THE WEINSTEIN COMPANY LLC/ WEINSTEIN GLOBAL FILM CORP | TECHNICOLOR/POSTWORKS NEW YORK | LABORATORY PLEDGEHOLDER AGREEMENT | 9/5/2013 | $0.00 | $0.00 |
| 23013 | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR INC | AGREEMENT DTD 7/29/2010 | 7/29/2010 | $0.00 | $0.00 |

**PREVIOUSLY OMITTED CONTRACTS**

| CONTRACT NO. | DEBTOR(S) | CONTRACT COUNTERPARTY | CONTRACT TITLE | EFFECTIVE DATE | ORIGINAL CURE AMOUNT | ADDITIONAL CURE AMOUNT |
|---|---|---|---|---|---|---|
| N/A | WEINSTEIN GLOBAL FILM CORP | Yuma, Inc. | Distribution Agreement (France) | 8/29/2007 | $0.00 | $0.00 |
| N/A | Weinstein Global Film Corp. | C8 | Deal Memo 3:10 to Yuma | 8/18/2014 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | CELESTIAL PRODUCTIONS LIMITED | TERMINATION AGREEMENT (INCLUDING EXHIBIT A SECURITY AGREEMENT AND MORTGAGE OF COPYRIGHT) | 1/1/2018 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | CELESTIAL FILMED ENTERTAINMENT | LETTER AGREEMENT CONFIRMING TERMINATION | 5/17/2008 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | CELESTIAL PRODUCTIONS LIMITED | SECURITY AGREEMENT AND MORTGAGE OF COPYRIGHT EXECUTED IN CONNECTION WITH DEVELOPMENT AGREEMENT | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | CELESTIAL PRODUCTIONS LIMITED | SHORT FORM ASSIGNMENT AGREEMENT | | $0.00 | $0.00 |
| N/A | W ACQUISITION COMPANY, LLC | CELESTIAL FILMED ENTERTAINMENT | LETTER AGREEMENT AMENDMENT | 7/19/2008 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA ENTERPRISES | BINDING HEADS OF AGREEMENT (ONE CHANCE) | 8/24/2012 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | BINDING HEADS OF AGREEMENT DTD 3/27/2014 RE: UNDER THE GUNN SEASON 1 | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | BINDING HEADS OF AGREEMENT DTD 11/15/2011 RE: PROJECT RUNWAY ACCESSORIES | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | LABORATORY ACCESS LETTER DTD 11/15/2011 RE: PROJECT RUNWAY ACCESSORIES (PROJECT ACCESSORY) SEASON 1 | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | AMENDMENT TO THE BINDING HEADS OF AGREEMENT DTD 6/4/2010 GRANTING DISTRIBUTION RIGHTS IN MODELS OF THE RUNWAY SEASON 2 | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | LABORATORY ACCESS LETTER DTD 6/04/2010 | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | BINDING HEADS OF AGREEMENT DTD 9/2/2014 IN RESPECT OF PROJECT RUNWAY JUNIOR (AKA THREADS) SEASON 1 | | $0.00 | $0.00 |

| CONTRACT NO. [DOCKET NO. 860] | DEBTOR(S) | CONTRACT COUNTERPARTY | CONTRACT TITLE | EFFECTIVE DATE | ORIGINAL CURE AMOUNT | ADDITIONAL CURE AMOUNT |
|---|---|---|---|---|---|---|
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | BINDING HEADS OF AGREEMENT DTD 09/29/2016 GRANTING EXPLOITATION RIGHTS IN PROJECT RUNWAY JUNIOR (AKA THREADS) SEASON 3 | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | DISTRIBUTION RIGHTS LETTER - PR SERIES 2 DTD 3/29/2006 | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | DISTRIBUTION RIGHTS LETTER - PR SERIES 3 DTD 5/31/2006 | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | EXPLOITATION RIGHTS LETTER - PR 11 SPECIAL DTD 11/14/2013 | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | EXPLOITATION RIGHTS LETTER - PR 12 SPECIAL DTD 11/14/2013 | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | EXPLOITATION RIGHTS LETTER - PR 13 SPECIAL DTD 10/23/2014 | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | EXPLOITATION RIGHTS LETTER - BEHIND THE SEAMS DTD 1/20/2012 | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | EXPLOITATION RIGHTS LETTER - PROJECT RUNWAY SEASON 14 TIM GUNN SPECIAL DTD 12/3/2015 | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | LABORATORY ACCESS LETTER DTD 11/15/2011 | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | DISTRIBUTION RIGHTS LETTER - PR ALL STARS 4 SPECIAL DTD 11/12/2014 | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | LABORATORY ACCESS LETTER DTD 7/2/2012 | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | LABORATORY ACCESS LETTER DTD [TBC] RE: PROJECT RUNWAY ALL STARS" - SEASON 6 | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | LABORATORY ACCESS LETTER DTD 2017 | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | FREMANTLEMEDIA LIMITED | LABORATORY ACCESS LETTER | | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | LIVE PLANET INC | AGREEMENT DATED AS OF NOVEMBER 15, 2001 | 11/15/2001 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY LLC | NU IMAGE INC. | AMENDMENT TO DEAL MEMO | 4/15/2013 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR | RESTATED FILM LABORATORY SERVICES AGREEMENT | 7/2/2010 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR | RESTATED TCD SERVICES (PRINT MANAGEMENT/MARKETING SERVICES) AGREMENT | 7/2/2010 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR | RESTATED REPLICATION SERVICES AGREEMENT AMENDMENT | 1/1/2006 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR | RESTATED REPLICATION SERVICES AGREEMENT AMENDMENT | 10/1/2006 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR | RESTATED REPLICATION SERVICES AGREEMENT AMENDMENT | 1/1/2008 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR | RESTATED REPLICATION SERVICES AGREEMENT AMENDMENT | 9/18/2008 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR | RESTATED REPLICATION SERVICES AGREEMENT AMENDMENT | 7/1/2010 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR | REBATE AGREEMENT (FUJI FILM STOCK) | 7/2/2010 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR | WEINSTEIN FUJI GUARANTY | 7/2/2010 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR | RELEASE AGREEMENT | 7/19/2011 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR | WEINSTEIN FIRST AMENDEMENT TO GAURANTEE | 1/1/20101 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR | SECOND AMENDMENT TO GUARANTEE | 7/19/2011 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR | DIGITAL VIDEO DISTRIBUTION AMENDMENT (MEDIANAVI) | 9/2/2011 | $0.00 | $0.00 |

| CONTRACT NO. [DOCKET NO. 860] | DEBTOR(S) | CONTRACT COUNTERPARTY | CONTRACT TITLE | EFFECTIVE DATE | ORIGINAL CURE AMOUNT | ADDITIONAL CURE AMOUNT |
|---|---|---|---|---|---|---|
| N/A | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR | WEINSTEIN RELEASE | 7/17/2006 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR | WEINSTEIN ASSIGNMENT AND ASSUMPTION AGREEMENT | 7/17/2006 | $0.00 | $0.00 |
| N/A | THE WEINSTEIN COMPANY HOLDINGS LLC | TECHNICOLOR | TECHNICOLOR LETTER AGREEMENT RE: INTERNATIONAL SALES COMMISSION | 8/25/2010 | $0.00 | $0.00 |