UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Companies provided noticing services in the above-captioned case.

On November 2, 2018, at my direction and under my supervision, employees of Reliable caused to be served the following document by the first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 11/02/2018 | 1645 | Notice of Deposition *Corrected Notice of Deposition Upon Oral Examination of Patrick Reardon* Filed by Bunim/Murray Productions, LLC. (Jackson, Patrick) (Entered: 11/02/2018) |

x *[signature]*
**Gene Matthews**

Dated: November 7, 2018

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 7th day of November, 2018, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

x *[signature: Jacqueline Lately]*

*[Notary Seal: JACQUELINE LATELY, MY COMMISSION EXPIRES August 23, 2019, NOTARY PUBLIC STATE OF DELAWARE]*

# EXHIBIT A

Service List for TWC Discovery October 2018

Cravath, Swaine & Moore LLP
Paul H. Zumbro
George E. Zobitz
Karin A. DeMasi
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019

Richards, Layton & Finger, P.A.
Mark D. Collins
Paul Heath
Zachary I. Shapiro
Robert C. Maddox
Brett M. Haywood
David T. Queroli
920 North King Street
Wilmington, Delaware 19801

94407853.1