**Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------------------- x
                                                  :

In re:                                            : Chapter 11
                                                :
THE WEINSTEIN COMPANY HOLDINGS LLC, ET AL.,  : Case No. 18-10601 (MFW)
                                                :
        Debtors.[1]                                 : (Jointly Administered)
                                                : Related D.I. _____
---------------------------------------------------------------------------- x

**ORDER (I) VACATING DOCKET NUMBER 1574, (II) LIFTING AUTOMATIC STAY FOR CAUSE WITH RESPECT TO PRODUCING SERVICES AGREEMENT, AND (III) ENFORCING TERMS OF SALE ORDER AND ORAL RULING ON LIFT STAY MOTION**

Upon the motion (the "Motion")[2] of First Republic Bank for entry of an order (i) pursuant to Bankruptcy Rule 9024 vacating the Stipulated Order, (ii) pursuant to section 362(d) of the Bankruptcy Code and Bankruptcy Rule 4001, granting First Republic relief from the automatic stay with respect to the Producing Services Agreement, and (iii) directing Lantern to turn over any and all Polaroid Collateral in its possession; and upon the Court's consideration of the Motion and of all objections and pleadings filed with respect to the Motion; the Court hereby FINDS AND DETERMINES that: (i) the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; (ii) consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) due and proper notice of the Motion has been provided under the particular circumstances and no other or further notice

---

[1]    The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

need be provided; (v) grounds for relief exist under subsections (a) and (b)(4) and (b)(6) of Rule 60 of the Federal Rules of Civil Procedure; (vi) cause to lift the stay exists with respect to the Producing Services Agreement; and (vii) good cause exists for waiver of the 14-day stay imposed by Bankruptcy Rule 4001(a)(3); and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Stipulated Order is VACATED.

3. To the extent it has not been lifted in connection with prior rulings or order, the automatic stay of section 362 of the Bankruptcy Code is lifted with respect to the Polaroid Collateral, including the Producing Services Agreement; *provided, however*, that nothing in this Order shall, or shall be deemed to, constitute any finding with respect to, or otherwise have any impact on, the Producing Services Agreement and any party's rights therein or pursuant thereto under applicable non-bankruptcy law, all of which rights are preserved.

4. Within three business days of the entry of this Order, Lantern shall (i) turn over to the Debtors or First Republic any Polaroid Collateral in its possession, including any funds collected in connection with the Film and any material needed to exploit and distribute the Film, including physical film and marketing materials, contracts, license agreement, books and records, and other such materials and (ii) provide the Preliminary Requested Information to First Republic. Lantern shall respond to any subsequent requests for additional information related to the Polaroid Collateral within three business days of receiving any such request from First Republic or the Debtors.

5. The 14-day stay of Bankruptcy Rule 4001(a)(3) is hereby waived, and this Order shall be fully effective enforceable immediately upon its entry.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.