IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 18-10601 (MFW) |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*[1] | ; |  |
|  | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | Ref.____ |

**ORDER GRANTING THE MOTION OF SONY PICTURES ENTERTAINMENT INC., ET AL. TO FILE UNDER SEAL THE EXHIBITS TO UPDATED AND SUPPLEMENTAL LIMITED OBJECTION AND RESERVATION OF RIGHTS BY SONY PICTURES ENTERTAINMENT INC. ET. AL. TO POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNTS**

Upon the motion (the "**Motion**") of Sony Pictures Entertainment Inc., Sony E-Platform Technologies Inc., Sony Pictures Television Inc., Sony Pictures Worldwide Acquisitions Inc., Sony Wordwide Acquisitions Inc., Worldwide SPE Acquisitions Inc. and Columbia Pictures Industries, Inc. (collectively "SPE"), contract counterparties of The Weinstein Company Holdings LLC (the "**Debtor**") to File Under Seal the Exhibits to the Updated and Supplemental Limited Objection and Reservation of Rights By Sony Pictures Entertainment Inc. Et. al. To Potential Assumption and Assignment of Executory Contracts or Unexpired Leases And Cure Amounts(the "**Objection**"); and the Court having determined that granting the relief requested in the Motion is appropriate; and it appearing that due and adequate notice of the Motion having

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com.twc.

{01445674;v1} 1

been given, and that no other or further notice need be given, and after due deliberation and sufficient cause appearing therefore, IT IS HERBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Exhibits to the Objection shall remain under seal and confidential and shall not be made available to any person or entity other than: (i) the Court; (ii) counsel to the Debtor; counsel for Lantern; and (iii) the Office of the United States Trustee.

Dated: November 16th, 2018
Wilmington, Delaware

{01445674;v1} MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE