# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered)<br><br>**Hrg. Date: 12/17/2018 at 10:30 a.m.**<br>**Obj. Deadline: 11/30/2018 at 4:00 p.m.** |

## NOTICE OF HARVEY WEINSTEIN'S MOTION FOR ENTRY OF AN ORDER COMPELLING DISCOVERY UNDER RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

PLEASE TAKE NOTICE that on November 16, 2018, Harvey Weinstein, by and through his undersigned counsel, filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") the *Harvey Weinstein's Motion for Entry of an Order Compelling Discovery Under Rule 2004 of the Federal Rules of Bankruptcy Procedure* (the "**Motion**").

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion will be held before the Honorable Mary F. Walrath on **December 17, 2018 at 10:30 a.m. (ET)** at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware to consider the Motion. Only those objections that are timely raised will be considered by the Court.

PLEASE TAKE FURTHER NOTICE, that, objections or responses, if any, to the entry of an order approving the Motion, must be filed on or before November 30, 2018 at 4:00 p.m. (Eastern) (the "**Objection Deadline**") and served upon undersigned counsel to Mr. Weinstein.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

{BAY:03394249v1}

Dated: November 16, 2018
      Wilmington, Delaware

                                        **BAYARD, P.A.**

                                  */s/ Scott D. Cousins*
                                  Scott D. Cousins (No. 3079)
                                  Justin R. Alberto (No. 5126)
                                  Daniel N. Brogan (No. 5723)
                                  600 N. King Street, Suite 400
                                  Wilmington, DE 19801
                                  Telephone: (302) 655-5000
                                  Facsimile: (302) 658-6395
                                  scousins@bayardlaw.com
                                  jalberto@bayardlaw.com
                                  dbrogan@bayardlaw.com

                                  *Counsel to Harvey Weinstein*