# <u>Exhibit C</u>



600 N. King Street • Suite 400
P.O. Box 25130 • Wilmington, DE 19899
Zip Code For Deliveries 19801

(302) 429-4261
Email: scousins@bayardlaw.com

August 3, 2018

Via Electronic Mail

David B. Stratton, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
strattond@pepperlaw.com

**Re: Weinstein Company Holdings LLC—Request for Information**

Dear David:

David, thanks for talking with me this morning. As you know, we represent Harvey Weinstein in connection with the chapter 11 case *In re The Weinstein Company Holdings LLC, et al.*, Case No. 18-10601 (MFW) (together, the "**Debtors**"), currently pending in the United States Bankruptcy Court for the District of Delaware.

As we discussed, Mr. Weinstein is trying to secure information related to his rights, claims and interests in the Debtors, including his personal effects and business records related to the Excluded Activities and Rights identified in Schedule I of the letter employment agreement between Mr. Harvey Weinstein and The Weinstein Company Holdings LLC, dated as of October 20, 2015 ("**Schedule I**").[1] I understand that Lantern Entertainment, LLC ("**Lantern**") may have acquired certain interests from the Debtors related to the Excluded Activities and Rights, as well as certain rights with respect to the following movies: Halloween, Scary Movie, Spy Kids and Scream, among others and including any sequels (together, the "**Movie Rights**"). Mr. Weinstein is owed certain fees (including "distribution fees"), loan repayments, and bonuses in connection with the sale or distribution of any of the Excluded Activities and Rights and the Movie Rights.

I would greatly appreciate it if you could confirm whether Lantern acquired from the Debtors any rights in (i) the Excluded Activities and Rights identified on Schedule I and (ii) the Movie Rights. If so, I would also appreciate it if you could provide me with a copy of the documents related to Excluded Activities and Rights and the Movie Rights.

---

[1] A copy of Schedule I to Mr. Weinstein's employment agreement is attached to this letter.

{BAY:03332255v1}

David B. Stratton, Esq.
August 3, 2018
Page 2

As I mentioned this morning, we have been trying to get this information from the Debtors, but to no avail.

    Please contact me to discuss the information requested by this letter and with any further questions.

                        Very truly yours,

                        Scott D. Cousins

# SCHEDULE I

{BAY:03332255v1}

**Schedule I**

**Excluded Activities and Rights**

A. Generally

1. All "personal investing activities" including, without limitation, past and future investments in other businesses, such as real estate and restaurant investing; investments in securities or other instruments for wealth management purposes; and estate planning activities.
2. Personally owned film projects and other investments as described in Section B below.
3. All producing services provided by either or both of the Weinsteins in connection with any Co-Financed Project (as defined in the Acquisition Agreement) as contemplated by Section 13(b) of the Acquisition Agreement.
4. All Co-Financed Project Producing Compensation (as defined in the Acquisition Agreement) as contemplated by Section 13(b) of the Acquisition Agreement, subject to the terms of this Agreement.
5. All theatrical stage activities, including without limitation, all theater projects detailed in Schedule I to the Acquisition Agreement. Notwithstanding Section 9.02 of the LLC Agreement, you are permitted to pursue these ventures without offering a right of first refusal to the Company.[1]
6. All activities related to books, magazines and other publications, including without limitation all publishing projects detailed in Schedule J to the Acquisition Agreement.

B. Specific Projects/Income Streams

1. *Kids*. This movie was released in 1995 by Shining Excalibur, a special purpose entity set up by the Weinsteins for this film.
2. *Dogma*. This Kevin Smith movie was released in 1999 and is owned by STK, LLC a special purpose entity owned by the Weinsteins.
3. Elegant Films. This company is owned individually by Harvey Weinstein. Its collection consists of distribution rights in the following films: *El Cid, Circus World, Fall of the Roman Empire, 55 Days at Peking, The Little Twins Big Adventures, The Little Twins Tales of Enchantment, Go Hugo Go, Hugo the Movie Star, How the Toys Saved Christmas, The Animal Train, Guys & Dolls Off the Record, The Who's Tommy: the Amazing Journey and Belly Talkers.*
4. All income from *Lord of the Rings*.
5. All income from *The Chronicles of Narnia*.
6. All income from *Addicted to Love*.
7. All income from *Memoirs of a Geisha*.
8. All income from *Cinderella Man*.
9. *Fahrenheit 9/11*. This film is owned by The Fellowship Adventure Group.
10. All income from the investment in Ago restaurant.

---

[1] Approved by the Board of Directors of the Company at a meeting on March 4, 2015, as reflected in the minutes for such meeting, which notes that the Board "resolved that the Company is not in the theatrical stage business."

11. All income from A Band Apart (a commercial production company).
12. All income from Niche Media.
13. Ownership and all income from the NC-17 version of *Kill Bill*.
14. All proceeds from auction(s) of Miramax film memorabilia.
15. God of Cookery, King of Comedy.
16. Hardboiled, Bullet in the Head.
17. Tommy Video: The Making of the Rock Opera.
18. All income from The Brothers Grimm.
19. ~~The Burning~~
20. Playing for Keeps