**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 16, 2018, Harvey Weinstein, by and through undersigned counsel, caused a copy of *Harvey Weinstein's First Request for Production of Documents Directed to the Official Committee of Unsecured Creditors* to be served on the following parties in the manner indicated:

**VIA HAND DELIVERY**

Bradford J. Sandler, Esq.
Colin R. Robinson, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

James I. Stang, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA  90067-4003

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

{BAY:03391371v1}

| | |
|---|---|
| Dated: November 16, 2018<br>Wilmington, Delaware | Respectfully submitted,<br><br>**BAYARD, P.A.**<br><br>*/s/ Daniel N. Brogan*<br>Scott D. Cousins (No. 3079)<br>Justin R. Alberto (No. 5126)<br>Daniel N. Brogan (No. 5723)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware  19801<br>Telephone:  (302) 655-5000<br>Facsimile:  (302) 658-6395<br>scousins@bayardlaw.com<br>jalberto@bayardlaw.com<br>dbrogan@bayardlaw.com<br><br>*Counsel for Harvey Weinstein* |