**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------------------- x
: 
In re: : Chapter 11
: 
THE WEINSTEIN COMPANY HOLDINGS LLC, ET AL., : Case No. 18-10601 (MFW)
: 
Debtors.[1] : (Jointly Administered)
: 
: **Hearing Date: November 29, 2018 at 11:30 a.m.**
: **Objections Due: November 27, 2018 at 4:00 p.m.**
: **Related to Docket Nos. 1716, 1717 & 1719**
------------------------------------------------------------------------- x

### NOTICE OF HEARING REGARDING FIRST REPUBLIC BANK'S MOTION FOR ORDER (I) VACATING DOCKET NUMBER 1574, (II) LIFTING STAY WITH RESPECT TO PRODUCING SERVICES AGREEMENT, AND (III) ENFORCING PRIOR ORDERS AND RULINGS

**PLEASE TAKE NOTICE** that on November 15, 2018, First Republic Bank ("First Republic") filed *First Republic Bank's Motion for Order (I) Vacating Docket Number 1574, (II) Lifting Stay with Respect to Producing Services Agreement, and (III) Enforcing Prior Orders and Rulings* [Docket No. 1716] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Contemporaneous with the filing of the Motion, First Republic filed the *Motion to Set Expedited Hearing Date and Shorten Notice Period with Respect to First Republic Bank's Motion for Order (I) Vacating Docket Number 1574, (II) Lifting Stay with Respect to Producing Services Agreement, and (III) Enforcing Prior Orders and Rulings* [Docket No. 1716] (the "Motion to Shorten"). Copies of the Motion and Motion to Shorten were previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that on November 16, 2018, the Bankruptcy Court approved the Motion to Shorten. *See* Docket No. 1719.

**PLEASE TAKE FURTHER NOTICE** that the Motion has been scheduled to be heard by the Bankruptcy Court on **November 29, 2018 at 11:30 a.m. (prevailing Eastern Time)** (the "Hearing") before The Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion shall be made in writing and shall set forth the basis thereof, and such responses or objections must be filed with the Bankruptcy Court and served upon undersigned counsel so as to be received on or before **November 27, 2018 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  November 16, 2018

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*
William P. Bowden, Esq. (#2553)
Ricardo Palacio, Esq. (#3765)
Katharina Earle, Esq. (#6348)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone:  (302) 654-1888
Facsimile:  (302) 654-2067

-and-

**PAUL HASTINGS LLP**

Andrew V. Tenzer, Esq.
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile:  (212) 230-7699
andrewtenzer@paulhastings.com

Susan Z. Williams, Esq.
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 620-5700
Facsimile:  (310) 620-5899
susanwilliams@paulhastings.com

*Counsel for First Republic Bank*