# **Exhibit B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket No. \_\_\_\_\_** |

**ORDER GRANTING MOTION OF EXECUTORY CONTRACT COUNTERPARTIES FOR ORDER CONFIRMING THAT COUNTERPARTIES' AGREEMENTS HAVE BEEN DESIGNATED BY LANTERN FOR ASSUMPTION AND ASSIGNMENT**

Upon the *Motion of Executory Contract Counterparties for Order Confirming that Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment* (the "**Motion**")[1]; it appearing that the relief requested in the Motion is appropriate under the circumstances; due and proper notice of the Motion having been provided under the circumstances, and it appearing that no other or further notice need be provided; after due deliberation; and sufficient cause appearing therefor, it is hereby

**ORDERED THAT:**

1. The Motion is GRANTED as set forth herein; and

2. The Counterparties' agreements have been designated by Lantern for assumption and assignment subject only to the resolution of cure amounts; and

3. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.