**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | : | Case No. 18-10601 (MFW) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors.[1] | : |  |
|  | : | **Re: Docket No. 1668** |
|  | : |  |
|  | : | **New Hr'g Date: December 17, 2018 at 10:30 a.m. (ET)** |
|  | : | **Obj. Deadline: November 20, 2018 at 4:00 p.m. (ET)** |

---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING REGARDING JOINT MOTION OF
DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO
APPROVE STIPULATION GRANTING LEAVE, STANDING, AND AUTHORITY TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO INVESTIGATE,
PROSECUTE, AND SETTLE CERTAIN CLAIMS AND CAUSES OF ACTION**

PLEASE TAKE NOTICE that, on November 6, 2018, The Weinstein Company Holdings

LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") and the

Official Committee of Unsecured Creditors (the "**Committee**" and, together with the Debtors, the

"**Parties**") filed the *Joint Motion of Debtors and Official Committee of Unsecured Creditors to*

*Approve Stipulation Granting Leave, Standing, and Authority to the Official Committee of*

*Unsecured Creditors to Investigate, Prosecute, and Settle Certain Claims and Causes of Action*

[Docket No. 1668] (the "**Motion**") with the United States Bankruptcy Court for the District of

Delaware (the "**Bankruptcy Court**"). **You were previously served with a copy of the Motion**.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

PLEASE TAKE FURTHER NOTICE that the Motion was originally scheduled to be heard before the Bankruptcy Court on November 29, 2018 at 11:30 a.m. (prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that the hearing, solely with respect to the Motion, has been adjourned to **December 17, 2018 at 10:30 a.m. (prevailing Eastern Time)** before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, pursuant to the *Notice of Motion and Hearing*, filed contemporaneously with the Motion, any responses or objections to the Motion must be in writing, filed with the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Parties on or before **November 20, 2018 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**").  **<u>The Objection Deadline for the Motion has not changed</u>**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

2

Dated:     November 16, 2018
           Wilmington, Delaware


/s/ David T. Queroli
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701


- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
David A. Herman (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700


*Attorneys for the Debtors and Debtors in
Possession*

/s/  Robert J. Feinstein
**PACHULSKI STANG ZIEHL & JONES LLP**
James I. Stang (CA Bar No. 94435)
Robert J. Feinstein (NY Bar No. 1767805)
Debra I. Grassgreen (CA Bar No. 169978)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100

*Counsel for the Official Committee of Unsecured
Creditor*