# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
| | : | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS | : | |
| LLC, *et al.*, | : | Case No. 18-10601 (MFW) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
| | : | Ref. Docket Nos. 1668 and 1669 |

---------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 6, 2018, I caused to be served the:

   a. "Notice of Motion and Hearing," dated November 6, 2018, to which was attached the "Joint Motion of Debtors and Official Committee of Unsecured Creditors to Approve Stipulation Granting Leave, Standing, and Authority to the Official Committee of Unsecured Creditors to Investigate, Prosecute, and Settle Certain Claims and Causes of Action," dated November 6, 2018 [Docket No. 1668], and

   b. "Declaration of Alan M. Jacobs in Support of Joint Motion of Debtors and Official Committee of Unsecured Creditors to Approve Stipulation Granting Leave, Standing, and Authority to the Official Committee of Unsecured Creditors to Investigate, Prosecute, and Settle Certain Claims and Causes of Action," dated November 6, 2018 [Docket No. 1669],

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of this information may be obtained on the website of the Debtors claims and noticing agent at http://dm.epiq11.com/twc.

*Epiq Bankruptcy Solutions, LLC is now known as Epiq Corporate Restructuring, LLC

by causing true and correct copies to be:

    i.    enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii.    delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Wing Chan*
                                                      Wing Chan

Sworn to before me this
6th day of November, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO PORTFOLIO FUNDING COMPANY LLC I) ATTN: DEBORAH J. NEWMAN, ESQ. ONE BRYANT PARK BANK OF AMERICA TOWER NEW YORK NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO EAST WEST BANK) ATTN: DAVID F. STABER, ESQ. 1700 PACIFIC AVE, STE 4100 DALLAS TX 75201-4624 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO PORTFOLIO FUNDING COMPANY LLC I) ATTN: DAVID P. SIMONDS & EDWARD MCNEILLY, ESQS. 1999 AVENUE OF THE STARS, STE 600 LOS ANGELES CA 90067-6022 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | C/O BECKET & LEE LLP PO BOX 3001 MALVERN PA 19355-0701 |
| BROWN RUDNICK LLP | (COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK, S.A.THOMAS, M.SAGEMILLER & N.KLATT) ATN: EDWARD S. WEISFELNER & HOWARD S. STEEL, ESQS. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BUSH GOTTLIEB | (COUNSEL TO DIRECTORS GUILD OF AMERICA, INC ET AL) ATTN: JOSEPH A. KOHANSKI, DAVID E. AHDOOT, KIRK PRESTEGARD & KIEL IRELAND, ESQS. 801 N BRAND BLVD STE 950 GLENDALE CA 91203 |
| CARTER LEDYARD & MILBURN LLP | (COUNSEL TO BRB INTERNACIONAL S.A. & APOLO FILMS SL) ATTN: AARON R. CAHN & JOHN MICHAEL GRIEM, JR. 2 WALL ST NEW YORK NY 10005-2072 |
| CROSS & SIMON, LLC | (COUNSEL TO CREATIVE ARTIST AGENCY) ATTN: CHRISTOPHER P. SIMON & KEVIN S. MANN, ESQS. 1105 N MARKET ST STE 901 WILMINGTON DE 19801 |
| CROSS & SIMON, LLC | (COUNSEL TO WARNER BROS., KANBAR ENTERTAINMENT, LLC, HOODWINKED, LLC, ANNAPURNA PICTURES, WANDA PICTURES (HONG KONG) CO. LTD.) ATTN: CHRISTOPHER P. SIMON, ESQ. 1105 NORTH MARKET STREET, SUITE 901 WILMINGTON DE 19801 |
| DAIMLER TRUST | C/O BK SERVICING, LLC PO BOX 131265 SAINT PAUL MN 55113-0011 |
| DAVIS WRIGHT TREMAINE LLP | (COUNSEL TO AMAZON, ET AL) ATTN: JOSEPH M. VANLEUVEN 1300 SW FIFTH AVE STE 2400 PORTLAND OR 97201 |
| DIGITAL CINEMA IMPLEMENTATION PARTNERS, LLC | ATTN: MICHAEL POLITI 100 ENTERPRISE DRIVE, SUITE 505 ROCKAWAY NJ 07866-2140 |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | (COUNSEL TO THE MCCLATCHY COMPANY, ET AL.) ATTN: PAUL J. PASCUZZI, ESQ. 400 CAPITOL MALL, SUITE 1750 SACRAMENTO CA 95814 |
| GELLERT SCALI BUSENKELL & BROWN, LLC | (COUNSEL TO LESIA ANSON) ATTN: MICHAEL BUSENKELL & AMY BROWN, ESQS. 1201 NORTH ORANGE STREET, SUITE 300 WILMINGTON DE 19801 |
| GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP | (COUNSEL TO WANDA PICTURES (HONG KONG) CO. LTD.) ATTN: PETER M. BRANSTEN, ESQ. 425 CALIFORNIA STREET, STE 800 SAN FRANCISCO CA 94104 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | (COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK, S.A.THOMAS, M.SAGEMILLER & N.KLATT) ATTN: ELIZABETH A. FEGEN & EMILY BROWN, ESQS. 455 N. CITYFRONT PLAZA DR., STE 2410 CHICAGO IL 60611 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | (COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK, S.A.THOMAS, M.SAGEMILLER & N.KLATT) ATTN: STEVE W. BERMAN & SHELBY SMITH, ESQS. 1301 SECOND AVE, STE 2000 SEATTLE WA 98101 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| IP MANAGEMENT, INC. / IPW, LLC | C/O MARC TOBEROFF 23823 MALIBU ROAD, SUITE 50-363 MALIBU CA 90265 |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | ATTN: JOSEPH CORRIGAN ONE FEDERAL STREET BOSTON MA 02110 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CINEDIGM) ATTN: JAMES S. CARR & KRISTEN S. ELLIOTT, ESQS. 101 PARK AVE NEW YORK NY 10178 |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | (COUNSEL TO NETFLIX GLOBAL LLC, NETFLIX INTL. B.V. NETFLIX STUDIOS LLC, AND NETFLIX, INC.) ATN: THOMAS E. PATTERSON & JULIAN I. GURULE, ESQS. 1999 AVENUE OF THE START, 39TH FLOOR LOS ANGELES CA 90067-6049 |
| LANDAU GOTTFRIED & BERGER LLP | (COUNSEL TO CREATIVE ARTISTS AGENCY) ATTN: MICHAEL I. GOTTFRIED, ESQ. 1801 CENTURY PARK EAST, STE 700 LOS ANGELES CA 90067 |
| LANDAU GOTTFRIED & BERGER LLP | (COUNSEL TO ANNAPURNA PICTURES ATTN: PETER J. GURFEIN 1801 CENTURY PARK EAST, SUITE 700 LOS ANGELES CA 90067 |
| LANDAU GOTTFRIED & BERGER LLP | (COUNSEL TO WARNER BROS.) ATTN: JON L.R. DALBERG, ESQ. 1801 CENTURY PARK EAST, SUITE 700 LOS ANGELES CA 90067 |
| LANDAU GOTTFRIED & BERGER LLP | (COUNSEL TO KANBAR ENTERTAINMENT, LLC AND HOODWINKED, LLC) ATTN: JOHN P. |

| Claim Name | Address Information |
|---|---|
| LANDAU GOTTFRIED & BERGER LLP | REITMAN & JON L.R. DALBERG, ESQS. 1801 CENTRUY PARK EAST, SUITE 700 LOS ANGELES CA 90067 |
| LATHAM & WATKINS LLP | (COUNSEL TO TIM SARNOFF) ATTN: MARVIN S. PUTNAM & LAURA R. WASHINGTON, ESQS 10250 CONSTELLATION BLVD., SUITE 1100 LOS ANGELES CA 90067 |
| LATHAM & WATKINS LLP | (COUNSEL TO TIM SARNOFF) ATTN: TED A. DILLMAN 355 SOUTH GRAND AVENUE, SUITE 100 LOS ANGELES CA 90071-1560 |
| LAW OFFICE OF CURTIS A. HEHN | (COUNSEL TO NETFLIX GLOBAL LLC, NETFLIX INTL. B.V. NETFLIX STUDIOS LLC, AND NETFLIX, INC.) ATTN: CURTIS A. HEHN, ESQ. 1007 N. ORANGE STREEET, 4TH FL WILMINGTON DE 19801 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | (COUNSEL TO DIRECTORS GUILD OF AMERICA, INC ET AL) ATTN: SUSAN E. KAUFMAN, ESQ. 919 N MARKET ST STE 460 WILMINGTON DE 19801 |
| LIGHT CHASER ANIMATION STUDIOS | ATTN: ZHOU YU SECTION D, ART BASE ONE, SHUMBAI RD CHAOYANG DISTRICT BEIJING 100103 CHINA |
| LOEB & LOEB LLP | (COUNSEL TO TOYOTA MOTOR SALES, USA, INC. & TOYOTA MOTOR CORPORATION) ATTN: WALTHER H. CURCHACK & BETHANY D. SIMMONS 345 PARK AVENUE NEW YORK NY 10154 |
| LOEB & LOEB LLP | (COUNSEL TO BBC WORLDWIDE LIMITED) ATTN: WALTER H. CHURCHAK & BETHANY D. SIMMONS 345 PARK AVENUE NEW YORK NY 10154 |
| MCCABE, WEISBERG & CONWAY, LLC | (COUNSEL TO DAIMLER TRUST) ATTN: JANET Z. CARLTON, CHASE N. MILLER, KRISTI J. DOUGHTY & MICHAEL K. PAK 1407 FOULK ROAD, SUITE 204 FOULKSTONE PLAZA WILMINGTON DE 19803 |
| MCDERMOTT WILL & EMERY LLP | (COUNSEL TO BETA FILM GMBH) ATTN: DARREN AZMAN, ESQ. 340 MADISON AVENUE NEW YORK NY 10173-1922 |
| MORRIS JAMES LLP | (COUNSEL TO TOYOTA MOTOR SALES, USA, INC. & TOYOTA MOTOR CORPORATION) ATTN: ERIC J. MONZO, ESQ. 500 DELAWARE AVENUE, STE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | (COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK, S.A.THOMAS, M.SAGEMILLER & N.KLATT) ATTN: JEFFRESY R. WAXMAN, ESQ. 500 DELAWARE AVENUE, STE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | (COUNSEL TO BBC WORLDWIDE LIMITED) ATTN: ERIC J. MONZO, ESQ. 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | (COUNSEL TO A+E TELEVISION NETWORKS, LLC) ATTN: ANDREW R REMMING & MATTHEW O. TALMO, ESQS. PO BOX 1347 WILMINGTON DE 19899-1347 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | (COUNSEL TO TIM SARNOFF) ATTN: DEREK C. ABBOTT & MATTHEW O. TALMO, ESQS. 1201 N. MARKET ST, 16TH FL WILMINGTON DE 19899-1347 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE NEMOURS BUILDING 1007 N ORANGE ST 700 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | J. CALEB BOGGS FEDERAL BUILDING 844 KING ST STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| PEOPLE OF THE STATE OF NEW YORK, THE | C/O ERIC T SCHNEIDERMAN 120 BROADWAY NEW YORK NY 10271 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | (COUNSEL TO STUDIOCANAL S.A.S., WILD BUNCH S.A., & GAUMONT S.A.) ATTN: KATHY A. JORRIE, ESQ., DAVID MINNICK, ESQ., & JEFFREY WEXLER, ESQ. 725 SOUTH FIGUEROA STREET, SUITE 2800 LOS ANGELES CA 90017-5406 |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO WALT DISNEY COMPANY) ATTN: JEREMY RYAN AND D. RYAN SLAUGH P.O. BOX 951 WILMINGTON DE 19801 |
| ROSENTHAL, MONHAIT & GODDESS, P.A. | (COUNSEL TO STUDIOCANAL S.A.S., WILD BUNCH S.A. & GAUMONT S.A.) ATTN: NORMAN M. MONHAIT, ESQ. & EDWARD B. ROSENTHAL, ESQ. P.O. BOX 1070 WILMINGTON DE 19899-1070 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR 200 VESEY ST STE 400 NEW YORK NY 10281 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SNELL & WILMER | (COUNSEL TO OPUS BANK) ATTN: ROBERT R. KINAS, BLAKELEY E. GRIFFITH & CHARLES E. GIANELLONI, ESQS. 3883 HOWARD HUGHES PARKWAY, STE. 1100 LAS VEGAS NV 89169 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: XAVIER BECERRA 1300 I ST, STE 1740 SACRAMENTO CA 95814 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: ERIC T. SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| TN DEPT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE BANKRUPTCY DIVISION PO BOX 20207 NASHVILLE TN |

| Claim Name | Address Information |
|---|---|
| TN DEPT OF REVENUE | 37202-0207 |
| TOBEROFF & ASSOCIATES, PC | (COUNSEL TO LESIA ANSON) ATTN: MARC TOBEROFF, ESQ. 23823 MALIBU ROAD, SUITE 50-363 MALIBU CA 90265 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | (COUNSEL TO TURNER ENTERTAINMENT NETWORKS, INC.) ATTN: TIFFANY STRELOW COBB, ESQ. 52 EAST GAY STREET/P.O. BOX 1008 COLUMBUS OH 43216-1008 |
| WEIL, GOTHSAL & MANGES LLP | (COUNSEL TO A+E TELEVISION NETWORKS, LLC) ATTN: DAVID L. YOHAI, DAVID N. GRIFFITHS, THEODORE E. TSEKERIDES & CHRISTINA M. BROWN, ESQS. 767 FIFTH AVE NEW YORK NY 10153-0119 |
| WHITEFORD, TAYLOR & PRESTON LLC | (COUNSEL TO PORTFOLIO FUNDING COMPANY LLC I, EAST WEST BANK & BETA FILM GMBH) ATTN: CHRISTOPHER M. SAMIS & L. KATHERUNE GOOD THE RENAISSANCE CENTRE 405 N KING ST STE 500 WILMINGTON DE 19801 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | (COUNSEL TO THE WALT DISNEY COMPANY) ATTN: ANDREW GOLDMAN, ESQ. 7 WORLD TRADE CENTER 250 GREENWICH STREET NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | (COUNSEL TO WALT DISNEY COMPANY) ATTN: CHRISTOPHER HAMPSON, ESQ. 60 STATE STREET BOSTON MA 02109 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | (COUNSEL TO THE WALT DISNEY COMPANY) ATTN: NANCY L. MANZER, ESQ. 1875 PENNSYLVANIA AVENUE NW WASHINGTON DC 20006 |
| WINSTON & STRAWN LLP | (COUNSEL TO NU IMAGE, INC.) ATTN: CARRIE V. HARDMAN, ESQ. 200 PARK AVE NEW YORK NY 10166 |
| WOMBLE BOND DICKINSON (US) LLP | (COUNSEL TO BANK HAPOALIM & OPUS BANK) ATTN: MATTHEW P. WARD & MORGAN L. PATTERSON, ESQS. 222 DELAWARE AVENUE, STE 1501 WILMINGTON DE 19801 |
| WOMBLE BOND DICKINSON (US) LLP | (COUNSEL TO NU IMAGE, INC.) ATTN: MATTHEW P. WARD, ERICKA F. JOHNSON & MORGAN L. PATTERSON, ESQS. 222 DELAWARE AVE, STE 1501 WILMINGTON DE 19801 |

**Total Creditor count  62**

**EXHIBIT B**

afg@pryormandelup.com
aglenn@kasowitz.com
agold@herrick.com
andrewtenzer@paulhastings.com
anjana.samant@ag.ny.gov
arosen@diamondmccarthy.com
asimonds@sidley.com
bennettmurphy@quinnemanuel.com
bill.freeman@kattenlaw.com
boneill@kramerlevin.com
bsandler@pszjlaw.com
chipman@chipmanbrown.com
cweinerlevy@venable.com
dabbott@mnat.com
daobrien@venable.com
david@softnesslaw.com
dbeskrone@ashbygeddes.com
dbrogan@bayardlaw.com
dbutz@mnat.com
dgrassgreen@pszjlaw.com
dklauder@bk-legal.com
dminnick@pillsburylaw.com
dpoitras@jmbm.com
drichards@finemanlawfirm.com
driley@allenmatkins.com
dwright@mmwr.com
ecf@bg.law
ejustison@ycst.com
emfox@seyfarth.com
enid.stuart@ag.ny.gov
erosenthal@rmgglaw.com
fournierd@pepperlaw.com
gdonilon@pwujlaw.com
gfmcdaniel@dkhogan.com
gtaylor@ashbygeddes.com
guilfoyle@blankrome.com
hornung@lsellp.com
howard.master@ag.ny.gov
hweg@robinskaplan.com
jalberto@bayardlaw.com
jay.hurst@oag.texas.gov
jbagdanov@bg.law
jbinford@foley.com
jeff.friedman@kattenlaw.com
jeffrey.wexler@pillsburylaw.com
jerry.hall@kattenlaw.com
jfalgowski@burr.com
jhagle@sidley.com

jharker@cohenseglias.com
jhoover@beneschlaw.com
jledmonson@venable.com
jleto@letobassuk.com
jlevitan@proskauer.com
jmenton@robinskaplan.com
jparker@psazlaw.com
jreisner@irell.com
jspringwater@friedmanspring.com
jssabin@venable.com
jstang@pszjlaw.com
Karen@parklawllc.com
kathy.jorrie@pillsburylaw.com
kblock@loeb.com
kcapuzzi@beneschlaw.com
kcowens@venable.com
klyman@irell.com
lbassuk@letobassuk.com
lm@weissandspees.com
mail@morrisadelman.com
mark.desgrosseilliers@wbd-us.com
mark.minuti@saul.com
mary.caloway@bipc.com
mbusenkell@gsbblaw.com
mdelaney@robinskaplan.com
melorod@gtlaw.com
meltzere@pepperlaw.com
mharvey@mnat.com
mhelt@foley.com
mike@dcip.com
mlahaie@akingump.com
morgan.patterson@wbd-us.com
mstamer@akingump.com
mstrub@irell.com
mw@weissandspees.com
nmonhait@rmgglaw.com
nmoss@akingump.com
nramsey@mmwr.com
parrow@buchalter.com
paulsagan@paulhastings.com
rantonoff@blankrome.com
rbrady@ycst.com
rfeinstein@pszjlaw.com
rmersky@monlaw.com
roglenl@ballardspahr.com
rtrack@msn.com
sbeach@ycst.com
scottshelley@quinnemanuel.com

scousins@bayardlaw.com
sgiugliano@diamondmccarthy.com
skatona@polsinelli.com
skuhn@akingump.com
sselbst@herrick.com
stern@lsellp.com
strattond@pepperlaw.com
summersm@ballardspahr.com
susanwilliams@paulhastings.com
susheelkirpalani@quinnemanuel.com
ted.berkowitz@ag.ny.gov
tgeher@jmbm.com
vrubinstein@loeb.com
wagnerr@gtlaw.com
wayne.smith@warnerbros.com
wbowden@ashbygeddes.com
wbrody@buchalter.com