**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
THE WEINSTEIN COMPANY HOLDINGS                  :
LLC, et al.,                                    :   Case No. 18-10601 (MFW)
                                                :
                Debtors.¹                       :   (Jointly Administered)
                                                :
                                                :   Ref. Docket No. 1672
                                                :
-------------------------------------------------------------------x
AI INTERNATIONAL HOLDINGS (BVI) LTD.,           :
                                                :
                Plaintiffs,                     :
                                                :   Adversary Case No. 18-50486 (MFW)
           vs.                                  :
                                                :
MUFG UNION BANK, N.A.; as administrative        :   Ref. Docket No. 37
and collateral agent and UNION BANCAL           :
EQUITIES, Inc.,                                 :
                Defendants.                     :
-------------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of this information may be obtained on the website of the Debtors claims and noticing agent at http://dm.epiq11.com/twc.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

2. On November 6, 2018, I caused to be served the "*Second* Amended Notice of Agenda of Matters Scheduled for Hearing on November 6, 2018 at 2:00 P.M. (ET)," dated November 6, 2018 [Docket No. 1672 in Main Case No. 18-10601 and Docket No. 37 in Adv. Case No. 18-50486], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   c. delivered via facsimile to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
6th day of November, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | C/O BECKET & LEE LLP PO BOX 3001 MALVERN PA 19355-0701 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE NEMOURS BUILDING 1007 N ORANGE ST 700 WILMINGTON DE 19801 |
| PEOPLE OF THE STATE OF NEW YORK, THE | C/O ERIC T SCHNEIDERMAN 120 BROADWAY NEW YORK NY 10271 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR 200 VESEY ST STE 400 NEW YORK NY 10281 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: XAVIER BECERRA 1300 I ST, STE 1740 SACRAMENTO CA 95814 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: ERIC T. SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |

**Total Creditor count  8**

**THE WEINSTEIN COMPANY HOLDINGS LLC**
**CURE OBJECTORS**

| | |
|---|---|
| BBC FILMS<br>ATTN: LIVY SANDLER, LEGAL & BS AFFAIRS MGR<br>BBC ZONE A, 7TH FL,<br>BBC BROADCASTING HOUSE,<br>PORTLAND PLACE<br>LONDON W1A 1AA<br>UNITED KINGDOM | DUANE MORRIS LLP<br>ATTN: LAWRENCE J. KOTLER<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103 |
| KUDMAN TRACHTEN ALOE LLP<br>ATTN: PAUL H. ALOE<br>EMPIRE STATE BLDG; 350 5TH AVE 68TH FL<br>NEW YORK, NY 10118 | MANATT, PHELPS & PHILLIPS, LLP<br>ATTN: ALAN BRUNSWICK, NEIL P. THAKOR<br>11355 W OLYMPIC BLVD<br>LOS ANGELES, CA 90064 |
| RICH MICHAELSON MAGALIFF, LLP<br>ATTN: ROBERT N. MICHAELSON<br>355 MADISON AVENUE, 9TH FLOOR<br>NEW YORK, NY 10017 | VALLE MAKOFF LLP<br>ATTN: JEFFREY B. VALLE, PETER CLAPP<br>11911 SAN VINCENTE BLVD STE 324<br>LOS ANGELES, CA 90049 |
| WEINER, SHEAROUSEM. WEITZ. GREENBERG &<br>SHAWE, LLP<br>ATTN: GEORGE P. MILMINE, II &<br>STEPHEN F. GREENBERG, ESQS.<br>14 EAST STATE STREET<br>SAVANAH, GA 31401 | |

TWC_DI 1657 AGENDA_11-5-18

HINSHAW & CULBERTSON LLP
ATTN: DESMON J. HINDS, JR.
CHARLES G. BRACKINS
11601 WILSHIRE BLVD, STE. 800
LOS ANGELES, CA 90025

TWC_DI 1657 AGENDA_11-5-18

DOUGLAS EMMETT 2008, LLC
ATTN: MICHELE MANAK
DIRECTOR OF COMMERCIAL PROPERTY MGMT
1299 OCEAN AVENUE, STE 1000
SANTA MONICA, CA 90401

# EXHIBIT B

abrown@gsbblaw.com
adam.malatesta@lw.com
afreeman@akingump.com
astulman@wtplaw.com
bhall@blankrome.com
carol.ross@hngusa.com
chardman@winston.com
cheitzenrater@duanemorris.com
ckunz@morrisjames.com
cward@polsinelli.com
DBG@LNBYB.COM
dbotter@akingump.com
dcarickhoff@archerlaw.com
debaecke@blankrome.com
fnoyes@offitkurman.com
gek@lnbyb.com
george.mesires@FaegreBD.com
jcarberry@cl-law.com
jgrey@crosslaw.com
Joseph.Argentina@dbr.com
jvalle@vallemakoff.com
jwallach@ghplaw.com
karen@parklawllc.com
kmeek@robinskaplan.com
kmiller@skjlaw.com
leonhardt@teamrosner.com
lls@lnbyb.com
luskin@lsellp.com
marc@lebolaw.com
michael.pompeo@dbr.com
michaelcomerford@paulhastings.com
mike.gustafson@FaegreBD.com
npernick@coleschotz.com
olivere@chipmanbrown.com
peter.gilhuly@lw.com
preilley@coleschotz.com
prussin@melandrussin.com
rcavaliere@tarterkrinsky.com
rlemisch@klehr.com
rmcneill@potteranderson.com;
rosner@teamrosner.com
rpalacio@ashbygeddes.com
rwriley@duanemorris.com
rzur@lgbfirm.com
skatona@polsinelli.com
Steven.Kortanek@dbr.com
ted.dillman@lw.com
thoran@shawfishman.com
wmsimkulak@duanemorris.com

abrown@gsbblaw.com
afg@pryormandelup.com
agbankdelaware@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
andrew.goldman@wilmerhale.com
andrewtenzer@paulhastings.com
anjana.samant@ag.ny.gov
aremming@mnat.com
arosen@diamondmccarthy.com
asimonds@sidley.com
Bankruptcy2@ironmountain.com
bennettmurphy@quinnemanuel.com
beth@hbsslaw.com
bgriffith@swlaw.com
bill.freeman@kattenlaw.com
boneill@kramerlevin.com
bsandler@pszjlaw.com
bsimmons@loeb.com
cahn@clm.com;griem@clm.com
cgianelloni@swlaw.com
chardman@winston.com
chipman@chipmanbrown.com
christina.brown@weil.com
cris@crisarmenta.com
csamis@wtplaw.com
csimon@crosslaw.com
curtishehn@comcast.net
cweinerlevy@venable.com
dabbott@mnat.com
dabbott@mnat.com
dahdoot@bushgottlieb.com;
daobrien@venable.com
david.griffiths@weil.com
david.yohai@weil.com
david@softnesslaw.com
dazman@mwe.com
dbeskrone@ashbygeddes.com
dbrogan@bayardlaw.com
dbutz@mnat.com
dgrassgreen@pszjlaw.com
djnewman@akingump.com
dklauder@bk-legal.com
dminnick@pillsburylaw.com
dpoitras@jmbm.com

drichards@finemanlawfirm.com
driley@allenmatkins.com
dsimonds@akingump.com;
dstaber@akingump.com
dwright@mmwr.com
ecf@bg.law
ejustison@ycst.com
emcneilly@akingump.com
emfox@seyfarth.com
emilyb@hbsslaw.com
emonzo@morrisjames.com
enid.stuart@ag.ny.gov
ericka.johnson@wbd-us.com
erosenthal@rmgglaw.com
eweisfelner@brownrudnick.com
fournierd@pepperlaw.com;
gary@lightchaseranimation.com
gdonilon@pwujlaw.com
gfmcdaniel@dkhogan.com
griem@clm.com
gtaylor@ashbygeddes.com
guilfoyle@blankrome.com
hannah.mccollum@usdoj.gov
hornung@lsellp.com
howard.master@ag.ny.gov
hsteel@brownrudnick.com
hweg@robinskaplan.com
jalberto@bayardlaw.com
jane.m.leamy@usdoj.gov
jay.hurst@oag.texas.gov
jbagdanov@bg.law
jbinford@foley.com
jdalberg@lgbfirm.com
jeff.friedman@kattenlaw.com
jeffrey.wexler@pillsburylaw.com
jerry.hall@kattenlaw.com
jfalgowski@burr.com
jgurule@ktbslaw.com
jhagle@sidley.com
jharker@cohenseglias.com
jhoover@beneschlaw.com
jkohanski@bushgottlieb.com;
jledmonson@venable.com
jleto@letobassuk.com
jlevitan@proskauer.com

jmenton@robinskaplan.com
joevanleuven@dwt.com
jparker@psazlaw.com
jreitman@lgbfirm.com
jspringwater@friedmanspring.com
jssabin@venable.com
jstang@pszjlaw.com
jwaxman@morrisjames.com
Karen@parklawllc.com
kathy.jorrie@pillsburylaw.com
kblock@loeb.com
kcapuzzi@beneschlaw.com
kcowens@venable.com
kdwbankruptcydepartment@kelleydrye.com
kelliott@kelleydrye.com
kgood@wtplaw.com
kireland@bushgottlieb.com
kmann@crosslaw.com
kprestegard@bushgottlieb.com;
laura.washington@lw.com
lbassuk@letobassuk.com
lm@weissandspees.com
mail@morrisadelman.com
mark.desgrosseilliers@wbd-us.com
mark.minuti@saul.com
marvin.putnam@lw.com
mary.caloway@bipc.com
matthew.ward@wbd-us.com
matthew.ward@wbd-us.com
mbusenkell@gsbblaw.com
mdelaney@robinskaplan.com
melorod@gtlaw.com
meltzere@pepperlaw.com
mgottfried@lgbfirm.com
mharvey@mnat.com
mhelt@foley.com
mike@dcip.com
mlahaie@akingump.com
morgan.patterson@wbd-us.com
morgan.patterson@wbd-us.com
mstamer@akingump.com
mtalmo@mnat.com
mtalmo@mnat.com
mtoberoff@iplaw.com
mtoberoff@toberoffandassociates.com

mw@weissandspees.com
nancy.manzer@wilmerhale.com
nmonhait@rmgglaw.com
nmoss@akingump.com
notices@bkservicing.com
nramsey@mmwr.com
parrow@buchalter.com
paulsagan@paulhastings.com
pbransten@glaserweil.com
pgurfein@lgbfirm.com
ppascuzzi@ffwplaw.com
rantonoff@blankrome.com
rbrady@ycst.com
rfeinstein@pszjlaw.com
rkinas@swlaw.com
rmersky@monlaw.com
roglenl@ballardspahr.com
rtrack@msn.com
sbeach@ycst.com
scottshelley@quinnemanuel.com
scousins@bayardlaw.com
sgiugliano@diamondmccarthy.com
skatona@polsinelli.com
skaufman@skaufmanlaw.com
skuhn@akingump.com
sselbst@herrick.com
stern@lsellp.com
steve@hbsslaw.com
strattond@pepperlaw.com;
summersm@ballardspahr.com
susanwilliams@paulhastings.com
susheelkirpalani@quinnemanuel.com
ted.berkowitz@ag.ny.gov
ted.dillman@lw.com
tgeher@jmbm.com
theodore.tsekerides@weil.com
tpatterson@ktbslaw.com
tscobb@vorys.com
vrubinstein@loeb.com
wagnerr@gtlaw.com
wayne.smith@warnerbros.com
wbowden@ashbygeddes.com
wbrody@buchalter.com
wcurchack@loeb.com

| Name | Attention | E-mail address |
|---|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: ABID QURESHI | aqureshi@akingump.com |
| ASHBY & GEDDES, P.A. | ATTN: KATHARINA EARLE | kearle@ashbygeddes.com |
| LUSKIN, STERN & EISLER LLP | ATTN: MICHAEL LUSKIN | luskin@lsellp.com |
| QUINN EMANUEL URQHUART & SULLIVAN, LLP | ATTN: JENNIFER NASSIRI | jennifernassiri@quinnemanuel.com |
| WHITEFORD, TAYLOR & PRESTON LLC | ATTN: AARON H. STULMAN | astulman@wtplaw.com |

CAROL.ROSS@HBGUSA.COM

**EXHIBIT C**

| claim_nm | address1 | address2 | address3 | address4 | fax |
|---|---|---|---|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO PORTFOLIO FUNDING COMPANY LLC I) | ATTN: DEBORAH J. NEWMAN, ESQ. | | | 212-872-1002 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO EAST WEST BANK) | ATTN: DAVID F. STABER, ESQ. | | | 214-969-4343 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO PORTFOLIO FUNDING COMPANY LLC I) | ATTN: DAVID P. SIMONDS & EDWARD MCNEILLY, ESQS. | | | 310-229-1001 |
| BROWN RUDNICK LLP | (COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK, | S.A.THOMAS, M.SAGEMILLER & N.KLATT) | ATN: EDWARD S. WEISFELNER & HOWARD S. STEEL, ESQS. | | 212-209-4801 |
| BUSH GOTTLIEB | (COUNSEL TO DIRECTORS GUILD OF AMERICA, INC ET AL) | ATTN: JOSEPH A. KOHANSKI, DAVID E. AHDOOT, | KIRK PRESTEGARD & KIEL IRELAND, ESQS. | | 818-973-3201 |
| CARTER LEDYARD & MILBURN LLP | (COUNSEL TO BRB INTERNACIONAL S.A. & APOLO | FILMS SL) | ATTN: AARON R. CAHN & JOHN MICHAEL GRIEM, JR. | | 212-732-3232 |
| CROSS & SIMON, LLC | (COUNSEL TO CREATIVE ARTIST AGENCY) | ATTN: CHRISTOPHER P. SIMON & KEVIN S. MANN, ESQS. | | | 302-777-4224 |
| CROSS & SIMON, LLC | (COUNSEL TO WARNER BROS., KANBAR ENTERTAINMENT, | LLC, HOODWINKED, LLC, ANNAPURNA PICTURES, WANDA | PICTURES (HONG KONG) CO. LTD.) | ATTN: CHRISTOPHER P. SIMON, ESQ. | 302-777-4224 |
| DAVIS WRIGHT TREMAINE LLP | (COUNSEL TO AMAZON, ET AL) | ATTN: JOSEPH M. VANLEUVEN | | | 503-276-5725 |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | (COUNSEL TO THE MCCLATCHY COMPANY, ET AL.) | ATTN: PAUL J. PASCUZZI, ESQ. | | | 916-329-7435 |
| GELLERT SCALI BUSENKELL & BROWN, LLC | (COUNSEL TO LESIA ANSON) | ATTN: MICHAEL BUSENKELL & AMY BROWN, ESQS. | | | 302-425-5814 |
| GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP | (COUNSEL TO WANDA PICTURES (HONG KONG) CO. LTD.) | ATTN: PETER M. BRANSTEN, ESQ. | | | 415-510-4795 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | (COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK, | S.A.THOMAS, M.SAGEMILLER & N.KLATT) | ATTN: ELIZABETH A. FEGEN & EMILY BROWN, ESQS. | | 708-628-4950 |
| IP MANAGEMENT, INC. / IPW, LLC | C/O MARC TOBEROFF | | | | 310-246-3101 |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | | ATTN: JOSEPH CORRIGAN | | | 617-451-0409 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CINEDIGM) | ATTN: JAMES S. CARR & KRISTEN S. ELLIOTT, ESQS. | | | 212-808-7897 |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | (COUNSEL TO NETFLIX GLOBAL LLC, NETFLIX INTL. B.V. | NETFLIX STUDIOS LLC, AND NETFLIX, INC.) | ATN: THOMAS E. PATTERSON & JULIAN I. GURULE, ESQS. | | 310-407-9090 |
| LANDAU GOTTFRIED & BERGER LLP | (COUNSEL TO ANNAPURNA PICTURES) | ATTN: PETER J. GURFEIN | | | 310-557-0056 |
| LANDAU GOTTFRIED & BERGER LLP | (COUNSEL TO CREATIVE ARTISTS AGENCY) | ATTN: MICHAEL I. GOTTFRIED, ESQ. | | | 310-557-0056 |

| | | | | | |
|---|---|---|---|---|---|
| LANDAU GOTTFRIED & BERGER LLP | (COUNSEL TO KANBAR ENTERTAINMENT, LLC AND | HOODWINKED, LLC) | ATTN: JOHN P. REITMAN & JON L.R. DALBERG, ESQS. | | 310-557-0056 |
| LANDAU GOTTFRIED & BERGER LLP | (COUNSEL TO WARNER BROS.) | ATTN: JON L.R. DALBERG, ESQ. | | | 310-557-0056 |
| LATHAM & WATKINS LLP | (COUNSEL TO TIM SARNOFF) | ATTN: MARVIN S. PUTNAM, LAURA R. WASHINGTON | | | 424-653-5501 |
| LATHAM & WATKINS LLP | (COUNSEL TO TIM SARNOFF) | ATTN: TED A. DILLMAN | | | 213-891-8763 |
| LAW OFFICE OF CURTIS A. HEHN | (COUNSEL TO NETFLIX GLOBAL LLC, NETFLIX INTL. B.V. | NETFLIX STUDIOS LLC, AND NETFLIX, INC.) | ATTN: CURTIS A. HEHN, ESQ. | | 302-351-7214 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | (COUNSEL TO DIRECTORS GUILD OF AMERICA, INC ET AL) | ATTN: SUSAN E. KAUFMAN, ESQ. | | | 302-792-7420 |
| LOEB & LOEB LLP | (COUNSEL TO BBC WORLDWIDE LIMITED) | ATTN: WALTER H. CHURCHAK & BETHANY D. SIMMONS | | | 212-407-4990 |
| LOEB & LOEB LLP | (COUNSEL TO TOYOTA MOTOR SALES, USA, INC. & | TOYOTA MOTOR CORPORATION) | ATTN: WALTHER H. CURCHACK & | BETHANY D. SIMMONS, ESQS. | 212-407-4990 |
| MCCABE, WEISBERG & CONWAY, LLC | (COUNSEL TO DAIMLER TRUST) | ATTN: JANET Z. CARLTON, CHASE N. MILLER, KRISTI J. | DOUGHTY & MICHAEL K. PAK | | 855-425-1980 |
| MCDERMOTT WILL & EMERY LLP | (COUNSEL TO BETA FILM GMBH) | ATTN: DARREN AZMAN, ESQ. | | | 212-547-5444 |
| MORRIS JAMES LLP | (COUNSEL TO BBC WORLDWIDE LIMITED) | ATTN: ERIC J. MONZO, ESQ. | | | 302-571-1750 |
| MORRIS JAMES LLP | (COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK, | S.A.THOMAS, M.SAGEMILLER & N.KLATT) | ATTN: JEFFRESY R. WAXMAN, ESQ. | | 302-571-1750 |
| MORRIS JAMES LLP | (COUNSEL TO TOYOTA MOTOR SALES, USA, INC. & | TOYOTA MOTOR CORPORATION) | ATTN: ERIC J. MONZO, ESQ. | | 302-571-1750 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | (COUNSEL TO TIM SARNOFF) | ATTN: DEREK C. ABBOTT, MATTHEW O. TALMO | | | 302-658-3989 |
| OFFICE OF THE UNITED STATES TRUSTEE | | | | | 302-573-6497 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | (COUNSEL TO STUDIOCANAL S.A.S., WILD BUNCH S.A., & | GAUMONT S.A.) | ATTN: KATHY A. JORRIE, ESQ., DAVID MINNICK, ESQ., | & JEFFREY WEXLER, ESQ. | 213-226-4499 |
| ROSENTHAL, MONHAIT & GODDESS, P.A. | (COUNSEL TO STUDIOCANAL S.A.S., WILD BUNCH S.A. & | GAUMONT S.A.) | ATTN: NORMAN M. MONHAIT, ESQ. & EDWARD B. | ROSENTHAL, ESQ. | 302-658-7567 |
| SNELL & WILMER | (COUNSEL TO OPUS BANK) | ATTN: ROBERT R. KINAS, BLAKELEY E. GRIFFITH & | CHARLES E. GIANELLONI, ESQS. | | 702-784-5252 |
| TN DEPT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE | BANKRUPTCY DIVISION | | | 615-741-3334 |
| TOBEROFF & ASSOCIATES, PC | (COUNSEL TO LESIA ANSON) | ATTN: MARC TOBEROFF, ESQ. | | | 310-246-3101 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | (COUNSEL TO TURNER ENTERTAINMENT NETWORKS, INC.) | ATTN: TIFFANY STRELOW COBB, ESQ. | | | 614-464-6350 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | (COUNSEL TO THE WALT DISNEY COMPANY) | ATTN: NANCY L. MANZER, ESQ. | | | 202-663-6363 |

| | | | | | |
|---|---|---|---|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | (COUNSEL TO THE WALT DISNEY COMPANY) | ATTN: ANDREW GOLDMAN, ESQ. | | | 212-230-8888 |
| WINSTON & STRAWN LLP | (COUNSEL TO NU IMAGE, INC.) | ATTN: CARRIE V. HARDMAN, ESQ. | | | 212-294-4700 |
| WOMBLE BOND DICKINSON (US) LLP | (COUNSEL TO BANK HAPOALIM & OPUS BANK) | ATTN: MATTHEW P. WARD & MORGAN L. PATTERSON, ESQS. | | | 302-252-4330 |
| WOMBLE BOND DICKINSON (US) LLP | (COUNSEL TO NU IMAGE, INC.) | ATTN: MATTHEW P. WARD, ERICKA F. JOHNSON & | MORGAN L. PATTERSON, ESQS. | | 302-252-4330 |

| FIRM | COUNSEL TO/CONTACT | FAX NUMBER |
|---|---|---|
| ARCHER & GREINER P.C. | ATTN: DAVID W. CARICKHOFF | 302-777-4352 |
| ASHBY & GEDDES, P.A. | ATTN: RICARDO PALACIO | 302-654-2067 |
| BLANK ROME LLP | ATTN: MICHAEL D. DEBAECKE | 302-425-6464 |
| BLANK ROME LLP | ATTN: BRIAN J. HALL | 302-425-6464 |
| BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: PAUL S. ARROW | 213-896-0400 |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: MARK D. OLIVERE | 302-295-0199 |
| COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, PATRICK J. REILLEY | 302-652-3117 |
| CROSS & SIMON, LLC | ATTN: JOSEPH GREY | 302-777-4224 |
| DRINKER BIDDLE & REATH LLP | ATTN: MICHAEL P. POMPEO | 212-248-3141 |
| DRINKER BIDDLE & REATH LLP | ATTN: STEVEN K . KORTANEK, JOSEPH N. ARGENTINA, JR. | 302-467-4201 |
| DUANE MORRIS LLP | ATTN: RICHARD W. RILEY | 302-657-4901 |
| FAEGRE BAKER DANIELS LLP | ATTN: GEORGE R. MESIRES, MIKE T. GUSTAFSON | 312-212-6501 |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: AMY D. BROWN | 302-425-5814 |
| HACHETTE BOOK GROUP | ATTN: CAROL FEIN ROSS, EVP, BUSINESS AFFAIRS, GEN COUNSEL | 212-364-0934 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: RAYMOND H. LEMISCH | 302-426-9193 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: MICHAEL W. YURKEWICZ | 302-426-9193 |
| LANDAU GOTTFRIED & BERGER LLP | ATTN: ROYE ZUR | 310-557-0056 |
| LATHAM & WATKINS LLP | ATTN: PETER M. GILHULY, TED A. DILLMAN, ADAM E. MALATESTA | 213-891-8763 |
| LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. | ATTN: GARY E. KLAUSNER, LINDSEY L. SMITH | 310-229-1244 |
| LEVENE, NEALE, BENDER, YOO & BRILL LLP | ATTN: DAVID GOLUBCHIK | 310-229-1244 |
| MELAND RUSSIN & BUDWICK, P.A. | ATTN: PETER D. RUSSIN | 305-358-1221 |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ, III | 302-571-1750 |
| PAUL HASTINGS LLP | ATTN: MICHAEL E. COMERFORD | 212-230-7699 |
| POLSINELLI PC | ATTN: SHANTI M. KATONA | 302-252-0921 |
| POLSINELLI PC | ATTN: CHRISTOPHER A. WARD | 302-252-0921 |
| POTTER ANDERSON & CORROON LLP | ATTN: R. STEPHEN MCNEILL | 302-658-1192 |
| ROBINS KAPLAN LLP | ATTN: KEVIN D. MEEK | 310-229-5800 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: MARTIN D. KATZ, ALAN H. MARTIN, MICHAEL M. LAUTER | 310-228-3701 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: ALAN H. MARTIN, MICHAEL M. LAUTER | 714-513-5130 |
| SMITH, KATZENSTEIN & JENKINS LLP | ATTN: KATHLEEN M. MILLER | 302-652-8405 |
| TARTER KRINSKY & DROGIN LLP | ATTN: ROCCO A. CAVALIERE | 212-216-8001 |
| WHITEFORD, TAYLOR & PRESTON LLC | ATTN: AARON STULMAN | 302-661-9750 |
| WINSTON & STRAWN LLP | ATTN: CARRIE V. HARDMAN | 212-294-4700 |

| Name | Attention | Fax Number |
|---|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MICHAEL S. NEIBURG | 302-571-1253 |