IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
                                                             :
                                                             :
In re:                                                       :   Chapter 11
                                                             :
The Weinstein Company Holdings LLC, et al.,                  :   Case No. 18-10601 (MFW)
                                                             :
                       Debtors¹.                             :   (Jointly Administered)
                                                             :
                                                             :
------------------------------------------------------------ x
                                                             :
Lantern Entertainment LLC,                                   :
                                                             :
                       Plaintiff,                            :
                                                             :   Adv. Pro. No. 18-50924 (MFW)
vs.                                                          :
                                                             :
Bruce Cohen Productions, and Bruce Cohen,                    :
                                                             :
                       Defendants.                           :
------------------------------------------------------------ x
```

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Thomas R. Califano of DLA PIPER LLP (US), to represent *Lantern Entertainment LLC* in the above-captioned cases.

Dated: November 21, 2018
       Wilmington, Delaware

**DLA PIPER LLP (US)**

*/s/ R. Craig Martin*
R. Craig Martin (DE 5032)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Email: craig.martin@dlapiper.com

*Counsel to Lantern Entertainment LLC*

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

EAST\162628862.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  November 21, 2018                    **DLA PIPER LLP (US)**

*/s/  Thomas R. Califano*
Thomas R. Califano (NY Bar No. 2286144)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:  (212) 335-4500
Email: thomas.califano@dlapiper.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.