# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 17, 2018 at 10:30 a.m.**<br><br>Re: Docket No. 1664 |

### NOTICE OF FILING OF EXHIBITS F-H TO THE SUPPLEMENTAL OBJECTION AND JOINT MOTION OF SLP CONTRACT COUNTERPARTIES TO CLARIFY SALE ORDER

PLEASE TAKE NOTICE that, on November 5, 2018, Bradley Cooper, 22nd and Indiana, Inc., Bruce Cohen, Bruce Cohen Productions, Robert De Niro, Canal Productions, Inc., David O. Russell and Kanzeon Corp. (collectively, the "**SLP Counterparties**"), each a counterparty with SLP Films, Inc. ("**SLP Films**"), a non-debtor film production company, to a contract[1] related to the motion picture *Silver Linings Playbook* (the "**Film**") filed the *Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clairfy Sale Order* [D.I. 1664] (the "**Motion to Clarify**") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that, the Cohen Contract is attached hereto as Exhibit F.

---

[1] The contracts (collectively, the "**SLP Contracts**") to which the SLP Counterparties are party and which are the subject of this Motion are: (i) Confidential Deal Memo and Certificate of Engagement, dated September 23, 2011, by and among Bradley Cooper, 22nd and Indiana, Inc. and SLP Films, Inc. (the "**Cooper Contracts**"); (ii) Letter Agreement, dated September 21, 2011, by and among Bruce Cohen Productions f/s/o Bruce Cohen and SLP Films, Inc. (the "**Cohen Contract**"); (iii) three (3) Confirmation DealMemos, each dated September 23 2011, by and among Robert De Niro, Canal Productions, Inc. and SLP Films, Inc. (collectively, the "**De Niro Contracts**"); and (iv) Services Agreement Effective Date: 5/16/2011, by and among David O. Russell, Kanzeon Crop. and SLP Films, Inc. (the "**Russell Contract**"). The Weinstein Company LLC, one of the Debtors in these cases, signed a Guarantee dated September 23, 2011 (the "**Cooper Guarantee**"), pursuant to which TWC guaranteed SLP's obligations under the Cooper Contracts. The Weinstein Guarantee is not an SLP Contract.

PLEASE TAKE FURTHER NOTICE that, the De Niro Contracts are attached hereto as Exhibit G.

PLEASE TAKE FURTHER NOTICE, that the Russel Contract is attached hereto as Exhibit H.

PLEASE TAKE FURTHER NOTICE, that a hearing on the Motion to Clarify is currently scheduled for **December 17, 2018 at 10:30 a.m. (prevailing Eastern Time)** before the Honorable Mary F. Walrath, United States Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, DE 19801.

Dated: November 21, 2018

CROSS & SIMON, LLC

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
csimon@crosslaw.com

- and -

LANDAU GOTTFRIED & BERGER LLP
Michael I. Gottfried
Roye Zur
1801 Century Park East, Suite 700
Los Angeles, CA 90067
mgottfried@lgbfirm.com
rzur@lgbfirm.com

*Attorneys for Bruce Cohen, Bruce Cohen Productions, Robert De Niro, Canal Productions, Inc., David O. Russell and Kanzeon Corp.*