## **EXHIBIT F**
(Cohen Contract)

## **[FILED UNDER SEAL IN ITS ENTIRETY]**