# EXHIBIT G
## (De Niro Contracts)

## [FILED UNDER SEAL IN ITS ENTIRETY]