# **EXHIBIT H**
## **(Russell Contract)**

## **[FILED UNDER SEAL IN ITS ENTIRETY]**