# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 17, 2018 at 10:30 a.m.**<br>**Objection Deadline: December 10, 2018 at 4:00 p m.**<br><br>Re: Docket No. 1724 |

### NOTICE OF HEARING REGARDING MOTION OF EXECUTORY CONTRACT COUNTERPARTIES FOR ORDER CONFIRMING THAT COUNTERPARTIES' AGREEMENTS HAVE BEEN DESIGNATED BY LANTERN FOR ASSUMPTION AND ASSIGNMENT

**PLEASE TAKE NOTICE** that, on November 19, 2018, the executory contract counterparties listed on Exhibit A hereto (collectively, the "Counterparties") filed the *Motion of Executory Contract Counterparties for Order Confirming that Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment* [D.I. 1724] (the "Motion"). A copy of the Motion was previously served on you.

**PLEASE TAKE FURTHER NOTICE** that, the Motion has been scheduled to be heard by the Bankruptcy Court on **December 17, 2018 at 10:30 a.m. (prevailing Eastern Time)** (the "Hearing") before The Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, responses or objections, if any, to the Motion shall be made in writing and shall set forth the basis thereof, and such responses or objections must be filed with the Bankruptcy Court and served upon undersigned counsel so as

to be received on or before **December 10, 2018 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.**

Dated: November 26, 2018

CROSS & SIMON, LLC

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
csimon@crosslaw.com

- and -

LANDAU GOTTFRIED & BERGER LLP
Michael I. Gottfried
Roye Zur
1801 Century Park East, Suite 700
Los Angeles, CA 90067
mgottfried@lgbfirm.com
rzur@lgbfirm.com

*Attorneys for Certain of the Counterparties Listed on Exhibit A hereto*

JEFFER MANGELS BUTLER & MITCHELL LLP
Thomas M. Geher
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
Email: tgeher@jmbm.com

*Attorneys for Jennifer Lawrence and Floffin, Inc.*

VENABLE LLP
Jeffrey S. Sabin, Esq.
1270 Avenue of the Americas
New York, New York 10020
Tel: (212) 503-0672
jssabin@venable.com

-and-

Keith C. Owens, Esq.
2049 Century Park East
Suite 2300
Los Angeles, California 90067
Tel: (310) 229-0370
kcowens@venable.com

*Attorneys for Bradley Cooper and 22nd and Indiana, Inc.*