# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| The Weinstein Company Holdings LLC, *et al.*,[1] | Case No. 18-10601 (MFW) |
| Debtors. | (Jointly Administered) |
| Lantern Entertainment LLC, | Adversary Case No. 18-50924 (MFW) |
| Plaintiff, | |
| vs. | |
| Bruce Cohen Productions, and Bruce Cohen, | |
| Defendants. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON NOVEMBER 29, 2018 AT 11:30 A.M. (ET)[2]

**I.   ADJOURNED MATTER:**

1. Joint Motion of Debtors and Official Committee of Unsecured Creditors to Approve Stipulation Granting Leave, Standing, and Authority to the Official Committee of Unsecured Creditors to Investigate, Prosecute, and Settle Certain Claims and Causes of Action [Docket No. 1668 - filed November 6, 2018]

    <u>Objection / Response Deadline</u>:   November 20, 2018 at 4:00 p.m. (ET); extended by agreement for certain Directors

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

[2] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the November 29, 2018 hearing must contact COURTCALL, LLC at 866-582-6878 prior to **noon (ET) on Wednesday, November 28, 2018** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

RLF1 20322140v.1

<blockquote>

(Robert Weinstein, Tim Sarnoff, Marc Lasry, Taran Ben Ammar, Lance Maerov, Jeff Sackman, Richard Koenigsberg, Paul Tudor Jones, James Dolan, and Dirk Ziff) to December 13, 2018 at 4:00 p.m. (ET)

Objections / Responses Received:    None to date.

Related Documents:

i. Declaration of Alan M. Jacobs in Support of Joint Motion of Debtors and Official Committee of Unsecured Creditors to Approve Stipulation Granting Leave, Standing, and Authority to the Official Committee of Unsecured Creditors to Investigate, Prosecute, and Settle Certain Claims and Causes of Action [Docket No. 1669 - filed November 6, 2018]

ii. Notice of Adjournment of Hearing Regarding Joint Motion of Debtors and Official Committee of Unsecured Creditors to Approve Stipulation Granting Leave, Standing, and Authority to the Official Committee of Unsecured Creditors to Investigate, Prosecute, and Settle Certain Claims and Causes of Action [Docket No. 1726 - filed November 16, 2018]

Status: This matter has been adjourned to December 17, 2018 at 10:30 a.m. (ET).

</blockquote>

## II. MATTERS GOING FORWARD:

2. Motion of J.C. Penney Corporation, Inc. to Compel Assumption or Rejection of Licensing Agreement [Docket No. 1627 - filed October 24, 2018]

    Objection / Response Deadline:    November 7, 2018 at 4:00 p.m. (ET); extended for the Debtors, the Official Committee of Unsecured Creditors, and Bank Hapoalim B.M. until November 20, 2018 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A. Objection of Bank Hapoalim B.M. to Motion of J.C. Penney Corporation, Inc. to Compel Assumption or Rejection of Licensing Agreement [Docket No. 1750 - filed November 20, 2018]

    Related Documents:

    i. Reply of J.C. Penney Corporation, Inc. to Objection of Bank Hapoalim B.M. to Motion of J.C. Penney Corporation, Inc. to Compel Assumption or Rejection of Licensing Agreement [Docket No. 1770 - filed November 26, 2018]

Status: The hearing on this matter is going forward.

3. First Republic Bank's Motion for Order (I) Vacating Docket Number 1574, (II) Lifting Stay with Respect to Producing Services Agreement, and (III) Enforcing Prior Orders and Rulings [Docket No. 1716 - filed November 15, 2018]

   Objection / Response Deadline:    November 27, 2018 at 4:00 p.m. (ET)

   Objections / Responses Received:

   A. Letter from Vertigo Prime, Inc. and Good Fear Film, Inc., Regarding Order Shortening Time [Docket No. 1723 - filed November 16, 2018]

   Related Documents:

   i. Order Approving Stipulation Among the Debtors, Lantern Entertainment LLC, Vertigo Prime, Inc. and Good Fear Film, Inc. [Docket No. 1574 - entered October 9, 2018]

   ii. Order (A) Granting Motion to Shorten Notice Period with Respect to First Republic Bank's Motion for Order (I) Vacating Docket Number 1574, (II) Lifting Stay with Respect to Producing Services Agreement, and (III) Enforcing Prior Orders and Rulings and (B) Setting Hearing Date [Docket No. 1719 - entered November 16, 2018]

   iii. Notice of Hearing Regarding First Republic Bank's Motion for Order (I) Vacating Docket Number 1574, (II) Lifting Stay with Respect to Producing Services Agreement, and (III) Enforcing Prior Orders and Rulings [Docket No. 1722 - filed November 16, 2018]

   Status: The hearing on this matter is going forward.

**III. ADVERSARY MATTERS:**

4. Pre-trial Conference, *Lantern Entertainment LLC v. Bruce Cohen Productions, and Bruce Cohen*, Adv. Pro. No. 18-50924 (MFW)

   Answer Deadline: November 16, 2018

   Related Documents:

   i. Complaint for Declaratory Judgment Against Bruce Cohen Productions and Bruce Cohen [Adv. Docket No. 1 - filed October 17, 2018]

   ii. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 2 - filed October 17, 2018]

iii. Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract [Adv. Docket No. 6 - filed October 18, 2018]

iv. Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract [Adv. Docket No. 7 - filed October 18, 2018]

v. Declaration of Irwin Reiter in Support of Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract [Adv. Docket No. 8 - filed October 18, 2018]

vi. Answering Brief of Defendants Bruce Cohen Productions and Bruce Cohen in Support of Opposition to Plaintiff's Motion for Summary Judgment [Adv. Docket No. 10 - filed November 1, 2018]

vii. Reply Memorandum of Law in Further Support of Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract [Adv. Docket No. 11 - filed November 8, 2018]

viii. Request for Oral Argument [Adv. Docket No. 13 - filed November 15, 2018]

ix. Answer and Affirmative Defenses of Defendants Bruce Cohen Productions and Bruce Cohen [Adv. Docket No. 15 - filed November 16, 2018]

x. Notice of Completion of Briefing with Respect to Plaintiff Lantern Entertainment LLC's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract [Adv. Docket No. 16 - filed November 19, 2018]

Status: The pre-trial conference on this matter is going forward.

Dated: November 27, 2018
      Wilmington, Delaware

                                      */s/  David T. Queroli*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*