**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
                                                             :
                                                             :   Chapter 11
THE WEINSTEIN COMPANY HOLDINGS                               :
LLC, et al.,                                                 :   Case No. 18-10601 (MFW)
                                                             :
              Debtors.¹                                      :   (Jointly Administered)
                                                             :
                                                             :   Re: Docket Nos. 1716
                                                             :
                                                             :   Hearing Date: November 29, 2018 at 11:30 a.m. (ET)
                                                             :   Obj. Deadline: November 27, 2018 at 4:00 p.m.  (ET)
------------------------------------------------------------ x
```

**RESPONSE OF LANTERN ENTERTAINMENT LLC TO**
**FIRST REPUBLIC BANK'S MOTION FOR ORDER (I) VACATING DOCKET**
**NUMBER 1574, (II) LIFTING STAY WITH RESPECT TO PRODUCING**
**SERVICES AGREEMENT, AND (III) ENFORCING PRIOR ORDERS AND RULINGS**

Lantern Entertainment, LLC (together with its affiliates, "Lantern"), by and through its undersigned counsel, hereby files this statement (the "Statement") to *First Republic Bank's Motion For Order (I) Vacating Docket Number 1574, (II) Lifting Stay with Respect to Producing Services Agreement, and (III) Enforcing Prior Orders and Rulings* [Docket No. 1716] (the "Motion").² In support of this Statement, Lantern respectfully represents as follows

1.      By the Motion, First Republic Bank ("First Republic") seeks entry of an order, among other things, (i) vacating the Stipulated Order and (ii) directing Lantern to turn over to First Republic or the Debtors any Polaroid Collateral in its possession, including certain funds

---

1   The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

2   Capitalized terms that are used herein and not otherwise defined shall have the meanings given to them in the Motion.

and physical assets relating to the Film.  Lantern does not object to the relief requested by the Motion, but submits this Response to clarify the status of certain funds relating to the Film.

2. In support of the Motion, First Republic asserts that Lantern has refused to turn over Polaroid Collateral despite Lantern's statements regarding its intent to cooperate in connection with the return of Polaroid Collateral in its possession.  As previously indicated, Lantern continues to be willing to facilitate the return of any Polaroid Collateral in its possession.  In fact, after First Republic filed the Motion, the distributors or other similar parties that had previously paid certain funds relating to the Film to Lantern contacted Lantern to request that Lantern return the payments it received.  To date, Lantern has returned four of the six payments it received to those parties, and Lantern has arranged to return the remaining two payments this week.  Prior to returning those funds to such parties, Lantern advised First Republic that Lantern was uncertain as to the appropriate recipient, and Lantern ultimately determined that the funds should be returned to the distributors to be paid to the appropriate party.

3. Lantern intends to continue to cooperate with First Republic Bank and the Debtors to return any Polaroid Collateral to the extent that any such Polaroid Collateral remains in its possession after Lantern returns the remaining two payments to the applicable distributors.

[*Remainder of page intentionally blank*]

Dated: November 27, 2018
      Wilmington, Delaware

/s/ Evelyn J. Meltzer
**PEPPER HAMILTON LLP**
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email: strattond@pepperlaw.com
fournied@pepperlaw.com
meltzere@pepperlaw.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael S. Stamer, Esq. (admitted *pro hac vice*)
Stephen B. Kuhn, Esq. (admitted *pro hac vice*)
Meredith A. Lahaie, Esq. (admitted *pro hac vice*)
One Bryant Park
Bank of America Tower
New York, New York 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: mstamer@akingump.com
skuhn@akingump.com
mlahaie@akingump.com

*Attorneys for Lantern Entertainment LLC*

#50993921 v1