## EXHIBIT A

**THE WEINSTEIN COMPANY**
375 Greenwich Street, 3ʳᵈ Floor
New York, New York 10013

This deal memo ("**Deal Memo**") confirms the agreement dated as of April 15, 2016 between The Weinstein Company LLC ("**TWC**") and Light Chaser Animation ("**Licensor**") for the "Picture" (as defined herein). The "**Picture**" means, collectively, that certain Mandarin language animated motion picture project currently entitled "Little Door Gods" aka "Xiao Men Shen" written and directed by Gary Wan, starring the voices of Xiaosong Gao, Hongming Luo and Xiaoxing Yi, with a running time (inclusive of credits) of 109 minutes, capable of receiving an MPAA rating no more restrictive than "PG", and substantially the version screened by TWC executives in March 2016.

Conditions Precedent**:** All of TWC's obligations hereunder shall be subject to: (i) TWC's receipt and approval of the complete chain of title to the Picture (including, without limitation an executed Instrument of Transfer and a Copyright Mortgage and Security Agreement in TWC's customary forms); and (ii) TWC's receipt of a fully executed copy of this Agreement. TWC may waive any of the foregoing conditions precedent at any time in its sole discretion.

1.      Rights: Licensor hereby irrevocably grants to TWC, on an exclusive basis, all allied, ancillary and distribution rights in and to the Picture (including, without limitation, the copyright therein) and all characters and literary and artistic material contained therein, for any and all versions of the Picture, in any and all manner, media, technology or device now known or hereafter devised in which exploitation of the Picture or any portion thereof may occur, in all languages (subtitled and/or dubbed), throughout the "Territory" (as defined herein) during the "Term" (as defined herein), and including, without limitation, theatrical, non-theatrical, all forms of television (including, without limitation, free, pay, pay per view, terrestrial, satellite, cable and near video on demand), all forms of home video or other home viewing technology now known or hereafter devised (including without limitation cassette, videodisc, DVD, HD DVD and Blu Ray, electronic sell-through and download-to-own, and all forms of video-on-demand), online/internet, digital streaming, interactive, airlines, military, ships, hotel/motel, clips, mobile (e.g., cell phones), soundtrack album rights, merchandising (including, without limitation, interactive games and devices, electronically read, digitized, interactive and computer-based or computer-assisted systems, devices and services), novelization, comic book, music rights (including without limitation the exclusive rights in and to the master recordings of the composed musical score of the Picture), music publishing (to all non-third party licensed music contained in the Picture, including without limitation the composed musical score), theme park rights, commercial tie-ins, screenplay publishing and any and all allied and ancillary rights without reservation of any kind, and the exclusive right to advertise, publicize and promote any and all of the foregoing (collectively, the "**Rights**").

2.      Territory: The Universe excluding solely China, Hong Kong, Taiwan and Macau (the "**Territory**").

3.      Term: Commencing as of the date set forth above and continuing for perpetuity. Licensor shall not exploit (or authorize the exploitation of) the Picture anywhere in the universe in any media (including, without limitation, festival screenings, premieres or any other public screenings (except as otherwise permitted herein) until (i) the earlier of the initial commercial release in the United States and twelve (12) months following Delivery and (ii) shall not exploit (or authorize the exploitation of) the Picture on any media (other than theatrical and airlines) until the earlier of the initial home video release in the United States and eighteen (18) months following Delivery. Notwithstanding the foregoing, the parties acknowledge that the Picture (a) was theatrically released in China on January 1, 2016, (b) was screened at the New York International Children's Film Festival in March, 2016, (c) was selected as the closing film by the 2016 TIFF Kids International Film Festival and will be screened at such festival on April 23, 2016 and April 24, 2016, and (d) will compete for animation awards at the Shanghai Film Festival from June 11-19, 2016 and at the Golden Horse Awards in Taiwan from November 5-26, 2016. All other exhibitions of the Picture by Licensor shall comply with the holdbacks set forth herein.

4.      MG: None.

5.    Distribution Terms:

(a)    Definition of Gross Receipts - "**Gross Receipts**" means all non-refundable sums actually earned and received by or credited to TWC from exploitation of the Rights, subject to TWC's customary "gross receipts exclusions". Home video receipts (including all digital and all forms of VOD) will be accounted for on a "gross" basis (rather than on a royalty basis). TWC makes no representation or warranty as to the amount or sufficiency of Gross Receipts.

(b)    Application of Gross Receipts - Gross Receipts shall be applied on a continuing and rolling basis as follows: (i) first, to TWC's fee of 10% of 100% of Gross Receipts, (ii) second, to TWC's recoupment of its sales and/or distribution costs and expenses (including, without limitation, a 10% supervisory fee on all such expenses capped at $500,000) plus interest thereon at the prevailing prime rate plus 2% (with interest recouped first), (iii) third, after deduction of (i), and (ii), remaining Gross Receipts will be payable 50% to Licensor ("**Licensor Share**") and 50% to TWC.  All Gross Receipts and distribution expenses with respect to the Picture shall be cross-collateralized among all media and all territories comprising the Territory

6.    Delivery: Licensor agrees to cause Delivery to occur on or before July 1, 2016 ("**Outside Delivery Date**"). Additionally, Licensor shall deliver some initial materials ("**Promo Materials**") to TWC as soon as possible, but in any event, no later than April 25, 2016 in order for TWC to prepare a promo of the Picture for exhibition at the 2016 Cannes Film Festival. Timely Delivery by Licensor to TWC of the materials set forth on the Delivery Schedule and of the Promo Materials is of the essence of this Deal Memo. If Licensor does not complete Delivery by the Outside Delivery Date, TWC shall have the right, but not the obligation, upon written notice to Licensor to terminate this Deal Memo, in which case TWC shall have no obligations to Licensor in connection with the Picture and, without limiting any of TWC's rights or remedies, Licensor shall refund to TWC any monies paid by TWC to Licensor hereunder plus interest thereon within two (2) weeks of Licensor's receipt of such termination notice. "**Delivery**" means delivery to and acceptance by TWC of the Picture by the Outside Delivery Date in accordance with this Deal Memo and the specifications set forth herein (unless otherwise agreed in writing) and in accordance with the delivery schedule attached hereto and incorporated herein as Exhibit B (the "**Delivery Schedule**"). All costs of Delivery to TWC will be borne by Licensor. The procedures for delivery, inspection and cure are attached hereto as Exhibit "A" and incorporated herein by this reference. Licensor agrees that, in addition to all items set forth on the Delivery Schedule, in the event any marketing materials, foreign language or other versions of the Picture are created, TWC shall have free access to any such materials and/or versions of the Picture.

7.    Editing: TWC shall have the right the edit, cut, and re-voice the Picture, in TWC's sole discretion (the "**Revised Version**") at Licensor's expense (provided Licensor shall not bear more than Seven Hundred Fifty Thousand Dollars ($750,000) in costs in connection with the Revised Version ("**Licensor Editing Costs**")). TWC shall be responsible for paying any amounts spent or incurred in connection with the Revised Version above and beyond the Licensor Editing Costs, if any, as determined by TWC in its sole discretion. In addition, TWC (and its subdistributors and affilliates) shall have customary editing rights to dub and/or subtitle the Picture, change the title and to cut for rating, censorship, airline requirements, television commercial interruptions and/or to comply with broadcasting statutory practices, standards or regulations, and/or to avoid any liability that TWC reasonably believes might be imposed without such edits, cuts or alterations. Licensor shall pay the Licensor Editing Costs to TWC as follows: (i) 50% of the Licensor Editing Costs (i.e., $375,000) within five (5) business days following Licensor's execution of this Deal Memo and (ii) the balance of the Licensor Editing Costs, to the extent such amounts were actually spent, within five (5) business days following Licensor's receipt of invoices from TWC for such additional costs and TWC's presentation of documents showing the actual costs incurred or to be incurred. The Licensor Editing Costs will be paid by wire transfer to the following account:

Bank Name: HSBC Bank USA
Account Name: The Weinstein Company LLC
ABA#: 021001088
Account #: 000147150

8.    Credit:  TWC (or another designee/TWC label as determined by TWC in its sole discretion) shall receive a first position logo and the sole presentation credit in connection with the Picture on screen throughout the Territory (each on separate unshared cards) and in the billing block of all paid ads in the Territory and shall receive a static distributor logo as the last card in the end credit roll. Outside the Territory, TWC shall receive an animated logo and presentation credit on screen in the main titles and in all paid ads, each in no less than third position, with size, location, duration and all other aspects of such logo and presentation credit no less favorable than any other main title logos or presentation credit in connection with the Picture. TWC may share its logo and/or presentation credit with one or more of TWC's third party financiers in its discretion, and shall notify Licensor of the same in writing.   TWC shall also have the right to accord customary distributor credits to any of its subdistributors.  In addition, TWC shall be granted up to three (3) executive producer credits (for individuals designated by TWC) on screen on a separate card (shared only with each other) in the main titles and in the billing block of paid ads for the Picture throughout the Universe with size, location and all other aspects of such credits no less favorable than any other producer credit accorded in connection with the Picture. All TWC credits shall be included in the Picture as Delivered to TWC at Licensor's cost. TWC shall adhere to all credit obligations of which it is notified in writing provided the same are within customary TWC parameters and provided further that no casual or inadvertent failure by TWC or its subdistributors to comply with a credit obligation in connection with the Picture shall constitute a breach hereof.  Promptly following TWC's receipt of written notice detailing, with reasonable specificity, a failure by TWC to comply with such credit obligations, TWC shall use commercially reasonable efforts to prospectively cure such failure on materials created after the date of such notice, provided that in no event shall TWC be obligated to recall any materials (including prints, one-sheets, etc.) created prior to such notice.  Licensor hereby represents and warrants that the Picture as Delivered to TWC shall contain all required screen credits, and, provided that TWC does not alter such credits (other than to accord credits to dubbing actors, if any, and to accord the credits to TWC and its subdistributors as set forth above), Licensor does hereby indemnify and hold TWC harmless with respect to any claims, liabilities and costs regarding such screen credits (and any necessary corrections or amendments thereto).  Notwithstanding anything to the contrary, TWC shall be entitled to give credits on screen in the Picture and in the billing block of paid ads in the Territory to those actors whose voices are used to dub the Picture. Other than as expressly set forth in this Deal Memo, Licensor acknowledges and agrees that TWC is not assuming any third party obligations in connection with the Picture.

9.    Release Commitment:  Provided that Licensor completes Delivery by the Outside Delivery Date and is not in breach or default hereof, TWC shall release the Picture no later than twelve (12) months following Delivery; provided such date shall be automatically extended for events of force majeure, in the event TWC receives any third party claims relating to the Picture which are not finally resolved in writing with the applicable third party executed by TWC by a date which leaves TWC sufficient time to market, publicize, promote and release the Picture by the intended release date, in the event TWC is prevented by law or court order or in the event TWC in its good faith business and legal judgement believes releasing the Picture by such date will result in civil or criminal liability). All other aspects of the exploitation of the Picture in the Territory shall be determined by TWC, in its sole discretion.  For purposes of clarification, TWC shall have no obligation to release the Picture theatrically and the initial commercial release of the Picture may take place in any one or more medium(s) (e.g., video-on-demand, pay-per-view, television etc.) as determined by TWC, in its sole discretion.

10.    Representations and Warranties:  Licensor hereby represents, warrants and undertakes: (a) that Licensor has all rights necessary to enter into and perform this Deal Memo; (b) that there are no liens or encumbrances against the Picture materially adversely affecting the Rights granted to TWC hereunder; (c) the Picture and any advertising or publicity materials supplied by Licensor hereunder shall not contain any material which violates or infringes, nor will TWC's exploitation of the Rights in accordance with this Deal Memo violate or infringe the copyright of any person, firm or corporation or any other common law or other right including without limitation, any right of privacy or trademark, of any person, firm or corporation; (d) that every musical composition contained in the Picture, every performance of a musical composition contained in Picture, and every photograph, clip, likeness and all other materials contained in the Picture have been licensed for use in and in connection with the Picture (and all advertising therefor) for the entire Term for the Territory, that all required license fees are fully paid, and that TWC shall not be responsible for any additional fees (whether in the nature of residuals or otherwise) in connection therewith; (e) all costs of production of the Picture, including, without limitation, all compensation, laboratory costs, license fees and royalties will be paid in full prior to Delivery except any deferred costs, participations and/or guild residuals, all of which shall be payable by Licensor; (f) there is no action, suit or

proceeding relating to the Picture pending or threatened, before any court, administrative or governmental body which might materially affect TWC's rights hereunder; (g) there are no defects in the chain-of-title to the Picture which would adversely affect any of TWC's rights hereunder and  Licensor has obtained the rights to use the name and likeness of all cast in the marketing and advertising of the Picture; (h) the Picture has not heretofore been exploited anywhere in the Territory in any medium and (i) that E&O insurance with standard limits and deductible of $1 million/$3 million and $25,000, respectively, has been obtained or will be obtained prior to Delivery by Licensor in connection with the Picture and TWC (and any affiliates, subdistributors and other third parties that TWC requests) will be added as an additional insured party listed thereon.

11.    <u>Subsequent Productions</u>:  TWC shall have a Right of First Negotiation and Matching Right to acquire any audiovisual derivative works or subsequent productions (e.g., any theatrical prequels, sequels, remakes and/or spinoffs, television series, mini-series or other television productions, direct-to-video productions, animated productions, stage plays or any other prequel, sequel, remake and/or spinoff productions intended to be exploited in any medium) based in whole or in part upon the Picture or any element thereof or any underlying material related thereto (each, a "**Subsequent Production**").  The foregoing rights shall be "rolling rights" with respect to each category of Subsequent Production (e.g., feature length production, television episodic production, stage play, etc.), provided that TWC acquired the Rights in the immediately preceding Subsequent Production of the same category.  For purposes of clarification and solely by way of example, if TWC elects not to acquire the rights in a Subsequent Production which is an episodic television show, then TWC shall have no further rights with respect to such Subsequent Production and any future Subsequent Productions which are episodic television shows, but TWC will continue to have a Right of First Negotiation and Matching Right with respect to all other Subsequent Productions. The "**Right of First Negotiation and Matching Right**" shall be defined as follows: For a period of thirty (30) days following TWC's receipt of Licensor's written notice that it desires to enter into such negotiations and TWC's receipt of all applicable materials for such Subsequent Production (which materials must include at a minimum the screenplay, key cast and/or director, budget, tentative locations, tentative production schedule and any other available material relating to such Subsequent Production, the "**Key Materials**"), TWC shall have an exclusive right of first negotiation to acquire the applicable Subsequent Production. At least five (5) business days before the expiration of such 30-day period, Licensor will present to TWC in writing the final material terms it is willing to accept ("**Licensor's Final Offer**"). If no agreement is reached between TWC and Licensor by the later of end of such 30-day period and five (5) business days after TWC's receipt of Licensor's Final Offer, then Licensor may seek third party offers for the applicable Subsequent Production provided that before Licensor may enter into an agreement with a third party with respect to such rights for an amount or on any terms, Licensor shall notify TWC in writing of the material terms of such third party offer that Licensor is willing to accept and the identity of the offeror ("**Third Party Offer Notice**"). TWC shall then have the right within five (5) business days to match all material financial terms of such deal (provided that TWC shall not be required to match any terms that are not capable of being met as easily by one party as any other). If TWC elects not to match such financial terms or if the material terms set forth in the Third Party Offer Notice are equal to or more  favorable to Licensor than Licensor's Final Offer, Licensor shall be free to enter into an agreement with the identified offeror on the specified terms, provided that if Licensor does not enter into such agreement (or the material terms of such offer change), TWC's matching right shall be reinstated with respect to any subsequent deal that Licensor wants to accept with respect to such Subsequent Production Notwithstanding anything to the contrary set forth above, if any time prior to Licensor actually closing a binding agreement with a third party for an applicable Subsequent Production pursuant to the procedure set forth above, there are material changes to any of the Key Materials, then Licensor will notify TWC in writing of the same and TWC's 30 day first negotiation period shall recommence if it had previously expired (or restart if the parties are then in the middle of a first negotiation period and there are less than 15 days remaining in such period) and the Right of First Negotiation and Matching Right shall be reinstated and followed pursuant to the terms of this Paragraph 11.

12.    <u>Miscellaneous</u>:  This Deal Memo shall be governed by and construed in accordance with the laws of the State of New York applicable to agreements made and to be wholly performed within New York without regard to the conflict of laws provisions of any jurisdiction which would cause the application of any law other than that of the State of New York.  The parties agree that the State and Federal courts in the State of New York shall have personal jurisdiction over them with respect to and shall be the exclusive forum for the resolution of any matter or controversy arising from or relating to this Deal Memo.  In the event of any dispute, Licensor's sole remedy shall be to pursue an action at law for money damages, and

Licensor shall not seek to or be entitled to enjoin the distribution, advertising or exploitation of the Picture or terminate or rescind this Deal Memo. Neither party shall be in breach of this Deal Memo until they have received written notice from the non-breaching party and been given a 15 business day opportunity to cure following receipt of such written notice. To the extent necessary for TWC to exercise the Rights granted hereunder, Licensor hereby grants to TWC a first position security interest and lien in the Territory during the Term in the Rights, the Picture and all results and proceeds thereof, to secure all of Licensor's obligations and TWC's rights under this Deal Memo. The parties agree to keep the terms of this agreement and the existence of the agreement and identity of TWC confidential (except to legal, financial and other company executives and professional advisors or to potential and/or bona fide purchasers of TWC) until such time as the parties shall mutually agree to issue an initial press release (which TWC shall prepare). TWC, in its sole discretion, shall have the right to subdistribute the Picture. TWC shall also have the right, in its discretion, to assign or license any and all of its rights and obligations hereunder. Licensor and TWC shall execute or cause to be executed such documents and other instruments and take or cause to be taken such further actions as may be reasonably necessary or desirable to evidence, effectuate or confirm the provisions of this Deal Memo and the transactions contemplated by this Deal Memo.

The parties contemplate the drafting of the long form agreement reflecting the above terms, as well as such other terms and conditions as are customary for agreements of this nature subject to good faith negotiations within TWC's customary parameters. Until such time, if ever, as a longer form agreement is fully-executed, this Deal Memo sets forth the entire and binding agreement between the parties with respect to the subject matter hereof, and, shall supersede and replace all prior and/or contemporaneous written or oral agreements pertaining hereto and can only be modified by a writing signed by both parties.

IN WITNESS WHEREOF, the parties hereto have executed this Deal Memo by their duly authorized officers as of the date first above written.

THE WEINSTEIN COMPANY LLC

By: _____

Its: __COO / President_____

LIGHT CHASER ANIMATION

By: _____

Its: __*Director*_____

## EXHIBIT A

### Delivery: Inspection, Acceptance/Rejection, Cure; Dispute Resolution

With respect to the Delivery of the Picture, the following provisions shall apply:

**Acceptance/Rejection**.

    (a)  Inspection/Cure.  TWC shall have thirty (30) days following TWC's receipt of written notice from Licensor that Essential Delivery or complete Delivery (as applicable) has been effected (the "**Inspection Period**"), to inspect and review the delivery materials for compliance with the technical delivery requirements hereunder.  In the event TWC determines that Delivery of an item has not been properly effected, then prior to the expiration of the Inspection Period, TWC shall so notify Licensor in writing (the "**Rejection Notice**"), which Rejection Notice shall set forth with specificity any Delivery item(s) furnished to TWC which are defective and/or any Delivery item(s) not timely tendered to TWC for inspection.  Licensor shall have fourteen (14) days from its receipt of the Rejection Notice to cure any defect in a given Delivery item.  If and when Licensor believes that Licensor has cured any defect respecting any Delivery item, then Licensor shall so notify TWC in writing (the "**Cure Notice**") that Delivery of the subject item has been effected.  TWC shall have fourteen (14) days from its receipt of the Cure Notice and the cured/additional Delivery item(s) (the "**Re-Inspection Period**") to re-inspect the subject item and accept delivery, or, alternatively, reject delivery by sending another Rejection Notice to Licensor.  Subject only to the dispute resolution provision below, TWC shall have no obligation to Licensor hereunder if Delivery is not timely effected, and Licensor shall promptly reimburse TWC for all payments theretofore made by TWC to Licensor hereunder (provided that the foregoing shall not limit in any way TWC's right to assert any claims or remedies against Licensor and to seek any other damages to which TWC may be entitled as a result of such failure).

    (b)  Dispute Resolution.  In the event of any dispute between TWC and Licensor regarding Licensor's delivery and/or TWC's acceptance of a Delivery item, the parties shall proceed according to the IFTA dispute resolution procedures.

\

**<u>EXHIBIT B</u>**

**THE WEINSTEIN COMPANY**
375 Greenwich Street, 3rd Floor
New York, New York 10013

Dated as of August 28, 2017

Light Chaser Animation
Art base one, Cuigezhuang
Chaoyang District, Beijing, 100103
China

**Re: "Little Door Gods" aka "Guardian Brothers" – First Amendment**

Reference is made to that certain acquisition agreement (the "**Agreement**") dated as of April 15, 2016 between Light Chaser Animation ("**Licensor**") and The Weinstein Company LLC ("**TWC**") regarding the exclusive license of certain rights in and to the feature length animated motion picture currently entitled "Guardian Brothers" aka "Little Door Gods" ("**Picture**"). Capitalized terms used but not defined herein shall have those meanings ascribed to them in the Agreement.

For good and valuable consideration (the receipt and sufficiency of which is hereby acknowledged), the parties hereby agree that, notwithstanding anything to the contrary set forth in the Agreement, the terms of the Agreement are hereby amended as follows (this "**First Amendment**"):

1.      The Outside Delivery Date shall be July 15, 2017 in lieu of July 1, 2016 and any references throughout the Agreement to the Outside Delivery Date shall be interpreted accordingly.

2.      Paragraph 4 of the Agreement is hereby deleted in its entirety and replaced with the following:

"Two Million Two Hundred Fifty Thousand Dollars ($2,250,000) (the "**Minimum Guarantee**") payable: 100% within fifteen (15) business days following the later to occur of (i) full execution of this First Amendment and TWC's approval of the complete chain of title to the Picture (including, without limitation an executed Copyright Mortgage and Security Agreement in TWC's customary form, which chain of title TWC non-precedentially confirms is approved) and (ii) complete Delivery (which, solely on a non-precedential basis, TWC confirms is approved); provided that TWC shall be entitled to offset from the Minimum Guarantee the actual, out-of-pocket costs incurred by TWC in connection with the creation of the Revised Version and delivery materials specifically relating to the Revised Version provided that such offset shall be capped at Two Hundred Fifty Thousand Dollars ($250,000). TWC shall be entitled to deduct withholding and any other applicable tax on any amounts due and payable to Licensor, if such tax is required by law."

3.      Paragraph 5(b) of the Agreement is hereby deleted in its entirety and replaced with the following language:

"Licensor acknowledges and agrees that TWC will retain 100% of Gross Receipts and TWC has no obligation to pay any Gross Receipts to Licensor or to account to Licensor in connection with Gross Receipts. Furthermore, Licensor acknowledges and agrees that Licensor does not have any audit rights in connection with the Picture."

4.      The following language is hereby added to Paragraph 7 of the Agreement:

TWC/Little Door Gods /Amendment#1.v4            -1-

" Subject to Licensor's payment of all clearance and re-use costs and the costs of duplication and shipping. TWC shall grant Licensor free access to the Revised Version and Licensor shall have the right to exploit the Revised Version outside the Territory; provided that Licensor does hereby indemnify and hold TWC harmless with respect to any claims regarding the use of the Revised Version outside the Territory."

All other terms of the Agreement not expressly modified herein are hereby confirmed.

Please sign in the space provided below to indicate your acknowledgement and acceptance of the above terms.

Sincerely,

The Weinstein Company LLC

By:_____

Its:_____

Agreed and Accepted:

Light Chaser Animation

By:_____

Its:_____