# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered |

### ORDER COMPELLING DEBTORS TO ASSUME
### LICENSING AGREEMENT WITH LIGHT CHASER ANIMATION

Upon the *Motion of Light Chaser Animation to Compel Assumption of its Licensing Agreement* (the "**Motion**")[1]; and it appearing that the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and good and sufficient notice of the Motion having been given and no other or further notice of the Motion being necessary; and upon the hearing held to consider the Motion on [December 17, 2018 at 10:30 a.m.]; and objections to the Motion, if any, having been resolved or overruled; and the Court having found that just cause exists for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Licensing Agreement is hereby assumed.  Cure costs shall be paid within three business days of entry of this order in accordance with instructions from Light Chaser's counsel.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

2

       3.       The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

       4.       This Court shall retain jurisdiction to enforce the terms and provisions of this Order.

Dated: December ___, 2018  
       Wilmington, Delaware

                                                    _____  
                                                    THE HONORABLE MARY F. WALRATH  
                                                    UNITED STATES BANKRUPTCY JUDGE