# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Weinstein Company Holdings LLC, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 1664 & 1724**<br><br>**Hr'g Date: January 14, 2019 at 11:30 a.m. (ET)**<br>**Obj. Deadline: January 7, 2019 at 4:00 p.m. (ET)** |
| Lantern Entertainment LLC,<br><br>    Plaintiff,<br>vs.<br><br>Bruce Cohen Productions, and Bruce Cohen,<br><br>    Defendants. | Adversary Case No. 18-50924 (MFW) |

## NOTICE OF SPECIAL PURPOSE HEARING

PLEASE TAKE NOTICE that a special purpose hearing (the "**Special Purpose Hearing**") has been scheduled to be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 (the "**Court**") on **January 14, 2019 at 11:30 a.m. (ET).**

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

RLF1 20425437v.1

PLEASE TAKE FURTHER NOTICE that the following matters have been scheduled to be heard at the Special Purpose Hearing:

1. Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order [Docket No. 1664 - filed November 5, 2018] (the "**SLP Motion**");

    i. Notice of Filing of Exhibits F-H to the Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order [Docket No. 1761 - filed November 21, 2018]

    ii. [SEALED] Exhibits F-H to the Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order [Docket No. 1762 - filed November 21, 2018]

2. Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment [Docket No. 1724 - filed November 16, 2018] (the "**Executory Contract Counterparties' Motion**" and, together with the SLP Motion, the "**Motions**");

    i. The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment [Docket No. 1771 - filed November 26, 2018]

3. Pre-trial Conference and Oral Argument Regarding Summary Judgment, *Lantern Entertainment LLC v. Bruce Cohen Productions, and Bruce Cohen*, Adv. Pro. No. 18-50924 (MFW)

    i. Complaint for Declaratory Judgment Against Bruce Cohen Productions and Bruce Cohen [Adv. Docket No. 1 - filed October 17, 2018]

    ii. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 2 - filed October 17, 2018]

    iii. Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract [Adv. Docket No. 6 - filed October 18, 2018]

    iv. Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract [Adv. Docket No. 7 - filed October 18, 2018]

    v. Declaration of Irwin Reiter in Support of Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract [Adv. Docket No. 8 - filed October 18, 2018]

    vi.    Answering Brief of Defendants Bruce Cohen Productions and Bruce Cohen in Support of Opposition to Plaintiff's Motion for Summary Judgment [Adv. Docket No. 10 - filed November 1, 2018]

    vii.    Reply Memorandum of Law in Further Support of Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract [Adv. Docket No. 11 - filed November 8, 2018]

    viii.    Request for Oral Argument [Adv. Docket No. 13 - filed November 15, 2018]

    ix.    Answer and Affirmative Defenses of Defendants Bruce Cohen Productions and Bruce Cohen [Adv. Docket No. 15 - filed November 16, 2018]

    x.    Notice of Completion of Briefing with Respect to Plaintiff Lantern Entertainment LLC's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract [Adv. Docket No. 16 - filed November 19, 2018]

PLEASE TAKE FURTHER NOTICE that the objection deadline with respect to the Motions has been extended until **January 7, 2019 at 4:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that, except for those matters listed above, other matters may not be scheduled to be heard at the Special Purpose Hearing absent permission from the Court.

Dated: December 11, 2018
      Wilmington, Delaware

/s/ David T. Queroli
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*