## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et.al.,*<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 18-10601-MFW<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 1695 & 1771** |

### JOINDER OF OPUS BANK TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (I) OBJECTION TO SUPPLEMENTAL NOTICE OF FILING OF LIST OF ASSUMED CONTRACTS PURSUANT TO SALE ORDER AND (B) JOINDER TO THE MOTION OF EXECUTORY CONTRACT COUNTERPARTIES FOR ORDER CONFIRMING THAT COUNTERPARTIES' AGREEMENTS H AVE BEEN DESIGNATED BY LANTERN FOR ASSUMPTION AND ASSIGNMENT

Opus Bank, by and through its undersigned counsel, hereby joins in the Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming that Counterparties' Agreements have been Designated by Lantern Entertainment LLC ("Lantern") for Assumption and Assignment [D.I. 1771] (the "Committee Objection") in so far as it pertains to the Waco Project (as such term is defined herein). In support of this joinder, Opus Bank states as follows:

---

1  The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

**BACKGROUND**

1. The Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United State Bankruptcy Court for the District of Delaware (the "Court") on March 19, 2018 (the "Petition Date").

2. Opus Bank is party to that certain Loan and Security Agreement dated August 11, 2017 (the "Loan Agreement") with TWC WACO SPV, LLC ("TWC Waco"), a Delaware limited liability company, one of the Debtors herein, pursuant to which Opus Bank loaned to TWC Waco up to the aggregate principal sum of $13,577,265 (the "Waco Loan").

3. TWC Waco utilized the Waco Loan to fund the development and production of a six part television mini-series entitled "Waco" (the "Waco Project").

4. The Loan Agreement, along with all other agreements, instruments, and documents evidencing, securing, guaranteeing or otherwise relating to the obligations under the Loan Agreement, all collateral, all liens, or any other aspect of the transactions contemplated by the Loan Agreement are herein referenced to as the "Waco Loan Documents." Pursuant to the terms of the Waco Loan Documents, Opus Bank was granted a first-priority security interest in TWC Waco's assets including, but not limited to, the Waco Project, and all distribution and exploitation rights in the Waco Project (the "Waco Project Collateral").[2]

5. Additionally, Weinstein Television LLC ("WTV") granted Opus Bank a security interest in 100% of the equity in TWC Waco, as well as its distribution and exploitation rights in the Waco Project, including all amounts owing under agreements with respect to such rights (the "WTV Collateral" and, with the Waco Project Collateral, the "Waco Collateral").

---

[2] Opus Bank believes that the domestic distribution and exploitation rights were sold prior to the Petition Date.

6. As part of the Waco Loan, Opus Bank also has a security interest in certain collateral (including New Mexico Film Tax Credits) from Surrender Productions, Inc., Howard Baral and David Baral who are non-debtors and also against Surrender Productions, Inc.

7. Opus Bank perfected its security interest in the Waco Collateral by filing a financing statement under the Uniform Commercial Code with the Secretary of State of Delaware on August 11, 2017 as file number 2017 5349292 and by filing a financing statement under the Uniform Commercial Code with the Secretary of State of New York on August 14, 2017 as file number 201708140397912.

8. On May 9, 2018, the Court entered its Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief (the "Sale Order") [Docket No. 846], which, inter alia, approved the sale of substantially all of the Debtors' assets to Lantern (the "Sale").

9. The Sale closed on July 13, 2018. Prior to and after the Sale closing, Opus Bank and Lantern negotiated regarding the satisfaction by Lantern of the Waco Loan. Such discussions were unsuccessful and have since ended.

10. After several previous filings of potentially assumed and assigned contracts, on November 8, 2018, Lantern filed its Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1695] (the "Supplemental Assumption Notice"). The Supplemental Assumption Notice included certain contracts related to the Waco Project.

## **JOINDER**

11. Through this Joinder, Opus Bank hereby joins in the arguments raised in the Committee Objection pertaining to the Waco Project and expressly adopts, raises, and incorporates such arguments therein as if fully set forth herein. Put simply, Lantern cannot assume the Waco Project assets as it purports to do in the Supplemental Assumption Notice as it has failed to satisfy the Waco Loan. Through this Joinder, and for the reasons set forth in the Committee Objection, Opus Bank requests that the Court prohibit the assumption and assignment of any contracts related to the film or television rights of the Waco Project.

12. Opus Bank reserves the right to supplement and join in any other filings, and to present supplemental and further arguments at any hearing on the Waco Project and/or the Supplemental Assumption Notice.

WHEREFORE, based on the foregoing, Opus Bank respectfully requests that the Court enter an order: (i) denying the Assumption and Assignment of any and all contracts related to the Waco Project and (ii) granting Opus Bank such further relief as is just and proper.

Dated: December 12, 2018
      Wilmington, Delaware

*/s/ Morgan L. Patterson*
Matthew P. Ward (Del. Bar No. 4471)
Morgan L. Patterson (Del. Bar No. 5388)
Womble Bond Dickinson (US) LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
Email: morgan.patterson@wbd-us.com

and

Robert R. Kinas, Esq.
Blakeley E. Griffith, Esq.
Charles E. Gianelloni, Esq.
Snell & Wilmer
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
Email: bgriffith@swlaw.com
Email: cgianelloni@swlaw.com

*Counsel to Opus Bank*