# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | : | Case No. 18-10601 (MFW) |
| | : | |
| | : | Jointly Administered |
| Debtors.[1] | : | |
| | : | **Re: Docket No. 1848** |

## NOTICE OF APPEAL

J.C. Penney Corporation, Inc., a creditor in the above-captioned bankruptcy cases, hereby appeals to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a), and in accordance with Federal Rules of Bankruptcy Procedure 8001, 8002, and 8003 and Delaware Bankruptcy Local Rule 8003-1, from the United States Bankruptcy Court for the District of Delaware the *Order Denying Motion of J.C. Penney Corporation, Inc. to Compel Assumption or Rejection of Licensing Agreement* [D.I. 1848, entered December 13, 2018] (the "Order"). A copy of the Order is attached hereto as **Exhibit A**.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective counsel are as follows:

---

[1] The last four digits of The Weinstein Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm/epiq11.com/twc.

{01399266;v1 }

| | |
|---|---|
| **Appellants:**<br><br>**J.C. Penney Corporation, Inc.** | **ASHBY & GEDDES, P.A.**<br>Gregory A. Taylor<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, Delaware 19899-1150<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br>Email: gtaylor@ashbygeddes.com<br><br>*and*<br><br>**FOLEY GARDERE**<br>**FOLEY & LARDNER LLP**<br>Marcus A. Helt<br>Jason B. Binford<br>2021 McKinney, Suite1600<br>Dallas, Texas 75201<br>Telephone: (214) 999-3000<br>Facsimile: (214)999-4667<br>Email: mhelt@foley.com<br>Email: jbinford@foley.com |
| **Appellee:**<br><br>**Bank Hapoalim B.M.** | **Counsel:**<br><br>**HERRICK, FEINSTEIN LLP**<br>Stephen B. Selbst<br>2 Park Avenue<br>New York, NY 10036<br>Email: sselbst@herrick.com<br><br>**WOMBLE BOND DICKINSON (US) LLP**<br>**Matthew P. Ward**<br>**Morgan L. Patterson**<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Email: matthew.ward@wbd-us.com<br>Email: morgan.patterson@wbd-us.com |

| **Appellee:** | **Counsel:** |
|---|---|
| **Debtors:**<br>The Weinstein Company Holdings LLC, *et al.* | **RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins<br>Brett Michael Haywood<br>Paul Noble Heath<br>David T. Queroli<br>Zachary I. Shapiro<br>Russell C. Silberglied<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Email: collins@rlf.com<br>Email: heath@rlf.com<br>Email: haywood@rlf.com<br>Email: queroli@rlf.com<br>Email: shapiro@rlf.com<br>Email: silberglied@rlf.com<br><br>**CRAVATH, SWAINE & MOORE LLP**<br>Karin A. DeMasi<br>David A. Herman<br>David E. Kumagai<br>Stephanie A. Marshak<br>Claire E. O'Brien<br>Paul S. Sandler<br>Daniel A. Silver<br>Andrew M. Ward<br>George E. Zobitz<br>Paul H. Zumbro<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Email: kdemasi@cravath.com<br>Email: dherman@cravath.com<br>Email: dkumagai@cravath.com<br>Email: smarshak@cravath.com<br>Email: cobrien@cravath.com<br>Email: psandler@cravath.com<br>Email: dsilver@cravath.com<br>Email: award@cravath.com<br>Email: jzobitz@cravath.com<br>Email: pzumbro@cravath.com |

Dated:  December 20, 2018          Respectfully submitted,

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor, Esq. (#4008)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899-1150
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
Email:  gtaylor@ashbygeddes.com

*and*

**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
Marcus A. Helt
Jason B. Binford
2021 McKinney, Suite1600
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214)999-4667
Email: mhelt@foley.com
Email: jbinford@foley.com

*Counsel to J.C. Penney Corporation, Inc.*

## **EXHIBIT A**

{01399266;v1 }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | : | Case No. 18-10601 (MFW) |
|  | : | Jointly Administered |
|  | : |  |
| Debtors.[1] | : | **Related Docket Nos. 1627, 1750, 1770, 1845** |

## ORDER DENYING MOTION OF J.C. PENNEY CORPORATION, INC. TO COMPEL ASSUMPTION OR REJECTION OF LICENSING AGREEMENT

This Court having considered the *Motion of J.C. Penney Corporation, Inc. to Compel Assumption or Rejection of Licensing Agreement* (the "Motion"), the *Objection of Bank Hapoalim B.M. to Motion of J.C. Penney Corporation, Inc. to Compel Assumption or Rejection of Licensing Agreement* (the "Objection"), the statements of counsel and the evidence adduced with respect to the Motion and the Objection at the November 29, 2018 hearing before this Court (the "Hearing"); it is hereby:

---

[1] The last four digits of The Weinstein Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

{01390465;v3 }

ORDERED that the Motion is DENIED; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

**Dated: December 13th, 2018**
**Wilmington, Delaware**

{01390465;v3 }

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**