## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                              :   Chapter 11
In re:                                        :
                                              :   Case No. 18-10601 (MFW)
The Weinstein Company Holdings LLC, et al.,[1] :
                                              :   (Jointly Administered)
             Debtors.                         :
                                              :
                                              :
                                              :
------------------------------------------------------------x
```

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON DECEMBER 27, 2018 AT 10:30 A.M. (ET)[2]

I.    **MATTER GOING FORWARD:**

    1.    Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. § 363 for Approval of Settlement and Mutual Release Agreement with Bunim/Murray Productions, LLC [Docket No. 1865 - filed December 18, 2018]

    Objection / Response Deadline:    December 26, 2018 at 4:00 p.m. (ET)

    Objections / Responses Received:    None to date.

    Related Documents:

    i.    Order Shortening the Notice and Objection Periods for the Debtors' Settlement Motion [Docket No. 1869 - entered December 19, 2018]

    Status: The hearing on this matter is going forward.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

[2] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the December 27, 2018 hearing must contact COURTCALL, LLC at 866-582-6878 prior to **noon (ET) on Wednesday, December 26, 2018** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

Dated: December 21, 2018
      Wilmington, Delaware

*/s/ David T. Queroli*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Robert C. Maddox (No. 5356)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*

RLF1 20487293v.1