# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 18-10601 (MFW)
The Weinstein Company Holdings LLC, *et al.*, : (Jointly Administered)
:
Debtors.[1] : **Related Docket Nos.: 1900, 1902, 1903 & 1905**
:
: **Objections Due: January 9, 2019 at 4:00 p.m. (ET)**
: **Hearing Date: January 14, 2019 at 11:30 a.m. (ET)**
---------------------------------------------------------x

**NOTICE OF (A) MOTION OF THE DEBTORS AND LANTERN ENTERTAINMENT, LLC PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF (I) SETTLEMENT AGREEMENT REGARDING THE A&E TELEVISION NETWORKS AGREEMENTS AND (II) STIPULATION WITH PORTFOLIO FUNDING COMPANY LLC I; AND (B) MOTION TO FILE UNDER SEAL PORTIONS OF THE MOTION OF THE DEBTORS PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF (I) SETTLEMENT AGREEMENT REGARDING THE A&E TELEVISION NETWORKS AGREEMENTS AND (II) STIPULATION WITH PORTFOLIO FUNDING COMPANY LLC I**

PLEASE TAKE NOTICE that, on December 28, 2018, the above-captioned Debtors and Lantern Entertainment LLC filed the: (i) *Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of (I) Settlement Agreement Regarding the A&E Television Networks Agreements and (II) Stipulation with Portfolio Funding Company LLC I* [DI 1900] (the "Motion"); (ii) *Motion to File Under Seal Portions of the Motion of the Debtors Pursuant to Fed. R. Bankr. P. 9019 for Approval of (I) Settlement Agreement Regarding the A&E Television Networks Agreements and (II) Stipulation with Portfolio Funding Company LLC I* [DI 1902] (the "Motion to Seal"); and (iii) Motion to shorten notice of the hearing on the Motion and Motion to Seal [DI 1903] (the "Motion to Shorten"). The Motion, Motion to Seal, and Motion to Shorten are being served concurrently herewith.

PLEASE TAKE FURTHER NOTICE that, on December 28, 2018, the Bankruptcy Court entered the order granting the Motion to Shorten [DI 1905] (the "Order Shortening Notice"), a copy of which is also being served concurrently herewith.

PLEASE TAKE FURTHER NOTICE that in accordance with the Order Shortening Notice, any objections or other responses (collectively, "Objections") to entry of an order approving the Motion must be filed on or before **January 9, 2019 at 4:00 p.m. (Eastern**

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

#51386633 v3

-2-

**Time)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the Objection upon the undersigned so as to be received **on or before the Objection Deadline**.

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Motion will be held on **January 14, 2019 at 11:30 a.m. (ET)** at the United States Bankruptcy Court for the District of Delaware before The Honorable Mary F. Walrath, Courtroom #4, 5th Floor, 824 North Market Street, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND TO THE PROCEDURES MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE PROCEDURES MOTION ON A FINAL BASIS WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.**

Dated: December 28, 2018
Wilmington, DE

Respectfully Submitted,

/s/ David B. Stratton
David B. Stratton (No. 960)
Evelyn J. Meltzer (No. 4581)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19801
Tel: (302) 777-6500

and

Michael S. Stamer
Abid Qureshi
Meredith A. Lahaie
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

*Counsel for Lantern Entertainment LLC*

#51386633 v3