IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br>Jointly Administered<br><br>Re: Docket No. 1930<br>Hearing Date: January 28, 2019 at 11:30 a.m.<br>Objection Deadline: January 17, 2019 at 4:00 p.m. |

### NOTICE OF HEARING REGARDING MOTION OF TELE MUNCHEN FOR THE EXPEDITED ENTRY OF AN ORDER: GRANTING RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1) *NUNC PRO TUNC* TO JANUARY 3, 2019 TO ALLOW PROVISION OF NOTICE OF TERMINATION AND TERMINATION OF ITS AGREEMENTS WITH THE DEBTORS

**PLEASE TAKE NOTICE** that on January 3, 2019, Tele Munchen Fernsch GmbH & Co. Produktionsgesellschaft ("Tele Munchen")filed the *Motion of Tele Munchen for the Expedited Entry of an Order: Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(D)(1) Nunc Pro Tunc To January 3, 2019 to Allow Provision of Notice of Termination and Termination of Its Agreements with the Debtors* [Docket No. 1930] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You were previously served with the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Motion has been scheduled to be heard by the Bankruptcy Court on **January 28, 2019 at 11:30 a.m. (prevailing Eastern Time)** (the "Hearing") before The Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion shall be made in writing and shall set forth the basis thereof, and such responses or objections must be filed with the Bankruptcy Court and served upon undersigned counsel so as to be received on or before **January 17, 2019 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

IMPAC 6040493v.1

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 3, 2019
       Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ R. Stephen McNeill*
Jeremy W. Ryan (DE Bar No. 4057)
R. Stephen McNeill (DE Bar No. 5210)
D. Ryan Slaugh (DE Bar No. 6325)
1313 N. Market Street, Sixth Floor
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
       rmcneill@potteranderson.com
       rslaugh@potteranderson.com

-and-

**VALLE MAKOFF LLP**
Jeffrey B. Valle, Esq.
Peter Clapp, Esq.
11911 San Vicente Blvd., Suite 324
Los Angeles, CA 90049
Telephone: (310) 476-0300
Email: jvalle@vallemakoff.com

*Counsel to Tele Munchen Fernsch GmbH & Co. Produktionsgesellschaft*