**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | Case No. 18-10601 (MFW) |
| | (Jointly Administered) |
| Debtors.[1] | **Re: Docket No. 1668** |
| | New Hr'g Date: January 14, 2019 at 11:30 a.m. (ET) |
| | Obj. Deadline: November 20, 2018 at 4:00 p.m. (ET) |

---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING REGARDING JOINT MOTION OF DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO APPROVE STIPULATION GRANTING LEAVE, STANDING, AND AUTHORITY TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO INVESTIGATE, PROSECUTE, AND SETTLE CERTAIN CLAIMS AND CAUSES OF ACTION**

PLEASE TAKE NOTICE that, on November 6, 2018, The Weinstein Company Holdings LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") and the Official Committee of Unsecured Creditors (the "**Committee**" and, together with the Debtors, the "**Parties**") filed the *Joint Motion of Debtors and Official Committee of Unsecured Creditors to Approve Stipulation Granting Leave, Standing, and Authority to the Official Committee of Unsecured Creditors to Investigate, Prosecute, and Settle Certain Claims and Causes of Action* [Docket No. 1668] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").  **You were previously served with a copy of the Motion**.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

RLF1 20546343v.1

PLEASE TAKE FURTHER NOTICE that the Motion was originally scheduled to be heard before the Bankruptcy Court on November 29, 2018 at 11:30 a.m. (prevailing Eastern Time), was later adjourned to the hearing scheduled to be held on December 17, 2018 at 10:30 a.m. (prevailing Eastern Time), and was further adjourned to the hearing scheduled to be held on January 8, 2019 at 10:30 a.m. (prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that, with the permission of the Bankruptcy Court, the hearing, solely with respect to the Motion, has been adjourned to the special purpose hearing scheduled to be held on **January 14, 2019 at 11:30 a.m. (prevailing Eastern Time)** before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, pursuant to the *Notice of Motion and Hearing*, filed contemporaneously with the Motion, any responses or objections to the Motion were to be filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Parties by no later than **November 20, 2018 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**").  Except for those parties that have received an extended Objection Deadline from the Debtors, **the Objection Deadline for the Motion has not changed**.

Dated:   January 3, 2019
         Wilmington, Delaware

| | |
|---|---|
| */s/ David T. Queroli* | */s/ Robert J. Feinstein* |
| **RICHARDS, LAYTON & FINGER, P.A.** | **PACHULSKI STANG ZIEHL & JONES LLP** |
| Mark D. Collins (No. 2981) | James I. Stang (CA Bar No. 94435) |
| Russell C. Silberglied (No. 3462) | Robert J. Feinstein (NY Bar No. 1767805) |
| Paul N. Heath (No. 3704) | Debra I. Grassgreen (CA Bar No. 169978) |
| Zachary I. Shapiro (No. 5103) | Bradford J. Sandler (DE Bar No. 4142) |
| Brett M. Haywood (No. 6166) | Colin R. Robinson (DE Bar No. 5524) |
| David T. Queroli (No. 6318) | 919 North Market Street, 17th Floor |
| One Rodney Square | Wilmington, DE 19801 |
| 920 North King Street | Telephone: (302) 652-4100 |
| Wilmington, DE 19801 | |
| Telephone: (302) 651-7700 | *Counsel for the Official Committee of Unsecured Creditor* |
| Facsimile: (302) 651-7701 | |

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
David A. Herman (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*