**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
The Weinstein Company Holdings LLC, et al.,¹                  :   Case No. 18-10601 (MFW)
                                                              :
                 Debtors.                                     :   (Jointly Administered)
                                                              :
------------------------------------------------------------- x
DIRECTORS GUILD OF AMERICA, INC; SCREEN                       :   Adversary Case No. 18-50487 (MFW)
ACTORS GUILD-AMERICA FEDERATION OF                            :
TELEVISION AND RADIO ARTISTS; AND THE                         :
WRITERS GUILD OF AMERICA, WEST, INC.,                         :
                                                              :
                 Plaintiffs,                                  :
            vs.                                               :
                                                              :
MUFG UNION BANK, N.A., AND                                    :
UNIONBANCAL EQUITIES, INC.,                                   :
                                                              :
                 Defendants.                                  :
------------------------------------------------------------- x
```

**NOTICE OF *AMENDED*² AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 8, 2019 AT 10:30 A.M. (ET)³**

**I.   CONTINUED / RESOLVED MATTERS:**

1.  Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

[2] **Amended items appear in bold.**

[3] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the January 8, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to **noon (ET) on Monday, January 7, 2019** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 8 - filed March 20, 2018]

Cure Objections, Assumption and Assignment Objections, and Other Related Objections / Response Deadline:

Notice at Docket No. 216: April 30, 2018 at 4:00 p.m. (ET); extended until May 3, 2018 at 4:00 p.m. (ET) for Nu Image, Inc., Sony, Bunim/Murray Productions, Universal Music Enterprises, a division of UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal Tunes, a division of Songs of Universal Inc., Capitol Christian Music Group, and CMG Publishing, Interscope Records, a division of UMG Recordings, Inc., and any other Universal Music entity, Angry Blonde Productions, Inc., Shady Records, Inc., Shroom Shady Music, LLC, and Marshall B. Mathers (entities as part of a transaction with Interscope Records, a Universal entity)

Notice at Docket No. 282: May 3, 2018 at 4:00 p.m. (ET); extended until May 7, 2018 at 4:00 p.m. (ET) for A&E Television Networks, LLC (and its related entities, including Lifetime Entertainment Services)

Notice at Docket No. 482: May 7, 2018 at 4:00 p.m. (ET); extended until May 15, 2018 at 4:00 p.m. (ET) for Saving Santa The Movie, Ltd. and until May 16, 2018 at 4:00 p.m. (ET) for Jeff Abbott

Cure Objections, Assumption and Assignment Objections, and Other Related Objections Received: See Exhibit A attached hereto.

Related Documents:

i. Notice of Second Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 482 - filed April 27, 2018]

ii. Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief [Docket No. 846 - entered May 9, 2018]

iii. Notice of Filing of Final List of Potentially Assume Contracts and Leases [Docket No. 860 - filed May 10, 2018]

iv. Order Approving Amendment to Asset Purchase Agreement Entered Into By and Between the Debtors and Lantern Entertainment LLC [Docket No. 1220 - entered July 11, 2018]

    Status: The status of the outstanding cure objections, assumption and assignment objections, and other related objections received is noted on Exhibit A attached hereto.

2. Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1003 - filed June 8, 2018]

    Objection / Response Deadline:    June 18, 2018 at 4:00 p.m. (ET); extended for certain of the parties listed on Exhibit B attached hereto.

    Objections / Responses Received:    See Exhibit B attached hereto.

    Related Documents:  None at this time.

    Status: The status of the outstanding objections received is noted on Exhibit B attached hereto.

3. Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1457 - filed September 5, 2018]

    Objection / Response Deadline:    September 17, 2018 at 4:00 p.m. (ET)

    Objections / Responses Received:    See Exhibit C attached hereto.

    Related Documents:

    i. Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 846] [Docket No. 1512 – filed September 20, 2018]

    ii. Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1665 - filed November 5, 2018]

    iii. Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1695 - filed November 8, 2018]

    Status: The status of the outstanding objections received is noted on Exhibit C attached hereto.

4. Joint Motion of Debtors and Official Committee of Unsecured Creditors to Approve Stipulation Granting Leave, Standing, and Authority to the Official Committee of Unsecured Creditors to Investigate, Prosecute, and Settle Certain Claims and Causes of Action [Docket No. 1668 - filed November 6, 2018]

    Objection / Response Deadline:    November 20, 2018 at 4:00 p.m. (ET); extended by agreement for certain Directors (Robert Weinstein, Tim Sarnoff, Marc

        Lasry, Taran Ben Ammar, Lance Maerov, Jeff Sackman, Richard Koenigsberg, Paul Tudor Jones, James Dolan, and Dirk Ziff) to January 7, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:    None to date.

    Related Documents:

    i.    Declaration of Alan M. Jacobs in Support of Joint Motion of Debtors and Official Committee of Unsecured Creditors to Approve Stipulation Granting Leave, Standing, and Authority to the Official Committee of Unsecured Creditors to Investigate, Prosecute, and Settle Certain Claims and Causes of Action [Docket No. 1669 - filed November 6, 2018]

    ii.    Notice of Adjournment of Hearing Regarding Joint Motion of Debtors and Official Committee of Unsecured Creditors to Approve Stipulation Granting Leave, Standing, and Authority to the Official Committee of Unsecured Creditors to Investigate, Prosecute, and Settle Certain Claims and Causes of Action [Docket No. 1726 - filed November 16, 2018]

    iii.    Notice of Adjournment of Hearing Regarding Joint Motion of Debtors and Official Committee of Unsecured Creditors to Approve Stipulation Granting Leave, Standing, and Authority to the Official Committee of Unsecured Creditors to Investigate, Prosecute, and Settle Certain Claims and Causes of Action [Docket No. 1934 - filed January 3, 2019]

    Status: The hearing on this matter has been continued to the special purpose hearing scheduled for January 14, 2019 at 11:30 a.m. (ET).

5.    Harvey Weinstein's Motion for Entry of an Order Compelling Discovery Under Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 1720 - filed November 16, 2018]

    Objection / Response Deadline:    November 30, 2018 at 4:00 p.m. (ET); extended for Lantern Entertainment LLC ("Lantern") to a date to be determined.

    Objections / Responses Received:    None to date.

    Related Documents:    None to date.

    Status: This matter has been adjourned to a date to be determined.

6.    Motion of Light Chaser Animation to Compel Assumption of its Licensing Agreement [Docket No. 1794 - filed November 29, 2018]

4

      Objection / Response Deadline:    December 10, 2018 at 4:00 p.m. (ET); extended by agreement for the Debtors and Lantern to January 7, 2019 at 12:00 p.m. (ET)

      Objections / Responses Received:    None to date.

      Related Documents:    None to date.

      Status: The hearing on this matter has been continued to the special purpose hearing scheduled for January 14, 2019 at 11:30 a.m. (ET).

7. Debtors' Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim, (II) Establishing Deadlines for Filing Requests for Payment of Postpetition Administrative Expenses, (III) Approving Form and Manner of Notice Thereof, and (IV) Granting Related Relief [Docket No. 1825 - filed December 5, 2018]

      Objection / Response Deadline:    December 20, 2018 at 4:00 p.m. (ET)

      Objections / Responses Received:    None.

      Related Documents:

      i. Order (I) Establishing Deadlines for Filing Proofs of Claim, (II) Establishing Deadlines for Filing Requests for Payment of Postpetition Administrative Expenses, (III) Approving Form and Manner of Notice Thereof, and (IV) Granting Related Relief [Docket No. 1890 - entered December 27, 2018]

      Status: On December 27, 2018, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II. MATTER FILED UNDER CERTIFICATION:

8. Motion of Interested Party Studiocanal S.A.S. to Seal Declaration of Ron Halpern in Support of Objection of Interested Party Studiocanal S.A.S. to Assumption and Assignment of Executory Contracts, and Reservation of Rights [Docket No. 1811 - filed December 4, 2018]

      Objection / Response Deadline:    December 26, 2018 at 4:00 p.m. (ET)\

      Objections / Responses Received:    None to date.

      Related Documents:

      i. Certificate of No Objection to Motion of Interested Party Studiocanal S.A.S. to Seal Declaration of Ron Halpern in Support of Objection of

        Interested Party Studiocanal S.A.S. to Assumption and Assignment of Executory Contracts, and Reservation of Rights [Docket No. 1912 - filed January 2, 2019]

    Status: On January 2, 2019, the movant filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent that the Court has any questions.

## III. MATTERS GOING FORWARD:

9. Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with Guilds, MUFG, UnionBanCal, and Committee [Docket No. 1828/Adv. Case No. 18-50487 (MFW) Docket No. 8 - filed December 5, 2018]

    Objection / Response Deadline:    December 20, 2018 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A. Limited Objection and Reservation of Rights of Portfolio Funding Company LLC I to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with Guilds, MUFG, UnionBanCal, and Committee [Docket No. 1874 - filed December 20, 2018]

    B. Reservation of Rights of Black Bear Pictures, LLC to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with Guilds, MUFG, UnionBanCal, and Committee [Docket No. 1878 - filed December 20, 2018]

    Related Documents:    None.

    Status: The hearing on this matter will go forward.

10. Harvey Weinstein's Motion for an Order Permitting Use of Documents Produced Under 2004 Order [Docket No. 1829 - filed December 6, 2018]

    Objection / Response Deadline:    January 2, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A. Objection of Class Plaintiffs to Harvey Weinstein's Motion for an Order Permitting Use of Documents Produced Under 2004 Order [Docket No. 1910 - filed January 2, 2019]

    B. Declaration of Elizabeth A. Fegan in Support of Objection of Class Plaintiffs to Harvey Weinstein's Motion for an Order Permitting Use of Documents Produced Under 2004 Order [Docket No. 1911 - filed January 2, 2019]

Related Documents:

i. Order Authorizing the Protocol for Productions of Documents in Response to Harvey Weinstein's Motion Compelling Discovery Under Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 976 - entered June 5, 2018]

ii. Order Denying Motion to Shorten Notice Regarding Harvey Weinstein's Motion for an Order Permitting Use of Documents Produced Under 2004 Order [Docket No. 1842 - entered December 12, 2018]

iii. Notice of Harvey Weinstein's Motion for an Order Permitting Use of Documents Produced Under 2004 Order [Docket No. 1844 - filed December 12, 2018]

iv. Letter to the Honorable Mary F. Walrath regarding *Geiss, et al. v. The Weinstein Company Holdings, LLC, et al.*, Case No. 17-Civ-09554 pending in the S.D.N.Y. [Docket No. 1850 - filed December 14, 2018]

v. Letter to the Honorable Alvin K. Hellerstein regarding *Geiss, et al. v. The Weinstein Company Holdings, LLC, et al.*, Case No. 17-Civ-09554 pending in the S.D.N.Y. [Docket No. 1859 - filed December 16, 2018]

vi. Notice of Entry of Protective Order Governing Use of Discovery Produced Under This Court's Prior 2004 Order [Docket No. 1898 - filed December 27, 2018]

vii. Harvey Weinstein's Reply in Support of His Motion for an Order Permitting Use of Documents Produced Under 2004 Order [Docket No. 1931 - filed January 3, 2019]

Status: The hearing on this matter will go forward.

RLF1 20549387v.1

Dated: January 4, 2019
      Wilmington, Delaware

/s/  David T. Queroli
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*