**Exhibit A -** *Cure Objections, Assumption and Assignment Objections, and Other Related Objections*

| Tab | Respondent | Status |
|---|---|---|
| A. | Bank Hapoalim B.M. [Docket No. 444 - filed April 26, 2018] [Supplemental Objection at Docket No. 1020 - filed June 15, 2018] | The Debtors understand that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| B. | Timur Bekmambetov, Bazelevs U.S., Inc., Tengri, Inc., and Mirsand Limited [Docket No. 454 - filed April 26, 2018] [Supplemental Objection at Docket No. 666 - filed May 2, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| C. | Endemol Shine International Limited [Docket No. 481 - filed April 27, 2018] [Supplemental Objection at Docket No. 644 - filed May 1, 2018] [Joint Reply at Docket No. 1565 - filed October 4, 2018] | This matter is resolved, subject to the terms set forth in the *Stipulation Among the Debtors, Lantern Entertainment LLC, and Endemol Shine International Limited Regarding the Assumption and Assignment of the Endemol Agreement* (the "Stipulation"). The Court entered an order approving the Stipulation at Docket No. 1862. |
| D. | Heidi Klum Company LLC, Heidi Klum LLC, and Heidi Klum [Docket No. 498 - filed April 27, 2018] | The Debtors understand that Lantern has been in discussions with the counterparties and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| E. | Stephen King [Docket No. 500 - filed April 27, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |

RLF1 20549387v.1

| Tab | Respondent | Status |
|---|---|---|
| F. | Beta Film GmbH [Docket No. 501 - filed April 27, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| G. | Sun Distribution Group S.A. [Docket No. 504 - filed April 27, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| H. | BRB Internacional S.A. and Apolo Films SL [Docket No. 505 - filed April 27, 2018] | The Debtors understand that Lantern has been in discussions with the counterparties and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| I. | View Askew Productions Inc. and Snoogans Inc. f/s/o Kevin Smith [Docket No. 506 - filed April 30, 2018 and Docket No. 507 - filed April 30, 2018] | The Debtors understand that Lantern has been in discussions with the counterparties and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| J. | Voltage Pictures, LLC and Geronimo Nevada, LLC [Docket No. 509 - filed April 30, 2018] | This matter is resolved, subject to the terms set forth in the *Stipulation Among the Debtors, Lantern Entertainment LLC, and Voltage Pictures, LLC and Geronimo Nevada, LLC* (the "Stipulation"). The Court entered an order approving the Stipulation at Docket No. 1867. |
| K. | Kanbar Entertainment, LLC and Hoodwinked, LLC [Docket No. 510 - filed April 30, 2018] | The Debtors understand that Lantern has been in discussions with the counterparties and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |

| Tab | Respondent | Status |
| --- | --- | --- |
| L. | Viacom International Inc. [Docket No. 511 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| M. | Digital Cinema Implementation Partners, LLC [Docket No. 512 - filed April 30, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| N. | J.C. Penney Corporation, Inc. [Docket No. 515 - filed April 30, 2018] | The Debtors understand that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| O. | Wanda Pictures (Hong Kong) Co., Ltd. [Docket No. 516 - filed April 30, 2018] | The Debtors understand that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| P. | Netflix Global LLC, Netflix International B.V., Netflix Studios LLC, and Netflix, Inc. [Docket No. 517 - filed April 30, 2018] [Redacted Supplemental Objection at Docket No. 819 - filed May 7, 2018; Sealed Supplemental Objection at Docket No. 834 - filed May 8, 2018] | This matter is resolved, subject to the terms set forth in the *Amended Stipulation Regarding Assumption and Assignment of Netflix Contracts* (the "Stipulation"). The Court entered an order approving the Stipulation at Docket No. 1697. |
| Q. | Annapurna Pictures, Inc. [Docket No. 521 - filed April 30, 2018] [Supplemental at Docket No. 767 - filed May 4, 2018; Amended Supplemental at Docket No. 869 - filed May 11, 2018] | This matter is resolved, subject to the terms set forth in the *Stipulation Among the Debtors, Lantern Entertainment LLC, and Annapurna Pictures, Inc. Regarding the Assumption and Assignment of the Annapurna Agreements* (the "Stipulation"). The Court entered an order approving the Stipulation at Docket No. 1692. |

| Tab | Respondent | Status |
|---|---|---|
| R. | Cross City Films Ltd. [Docket No. 522 - filed April 30, 2018] | On October 18, 2018, the Court entered an order [Docket No. 1615] approving a stipulation regarding this matter. Accordingly, certain portions of this matter are moot. The unresolved portions of this matter have been continued to February 25, 2019 at 4:00 p.m. (ET). |
| S. | OWN LLC [Docket No. 523 - filed April 30, 2018; Docket No. 703 - filed May 3, 2018] [Supplemental Response at Docket No. 934 - filed May 25, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| T. | Sartraco, Inc. and Related Parties [Docket No. 524 - filed April 30, 2018] | The Debtors understand that Lantern has been in discussions with the counterparties and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| U. | Technicolor [Docket No. 525 - filed April 30, 2018] | This matter has been withdrawn [Notice at Docket No. 1683 - filed November 7, 2018]. |
| V. | Black Bear Pictures [Docket No. 527 - filed April 30, 2018] [Declaration at Docket No. 530 - April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| W. | The Bully Project, LLC and Lee Hirsch [Docket No. 532 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |

RLF1 20549387v.1

| Tab | Respondent | Status |
|---|---|---|
| X. | Studiocanal S.A.S. ("Studiocanal"), Gaumont S.A. ("Gaumont"), Wild Bunch, S.A. ("Wild Bunch"), Delta Last Legion Ltd., Quinta Communications S.A., and Orange Studio (Formerly Studio 37) ("Orange Studio") [Docket No. 533 - filed April 30, 2018] [Docket No. 597 - filed April 30, 2018] [Declarations at Docket Nos. 618, 620, 621, 669, 670, 673 - filed April 30, 2018 and May 2, 2018] [Supplemental Objection at Docket No. 818 - filed May 7, 2018] | The Court entered orders approving a stipulation attached thereto resolving certain portions of this matter at Docket Nos. 1607, 1670, 1676 and 1677 for Studiocanal, Gaumont, Wild Bunch and Orange Studio, respectively. The unresolved portions of this matter have been continued to February 25, 2019 at 4:00 p.m. (ET). |
| Y. | Cykel Corp. and Jake Gyllenhaal [Docket No. 534 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| Z. | Speedee Distribution, LLC [Docket No. 536 - filed April 30, 2018] [Supplemental Objection at Docket No. 998 - filed June 8, 2018] | This matter is resolved and has been withdrawn [Notice at Docket No. 1507 - filed September 19, 2018]. |
| AA. | Pink Fox, Inc., and Rachel McAdams [Docket No. 539 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| BB. | FilmNation Entertainment, LLC, FilmNation International, LLC, FilmNation Features, LLC, West 150 Productions, LLC, and 22nd Street Entertainment, LLC [Docket No. 540 - filed April 30, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that the objection has been resolved. |
| CC. | Jennifer Lawrence and Floffin, Inc. Concerning the Film Silver Linings Playbook [Docket No. 543 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| DD. | The Pippin Owners [Sealed at Docket No. 546 - filed April 30, 2018; Redacted at Docket No. 552 - filed April 30, 2018] [Amended Objection at Docket No. 855 - filed May 10, 2018] | The Debtors understand that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| EE. | JPC Enterprises, Inc., New Crime Productions, LLC, Cusack Enterprises, LLC, and John Cusack [Docket No. 547 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |

| Tab | Respondent | Status |
|---|---|---|
| FF. | Visiona Romantica, Inc., et al. [Docket No. 550 - filed April 30, 2018; Docket No. 713 - filed May 3, 2018] [Supplemental Response at Docket No. 933 - filed May 25, 2018] | This matter is resolved, subject to the terms set forth in the *Stipulation Among the Debtors, Lantern Entertainment LLC, and Visiona Romantica, Inc. et al., Regarding the Assumption and Assignment of the Tarantino Agreements* (the "Stipulation"). The Court entered an order approving the Stipulation at Docket No. 1704. |
| GG. | MUFG Union Bank, N.A. [Docket No. 551 - filed April 30, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that the objection has been resolved. |
| HH. | Opus Bank [Docket No. 553 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| II. | Leonardo DiCaprio and Birken Productions, Inc. Concerning the Film Django Unchained [Docket No. 555 - filed April 30, 2018] | The Debtors understand that this objection was resolved in connection with the *Stipulation Among the Debtors, Lantern Entertainment LLC, and Sony Pictures Entertainment Inc. et. al.* (the "**Stipulation**"). The Court entered an order approving the Stipulation at Docket No. 1703. |
| JJ. | First Republic [Docket No. 556 - filed April 30, 2018] | The Debtors understand that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |

RLF1 20549387v.1

| Tab | Respondent | Status |
|---|---|---|
| KK. | Wind River Productions, LLC [Sealed at Docket No. 558 - filed April 30, 2018] | This matter is resolved, subject to the terms set forth in the *Stipulation Among the Debtors, Lantern Entertainment LLC, and Wind River Productions* (the "Stipulation"). The Court entered an order approving the Stipulation at Docket No. 1693. |
| LL. | Celestial Productions Limited [Docket No. 560 - filed April 30, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that the objection has been resolved. |
| MM. | Miramax Film NY, LLC [Sealed at Docket No. 561 - filed April 30, 2018; Redacted at Docket No. 564 - filed April 30, 2018] [Supplemental Objection at Docket No. 722 - filed May 3, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| NN. | Company Men Productions, Inc., Concerning the Film The Company Men [Docket No. 562 - filed April 30, 2018] | This matter is resolved, subject to the terms set forth in the *Stipulation Among the Debtors, Lantern Entertainment LLC, and Company Men Productions, Inc. Regarding the Assumption and Assignment of the Company Men Agreements* (the "Stipulation"). The Court entered an order approving the Stipulation at Docket No. 1812. |
| OO. | John Fusco, Giovanni Fusco and Mud City Moving Picture Co. f/s/o John Fusco [Docket No. 565 - filed April 30, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that the objection has been resolved. |
| PP. | Entertainment One [Docket No. 566 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |

RLF1 20549387v.1

| Tab | Respondent | Status |
|---|---|---|
| QQ. | Sing Street Distribution, LLC, Sing Street Distribution and Sing Street Distribution LLC [Docket No. 567 - filed April 30, 2018; Docket No. 724 - filed May 3, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that the objection has been resolved. |
| RR. | Amazon Digital Services LLC, Amazon Media EU Sarl, Amazon.com International Sales, Inc. and Amazon Content Services LLC [Docket No. 568 - filed April 30, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that the objection has been resolved. |
| SS. | Hotel Mumbai Pty Ltd. [Docket No. 569 - filed April 30, 2018] | This matter is resolved. |
| TT. | Content Partners Fund 3 SPV LP and Content Partners Fund 3 SPV1 LP [Docket No. 571 - filed April 30, 2018] | This matter is resolved, subject to the terms set forth in the *Stipulation Among the Debtors, Lantern Entertainment LLC, Content Partners Fund 3 SPV LP, and Content Partners Fund 3 SPV1 LP* (the "Stipulation"). The Court entered an order approving the Stipulation at Docket No. 1562. |
| UU. | Jerry's Brother, Inc., and David S. Zucker [Docket No. 572 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| VV. | Amazon Studios LLC [Docket No. 573 - filed April 30, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that the objection has been resolved. |
| WW. | Tele Munchen [Docket No. 574 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| XX. | Turner Entertainment Networks, Inc. [Docket No. 575 - filed April 30, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that the objection has been resolved. |

RLF1 20549387v.1

| Tab | Respondent | Status |
|---|---|---|
| YY. | Adaptive Studios, Inc. [Docket No. 576 - filed April 30, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that the objection has been resolved. |
| ZZ. | Ab Svensk Filmindustri [Docket No. 577 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| AAA. | Dynamic '88 Productions, Inc., George Clooney, Good Lie, Inc., and Grant Heslov [Docket No. 578 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| BBB. | Estate of Wes Craven [Docket No. 580 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| CCC. | Sabajka Productions II, Inc., and Julia Roberts [Docket No. 585 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| DDD. | IT Follows Productions LLC [Docket No. 586 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| EEE. | Home Box Office, Inc. [Docket No. 587 - filed April 30, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that the objection has been resolved. |
| FFF. | Meryl Streep [Docket No. 588 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| GGG. | PC Films, LLC, Willie Lump Lump Enterprises, Inc., Bill Murray, Goldenlight Films, Inc., and Ted Melfi [Docket No. 589 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| HHH. | Scavenger, LLC [Docket No. 590 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |

RLF1 20549387v.1

| Tab | Respondent | Status |
|---|---|---|
| III. | WB Studio Enterprises Inc. and Warner Bros. Entertainment Inc. [Docket No. 592 - filed April 30, 2018] [Supplemental Objection at Docket No. 1820 - filed December 4, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| JJJ. | East West Bank [Docket No. 593 - filed April 30, 2018] | This matter is resolved, subject to the terms set forth in the *Stipulation Among the Debtors, Lantern Entertainment LLC, and East West Bank* (the "Stipulation").  The Court entered an order approving the Stipulation at Docket No. 1675. |
| KKK. | Butler Films LLC [Docket No. 595 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| LLL. | Channel 271 Productions LLC [Docket No. 596 - filed April 30, 2018] | This matter has been withdrawn [Docket No. 1870]. |
| MMM. | Bank of America, N.A. [Docket No. 599 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| NNN. | Potter, Inc. and Brad Pitt [Docket No. 600 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| OOO. | Portfolio Funding Company LLC I [Sealed at Docket No. 603 - filed April 30, 2018] [Redacted at Docket No. 604 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| PPP. | Creative Artists Agency, LLC [Docket No. 601 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| QQQ. | Bruce Cohen Productions and Bruce Cohen [Docket No. 607 - filed April 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |

| Tab | Respondent | Status |
|---|---|---|
| RRR. | Author [Docket No. 613 - filed April 30, 2018] [Revised Exhibit A at Docket No. 791 - filed May 7, 2018] [Supplemental Objection at Docket No. 913 - filed May 18, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is no longer interested in acquiring the contract(s) subject to objection.  Accordingly, the objection is moot. |
| SSS. | Lesia Anson [Docket No. 630 - filed April 30, 2018] | At this time, the Debtors and Lantern Entertainment LLC do not believe that this matter should be going forward.  However, the counterparty has requested that this matter go forward. |
| TTT. | IP Management, Inc., Proceeding Pro Se [Docket No. 632 - filed April 30, 2018] | The Debtors understand that Lantern is no longer interested in acquiring the contract(s) subject to objection.  Accordingly, the objection is moot. |

RLF1 20549387v.1

| Tab | Respondent | Status |
|---|---|---|
| UUU. | Contract Counterparties [Wang Qin, Wang Hong, Amityville Horror Enterprises, LLC, Cindy Lee Stock, Noel Lutz, Gabrielle Lutz, Melissa Irwin, Vertigo Prime Inc., Good Fear Film, Inc., Roy Lee, Chris Bender, 22nd and Indiana Inc., Bradley Cooper, Tim Gunn Productions Inc., Tim Gunn, Fade to Black Productions, Inc., Tom Ford, Outerbanks Entertainment, Inc., Kevin Williamson, Music For the People and Mark Wahlberg] [Docket No. 668 - filed May 2, 2018] | Certain portions of this matter are resolved. The Court entered orders approving stipulations attached thereto resolving certain portions of this matter at Docket No. 1573 for Wang Qin and Wang Hong, and Docket No. 1574 for Vertigo Prime Inc., Good Fear Film, Inc., Roy Lee, and Chris Bender. The Debtors understand that Lantern has been in discussions with certain counterparties and that Lantern is no longer interested in acquiring the Tim Gunn Productions Inc. and Tim Gunn contract(s) subject to objection. Accordingly, the objection regarding the Tim Gunn Productions Inc. and Tim Gunn contracts subject to objection is moot. The unresolved portions of this matter have been continued to February 25, 2019 at 4:00 p.m. (ET). |
| VVV. | Frank Miller Inc. and Frank Miller [Docket No. 683 - filed May 2, 2018] | The Debtors understand that Lantern has been in discussions with the counterparties and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| WWW. | Bunim/Murray Productions, LLC [Docket No. 688 - filed May 2, 2018] | On December 27, 2018, the Court entered an order [Docket No. 1893] regarding this Matter. Accordingly, the objection is resolved. |

| Tab | Respondent | Status |
|---|---|---|
| XXX. | Full Picture, Inc. and Full Picture, LLC [Docket No. 691 - filed May 3, 2018] | The Debtors understand that Lantern has been in discussions with the counterparties and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| YYY. | Ringleader Studios, Inc. [Docket No. 692 - filed May 3, 2018] | This matter is resolved and has been withdrawn [Docket No. 1879]. |
| ZZZ. | Lions Gate Entertainment Corp., Lions Gate Films Inc., Anchor Bay Entertainment LLC, Starz LLC, Starz Media, LLC and Starz Entertainment LLC [Docket No. 694 - filed May 3, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| AAAA. | Fremantlemedia [Docket No. 695 - filed May 3, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| BBBB. | Celestial Productions [Docket No. 697 - filed May 3, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that the objection has been resolved. |
| CCCC. | Jennifer Aniston and Two Eleven Productions, Inc., Concerning the Film Derailed [Docket No. 699 - filed May 3, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| DDDD. | Sony Pictures Entertainment Inc. et. al. [Docket No. 701 - filed May 3, 2018] [Redacted Version of Updated and Supplemental Objection at Docket No. 926 - filed May 24, 2018; Sealed Version of Updated and Supplemental Objection at Docket No. 927 - filed May 24, 2018] | This matter is resolved, subject to the terms set forth in the *Stipulation Among the Debtors, Lantern Entertainment LLC, and Sony Pictures Entertainment Inc. et. al.* (the "Stipulation"). The Court entered an order approving the Stipulation at Docket No. 1703. |
| EEEE. | Jackpot Productions Limited f/s/o Jack Whitehall and James Graham [Docket No. 702 - filed May 3, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that the objection has been resolved. |

| Tab | Respondent | Status |
|---|---|---|
| FFFF. | S. Carter Enterprises LLC's and Shawn C. Carter a/k/a Jay-Z [Docket No. 706 - filed May 3, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that the objection has been resolved. |
| GGGG. | di Bonaventura Pictures, Inc., and Lorenzo di Bonaventura [Docket No. 707 - filed May 3, 2018] | The Debtors understand that Lantern has been in discussions with the counterparties and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| HHHH. | Universal Music Enterprises, Universal Music Corp., Songs of Universal, Inc., Universal Tunes, Capitol Christian Music Group, and Capital CMG Publishing [Docket No. 708 - filed May 3, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that the objection has been resolved. |
| IIII. | Interscope Records, a Division of UMG Recordings, Inc., Angry Blonde Productions, Inc. Furnishing the Services of Marshall B. Mathers III, Shady Records, Inc., and Shroom Shady Music, LLC [Docket No. 709 - filed May 3, 2018] | This matter has been withdrawn. |
| JJJJ. | In the Heights Owners [Sealed at Docket No. 710 - filed May 3, 2018] [Redacted at Docket No. 711 - filed May 3, 2018] [Amended at Docket No. 856 - filed May 10, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| KKKK. | 2929 Productions LLC [Docket No. 714 - filed May 3, 2018] | The Debtors understand that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |

RLF1 20549387v.1

| Tab | Respondent | Status |
| --- | --- | --- |
| LLLL. | Nu Image, Inc. [Docket No. 715 - filed May 3, 2018] | The Debtors understand that Lantern is no longer interested in acquiring the contract(s) subject to objection.  Accordingly, the objection is moot. |
| MMMM. | Entertainment One [Docket No. 717 - filed May 3, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| NNNN. | Brett Matthews [Docket No. 718 - filed May 3, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is not interested in acquiring the contract(s) subject to objection.  Accordingly, by agreement of the Debtors, Lantern, and the counterparty, the objection is moot and shall be deemed withdrawn. |
| OOOO. | Sun Distribution Group S.A. [Docket No. 719 - filed May 3, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| PPPP. | Showtime Networks Inc. [Docket No. 720 - filed May 3, 2018] [Supplemental Objection at Docket No. 1224 - filed July 11, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| QQQQ. | Unifi Completion Guaranty Insurance Solutions, Inc. as Agent and Attorney-in-Fact for Atlantic Specialty Insurance Company [Docket No. 721 - May 3, 2018] [Supplemental Objection at Docket No. 950 - filed May 30, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |

RLF1 20549387v.1

| Tab | Respondent | Status |
| --- | --- | --- |
| RRRR. | Kristen Bell and Sugarbell, Inc. [Docket No. 727 - Filed May 3, 2018] [Amended at Docket No. 785 - Filed May 7, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| SSSS. | Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation [Docket No. 728 - filed May 3, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| TTTT. | Kevin Hart and K. Hart Enterprises, Inc. [Docket No. 733 - filed May 3, 2018] [Amended at Docket No. 786 - filed May 7, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| UUUU. | Directors Guild of America, Inc., Screen Actors Guild-American Federation of Television and Radio Artists, the Writers Guild of America, West, Inc., Their Respective Pension and Health Plans, and the Motion Picture Industry Pension and Health Plans [Docket No. 742 - filed May 3, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| VVVV. | Arclight Films [Docket No. 771 - filed May 4, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| WWWW. | British Broadcasting Corporation (BBC) [Docket No. 821 - filed May 7, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| XXXX. | Jeff Abbott [Docket No. 892 - filed May 16, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |

| Tab | Respondent | Status |
| --- | --- | --- |
| YYYY. | Univision Networks & Studios, Inc. [Docket No. 912 - filed May 18, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is no longer interested in acquiring certain of the contract(s) subject to objection. Accordingly, the objection is partially moot. The unresolved portions of this matter have been continued to February 25, 2019 at 4:00 p.m. (ET). |
| ZZZZ. | Hachette Book Group [Docket No. 949 - filed May 30, 2018] | This matter is resolved and has been withdrawn [Docket No. 1831]. |
| AAAAA. | BBC Worldwide Limited [Docket No. 964 - filed June 1, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| BBBBB. | Harkins Administrative Services, Inc. [Docket No. 1103 - filed June 22, 2018] | The Debtors understand that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| CCCCC. | Jon Gordon and Jon Gordon Productions, Inc. [Docket No. 1274 - filed July 27, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| DDDDD. | CBS Networks, Inc. [Informal Response] | The Debtors understand that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| EEEEE. | SP JGAG, LLC and Jane Got a Gun Production Co. LLC [Informal Response] | The Debtors understand that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |

RLF1 20549387v.1

| Tab | Respondent | Status |
| --- | --- | --- |
| FFFFF. | The Sapphires Film Holdings Pty Ltd [Informal Response] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |