**Exhibit B**

| Tab | Objection | Status |
|---|---|---|
| A. | Frank Miller Inc.'s and Frank Miller's (A) Objection to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC and (B) Supplemental Objection to Proposed Assumption and Assignment of Certain Contracts [Docket No. 1039 - filed June 18, 2018] | The Debtors understand that Lantern has been in discussions with the counterparties and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| B. | Objection of Kanzeon Corp. and David O. Russell to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC and Reservation of Rights [Docket No. 1040 - filed June 18, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| C. | [SEALED] Objection of Speedee Distribution, LLC to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1041 - filed June 18, 2018] [Redacted at Docket No. 1044 - filed June 18, 2018] | This matter is resolved and has been withdrawn [Notice at Docket No. 1507 - filed September 19, 2018]. |
| D. | Objection of Potter, Inc., and Brad Pitt to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1042 - filed June 18, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| E. | Objection of Bazelevs U.S., Timur Bekmambetov, Mirsand Limited, Tengri, Inc. and Mirsand Limited re Executory Nature of Current War Producing Service Agreement and Amendment Thereto [Docket No. 1043 - filed June 18, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |

| Tab | Objection | Status |
|---|---|---|
| F. | Objection of Bruce Cohen Productions and Bruce Cohen to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1045 - filed June 18, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| G. | Objection of Dynamic '88 Productions, Inc., George Clooney, Good Lie, Inc., and Grant Heslov to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1046 - filed June 18, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| H. | Objection of 22nd and Indiana Inc. and Bradley Cooper to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1048 - filed June 18, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| I. | Objection of Meryl Streep to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1049 - filed June 18, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| J. | Objection of Canal Productions, Inc. and Robert De Niro to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1050 - filed June 18, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |

RLF1 20549387v.1

| Tab | Objection | Status |
|---|---|---|
| K. | Response and Reservation of Rights of The Estate of Wes Craven Regarding Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1052 - filed June 18, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| L. | Objection of Willie Lump Lump Enterprises, Inc., and Bill Murray to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1055 - filed June 18, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| M. | Objection of Cykel Corp. and Jake Gyllenhaal to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1057 - filed June 18, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| N. | Objection of Sabjaka Productions II, Inc., and Julia Roberts to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1058 - filed June 18, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| O. | Joinder of Jennifer Lawrence and Floffin, Inc. to the Objections Filed by (I) Kanzeon Corp. and David O. Russell, (II) 22nd and Indiana Inc. and Bradley Cooper, and (III) Canal Productions, Inc., and Robert De Niro to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1059 - filed June 18, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |

| Tab | Objection | Status |
|---|---|---|
| P. | Objection of Pink Fox, Inc., and Rachel McAdams to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1062 - filed June 18, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| Q. | Objection of Donna Gigliotti to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1063 - filed June 18, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| R. | Response of Visiona Romantica, Inc. and Quentin Tarantino to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC and Reservation of Rights [Docket No. 1064 - filed June 18, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| S. | Response to and Reservation of Rights of JCP Enterprises, Inc., New Crime Productions, LLC, Cusack Enterprises, LLC, and John Cusack to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1065 - filed June 18, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| T. | Objection of Jerry's Brother, Inc., and David Zucker to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1066 - filed June 18, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |

RLF1 20549387v.1

| Tab | Objection | Status |
|---|---|---|
| U. | Limited Objection and Reservation of Rights of Miramax Film NY, LLC to the Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1067 - filed June 19, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| V. | Objection of Wang Qin and Wang Hong to the Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1231 - filed July 11, 2018] | This matter is partially resolved. The Court entered an order approving a stipulation attached thereto resolving the matter at Docket No. 1573. The unresolved portions of this matter have been continued to February 25, 2019 at 4:00 p.m. (ET). |

RLF1 20549387v.1