**Exhibit C**

| Tab | Objection | Status |
|---|---|---|
| A. | Response of Luge Club Productions, Inc. to Notice of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1488 - filed September 17, 2018 | The Debtors understand that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| B. | Response and Reservation of Rights of OWN LLC to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1489 - filed September 17, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| C. | Response and Reservation of Rights of Visiona Romantica, Inc., et al., to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1490 - filed September 17, 2018] [Supplemental Response at Docket No. 1561 - filed October 3, 2018] | This matter is resolved, subject to the terms set forth in the *Stipulation Among the Debtors, Lantern Entertainment LLC, and Visiona Romantica, Inc. et al., Regarding the Assumption and Assignment of the Tarantino Agreements* (the "Stipulation"). The Court entered an order approving the Stipulation at Docket No. 1704. |
| D. | Response and Reservation of Rights of Plural Jempsa, S.L. in Response to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1491 - filed September 17, 2018] | The Debtors understand that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| E. | Limited Objection of Viacom International Inc. to Notice of Filing of List of Assumed Contracts [Docket No. 1493 - filed September 17, 2018] [Objection and Reservation of Rights at Docket No. 1813 - filed December 4, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| F. | Response and Reservation of Rights of Home Box Office, Inc. to Debtors' Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1494 - filed September 17, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that the objection has been resolved. |

| Tab | Objection | Status |
|---|---|---|
| G. | Response and Reservation of Rights of Turner Entertainment Networks, Inc. to Debtors' Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1495 - filed September 17, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that the objection has been resolved. |
| H. | Response and Reservation of Rights of Executory Contract Counterparties to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1496 - filed September 17, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| I. | Limited Objection of Certain Contract Counterparties to Debtors' Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and Reservation of Rights [Docket No. 1497 - filed September 17, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| J. | Objection of Jon Gordon and Jon Gordon Productions, Inc. to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order; and Reservation of Rights [Docket No. 1498 - filed September 17, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| K. | Response and Reservation of Rights of Wanda Pictures (Hong Kong) Co., Ltd. to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1499 - filed September 17, 2018] | The Debtors understand that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| L. | Response and Reservation of Rights of Brett Matthews to Debtors' Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1500 - filed September 17, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |

| Tab | Objection | Status |
|---|---|---|
| M. | Objection of Executory Contract Counterparties to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [D.I. 1695]; and Reservation of Rights [Docket No. 1769 - filed November 26, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| N. | Limited Objection of Viacom International Inc. to Notice of Filing of List of Assumed Contracts [Docket No. 1772 - filed November 26, 2018]; Objection and Reservation of Rights of Viacom International Inc. and its Controlled Affiliates to Supplemental Notice of Filing of List of Assumed Contracts [Docket No. 1812- filed December 4, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| O. | Objection of Stephen King to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1808 - filed December 4, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| P. | Objection of Interested Party Studiocanal S.A.S. to Assumption and Assignment of Executory Contract, and Reservation of Rights [Docket No. 1814 - filed December 4, 2018] [Declaration at Docket No. 1815 - filed December 4, 2018; SEALED Exhibit A at Docket No. 1816 - filed December 4, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| Q. | The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1771 - filed November 26, 2018] | **The hearing on this matter has been continued to the special purpose hearing scheduled for January 14, 2019 at 11:30 a.m. (ET).** |

RLF1 20549387v.1