# APPENDIX 1

Lantern purchased the rights appurtenant to the Talent Agreements free and clear of all liens, claims and encumbrances (other than "Permitted Liens") under section 363 of the Bankruptcy Code:

- Schedule 2.1(a) of the APA lists the "Purchased Assets" and includes "all of the Seller Parties' right, title and interest of any kind or nature in and to the Title Rights and the Covered Titles (whether tangible or intangible), including, for the avoidance of doubt, all Tangible Materials."

- Lantern Entertainment also purchased "all of the Seller Parties' right, title and interest as well as "the right to receive and retain all sums payable from the Exploitation of the Title Rights and the Covered Titles pursuant to the Assumed Contracts in respect of the Covered Titles for all accounting periods commencing on or after the Closing Date." APA, Schedule 2.1(b) and (c).

- All of the films related to the Talent Parties are "Covered Titles" under the APA. *See* APA, Schedule 2.1(b), Appendix I, at Annex 1.

- In addition, all parties were on notice that all rights under the Covered Titles were being sold under the APA. Section 3.10 of the APA provides that the Debtors "collectively own all right, title and interest in and to the Title Rights necessary to Exploit the Covered Titles to the same extent, and in the same manner, that the Seller Parties Exploited the Title Rights (or, to the extent that the Seller Parties had the Title Rights to Exploit such Covered Title) immediately prior to the Closing Date free and clear of all Liens, other than Permitted Liens.

- Section 3.10 of the APA goes on to provide that "[a]fter the Closing, neither the Seller Parties nor any of their Affiliates shall have any ownership interest in any of the Title Rights or the Covered Titles, whether at law or in equity, other than any rights pursuant to any Excluded Contracts designated by Buyer pursuant to Section 2.8(a)."

- The term "Affiliate" is defined under the APA as follows: "means, as to any Person, any other Person that directly or indirectly controls, is controlled by, or is under common control with, such Person. As used in this definition, "control" means, directly or indirectly, the possession, directly or indirectly, of the power to direct or cause the direction of the management and policies of such Person, whether through ownership of voting securities, by Contract or otherwise." APA, Exhibit A. The term "Person" is defined as "any individual, partnership, corporation, trust, association, limited liability company, joint venture, an unincorporated organization, a division or operating group of any of the foregoing, a Governmental Agency or any other entity." *Id.*

- Finally, section 7.5 of the APA provides that Lantern Entertainment acquired the assets free and clear of all existing liens, claims, and encumbrances, other than "Permitted Liens" to the fullest extend allowed under section 363 of the Bankruptcy Code.