# **APPENDIX 2**

EAST\163464966.12

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ x | : | Chapter 11 |
| In re: | : | Case No. 18-10601 (MFW) |
| The Weinstein Company Holdings LLC, *et al*., | : | (Jointly Administered) |
| Debtors. | : | |
| ------------------------------------------------------------ x | : | |
| Lantern Entertainment LLC, | : | Adv. Pro. No. 18-50924 (MFW) |
| Plaintiff, | : | |
| v. | : | |
| Bruce Cohen Productions, and Bruce Cohen, | : | |
| Defendants. | : | |
| ------------------------------------------------------------ x | | |

**APPENDIX 2 TO OMNIBUS OBJECTION OF LANTERN ENTERTAINMENT LLC TO (I) SUPPLEMENTAL OBJECTION AND JOINT MOTION OF SLP CONTRACT COUNTERPARTIES TO CLARIFY SALE ORDER; (II) MOTION OF EXECUTORY CONTRACT COUNTERPARTIES FOR ORDER CONFIRMING THAT COUNTERPARTIES' AGREEMENTS HAVE BEEN DESIGNATED BY LANTERN FOR ASSUMPTION AND ASSIGNMENT; AND (III) THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' (A) OBJECTION TO SUPPLEMENTAL NOTICE OF FILING OF LIST OF ASSUMED CONTRACTS PURSUANT TO SALE ORDER AND (B) JOINDER TO THE MOTION OF EXECUTORY CONTRACT COUNTERPARTIES FOR ORDER CONFIRMING THAT COUNTERPARTIES' AGREEMENTS HAVE BEEN <u>DESIGNATED BY LANTERN FOR ASSUMPTION AND ASSIGNMENT</u>**

**FILED UNDER SEAL**

EAST\163464966.12