**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,<br><br>      Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket No. \_\_\_\_** |
| Lantern Entertainment LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>Bruce Cohen Productions and Bruce Cohen,<br><br>      Defendants. | Adv. Pro. No. 18-50924 (MFW)<br><br>**Re: Adv. Docket No. \_\_\_** |

**ORDER GRANTING MOTION TO STRIKE OBJECTION OF LANTERN ENTERTAINMENT LLC TO (I) SUPPLEMENTAL OBJECTION AND JOINT MOTION OF SLP CONTRACT COUNTERPARTIES TO CLARIFY SALE ORDER; (II) MOTION OF EXECUTORY CONTRACT COUNTERPARTIES FOR ORDER CONFIRMING THAT COUNTERPARTIES' AGREEMENTS HAVE BEEN DESIGNATED BY LANTERN FOR ASSUMPTION AND ASSIGNMENT; AND (III) THE OFFICE COMMITTEE OF UNSECURED CREDITORS' (A) OBJECTION TO SUPPLEMENTAL NOTICE OF FILING OF LIST OF ASSUMED CONTRACTS PURSUANT TO SALE ORDER AND (B) JOINT TO THE MOTION OF EXECUTORY CONTRACT COUNTERPARTIES FOR ORDER CONFIRMING THAT COUNTERPARTIES' AGREEMENTS HAVE BEEN DESIGNATED BY LANTERN FOR ASSUMPTION AND ASSIGNMENT**

Upon the *Motion to Strike Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming that Counterparties' Agreements Have Been Designated By Lantern For Assumption And Assignment; and (III) The Office Committee of Unsecured Creditors' (A) Objection to Supplemental Notice of Filing Of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming that Counterparties' Agreements Have Been Designated*

*By Lantern for Assumption and Assignment* (the "**Motion to Strike**")[1]; it appearing that the relief requested in the Motion is appropriate under the circumstances; due and proper notice of the Motion having been provided under the circumstances, and it appearing that no other or further notice need be provided; after due deliberation; and sufficient cause appearing therefor, it is hereby

**ORDERED THAT:**

1. The Motion to Strike is GRANTED as set forth herein; and

2. Lantern Entertainment LLC's Objection is stricken in its entirety from the Adversary Proceeding, and pages 18-28 of the Objection filed in the main case (which pages deal exclusively to the issue of whether the agreements are executory) are also stricken, and

3. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.