**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 18-10601 (MW) |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*[1] | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | **Re: Docket No. 1958, 1939** |
| | : | |

**JOINDER OF 22ND AND INDIANA INC. AND BRADLEY COOPER TO THE CONTRACT COUNTERPARTIES' MOTION TO STRIKE OBJECTION OF LANTERN ENTERTAINMENT LLC TO (I) SUPPLEMENTAL OBJECTION AND JOINT MOTION OF SLP CONTRACT COUNTERPARTIES TO CLARIFY SALE ORDER; (II) MOTION OF EXECUTORY CONTRACT COUNTERPARTIES FOR ORDER CONFIRMING THAT COUNTERPARTIES' AGREEMENTS HAVE BEEN DESIGNATED BY LANTERN FOR ASSUMPTION AND ASSIGNMENT; AND (III) THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' (A) OBJECTION TO SUPPLEMENTAL NOTICE OF FILING OF LIST OF ASSUMED CONTRACTS PURSUANT TO SALE ORDER, AND (B) JOINDER TO THE MOTION OF EXECUTORY CONTRACT COUNTERPARTIES FOR ORDER CONFIRMING THAT COUNTERPARTIES' AGREEMENTS HAVE BEEN DESIGNATED BY LANTERN FOR ASSUMPTION AND ASSIGNMENT**

SLP Contract Counterparties 22nd and Indiana Inc. and Bradley Cooper (collectively, the "Joining SLP Counterparties"), by and through their undersigned counsel, hereby submit this Joinder to the *Motion to Strike Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties For Order Confirming That Counterparties' Agreements Have Been Designated by Lantern For Assumption and Assignment; and (III) the Official Committee of*

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

1

*Unsecured Creditors' (A) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties For Order Confirming That Counterparties' Agreements Have Been Designated by Lantern For Assumption and Assignment* [Dkt. No. 1958] (the "Motion to Strike") filed by the executory contract counterparties on Exhibit A to the Motion to Strike.

For the reasons set forth in the Motion to Strike, the Joining SLP Counterparties request that the Court strike pages 18-28 of the Objection[2] filed by Lantern to the Motion to Clarify and the Motion to Confirm filed in the main case.

                                            Respectfully submitted,

Dated: January 8, 2019                  **VENABLE LLP**

                                            */s/ Keith C. Owens*
Keith C. Owens, Esq. (*pro hac vice*)
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Tel: (310) 229-0370
kcowens@venable.com

                                              and

Jeffrey S. Sabin, Esq.
1270 Avenue of the Americas
New York, New York 10020
Tel: (212) 503-0672
jssabin@venable.com

Jamie L. Edmonson (No. 4247)
1201 N. Market St., Suite 1400
Wilmington, Delaware 19801
Tel: (302) 298-3535
Fax: (302) 298-3550
jledmonson@venable.com

*Counsel to 22nd and Indiana Inc. and Bradley Cooper*

---

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Strike.

## **CERTIFICATE OF SERVICE**

I, Keith C. Owens, hereby certify that on this 8th day of January, 2019, and in addition to the service provided under the Court's CM/ECF system, I caused copies of the foregoing *JOINDER OF 22ND AND INDIANA INC. AND BRADLEY COOPER TO THE CONTRACT COUNTERPARTIES' MOTION TO STRIKE OBJECTION OF LANTERN ENTERTAINMENT LLC TO (I) SUPPLEMENTAL OBJECTION AND JOINT MOTION OF SLP CONTRACT COUNTERPARTIES TO CLARIFY SALE ORDER; (II) MOTION OF EXECUTORY CONTRACT COUNTERPARTIES FOR ORDER CONFIRMING THAT COUNTERPARTIES' AGREEMENTS HAVE BEEN DESIGNATED BY LANTERN FOR ASSUMPTION AND ASSIGNMENT; AND (III) THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' (A) OBJECTION TO SUPPLEMENTAL NOTICE OF FILING OF LIST OF ASSUMED CONTRACTS PURSUANT TO SALE ORDER, AND (B) JOINDER TO THE MOTION OF EXECUTORY CONTRACT COUNTERPARTIES FOR ORDER CONFIRMING THAT COUNTERPARTIES' AGREEMENTS HAVE BEEN DESIGNATED BY LANTERN FOR ASSUMPTION AND ASSIGNMENT* to be served on the parties listed on the attached service list via first class mail and electronic mail.

> */s/ Keith C. Owens*
> Keith C. Owens

## SERVICE LIST

Paul H. Zumbro, Esq.
George E. Zobitz, Esq.
Andrew Elken, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
pzumbro@cravath.com
jzobitz@cravath.com
aelken@cravath.com

Mark D. Collins, Esq.
Paul N. Heath, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
collins@rlf.com
heath@rlf.com

Jennifer C. Hagle, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, California 90013
jhagle@sidley.com

Robert S. Brady, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
rbrady@ycst.com

James I. Stang, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
jstang@pszjlaw.com

Bradford J. Sandler, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th
Floor P.O. Box 8705
Wilmington, Delaware 19899
bsandler@pszjlaw.com

U.S. Trustee
Attn: Jane M. Leamy, Esq.
Hannah Mufson McCollum,
Esq. 844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware, 19801
Jane.M.Leamy@usdoj.gov
Hannah.McCollum@usdoj.gov

R. Craig Martin, Esq.
DLA PIPER LLP (US)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
craig.martin@dlapiper.com

| | |
|---|---|
| Thomas R. Califano, Esq.<br>Rachel Ehrlich Albanese, Esq.<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>thomas.califano@dlapiper.com<br>rachel.albanese@dlapiper.com | Rachel Nanes, Esq.<br>DLA PIPER LLP (US)<br>200 South Biscayne Boulevard - Suite 2500<br>Miami, Florida 33131<br>rachel.nanes@dlapiper.com |
| Thomas M. Geher, Esq.<br>JEFFER MANGELS BUTLER &<br>MITCHELL LLP 1900 Avenue of the<br>Stars, Seventh Floor Los Angeles,<br>California 90067-4308<br>tgeher@jmbm.com | |