# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| The Weinstein Company Holdings LLC, *et al.*, | Case No. 18-10601 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Related D.I.: 1941** |
| Lantern Entertainment LLC, | |
| Plaintiff, | Adv. Pro. No. 18-50924 (MFW) |
| v. | **Related D.I.: 27** |
| Bruce Cohen Productions, and Bruce Cohen, | |
| Defendants. | **Hearing Date: Jan. 14, 2019 at 11:30 a.m. (ET)**<br>**Obj. Deadline: Jan. 14, 2019 at 11:30 a.m. (ET)** |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that, on January 7, 2019, Lantern Entertainment LLC ("Lantern Entertainment") filed the *Motion of Lantern Entertainment LLC to File Under Seal Exhibits to and Related Chart Regarding, and Redact Certain Information from Exhibits to Declaration Regarding the Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming that Counterparties' Agreements have been Designated by Lantern for Assumption and Assignment; and (III) the Official Committee of Unsecured Creditors' (A) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming that Counterparties' Agreements have been Designated by Lantern for Assumption and Assignment* [D.I. 1941, Adv. D.I. 27] (the "Motion to Seal"), with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE NOTICE** that, in accordance with Local Rule 9018-1(d), any objection or response to the Motion to Seal must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before, or presented at the hearing on **January 14, 2019 at 11:30 a.m. (ET)** (the "Objection Deadline").

EAST\163872141.1

**PLEASE TAKE FURTHER NOTICE** that if a response is timely filed, served, and received, you or your attorney must attend the hearing on the Motion to Seal scheduled to be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge, at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **January 14, 2019 at 11:30 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED, OR PRESENTED AT THE HEARING, IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.**

Dated: January 9, 2019
       Wilmington, Delaware

Respectfully submitted,

 /s/ R. Craig Martin
R. Craig Martin (DE No. 5032)
Maris J. Kandestin (DE No. 5294)
DLA PIPER LLP (US)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone:  (302) 468-5700
Facsimile:  (302) 394-2341
Email: craig.martin@dlapiper.com
      maris.kandestin@dlapiper.com

 - and -

Thomas R. Califano (admitted *pro hac vice*)
Rachel Ehrlich Albanese (admitted *pro hac vice*)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY  10020
Telephone:  (212) 335-4500
Facsimile: (212) 335-4501
Email: thomas.califano@dlapiper.com
      rachel.albanese@dlapiper.com

*Counsel for Lantern Entertainment LLC*