# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date: January 14, 2019 at 11:30 a.m.**<br>**Obj. Deadline: January 11, 2019 at 12:00 p.m.**<br><br>**Re: Docket No. 1958** |
| Lantern Entertainment LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Bruce Cohen Productions and Bruce Cohen,<br><br>　　　　　　Defendants. | Adv. Pro. No. 18-50924 (MFW)<br><br><br>**Re: Adv. Docket No. 31** |

**NOTICE OF HEARING AND OBJECTION DEADLINE REGARDING MOTION TO STRIKE OBJECTION OF LANTERN ENTERTAINMENT LLC TO (I) SUPPLEMENTAL OBJECTION AND JOINT MOTION OF SLP CONTRACT COUNTERPARTIES TO CLARIFY SALE ORDER; (II) MOTION OF EXECUTORY CONTRACT COUNTERPARTIES FOR ORDER CONFIRMING THAT COUNTERPARTIES' AGREEMENTS HAVE BEEN DESIGNATED BY LANTERN FOR ASSUMPTION AND ASSIGNMENT; AND (III) THE OFFICE COMMITTEE OF UNSECURED CREDITORS' (A) OBJECTION TO SUPPLEMENTAL NOTICE OF FILING OF LIST OF ASSUMED CONTRACTS PURSUANT TO SALE ORDER AND (B) JOINDER TO THE MOTION OF EXECUTORY CONTRACT COUNTERPARTIES FOR ORDER CONFIRMING THAT COUNTERPARTIES' AGREEMENTS HAVE BEEN DESIGNATED BY LANTERN FOR ASSUMPTION AND ASSIGNMENT**

**PLEASE TAKE NOTICE** that, on January 8, 2019, the executory contract counterparties listed on Exhibit A hereto (collectively, the "Counterparties") filed the *Motion to Strike Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract*

*Counterparties for Order Confirming that Counterparties' Agreements Have Been Designated By Lantern For Assumption And Assignment; and (III) The Office Committee of Unsecured Creditors' (A) Objection to Supplemental Notice of Filing Of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming that Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment* [D.I. 1958; Adv. D.I. 31] (the "Motion to Strike") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion to Strike was previously served on you.

PLEASE TAKE FURTHER NOTICE that, on January 8, 2019, the Counterparties also filed the *Motion to Set Expedited Hearing Date and Shorten Notice Period With Respect to Motion to Strike Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming that Counterparties' Agreements Have Been Designated By Lantern For Assumption And Assignment; and (III) The Office Committee of Unsecured Creditors' (A) Objection to Supplemental Notice of Filing Of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming that Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment* [D.I. 1958; Adv. D.I. 32] (the "Motion to Shorten"), pursuant to which the Counterparties requested approval of a shorten notice period and objection deadline relating to the Motion to Strike.  A copy of the Motion to Shorten was previously served on you.

PLEASE TAKE FURTHER NOTICE that, on January 9, 2019, the Bankruptcy Court entered the **Order Granting Motion to Set Expedited Hearing Date and Shorten Notice Period with Respect to Motion to Strike Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming that Counterparties' Agreements Have Been Designated By Lantern For Assumption And Assignment; and (III) The Office Committee of Unsecured Creditors' (A) Objection to Supplemental Notice of Filing Of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming that Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment** [D.I. 1691; Adv. D.I. 33] (the "Order Shortening Notice"). Copies of the Order Shortening Notice is attached hereto as Exhibits B & C, respectively.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Order Shortening Notice, (i) a hearing to consider the Motion to Strike will be held before The Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801 on **January 14, 2019 at 11:30 a.m. (prevailing Eastern Time)** and (ii) responses or objections, if any, to the Motion to Strike shall be made in writing and shall set forth the basis thereof, and such responses or objections must be filed with the Bankruptcy Court and served upon undersigned counsel so as to be received on or before **January 11, 2019 at 12:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION TO STRIKE WITHOUT FURTHER NOTICE OF HEARING.**

Dated: January 9, 2019                                CROSS & SIMON, LLC

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
csimon@crosslaw.com

- and -

LANDAU GOTTFRIED & BERGER LLP
Michael I. Gottfried
Roye Zur
1801 Century Park East, Suite 700
Los Angeles, CA 90067
mgottfried@lgbfirm.com
rzur@lgbfirm.com

*Attorneys for Counterparties*