# **Exhibit C**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered) |
| Lantern Entertainment LLC,<br><br>Plaintiff,<br><br>v.<br><br>Bruce Cohen Productions and Bruce Cohen,<br><br>Defendants. | Adv. Pro. No. 18-50924 (MFW)<br><br><br><br>**Re: Adv. Docket No. 32** |

**ORDER (A) GRANTING MOTION TO SET EXPEDITED HEARING DATE AND SHORTEN NOTICE PERIOD WITH RESPECT TO MOTION TO SET EXPEDITED HEARING DATE AND SHORTEN NOTICE PERIOD WITH RESPECT TO MOTION TO STRIKE OBJECTION OF LANTERN ENTERTAINMENT LLC TO (I) SUPPLEMENTAL OBJECTION AND JOINT MOTION OF SLP CONTRACT COUNTERPARTIES TO CLARIFY SALE ORDER; (II) MOTION OF EXECUTORY CONTRACT COUNTERPARTIES FOR ORDER CONFIRMING THAT COUNTERPARTIES' AGREEMENTS HAVE BEEN DESIGNATED BY LANTERN FOR ASSUMPTION AND ASSIGNMENT; AND (III) THE OFFICE COMMITTEE OF UNSECURED CREDITORS' (A) OBJECTION TO SUPPLEMENTAL NOTICE OF FILING OF LIST OF ASSUMED CONTRACTS PURSUANT TO SALE ORDER AND (B) JOINT TO THE MOTION OF EXECUTORY CONTRACT COUNTERPARTIES FOR ORDER CONFIRMING THAT COUNTERPARTIES' AGREEMENTS HAVE BEEN DESIGNATED BY LANTERN FOR ASSUMPTION AND ASSIGNMENT**

Upon the *Motion to Set Expedited Hearing Date and Shorten Notice Period with Respect to Motion to Strike Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming that Counterparties' Agreements Have Been Designated By Lantern For Assumption And Assignment; and (III) The Office Committee of Unsecured Creditors' (A) Objection to Supplemental Notice of Filing Of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for*

1

*Order Confirming that Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment* (the "**Motion to Shorten**") requesting that the notice period for the *Motion to Strike Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming that Counterparties' Agreements Have Been Designated By Lantern For Assumption And Assignment; and (III) The Office Committee of Unsecured Creditors' (A) Objection to Supplemental Notice of Filing Of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming that Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment* [D.I. 1958, Adv. D.I. 31] (the "**Motion to Strike**") be shortened pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure, Section 105(a) of the Bankruptcy Code, and Rules 2002-1(b) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; it appearing that the relief requested in the Motion to Shorten is appropriate under the circumstances; due and proper notice of the Motion to Shorten having been provided under the circumstances, and it appearing that no other or further notice need be provided; after due deliberation; and sufficient cause appearing therefor, it is hereby

**ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. A hearing on the Motion to Strike shall be held on January 14, 2019, at 11:30 a.m. (ET) (the "**Hearing**").

3. Objections and other responses to the Motion to Strike shall be made by no later than 12:00 p.m. (ET) on January 11, 2019.

2

4. This Court shall retain jurisdiction with respect to all matters arising under or related to this Order and to interpret, implement, and enforce the provisions of this Order.

**Dated: January 9th, 2019**
**Wilmington, Delaware**

3

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**