**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| The Weinstein Company Holdings LLC, *et al.*,[1] | : Case No. 18-10601 (MFW) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

------------------------------------------------------- x

| | |
|---|---|
| Lantern Entertainment LLC, | : Adversary Case No. 18-50924 (MFW) |
| | : |
| Plaintiff, | : |
| vs. | : |
| | : |
| Bruce Cohen Productions, and Bruce Cohen, | : |
| | : |
| Defendants. | : |

-------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 14, 2019 AT 11:30 A.M. (ET)[2]**

## I.    CONTINUED MATTERS:

1.    Joint Motion of Debtors and Official Committee of Unsecured Creditors to Approve Stipulation Granting Leave, Standing, and Authority to the Official Committee of Unsecured Creditors to Investigate, Prosecute, and Settle Certain Claims and Causes of Action [Docket No. 1668 - filed November 6, 2018]

Objection / Response Deadline:    November 20, 2018 at 4:00 p.m. (ET); extended by agreement for certain Directors (Robert Weinstein, Tim Sarnoff, Marc Lasry, Taran Ben Ammar, Lance Maerov, Jeff Sackman, Richard Koenigsberg, Paul Tudor Jones, James Dolan, and Dirk Ziff) to January 21, 2019 at 4:00 p.m. (ET)

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837).  The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

[2] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the January 14, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 noon (ET) on Friday, January 11, 2019** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

Objections / Responses Received:    None to date.

Related Documents:

i.      Declaration of Alan M. Jacobs in Support of Joint Motion of Debtors and Official Committee of Unsecured Creditors to Approve Stipulation Granting Leave, Standing, and Authority to the Official Committee of Unsecured Creditors to Investigate, Prosecute, and Settle Certain Claims and Causes of Action [Docket No. 1669 - filed November 6, 2018]

ii.     Notice of Adjournment of Hearing Regarding Joint Motion of Debtors and Official Committee of Unsecured Creditors to Approve Stipulation Granting Leave, Standing, and Authority to the Official Committee of Unsecured Creditors to Investigate, Prosecute, and Settle Certain Claims and Causes of Action [Docket No. 1726 - filed November 16, 2018]

iii.    Notice of Adjournment of Hearing Regarding Joint Motion of Debtors and Official Committee of Unsecured Creditors to Approve Stipulation Granting Leave, Standing, and Authority to the Official Committee of Unsecured Creditors to Investigate, Prosecute, and Settle Certain Claims and Causes of Action [Docket No. 1934 - filed January 3, 2019]

Status: The hearing on this matter has been continued to January 28, 2019 at 11:30 a.m. (ET).

2.    Motion of Light Chaser Animation to Compel Assumption of its Licensing Agreement [Docket No. 1794 - filed November 29, 2018]

Objection / Response Deadline:    December 10, 2018 at 4:00 p.m. (ET); extended by agreement for the Debtors and Lantern to January 21, 2019 at 12:00 noon (ET)

Objections / Responses Received:    None to date.

Related Documents:    None to date.

Status: The hearing on this matter has been continued to January 28, 2019 at 11:30 a.m. (ET).

## II.   **MATTERS GOING FORWARD**:

3.    Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1457 - filed September 5, 2018]

Objection / Response Deadline:    September 17, 2018 at 4:00 p.m. (ET)

Objections / Responses Received:    See Exhibit A attached hereto.

2

A.    The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1771 - filed November 26, 2018]

B.    Joinder of Opus Bank to the Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment [Docket No. 1843 - filed December 12, 2018]

Related Documents:

i.    Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 846] [Docket No. 1512 – filed September 20, 2018]

ii.   Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1665 - filed November 5, 2018]

iii.  Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1695 - filed November 8, 2018]

iv.   Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1939/Adv. Case No. 18-50924 (MFW) Docket No. 25 - filed January 7, 2019]

v.    Declaration of Irwin Reiter in Support of Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the

Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1940/Adv. Case No. 18-50924 (MFW) Docket No. 26 - filed January 7, 2019]

vi.     [SEALED] Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1944/Adv. Case No. 18-50924 (MFW) Docket No. 28 - filed January 7, 2019]

vii.    [SEALED] Declaration of Irwin Reiter in Support of Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1945/Adv. Case No. 18-50924 (MFW) Docket No. 29 - filed January 7, 2019]

Status: The hearing on this matter will go forward solely with respect to the Committee's objection at Docket No. 1771 and the items related thereto. The status of the additional outstanding objections received is noted on Exhibit A attached hereto.

4.      Notice of Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order [Docket No. 1664 - filed November 5, 2018]

Objection / Response Deadline:          December 10, 2018 at 4:00 p.m. (ET); extended to January 7, 2019 at 4:00 p.m. (ET)

Objections / Responses Received:

A.      Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale

4

Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1939/Adv. Case No. 18-50924 (MFW) Docket No. 25 - filed January 7, 2019]

B.      Declaration of Irwin Reiter in Support of Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1940/Adv. Case No. 18-50924 (MFW) Docket No. 26 - filed January 7, 2019]

C.      [SEALED] Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1944/Adv. Case No. 18-50924 (MFW) Docket No. 28 - filed January 7, 2019]

D.      [SEALED] Declaration of Irwin Reiter in Support of Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for

Assumption and Assignment [Docket No. 1945/Adv. Case No. 18-50924 (MFW) Docket No. 29 - filed January 7, 2019]

Related Documents:

i.      Notice of Filing of Exhibits F-H to the Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order [Docket No. 1761 - filed November 21, 2018]

ii.     [SEALED] Exhibits F-H to the Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order [Docket No. 1762 - filed November 21, 2018]

iii.    Notice of Special Purpose Hearing [Docket No. 1841 - filed December 11, 2018]

Status: The hearing on this matter will go forward.

5.      Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment [Docket No. 1724 - filed November 16, 2018]

Objection / Response Deadline:        November 30, 2018 at 4:00 p.m. (ET); extended to January 7, 2019 at 4:00 p.m. (ET)

Objections / Responses Received:

A.      The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment [Docket No. 1771 - filed November 26, 2018]

B.      Joinder of Opus Bank to the Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment [Docket No. 1843 - filed December 12, 2018]

C.      Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official

Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1939/Adv. Case No. 18-50924 (MFW) Docket No. 25 - filed January 7, 2019]

D.      Declaration of Irwin Reiter in Support of Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1940/Adv. Case No. 18-50924 (MFW) Docket No. 26 - filed January 7, 2019]

E.      [SEALED] Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1944/Adv. Case No. 18-50924 (MFW) Docket No. 28 - filed January 7, 2019]

F.      [SEALED] Declaration of Irwin Reiter in Support of Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1945/Adv. Case No. 18-50924 (MFW) Docket No. 29 - filed January 7, 2019]

Related Documents:

      i.       Notice of Hearing Regarding Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment [Docket No. 1773 - filed November 26, 2018]

      ii.     Notice of Special Purpose Hearing [Docket No. 1841 - filed December 11, 2018]

Status: The hearing on this matter will go forward.

6.     [SEALED] Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of (I) Settlement Agreement Regarding the A&E Television Networks Agreements and (II) Stipulation with Portfolio Funding Company LLC I [Docket No. 1900 - filed December 28, 2018]

| Objection / Response Deadline: | January 9, 2019 at 4:00 p.m. (ET); extended by agreement for Gaumont, Studiocanal, Orange Studio and Wild Bunch to January 10, 2019 at 4:00 p.m. (ET) |
| --- | --- |
| Objections / Responses Received: | None to date. |

Related Documents:

      i.       [Redacted] Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of (I) Settlement Agreement Regarding the A&E Television Networks Agreements and (II) Stipulation with Portfolio Funding Company LLC I [Docket No. 1901 - filed December 28, 2018]

      ii.     Order Granting Motion for Order to Shorten Time for Notice of the Hearing on, and the Deadline to Respond to, the Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of (I) Settlement Agreement Regarding the A&E Television Networks Agreements and (II) Stipulation with Portfolio Funding Company LLC I [Docket No. 1905 - entered December 28, 2018]

      iii.    Notice of (A) Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of (I) Settlement Agreement Regarding the A&E Television Networks Agreements and (II) Stipulation with Portfolio Funding Company LLC I; and (b) Motion to File Under Seal Portions of the Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of (I) Settlement Agreement Regarding the A&E Television Networks Agreements and (II) Stipulation with Portfolio Funding Company LLC [Docket No. 1907 - filed December 28, 2018]

Status: The hearing on this matter will go forward.

7.    Motion to File Under Seal Portions of the Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of (I) Settlement Agreement Regarding the A&E Television Networks Agreements and (II) Stipulation with Portfolio Funding Company LLC I [Docket No. 1902 - filed December 28, 2018]

Objection / Response Deadline:        January 9, 2019 at 4:00 p.m. (ET)

Objections / Responses Received:      None to date.

Related Documents:

i.    Order Granting Motion for Order to Shorten Time for Notice of the Hearing on, and the Deadline to Respond to, the Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of (I) Settlement Agreement Regarding the A&E Television Networks Agreements and (II) Stipulation with Portfolio Funding Company LLC I [Docket No. 1905 - entered December 28, 2018]

ii.   Notice of (A) Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of (I) Settlement Agreement Regarding the A&E Television Networks Agreements and (II) Stipulation with Portfolio Funding Company LLC I; and (b) Motion to File Under Seal Portions of the Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of (I) Settlement Agreement Regarding the A&E Television Networks Agreements and (II) Stipulation with Portfolio Funding Company LLC [Docket No. 1907 - filed December 28, 2018]

Status: The hearing on this matter will go forward.

8.    Motion of Lantern Entertainment LLC to File Under Seal Exhibits to and Related Chart Regarding, and Redact Certain Information from Exhibits to Declaration Regarding the Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1941/Adv. Case No. 18-50924 (MFW) Docket No. 27 - filed January 7, 2019]

Objection / Response Deadline:        Objections may be raised at the hearing.

Objections / Responses Received:      None to date.

Related Documents:

i.     Notice of Motion and Hearing [Docket No. 1962/Adv. Case No. 18-50924
       (MFW) Docket No. 34 – filed January 9, 2019]

Status: The hearing on this matter will go forward.

9.     Contract Counterparties' Motion to Strike Objection of Lantern Entertainment
       LLC to (I) Supplemental Objection and Joint Motion of SLP Contract
       Counterparties to Clarify Sale Order; (II) Motion of Executory Contract
       Counterparties for Order Confirming That Counterparties' Agreements Have
       Been Designated by Lantern for Assumption and Assignment; and (III) The
       Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice
       of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to
       the Motion of Executory Contract Counterparties for Order Confirming That
       Counterparties' Agreements Have Been Designated By Lantern for Assumption
       and Assignment [Docket No. 1958/Adv. Case No. 18-50924 (MFW) Docket No.
       31 - filed January 8, 2019]

       Objection / Response Deadline:        January 11, 2019 at 12:00 noon (ET)

       Objections / Responses Received:

       A.     Joinder of 22nd and Indiana Inc. and Bradley Cooper to the Contract
              Counterparties' Motion to Strike Objection of Lantern Entertainment LLC
              to (I) Supplemental Objection and Joint Motion of SLP Contract
              Counterparties to Clarify Sale Order; (II) Motion of Executory Contract
              Counterparties for Order Confirming That Counterparties' Agreements
              Have Been Designated by Lantern for Assumption and Assignment; and
              (III) The Official Committee of Unsecured Creditors' (I) Objection to
              Supplemental Notice of Filing of List of Assumed Contracts Pursuant to
              Sale Order and (B) Joinder to the Motion of Executory Contract
              Counterparties for Order Confirming That Counterparties' Agreements
              Have Been Designated By Lantern for Assumption and Assignment
              [Docket No. 1960 – filed January 8, 2019]

       Related Documents:

       i.     Order (A) Granting Motion to Set Expedited Hearing Date and Shorten
              Notice Period with Respect to Motion to Strike Objection of Lantern
              Entertainment LLC to (I) Supplemental Objection and Joint Motion of
              SLP Contract Counterparties to Clarify Sale Order; (II) Motion of
              Executory Contract Counterparties for Order Confirming That
              Counterparties' Agreements Have Been Designated by Lantern for
              Assumption and Assignment; and (III) The Official Committee of
              Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of
              List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the
              Motion of Executory Contract Counterparties for Order Confirming That

Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1961/Adv. Case No. 18-50924 (MFW) Docket No. 33 – entered January 9, 2019]

ii.     Notice of Hearing and Objection Deadline Regarding Motion to Strike Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1963/Adv. Case No. 18-50924 (MFW) Docket No. 35 – filed January 9, 2019]

Status: The hearing on this matter will go forward.

## III.   ADVERSARY MATTERS:

10.   Pre-trial Conference and Oral Argument Regarding Summary Judgment, *Lantern Entertainment LLC v. Bruce Cohen Productions, and Bruce Cohen*, Adv. Pro. No. 18-50924 (MFW)

Answer Deadline: November 16, 2018

Related Documents:

i.     Complaint for Declaratory Judgment Against Bruce Cohen Productions and Bruce Cohen [Adv. Docket No. 1 - filed October 17, 2018]

ii.     Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 2 - filed October 17, 2018]

iii.    Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract [Adv. Docket No. 6 - filed October 18, 2018]

iv.    Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract [Adv. Docket No. 7 - filed October 18, 2018]

v.     Declaration of Irwin Reiter in Support of Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract [Adv. Docket No. 8 - filed October 18, 2018]

vi.      Answering Brief of Defendants Bruce Cohen Productions and Bruce Cohen in Support of Opposition to Plaintiff's Motion for Summary Judgment [Adv. Docket No. 10 - filed November 1, 2018]

vii.      Reply Memorandum of Law in Further Support of Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract [Adv. Docket No. 11 - filed November 8, 2018]

viii.      Request for Oral Argument [Adv. Docket No. 13 - filed November 15, 2018]

ix.      Answer and Affirmative Defenses of Defendants Bruce Cohen Productions and Bruce Cohen [Adv. Docket No. 15 - filed November 16, 2018]

x.      Notice of Completion of Briefing with Respect to Plaintiff Lantern Entertainment LLC's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract [Adv. Docket No. 16 - filed November 19, 2018]

xi.      Notice of Special Purpose Hearing [Adv. Docket No. 21 - filed December 11, 2018]

Status: The pre-trial conference and oral argument regarding summary judgment will go forward.

Dated: January 10, 2019
      Wilmington, Delaware

*/s/  David T. Queroli*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*

RLF1 20567506v.1

**Exhibit A**

| Tab | Objection | Status |
|-----|-----------|--------|
| A. | Response of Luge Club Productions, Inc. to Notice of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1488 - filed September 17, 2018 | The Debtors understand that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| B. | Response and Reservation of Rights of OWN LLC to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1489 - filed September 17, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| C. | Response and Reservation of Rights of Visiona Romantica, Inc., et al., to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1490 - filed September 17, 2018] [Supplemental Response at Docket No. 1561 - filed October 3, 2018] | This matter is resolved, subject to the terms set forth in the *Stipulation Among the Debtors, Lantern Entertainment LLC, and Visiona Romantica, Inc. et al., Regarding the Assumption and Assignment of the Tarantino Agreements* (the "Stipulation").  The Court entered an order approving the Stipulation at Docket No. 1704. |
| D. | Response and Reservation of Rights of Plural Jempsa, S.L. in Response to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1491 - filed September 17, 2018] | The Debtors understand that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| E. | Limited Objection of Viacom International Inc. to Notice of Filing of List of Assumed Contracts [Docket No. 1493 - filed September 17, 2018] [Objection and Reservation of Rights at Docket No. 1813 - filed December 4, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| F. | Response and Reservation of Rights of Home Box Office, Inc. to Debtors' Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1494 - filed September 17, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that the objection has been resolved. |

| Tab | Objection | Status |
|---|---|---|
| G. | Response and Reservation of Rights of Turner Entertainment Networks, Inc. to Debtors' Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1495 - filed September 17, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that the objection has been resolved. |
| H. | Response and Reservation of Rights of Executory Contract Counterparties to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1496 - filed September 17, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| I. | Limited Objection of Certain Contract Counterparties to Debtors' Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and Reservation of Rights [Docket No. 1497 - filed September 17, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| J. | Objection of Jon Gordon and Jon Gordon Productions, Inc. to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order; and Reservation of Rights [Docket No. 1498 - filed September 17, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| K. | Response and Reservation of Rights of Wanda Pictures (Hong Kong) Co., Ltd. to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1499 - filed September 17, 2018] | The Debtors understand that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| L. | Response and Reservation of Rights of Brett Matthews to Debtors' Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1500 - filed September 17, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is not interested in acquiring the contract(s) subject to objection. Accordingly, by agreement of the Debtors, Lantern, and the counterparty, the objection is moot and shall be deemed withdrawn. |

RLF1 20567506v.1

| Tab | Objection | Status |
|---|---|---|
| M. | Objection of Executory Contract Counterparties to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [D.I. 1695]; and Reservation of Rights [Docket No. 1769 - filed November 26, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| N. | Limited Objection of Viacom International Inc. to Notice of Filing of List of Assumed Contracts [Docket No. 1772 - filed November 26, 2018]; Objection and Reservation of Rights of Viacom International Inc. and its Controlled Affiliates to Supplemental Notice of Filing of List of Assumed Contracts [Docket No. 1812- filed December 4, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| O. | Objection of Stephen King to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1808 - filed December 4, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| P. | Objection of Interested Party Studiocanal S.A.S. to Assumption and Assignment of Executory Contract, and Reservation of Rights [Docket No. 1814 - filed December 4, 2018] [Declaration at Docket No. 1815 - filed December 4, 2018; SEALED Exhibit A at Docket No. 1816 - filed December 4, 2018] | The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET). |
| Q. | The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1771 - filed November 26, 2018] | The hearing on this matter will go forward. |

RLF1 20567506v.1