IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                           : Chapter 11
In re:                                                     :
                                                           : Case No. 18-10601 (MFW)
The Weinstein Company Holdings LLC, *et al.*,              : (Jointly Administered)
                                                           :
        Debtors.[1]                                        : **Related Docket Nos.: 1902, 1907**
--------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION REGARDING
MOTION TO FILE UNDER SEAL PORTIONS OF THE MOTION OF THE DEBTORS
PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF (I) SETTLEMENT
AGREEMENT REGARDING THE A&E TELEVISION NETWORKS AGREEMENTS
AND (II) STIPULATION WITH PORTFOLIO FUNDING COMPANY LLC I**

The undersigned hereby certifies that she has received no formal or informal objection or response to the **Motion to File Under Seal Portions of the Motion of the Debtors Pursuant to Fed. R. Bankr. P. 9019 for Approval of (I) Settlement Agreement Regarding the A&E Television Networks Agreements and (II) Stipulation with Portfolio Funding Company LLC I** [Docket No. 1902] (the "Motion"), filed and served by the undersigned on December 28, 2018. The undersigned further certifies that she has reviewed the docket in these cases and that no response to the Motion appears thereon. The notice filed with the Motion established a deadline of January 9, 2019, at 4:00 p.m. (Eastern Time) for filing and service of responses to the Motion.

Accordingly, it is respectfully requested that the Court enter the proposed form of order filed with the Motion attached hereto as **Exhibit A**.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

Dated: January 10, 2019
      Wilmington, DE

Respectfully Submitted,

 /s/ *Evelyn J. Meltzer*
David B. Stratton (No. 960)
Evelyn J. Meltzer (No. 4581)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19801
Tel: (302) 777-6500

    *and*

Michael S. Stamer
Abid Qureshi
Meredith A. Lahaie
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

*Counsel for Lantern Entertainment LLC*