**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------- x
In re: : Chapter 11
 :
The Weinstein Company Holdings LLC, *et al.*,[1] : Case No. 18-10601 (MFW)
 :
      Debtors. : (Jointly Administered)
 :
------------------------------------------------------------- x

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 28, 2019 AT 11:30 A.M. (ET)[3]**

**I.**    **CONTINUED MATTERS:**

1. Joint Motion of Debtors and Official Committee of Unsecured Creditors to Approve Stipulation Granting Leave, Standing, and Authority to the Official Committee of Unsecured Creditors to Investigate, Prosecute, and Settle Certain Claims and Causes of Action [Docket No. 1668 - filed November 6, 2018]

   Objection / Response Deadline: November 20, 2018 at 4:00 p.m. (ET); extended by agreement for certain Directors (Robert Weinstein, Tim Sarnoff, Marc Lasry, Taran Ben Ammar, Lance Maerov, Jeff Sackman, Richard Koenigsberg, Paul Tudor Jones, James Dolan, and Dirk Ziff) to February 19, 2019 at 4:00 p.m. (ET)

   Objections / Responses Received: None to date.

   Related Documents:

   i. Declaration of Alan M. Jacobs in Support of Joint Motion of Debtors and Official Committee of Unsecured Creditors to Approve Stipulation Granting Leave, Standing, and Authority to the Official Committee of

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

[2] **Amended items appear in bold.**

[3] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the January 28, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 noon (ET) on Friday, January 25, 2019 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

      Unsecured Creditors to Investigate, Prosecute, and Settle Certain Claims and Causes of Action [Docket No. 1669 - filed November 6, 2018]

    ii.    Notice of Adjournment of Hearing Regarding Joint Motion of Debtors and Official Committee of Unsecured Creditors to Approve Stipulation Granting Leave, Standing, and Authority to the Official Committee of Unsecured Creditors to Investigate, Prosecute, and Settle Certain Claims and Causes of Action [Docket No. 1726 - filed November 16, 2018]

    iii.    Notice of Adjournment of Hearing Regarding Joint Motion of Debtors and Official Committee of Unsecured Creditors to Approve Stipulation Granting Leave, Standing, and Authority to the Official Committee of Unsecured Creditors to Investigate, Prosecute, and Settle Certain Claims and Causes of Action [Docket No. 1934 - filed January 3, 2019]

Status: The hearing on this matter has been continued to February 25, 2019 at 4:00 p.m. (ET).

## II. MATTERS GOING FORWARD:

2.    Motion of Light Chaser Animation to Compel Assumption of its Licensing Agreement [Docket No. 1794 - filed November 29, 2018]

    Objection / Response Deadline:    December 10, 2018 at 4:00 p.m. (ET); extended by agreement for the Debtors and Lantern to January 24, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:    None to date.

    Related Documents:    None to date.

    Status: **The parties have reached agreement in principal regarding a resolution of the motion and intend to file a stipulation under certification of counsel. Accordingly, a hearing on this matter is not required.**

3.    Motion of Tele Munchen for the Expedited Entry of an Order: Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1) *Nunc Pro Tunc* to January 3, 2019 to Allow Provision of Notice of Termination and Termination of its Agreements with the Debtors [Docket No. 1930 - filed January 3, 2019]

    Objection / Response Deadline:    January 17, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.    Joint Objection of Debtors and Lantern Entertainment LLC to Motion of Tele Munchen for the Expedited Entry of an Order: Granting Relief from

the Automatic Stay Under 11 U.S.C. § 362(d)(1) *Nunc Pro Tunc* to January 3, 2019 to Allow Provision of Notice of Termination and Termination of its Agreements with the Debtors [Docket No. 2004 – filed January 17, 2019]

Related Documents:

i. Notice of Hearing Regarding Motion of Tele Munchen for the Expedited Entry of an Order: Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1) *Nunc Pro Tunc* to January 3, 2019 to Allow Provision of Notice of Termination and Termination of its Agreements with the Debtors [Docket No. 1933 - filed January 3, 2019]

ii. Reply Brief of Tele Munchen in Support of Motion for Relief from Stay, *Nunc Pro Tunc* to January 3, 2019, to Allow Delivery of Notice of Termination [Docket No. 2012 – filed January 23, 2019]

Status: The hearing on this matter will go forward.

Dated: January 24, 2019
Wilmington, Delaware

/s/ David T. Queroli
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*

3