IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                             :  Chapter 11
In re:                                                       :
                                                             :  Case No. 18-10601 (MFW)
The Weinstein Company Holdings LLC, *et al.*,                :
                                                             :  (Jointly Administered)
              Debtors.                                       :
                                                             :  **Re: Docket No. 2013**
------------------------------------------------------------ x

## NOTICE OF APPEAL

Bradley Cooper and 22nd and Indiana, Inc., Bruce Cohen, Bruce Cohen Productions, Robert De Niro, Canal Productions, Inc., David O. Russell and Kanzeon Corp., and Jon Gordon and Jon Gordon Productions, Inc., creditors in the above-captioned bankruptcy cases, by and through undersigned counsel, hereby appeal to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, from the *Order (I) Granting Lantern Entertainment LLC's Motion for Summary Judgment; (II) Denying Motion to Strike of Contract Counterparties; (III) Denying in Part, and Granting in Part, Joint Motion of SLP Contract Counterparties to Clarify Sale Order; and (IV) Denying in Part, and Granting in Part, Contract Counterparties' Motion for Order Confirming that Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment, Including Joinder of Committee* [D.I. 2013], entered on January 23, 2019, by the United States Bankruptcy Court for the District of Delaware (a copy of which is attached hereto as Exhibit "A"). In accordance with Federal Rule of Bankruptcy Procedure 8001(a), the names of the parties to this appeal and the names and addresses of their respective counsel are as follows:

| **Appellants:** | **CROSS & SIMON LLC** |
|---|---|
|  | Christopher P. Simon (No. 3697) |
| **Bradley Cooper** | Kevin S. Mann (No. 4576) |
| **22nd and Indiana, Inc.** | P.O. Box 1380 |
| **Bruce Cohen** | 913 North Market Street, 11th Floor |
| **Bruce Cohen Productions** | Wilmington, Delaware 19899-1380 |
| **Robert De Niro** | (302) 777-4200 (Telephone) |
| **Canal Productions, Inc.** | (302) 777-4224 (Facsimile) |

| | |
|---|---|
| **David O. Russell**<br>**Kanzeon Corp.**<br>**Jon Gordon**<br>**Jon Gordon Productions, Inc.** | csimon@crosslaw.com<br>kmann@crosslaw.com<br><br>- and -<br><br>**LANDAU GOTTFRIED & BERGER LLP**<br>Michael I. Gottfried (admitted pro hac vice)<br>Roye Zur (admitted pro hac vice)<br>1801 Century Park East, Suite 700<br>Los Angeles, California 90067<br>(310) 557-0050 (Telephone)<br>(310) 557-0056 (Facsimile)<br>mgottfried@lgbfirm.com<br>rzur@lgbfirm.com |
| **Appellee:**<br><br>**Lantern Entertainment LLC** | **DLA PIPER LLP (US)**<br>R. Craig Martin<br>Maris J. Kandestin<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>craig.martin@dlapiper.com<br>maris.kandestin@dlapiper.com<br><br>- and -<br><br>**DLA PIPER LLP (US)**<br>Thomas R. Califano (admitted pro hac vice)<br>Rachel Ehrlich Albanese (admitted pro hac vice)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>thomas.califano@dlapiper.com<br>rachel.albanese@dlapiper.com |

Dated: February 5, 2019

CROSS & SIMON, LLC

*/s/ Kevin S. Mann*
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
csimon@crosslaw.com
kmann@crosslaw.com

- and -

LANDAU GOTTFRIED & BERGER LLP
Michael I. Gottfried (*admitted pro hac vice*)
Roye Zur (*admitted pro hac vice*)
1801 Century Park East, Suite 700
Los Angeles, CA 90067
mgottfried@lgbfirm.com
rzur@lgbfirm.com

*Attorneys for Bradley Cooper and 22nd and Indiana*, Inc., *Bruce Cohen, Bruce Cohen Productions, Robert De Niro, Canal Productions, Inc., David O. Russell and Kanzeon Corp., and Jon Gordon and Jon Gordon Productions, Inc.*