IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: THE WEINSTEIN COMPANY HOLDINGS, LLC, et al., <br><br> Debtors. | ) ) ) ) ) |
| BRADLEY COOPER, et al., <br><br> Appellants, <br><br> v. <br><br> LANTERN ENTERTAINMENT LLC, <br><br> Appellee. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 19-242 (MN) <br><br> Bankruptcy Case No. 18-10601 (MFW) <br> BAP No. 19-06 |
| BRUCE COHEN, BRUCE COHEN PRODUCTIONS, <br><br> Appellants, <br><br> v. <br><br> LANTERN ENTERTAINMENT LLC, <br><br> Appellee. | ) ) ) ) ) ) ) ) ) ) C.A. No. 19-243 (MN) <br><br> Bankruptcy Case No. 18-50924 (MFW) <br> BAP No. 19-07 |

**ORDER**

WHEREAS, on February 22, 2019, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I 5 in both C.A. No. 19-242 and 19-243) recommending that these matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation are anticipated because the Recommendation is consistent with the parties' positions (D.I. 5 at 2); and

2

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED this 25th day of February 2019 that the Recommendation is ADOPTED and these matters are withdrawn from the mandatory referral for mediation.

IT IS HEREBY FURTHER ORDERED that, pursuant to the parties' request, briefing in these matters is STAYED until the Bankruptcy Court rules on the Talent Parties' certification request, and if the Bankruptcy Court certifies the appeal, until the Third Circuit authorizes or denies the direct appeal. The parties shall advise the Court of the Bankruptcy Court's decision on the certification request within ten (10) days of its issuance.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Court