**EXHIBIT F**

Timeline

| Date (including time) | Bates Stamp | Parties listed on correspondence | Content |
|---|---|---|---|
| June 21, 2017 | LTN000005 | David Baral (Surrender Productions Inc.) | Tax Information Authorization |
| May 11, 2018 | O000019 | Email from Meredith Lahaie (Akin Gump Strauss Hauer & Feld LLP, hereafter "Akin") to Robert Kinas (Snell & Wilmer, hereafter "S&W") with copies to Michael Stamer (Akin), Stephen Kuhn (Akin), John Burke (Akin), Erica McGrady (Akin), Kevin Elde (Akin), Zach Lanier (Akin) | Email stating that Meredith Lahaie copied "the balance of the Akin team" and forwarding Robert Kinas' May 11, 2018 email asking how the process will move forward given that "Under the Lantern proposal, Lantern's intent was to become the new obligor on the Waco transaction financed by Opus." |
| May 14, 2018 | O000021-O000022 | Email from Robert Kinas (S&W) to Debra Grassgreen (Pachulski Stang Ziehl & Jones LLP, hereafter "Pachulski") with a copy to Maxim Litvak (Pachulski) | Email regarding the going forward process related to Lantern assuming the obligation of Opus secured by the Waco asset, stating "Our team has been coordinating with Lantern's counsel about going-forward process relating to Lantern's proposed assumption of the obligations with Opus secured by the Waco assets." And that "Lantern has proposed a debt assumption with Opus." And confirming the "Committee position on surcharge as it relates to the debt assumption transactions with the production lenders – not intending to pursue / intending to pursue". |
| May 14, 2018 | O000021 | Email from Debra Grassgreen (Pachulski) to Robert Kinas (S&W) with a copy to Maxim Litvak (Pachulski) | Email responding to the email inquiring into Lantern's intention to assume or payoff the obligation to Opus and stating "We are discussing surcharge issues with them over the coming weeks but I would expect that the Committee's view is going to be that all the lenders that benefit from the sale should pay their pro rata share of |

| Date (including time) | Bates Stamp | Parties listed on correspondence | Content |
|---|---|---|---|
| | | | the expenses in connection with the sale and collateral preservation." |
| May 14, 2018 | O000020 | Email from Debra Grassgreen (Pachulski) to Robert Kinas (S&W), with a copy to Maxim Litvak (Pachulski) | Email referencing a settlement of the surcharge claims, stating "In a couple of weeks we may be in a position to consider settlement of the surcharge claims." |
| June 7, 2018 | BT000758 | Email from Carolyn Hunt (Barnes & Thornburg LLP, hereafter "B&T") to Meagan Foley (Endeavor Content, hereafter "Endeavor") with copies to Jeffrey Zaks (Opus) and Andrew Jarvis (Opus) | Email referencing a mark-up of the agreement with Opus Bank "in connection with its production loan for this series." |
| June 18, 2018 | BT000757-BT000758 | Email from Meagan Foley (Endeavor) to Carolyn Hunt (B&T) with copies to Jeffrey Zaks (Opus), Andrew Jarvis (Opus), Chris Rice (Endeavor), Gary Marenzi (Endeavor) and Chris Papvasilio (Lantern Entertainment LLC, hereafter "Lantern") | Email referencing the agreement with Opus Bank and stating "Opus was looking at an agmt [sic] that we had negotiated, so I think it would be best to hop on a quick call". |
| June 18, 2018 | O000018 | Email from Robert Kinas (S&W) to Kevin Elde (Akin) with copies to Morgan Patterson (Womble Bond Dickinson (US) LLP, hereafter | Checking the status of "Lantern's assumption of the indebtedness associated with the Waco project" after leaving a message and speaking with Blakeley Griffith "A few weeks ago". The email also details that "on Friday, Paul Sandler of Cravath called and asked if the Opus objection to the sale was resolved" but |

| Date (including time) | Bates Stamp | Parties listed on correspondence | Content |
|---|---|---|---|
| | | "WBD") and Matthew Ward (WBD) | that "we have not heard from Lantern about what Lantern intends to do as it relates to the Waco assumption with Opus and what the structure would look like." |
| June 28, 2018 | BT000756 | Email from Meagan Foley (Endeavor) to Carolyn Hunt (B&T) with copies to Jeffrey Zaks (Opus), Andrew Jarvis (Opus), Chris Rice (Endeavor), Gary Marenzi (Endeavor), Chris Papvasilio (Lantern), Ian Stratford (Endeavor) and Adanne Ebo (Endeavor) | Checking on the status of the agreement, stating "Checking back in on the rep agmt [sic]?? I know you had mentioned we'd have the agmt [sic] back the other day and we very much need to get this signed and tied up ASAP." |
| June 28, 2018 | BT000756 | Email from Carolyn Hunt (B&T) to Meagan Foley (Endeavor) | Response to the email checking on the status of the agreement, suggesting that additional language would be added, stating "I think we just need to insert collection account details and add assignability-to-Opus language, then we will be fine from our side." |
| July 11, 2018 | O000017-O000018 | Email from Robert Kinas (S&W) to Meredith Lahaie (Akin) and Kevin Elde (Akin) with copies to Michael Stamer (Akin), Stephen Kuhn (Akin), John Burke (Akin), Erica McGrady (Akin) and Zach Lanier (Akin) | Asking about updates "as to whether Lantern is going to payoff the Waco production loan with Opus or whether Lantern is going to move forward with an assumption." |
| July 12, 2018 | BT001003 | Email from John Burke (Akin) to Jeffrey Zaks (Opus) | Email referencing a search for the loan documents regarding the tax credit for Waco financed by Opus. |

| Date (including time) | Bates Stamp | Parties listed on correspondence | Content |
|---|---|---|---|
| July 12, 2018 | LTN000004-LTN000090 | Email from Case Killgore (Lantern) to Alphonse Lordo with copies to Nicolas Darsa (Lantern) and John Burke (Akin) | Email with attached documents "for the New Mexico tax credit for Waco and the opus credit agreement for reference." |
| July 12, 2018 | BT001001 | Email from Carolyn Hunt (B&T) to John Burke (Akin) with a copy to Andrew Jarvis (Opus) | Email stating "Lantern is fine with your terms" after a call on July 12, 2018 at 5pm. Also a request for an update on the status of documents and a request for an invoice in the amount of $250,000. |
| July 12, 2018 | BT000845 | John Burke (Akin) and Jeffrey Zaks (Opus) | Email to discuss the transaction involving the tax credit for Waco, stating "We are representing Lantern the acquisition of TWA assets. One of the assets us [sic] the tax credit for Waco, which is financed by Opus. Unfortunately the loan documents are not in the data room. SunTrust is financing the acquisition and the plan includes advancing against the Waco tax credit and repaying Opus." |
| July 12, 2018 | BT000844 | Email from Jeffrey Zaks (Opus) to John Burke (Akin) with a copy to Andrew Jarvis (Opus) | Email request to discuss the transaction regarding the "acquisition of the TWC assets. One of those assets is Waco and the tax credit associated with that project." |
| July 12, 2018 | BT000843 | Email from Jeffrey Zaks (Opus) to John Burke (Akin) and Carolyn Hunt (B&T) with a copy to Andrew Jarvis (Opus) | Email setting up a call on July 12, 2018, stating "We'd like to set up a call to follow up and discuss our thoughts on this. Please let me know your availability the remained of today as well as for tomorrow". The subject of the email is "Re: TWC". |
| July 12, 2018 | BT000843 | Email from Jeffrey Zaks (Opus) to John Burke (Akin) and Carolyn Hunt (B&T) with a copy to Andrew Jarvis (Opus) | Email circulating a dial-in. An email from John Burke is referenced scheduling the call, stating "how about 5 pm." |

EAST\164930998.10

| Date (including time) | Bates Stamp | Parties listed on correspondence | Content |
|---|---|---|---|
| July 12, 2018 | BT000843 | Email from John Burke (Akin) to Jeffrey Zaks (Opus) and Carolyn Hunt (B&T) with a copy to Andrew Jarvis (Opus) | Email sent after the call at 6:40 p.m., stating "Lantern is fine with your terms". |
| July 13, 2018 | BT000843 | Email from John Burke (Akin) to Jeffrey Zaks (Opus) and Carolyn Hunt (B&T) with a copy to Andrew Jarvis (Opus) | Email asking when the documents will be ready, stating "Please advise when the docs will be ready. Also please send invoice for $250k payment". |
| July 13, 2018 | BT000842 | Email from Andrew Jarvis (Opus) to John Burke (Akin), Jeffrey Zaks (Opus) and Carolyn Hunt (B&T) | Email with a breakdown of the "$250k", stating "The relevant items that build up to the $250K are as below: $84,400.86 (interest through 7/12) $150,000 (estimated legal fees through 7/12) $20,000 (Amendment fee) Total: $254,400.86" |
| July 16, 2018 | BT000778 | Email from Chris Rice (Endeavor) to Meagan Foley (Endeavor) and Carolyn Hunt (B&T) with copies to Gary Marenzi (Endeavor) and Chris Papavasilio (Lantern) | Email referencing taking Waco to market, stating "We moved quickly taking Waco to market without final paperwork in place, as swift movement was needed by Lantern as this series was already very much delayed." |
| July 17, 2018 | BT000841 | Email from John Burke (Akin) to Jeffrey Zaks (Opus), Carolyn Hunt (B&T) and Andrew Jarvis (Opus) | Email stating "Lantern wants to proceed." The subject of the email is "Re: TWC". |
| July 17, 2018 | BT000841 | Email from Jeffrey Zaks (Opus) to John Burke (Akin), Carolyn Hunt | Email following up after learning that Lantern wants to proceed, stating "Ok, we will pick this back up." The email also |

| Date (including time) | Bates Stamp | Parties listed on correspondence | Content |
|---|---|---|---|
| | | (B&T) and Andrew Jarvis (Opus) | suggests arranging a follow up phone call. The subject of the email is "Re: TWC". |
| July 18, 2018 | BT000840 | Email from Carolyn Hunt (B&T) to John Burke (Akin), Jeffrey Zaks (Opus), Andrew Jarvis (Opus) and Warren Biro (B&T) | Email sending a call in number for a phone call after a phone call was scheduled for 10 am on July 18, 2018 in earlier emails on the email chain. The subject of the emails are "Re: TWC". |
| July 19, 2018 | O000019-O000020 | Email from Robert Kinas (S&W) to Debra Grassgreen (Pachulski), with a copy to Maxim Litvak (Pachulski) | Email referencing the preliminary discussions between Lantern and Opus regarding Lantern assuming the debt on Waco, stating "Now that the sale to Lantern has closed, Lantern and Opus are having preliminary discussions regarding the assumption to the debt on the Waco production loan." |
| July 20, 2018 | BT000777 | Email from Meagan Foley (Endeavor) to Carolyn Hunt (B&T) and with copies to Chris Rice (Endeavor) and Gary Marenzi (Endeavor) | Email indicating that Opus was in discussion with Lantern, stating "I'm in touch with John Burke (Akin) who is representing Lantern. I think he should be responding to you soon.", the subject of the email is "Waco – sales agency agreement" |
| July 20, 2018 | BT000756 | Email from Carolyn Hunt (B&T) to John Burke (Akin) | Email regarding assignability to Opus language in a draft, stating "I can insert the below notes into Meagan's latest draft. We are waiting to see if Lantern/you had any further notes. Please let me know if you would like me to stand you extent you [sic] a markup with our notes regarding the below." The earlier email, from June 28 states, "I think we just need to insert collection account details and add assignability-to-Opus language, then we will be fine from our side." |
| July 24, 2018 | O000017 | Email from Robert Kinas (S&W) to Debra Grassgreen (Pachulski), Maxim Litvak (Pachulski), Meredith Lahaie | Email stating that Lantern purchased the Waco assets and asking Lantern how it intends to treat the Opus obligation, "For Lantern - Lantern purchased the Waco asset. Does Lantern intend to assume or pay off the obligation to Opus (the |

| Date (including time) | Bates Stamp | Parties listed on correspondence | Content |
|---|---|---|---|
| | | (Akin), Kevin Elde (Akin), Michael Stamer (Akin), Stephen Kuhn (Akin), John Burke (Akin), Erica McGrady (Akin) and Zach Lanier (Akin) with copies to Morgan Patterson (WBD) and Matthew Ward (WBD) | production Lender) and what is the timeline". |
| July 30, 2018 | BT000777 | Email from Chris Rice (Endeavor) to Carolyn Hunt (B&T) with copies to Gary Marenzi (Endeavor) and Meagan Foley (Endeavor) | Email regarding the agreement, stating "Please could you connect us with John today so that we can close this – we have been chasing this agreement for too long and have been out in the market selling this show in good faith based on everyone's assurances." |
| July 30, 2018 | BT000754 | Email from Carolyn Hunt (B&T) to John Burke (Akin) | Email connecting John Burke (Akin) with the team at Endeavor, stating "WME is getting very anxious to close this. Shall I connect you with the team there, or do you want all the comments to go through us as Opus's counsel?" |
| August 16, 2018 | BT000743 | Email from Carolyn Hunt (B&T) to John Burke (Akin) with a copy to Jeffrey Zaks (Opus) | Email asking about the status of the loan assignment and assumption, stating "We recalled that you were going to send us details of the asset sale and the SunTrust structure." |
| August 22, 2018 | BT000742 | Email from John Burke (Akin) to Carolyn Hunt (B&T) with a copy to Jeffrey Zaks (Opus) | Email regarding tracking down the Baral Brothers, stating "We are not ignoring you. We finally tracked down the Baral Brothers, and we are looking for any agreements between Baral entities and TWC. Should be done shortly." |
| August 27, 2018 | BT000726 | Email from Jeffrey Zaks (Opus) to John Burke (Akin) | Email from Jeffrey Zaks (Opus) following up on the Waco matter, stating "It's important we get the Waco matter resolved before the end of the quarter." |

| Date (including time) | Bates Stamp | Parties listed on correspondence | Content |
|---|---|---|---|
| August 28, 2018 | BT000725 | Email from John Burke (Akin) to Jeffrey Zaks (Opus) | Email confirming Lantern's interest in the transaction, stating "Lantern has not changed its mind regarding Waco. In fact, Endeavor is actively selling the project. I asked Carolyn to send us a draft Assignment & Assumption on the terms previously proposed by Opus and we will respond with comments this week." |
| August 29, 2018 | BT000724 | Email from John Burke (Akin) to Carolyn Hunt (B&T) with copies to Andrew Jarvis (Opus), Jeffrey Zaks (Opus) and Marc Neiman (Akin) | Email discussing the timing of Lantern's assumption of the Waco rights, stating "Carolyn not sure what you need here. Lantern has not assumed the Waco rights yet because they need to roll the debt." The email then offers to "provide the form of assignment" and clarifies that "it will be your borrower assigning the loan to our spv that will hold the rights. Our borrower will assume the debt revised as proposed by Opus." |
| August 31, 2018 | BT000724 | Email from Carolyn Hunt (B&T) to John Burke (Akin) with copies to Andrew Jarvis (Opus), Jeffrey Zaks (Opus) and Marc Neiman (Akin) | Email stating that the assignment and assumption agreement would be sent, stating "we will send a draft assignment/assumption agreement for you to review. You can expect to receive it over the weekend." |
| September 13, 2018 | LTN000001 | Email from John Burke (Akin) to Terrence Dugan (Morgan, Lewis & Bockius LLP, hereafter "Morgan Lewis") with copies to Marc Neiman (Akin) and Virginia Longmuir (Lantern) | Email regarding Lantern's assumption of the loan, stating "Opus Bank has agreed to permit Lantern to assume the loan subject to paying $250K for accrued and unpaid interest and legal fees. Lantern Wants to move ahead." The email also states "One wrinkle – LE Distribution is the counterparty to the Endeavor sales agreement so if we go with alternative #1 [detailed in the email], we need to novate that agreement and replace it with and agreement with Waco SPV." |
| September 14, 2018 | LTN000002 | Email from Terrence Dugan (Morgan Lewis) to John Burke (Akin) | Email suggesting that Lantern's acquisition should be outside of the loan parties under the credit agreement, stating "I connected with Alphonse on this. His |

EAST\164930998.10

| Date (including time) | Bates Stamp | Parties listed on correspondence | Content |
|---|---|---|---|
| | | with copies to Marc Neiman (Akin) and Virginia Longmuir (Lantern) | preference is just to have Lantern do the acquisition outside of the Loan Parties under the Credit Agreement and then flip it into our structure once the Opus loan is paid off." |
| October 17, 2018 | BT000200-BT000201 | Letter sent from Opus Bank to John Burke (Akin) and Chris Halprin (Lantern) | Letter sent via email suggesting that Lantern is in breach of an agreement. |
| October 24, 2018 | O000023 | Email from Robert Kinas (S&W) to Kevin Elde (Akin) with a copy to Marc Neiman (Akin) | Email detailing that Cravath and Lantern need to finalize the assumption documents, otherwise Opus would seek relief from the automatic stay, stating "The Opus team and the Lantern team have been exchanging drafts but Opus has been requesting a team conference call with Lantern (Akin) and the Debtor (Cravath) to clarify and to confirm what else needs to be done and when the closing will take place." Moreover, "Marc shared that Lantern was waiting for Cravath to sign off on the assumption documents and hoped that Cravath would file a motion approving the assumption with the court this week. Barnes & Thornburg requested the name of the Cravath point person to confirm the anticipated sign off date and to confirm the anticipated date by which the motion would be filed, but Marc directed Opus to you." |
| November 7, 2018 | O000025 | Email from Robert Kinas (S&W) to Vicken Antounian (Akin), Warren Biro (B&T), Carolyn Hunt (B&T), Jeffrey Zaks (Opus) and Andrew Jarvis (Opus) with copies to Marc Neiman | Email regarding the draft release, stating "Opus has continued liens on the assets of TWC Waco and Weinstein which were purchased by Lantern." |

| Date (including time) | Bates Stamp | Parties listed on correspondence | Content |
|---|---|---|---|
| | | (Akin) and John Burke (Akin) | |
| November 19, 2018 | SW01711 | Email from Robert Kinas (S&W) to Marc Neiman (Akin) and Warren Biro (B&T) with copies to John Burke (Akin), Vicken Antounian (Akin), Carolyn Hunt (B&T), Jeffrey Zaks (Opus) and Andrew Jarvis (Opus) | Email discussing new bankruptcy developments and whether the Waco rights were transferred to Lantern, stating "In advance of tomorrow's call, could you have the appropriate member of your team on the call to address what the committee filed today - at docket 1732, the committee is asserting that the Waco rights were never transferred to Lantern because Lantern did assume the debt by November 8th and, as such, the Waco assets are now excluded assets. The committee is also seeking to prevent Lantern from assuming and assigning contract related to Waco." |
| December 31, 2018 | O000173 | Email from Vivian Tarn (at the email address "TWCEstate") to Jeffrey Zaks (Opus) and Jonathan Osborn (Opus) | Email regarding the Waco collection accounts, stating "Can you guys send me the account statements for October and November for the Waco collection accounts, please?" |
| January 10, 2019 | O000412 | Email from Brian Fitzmaurice (Opus) to Andrew Jarvis (Opus) and Kathryn Specht (Opus) | Email regarding whether the Waco tax credit was transferable, the email subject is "Waco" and it states, "I had an exchange with a friend who could sell the New Mexico tax credit for us." |
| January 22, 2019 | O000414 & O000416 | Special Credit Officer identified as Andrew Jarvis (Opus) | A problem loan report for "4Q18" for Borrower "TWC WACO SPV LLC" with total net Opus exposure listed as $5,312,925. The report states "TWC Waco assets were included in the purchase but remain subject to satisfaction of the Opus Debt by either assumption or payment in full." The report also states that "Despite initial indications that they would close on the assumption prior to 9/30/18, delays continued and as of 12/31/18 an assumption had yet to be consummated." |