# EXHIBIT O

**(Jarvis Deposition Exhibit 16)**

| | |
|---|---|
| From: | Chris Rice <crice@endeavorcontent.com> |
| To: | Hunt, Carolyn; milos.brajovic@lanterncp.com |
| CC: | Gary Marenzi; chris.papasilvio@lanternent.com; Meagan Foley; DH Office |
| Sent: | 7/30/2018 9:36:54 PM |
| Subject: | [EXTERNAL]Re: Waco - sales agency agreement |

Carolyn. Please could you connect us with John today so that we can close this - we have been chasing this agreement for too long and have been out in the market selling this show in good faith based on everyone's assurances. Thanks, Chris

Chris Rice | Endeavor Content
crice@endeavorcontent.com
310.859.4380


On Jul 24, 2018, at 1:52 AM, Meagan Foley <mfoley@endeavorcontent.com> wrote:

Hi Carolyn—just tried you. So sorry to be so pesky, but please let me know how we can ensure we get the agmt in motion. I am of course hoping we are able to sign on the basis of the last draft we turned, but if we have any lingering pending pieces to fit into place I am happy to review and hop on the phone with you and John tomorrow morning.

Thank you so much—I know all of the lawyers in the land are regularly slammed, and we greatly appreciate your prioritizing this!

-Meagan

Meagan Foley | Endeavor Content
Counsel
+1 310.786.4782

**From:** Meagan Foley
**Sent:** Monday, July 23, 2018 8:46 AM
**To:** Hunt, Carolyn <Carolyn.Hunt@btlaw.com>
**Cc:** Chris Rice <crice@endeavorcontent.com>; Gary Marenzi <gmarenzi@endeavorcontent.com>
**Subject:** Re: Waco - sales agency agreement

Hi Carolyn—I need to have this wrapped up this week please.

Would you please ensure that John gets us any remaining comments today?

Thank you so very much!

-Meagan

Sent from my iPhone

On Jul 20, 2018, at 3:20 PM, Meagan Foley <mfoley@endeavorcontent.com> wrote:

WONDERFUL

Thank you so much

Sent from my iPhone

On Jul 20, 2018, at 3:11 PM, Hunt, Carolyn <Carolyn.Hunt@btlaw.com> wrote:

Hi!

I am in touch now with John Burke, who is representing Lantern. I think he should be responding to you soon.

Thanks!

Carolyn A. Hunt | Partner
Direct 310-284-3869

<image001.jpg>

**From:** Meagan Foley [mailto:mfoley@endeavorcontent.com]
**Sent:** Friday, July 20, 2018 10:30 AM
**To:** Chris Rice; Hunt, Carolyn
**Cc:** Gary Marenzi; chris.papavasilio@lanternent.com; DH Office
**Subject:** [EXTERNAL]RE: Waco - sales agency agreement

Hi Carolyn! Just tried you again on this – please can we get this rep agmt back in?

Thank you!!

-Meagan

Meagan Foley | Endeavor Content
Counsel
+1 310.786.4782


**From:** Chris Rice
**Sent:** Monday, July 16, 2018 11:36 AM
**To:** Meagan Foley <mfoley@endeavorcontent.com>; 'Hunt, Carolyn' <Carolyn.Hunt@btlaw.com>
**Cc:** Gary Marenzi <gmarenzi@endeavorcontent.com>; chris.papavasilio@lanternent.com; DH Office <dhoffice@weinsteinco.com>
**Subject:** RE: Waco - sales agency agreement

Hi Carolyn —we moved quickly taking WACO to market without final paperwork in place as swift movement was needed by Lantern as this series was already very much delayed. But we haven't heard anything back in almost 3 weeks and have had no response from Meagan's multiple emails to you. We need to finalize paperwork this week so would be grateful if you or a colleague could engage with Meagan straight away. Thanks, Chris Rice


**From:** Meagan Foley
**Sent:** Thursday, July 12, 2018 1:05 PM
**To:** 'Hunt, Carolyn' <Carolyn.Hunt@btlaw.com>
**Cc:** Chris Rice <crice@endeavorcontent.com>; Gary Marenzi <gmarenzi@endeavorcontent.com>
**Subject:** RE: Waco - sales agency agreement

Hi Carolyn—apologies for the now daily prod I do hate to be so pesky, but please is there anything we can do to push this forward?

Thanks so very much, truly appreciate it I know everyone is slammed regularly!

-Meagan

Meagan Foley | Endeavor Content
Counsel
+1 310.786.4782

Chris Rice | Endeavor Content
crice@endeavorcontent.com
310.859.4380


**From:** Meagan Foley
**Sent:** Wednesday, July 11, 2018 2:31 PM
**To:** 'Hunt, Carolyn' <Carolyn.Hunt@btlaw.com>
**Cc:** Chris Rice <crice@endeavorcontent.com>; Gary Marenzi <gmarenzi@endeavorcontent.com>
**Subject:** RE: Waco - sales agency agreement

Hi Carolyn—hope all is well and you had an enjoyable holiday last week!

We are very much needing to wrap this. Has the client group yet reviewed and come back on it?

Thanks so much,

-Meagan

Meagan Foley | Endeavor Content
Counsel
+1 310.786.4782

**From:** Meagan Foley
**Sent:** Friday, June 29, 2018 10:21 AM
**To:** Hunt, Carolyn <Carolyn.Hunt@btlaw.com>
**Cc:** Chris Rice <crice@endeavorcontent.com>; Gary Marenzi <gmarenzi@endeavorcontent.com>
**Subject:** RE: Waco - sales agency agreement

Hi Carolyn—checking in on this?


Meagan Foley | Endeavor Content

Counsel
+1 310.786.4782

**From:** Meagan Foley
**Sent:** Thursday, June 28, 2018 11:03 PM
**To:** Hunt, Carolyn <Carolyn.Hunt@btlaw.com>
**Cc:** Chris Rice <crice@endeavorcontent.com>; Gary Marenzi <gmarenzi@endeavorcontent.com>
**Subject:** Re: Waco - sales agency agreement

Hi! Thanks so much for getting back to me (I'm literally so happy that I am adding Chris + Gary just so they know we have movement!)

Yes if you could please just send language we'll do what we can to accommodate and I'll give you a ring in the morning if we need tweaks.

Thank you!!

-Meagan

Sent from my iPhone

On Jun 28, 2018, at 10:46 PM, Hunt, Carolyn <Carolyn.Hunt@btlaw.com> wrote:

HI! I spoke with our client today. From our perspective, I think we just need to insert collection account details and add assignability-to-Opus language, then we will be fine form our side. Shall I send you those details in the morning, or would you like to first discuss?

Thanks!

Carolyn A. Hunt | Partner
Direct 310-284-3869

<image001.jpg>

---

**From:** Meagan Foley [mailto:mfoley@endeavorcontent.com]
**Sent:** Thursday, June 28, 2018 6:16 AM
**To:** Hunt, Carolyn
**Cc:** Jeffrey Zaks; Andrew Jarvis; Chris Rice; Gary Marenzi; DH Office; chris.papavasilio@lanternent.com; Ian Stratford Assistant; Adanne Ebo
**Subject:** Re: Waco - sales agency agreement

Hi Carolyn—good to speak the other day!

Checking back in on this rep agmt?? I know you had mentioned we'd have the agmt back the other day and we very much need to get this signed and tied up ASAP.

Thanks so much!

-Meagan

Sent from my iPhone

On Jun 22, 2018, at 11:37 AM, Meagan Foley <mfoley@endeavorcontent.com> wrote:

Hi Carolyn—happy Friday!

Checking in on this?

Thank you!

-Meagan

Meagan Foley | Endeavor Content
Counsel
+1 310.786.4782

**From:** Meagan Foley
**Sent:** Tuesday, June 19, 2018 1:17 PM
**To:** 'Hunt, Carolyn' <Carolyn.Hunt@btlaw.com>
**Cc:** Jeffrey Zaks <jzaks@opusbank.com>; Andrew Jarvis <ajarvis@opusbank.com>; Chris Rice <crice@endeavorcontent.com>; Gary Marenzi <gmarenzi@endeavorcontent.com>; 'DH Office' <dhoffice@weinsteinco.com>; chris.papavasilio@lanternent.com; Ian Stratford Assistant <istratford_asst@endeavorcontent.com>; Adanne Ebo <aebo@endeavorcontent.com>
**Subject:** RE: Waco - sales agency agreement

Hi Carolyn,

Thanks so much for speaking with me earlier. As discussed, please find attached the revised draft of the sales rep agmt (of course, customary rights reserved).

Let us know once you've had a chance to review together with the client parties.

Thanks so much and kind regards,

-Meagan

Meagan Foley | Endeavor Content
Counsel
+1 310.786.4782

**From:** Hunt, Carolyn <Carolyn.Hunt@btlaw.com>
**Sent:** Monday, June 18, 2018 4:12 PM
**To:** Meagan Foley <mfoley@endeavorcontent.com>
**Cc:** Jeffrey Zaks <jzaks@opusbank.com>; Andrew Jarvis <ajarvis@opusbank.com>; Chris Rice <crice@endeavorcontent.com>; Gary Marenzi <gmarenzi@endeavorcontent.com>; 'DH Office' <dhoffice@weinsteinco.com>; chris.papavasilio@lanternent.com
**Subject:** RE: Waco - sales agency agreement

Hi Meagan,

Thanks for your note. How about 10:30am tomorrow?

Best,
Carolyn

**Carolyn A. Hunt | Partner**
Direct 310-284-3869

<image001.jpg>

---

**From:** Meagan Foley [mailto:mfoley@endeavorcontent.com]
**Sent:** Monday, June 18, 2018 2:59 PM
**To:** Hunt, Carolyn
**Cc:** Jeffrey Zaks; Andrew Jarvis; Chris Rice; Gary Marenzi; 'DH Office'; chris.papavasilio@lanternent.com
**Subject:** RE: Waco - sales agency agreement

Hi Carolyn,

Thanks very much for getting this to us.

I know many of the comments are questions and Opus was looking at an agmt that we had negotiated, so I think it would be best to hop on a quick call sometime tomorrow morning to talk through the comments and get this tied up!

I am available tomorrow from 9:30a-11a, 12p-1p, and then anytime after 3:30p (all LA time).

Let me know what works.

Thanks!

-Meagan

Meagan Foley | Endeavor Content
Counsel
+1 310.786.4782

**From:** Hunt, Carolyn <Carolyn.Hunt@btlaw.com>
**Sent:** Thursday, June 7, 2018 10:22 AM
**To:** Meagan Foley <mfoley@endeavorcontent.com>
**Cc:** Jeffrey Zaks <jzaks@opusbank.com>; Andrew Jarvis <ajarvis@opusbank.com>
**Subject:** Waco - sales agency agreement

Hi Meagan,

We represent Opus Bank in connection with its production loan for this series. In that regard, please find attached a mark-up of the agreement.

If you have any questions regarding the attached, please do not hesitate to contact me. We look forward to working with you to finalize the agreement. Thank you!

Best,
Carolyn

VCard | Bio | Dept Info

Carolyn
A. Hunt
Partner

Phone: (310) 284-3869
Fax: (310) 284-3894
www.btlaw.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

&lt;image003.png&gt;
Carolyn.Hunt@btlaw.com

Barnes & Thornburg LLP
2029 Century Park East
Suite 300
Los Angeles, CA 90067-2904

&lt;image006.jpg&gt;