**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| The Weinstein Company Holdings LLC, *et al.*,[1] | : Case No. 18-10601 (MFW) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 6, 2019 AT 10:00 A.M. (ET)[2]**

**I.   MATTERS GOING FORWARD:**

1. Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1457 - filed September 5, 2018]

   Objection / Response Deadline:   September 17, 2018 at 4:00 p.m. (ET)

   Objections / Responses Received:

   A. The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1771 - filed November 26, 2018]

   B. Joinder of Opus Bank to the Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment [Docket No. 1843 - filed December 12, 2018]

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837).  The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

[2] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the March 6, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 **prior to 12:00 noon (ET) on Tuesday, March 5, 2019** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

RLF1 20872365v.1

C. Brief in Support of the Official Committee of Unsecured Creditors' Objection to Supplemental Notice of Filing of Assumed Contracts Pursuant to Sale Order [Docket No. 2144 – filed March 1, 2019]

Related Documents:

i. Conditional Objection of Opus Bank to Assumption and Assignment of Contracts [Docket No. 553 – filed April 30, 2018]

ii. Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 846] [Docket No. 1512 – filed September 20, 2018]

iii. Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1665 - filed November 5, 2018]

iv. Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1695 - filed November 8, 2018]

v. Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1939/Adv. Case No. 18-50924 (MFW) Docket No. 25 - filed January 7, 2019]

vi. Declaration of Irwin Reiter in Support of Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1940/Adv. Case No. 18-50924 (MFW) Docket No. 26 - filed January 7, 2019]

vii. [SEALED] Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements


      Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1944/Adv. Case No. 18-50924 (MFW) Docket No. 28 - filed January 7, 2019]

   viii.  [SEALED] Declaration of Irwin Reiter in Support of Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1945/Adv. Case No. 18-50924 (MFW) Docket No. 29 - filed January 7, 2019]

   ix.  Statement of Lantern Entertainment LLC with Respect to Official Committee of Unsecured Creditors' Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1979 – filed January 13, 2019]

   x.  Reply of Lantern Entertainment LLC to the Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment; and (II) Joinder of Opus Bank Thereto [Docket No. 2143 – filed February 28, 2019]

   Status: Only the dispute regarding Waco will go forward at the hearing. No other issues related to the above-referenced matters will go forward.

2.   Lantern Entertainment's Motion for Leave to Exceed Page Limit Requirements with Respect to Lantern Entertainment's Reply to Committee Objection and Joinder of Opus Bank [Docket No. 2145 – filed March 1, 2019]

   Objections / Responses Received:  None to date.

   Related Documents:  None to date.

   Status: This hearing on this matter will go forward.

Dated: March 4, 2019
      Wilmington, Delaware

                                        /s/ David T. Queroli

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*