IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 18-10601 (MFW) |
| The Weinstein Company Holdings LLC, *et al.*, | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | **Related D.I.: 216, 282, 630, 846, 860** |
| ------------------------------------------------------------ x | | |

**PRELIMINARY RESPONSE OF SPYGLASS MEDIA GROUP, LLC
(f/k/a LANTERN ENTERTAINMENT LLC) TO LIMITED OBJECTION
AND RESERVATION OF RIGHTS OF LESIA ANSON**

Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) ("Spyglass"), by and through its undersigned counsel, DLA Piper LLP (US), hereby files this preliminary response (the "Response") to the *Limited Objection and Reservation of Rights of Lesia Anson* [D.I. 630] (the "Anson Objection") and respectfully states as follows:

**BACKGROUND**

**A. The Bankruptcy Case**

1. On March 19, 2018 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed these chapter 11 cases in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On April 13, 2018, the Debtors filed the *Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* [D.I. 216] (the "April

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

EAST\165581262.2

13 Notice"). On April 20, 2018, the Debtors filed the *Notice of Supplemental Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and Cure Amounts* [D.I. 282] (the "April 20 Notice" and, together with the April 13 Notice, the "Notices").

3. The Notices list a number of agreements related to the film, *The Amityville Horror* and the sequel, *Amityville: The Awakening* (together, the "Films"), including that certain *Deal Memorandum Licensing Rights Re: "Amityville: The Awakening" Effective Date: 1/12/2018*. The cure amounts for the agreements related to the Films are each listed as $0.00.

4. On May 9, 2018, the Court approved the sale of substantially all of the Debtors' assets to Spyglass [D.I. 846] for $289 million pursuant to that certain *Asset Purchase Agreement by and Among The Weinstein Company Holdings LLC, the Persons Listed on Schedule 1 Hereto and Lantern Entertainment LLC*, dated as of March 19, 2018 [D.I. 1202].

5. On May 10, 2018, the Debtors filed the *Notice of Filing of Final List of Potentially Assumed Contracts and Leases* [D.I. 860], which includes the agreements related to the Films.

**B. The District Court Case**

6. Prior to the Petition Date, on November 15, 2017, Lesia Anson ("Anson") filed a federal copyright action against the Debtors and number of other defendants in the United States District Court for the Central District of California (the "District Court"), No. 2:17-cv-08360-GW (the "Copyright Action"). The Copyright Action relates to the Sequel and alleges copyright infringement upon the novel, *The Amityville Horror* (the "Novel").

7. The District Court stayed the Copyright Action following the Petition Date and pending the auction and sale of the Debtors' assets. The stay subsequently was lifted to allow the Copyright Action to proceed in parallel with the bankruptcy case. Spyglass was added as a defendant in the Copyright Action in December 2018.

2

### C. The Anson Objection

8. On April 30, 2018, Anson filed the Anson Objection in which she (i) objected to the assumption and assignment of any rights in the Sequel; (ii) objected to the assumption and assignment of any rights in the Novel free and clear of the Debtors' or the assignor's obligations to Anson; and (iii) reserved her rights.

### PRELIMINARY RESPONSE

9. The Anson Objection is not ripe for disposition before this Court due to the ongoing litigation in the Copyright Action in the District Court. Previously, and on multiple occasions, counsel to Spyglass has coordinated with counsel to Anson to adjourn the hearing on the Anson Objection while the Copyright Action remains pending. This time, however, counsel to Anson has not responded to multiple efforts by counsel to Spyglass to obtain a similar adjournment. Accordingly, Spyglass respectfully requests that this Court adjourn the Anson Objection for the duration of the Copyright Action or, in the alternative, to the next omnibus hearing date of April 10, 2019.

10. Spyglass reserves all of its rights to amend this Response and to raise any other arguments at the hearing on the Anson Objection, whenever it is held. Spyglass further reserves all rights and remedies afforded to it under the Bankruptcy Code and other applicable law.

**WHEREFORE**, Spyglass respectfully requests that this Court adjourn the hearing on the Anson Objection for the duration of the Copyright Action or, in the alternative, to the next omnibus hearing on April 10, 2019.

Dated: March 25, 2019  
      Wilmington, Delaware

    */s/ R. Craig Martin*  
R. Craig Martin (DE No. 5032)  
Maris J. Kandestin (DE No. 5294)  
DLA PIPER LLP (US)  
1201 N. Market Street, Suite 2100  
Wilmington, DE 19801  
Telephone: (302) 468-5700  
Facsimile: (302) 394-2341  
Email: craig.martin@dlapiper.com  
       maris.kandestin@dlapiper.com

- and -

Thomas R. Califano (admitted *pro hac vice*)  
Rachel Ehrlich Albanese (admitted *pro hac vice*)  
DLA PIPER LLP (US)  
1251 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 335-4500  
Facsimile: (212) 335-4501  
Email: thomas.califano@dlapiper.com  
       rachel.albanese@dlapiper.com

*Counsel to Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC)*