## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered)<br><br>**Docket Ref. No. 2113** |

**ORDER APPROVING MOTION OF Y MOVIE, LLC, Y THEATRICAL, LLC, YFE HOLDINGS, INC., OA3, LLC, AND RMF, LLC, PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 9018 AND LOCAL RULE 9018-1(b), (I) AUTHORIZING MOVANTS TO FILE EXHIBITS TO DECLARATION OF ROBERT P. BERMINGHAM IN SUPPORT OF INVESTMENT COUNTERPARTIES' MOTION TO (A) ENFORCE SALE ORDER, (B) CONFIRM ASSUMPTION OF LIABILITIES BY LANTERN ENTERTAINMENT LLC PURSUANT TO ASSET PURCHASE AGREEMENT, AND (C) COMPEL PERFORMANCE BY LANTERN ENTERTAINMENT LLC UNDER ASSET PURCHASE AGREEMENT UNDER SEAL, AND (II) DIRECTING PARTIES TO REDACT CONFIDENTIAL INFORMATION**

Upon the motion (the "***Seal Motion***")[2] of Y Movie, LLC, Y Theatrical, LLC, YFE Holdings, Inc., OA3, LLC, and RMF, LLC (collectively, the "***Investment Counterparties***") for entry of an order (i) authorizing the Investment Counterparties to file the Confidential Exhibits under seal, and (ii) directing parties to redact confidential information related to Confidential Exhibits in subsequent pleadings; and it appearing that the relief requested in the Seal Motion is in the best interests of the Investment Counterparties, the Debtors and other parties in interest; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Seal Motion.

§§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Court having found that venue of these cases and the Seal Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that notice of the Seal Motion has been given as set forth in the Seal Motion and that such notice is adequate and no other or further notice need be given; and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and that the legal and factual bases set forth in the Seal Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Seal Motion is GRANTED as set forth herein.

2. The Investment Counterparties are authorized to file the Confidential Exhibits under seal.

3. The Investment Counterparties shall provide copies of the unredacted versions of the Confidential Exhibits to the Debtors, this Court, the Office of the United States Trustee for the District of Delaware, counsel to the Committee, and Lantern, subject to Local Rule 9018-1(d).

4. The Investment Counterparties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Seal Motion.

5.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

01:23489484.2     **Dated: March 28th, 2019**
              **Wilmington, Delaware**

_/s/ Mary F. Walrath_
**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

3