IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| The Weinstein Company Holdings LLC, *et al.*,[1] | : | Case No. 18-10601 (MFW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 1, 2019 AT 10:30 A.M. (ET)**[2]

**I.   MATTER GOING FORWARD:**

1. Motion (I) to Compel Rejection of Distribution Agreement and Other Agreements Related to *Sin City 2*, and (II) for Determination That Automatic Stay Does Not Apply to Exercise of Termination Right [Docket No. 2073 – filed February 8, 2019]

   Objection / Response Deadline:   February 18, 2019 at 4:00 p.m. (ET); extended by agreement for the Debtors and The Official Committee of Unsecured Creditors to March 28, 2019 at 4:00 p.m. (ET)

   Objections / Responses Received:   None to date.

   Related Documents:

   i.   Notice of Special Purpose Hearing [Docket No. 2215 – filed March 25, 2019]

   Status: The parties have resolved this matter and intend to submit a proposed form of order under certification of counsel on Friday, March 29, 2019. At this time, the hearing on this matter will go forward with the expectation that the hearing will be cancelled.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

[2] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the April 1, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 **prior to 12:00 noon (ET) on Friday, March 29, 2019** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

Dated: March 28, 2019
      Wilmington, Delaware

/s/  David T. Queroli
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*