IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| The Weinstein Company Holdings LLC, *et al.*,[1] | : | Case No. 18-10601 (MFW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
---------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 2, 2019 AT 2:00 P.M. (ET)[2]**

**I.   RESOLVED MATTER:**

1. Motion of Y Movie, LLC, Y Theatrical, LLC, YFE Holdings, Inc. OA3, LLC, and RMF, LLC, Pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b), (I) Authorizing Movants to File Exhibits to Declaration of Robert P. Bermingham in Support of Investment Counterparties' Motion to (A) Enforce Sale Order, (B) Confirm Assumption of Liabilities by Lantern Entertainment Pursuant to Asset Purchase Agreement, and (C) Compel Performance by Lantern Entertainment LLC Under Asset Purchase Agreement Under Seal, and (II) Directing Parties to Redact Confidential Information [Docket No. 2113 – filed February 20, 2019]

    Objection / Response Deadline:  March 6, 2019 at 4:00 p.m. (ET); extended solely for Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC)[3] to March 19, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:  None to date.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

[2] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the April 2, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 **prior to 12:00 noon (ET) on Monday, April 1, 2019** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

[3] On March 19, 2019, Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) filed the *Notice of Legal Name Change* [Docket No. 2201] identifying that Lantern Entertainment LLC ("**Lantern**") changed its name with the Secretary of State for the State of Delaware to Spyglass Media Group, LLC. References to Lantern are now references to Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC).

Related Documents:

i. Order Approving Motion of Y Movie, LLC, Y Theatrical, LLC, YFE Holdings, Inc. OA3, LLC, and RMF, LLC, Pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b), (I) Authorizing Movants to File Exhibits to Declaration of Robert P. Bermingham in Support of Investment Counterparties' Motion to (A) Enforce Sale Order, (B) Confirm Assumption of Liabilities by Lantern Entertainment Pursuant to Asset Purchase Agreement, and (C) Compel Performance by Lantern Entertainment LLC Under Asset Purchase Agreement Under Seal, and (II) Directing Parties to Redact Confidential Information [Docket No. 2227 – entered March 28, 2019]

Status: On March 28, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer required.

**II.    CONTINUED MATTERS:**

2. Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 8 - filed March 20, 2018]

    Cure Objections, Assumption and Assignment Objections, and Other Related Objections Received That Are Scheduled to Be Heard:

    A. Objection of Interested Party Studiocanal S.A.S. to Assumption and Assignment of Executory Contract, and Reservation of Rights [Docket No. 1814 – filed December 4, 2018]

    B. [Redacted] Declaration of Ron Halpern in Support of Objection of Interested Parties Studiocanal S.A.S. to Assumption and Assignment of Executory Contracts, and Reservation of Rights [Docket No. 1815 - filed December 4, 2018]

    C. [SEALED] 'Exhibit A' to Declaration of Ron Halpern in Support of Objection of Interested Parties Studiocanal S.A.S. to Assumption and Assignment of Executory Contracts, and Reservation of Rights [Docket No. 1816 - filed December 4, 2018]

D.      Supplemental Objection of Interested Party Studiocanal S.A.S. to Assumption and Assignment of Executory Contract, and Reservation of Rights [Docket No. 2205 – filed March 20, 2019]

E.      Declaration Of Kathy A. Jorrie In Support Of Supplemental Objection of Interested Parties Studiocanal S.A.S. to Assumption and Assignment of Executory Contracts, And Reservation of Rights [Docket No. 2206 – filed March 20, 2019]

F.      Supplemental Declaration of Ron Halpern In Support of Supplemental Objection of Interested Parties Studiocanal S.A.S. To Assumption And Assignment of Executory Contracts, And Reservation of Rights [Docket No. 2207 – filed March 20, 2019]

Related Documents:

i.      Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief [Docket No. 846 - entered May 9, 2018]

ii.      Order Approving Amendment to Asset Purchase Agreement Entered Into By and Between the Debtors and Lantern Entertainment LLC [Docket No. 1220 - entered July 11, 2018]

iii.      Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1457 - filed September 5, 2018]

iv.      Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 846] [Docket No. 1512 – filed September 20, 2018]

v.      Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1665 - filed November 5, 2018]

vi.      Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1695 - filed November 8, 2018]

vii      Order Pursuant to Bankruptcy Code Section 107(b), Bankruptcy Rule 9018 and Local Rule 9018-1(b) Authorizing Interested Party Studiocanal S.A.S. to File Under Seal Declaration of Ron Halpern in Support of Objection of Interested Party Studiocanal S.A.S. to Assumption and Assignment of Executory Contracts, and Reservation of Rights [Docket No. 1943 - entered January 7, 2019]

    viii.    Omnibus Reply of Lantern Entertainment LLC to Objections to Assumption and Assignment of Distribution Agreements Filed by (A) Sun Distribution Group S.A. and (B) Studiocanal S.A.S. [Docket No. 2118 - filed February 21, 2019]

    Status: The hearing on this matter solely as it relates to the issues raised by Studiocanal S.A.S. has been continued to April 10, 2019 at 10:30 a.m. (ET).

3. Motion of Lantern Entertainment LLC to File Under Seal Distribution Agreements Referenced in the Omnibus Reply of Lantern Entertainment LLC to Objections to Assumption and Assignment of Distribution Agreements Filed by (A) Sun Distribution Group S.A. and (B) Studiocanal S.A.S. [Docket No. 2120 - filed February 21, 2019]

    Objections / Responses Received:    None to date.

    Related Documents:    None to date.

    Status: The hearing on this matter has been continued to April 10, 2019 at 10:30 a.m. (ET).

### III. MATTERS GOING FORWARD:

4. Motion of Y Movie, LLC, Y Theatrical, LLC, YFE Holdings, Inc. OA3, LLC, and RMF, LLC to (A) Enforce Sale Order, (B) Confirm Assumption of Liabilities by Lantern Entertainment LLC Pursuant to Asset Purchase Agreement, and (C) Compel Performance by Lantern Entertainment LLC Under Asset Purchase Agreement [Docket No. 2110 – filed February 20, 2019]

    Objection / Response Deadline: March 6, 2019 at 4:00 p.m. (ET); extended solely for Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC to March 19, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.    [Redacted] Objection of Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) to Motion of Y Movie, LLC, Y Theatrical, LLC, YFE Holdings, Inc., OA3, LLC, and RMF, LLC [Docket No. 2202 – filed March 19, 2019]

    B.    [FILED UNDER SEAL] Objection of Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) to Motion of Y Movie, LLC, Y Theatrical, LLC, YFE Holdings, Inc., OA3, LLC, and RMF, LLC [Docket No. 2204 – filed March 19, 2019]

    Related Documents:

    i.    [SEALED] Declaration of Robert P. Bermingham in Support of Investment Counterparties' Motion to (A) Enforce Sale Order, (B) Confirm Assumption of Liabilities by Lantern Entertainment LLC Pursuant to Asset Purchase Agreement, and (C) Compel Performance by Lantern Entertainment LLC under Asset Purchase Agreement [Docket No. 2111 – filed February 20, 2019]

    ii.    [Redacted] Declaration of Robert P. Bermingham in Support of Investment Counterparties' Motion to (A) Enforce Sale Order, (B) Confirm Assumption of Liabilities by Lantern Entertainment LLC Pursuant to Asset Purchase Agreement, and (C) Compel Performance by Lantern Entertainment LLC under Asset Purchase Agreement [Docket No. 2112 – filed February 20, 2019]

    iii.    Notice of Rescheduled Hearing with Respect to (I) Motion of Y Movie, LLC, Y Theatrical, LLC, YFE Holdings, Inc. OA3, LLC, and RMF, LLC to (A) Enforce Sale Order, (B) Confirm Assumption of Liabilities by Lantern Entertainment LLC Pursuant to Asset Purchase Agreement, and (C) Compel Performance by Lantern Entertainment LLC Under Asset Purchase Agreement, and (II) Motion of Y Movie, LLC, Y Theatrical, LLC, YFE Holdings, Inc. OA3, LLC, and RMF, LLC, Pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b), (I) Authorizing Movants to File Exhibits to Declaration of Robert P. Bermingham in Support of Investment Counterparties' Motion to (A) Enforce Sale Order, (B) Confirm Assumption of Liabilities by Lantern Entertainment Pursuant to Asset Purchase Agreement, and (C)Compel Performance by Lantern Entertainment LLC Under Asset Purchase Agreement Under Seal, and (II) Directing Parties to Redact Confidential Information [Docket No. 2166 – filed March 7, 2019]

    iv.    [FILED UNDER SEAL] Reply of Y Movie, LLC, Y Theatrical, LLC, YFE Holdings, Inc. OA3, LLC, and RMF, LLC in Support of Motion to (A) Enforce Sale Order, (B) Confirm Assumption of Liabilities by Lantern Entertainment LLC Pursuant to Asset Purchase Agreement, and (C) Compel Performance by Lantern Entertainment LLC under Asset Purchase Agreement [Docket No. 2230 – filed March 28, 2019]

    v.    [Redacted] Reply of Y Movie, LLC, Y Theatrical, LLC, YFE Holdings, Inc. OA3, LLC, and RMF, LLC in Support of Motion to (A) Enforce Sale Order, (B) Confirm Assumption of Liabilities by Lantern Entertainment LLC Pursuant to Asset Purchase Agreement, and (C) Compel Performance by Lantern Entertainment LLC under Asset Purchase Agreement [Docket No. 2231 – filed March 28, 2019]

    vi.    Supplemental Declaration of Robert P. Bermingham in Support of Investment Counterparties' Motion to (A) Enforce Sale Order, (B) Confirm Assumption of Liabilities by Lantern Entertainment LLC

>   Pursuant to Asset Purchase Agreement, and (C) Compel Performance by Lantern Entertainment LLC under Asset Purchase Agreement [Docket No. 2233 – filed March 28, 2019]
>
>   <u>Status</u>: The hearing on this matter will go forward.

5.  Motion of Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) to Redact Portions of the Objection of Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) to Motion of Y Movie, LLC, Y Theatrical, LLC, YFE Holdings, Inc., OA3, LLC, and RMF, LLC [Docket No. 2203 – filed March 19, 2019]

    <u>Objections / Responses Received</u>:    None to date.

    <u>Related Documents</u>:   None to date.

    <u>Status</u>: The hearing on this matter will go forward.

6.  Motion of Y Movie, LLC, Y Theatrical, LLC, YFE Holdings, Inc., OA3, LLC, and RMF, LLC, for Authority to (I) Redact Portions of the Reply in Support of Investment Counterparties' Motion to (A) Enforce Sale Order, (B) Confirm Assumption of Liabilities by Lantern Entertainment LLC Pursuant to Asset Purchase Agreement, and (C) Compel Performance by Lantern Entertainment LLC under Asset Purchase Agreement and File Unredacted Reply Under Seal; and (II) Exceed Page Limit Requirement with Respect to the Reply [Docket No. 2232 – filed March 28, 2019]

    <u>Objections / Responses Received</u>:    None to date.

    <u>Related Documents</u>:   None to date.

    <u>Status</u>: The hearing on this matter will go forward.

Dated: March 29, 2019
      Wilmington, Delaware

/s/  David T. Queroli
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*