# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------ x<br>In re:                                                                          :<br>                                                                                       :<br>The Weinstein Company Holdings LLC, *et al.*,     :<br>                                                                                       :<br>                            Debtors.[1]                                    :<br>                                                                                       :<br>                                                                                       :<br>------------------------------------------------------------ x | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered)<br><br>**Related D.I.: 2110, 2111, 2112, 2202, 2204, 2230, 2231, 2233, & 2240** |

**ORDER (I) DENYING MOTION OF Y MOVIE, LLC, Y THEATRICAL, LLC, YFE HOLDINGS, INC., OA3, LLC, AND RMF, LLC TO (A) ENFORCE SALE ORDER, (B) CONFIRM ASSUMPTION OF LIABILITIES BY LANTERN ENTERTAINMENT LLC PURSUANT TO ASSET PURCHASE AGREEMENT, AND (C) COMPEL PERFORMANCE BY LANTERN ENTERTAINMENT LLC UNDER ASSET PURCHASE AGREEMENT**

Upon the *Motion of Y Movie, LLC, Y Theatrical, LLC, YFE Holdings, Inc., OA3, LLC, and RMF, LLC to (A) Enforce Sale Order, (B) Confirm Assumption of Liabilities by Lantern Entertainment LLC Pursuant to Asset Purchase Agreement, and (C) Compel Performance by Lantern Entertainment LLC Under Asset Purchase Agreement* [D.I. 2110] (the "Motion"); and upon the *Objection of Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) to Motion of Y Movie, LLC, Y Theatrical, LLC, YFE Holdings, Inc., OA3, LLC, and RMF, LLC* [D.I. 2202] (the "Objection"); and upon the *Reply of Y Movie, LLC, Y Theatrical, LLC, YFE Holdings, Inc., OA3, LLC, and RMF, LLC to (A) Enforce Sale Order, (B) Confirm Assumption of Liabilities by Lantern Entertainment LLC Pursuant to Asset Purchase Agreement, and (C) Compel Performance*

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

EAST\165774710.5

*by Lantern Entertainment LLC Under Asset Purchase Agreement* [D.I. 2230] (the "Reply" and, collectively with the Motion and the Objection, the "Pleadings"); and the Court having considered the Pleadings; and the Court having conducted a hearing on the Motion (the "Hearing"); and the Court having considered the evidence adduced and admitted into the record and the arguments propounded at the Hearing (the "Record"); and based on the Record, the Court having issued a bench ruling with respect to the Motion; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157(b)(2) and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as February 29, 2012; and after due deliberation, and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is DENIED in its entirety, for the reasons set forth on the Record at the Hearing.

2. The Court retains jurisdiction over this Order and its interpretation and implementation in all respects.

**Dated: April 4th, 2019**
**Wilmington, Delaware**
EAST\165774710.5

2

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**