# SIGN-IN SHEET

**CASE NAME:** The Weinstein Company Holdings LLC

**CASE NUMBER:** 18-10601 (MFW)

**COURTROOM NUMBER:** 4

**DATE:** May 23, 2019 at 10:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert Feinstein | Pachulski Stang – Jones | Committee |
| Colin R. Robinson | " | Committee |
| Paul Heath | Richards Layton & Finger | Debtor |
| David Herman | Cravath, Swaine & Moore | Debtor |
| W Jackson | Morris Jones | Debtor |
| E. Brown | Hagens Berman | Tort Victims |
| Gregory T. Donilon | Montgomery McCracken | " " |
| Robert Brady | Young Conaway | AI International |
| Elizabeth Justison | " | MUFG Union Bank / UBE |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Mary F. Walrath

Calendar Date: 05/23/2019
Calendar Time: 10:30 AM ET

#4

Amended Calendar    May 23 2019    7:22AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9815025 | Lachlan Cartwright | (212) 314-7300 ext. | The Daily Beast | Interested Party, The Daily Beast / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9813946 | Bryan M. Cimala | (212) 859-8133 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Interested Party, Fried, Frank, Harris, Shriver & Jacobson LLP / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9810399 | Ebba Gebisa | (312) 402-7086 ext. | Skadden, Arps, Slate, Meagher & Flom LLP | Interested Party, Skadden, Arps, Slate, Meagher & Flom, LLP / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9814948 | Debra I. Grassgreen | (415) 217-5102 ext. | Pachulski Stang Ziehl & Jones | Creditor, Creditors Committee / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9813411 | Jennifer C. Hagle | (213) 896-6015 ext. | Sidley Austin LLP | Interested Party, MUFG / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9814086 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9808204 | Daniel A. Lowenthal | (212) 336-2720 ext. | Patterson Belknap Webb & Tyler | Debtor, The Weinstein Company / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9813427 | James J. Mazza, Jr. | (312) 407-0521 ext. | Skadden, Arps, Slate, Meagher & Flom, LLP | Interested Party, Skadden, Arps, Slate, Meagher & Flom, LLP / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9811994 | Edward McNeilly | (360) 336-1000 ext. | Skagit Law Group PLLC | Bankruptcy Counsel, Portfolio Funding Company LLC I / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9811639 | Bennett Murphy | (213) 443-3682 ext. | Quinn Emanuel Urquhart & Sullivan, LLP | Creditor, AI International Holdings (BVI) Ltd. / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9812592 | Sandra Pullman | (212) 416-8623 ext. | State of New York - Office of the Attorney General | Representing, State of New York / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9812400 | Jonathan W. Randles | (212) 416-2037 ext. | Dow Jones | Interested Party, Dow Jones / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9814952 | Jason Rosell | (415) 263-7000 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9812355 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9814931 | Jeffrey L. Schulman | (212) 686-5000 ext. | Pasich LLP | Interested Party, Harvey Weinstein / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9809878 | Mark D. Silverschotz | (212) 278-1870 ext. | Anderson Kill P.C. | Interested Party, Mark Lasry / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9814954 | James I. Stang | (310) 772-2354 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9811431 | Edward Weisfelner | (212) 209-4900 ext. | Brown Rudnick LLP | Creditor, Hagens Berman / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 9812445 | Sigmund Wissner-Gross | (212) 209-4930 ext. | Brown Rudnick LLP | Creditor, Louisette Geiss Classic Action / LIVE |