# illuminate

2019 MAY 28 AM 9: 23

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 22, 2019

Clerk of The Court
824 N. Market Street 3rd Floor
Wilmington, Delaware 19801

RE: **The Weinstein Company Holdings LLC**
CASE NO. **18-10601 (MFW)**

Honorable Mary F. Walrath
United States Bankruptcy Judge for the District of Delaware, Bankruptcy Court
824 N Market Street 5th Floor
Courtroom 4
Wilmington, Delaware 19801


Honorable Mary F. Walrath,

We **object** to changing **The Weinstein Company Holdings LLC** to chapter 7.

Thank you,

James Hardy
CEO

Mail ID: 131740077
High Technology Video, Inc (HTV) dba illuminate