MAY 20 2019

TO WHOM IT MAY CONCERN,

I AM WRITING THIS LETTER REPRESENTING MY LATE FATHERS ASSETS IN THE WEINSTEIN COMPANY HOLDINGS LLC. et al. THIS LETTER IS A RESPONSE TO ANY OBJECTIONS TO THE MOTION.

I DO NOT HAVE ANY OBJECTIONS, BUT WOULD LIKE TO SEE HIM RECEIVE HIS RIGHTFUL HOLDINGS IF ANY IS AWARDED.

MICHAEL HAROLD JENSEN
PERSONAL REPRESENATIVE
OF HAROLD JENSEN
BOX 278
THOMPSON FALLS, MT.
59873

TELE - 406-827-3484
CELL   406-827-2419

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
THE WEINSTEIN COMPANY HOLDINGS                             :   Case No. 18-10601 (MFW)
LLC, et al.,                                               :
                                                           :   (Jointly Administered)
                        Debtors.[1]                        :
                                                           :   **Hearing Date: June 4, 2019 at 2:00 p.m. (ET)**
                                                           :   **Obj. Deadline: May 28, 2019 at 4:00 p.m. (ET)**
---------------------------------------------------------- x

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on May 14, 2019, The Weinstein Company Holdings LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for an Order (I) Converting Their Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code and (II) Granting Related Relief* [Docket No. 2357] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before **May 28, 2019 at 4:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **June 4, 2019 at 2:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: May 16, 2019
Wilmington, Delaware

*/s/ David T. Queroli*

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **CRAVATH, SWAINE & MOORE LLP** |
| Mark D. Collins (No. 2981) | Paul H. Zumbro (admitted *pro hac vice*) |
| Paul N. Heath (No. 3704) | George E. Zobitz (admitted *pro hac vice*) |
| Zachary I. Shapiro (No. 5103) | Karin A. DeMasi (admitted *pro hac vice*) |
| Brett M. Haywood (No. 6166) | David A. Herman (admitted *pro hac vice*) |
| David T. Queroli (No. 6318) | Worldwide Plaza |
| One Rodney Square         - and - | 825 Eighth Avenue |
| 920 North King Street | New York, NY 10019 |
| Wilmington, DE  19801 | Telephone: (212) 474-1000 |
| Telephone: (302) 651 7700 | Facsimile: (212) 474-3700 |
| Facsimile: (302) 651-7701 | *Counsel for the Debtors and Debtors in Possession* |

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

RLF1 21278700v.1



Date filed: 5/16/19
Docket No. 2365