**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------- x

In re:                                                  : Chapter 11
                                                        :
The Weinstein Company Holdings LLC, *et al.*,[1]        : Case No. 18-10601 (MFW)
                                                        :
            Debtors.                                    : (Jointly Administered)
                                                        :
-------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 4, 2019 AT 2:00 P.M. (ET)[2]**

---

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN
CANCELLED AT THE DIRECTION OF THE COURT.*

---

## I.    CONTINUED MATTERS:

1.    Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 8 - filed March 20, 2018]

Cure Objections, Assumption and Assignment Objections, and Other Related Objections / Response Deadline:

Notice at Docket No. 216: April 30, 2018 at 4:00 p.m. (ET); extended until May 3, 2018 at 4:00 p.m. (ET) for Nu Image, Inc., Sony, Bunim/Murray Productions, Universal Music Enterprises, a division of UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc.,

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837).  The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

[2] The hearing was scheduled to be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

Universal Tunes, a division of Songs of Universal Inc., Capitol Christian Music Group, and CMG Publishing, Interscope Records, a division of UMG Recordings, Inc., and any other Universal Music entity, Angry Blonde Productions, Inc., Shady Records, Inc., Shroom Shady Music, LLC, and Marshall B. Mathers (entities as part of a transaction with Interscope Records, a Universal entity)

Notice at Docket No. 282: May 3, 2018 at 4:00 p.m. (ET); extended until May 7, 2018 at 4:00 p.m. (ET) for A&E Television Networks, LLC (and its related entities, including Lifetime Entertainment Services)

Notice at Docket No. 482: May 7, 2018 at 4:00 p.m. (ET); extended until May 15, 2018 at 4:00 p.m. (ET) for Saving Santa The Movie, Ltd. and until May 16, 2018 at 4:00 p.m. (ET) for Jeff Abbott

Cure Objections, Assumption and Assignment Objections, and Other Related Objections Received: See Exhibit A attached hereto.

Cure Objections, Assumption and Assignment Objections, and Other Related Objections Received That Are Scheduled to Be Heard:

A.      Objection of Interested Party Studiocanal S.A.S. to Assumption and Assignment of Executory Contract, and Reservation of Rights [Docket No. 1814 – filed December 4, 2018]

B.      [Redacted] Declaration of Ron Halpern in Support of Objection of Interested Parties Studiocanal S.A.S. to Assumption and Assignment of Executory Contracts, and Reservation of Rights [Docket No. 1815 - filed December 4, 2018]

C.      [SEALED] 'Exhibit A' to Declaration of Ron Halpern in Support of Objection of Interested Parties Studiocanal S.A.S. to Assumption and Assignment of Executory Contracts, and Reservation of Rights [Docket No. 1816 - filed December 4, 2018]

D.      Supplemental Objection of Interested Party Studiocanal S.A.S. to Assumption and Assignment of Executory Contract, and Reservation of Rights [Docket No. 2205 – filed March 20, 2019]

E.      Declaration Of Kathy A. Jorrie In Support Of Supplemental Objection of Interested Parties Studiocanal S.A.S. to Assumption and Assignment of Executory Contracts, And Reservation of Rights [Docket No. 2206 – filed March 20, 2019]

F.      Supplemental Declaration of Ron Halpern In Support of Supplemental Objection of Interested Parties Studiocanal S.A.S. To Assumption And Assignment of Executory Contracts, And Reservation of Rights [Docket No. 2207 – filed March 20, 2019]

Related Documents:

i.    Notice of Second Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 482 - filed April 27, 2018]

ii.    Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief [Docket No. 846 - entered May 9, 2018]

iii.    Notice of Filing of Final List of Potentially Assume Contracts and Leases [Docket No. 860 - filed May 10, 2018]

iv.    Order Approving Amendment to Asset Purchase Agreement Entered Into By and Between the Debtors and Lantern Entertainment LLC [Docket No. 1220 - entered July 11, 2018] [3]

v.    Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1457 - filed September 5, 2018]

vi.    Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 846] [Docket No. 1512 – filed September 20, 2018]

vii.    Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1665 - filed November 5, 2018]

viii.    Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1695 - filed November 8, 2018]

ix    Order Pursuant to Bankruptcy Code Section 107(b), Bankruptcy Rule 9018 and Local Rule 9018-1(b) Authorizing Interested Party Studiocanal S.A.S. to File Under Seal Declaration of Ron Halpern in Support of Objection of Interested Party Studiocanal S.A.S. to Assumption and Assignment of Executory Contracts, and Reservation of Rights [Docket No. 1943 - entered January 7, 2019]

x.    Omnibus Reply of Lantern Entertainment LLC to Objections to Assumption and Assignment of Distribution Agreements Filed by (A) Sun

---

[3] On March 19, 2019, Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) filed the *Notice of Legal Name Change* [Docket No. 2201] identifying that Lantern Entertainment LLC ("**Lantern**") changed its name with the Secretary of State for the State of Delaware to Spyglass Media Group, LLC. References to Lantern are now references to Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC).

Distribution Group S.A. and (B) Studiocanal S.A.S. [Docket No. 2118 - filed February 21, 2019]

Status: The Debtors understand that Studiocanal S.A.S. and Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) have agreed to continue the hearing on this matter to the next omnibus hearing date, with any such further adjournment to be agreed upon by the parties, as it relates to the issues raised by Studiocanal S.A.S.  The status of the remaining outstanding cure objections, assumption and assignment objections, and other related objections received is noted on Exhibit A attached hereto.

2.  Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1003 - filed June 8, 2018]

Objection / Response Deadline:     June 18, 2018 at 4:00 p.m. (ET); extended for certain of the parties listed on Exhibit B attached hereto.

Objections / Responses Received:     See Exhibit B attached hereto.

Related Documents:  None at this time.

Status: The status of the outstanding objections received is noted on Exhibit B attached hereto.

3.  Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1457 - filed September 5, 2018]

Objection / Response Deadline:     September 17, 2018 at 4:00 p.m. (ET); extended by agreement for Portfolio Funding Company LLC I to June 17, 2019 at 5:00 p.m. (PT)/8:00 p.m. (ET) with respect to the Notices at Docket Nos. 1457, 1512, 1665 and 1695.

Objections / Responses Received:     See Exhibit C attached hereto.

Related Documents:

i.  Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 846] [Docket No. 1512 – filed September 20, 2018]

ii.  Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1665 - filed November 5, 2018]

iii.     Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1695 - filed November 8, 2018]

iv.     Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1939/Adv. Case No. 18-50924 (MFW) Docket No. 25 - filed January 7, 2019]

v.     Declaration of Irwin Reiter in Support of Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1940/Adv. Case No. 18-50924 (MFW) Docket No. 26 - filed January 7, 2019]

vi.     [SEALED] Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1944/Adv. Case No. 18-50924 (MFW) Docket No. 28 - filed January 7, 2019]

vii.     [SEALED] Declaration of Irwin Reiter in Support of Omnibus Objection of Lantern Entertainment LLC to (I) Supplemental Objection and Joint Motion of SLP Contract Counterparties to Clarify Sale Order; (II) Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated by Lantern for Assumption and Assignment; and (III) The Official Committee of

Unsecured Creditors' (I) Objection to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and (B) Joinder to the Motion of Executory Contract Counterparties for Order Confirming That Counterparties' Agreements Have Been Designated By Lantern for Assumption and Assignment [Docket No. 1945/Adv. Case No. 18-50924 (MFW) Docket No. 29 - filed January 7, 2019]

ix.    Omnibus Reply of Lantern Entertainment LLC to Objections to Assumption and Assignment of Distribution Agreements Filed by (A) Sun Distribution Group S.A. and (B) Studiocanal S.A.S. [Docket No. 2118 – filed February 21, 2019]

Status: The Debtors understand that Studiocanal S.A.S. and Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) have agreed to continue the hearing on this matter to the next omnibus hearing date, with any such further adjournment to be agreed upon by the parties, as it relates to the issues raised by Studiocanal S.A.S.  The status of the remaining outstanding objections received is noted on Exhibit C attached hereto.

4.    Motion of Lantern Entertainment LLC to File Under Seal Distribution Agreements Referenced in the Omnibus Reply of Lantern Entertainment LLC to Objections to Assumption and Assignment of Distribution Agreements Filed by (A) Sun Distribution Group S.A. and (B) Studiocanal S.A.S. [Docket No. 2120 - filed February 21, 2019]

Objections / Responses Received:    None to date.

Related Documents:   None to date.

Status: The Debtors understand that Studiocanal S.A.S. and Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) have agreed to continue the hearing on this matter to the next omnibus hearing date, with any such further adjournment to be agreed upon by the parties.

5.    Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 328(a) to Retain and Employ Bernstein Litowitz Berger & Grossmann, LLP as Special Litigation Counsel to the Debtors *Nunc Pro Tunc* to May 1, 2019 [Docket No. 2337 – filed May 1, 2019]

Objection / Response Deadline:    May 15, 2019 at 4:00 p.m. (ET); extended by agreement to May 20, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee (the "UST")

Objections / Responses Received:

A.    Informal comments from the UST

B.     Objection of the New York State Attorney General and Tort Claimants to, and Request to Adjourn for 30 Days, Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 328(a) to Retain and Employ Bernstein Litowitz Berger & Grossmann, LLP as Special Litigation Counsel to the Debtors *Nunc Pro Tunc* to May 1, 2019 [Docket No. 2362 – filed May 15, 2019]

C.     Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 328(a) to Retain and Employ Bernstein Litowitz Berger & Grossmann, LLP as Special Litigation Counsel to the Debtors *Nunc Pro Tunc* to May 1, 2019 [Docket No. 2363 – filed May 15, 2019]

Related Documents:

i.     Reply to Objections to Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 328(a) to Retain and Employ Bernstein Litowitz Berger & Grossmann, LLP as Special Litigation Counsel to the Debtors *Nunc Pro Tunc* to May 1, 2019 [Docket No. 2371 – filed May 20, 2019]

ii.     Order Granting the Emergency Motion of the Official Committee of Unsecured Creditors to Adjourn Hearing on Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 328(a) to Retain and Employ Bernstein Litowitz Berger & Grossmann, LLP as Special Litigation Counsel to the Debtors *Nunc Pro Tunc* to May 1, 2019 [Docket No. 2382 – entered May 23, 2019]

iii.     Notice of Special Purpose Hearing [Docket No. 2394 – filed May 31, 2019]

Status: The hearing on this matter has been continued to the special purpose hearing scheduled for June 11, 2019 at 10:30 a.m. (ET).

6.     Debtors' Motion for an Order (I) Converting Their Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 2357 – filed May 14, 2019]

Objection / Response Deadline:     May 28, 2019 at 4:00 p.m. (ET)

Objections / Responses Received:

A.     Objection of High Technology Video, Inc. [Docket No. 2388 – filed May 28, 2019]

B.     Response of Michael Harold Jensen [Docket No. 2389 – filed May 28, 2019]

C.     Statement and Reservation of Rights of MUFG Union Bank, N.A. and UnionBanCal Equities, Inc. Regarding Debtors' Motion for an Order (I)

Converting Their Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 2390 – filed May 28, 2019]

Related Documents:

i.      Notice of Motion and Hearing [Docket No. 2365 – filed May 16, 2019]

ii.     Notice of Special Purpose Hearing [Docket No. 2394 – filed May 31, 2019]

Status: The hearing on this matter has been continued to the special purpose hearing scheduled for June 11, 2019 at 10:30 a.m. (ET).

Dated: May 31, 2019
       Wilmington, Delaware

                        */s/  David T. Queroli*
                        **RICHARDS, LAYTON & FINGER, P.A.**
                        Mark D. Collins (No. 2981)
                        Paul N. Heath (No. 3704)
                        Zachary I. Shapiro (No. 5103)
                        Brett M. Haywood (No. 6166)
                        David T. Queroli (No. 6318)
                        One Rodney Square
                        920 North King Street
                        Wilmington, Delaware 19801
                        Telephone: (302) 651-7700
                        Facsimile: (302) 651-7701

                        - and -

                        **CRAVATH, SWAINE & MOORE LLP**
                        Paul H. Zumbro (admitted *pro hac vice*)
                        George E. Zobitz (admitted *pro hac vice*)
                        Karin A. DeMasi (admitted *pro hac vice*)
                        Worldwide Plaza
                        825 Eighth Avenue
                        New York, New York 10019
                        Telephone: (212) 474-1000
                        Facsimile: (212) 474-3700

                        *Attorneys for the Debtors and Debtors in Possession*

RLF1 21323744v.1

**Exhibit A -** *Cure Objections, Assumption and Assignment Objections, and Other Related Objections*

| Tab | Respondent | Status |
|---|---|---|
| A. | Timur Bekmambetov, Bazelevs U.S., Inc., Tengri, Inc., and Mirsand Limited [Docket No. 454 - filed April 26, 2018] [Supplemental Objection at Docket No. 666 - filed May 2, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| B. | Beta Film GmbH [Docket No. 501 - filed April 27, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| C. | Viacom International Inc. [Docket No. 511 - filed April 30, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| D. | Cross City Films Ltd. [Docket No. 522 - filed April 30, 2018] | On October 18, 2018, the Court entered an order [Docket No. 1615] approving a stipulation regarding this matter. Accordingly, certain portions of this matter are moot.  The unresolved portions of this matter have been continued to the next omnibus hearing date. |
| E. | Black Bear Pictures [Docket No. 527 - filed April 30, 2018] [Declaration at Docket No. 530 - April 30, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| F. | The Bully Project, LLC and Lee Hirsch [Docket No. 532 - filed April 30, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |

| Tab | Respondent | Status |
|---|---|---|
| G. | Studiocanal S.A.S. ("Studiocanal"), Gaumont S.A. ("Gaumont"), Wild Bunch, S.A. ("Wild Bunch"), Delta Last Legion Ltd., Quinta Communications S.A., and Orange Studio (Formerly Studio 37) ("Orange Studio") [Docket No. 533 - filed April 30, 2018] [Docket No. 597 - filed April 30, 2018] [Declarations at Docket Nos. 618, 620, 621, 669, 670, 673 - filed April 30, 2018 and May 2, 2018] [Supplemental Objection at Docket No. 818 - filed May 7, 2018] [Supplemental Objection at Docket No. 2205 – filed March 20, 2019] [Supplemental Declarations at Docket Nos. 2206 and 2207 – filed March 20, 2019] | The Court entered orders approving a stipulation attached thereto resolving certain portions of this matter at Docket Nos. 1607, 1670, 1676 and 1677 for Studiocanal, Gaumont, Wild Bunch and Orange Studio, respectively. The unresolved portions of this matter relating to Studiocanal have been continued to the next omnibus hearing date, and any further adjournment will be agreed upon by Studiocanal and Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC). |
| H. | Jennifer Lawrence and Floffin, Inc. Concerning the Film Silver Linings Playbook [Docket No. 543 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| I. | JPC Enterprises, Inc., New Crime Productions, LLC, Cusack Enterprises, LLC, and John Cusack [Docket No. 547 - filed April 30, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| J. | Miramax Film NY, LLC [Sealed at Docket No. 561 - filed April 30, 2018; Redacted at Docket No. 564 - filed April 30, 2018] [Supplemental Objection at Docket No. 722 - filed May 3, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| K. | Entertainment One [Docket No. 566 - filed April 30, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| L. | Jerry's Brother, Inc., and David S. Zucker [Docket No. 572 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |

RLF1 21307306v.1

| Tab | Respondent | Status |
|---|---|---|
| M. | AB Svensk Filmindustri [Docket No. 577 - filed April 30, 2018] | This matter is resolved subject to the terms set forth in the *Stipulation By and Among the Debtors, Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC), and AB Svensk Filmindustri Regarding Assumption and Assignment of Certain Foreign Distribution Agreements* (the "Stipulation"). The Court entered an order approving the Stipulation at Docket No. 2380. |
| N. | Dynamic '88 Productions, Inc., George Clooney, Good Lie, Inc., and Grant Heslov [Docket No. 578 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| O. | Estate of Wes Craven [Docket No. 580 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| P. | Sabjaka Productions II, Inc., and Julia Roberts [Docket No. 585 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| Q. | IT Follows Productions LLC [Docket No. 586 - filed April 30, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| R. | Meryl Streep [Docket No. 588 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| S. | PC Films, LLC, Willie Lump Lump Enterprises, Inc., Bill Murray, Goldenlight Films, Inc., and Ted Melfi [Docket No. 589 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| T. | Scavenger, LLC [Docket No. 590 - filed April 30, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |

RLF1 21307306v.1

| Tab | Respondent | Status |
|---|---|---|
| U. | WB Studio Enterprises Inc. and Warner Bros. Entertainment Inc. [Docket No. 592 - filed April 30, 2018] [Supplemental Objection at Docket No. 1820 - filed December 4, 2018] [Supplemental Objection at Docket No. 2100 – filed February 15, 2019 (withdrawn at Docket No. 2313)] | The hearing on this matter has been continued to the next omnibus hearing date. |
| V. | Bank of America, N.A. [Docket No. 599 - filed April 30, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| W. | Portfolio Funding Company LLC I [Sealed at Docket No. 603 - filed April 30, 2018] [Redacted at Docket No. 604 - filed April 30, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| X. | Creative Artists Agency, LLC [Docket No. 601 - filed April 30, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| Y. | Bruce Cohen Productions and Bruce Cohen [Docket No. 607 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| Z. | Lesia Anson [Docket No. 630 - filed April 30, 2018] | On April 8, 2019, the Court entered an order [Docket No. 2279] holding this objection in abeyance pending the resolution or other disposition of related litigation pending in the United States District Court for the Central District of California. |

RLF1 21307306v.1

| Tab | Respondent | Status |
|---|---|---|
| AA. | Contract Counterparties [Wang Qin, Wang Hong, Amityville Horror Enterprises, LLC, Cindy Lee Stock, Noel Lutz, Gabrielle Lutz, Melissa Irwin, Vertigo Prime Inc., Good Fear Film, Inc., Roy Lee, Chris Bender, 22nd and Indiana Inc., Bradley Cooper, Tim Gunn Productions Inc., Tim Gunn, Fade to Black Productions, Inc., Tom Ford, Outerbanks Entertainment, Inc., Kevin Williamson, Music For the People and Mark Wahlberg] [Docket No. 668 - filed May 2, 2018] | Certain portions of this matter are resolved. The Court entered orders approving stipulations attached thereto resolving certain portions of this matter at Docket No. 1573 for Wang Qin and Wang Hong, and Docket No. 1574 for Vertigo Prime Inc., Good Fear Film, Inc., Roy Lee, and Chris Bender. The Debtors understand that Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) has been in discussions with certain counterparties and that Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) is no longer interested in acquiring the Tim Gunn Productions Inc. and Tim Gunn contract(s) subject to objection. Accordingly, the objection regarding the Tim Gunn Productions Inc. and Tim Gunn contracts subject to objection is moot. The unresolved portions of this matter have been continued to the next omnibus hearing date. |
| BB. | Lions Gate Entertainment Corp., Lions Gate Films Inc., Anchor Bay Entertainment LLC, Starz LLC, Starz Media, LLC and Starz Entertainment LLC [Docket No. 694 - filed May 3, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| CC. | Jennifer Aniston and Two Eleven Productions, Inc., Concerning the Film Derailed [Docket No. 699 - filed May 3, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| DD. | Entertainment One [Docket No. 717 - filed May 3, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |

RLF1 21307306v.1

| Tab | Respondent | Status |
|---|---|---|
| EE. | Unifi Completion Guaranty Insurance Solutions, Inc. as Agent and Attorney-in-Fact for Atlantic Specialty Insurance Company [Docket No. 721 - May 3, 2018] [Supplemental Objection at Docket No. 950 - filed May 30, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| FF. | Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation [Docket No. 728 - filed May 3, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| GG. | Directors Guild of America, Inc., Screen Actors Guild-American Federation of Television and Radio Artists, the Writers Guild of America, West, Inc., Their Respective Pension and Health Plans, and the Motion Picture Industry Pension and Health Plans [Docket No. 742 - filed May 3, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| HH. | Arclight Films [Docket No. 771 - filed May 4, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| II. | British Broadcasting Corporation (BBC) [Docket No. 821 - filed May 7, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| JJ. | Univision Networks & Studios, Inc. [Docket No. 912 - filed May 18, 2018] | Certain portions of this matter are resolved subject to the terms set forth in the *Stipulation By and Among the Debtors, Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC), and Univision Networks & Studios, Inc. Regarding Assumption and Assignment of the Title 33 Agreement* (the "Stipulation"). The Court entered an order approving the Stipulation at Docket No. 2299. The unresolved portions of this matter have been continued to the next omnibus hearing date. |

6

| Tab | Respondent | Status |
|-----|-----------|--------|
| KK. | BBC Worldwide Limited [Docket No. 964 - filed June 1, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| LL. | Jon Gordon and Jon Gordon Productions, Inc. [Docket No. 1274 - filed July 27, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| MM. | Luge Club Productions, Inc. [Docket No. 1488 – filed September 17, 2018] | The Debtors understand that Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| NN. | The Sapphires Film Holdings Pty Ltd [Informal Response] | The hearing on this matter has been continued to the next omnibus hearing date. |

**Exhibit B**

| Tab | Objection | Status |
|---|---|---|
| A. | Objection of Kanzeon Corp. and David O. Russell to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC and Reservation of Rights [Docket No. 1040 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| B. | Objection of Bazelevs U.S., Timur Bekmambetov, Mirsand Limited, Tengri, Inc. and Mirsand Limited re Executory Nature of Current War Producing Service Agreement and Amendment Thereto [Docket No. 1043 - filed June 18, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| C. | Objection of Bruce Cohen Productions and Bruce Cohen to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1045 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| D. | Objection of Dynamic '88 Productions, Inc., George Clooney, Good Lie, Inc., and Grant Heslov to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1046 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| E. | Objection of 22nd and Indiana Inc. and Bradley Cooper to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1048 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |

| Tab | Objection | Status |
|---|---|---|
| F. | Objection of Meryl Streep to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1049 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| G. | Objection of Canal Productions, Inc. and Robert De Niro to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1050 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| H. | Response and Reservation of Rights of The Estate of Wes Craven Regarding Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1052 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| I. | Objection of Willie Lump Lump Enterprises, Inc., and Bill Murray to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1055 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| J. | Objection of Sabjaka Productions II, Inc., and Julia Roberts to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1058 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |

RLF1 21307306v.1

| Tab | Objection | Status |
|---|---|---|
| K. | Joinder of Jennifer Lawrence and Floffin, Inc. to the Objections Filed by (I) Kanzeon Corp. and David O. Russell, (II) 22nd and Indiana Inc. and Bradley Cooper, and (III) Canal Productions, Inc., and Robert De Niro to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1059 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| L. | Objection of Donna Gigliotti to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1063 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| M. | Response of Visiona Romantica, Inc. and Quentin Tarantino to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC and Reservation of Rights [Docket No. 1064 - filed June 18, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| N. | Response to and Reservation of Rights of JCP Enterprises, Inc., New Crime Productions, LLC, Cusack Enterprises, LLC, and John Cusack to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1065 - filed June 18, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| O. | Objection of Jerry's Brother, Inc., and David Zucker to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1066 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |

3

| Tab | Objection | Status |
|-----|-----------|--------|
| P. | Limited Objection and Reservation of Rights of Miramax Film NY, LLC to the Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1067 - filed June 19, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| Q. | Objection of Wang Qin and Wang Hong to the Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1231 - filed July 11, 2018] | This matter is partially resolved. The Court entered an order approving a stipulation attached thereto resolving the matter at Docket No. 1573. The unresolved portions of this matter have been continued to the next omnibus hearing date. |

**Exhibit C**

| Tab | Objection | Status |
|---|---|---|
| A. | Limited Objection of Viacom International Inc. to Notice of Filing of List of Assumed Contracts [Docket No. 1493 - filed September 17, 2018] [Objection and Reservation of Rights at Docket No. 1813 - filed December 4, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| B. | Response and Reservation of Rights of Executory Contract Counterparties to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1496 - filed September 17, 2018] [Bill Murray and Willie Lump Lump Enterprises, Inc., Brad Pitt and Potter, Inc., Bruce Cohen and Bruce Cohen Productions, David O. Russell and Kanzeon Corp., David Zucker and Jerry's Brother, Inc., Donna Gigliotti, George Clooney and Dynamic '88 Productions, Inc., Grant Heslov and Good Lie, Inc., Jake Gyllenhaal and Cykel Corp., John Cusack, JPC Enterprises, LLC, Cusack Enterprises, LLC, New Crime Productions, LLC, Jon Gordon and Jon Gordon Productions, Inc., Julia Roberts and Sabajka Productions II, Inc., Lorenzo di Bonaventura and di Bonaventura Pictures, Inc., Meryl Streep; Peter Chernin and PC Films, Inc., Rachel McAdams and Pink Fox, Inc., Robert De Niro and Canal Productions, Inc., The Estate of Wes Craven, Theodore Melfi and Goldenlight Films, Inc.] | The hearing on this matter has been continued to the next omnibus hearing date. Certain of these parties have their portions of the objection held in abeyance pending the appeal at Docket No. 2065. |

| Tab | Objection | Status |
|-----|-----------|--------|
| C. | Limited Objection of Certain Contract Counterparties to Debtors' Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and Reservation of Rights [Docket No. 1497 - filed September 17, 2018] [Wang Qin, Wang Hong, Vertigo Prime Inc., Good Fear Film, Inc., Roy Lee, Chris Bender, 22nd and Indiana Inc., Bradley Cooper, Fade to Black Productions, Inc., Tom Ford, Outerbanks Entertainment, Inc., Kevin Williamson, Music For the People and Mark Wahlberg] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| D. | Objection of Jon Gordon and Jon Gordon Productions, Inc. to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order; and Reservation of Rights [Docket No. 1498 - filed September 17, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| E. | Objection of Executory Contract Counterparties to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [D.I. 1695]; and Reservation of Rights [Docket No. 1769 - filed November 26, 2018] [Bruce Cohen, Bruce Cohen Productions, Robert De Niro, Canal Productions, Inc., Donna, Gigliotti, David Zucker, Jerry's Brother, Inc., David O. Russell, Kanzeon Corp., Bill Murray, Willie Lump Lump Enterprises, Inc., Julia Roberts, Sabajka Productions II, Inc., and Meryl Streep] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| F. | Limited Objection of Viacom International Inc. to Notice of Filing of List of Assumed Contracts [Docket No. 1772 - filed November 26, 2018]; Objection and Reservation of Rights of Viacom International Inc. and its Controlled Affiliates to Supplemental Notice of Filing of List of Assumed Contracts [Docket No. 1812- filed December 4, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |

| Tab | Objection | Status |
|---|---|---|
| G. | Objection of Stephen King to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1808 - filed December 4, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| H. | Objection of Interested Party Studiocanal S.A.S. to Assumption and Assignment of Executory Contract, and Reservation of Rights [Docket No. 1814 - filed December 4, 2018] [Declaration at Docket No. 1815 - filed December 4, 2018; SEALED Exhibit A at Docket No. 1816 - filed December 4, 2018] | The hearing on this matter has been continued to the next omnibus hearing date, and any further adjournment will be agreed upon by Studiocanal and Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC). |