IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
: 
:
: Chapter 11
THE WEINSTEIN COMPANY HOLDINGS :
LLC, *et al.*, : Case No. 18-10601 (MFW)
:
Debtors. : (Jointly Administered)
: **Re: D.I. 2406**
----------------------------------------------------------------x

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), this Court has scheduled the following omnibus hearing date in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| June 26, 2019 at 11:30 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 4<br>Wilmington, Delaware 19801 |

**Dated: June 6th, 2019**
**Wilmington, Delaware**

RLF1 21371199v.1

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE