IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
The Weinstein Company Holdings LLC, *et al.*,[1]                 : Case No. 18-10601 (MFW)
                                                                 :
        Debtors.           : (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 11, 2019 AT 10:30 A.M. (ET)[2]**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.*

I. **CONTINUED MATTERS:**

1. Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 328(a) to Retain and Employ Bernstein Litowitz Berger & Grossmann, LLP as Special Litigation Counsel to the Debtors *Nunc Pro Tunc* to May 1, 2019 [Docket No. 2337 – filed May 1, 2019]

    Objection / Response Deadline:    May 15, 2019 at 4:00 p.m. (ET); extended by agreement to May 20, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee (the "UST")

    Objections / Responses Received:

    A. Informal comments from the UST

    B. Objection of the New York State Attorney General and Tort Claimants to, and Request to Adjourn for 30 Days, Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 328(a) to Retain and Employ Bernstein Litowitz

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

[2] The hearing was scheduled to be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

    Berger & Grossmann, LLP as Special Litigation Counsel to the Debtors *Nunc Pro Tunc* to May 1, 2019 [Docket No. 2362 – filed May 15, 2019]

  C. Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 328(a) to Retain and Employ Bernstein Litowitz Berger & Grossmann, LLP as Special Litigation Counsel to the Debtors *Nunc Pro Tunc* to May 1, 2019 [Docket No. 2363 – filed May 15, 2019]

 Related Documents:

  i. Reply to Objections to Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 328(a) to Retain and Employ Bernstein Litowitz Berger & Grossmann, LLP as Special Litigation Counsel to the Debtors *Nunc Pro Tunc* to May 1, 2019 [Docket No. 2371 – filed May 20, 2019]

  ii. Order Granting the Emergency Motion of the Official Committee of Unsecured Creditors to Adjourn Hearing on Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 328(a) to Retain and Employ Bernstein Litowitz Berger & Grossmann, LLP as Special Litigation Counsel to the Debtors *Nunc Pro Tunc* to May 1, 2019 [Docket No. 2382 – entered May 23, 2019]

  iii. Notice of Special Purpose Hearing [Docket No. 2394 – filed May 31, 2019]

 Status: The hearing on this matter has been continued to the omnibus hearing scheduled for June 26, 2019 at 11:30 a.m. (ET).

2. Debtors' Motion for an Order (I) Converting Their Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 2357 – filed May 14, 2019]

 Objection / Response Deadline:  May 28, 2019 at 4:00 p.m. (ET)

 Objections / Responses Received:

  A. Objection of High Technology Video, Inc. [Docket No. 2388 – filed May 28, 2019]

  B. Response of Michael Harold Jensen [Docket No. 2389 – filed May 28, 2019]

  C. Statement and Reservation of Rights of MUFG Union Bank, N.A. and UnionBanCal Equities, Inc. Regarding Debtors' Motion for an Order (I) Converting Their Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 2390 – filed May 28, 2019]

Related Documents:

i. Notice of Motion and Hearing [Docket No. 2365 – filed May 16, 2019]

ii. Notice of Special Purpose Hearing [Docket No. 2394 – filed May 31, 2019]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for June 26, 2019 at 11:30 a.m. (ET).

Dated: June 7, 2019
    Wilmington, Delaware

/s/ David T. Queroli
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*