**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
: 
In re: : Chapter 11
:
THE WEINSTEIN COMPANY HOLDINGS : Case No. 18-10601 (MFW)
LLC, *et al.*, :
: (Jointly Administered)
Debtors.[1] :
: **Re: Docket Nos. 2337 & 2357**
---------------------------------------------------------------x

## NOTICE OF SPECIAL PURPOSE HEARING

PLEASE TAKE NOTICE that a special purpose hearing (the "**Special Purpose Hearing**") relating solely to the *Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 328(a) to Retain and Employ Bernstein Litowitz Berger & Grossmann, LLP as Special Litigation Counsel to the Debtors* Nunc Pro Tunc *to May 1, 2019* [Docket No. 2337] (the "**Application**") and the *Debtors' Motion for an Order (I) Converting Their Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code and (II) Granting Related Relief* [Docket No. 2357] has been scheduled to be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 (the "**Court**") on **June 28, 2019 at 10:30 a.m. (ET).**

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

RLF1 21457520v.1

PLEASE TAKE FURTHER NOTICE that, except for those matters relating to the Application and the Motion, other matters may not be scheduled to be heard at the Special Purpose Hearing absent permission from the Court.

Dated: June 24, 2019
       Wilmington, Delaware

*/s/ David T. Queroli*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*