### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                          :   Chapter 11
                                                :
The Weinstein Company Holdings LLC, *et al.*,[1]   :   Case No. 18-10601 (MFW)
                                                :
            Debtors.                            :   (Jointly Administered)
                                                :
------------------------------------------------------------ x

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JUNE 28, 2019 AT 10:30 A.M. (ET)[2]

## I.    CONTESTED MATTERS GOING FORWARD:

1.    Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 328(a) to Retain and Employ Bernstein Litowitz Berger & Grossmann, LLP as Special Litigation Counsel to the Debtors *Nunc Pro Tunc* to May 1, 2019 [Docket No. 2337 – filed May 1, 2019]

Objection / Response Deadline:    May 15, 2019 at 4:00 p.m. (ET); extended by agreement to May 20, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee (the "UST")

Objections / Responses Received:

A.    Informal comments from the UST

B.    Objection of the New York State Attorney General and Tort Claimants to, and Request to Adjourn for 30 Days, Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 328(a) to Retain and Employ Bernstein Litowitz Berger & Grossmann, LLP as Special Litigation Counsel to the Debtors *Nunc Pro Tunc* to May 1, 2019 [Docket No. 2362 – filed May 15, 2019]

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837).  The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

[2] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the June 28, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 **prior to 12:00 noon (ET) on Thursday, June 27, 2019** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

C.     Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 328(a) to Retain and Employ Bernstein Litowitz Berger & Grossmann, LLP as Special Litigation Counsel to the Debtors *Nunc Pro Tunc* to May 1, 2019 [Docket No. 2363 – filed May 15, 2019]

Related Documents:

i.      Reply to Objections to Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 328(a) to Retain and Employ Bernstein Litowitz Berger & Grossmann, LLP as Special Litigation Counsel to the Debtors *Nunc Pro Tunc* to May 1, 2019 [Docket No. 2371 – filed May 20, 2019]

ii.     Order Granting the Emergency Motion of the Official Committee of Unsecured Creditors to Adjourn Hearing on Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 328(a) to Retain and Employ Bernstein Litowitz Berger & Grossmann, LLP as Special Litigation Counsel to the Debtors *Nunc Pro Tunc* to May 1, 2019 [Docket No. 2382 – entered May 23, 2019]

iii.    Notice of Special Purpose Hearing [Docket No. 2394 – filed May 31, 2019]

iv.     Notice of Special Purpose Hearing [Docket No. 2428 – filed June 24, 2019]

Status: The hearing on this matter will go forward.

2.     Debtors' Motion for an Order (I) Converting Their Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 2357 – filed May 14, 2019]

Objection / Response Deadline:     May 28, 2019 at 4:00 p.m. (ET); extended by agreement to June 24, 2019 at 12:00 noon (ET) for the Official Committee of Unsecured Creditors

Objections / Responses Received:

A.     Objection of High Technology Video, Inc. [Docket No. 2388 – filed May 28, 2019]

B.     Response of Michael Harold Jensen [Docket No. 2389 – filed May 28, 2019]

C.     Statement and Reservation of Rights of MUFG Union Bank, N.A. and UnionBanCal Equities, Inc. Regarding Debtors' Motion for an Order (I) Converting Their Chapter 11 Cases to Cases Under Chapter 7 of the

2

Bankruptcy Code and (II) Granting Related Relief [Docket No. 2390 – filed May 28, 2019]

Related Documents:

i.      Notice of Motion and Hearing [Docket No. 2365 – filed May 16, 2019]

ii.     Notice of Special Purpose Hearing [Docket No. 2394 – filed May 31, 2019]

iii.    Notice of Special Purpose Hearing [Docket No. 2428 – filed June 24, 2019]

Status: The hearing on this matter will go forward.

Dated: June 26, 2019
       Wilmington, Delaware

/s/ David T. Queroli
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*

RLF1 21461273v.1