**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY<br>HOLDINGS LLC, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered |

**JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SHORTEN NOTICE WITH RESPECT TO THE JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF A SETTLEMENT AGREEMENT AMONG THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AI INTERNATIONAL (BVI) LIMITED, AND THE UNION BANK PARTIES**

The Weinstein Company Holdings, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Bankruptcy Cases") and the Official Committee of Unsecured Creditors (the "Committee") hereby file this joint motion (the "Motion to Shorten") for an order pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), substantially in the form of the proposed order attached hereto as Exhibit A, scheduling a hearing and shortening the notice period with respect to the *Joint Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Fed. R. Bankr. P. 9019 for Approval of a Settlement Agreement Among the Debtors,*

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

*the Official Committee of Unsecured Creditors, AI International (BVI) Limited, and the Union Bank Parties* (the "Settlement Motion").[2] In support of this Motion to Shorten, the Debtors and Committee respectfully state as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The bases for the relief requested herein are section 105 of Title 11 of the United States Code (the "Bankruptcy Code"), Bankruptcy Rules 2002(a) and 9006, and Local Rule 9006-1.

## BACKGROUND

3. As set forth more fully in the Settlement Motion filed contemporaneously herewith, the Debtors, the Committee, AI International, and the Union Bank Parties have entered into that certain settlement agreement (the "Settlement Agreement") to resolve certain pending litigation and provide the Debtors with access to cash collateral needed to fund the continued administration of their estates. Among other things, the Settlement Agreement eliminates more than $45 million of claims against the Debtors' estates and releases any encumbrances of the Union Bank Parties on the Debtors' cash.

4. By the Settlement Motion, the Debtors, Committee, AI International, and the Union Bank Parties seek approval of the Settlement Agreement pursuant to Bankruptcy Rule 9019. The Settlement Agreement has been the subject of negotiations taking place over a period of several months, and the Debtors and Committee believe that the prompt approval of the

---

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Settlement Motion.

DOCS_SF:101427.2

Settlement Agreement is in the best interests of all parties. Accordingly, the Debtors and Committee, with the consent of AI International and the Union Bank Parties, seek to have the Settlement Motion heard at the special purpose hearing scheduled for July 15, 2019.[3]

### RELIEF REQUESTED

5. By this Motion to Shorten, the Debtors and Committee request that the Court (a) schedule the Settlement Motion to be heard at the July 15, 2019 hearing; and (b) shorten the period for notice of the hearing on the Settlement Motion, with objections, if any, to be filed on or before July 14, 2019 at 4:00 p.m. (Eastern Time).

### BASIS FOR RELIEF

6. As discussed above, the Debtors and the Committee respectfully request that the Court consider the Settlement Motion at the hearing scheduled before the Court on July 15, 2019 at 10:00 a.m. (Eastern Time). The Debtors and the Committee further request that any objections to the relief requested in the Settlement Motion be filed on or before July 14, 2019 at 4:00 p.m. (Eastern Time), to provide the Debtors, the Committee, AI International, and the Union Bank Parties time to address any such objections prior to the Hearing.

7. The Debtors and the Committee respectfully submit that good cause exists to expedite the consideration of the Settlement Motion. As noted above, the Settlement Agreement has been the subject of protracted negotiations. The Debtors and Committee believe that the prompt approval of the Settlement Motion is in the best interests of all parties, as the approval of the Settlement Agreement will resolve more than $45 million of claims against the Debtors' estates and will release any encumbrances of the Union Bank Parties on the Debtors' cash. As a result,

---

[3] The Committee has consulted with the United States Trustee regarding the relief requested in this Motion to Shorten, but has not received the United States Trustee's consent to shortened notice as of the filing of this Motion to Shorten.

the Debtors and the Committee, or their successors, will have access to sufficient funds to operate these cases without the additional complexities associated with the continued involvement and potential claims of AI International and the Union Bank Parties. Moreover, the prompt approval of the Settlement Motion will resolve the underlying litigation and avoid the unnecessary incurrence of further professional fees.

8. Pursuant to Local Rule 9006-1(e), the Court may rule on this Motion to Shorten without the need for a hearing, and the Debtors and the Committee request that the Motion to shorten be granted without further hearing.

## **NOTICE**

9. Notice of this Motion to Shorten will be provided via electronic mail where available, otherwise by overnight mail, on the following parties, or their counsel, if known: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Committee; (c) counsel to AI International; (d) counsel to the Union Bank Parties; and (e) any party filing a notice of appearance and request for service of papers (collectively, the "Notice Parties"). In light of the nature of the relief requested herein, the Debtors and Committee submit that no other or further notice is necessary.

10. If the Court grants this Motion to Shorten and enters an order fixing a hearing date and shortening the time to object or respond to the Settlement Motion, the Debtors will immediately serve a copy of such Order, and a notice of hearing for the Settlement Motion, on the Notice Parties by electronic mail where available, otherwise by overnight mail.

WHEREFORE, the Debtors and the Committee respectfully requests the entry of an order, substantially in the form attached hereto as <u>Exhibit A</u> (a) scheduling a hearing on the Settlement Motion for the July 15, 2019 hearing; and (b) shortening the period for notice of the hearing on the Settlement Motion, with objections, if any, to be filed on or prior to July 14, 2019 at 4:00 p.m. (Eastern Time).

*[Remainder of page intentionally left blank]*

Dated: July 8, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
James I. Stang (CA Bar No. 94435)
Robert J. Feinstein (NY Bar No. 1767805)
Debra I. Grassgreen (CA Bar No. 169978)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: jstang@pszjlaw.com
    rfeinstein@pszjlaw.com
    dgrassgreen@pszjlaw.com
    crobinson@pszjlaw.com

*Counsel for the Official*
*Committee of Unsecured Creditors*

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone: (302) 651 7700
Facsimile: (302) 651-7701

- and -

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
David A. Herman (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors
and Debtors in Possession*