## **Exhibit A**

RLF1 21648295v.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ----------------------------------------------------------x : | |
| : | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS   : LLC, *et al*.,   : | Case No. 18-10601 (MFW) |
| : | |
| Debtors.   : | (Jointly Administered) |
| : ----------------------------------------------------------x | |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), this Court has scheduled the following omnibus hearing dates in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| August 26, 2019 at 11:30 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 4<br>Wilmington, Delaware 19801 |
| September 24, 2019 at 10:30 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 4<br>Wilmington, Delaware 19801 |
| October 29, 2019 at 10:30 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 4<br>Wilmington, Delaware 19801 |