**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------------x

In re:                                                          :

                                                                :    Chapter 11

THE WEINSTEIN COMPANY HOLDINGS          :

LLC, *et al.*,                                                  :    Case No. 18-10601 (MFW)

                                                                :

                                    Debtors. [1]                :    (Jointly Administered)

                                                                :

                                                                :    **Ref. Docket No. 2545**

-----------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )

                                                ) ss.:

COUNTY OF NEW YORK    )

FORREST KUFFER, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On August 22, 2019, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on August 26, 2019 at 11:30 a.m. (ET) [*Cancelled*]," dated August 22, 2019 [Docket No. 2545], by causing true and correct copies to be:

     a.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

     b.   delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>, and

     c.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit C.</u>

---

[1]  The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of this information may be obtained on the website of the Debtors claims and noticing agent at http://dm.epiq11.com/twc.

[2]  Epiq Bankruptcy Solutions, LLC is now known as Epiq Corporate Restructuring, LLC

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
27th day of August, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | C/O BECKET & LEE LLP PO BOX 3001 MALVERN PA 19355-0701 |
| FRIED SAPERSTEIN ABBATT, P.C. | (COUNSEL TO GOLDFLAT PRODUCTIONS, LLC & WESTSIDE PRODUCTIONS, LLC) ATTN: CANDYCE EWING ABBATT 31700 TELEGRAPH ROAD, SUITE 120 BINGHAM FARMS MI 48025 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE NEMOURS BUILDING 1007 N ORANGE ST 700 WILMINGTON DE 19801 |
| PEOPLE OF THE STATE OF NEW YORK, THE | C/O ERIC T SCHNEIDERMAN 120 BROADWAY NEW YORK NY 10271 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR 200 VESEY ST STE 400 NEW YORK NY 10281 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: XAVIER BECERRA 1300 I ST, STE 1740 SACRAMENTO CA 95814 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: ERIC T. SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |

**Total Creditor count  9**

**THE WEINSTEIN COMPANY HOLDINGS LLC,** *et al.* **– Case No. 18-10601 (MFW)**
**Overnight Mail Additional Parties**

BBC FILMS
ATTN: LIVY SANDLER, LEGAL & BS
AFFAIRS MGR
BBC ZONE A, 7TH FL,
BBC BROADCASTING HOUSE,
PORTLAND PLACE
LONDON W1A 1AA
UNITED KINGDOM

RICH MICHAELSON MAGALIFF, LLP
ATTN: ROBERT N. MICHAELSON
355 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10017

**EXHIBIT B**

THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.* – Case No. 18-10601 (MFW)

**Facsimile Master Service List**

| NAME | PARTY REPRESENTED | CONTACT | FAX |
|------|-------------------|---------|-----|
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO PORTFOLIO FUNDING COMPANY LLC I) | ATTN: DEBORAH J. NEWMAN, ESQ. | 212-872-1002 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO EAST WEST BANK) | ATTN: DAVID F. STABER, ESQ. | 214-969-4343 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO PORTFOLIO FUNDING COMPANY LLC I) | ATTN: DAVID P. SIMONDS, ESQ. | 310-229-1001 |
| BROWN RUDNICK LLP | (COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK, S.A.THOMAS, M.SAGEMILLER & N.KLATT) | ATN: EDWARD S. WEISFELNER, ESQ. | 212-209-4801 |
| BUSH GOTTLIEB | (COUNSEL TO DIRECTORS GUILD OF AMERICA, INC ET AL) | ATTN: JOSEPH A. KOHANSKI, DAVID E. AHDOOT, KIRK PRESTEGARD & KIEL IRELAND, ESQS. | 818-973-3201 |
| CROSS & SIMON, LLC | (COUNSEL TO CREATIVE ARTIST AGENCY) | ATTN: CHRISTOPHER P. SIMON & KEVIN S. MANN, ESQS. | 302-777-4224 |
| CROSS & SIMON, LLC | (COUNSEL TO WARNER BROS., KANBAR ENTERTAINMENT, LLC, HOODWINKED, LLC, ANNAPURNA PICTURES, WANDA PICTURES (HONG KONG) CO. LTD.) | ATTN: CHRISTOPHER P. SIMON, ESQ. | 302-777-4224 |
| GIBSON, DUNN & CRUTCHER LLP | (COUNSEL TO INVESTMENT COUNTERPARTIES) | ATTN: ROBERT A KLYMAN, MATTHEW G. BLOUSLOG & ERIC THOMAS HAITZ, ESQS. | 213-229-7520 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | (COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK, S.A.THOMAS, M.SAGEMILLER & N.KLATT) | ATTN: ELIZABETH A. FEGAN & EMILY BROWN, ESQS. | 708-628-4950 |
| IP MANAGEMENT, INC. / IPW, LLC | | C/O MARC TOBEROFF | 310-246-3101 |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | | ATTN: JOSEPH CORRIGAN | 617-451-0409 |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | (COUNSEL TO NETFLIX GLOBAL LLC, NETFLIX INTL. B.V. NETFLIX STUDIOS LLC, AND NETFLIX, INC.) | ATN: THOMAS E. PATTERSON & JULIAN I. GURULE, ESQS. | 310-407-9090 |
| LANDAU GOTTFRIED & BERGER LLP | (COUNSEL TO ANNAPURNA PICTURES) | ATTN: PETER J. GURFEIN | 310-557-0056 |
| LANDAU GOTTFRIED & BERGER LLP | (COUNSEL TO CREATIVE ARTISTS AGENCY) | ATTN: MICHAEL I. GOTTFRIED, ESQ. | 310-557-0056 |
| LANDAU GOTTFRIED & BERGER LLP | (COUNSEL TO KANBAR ENTERTAINMENT, LLC AND HOODWINKED, LLC) | ATTN: JOHN P. REITMAN & JON L.R. DALBERG, ESQS. | 310-557-0056 |
| LANDAU GOTTFRIED & BERGER LLP | (COUNSEL TO WARNER BROS.) | ATTN: JON L.R. DALBERG, ESQ. | 310-557-0056 |
| LATHAM & WATKINS LLP | (COUNSEL TO TIM SARNOFF) | ATTN: MARVIN S. PUTNAM, LAURA R. WASHINGTON | 424-653-5501 |
| LATHAM & WATKINS LLP | (COUNSEL TO TIM SARNOFF) | ATTN: TED A. DILLMAN | 213-891-8763 |
| LAW OFFICE OF CURTIS A. HEHN | (COUNSEL TO NETFLIX GLOBAL LLC, NETFLIX INTL. B.V. NETFLIX STUDIOS LLC, AND NETFLIX, INC.) | ATTN: CURTIS A. HEHN, ESQ. | 302-351-7214 |

THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.* – Case No. 18-10601 (MFW)

**Facsimile Master Service List**

| | | | |
|---|---|---|---|
| LOEB & LOEB LLP | (COUNSEL TO BBC WORLDWIDE LIMITED) | ATTN: WALTER H. CHURCHAK & BETHANY D. SIMMONS | 212-407-4990 |
| LOEB & LOEB LLP | (COUNSEL TO TOYOTA MOTOR SALES, USA, INC. & TOYOTA MOTOR CORPORATION) | ATTN: WALTHER H. CURCHACK & BETHANY D. SIMMONS, ESQS. | 212-407-4990 |
| MCCABE, WEISBERG & CONWAY, LLC | (COUNSEL TO DAIMLER TRUST) | ATTN: JANET Z. CARLTON, CHASE N. MILLER, KRISTI J. DOUGHTY & MICHAEL K. PAK | 855-425-1980 |
| MCDERMOTT WILL & EMERY LLP | (COUNSEL TO BETA FILM GMBH) | ATTN: DARREN AZMAN, ESQ. | 212-547-5444 |
| MORRIS JAMES LLP | (COUNSEL TO BBC WORLDWIDE LIMITED) | ATTN: ERIC J. MONZO, ESQ. | 302-571-1750 |
| MORRIS JAMES LLP | (COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK, S.A.THOMAS, M.SAGEMILLER & N.KLATT) | ATTN: JEFFRESY R. WAXMAN, ESQ. | 302-571-1750 |
| MORRIS JAMES LLP | (COUNSEL TO TOYOTA MOTOR SALES, USA, INC. & TOYOTA MOTOR CORPORATION) | ATTN: ERIC J. MONZO, ESQ. | 302-571-1750 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | (COUNSEL TO TIM SARNOFF) | ATTN: DEREK C. ABBOTT, MATTHEW O. TALMO | 302-658-3989 |
| OFFICE OF THE UNITED STATES TRUSTEE | | | 302-573-6497 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | (COUNSEL TO STUDIOCANAL S.A.S., WILD BUNCH S.A., & GAUMONT S.A.) | ATTN: KATHY A. JORRIE, ESQ., DAVID MINNICK, ESQ., & JEFFREY WEXLER, ESQ. | 213-226-4499 |
| ROSENTHAL, MONHAIT & GODDESS, P.A. | (COUNSEL TO STUDIOCANAL S.A.S., WILD BUNCH S.A., & GAUMONT S.A.) | ATTN: NORMAN M. MONHAIT, ESQ. & EDWARD B. ROSENTHAL, ESQ. | 302-658-7567 |
| SNELL & WILMER | (COUNSEL TO OPUS BANK) | ATTN: ROBERT R. KINAS, BLAKELEY E. GRIFFITH & CHARLES E. GIANELLONI, ESQS. | 702-784-5252 |
| TN DEPT OF REVENUE | | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | 615-741-3334 |
| TOBEROFF & ASSOCIATES, PC | (COUNSEL TO LESIA ANSON) | ATTN: MARC TOBEROFF, ESQ. | 310-246-3101 |
| YOUNG CONWAY STARGATT & TAYLOR, LLP | (COUNSEL TO INVESTMENT COUNTERPARTIES) | ATTN: MICHAEL R. NESTOR, ANDREW L. MAGAZINER, ESQS | 302-571-1253 |

**THE WEINSTEIN COMPANY HOLDINGS LLC, *et. al*. – Case No. 18-10601 (MFW)**
**Facsimile Additional Service List**

| FIRM | CONTACT | FAX NUMBER |
|---|---|---|
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: MICHAEL W. YURKEWICZ | 302-426-9193 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: MARTIN D. KATZ, ALAN H. MARTIN, MICHAEL M. LAUTER | 310-228-3701 |

**EXHIBIT C**

**THE WEINSTEIN COMPANY HOLDINGS LLC,** *et. al.* **– Case No. 18-10601 (MFW)**
**Electronic Mail Master Service List**

abrown@gsbblaw.com

afg@pryormandelup.com

agbankdelaware@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

amagaziner@ycst.com

andrew.goldman@wilmerhale.com

andrewtenzer@paulhastings.com

anjana.samant@ag.ny.gov

aremming@mnat.com

bankfilings@ycst.com

Bankruptcy2@ironmountain.com

bennettmurphy@quinnemanuel.com

beth@hbsslaw.com

bgriffith@swlaw.com

bill.freeman@kattenlaw.com

boneill@kramerlevin.com

bsandler@pszjlaw.com

bsimmons@loeb.com

cahn@clm.com;griem@clm.com

cgianelloni@swlaw.com

chardman@winston.com

chipman@chipmanbrown.com

craig.martin@dlapiper.com

cris@crisarmenta.com

csamis@potteranderson.com

csimon@crosslaw.com

curtishehn@comcast.net

cweinerlevy@venable.com

dabbott@mnat.com

dabbott@mnat.com

dahdoot@bushgottlieb.com;

dalowenthal@pbwt.com

daobrien@venable.com

david.griffiths@weil.com

david.yohai@weil.com

dazman@mwe.com

dbeskrone@ashbygeddes.com

dbutz@mnat.com

dgrassgreen@pszjlaw.com

djnewman@akingump.com

dklauder@bk-legal.com

dminnick@pillsburylaw.com

dpoitras@jmbm.com

drichards@finemanlawfirm.com

driley@allenmatkins.com

dstaber@akingump.com

ebc@stevenslee.com

ecf@bg.law

edward@skagitlaw.com

ehaitz@gibsondunn.com

ejustison@ycst.com

emfox@seyfarth.com

emilyb@hbsslaw.com

emonzo@morrisjames.com

enid.stuart@ag.ny.gov

ericka.johnson@wbd-us.com

erosenthal@rmgglaw.com

eweisfelner@brownrudnick.com

fournierd@pepperlaw.com;

gary@lightchaseranimation.com

gdonilon@mmwr.com

gfmcdaniel@dkhogan.com

griem@clm.com

gtaylor@ashbygeddes.com

guilfoyle@blankrome.com

hannah.mccollum@usdoj.gov

hornung@lsellp.com

hweg@robinskaplan.com

jane.m.leamy@usdoj.gov

jbagdanov@bg.law

jbinford@foley.com

jdalberg@lgbfirm.com

jeff.friedman@kattenlaw.com

jeffrey.wexler@pillsburylaw.com

jerry.hall@kattenlaw.com

jfalgowski@burr.com

jgurule@ktbslaw.com

jhagle@sidley.com

jharker@cohenseglias.com

**THE WEINSTEIN COMPANY HOLDINGS LLC,** *et. al.* **– Case No. 18-10601 (MFW)**
**Electronic Mail Master Service List**

jhh@stevenslee.com

jhoover@beneschlaw.com

jkohanski@bushgottlieb.com;

jledmonson@venable.com

jleto@letobassuk.com

jlevitan@proskauer.com

jmasella@pbwt.com

jmenton@robinskaplan.com

joevanleuven@dwt.com

jparker@psazlaw.com

jreitman@lgbfirm.com

jspringwater@friedmanspring.com

jssabin@venable.com

jstang@pszjlaw.com

jwaxman@morrisjames.com

Karen@parklawllc.com

kathy.jorrie@pillsburylaw.com

kblock@loeb.com

kcapuzzi@beneschlaw.com

kcowens@venable.com

kdwbankruptcydepartment@kelleydrye.com

kelliott@kelleydrye.com

kgood@potteranderson.com

kireland@bushgottlieb.com

klein@kleinllc.com

kmann@crosslaw.com

kprestegard@bushgottlieb.com;

laura.washington@lw.com

lbassuk@letobassuk.com

mail@morrisadelman.com

mark.desgrosseilliers@wbd-us.com

mark.minuti@saul.com

marvin.putnam@lw.com

mary.caloway@bipc.com

matthew.ward@wbd-us.com

matthew.ward@wbd-us.com

mbouslog@gibsondunn.com

mbusenkell@gsbblaw.com

mdelaney@robinskaplan.com

melorod@gtlaw.com

meltzere@pepperlaw.com

mgottfried@lgbfirm.com

mharvey@mnat.com

mhelt@foley.com

mike@dcip.com

mlahaie@akingump.com

mnestor@ycst.com

morgan.patterson@wbd-us.com

morgan.patterson@wbd-us.com

mstamer@akingump.com

mtalmo@mnat.com

mtalmo@mnat.com

mtoberoff@toberoffandassociates.com

nancy.manzer@wilmerhale.com

nmonhait@rmgglaw.com

nmoss@akingump.com

notices@bkservicing.com

parrow@buchalter.com

paulsagan@paulhastings.com

pbransten@glaserweil.com

pgurfein@lgbfirm.com

ppascuzzi@ffwplaw.com

rachel.albanese@dlapiper.com

rachel.nanes@dlapiper.com

rantonoff@blankrome.com

rbrady@ycst.com

rfeinstein@pszjlaw.com

rkinas@swlaw.com

rklyman@gibsondunn.com

rmersky@monlaw.com

roglenl@ballardspahr.com

rtrack@msn.com

rzur@lgbfirm.com

sbeach@ycst.com

scottshelley@quinnemanuel.com

sgiugliano@diamondmccarthy.com

sherri.simpson@oag.texas.gov

skatona@polsinelli.com

skaufman@skaufmanlaw.com

skuhn@akingump.com

sselbst@herrick.com
stern@lsellp.com
steve@hbsslaw.com
strattond@pepperlaw.com;
summersm@ballardspahr.com
susanwilliams@paulhastings.com
susheelkirpalani@quinnemanuel.com
ted.dillman@lw.com
tgeher@jmbm.com
theodore.tsekerides@weil.com
thomas.califano@dlapiper.com
tpatterson@ktbslaw.com
tscobb@vorys.com
vrubinstein@loeb.com
wagnerr@gtlaw.com
wayne.smith@warnerbros.com
wbowden@ashbygeddes.com
wcurchack@loeb.com

**THE WEINSTEIN COMPANY HOLDINGS LLC,** *et. al.* **– Case No. 18-10601 (MFW)**
**Electronic Mail Additional Service List**

afreeman@akingump.com
astulman@potteranderson.com
dbotter@akingump.com
fnoyes@offitkurman.com
jgrey@crosslaw.com
jwallach@ghplaw.com
kmiller@skjlaw.com
luskin@lsellp.com
marc@lebolaw.com
npernick@coleschotz.com
preilley@coleschotz.com
prussin@melandrussin.com
rboller@akingump.com
rmcneill@potteranderson.com;
rosner@teamrosner.com
rpalacio@ashbygeddes.com
rzur@lgbfirm.com