## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re:                                          :   Chapter 11
                                                :
The Weinstein Company Holdings LLC, *et al.*,[1]   :   Case No. 18-10601 (MFW)
                                                :
            Debtors.                            :   (Jointly Administered)
                                                :
-------------------------------------------------------------  x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 24, 2019 AT 10:30 A.M. (ET)[2]

## I.    CONTINUED MATTERS:

1.    Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 8 - filed March 20, 2018]

Cure Objections, Assumption and Assignment Objections, and Other Related Objections / Response Deadline:

Notice at Docket No. 216: April 30, 2018 at 4:00 p.m. (ET); extended until May 3, 2018 at 4:00 p.m. (ET) for Nu Image, Inc., Sony, Bunim/Murray Productions, Universal Music Enterprises, a division of UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal Tunes, a division of Songs of Universal Inc., Capitol Christian Music Group, and CMG Publishing, Interscope Records, a division of

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837).  The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

[2] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the September 24, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 noon (ET) on Monday, September 23, 2019 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

UMG Recordings, Inc., and any other Universal Music entity, Angry Blonde Productions, Inc., Shady Records, Inc., Shroom Shady Music, LLC, and Marshall B. Mathers (entities as part of a transaction with Interscope Records, a Universal entity)

Notice at Docket No. 282: May 3, 2018 at 4:00 p.m. (ET); extended until May 7, 2018 at 4:00 p.m. (ET) for A&E Television Networks, LLC (and its related entities, including Lifetime Entertainment Services)

Notice at Docket No. 482: May 7, 2018 at 4:00 p.m. (ET); extended until May 15, 2018 at 4:00 p.m. (ET) for Saving Santa The Movie, Ltd. and until May 16, 2018 at 4:00 p.m. (ET) for Jeff Abbott

Cure Objections, Assumption and Assignment Objections, and Other Related Objections Received: See Exhibit A attached hereto.

Related Documents:

i.      Notice of Second Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 482 - filed April 27, 2018]

ii.     Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief [Docket No. 846 - entered May 9, 2018]

iii.    Notice of Filing of Final List of Potentially Assume Contracts and Leases [Docket No. 860 - filed May 10, 2018]

iv.     Order Approving Amendment to Asset Purchase Agreement Entered Into By and Between the Debtors and Lantern Entertainment LLC [Docket No. 1220 - entered July 11, 2018] [3]

v.      Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1457 - filed September 5, 2018]

vi.     Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 846] [Docket No. 1512 – filed September 20, 2018]

---

[3] On March 19, 2019, Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) filed the *Notice of Legal Name Change* [Docket No. 2201] identifying that Lantern Entertainment LLC ("Lantern") changed its name with the Secretary of State for the State of Delaware to Spyglass Media Group, LLC.  References to Lantern are now references to Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC).

vii.   Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1665 - filed November 5, 2018]

viii.  Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1695 - filed November 8, 2018]

Status: The status of the remaining outstanding cure objections, assumption and assignment objections, and other related objections received is noted on Exhibit A attached hereto.

2.   Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1003 - filed June 8, 2018]

Objection / Response Deadline:       June 18, 2018 at 4:00 p.m. (ET); extended for certain of the parties listed on Exhibit B attached hereto.

Objections / Responses Received:     See Exhibit B attached hereto.

Related Documents:  None at this time.

Status: The status of the outstanding objections received is noted on Exhibit B attached hereto.

3.   Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1457 - filed September 5, 2018]

Objection / Response Deadline:       September 17, 2018 at 4:00 p.m. (ET); extended by agreement for Portfolio Funding Company LLC I to June 17, 2019 at 5:00 p.m. (PT)/8:00 p.m. (ET) with respect to the Notices at Docket Nos. 1457, 1512, 1665 and 1695.

Objections / Responses Received:     See Exhibit C attached hereto.

Related Documents:

i.     Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 846] [Docket No. 1512 – filed September 20, 2018]

ii.    Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1665 - filed November 5, 2018]

iii.   Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1695 - filed November 8, 2018]

RLF1 21942843v.1

<u>Status</u>: The status of the remaining outstanding objections received is noted on <u>Exhibit C</u> attached hereto.

**II.    <u>INTERIM FEE APPLICATIONS</u>:**

4.    Interim Fee Applications [See <u>Exhibit D</u> hereto]

<u>Related Documents</u>:  None at this time.

<u>Status</u>:  The Debtors intend to submit a form of interim fee order to the Court under certification of counsel with respect to the interim fee applications listed on <u>Exhibit D</u> hereto.  Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

RLF1 21942843v.1

Dated: September 20, 2019
      Wilmington, Delaware

/s/  David T. Queroli
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*

RLF1 21942843v.1

**Exhibit A - *Cure Objections, Assumption and Assignment Objections, and Other Related Objections***

| Tab | Respondent | Status |
|---|---|---|
| A. | Timur Bekmambetov, Bazelevs U.S., Inc., Tengri, Inc., and Mirsand Limited [Docket No. 454 - filed April 26, 2018] [Supplemental Objection at Docket No. 666 - filed May 2, 2018] | On June 28, 2019, the Court entered an order [Docket No. 2445] approving a stipulation (the "Stipulation") regarding this matter.  Accordingly, certain portions of this matter are resolved subject to the terms of the Stipulation.  The unresolved portions of this matter have been continued to October 29, 2019 at 10:30 a.m. (ET). |
| B. | Beta Film GmbH [Docket No. 501 - filed April 27, 2018] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |
| C. | Cross City Films Ltd. [Docket No. 522 - filed April 30, 2018] | On October 18, 2018, the Court entered an order [Docket No. 1615] approving a stipulation regarding this matter.  Accordingly, certain portions of this matter are resolved.  The unresolved portions of this matter have been continued to October 29, 2019 at 10:30 a.m. (ET). |
| D. | Black Bear Pictures [Docket No. 527 - filed April 30, 2018] [Declaration at Docket No. 530 - April 30, 2018] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |
| E. | The Bully Project, LLC and Lee Hirsch [Docket No. 532 - filed April 30, 2018] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |
| F. | Jennifer Lawrence and Floffin, Inc. Concerning the Film Silver Linings Playbook [Docket No. 543 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |

| Tab | Respondent | Status |
|---|---|---|
| G. | JPC Enterprises, Inc., New Crime Productions, LLC, Cusack Enterprises, LLC, and John Cusack [Docket No. 547 - filed April 30, 2018] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |
| H. | Jerry's Brother, Inc., and David S. Zucker [Docket No. 572 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| I. | Dynamic '88 Productions, Inc., George Clooney, Good Lie, Inc., and Grant Heslov [Docket No. 578 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| J. | Estate of Wes Craven [Docket No. 580 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| K. | Sabajka Productions II, Inc., and Julia Roberts [Docket No. 585 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| L. | Meryl Streep [Docket No. 588 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| M. | PC Films, LLC, Willie Lump Lump Enterprises, Inc., Bill Murray, Goldenlight Films, Inc., and Ted Melfi [Docket No. 589 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| N. | WB Studio Enterprises Inc. and Warner Bros. Entertainment Inc. [Docket No. 592 - filed April 30, 2018] [Supplemental Objection at Docket No. 1820 - filed December 4, 2018] [Supplemental Objection at Docket No. 2100 – filed February 15, 2019 (withdrawn at Docket No. 2313)] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |
| O. | Bank of America, N.A. [Docket No. 599 - filed April 30, 2018] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |
| P. | Portfolio Funding Company LLC I [Sealed at Docket No. 603 - filed April 30, 2018] [Redacted at Docket No. 604 - filed April 30, 2018] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |

2

| Tab | Respondent | Status |
|---|---|---|
| Q. | Creative Artists Agency, LLC [Docket No. 601 - filed April 30, 2018] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |
| R. | Bruce Cohen Productions and Bruce Cohen [Docket No. 607 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| S. | Lesia Anson [Docket No. 630 - filed April 30, 2018] | On April 8, 2019, the Court entered an order [Docket No. 2279] holding this objection in abeyance pending the resolution or other disposition of related litigation pending in the United States District Court for the Central District of California. |

3

| Tab | Respondent | Status |
|---|---|---|
| T. | Contract Counterparties [Wang Qin, Wang Hong, Amityville Horror Enterprises, LLC, Cindy Lee Stock, Noel Lutz, Gabrielle Lutz, Melissa Irwin, Vertigo Prime Inc., Good Fear Film, Inc., Roy Lee, Chris Bender, 22nd and Indiana Inc., Bradley Cooper, Tim Gunn Productions Inc., Tim Gunn, Fade to Black Productions, Inc., Tom Ford, Outerbanks Entertainment, Inc., Kevin Williamson, Music For the People and Mark Wahlberg] [Docket No. 668 - filed May 2, 2018] | Certain portions of this matter are resolved. The Court entered orders approving stipulations attached thereto resolving certain portions of this matter at Docket No. 1573 for Wang Qin and Wang Hong, Docket No. 1574 for Vertigo Prime Inc., Good Fear Film, Inc., Roy Lee, and Chris Bender, and Docket No. 2444 for Outerbanks Entertainment, Inc. and Kevin Williamson. The Debtors understand that Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) has been in discussions with certain counterparties and that Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) is no longer interested in acquiring the Tim Gunn Productions Inc. and Tim Gunn contract(s) subject to objection. Accordingly, the objection regarding the Tim Gunn Productions Inc. and Tim Gunn contracts subject to objection is moot. The unresolved portions of this matter have been continued to October 29, 2019 at 10:30 a.m. (ET). |
| U. | Lions Gate Entertainment Corp., Lions Gate Films Inc., Anchor Bay Entertainment LLC, Starz LLC, Starz Media, LLC and Starz Entertainment LLC [Docket No. 694 - filed May 3, 2018] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |
| V. | Jennifer Aniston and Two Eleven Productions, Inc., Concerning the Film Derailed [Docket No. 699 - filed May 3, 2018] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |

4

| Tab | Respondent | Status |
|-----|-----------|--------|
| W. | Unifi Completion Guaranty Insurance Solutions, Inc. as Agent and Attorney-in-Fact for Atlantic Specialty Insurance Company [Docket No. 721 - May 3, 2018] [Supplemental Objection at Docket No. 950 - filed May 30, 2018] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |
| X. | Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation [Docket No. 728 - filed May 3, 2018] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |
| Y. | Directors Guild of America, Inc., Screen Actors Guild-American Federation of Television and Radio Artists, the Writers Guild of America, West, Inc., Their Respective Pension and Health Plans, and the Motion Picture Industry Pension and Health Plans [Docket No. 742 - filed May 3, 2018] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |
| Z. | Arclight Films [Docket No. 771 - filed May 4, 2018] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |
| AA. | British Broadcasting Corporation (BBC) [Docket No. 821 - filed May 7, 2018] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |
| BB. | Univision Networks & Studios, Inc. [Docket No. 912 - filed May 18, 2018] | Certain portions of this matter are resolved subject to the terms set forth in the *Stipulation By and Among the Debtors, Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC), and Univision Networks & Studios, Inc. Regarding Assumption and Assignment of the Title 33 Agreement* (the "Stipulation"). The Court entered an order approving the Stipulation at Docket No. 2299. The unresolved portions of this matter have been continued to October 29, 2019 at 10:30 a.m. (ET). |

5

| Tab | Respondent | Status |
|-----|-----------|--------|
| CC. | BBC Worldwide Limited [Docket No. 964 - filed June 1, 2018] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |
| DD. | Jon Gordon and Jon Gordon Productions, Inc. [Docket No. 1274 - filed July 27, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| EE. | Luge Club Productions, Inc. [Docket No. 1488 – filed September 17, 2018] | The Debtors understand that Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| FF. | The Sapphires Film Holdings Pty Ltd [Informal Response] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |

**Exhibit B**

| Tab | Objection | Status |
|---|---|---|
| A. | Objection of Kanzeon Corp. and David O. Russell to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC and Reservation of Rights [Docket No. 1040 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| B. | Objection of Bazelevs U.S., Timur Bekmambetov, Mirsand Limited, Tengri, Inc. and Mirsand Limited re Executory Nature of Current War Producing Service Agreement and Amendment Thereto [Docket No. 1043 - filed June 18, 2018] | On June 28, 2019, the Court entered an order [Docket No. 2445] approving a stipulation (the "Stipulation") regarding this matter. Accordingly, certain portions of this matter are resolved subject to the terms of the Stipulation. The unresolved portions of this matter have been continued to October 29, 2019 at 10:30 a.m. (ET). |
| C. | Objection of Bruce Cohen Productions and Bruce Cohen to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1045 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| D. | Objection of Dynamic '88 Productions, Inc., George Clooney, Good Lie, Inc., and Grant Heslov to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1046 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| E. | Objection of 22nd and Indiana Inc. and Bradley Cooper to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1048 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |

| Tab | Objection | Status |
|---|---|---|
| F. | Objection of Meryl Streep to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1049 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| G. | Objection of Canal Productions, Inc. and Robert De Niro to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1050 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| H. | Response and Reservation of Rights of The Estate of Wes Craven Regarding Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1052 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| I. | Objection of Willie Lump Lump Enterprises, Inc., and Bill Murray to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1055 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| J. | Objection of Sabjaka Productions II, Inc., and Julia Roberts to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1058 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |

| Tab | Objection | Status |
|---|---|---|
| K. | Joinder of Jennifer Lawrence and Floffin, Inc. to the Objections Filed by (I) Kanzeon Corp. and David O. Russell, (II) 22nd and Indiana Inc. and Bradley Cooper, and (III) Canal Productions, Inc., and Robert De Niro to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1059 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| L. | Objection of Donna Gigliotti to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1063 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| M. | Response of Visiona Romantica, Inc. and Quentin Tarantino to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC and Reservation of Rights [Docket No. 1064 - filed June 18, 2018] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |
| N. | Response to and Reservation of Rights of JCP Enterprises, Inc., New Crime Productions, LLC, Cusack Enterprises, LLC, and John Cusack to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1065 - filed June 18, 2018] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |
| O. | Objection of Jerry's Brother, Inc., and David Zucker to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1066 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |

RLF1 21942847v.1

| Tab | Objection | Status |
|---|---|---|
| P. | Objection of Wang Qin and Wang Hong to the Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1231 - filed July 11, 2018] | This matter is partially resolved.  The Court entered an order approving a stipulation attached thereto resolving the matter at Docket No. 1573. The unresolved portions of this matter have been continued to October 29, 2019 at 10:30 a.m. (ET). |

4

**Exhibit C**

| Tab | Objection | Status |
|---|---|---|
| A. | Response and Reservation of Rights of Executory Contract Counterparties to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1496 - filed September 17, 2018] [Bill Murray and Willie Lump Lump Enterprises, Inc., Brad Pitt and Potter, Inc., Bruce Cohen and Bruce Cohen Productions, David O. Russell and Kanzeon Corp., David Zucker and Jerry's Brother, Inc., Donna Gigliotti, George Clooney and Dynamic '88 Productions, Inc., Grant Heslov and Good Lie, Inc., Jake Gyllenhaal and Cykel Corp., John Cusack, JPC Enterprises, LLC, Cusack Enterprises, LLC, New Crime Productions, LLC, Jon Gordon and Jon Gordon Productions, Inc., Julia Roberts and Sabajka Productions II, Inc., Lorenzo di Bonaventura and di Bonaventura Pictures, Inc., Meryl Streep; Peter Chernin and PC Films, Inc., Rachel McAdams and Pink Fox, Inc., Robert De Niro and Canal Productions, Inc., The Estate of Wes Craven, Theodore Melfi and Goldenlight Films, Inc.] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET).  Certain of these parties have their portions of the objection held in abeyance pending the appeal at Docket No. 2065. |
| B. | Limited Objection of Certain Contract Counterparties to Debtors' Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and Reservation of Rights [Docket No. 1497 - filed September 17, 2018] [Wang Qin, Wang Hong, Vertigo Prime Inc., Good Fear Film, Inc., Roy Lee, Chris Bender, 22nd and Indiana Inc., Bradley Cooper, Fade to Black Productions, Inc., Tom Ford, Outerbanks Entertainment, Inc., Kevin Williamson, Music For the People and Mark Wahlberg] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |

| Tab | Objection | Status |
|---|---|---|
| C. | Objection of Jon Gordon and Jon Gordon Productions, Inc. to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order; and Reservation of Rights [Docket No. 1498 - filed September 17, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| D. | Objection of Executory Contract Counterparties to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [D.I. 1695]; and Reservation of Rights [Docket No. 1769 - filed November 26, 2018] [Bruce Cohen, Bruce Cohen Productions, Robert De Niro, Canal Productions, Inc., Donna, Gigliotti, David Zucker, Jerry's Brother, Inc., David O. Russell, Kanzeon Corp., Bill Murray, Willie Lump Lump Enterprises, Inc., Julia Roberts, Sabajka Productions II, Inc., and Meryl Streep] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| E. | Objection of Stephen King to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1808 - filed December 4, 2018] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |
| F. | Objection and Reservation of Rights of Portfolio Funding Company LLC I to the Assumed Contracts Schedules [Docket No. 2421 – filed June 17, 2019] | The hearing on this matter has been continued to October 29, 2019 at 10:30 a.m. (ET). |

RLF1 21942847v.1

**Exhibit D**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | x | |
| In re: | : | Chapter 11 |
| | : | |
| THE WEINSTEIN COMPANY HOLDINGS | : | Case No. 18-10601 (MFW) |
| LLC, *et al.*, | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | x | |

**INDEX OF INTERIM FEE APPLICATIONS**
**SCHEDULED FOR HEARING ON SEPTEMBER 24, 2019 AT 10:30 A.M. (ET)**

**Pachulski Stang Ziehl & Jones LLP**

1.    Fourth Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from January 1, 2019 through March 31, 2019 [Docket No. 2356 – filed May 14, 2019]

Objection Deadline:   June 3, 2019 at 4:00 p.m. (ET)

Related Documents:

i.    Tenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from January 1, 2019 through January 31, 2019 [Docket No. 2327 – filed April 24, 2019]

ii.    Certification of No Objection (No Order Required) Regarding Tenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from January 1, 2019 through January 31, 2019 [Docket No. 2366 – filed May 17, 2019

iii.    Eleventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from February 1, 2019 through February 28, 2019 [Docket No. 2354 – filed May 14, 2019]

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837).  The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

iv.     Certification of No Objection (No Order Required) Regarding Eleventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from February 1, 2019 through February 28, 2019 [Docket No. 2400 – filed June 5, 2019]

v.      Twelfth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from March 1, 2019 through March 31, 2019 [Docket No. 2355 – filed May 14, 2019]

vi.     Certification of No Objection (No Order Required) Regarding Twelfth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from March 1, 2019 through March 31, 2019 [Docket No. 2401 – filed June 5, 2019]

vii.    Certification of No Objection Regarding Fourth Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from January 1, 2019 through March 31, 2019 [Docket No. 2402 – filed June 5, 2019]

2.  Fifth Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from April 1, 2019 through June 30, 2019 [Docket No. 2543 – filed August 14, 2019]

Objection Deadline:   September 3, 2019 at 4:00 p.m. (ET)

Related Documents:

i.      Thirteenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from April 1, 2019 through April 30, 2019 [Docket No. 2453 – filed July 1, 2019]

ii.     Certification of No Objection (No Order Required) Regarding Thirteenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from April 1, 2019 through April 30, 2019 [Docket No. 2522 – filed July 23, 2019]

iii.    Fourteenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from May 1, 2019 through May 31, 2019 [Docket No. 2541 – filed August 14, 2019]

iv.    Certification of No Objection (No Order Required) Regarding Fourteenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from May 1, 2019 through May 31, 2019 [Docket No. 2567 – filed September 5, 2019

v.    Fifteenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from June 1, 2019 through June 30, 2019 [Docket No. 2542 – filed August 14, 2019]

vi.    Certification of No Objection (No Order Required) Regarding Fifteenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from June 1, 2019 through June 30, 2019 [Docket No. 2568 – filed September 5, 2019]

vii.    Certification of No Objection Regarding Fifth Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from April 1, 2019 through June 30, 2019 [Docket No. 2569 – filed September 5, 2019]

**Seyfarth Shaw LLP**

3.    Third Interim Fee Application Request of Seyfarth Shaw LLP for January 1, 2019 through March 31, 2019 [Docket No. 2358 – filed May 14, 2019]

Objection Deadline:   June 3, 2019 at 4:00 p.m. (ET)

Related Documents:

i.    Fifth Monthly Fee Application of Seyfarth Shaw LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors-in-Possession for the Period from January 1, 2019 through January 31, 2019 [Docket No. 2123 – filed February 22, 2019]

ii.    Certification of No Objection Regarding Fifth Monthly Fee Application of Seyfarth Shaw LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors-in-Possession for the Period from January 1, 2019 through January 31, 2019 (No Order Required) [Docket No. 2209 – filed March 21, 2019]

iii.    Sixth Monthly Fee Application of Seyfarth Shaw LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors-in-Possession for the Period from February 1, 2019 through February 28, 2019 [Docket No. 2213 – filed March 22,

2019]

    iv.    Certification of No Objection Regarding Sixth Monthly Fee Application of Seyfarth Shaw LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors-in-Possession for the Period from February 1, 2019 through February 28, 2019 (No Order Required) [Docket No. 2307 – filed April 12, 2019]

    v.    Seventh Monthly Fee Application of Seyfarth Shaw LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors-in-Possession for the Period from March 1, 2019 through March 31, 2019 [Docket No. 2321 – filed April 22, 2019]

    vi.    Certification of No Objection Regarding Seventh Monthly Fee Application of Seyfarth Shaw LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors-in-Possession for the Period from March 1, 2019 through March 31, 2019 (No Order Required) [Docket No. 2379 – filed May 23, 2019]

    vii.    Certification of No Objection Regarding Third Interim Fee Application Request of Seyfarth Shaw LLP for the Period from January 1, 2019 through March 31, 2019 [Docket No. 2403 – filed June 5, 2019]

4.    Fourth Interim Fee Application Request of Seyfarth Shaw LLP for the Period from April 1, 2019 through June 30, 2019 [Docket No. 2539 – filed August 12, 2019]

<u>Objection Deadline</u>:    September 3, 2019 at 4:00 p.m. (ET)

<u>Related Documents</u>:

    i.    Eighth Monthly Fee Application of Seyfarth Shaw LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors-in-Possession for the Period from April 1, 2019 through April 30, 2019 [Docket No. 2399 – filed June 5, 2019]

    ii.    Certification of No Objection Regarding Eighth Monthly Fee Application of Seyfarth Shaw LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors-in-Possession for the Period from April 1, 2019 through April 30, 2019 (No Order Required) [Docket No. 2437 –filed June 26, 2019]

    iii.    Ninth Monthly Fee Application of Seyfarth Shaw LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors-in-Possession for the Period from May 1, 2019 through May 31, 2019 [Docket No. 2424 – filed June 20, 2019]

    iv.    Certification of No Objection Regarding Ninth Monthly Fee Application of Seyfarth Shaw LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and

Debtors-in-Possession for the Period from May 1, 2019 through May 31, 2019 (No Order Required) [Docket No. 2491 – filed July 12, 2019]

v.      Tenth Monthly Fee Application of Seyfarth Shaw LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors-in-Possession for the Period from June 1, 2019 through June 30, 2019 [Docket No. 2532 – filed July 30, 2019]

vi.     Certification of No Objection Regarding Tenth Monthly Fee Application of Seyfarth Shaw LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors-in-Possession for the Period from June 1, 2019 through June 30, 2019 (No Order Required) [Docket No. 2547 – filed August 22, 2019]

**Berkeley Research Group, LLC**

5.      Fourth Interim Application of Berkeley Research Group, LLC, for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from January 1, 2019 through March 31, 2019 [Docket No. 2367 – filed May 17, 2019]

Objection Deadline:    June 6, 2019 at 4:00 p.m. (ET)

Related Documents:

i.      Certification of No Objection Regarding Fourth Interim Application of Berkeley Research Group, LLC, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from January 1, 2019 through March 31, 2019 [Docket No. 2413 – filed June 11, 2019]

6.      Fifth Interim Application of Berkeley Research Group, LLC, for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from April 1, 2019 through June 30, 2019 [Docket No. 2544 – filed August 14, 2019]

Objection Deadline:    September 3 2019 at 4:00 p.m. (ET)

Related Documents:

i.      Certification of No Objection Regarding Fifth Interim Application of Berkeley Research Group, LLC, for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from April 1, 2019 through June 30, 2019 [Docket No. 2570 – filed September 5, 2019]

**Richards, Layton & Finger, P.A.**

7.    Fourth Interim Fee Application Request of Richards, Layton & Finger, P.A. for January 1, 2019 through March 31, 2019 [Docket No. 2548 – filed August 22, 2019]

Objection Deadline:    September 11, 2019 at 4:00 p.m. (ET)

Related Documents:

i.    Tenth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from January 1, 2019 through January 31, 2019 [Docket No. 2142 – filed February 28, 2019]

ii.    Certification of No Objection Regarding Tenth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from January 1, 2019 through January 31, 2019 (No Order Required) [Docket No. 2221 – filed March 27, 2019]

iii.    Eleventh Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from February 1, 2019 through February 28, 2019 [Docket No. 2225 – filed March 27, 2019]

iv.    Certification of No Objection Regarding Eleventh Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from February 1, 2019 through February 28, 2019 (No Order Required) [Docket No. 2319 – filed April 18, 2019]

v.    Twelfth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from March 1, 2019 through March 31, 2019 [Docket No. 2336 – filed April 30, 2019]

vi.    Certification of No Objection Regarding Twelfth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from March 1, 2019 through March 31, 2019 (No Order Required) [Docket No. 2393 – filed May 30, 2019]

8.    Fifth Interim Fee Application Request of Richards, Layton & Finger, P.A. for April 1, 2019 through June 30, 2019 [Docket No. 2549 – filed August 22, 2019]

Objection Deadline:    September 11, 2019 at 4:00 p.m. (ET)

Related Documents:

i.    Thirteenth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from April 1, 2019 through April 30, 2019 [Docket No. 2383 – filed May 23, 2019]

ii.    Certification of No Objection Regarding Thirteenth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from April 1, 2019 through April 30, 2019 (No Order Required) [Docket No. 2436 – filed June 26, 2019]

iii.    Fourteenth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from May 1, 2019 through May 31, 2019 [Docket No. 2495 – filed July 12, 2019]

iv.    Certification of No Objection Regarding Fourteenth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from May 1, 2019 through May 31, 2019 (No Order Required) [Docket No. 2535 – filed August 5, 2019]

v.    Fifteenth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from June 1, 2019 through June 30, 2019 [Docket No. 2531 – filed July 29, 2019]

vi.    Certification of No Objection Regarding Fifteenth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from June 1, 2019 through June 30, 2019 (No Order Required) [Docket No. 2546 – filed August 22, 2019]

**Cravath, Swaine & Moore LLP**

9.    Fourth Interim Fee Application Request of Cravath, Swaine & Moore LLP for January 1, 2019 through March 31, 2019 [Docket No. 2550 – filed August 22, 2019]

Objection Deadline:   September 11, 2019 at 4:00 p.m. (ET)

Related Documents:

i.    Tenth Monthly Application of Cravath, Swaine & Moore LLP for Allowance of

Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from January 1, 2019 through January 31, 2019 [Docket No. 2164 – filed March 6, 2019]

ii.   Certification of No Objection Regarding Tenth Monthly Application of Cravath, Swaine & Moore LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from January 1, 2019 through January 31, 2019 (No Order Required) [Docket No. 2226 – filed March 27, 2019]

iii.  Eleventh Monthly Application of Cravath, Swaine & Moore LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from February 1, 2019 through February 28, 2019 [Docket No. 2220 – filed March 26, 2019]

iv.   Certification of No Objection Regarding Eleventh Monthly Application of Cravath, Swaine & Moore LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from February 1, 2019 through February 28, 2019 (No Order Required) [Docket No. 2318 – filed April 18, 2019]

v.    Twelfth Monthly Application of Cravath, Swaine & Moore LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from March 1, 2019 through March 31, 2019 [Docket No. 2335 – filed April 30, 2019]

vi.   Certification of No Objection Regarding Twelfth Monthly Application of Cravath, Swaine & Moore LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from March 1, 2019 through March 31, 2019 (No Order Required) [Docket No. 2392 – filed May 30, 2019]

10.  Fifth Interim Fee Application Request of Cravath, Swaine & Moore LLP for April 1, 2019 through June 30, 2019 [Docket No. 2551 – filed August 22, 2019]

Objection Deadline:   September 11, 2019 at 4:00 p.m. (ET)

Related Documents:

i.    Thirteenth Monthly Application of Cravath, Swaine & Moore LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from April 1, 2019 through April 30, 2019 [Docket No. 2405 – filed June 6, 2019]

ii.   Certification of No Objection Regarding Thirteenth Monthly Application of Cravath, Swaine & Moore LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from April 1, 2019 through April 30, 2019 (No Order Required) [Docket No. 2449 – filed June 28, 2019]

iii.   Fourteenth Monthly Application of Cravath, Swaine & Moore LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from May 1, 2019 through May 31, 2019 [Docket No. 2496 – filed July 12, 2019]

iv.   Certification of No Objection Regarding Fourteenth Monthly Application of Cravath, Swaine & Moore LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from May 1, 2019 through May 31, 2019 (No Order Required) [Docket No. 2534 – filed August 5, 2019]

v.   Fifteenth Monthly Application of Cravath, Swaine & Moore LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from June 1, 2019 through June 30, 2019 [Docket No. 2538 – filed August 8, 2019]

vi.   Certification of No Objection Regarding Fifteenth Monthly Application of Cravath, Swaine & Moore LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from June 1, 2019 through June 30, 2019 (No Order Required) [Docket No. 2561 – filed August 29, 2019

**WithumSmith+Brown, PC**

11.   Combined Third Monthly and Third Interim Application of WithumSmith+Brown, PC, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Tax Services Provider to the Debtors and Debtors in Possession for the Period from October 1, 2018 through June 30, 2019 [Docket No. 2552 – filed August 22, 2019]

Objection Deadline:   September 11, 2019 at 4:00 p.m. (ET)

Related Documents:

i.   Second Monthly Application of WithumSmith+Brown, PC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Tax Services Provider to the Debtors and Debtors in Possession for the Period from October 1, 2018 through October 31, 2018 [Docket No. 1788 – filed November 28, 2018]

ii.   Certification of No Objection Regarding Second Monthly Application of WithumSmith+Brown, PC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Tax Services Provider to the Debtors and Debtors in Possession for the Period from October 1, 2018 through October 31, 2018 Docket No. 1871 – filed December 19, 2018]

9