# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :   Chapter 11
                                                    :
The Weinstein Company Holdings LLC, *et al.*,[1]    :   Case No. 18-10601 (MFW)
                                                    :
Debtors.                                            :   (Jointly Administered)
                                                    :
---------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 29, 2019 AT 10:30 A.M. (ET)

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.  RESOLVED MATTER:**

1. Joint Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement Between the Debtors, Tim Gunn, and Tim Gunn Productions, Inc. [Docket No. 2580 – filed September 23, 2019]

    Objection / Response Deadline:    October 7, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:    None.

    Related Documents:

    i.  Certification of No Objection Regarding Joint Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement Between the Debtors, Tim Gunn, and Tim Gunn Productions, Inc. [Docket No. 2603 – filed October 10, 2019]

    ii. Order Approving Settlement Agreement Between the Debtors, Tim Gunn, and Tim Gunn Productions, Inc. [Docket No. 2604 – entered October 10, 2019]

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837).  The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

RLF1 22157451v.1

Status: On October 10, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer required.

## II. CONTINUED MATTERS:

2. Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 8 - filed March 20, 2018]

    Cure Objections, Assumption and Assignment Objections, and Other Related Objections / Response Deadline:

    Notice at Docket No. 216: April 30, 2018 at 4:00 p.m. (ET); extended until May 3, 2018 at 4:00 p.m. (ET) for Nu Image, Inc., Sony, Bunim/Murray Productions, Universal Music Enterprises, a division of UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal Tunes, a division of Songs of Universal Inc., Capitol Christian Music Group, and CMG Publishing, Interscope Records, a division of UMG Recordings, Inc., and any other Universal Music entity, Angry Blonde Productions, Inc., Shady Records, Inc., Shroom Shady Music, LLC, and Marshall B. Mathers (entities as part of a transaction with Interscope Records, a Universal entity)

    Notice at Docket No. 282: May 3, 2018 at 4:00 p.m. (ET); extended until May 7, 2018 at 4:00 p.m. (ET) for A&E Television Networks, LLC (and its related entities, including Lifetime Entertainment Services)

    Notice at Docket No. 482: May 7, 2018 at 4:00 p.m. (ET); extended until May 15, 2018 at 4:00 p.m. (ET) for Saving Santa The Movie, Ltd. and until May 16, 2018 at 4:00 p.m. (ET) for Jeff Abbott

    Cure Objections, Assumption and Assignment Objections, and Other Related Objections Received: See Exhibit A attached hereto.

    Related Documents:

    i. Notice of Second Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 482 - filed April 27, 2018]

  ii. Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief [Docket No. 846 - entered May 9, 2018]

  iii. Notice of Filing of Final List of Potentially Assume Contracts and Leases [Docket No. 860 - filed May 10, 2018]

  iv. Order Approving Amendment to Asset Purchase Agreement Entered Into By and Between the Debtors and Lantern Entertainment LLC [Docket No. 1220 - entered July 11, 2018] [2]

  v. Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1457 - filed September 5, 2018]

  vi. Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 846] [Docket No. 1512 – filed September 20, 2018]

  vii. Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1665 - filed November 5, 2018]

  viii. Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1695 - filed November 8, 2018]

 Status: The status of the remaining outstanding cure objections, assumption and assignment objections, and other related objections received is noted on Exhibit A attached hereto.

3. Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1003 - filed June 8, 2018]

  Objection / Response Deadline: June 18, 2018 at 4:00 p.m. (ET); extended for certain of the parties listed on Exhibit B attached hereto.

  Objections / Responses Received: See Exhibit B attached hereto.

  Related Documents: None at this time.

---

[2] On March 19, 2019, Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) filed the *Notice of Legal Name Change* [Docket No. 2201] identifying that Lantern Entertainment LLC ("Lantern") changed its name with the Secretary of State for the State of Delaware to Spyglass Media Group, LLC. References to Lantern are now references to Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC).

RLF1 22157451v.1

    Status: The status of the outstanding objections received is noted on <u>Exhibit B</u> attached hereto.

4. Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1457 - filed September 5, 2018]

    <u>Objection / Response Deadline</u>: September 17, 2018 at 4:00 p.m. (ET); extended by agreement for Portfolio Funding Company LLC I to June 17, 2019 at 5:00 p.m. (PT)/8:00 p.m. (ET) with respect to the Notices at Docket Nos. 1457, 1512, 1665 and 1695.

    <u>Objections / Responses Received</u>: See <u>Exhibit C</u> attached hereto.

    <u>Related Documents</u>:

    i. Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 846] [Docket No. 1512 – filed September 20, 2018]

    ii. Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1665 - filed November 5, 2018]

    iii. Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1695 - filed November 8, 2018]

    <u>Status</u>: The status of the remaining outstanding objections received is noted on <u>Exhibit C</u> attached hereto.

### III. **MATTER TO BE SUBMITTED UNDER CERTIFICATION:**

5. Motion of Lions Gate Entertainment Corp., Blumhouse Productions, LLC, Entertainment One Ltd., and Robert Weinstein for Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Authorize the Advancement and Payment of Costs and fees Under Errors and Omissions Liability Insurance Policy [Docket No. 2598 – filed October 4, 2019]

    <u>Objection / Response Deadline</u>: October 18, 2019 at 4:00 p.m. (ET)

    <u>Objections / Responses Received</u>: Informal response received from Federal Insurance Company / Chubb Group of Insurance Companies

    <u>Related Documents</u>: None at this time.

    <u>Status</u>: The Debtors have conferred with the Movant and understand that the Movant anticipates that it will be able to file an order under

certification. Accordingly, a hearing on this matter is no longer necessary.

Dated: October 25, 2019
Wilmington, Delaware

*/s/ David T. Queroli*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*