# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- x
: 
: Chapter 11
THE WEINSTEIN COMPANY HOLDINGS :
LLC, *et al*., : Case No. 18-10601 (MFW)
:
Debtors. : (Jointly Administered)
: **Re: D.I. 2630**
----------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), this Court has scheduled the following omnibus hearing dates in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
| --- | --- |
| December 17, 2019 at 11:30 a.m. (ET) (Interim Fee Application Hearing) | U.S. Bankruptcy Court for the District of Delaware 824 North Market Street, 5th Floor, Courtroom 4 Wilmington, Delaware 19801 |
| January 22, 2020 at 11:30 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware 824 North Market Street, 5th Floor, Courtroom 4 Wilmington, Delaware 19801 |
| February 25, 2020 at 10:30 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware 824 North Market Street, 5th Floor, Courtroom 4 Wilmington, Delaware 19801 |

**Dated: November 14th, 2019**
**Wilmington, Delaware**

RLF1 22439002v.1

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**