# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | Case No. 18-10601 (MFW) |
| | (Jointly Administered) |
| Debtors.[1] | |
| | **Obj. Deadline: December 4, 2019 at 4:00 p.m. (ET)** |
| | **Hearing Date: December 17, 2019 at 11:30 a.m. (ET)** |

------------------------------------------------------------x

## NOTICE OF SIXTH INTERIM FEE APPLICATION
## REQUEST OF CRAVATH, SWAINE & MOORE LLP

| | |
|---|---|
| Name of applicant (the "Applicant"): | Cravath, Swaine & Moore LLP |
| Authorized to provide professional services to: | the above-captioned debtors and debtors in possession (the "Debtors") |
| Date of retention: | April 24, 2018 *nunc pro tunc* to March 19, 2018 |
| Period for which compensation and reimbursement is sought: | July 1, 2019 through September 30, 2019 |
| Amount of compensation sought as actual, reasonable, and necessary: | $87,217.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $159.14 |

This is a(n):  __X__ interim      ____ final application

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

Summary of fee applications for the compensation period:

| Date Filed [Docket No.] | Period Covered | Total Amount Requested | | Total Amount Approved to Date via Certification of No Objection | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 20%) |
| 08/30/19 [D.I. 2564] | 07/01/19 - 07/31/19 | $46,312.00 | $132.72 | $37,049.60 | $132.72 | $9,262.40 |
| 09/30/19 [D.I. 2591] | 08/01/19 - 08/31/19 | $21,669.50 | $16.62 | $17,335.60 | $16.62 | $4,333.90 |
| 10/30/19 [D.I. 2621] | 09/01/19 - 09/30/19 | $19,235.50 | $9.80 | $0.00 (CNO due 11/19/19) | $0.00 (CNO due 11/19/19) | $3,847.10 |
| **Total:** | | $87,217.00 | $159.14 | $54,385.20 | $149.34 | $17,443.40 |

Summary of any objections to fee applications: None.

PLEASE TAKE NOTICE that, pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated April 17, 2018 [Docket No. 247] (the "**Interim Compensation Order**"),[2] objections, if any, to this Interim Fee Application must be filed with the Court and served on the Applicant at the address set forth below and the Notice Parties so as to be received by **December 4, 2019 at 4:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that a hearing to consider this Interim Fee Application will be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **December 17, 2019 at 11:30 a.m. (ET).**

PLEASE TAKE FURTHER NOTICE that, (i) attached hereto as **Exhibit A** is a summary of compensation attributable to each professional of the Applicant that worked on the

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

above-captioned chapter 11 cases, (ii) attached hereto as **Exhibit B** is a summary of compensation by project category, (iii) attached hereto as **Exhibit C** is an expense summary, (iv) attached hereto as **Exhibit D** are the Applicant's customary and comparable compensation disclosures, (v) attached hereto as **Exhibit E** is the *Budget for Cravath, Swaine & Moore LLP, Bankruptcy Counsel to the Debtors, for the Period from July 1, 2019 through September 30, 2019* (the "Budget") and the *Staffing Plan for Cravath, Swaine & Moore LLP, Bankruptcy Counsel to the Debtors, for the Period from July 1, 2019 through September 30, 2019* (the "Staffing Plan"), (vi) attached hereto as **Exhibit F** is a summary of fees and hours budgeted compared to fees and hours billed, (vii) attached hereto as **Exhibit G** are certain additional disclosures related to the Interim Fee Application and (viii) attached hereto as **Exhibit H** is a certification, wherein an attorney of the Applicant certifies to certain matters addressed in the Interim Compensation Order.

IF NO TIMELY OBJECTIONS ARE FILED TO THIS INTERIM FEE APPLICATION, THE COURT, IN ACCORDANCE WITH THE TERMS OF THE INTERIM COMPENSATION ORDER, MAY ENTER AN ORDER GRANTING THIS INTERIM FEE APPLICATION WITHOUT A HEARING.

Dated: November 14, 2019
      New York, New York

**CRAVATH, SWAINE & MOORE LLP**

/s/ *Paul H. Zumbro*
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
David A. Herman (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors
and Debtors in Possession*