**Exhibit A - Compensation by Professional**
**July 1, 2019 through September 30, 2019**

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Karin A. DeMasi | Partner | Litigation | 1997 | $1,500 | 1.40 | $2,100.00 |
| Paul H. Zumbro | Partner | Corporate | 1998 | $1,500 | 0.40 | $600.00 |
| David A. Herman | Associate | Litigation | 2008 | $975 | 55.90 | $54,502.50 |
| Paul Sandler | Associate | Corporate | 2014 | $940<br>$960 | 3.40<br>2.00 | $3,196.00<br>$1,920.00 |
| Andrew Wark | Associate | Corporate | 2014 | $960 | 0.60 | $576.00 |
| Catriela Cohen | Associate | Corporate | 2018 | $750<br>$840 | 11.30<br>0.90 | $8,475.00<br>$756.00 |
| Christina Shin | Associate | Corporate | 2018 | $750 | 0.20 | $150.00 |
| Emily Tomlinson | Associate | Corporate | 2019 | $595 | 1.20 | $714.00 |
| Harold King | Associate | Corporate | * | $595 | 10.30 | $6,128.50 |
| Serena Candelaria | Law Clerk | Litigation | N/A | $355 | 17.40 | $6,177.00 |
| Jamaar Joseph | Paralegal | Litigation | N/A | $310 | 6.20 | $1,922.00 |

\* - Not yet admitted.

| | |
|---|---|
| **Adjusted Total[1]:** | **$87,217.00** |
| **Attorney Compensation:** | **$79,718.00** |
| **Total Attorney Hours:** | **87.60** |
| **Attorney Blended Rate:** | **$910** |

---

[1] Individual compensation totals have been adjusted as necessary to reflect the 50% rate reduction for Non-Working Travel Time (TRVL).