# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | : | Case No. 18-10601 (MFW) |
| | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | **Obj. Deadline: January 6, 2020 at 4:00 p.m. (ET)** |
| | : | |
| | x | |

## NINETEENTH MONTHLY APPLICATION OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| | |
|---|---|
| Name of Applicant: | Cravath, Swaine & Moore LLP |
| Authorized to Provide Professional Services to: | the above-captioned debtors and debtors in possession |
| Date of Retention: | April 24, 2018 *nunc pro tunc* to March 19, 2018 |
| Period for which compensation and reimbursement are sought: | October 1, 2019 through October 31, 2019 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $18,683.60 (80% of $23,354.50) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $6.83 |
| This is a(n):  X  monthly        interim         final application | |

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[[5259622]]

Prior Applications Filed:

| Date | Period | Docket No. | Fees | Expenses |
|---|---|---|---|---|
| 10/30/19 | 9/1/19 – 9/30/19 | 2621 | $19,235.50 | $9.80 |
| 9/30/19 | 8/1/19 – 8/31/19 | 2591 | $21,669.50 | $16.62 |
| 8/30/19 | 7/1/19 – 7/31/19 | 2564 | $46,312.00 | $132.72 |
| 8/8/19 | 6/1/19 – 6/30/19 | 2538 | $101,119.00 | $1,305.47 |
| 7/12/19 | 5/1/19 – 5/31/19 | 2496 | $163,731.00 | $1,442.76 |
| 6/6/19 | 4/1/19 – 4/30/19 | 2405 | $29,264.50 | $106.70 |
| 4/30/19 | 3/1/19 – 3/31/19 | 2335 | $45,936.50 | $139.43 |
| 3/26/19 | 2/1/19 – 2/28/19 | 2220 | $45,195.50 | $64.53 |
| 3/6/19 | 1/1/19 – 1/31/19 | 2164 | $102,167.50 | $513.68 |
| 1/28/19 | 12/1/18 – 12/31/18 | 2036 | $130,183.00 | $294.53 |
| 1/7/19 | 11/1/18 – 11/30/18 | 1946 | $215,181.25 | $795.11 |
| 12/3/18 | 10/1/18 – 10/31/18 | 1801 | $243,654.50 | $1,355.34 |
| 10/24/18 | 9/1/18 – 9/30/18 | 1631 | $194,185.00 | $1,622.15 |
| 10/11/18 | 8/1/18 – 8/31/18 | 1591 | $213,876.50 | $1,748.96 |
| 8/28/18 | 7/1/18 – 7/31/18 | 1412 | $1,278,441.00 | $11,039.33 |
| 8/3/18 | 6/1/18 – 6/30/18 | 1307 | $1,831,742.00 | $37,984.96 |
| 7/3/18 | 5/1/18 – 5/31/18 | 1148 | $2,299,594.75 | $60,948.22 |
| 5/24/18 | 3/19/18 – 4/30/18 | 929 | $2,805,219.75 | $48,444.69 |

[[5259622]]

**COMPENSATION BY PROFESSIONAL**
**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

The attorneys who rendered professional services in these Chapter 11 Cases from October 1, 2019 through October 31, 2019 (the "**Compensation Period**") are:

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| David A. Herman | Associate | Litigation | 2008 | $975.00 | 14.70 | $14,332.50 |
| Paul Sandler | Associate | Corporate | 2014 | $960.00 | 0.10 | $96.00 |
| Catriela Cohen | Associate | Corporate | 2018 | $840.00 | 0.10 | $84.00 |
| Harold King | Associate | Corporate | N/A | $595.00 | 14.60 | $8,687.00 |

The legal assistants and other staff who rendered professional services in these Chapter 11 Cases during the Compensation Period are:

| NAME OF PROFESSIONAL PERSON OR OTHER STAFF MEMBER | POSITION | DEPARTMENT | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Jamaar Joseph | Paralegal | Litigation | $310.00 | 0.50 | $155.00 |

3

The total fees for the Compensation Period are:

| PROFESSIONALS | AVERAGE RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---:|---:|---:|
| Associates | $802.00 | 29.50 | $23,199.50 |
| Legal Assistants and Other Staff | $310.00 | 0.50 | $155.00 |
| **Total Attorney Fees** | | | **$23,199.50** |
| **Total Fees** | | | **$23,354.50** |
| **Less 50% Travel Fees** | | | **($0.00)** |
| **Total Adjusted Fees** | | | **$23,354.50** |
| **Less 20% Holdback** | | | **($4,670.90)** |
| **Total Adjusted Fees Requested** | | | **$18,683.60** |

[[5259622]]

## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| TASK CODE | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| CSMF | CSM Retention and Fee Application | 14.20 | $8,510.00 |
| LITG | Litigation Adversary Proceedings | 0.40 | $390.00 |
| PLAN | Plan of Reorganization/Plan Confirmation | 15.40 | $14,454.50 |
| | **TOTAL:** | **30.00** | **$23,354.50** |

[[5259622]]

**EXPENSE SUMMARY**
**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Conference Call/Voice/Data | $6.55 |
| Local Printing | $0.28 |
| **TOTAL:** | **$6.83** |

[[5259622]]

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  | x |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | : | Case No. 18-10601 (MFW) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors.[1] | : |  |
|  | : | **Obj. Deadline: January 6, 2020 at 4:00 p.m. (ET)** |
|  | : |  |
|  | x |  |

**NINETEENTH MONTHLY APPLICATION OF CRAVATH, SWAINE & MOORE LLP
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD
FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

Pursuant to Sections 105(a), 330 and 331 of Title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated April 17, 2018 [Docket No. 247] (the "**Interim Compensation Order**"), Cravath, Swaine & Moore LLP ("**Cravath**") hereby files this *Nineteenth Monthly Application of Cravath, Swaine & Moore LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2019 through October 31, 2019* (the "**Application**"). By the Application, Cravath

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[[5259622]]

seeks a monthly allowance pursuant to the Interim Compensation Order with respect to the sums of $18,683.60 (80% of $23,354.50) as compensation and $6.83 for reimbursement of actual and necessary expenses, for a total of $18,690.43 for the period from October 1, 2019 through and including October 31, 2019 (the "**Compensation Period**").  In support of this Application, Cravath respectfully represents as follows:

### Jurisdiction and Venue

1.     The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b) and, pursuant to Rule 9013-1(f) of the Local Rules, the Debtors consent to the entry of a final order by the Court in connection with this matter to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

2.     On March 19, 2018 (the "**Petition Date**"), the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.  The Debtors continue to manage and operate their businesses as debtors in possession under Bankruptcy Code sections 1107(a) and 1108.  On March 28, 2018, the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed an official committee of unsecured creditors in these Chapter 11 Cases (the "**Committee**").  As of this date, no trustee or examiner has been appointed in these Chapter 11 Cases.  The Debtors' Chapter 11 Cases have been jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

[[5259622]]

3.      A detailed description of the Debtors and their businesses is set forth in the *Declaration of Robert Del Genio in Support of First Day Relief* [Docket No. 7] (the "**First Day Declaration**").

4.      Cravath was retained effective as of the Petition Date by this Court's order, dated April 24, 2018 [Docket No. 415] (the "**Retention Order**").  The Retention Order authorized Cravath to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## Compensation Paid and Its Source

5.      All services for which compensation and expense reimbursement is requested by Cravath were performed for or on behalf of the Debtors.

6.      During the period covered by this Application, Cravath has received no payment and no promises of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between Cravath and any other person for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

## Fee Statements

7.      The fee statement for the Compensation Period is attached hereto as **Exhibit A**.  This statement contains daily time logs describing the time spent by each attorney and paraprofessional for this period.  To the best of Cravath's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the *Department of Justice Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "**Guidelines**"), Local Rule 2016-2, and the Interim Compensation Order.

8.      The fees charged by Cravath in these Chapter 11 Cases are billed in accordance with its existing billing rates and procedures in effect during the Compensation Period, and in accordance with the Retention Order.  The rates Cravath charges for the services rendered by its professionals and paraprofessionals in these Chapter 11 Cases are no greater than the rates Cravath charges for professional and paraprofessional services rendered in comparable non-bankruptcy-related matters.  Cravath's fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

**Summary of Services**

9.      The following is a summary of the significant professional services rendered by Cravath during the Compensation Period.  This summary is organized in accordance with the internal system of task codes established by Cravath at the outset of these Chapter 11 Cases. **Exhibit A** attached hereto provides a more detailed description of the services provided, and reference should be made thereto for a complete recitation of such services.  If a task code does not appear below, then Cravath did not bill significant time for that work code during the Compensation Period, but may bill time for that work code in the future.  These task codes are for informational purposes only, and there are many instances in which tasks may fit in more than one category.

A.      Case Administration/Miscellaneous Matters

Fees:  $0.00                              Total Hours:  0.00

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, preparation and review of tasks lists and work in process reports, review of notices of appearance and maintaining service lists.

  B.  <u>Creditor Inquiries</u>

    Fees: $0.00      Total Hours: 0.00

    This category includes all matters related to responding to creditor inquiries.

  C.  <u>Disclosure Statement/Solicitation/Voting Issues</u>

    Fees: $0.00      Total Hours: 0.00

    This category includes all matters related to review, formulation, negotiation, preparation and promulgation of disclosure statements or related corporate documentation, and research relating thereto, as well as all matters relating to the gauging or solicitation of support or votes, or any other voting issues.

  D.  <u>Executory Contracts/Unexpired Leases</u>

    Fees: $0.00      Total Hours: 0.00

    This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

  E.  <u>Automatic Stay/Adequate Protection</u>

    Fees: $0.00      Total Hours: 0.00

    This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay or pending matters, and all other types of actions where adequate protection is the central issue.

  F.  <u>Plan of Reorganization/Plan Confirmation</u>

    Fees: $14,454.50     Total Hours: 15.40

    This category includes all matters related to review, formulation, negotiation, preparation and promulgation of plans of reorganization or related corporate documentation and research relating thereto.

  G.  <u>Use, Sale, Lease of Assets</u>

[[5259622]]

Case 18-10601-MFW    Doc 2659    Filed 12/16/19    Page 12 of 18


Fees:  $0.00                    Total Hours:  0.00

This category includes all matters relating to acquisitions, dispositions and other post-petition uses of property of the estate, including any 363 sale.

H.    Cash Collateral/DIP Financing

Fees:  $0.00                    Total Hours:  0.00

This category includes all matters relating to negotiation and documentation of Debtors in possession financing and post-confirmation financing, all cash collateral issues and related pleadings.

I.    Claims Administration

Fees:  $0.00                    Total Hours:  0.00

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters.

J.    Court Hearings

Fees:  $0.00                    Total Hours:  0.00

This category includes all matters related to preparation for and attendance at court hearings.

K.    General Corporate

Fees:  $0.00                    Total Hours:  0.00

This category includes all matters relating to transactional, corporate governance and related matters involving the Debtors' business operations that are not part of a plan of reorganization or disclosure statement.

L. <u>Schedules/SOFA/U.S. Trustee Reports</u>

Fees: $0.00     Total Hours: 0.00

This category includes preparation of schedules and amendments, statements of financial affairs and amendments, operating reports and other reports required by the U.S. Trustee or the Bankruptcy Court.

M. <u>Employee Issues</u>

Fees: $0.00     Total Hours: 0.00

This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA and retirement benefits.

N. <u>Litigation/Adversary Proceedings</u>

Fees: $390.00     Total Hours: 0.40

This category includes all matters related to litigation and adversary proceedings.

O. <u>Cravath Retention</u>

Fees: $8,510.00     Total Hours: 14.20

This category includes all matters related to preparing applications to retain Cravath and supplements thereto, and all time spent preparing, reviewing, filing, circulating or otherwise relating to monthly invoices and fee applications for Cravath.

P. <u>Retention of Others</u>

Fees: $0.00     Total Hours: 0.00

This category includes time spent reviewing applications for retention or invoices of other professionals, objecting or addressing objections to the retention or fees of other professionals and assisting other professionals with preparing and filing retention applications or monthly invoices.

[[5259622]]

    Q.    <u>Non-Working Travel</u>

        Fees:  $0.00        Total Hours:  0.00

        This category includes all travel time not otherwise chargeable.

    R.    <u>Insurance</u>

        Fees:  $0.00        Total Hours:  0.00

        This category includes all matters related to insurance policies or coverage.

    S.    <u>Public Relations Strategy</u>

        Fees:  $0.00        Total Hours:  0.00

        This category includes all matters related to public relations and media strategies.

10.     The foregoing professional services performed by Cravath were necessary and appropriate to the administration of the Chapter 11 Cases and were in the best interests of the Debtors' estates and their stakeholders. Compensation for the foregoing services as requested is commensurate with the complexity, importance and nature of the problems, issues or tasks involved. The professional services were performed skillfully and efficiently.

## Actual and Necessary Disbursements

11.     Cravath requests allowance of actual and necessary expenses incurred during the Compensation Period in the aggregate amount of $6.83. Annexed hereto as **Exhibit B** are copies of Cravath's itemized actual and necessary expenses. Cravath's disbursement policies pass through all out-of-pocket expenses at actual cost or an estimated actual cost when the actual cost is difficult to determine. For example, with respect to duplication charges, Cravath charges $0.10 per page because the actual cost is difficult to determine. Similarly, as it relates to computerized research, Cravath believes that it does not make a profit on that service as a whole although the cost of any particular search is difficult to ascertain. Other reimbursable expenses (whether the service is performed by Cravath in-house or through a third party-vendor) include, but are not

limited to, overtime meals, deliveries, travel, local transportation, duplicating and document scanning.

## Reservation

12.     To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Cravath has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Cravath reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## Notice

13.     Notice of this Application has been provided to (i) the Debtors; (ii) counsel to the Debtors; (iii) the U.S. Trustee; (iv) counsel to the Committee; and (v) counsel to the DIP Agent and the Pre-Petition Agent.  The Application has been filed publicly with the Court and a copy of the Application is also available on the Debtors' case website at http://dm.epiq11.com/twc.  The Debtors respectfully submit that such notice is sufficient under the circumstances.

WHEREFORE, Cravath respectfully requests that the Court authorize (i) interim allowance of compensation for professional services rendered to the Debtors during the Compensation Period in the amount of $18,683.60 (80% of $23,354.50) for actual and necessary fees incurred, and for expenses incurred by Cravath during the Compensation Period in the amount of $6.83; (ii) that, in accordance with the Interim Compensation Order, the Court authorize the Debtors to pay Cravath a total of $18,690.43, representing 80% of the total amount of fees allowed, and 100% of the expenses allowed; (iii) that the interim allowance of such compensation for necessary professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to Cravath's right to seek further compensation for the full value of services performed and expenses incurred; and (iv) that the Court grant Cravath such other and further relief as the Court deems proper and just.

| | |
|---|---|
| Dated:  December 16, 2019<br>            New York, New York | **CRAVATH, SWAINE & MOORE LLP**<br><br>/s/ *Paul H. Zumbro*  _____<br>Paul H. Zumbro (admitted *pro hac vice*)<br>George E. Zobitz (admitted *pro hac vice*)<br>Karin A. DeMasi (admitted *pro hac vice*)<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Counsel to the Debtors and Debtors in Possession* |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | : | Case No. 18-10601 (MFW) |
| Debtors.[1] | : | (Jointly Administered) |

## DECLARATION OF PAUL H. ZUMBRO

I, Paul H. Zumbro, a partner of the firm of Cravath, Swaine & Moore LLP, being duly sworn, state the following under penalty of perjury:

1. I am a partner with the applicant firm, Cravath, Swaine & Moore LLP ("**Cravath**" or the "**Firm**"), and have been admitted to appear before this Court.

2. I have personally performed many of the legal services rendered by Cravath as counsel to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and other professionals in the Firm.

3. I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2 and submit that the Application complies with such rule.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[[5259622]]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 16, 2019　　　　　　　　**CRAVATH, SWAINE & MOORE LLP**
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　/s/ *Paul H. Zumbro*
　　　　　　　　　　　　　　　　　　　　Paul H. Zumbro

*[Signature Page to Declaration for Nineteenth Monthly Fee Application of Cravath, Swaine & Moore LLP]*

[[5259622]]