# SIGN-IN SHEET

**CASE NAME:** The Weinstein Company Holdings LLC  **COURTROOM NUMBER:** 4

**CASE NUMBER:** 18-10601 (MFW)  **DATE:** December 17, 2019 at 11:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| PAUL HEATH | Richards Layton & Finger | Debtor |
| DAVE Doerotti | " | " |
| Jane Leamy | US Trustee | US Trustee |

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Mary F. Walrath
## #4

Calendar Date: 12/17/2019
Calendar Time: 11:30 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10254733 | Walter H. Curchack | (212) 407-4861 ext. | Loeb & Loeb, LLP | Interested Party, Toyota / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10254762 | Patrick Mohan | (646) 390-5739 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |