# SIGN-IN SHEET

**CASE NAME:** The Weinstein Company Holdings LLC
**CASE NUMBER:** 18-10601 (MFW)
**COURTROOM NUMBER:** 4
**DATE:** January 22, 2020 at 11:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Paul Heath | Richards, Layton & Finger | Debtors |
| Dave Queroli | " " | " " |
| David V. Maquues | UST | UST |
| Matthew Sarna | DLA | " " |
| Colin R Robinson | BSZT | Spyglass Committee |

# Court Conference

Calendar Date: 01/22/2020
Calendar Time: 11:30 AM ET

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Mary F. Walrath
#4

Amended Calendar    Jan 22 2020   7:23AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10329168 | Randall Chase | (302) 674-3037 ext. | Associated Press | Interested Party, Randall Chase / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10332066 | Robert J. Feinstein | (212) 561-7710 ext. | Pachulski Stang Ziehl & Jones | Creditor, Creditors Committee / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10329708 | Joseph Kohanski | (818) 973-3253 ext. | Bush Gottlieb | Creditor, DGA / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10328621 | Roy Leaf | (312) 407-0822 ext. | Skadden, Arps, Slate, Meagher & Flom, LLP | Interested Party, Skadden, Arps, Slate, Meagher & Flom, LLP / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10331643 | Edward McNeilly | (310) 785-4600 ext. | Hogan Lovells US LLP | Bankruptcy Counsel, Portfolio Funding Company LLC I / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10332164 | Jonathan W. Randles | (212) 416-2037 ext. | Dow Jones | Interested Party, Dow Jones / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10322784 | Jason Rosell | (415) 263-7000 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10328746 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10330528 | Michael S. Tucker | (216) 583-7120 ext. | Ulmer & Berne LLP | Creditor, 99 Hudson Street / LISTEN ONLY |