**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------x

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS | : |
| LLC, *et al.*, | : Case No. 18-10601 (MFW) |
| | : |
| Debtors. [1] | : (Jointly Administered) |
| | : |
| | : **Ref. Docket No. 2683** |

------------------------------------------------------------------x

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK  )

FORREST HOUKU, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 21, 2020, I caused to be served the "Notice of Fee Application," dated January 21, 2020, to which was attached the "Sixteenth Monthly Fee Application of Seyfarth Shaw LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors-in-Possession for the Period from December 1, 2019 Through December 31, 2019," dated January 21, 2020 [Docket No. 2683], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

   b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of this information may be obtained on the website of the Debtors claims and noticing agent at http://dm.epiq11.com/twc.

[2] Epiq Bankruptcy Solutions, LLC is now known as Epiq Corporate Restructuring, LLC

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Houku*
Forrest Houku

Sworn to before me this
22nd day of January, 2020
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CRAVATH SWAINE & MOORE LLP | {COUNSEL TO THE WEINSTEIN COMPANY HOLDINGS), ATTN: PAUL H. ZUMBRO, ESQ. WORLDWIDE PLAZA, 825 EIGHTH AVENUE NEW YORK NY 10019 |
| OFFICE OF THE US TRUSTEE | ATTN: JANE LEAMY, ESQ. & HANNAH M. MCCOLLUM, ESQ. 844 KING ST., STE. 2207, LOCKBOX 35 WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | {COUNSEL TO THE COMMITTEE) ATTN: BRADFORD J. SANDLERS, ESQ. 919 N. MARKET ST., 17TH FLOOR WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | {COUNSEL TO THE COMMITTEE} ATTN: JAMES I. STANG. ESQ. 10100 SANTA MONICA BLVD., 13TH FLOOR LOS ANGELES CA 90067 |
| RICHARDS LAYTON & FINGER PA. | {COUNSEL TO THE WEINSTEIN CO. HOLDINGS ATTN: MARK D. COLLINS & PAUL N. HEATH, ESQ., ONE RODNEY SQUARE, 920 N. KING ST. WILMINGTON DE 19801 |
| SIDLEY AUSTIN LLP | {COUNSEL TO THE DIP AGENT& THE PREPITION AGENT}, ATTN: JENNIFER C. HAGLE, ESQ. 555 WEST FIFTH AVENUE LOS ANGELES CA 90013 |
| THE WEINSTEIN COMPANY HOLDINGS LLC ET AL | ATTN: ROBERT DEL GENIO 3 TIMES SQUARE, 9TH FLOOR NEW YORK NY 10036 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | {CO-COUNSEL TO THE DIP AGENT & THE PREPITION AGENT} ATTN: SEAN BEACH, ESQ. RODNEY SQUARE, 1000 N. KING STREET WILMINGTON DE 19801 |

**Total Creditor count  8**

**EXHIBIT B**

**The Weinstein Company Holdings LLC, *et al.* – Case No. 18-10601 (MFW)**
**Electronic Mail Master Service List**

afg@pryormandelup.com
aglenn@kasowitz.com
agold@herrick.com
andrewtenzer@paulhastings.com
bennettmurphy@quinnemanuel.com
bill.freeman@kattenlaw.com
boneill@kramerlevin.com
bsandler@pszjlaw.com
chipman@chipmanbrown.com
craig.martin@dlapiper.com
cweinerlevy@venable.com
dabbott@mnat.com
dalowenthal@pbwt.com
daobrien@venable.com
dbeskrone@ashbygeddes.com
dbutz@mnat.com
dgrassgreen@pszjlaw.com
dklauder@bk-legal.com
dminnick@pillsburylaw.com
dpoitras@jmbm.com
drichards@finemanlawfirm.com
driley@allenmatkins.com
ebc@stevenslee.com
ecf@bg.law
ejustison@ycst.com
emfox@seyfarth.com
enid.stuart@ag.ny.gov
erosenthal@rmgglaw.com
fournierd@pepperlaw.com
gdonilon@mmwr.com
gdonilon@pwujlaw.com
gfmcdaniel@dkhogan.com
gtaylor@ashbygeddes.com
guilfoyle@blankrome.com
hornung@lsellp.com
hweg@robinskaplan.com
jbagdanov@bg.law
jeff.friedman@kattenlaw.com
jeffrey.wexler@pillsburylaw.com
jerry.hall@kattenlaw.com
jfalgowski@burr.com
jhagle@sidley.com
jharker@cohenseglias.com
jhh@stevenslee.com
jhoover@beneschlaw.com
jleto@letobassuk.com

jlevitan@proskauer.com
jmasella@pbwt.com
jmenton@robinskaplan.com
jparker@psazlaw.com
jreisner@irell.com
jspringwater@friedmanspring.com
jssabin@venable.com
jstang@pszjlaw.com
karen@parklawllc.com
kathy.jorrie@pillsburylaw.com
kblock@loeb.com
kcapuzzi@beneschlaw.com
kcowens@venable.com
klyman@irell.com
lbassuk@letobassuk.com
mail@morrisadelman.com
mark.desgrosseilliers@wbd-us.com
mark.minuti@saul.com
mary.caloway@bipc.com
mbusenkell@gsbblaw.com
mdelaney@robinskaplan.com
melorod@gtlaw.com
meltzere@pepperlaw.com
mharvey@mnat.com
mhelt@foley.com
mike@dcip.com
mlahaie@akingump.com
morgan.patterson@wbd-us.com
mstamer@akingump.com
mstrub@irell.com
nmonhait@rmgglaw.com
nmoss@akingump.com
parrow@buchalter.com
paulsagan@paulhastings.com
rachel.albanese@dlapiper.com
rachel.nanes@dlapiper.com
rantonoff@blankrome.com
rbrady@ycst.com
rfeinstein@pszjlaw.com
rmersky@monlaw.com
roglenl@ballardspahr.com
rtrack@msn.com
sbeach@ycst.com
scottshelley@quinnemanuel.com
sgiugliano@diamondmccarthy.com
sherri.simpson@oag.texas.gov

**The Weinstein Company Holdings LLC, *et al.* – Case No. 18-10601 (MFW)**
**Electronic Mail Master Service List**

skatona@polsinelli.com
skuhn@akingump.com
sselbst@herrick.com
stern@lsellp.com
strattond@pepperlaw.com
summersm@ballardspahr.com
susanwilliams@paulhastings.com
susheelkirpalani@quinnemanuel.com
tgeher@jmbm.com
thomas.califano@dlapiper.com
vrubinstein@loeb.com
wagnerr@gtlaw.com
wayne.smith@warnerbros.com
wbowden@ashbygeddes.com
rzur@lgbfirm.com