# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | Case No. 18-10601 (MFW) |
| | (Jointly Administered) |
| Debtors.[1] | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Skagit Law Group, PLLC hereby withdraw its appearance as counsel to Portfolio Funding Company LLC I ("PFC") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") and Hogan Lovells US LLP hereby enters its appearance as counsel to PFC.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

IMPAC 6534881v.3

2

| | |
|---|---|
| Dated: February 12, 2020<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Aaron H. Stulman*<br>Christopher M. Samis, Esq. (No. 4909)<br>L. Katherine Good, Esq. (No. 5101)<br>Aaron H. Stulman, Esq. (No. 5807)<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone:   (302) 984-6000<br>Facsimile:    (302) 658-1192<br>Email:          csamis@potteranderson.com<br>                    kgood@potteranderson.com<br>                    astulman@potteranderson.com<br><br>*-and-* |
| */s/ Craig E. Cammock*<br>Craig E. Cammock, Esq.<br>SKAGIT LAW GROUP, PLLC<br>227 Freeway Drive, Suite B<br>Mount Vernon, Washington 98273<br>Telephone:   (360) 336-1000<br>Facsimile:    (360) 336-6690<br>Email:          craig@skagitlaw.com<br><br>*Withdrawing Counsel to Portfolio Funding Company LLC I* | */s/ Edward McNeilly*<br>David P. Simonds, Esq.<br>Edward McNeilly, Esq.<br>HOGAN LOVELLS US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067<br>Telephone:   (310) 785-4600<br>Facsimile:    (310) 785-4601<br>Email:          david.simonds@hoganlovells.com<br>                    edward.mcneilly@hoganlovells.com<br><br>*-and-*<br><br>*/s/ Brian T. Carney*<br>Brian T. Carney, Esq.<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, California 90067<br>Telephone:   (310) 229-1000<br>Facsimile:    (310) 229-1001<br>Email:          bcarney@akingump.com<br><br>*Co-Counsel to Portfolio Funding Company LLC I* |