# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
:     Chapter 11
THE WEINSTEIN COMPANY HOLDINGS :
LLC, *et al.*,                                    :     Case No. 18-10601 (MFW)
:
          Debtors.             :     (Jointly Administered)
:
------------------------------------------------------------x

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), this Court has scheduled the following omnibus hearing date in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
| --- | --- |
| May 18, 2020 at 10:30 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 4<br>Wilmington, Delaware 19801 |

**Dated: April 16th, 2020**
**Wilmington, Delaware**

                                                         **MARY F. WALRATH**
                                                         **UNITED STATES BANKRUPTCY JUDGE**

RLF1 23249829v.1