# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | : | Case No. 18-10601 (MFW) |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |

## NOTICE OF SUGGESTION ON PENDENCY OF BANKRUPTCY FOR J. C. PENNEY COMPANY, INC., *ET AL.* AND AUTOMATIC STAY OF PROCEEDINGS

**PLEASE TAKE NOTICE** that, on May 15, 2020, J. C. Penney Company, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors"),[2] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors' chapter 11 cases are pending before the Honorable David R. Jones, United States Bankruptcy Judge, and the Debtors have requested joint administration under the lead case *J. C. Penney Company, Inc.*, Case No. 20-20182 (DRJ) (collectively, the "Chapter 11 Cases"). A copy of the voluntary petition of the lead Debtor, J. C. Penney Company, Inc. is attached hereto as **Exhibit A**.

---

[1] The last four digits of The Weinstein Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm/epiq11.com/twc.

[2] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/JCPenney. The location of Debtor J. C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

{01565572;v1 }

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions gives rise to a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the commencement of the Chapter 11 Cases or (ii) to recover a claim against the Debtors that arose before the commencement of the Chapter 11 Cases; (b) the enforcement against any of the Debtors or against any property of each of the Debtors' bankruptcy estates of a judgment obtained prior to the commencement of the Chapter 11 Cases; and (c) any act to obtain possession of property of or from any of the Debtors' bankruptcy estates, or to exercise control over property of any of the Debtors' bankruptcy estates.[3]  No order has been entered in the Chapter 11 Cases granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the status of the Debtors' Chapter 11 Cases may be obtained by (i) reviewing, free of charge, the docket of the Debtors' Chapter 11 Cases on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/JCPenney, (ii) visiting the Bankruptcy Court's website at http://www.txs.uscourts.gov/bankruptcy (PACER login and password required) in accordance with the procedures and fees set forth therein, or (iii) contacting any of the following proposed counsel for the Debtors:  (a) Matthew D. Cavenaugh, Jackson Walker L.L.P., 1401 McKinney Street, Suite 1900, Houston, Texas 77010; or (b) Aparna Yenamandra, Rebecca Blake Chaikin, and Allyson Smith Weinhouse, Kirkland & Ellis LLP, 601 Lexington Ave, New York, New York 10022, Telephone: (212) 446-4800.

---

[3] Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case.  The Debtors expressly reserve all rights to contest any claims that may be asserted against the Debtors.

Dated: May 18, 2020

Respectfully submitted,

**ASHBY & GEDDES, P.A**.

*/s/ Gregory A. Taylor*
Gregory A. Taylor (No. 4008)
Katharina Earle (No. 6348)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
Telephone:  (302) 654-1888
Facsimile:   (302) 654-2067
gtaylor@ashbygeddes.com
kearle@ashbygeddes.com

*Counsel for J.C. Penney Corporation, Inc.*