**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------------x
In re:                                          :
                                                : Chapter 11
THE WEINSTEIN COMPANY HOLDINGS                   :
LLC, *et al.*,                                   : Case No. 18-10601 (MFW)
                                                :
                        Debtors. [1]             : (Jointly Administered)
                                                :
                                                : **Ref. Docket No. 2808**
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 15, 2020, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Hearing on May 18, 2020 at 10:30 A.M. (ET)," dated May 15, 2020 [Docket No. 2808], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of this information may be obtained on the website of the Debtors claims and noticing agent at http://dm.epiq11.com/twc.

[2] Epiq Bankruptcy Solutions, LLC is now known as Epiq Corporate Restructuring, LLC

4.  In addition, I hereby certify that the referenced document(s) were electronically filed with the United States Bankruptcy Court for the District of Delaware by using the CM/ECF system. I further certify that the parties of record in this case, all registered CM/ECF users located on the Court's Electronic Mail Notice List, annexed hereto as Exhibit C, were served through the CM/ECF system.

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
1st day of June, 2020
*/s/ Diane M. Streany*

Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | C/O BECKET & LEE LLP PO BOX 3001 MALVERN PA 19355-0701 |
| FRIED SAPERSTEIN ABBATT, P.C. | (COUNSEL TO GOLDFLAT PRODUCTIONS, LLC & WESTSIDE PRODUCTIONS, LLC) ATTN: CANDYCE EWING ABBATT 31700 TELEGRAPH ROAD, SUITE 120 BINGHAM FARMS MI 48025 |
| FRIEDMAN & SPRINGWATER LLP | (COUNSEL TO UNIVERSAL MUSIC ENTERPRISES, ET AL.) ATTN: JAKE K. SPRINGWATER, ESQ. 350 SANSOME STREET, SUITE 210 SAN FRANCISCO CA 94101 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| IP MANAGEMENT, INC. / IPW, LLC | C/O MARC TOBEROFF 23823 MALIBU ROAD, SUITE 50-363 MALIBU CA 90265 |
| MCCABE, WEISBERG & CONWAY, LLC | (COUNSEL TO DAIMLER TRUST) ATTN: JANET Z. CARLTON, CHASE N. MILLER, KRISTI J. DOUGHTY & MICHAEL K. PAK 1407 FOULK ROAD, SUITE 204 FOULKSTONE PLAZA WILMINGTON DE 19803 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE NEMOURS BUILDING 1007 N ORANGE ST 700 WILMINGTON DE 19801 |
| PEOPLE OF THE STATE OF NEW YORK, THE | C/O ERIC T SCHNEIDERMAN 120 BROADWAY NEW YORK NY 10271 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR 200 VESEY ST STE 400 NEW YORK NY 10281 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: XAVIER BECERRA 1300 I ST, STE 1740 SACRAMENTO CA 95814 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: ERIC T. SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | (COUNSEL TO THE WALT DISNEY COMPANY) ATTN: NANCY L. MANZER, ESQ. 1875 PENNSYLVANIA AVENUE NW WASHINGTON DC 20006 |

**Total Creditor count  13**

| Claim Name | Address Information |
|---|---|
| BBC FILMS | ATTN: LIVY SANDLER LEGAL & BS AFAIRS MGR BBC ZONE A, 7TH FL BBC BROADCASTING HOUSE, PORTLAND PLACE LONDON W1A1AA UNITED KINGDOM |
| BERKELEY RESEARCH GROUP, LLC | ATTN: JAY BOROW 810 SEVENTH AVENUE, STE 4100 NEW YORK NY 10019 |
| CRAVATH SWAINE & MOORE LLP | {COUNSEL TO THE WEINSTEIN COMPANY HOLDINGS), ATTN: PAUL H. ZUMBRO, ESQ. WORLDWIDE PLAZA, 825 EIGHTH AVENUE NEW YORK NY 10019 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: MICHAEL W. YURKEWICZ 919 N MARKET ST STE 1000 WILMINGTON DE 19801 |
| OFFICE OF THE US TRUSTEE | ATTN: JANE LEAMY, ESQ. & HANNAH M. MCCOLLUM, ESQ. 844 KING ST., STE. 2207, LOCKBOX 35 WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | {COUNSEL TO THE COMMITTEE) ATTN: BRADFORD J. SANDLERS, ESQ. 919 N. MARKET ST., 17TH FLOOR WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | {COUNSEL TO THE COMMITTEE} ATTN: JAMES I. STANG. ESQ. 10100 SANTA MONICA BLVD., 13TH FLOOR LOS ANGELES CA 90067 |
| RICHARDS LAYTON & FINGER PA. | {COUNSEL TO THE WEINSTEN CO. HOLDINGS ATTN: MARK D. COLLINS & PAUL N. HEATH, ESQ., ONE RODNEY SQUARE, 920 N. KING ST. WILMINGTON DE 19801 |
| SEYFARTH SHAW LLP | ATTN: GERALD L. MAATMAN, JR. 233 S. WACKER DR, STE 800 CHICAGO IL 60606 |

**Total Creditor count  9**

**EXHIBIT B**

# THE WEINSTEIN COMPANY HOLDINGS LLC
## Consented Email List

abrown@gsbblaw.com
afg@pryormandelup.com
agbankdelaware@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
amagaziner@ycst.com
andrew.goldman@wilmerhale.com
andrewtenzer@paulhastings.com
aremming@mnat.com
bankfilings@ycst.com
Bankruptcy2@ironmountain.com
bennettmurphy@quinnemanuel.com
bgriffith@swlaw.com
bill.freeman@kattenlaw.com
boneill@kramerlevin.com
bsandler@pszjlaw.com
bsimmons@loeb.com
cahn@clm.com
cgianelloni@swlaw.com
chardman@winston.com
chipman@chipmanbrown.com
craig.martin@dlapiper.com
cris@crisarmenta.com
csamis@potteranderson.com
csimon@crosslaw.com
curtishehn@comcast.net
cweinerlevy@venable.com
dabbott@mnat.com
dabbott@mnat.com
dahdoot@bushgottlieb.com;
dalowenthal@pbwt.com
daobrien@venable.com
david.griffiths@weil.com
david.simonds@hoganlovells.com
david.yohai@weil.com
dbeskrone@ashbygeddes.com
dbutz@mnat.com
dgrassgreen@pszjlaw.com
djnewman@akingump.com
dklauder@bk-legal.com
dminnick@pillsburylaw.com
dpoitras@jmbm.com

drichards@finemanlawfirm.com
driley@allenmatkins.com
dstaber@akingump.com
ebc@stevenslee.com
ecf@bg.law
edward.mcneilly@hoganlovells.com
ejustison@ycst.com
emfox@seyfarth.com
emilyb@hbsslaw.com
emonzo@morrisjames.com
enid.stuart@ag.ny.gov
ericka.johnson@wbd-us.com
erosenthal@rmgglaw.com
eweisfelner@brownrudnick.com
fournierd@pepperlaw.com;
gary@lightchaseranimation.com
gdonilon@mmwr.com
gfmcdaniel@dkhogan.com
gtaylor@ashbygeddes.com
guilfoyle@blankrome.com
hannah.mccollum@usdoj.gov
hornung@lsellp.com
hweg@robinskaplan.com
jane.m.leamy@usdoj.gov
jbagdanov@bg.law
jdalberg@lgbfirm.com
jeff.friedman@kattenlaw.com
jeffrey.wexler@pillsburylaw.com
jerry.hall@kattenlaw.com
jfalgowski@burr.com
jgurule@ktbslaw.com
jhagle@sidley.com
jharker@cohenseglias.com
jhh@stevenslee.com
jhoover@beneschlaw.com
jkohanski@bushgottlieb.com;
jleto@letobassuk.com
jlevitan@proskauer.com
jmasella@pbwt.com
jmenton@robinskaplan.com
joevanleuven@dwt.com
jparker@psazlaw.com

# THE WEINSTEIN COMPANY HOLDINGS LLC
## Consented Email List

jreitman@lgbfirm.com

jssabin@venable.com

jstang@pszjlaw.com

jwaxman@morrisjames.com

Karen@parklawllc.com

kathy.jorrie@pillsburylaw.com

kblock@loeb.com

kcapuzzi@beneschlaw.com

kcowens@venable.com

kdwbankruptcydepartment@kelleydrye.com

kelliott@kelleydrye.com

kgood@potteranderson.com

kireland@bushgottlieb.com

klein@kleinllc.com

kmann@crosslaw.com

kprestegard@bushgottlieb.com;

laura.washington@lw.com

lbassuk@letobassuk.com

mail@morrisadelman.com

mark.desgrosseilliers@wbd-us.com

mark.minuti@saul.com

marvin.putnam@lw.com

mary.caloway@bipc.com

matthew.ward@wbd-us.com

matthew.ward@wbd-us.com

mbouslog@gibsondunn.com

mbusenkell@gsbblaw.com

mdelaney@robinskaplan.com

melorod@gtlaw.com

meltzere@pepperlaw.com

mgottfried@lgbfirm.com

mharvey@mnat.com

mhelt@foley.com

mike@dcip.com

mlahaie@akingump.com

mnestor@ycst.com

morgan.patterson@wbd-us.com

morgan.patterson@wbd-us.com

mstamer@akingump.com

mtalmo@mnat.com

mtalmo@mnat.com

mtoberoff@toberoffandassociates.com

nmoss@akingump.com

notices@bkservicing.com

parrow@buchalter.com

paulsagan@paulhastings.com

pbransten@glaserweil.com

pgurfein@lgbfirm.com

ppascuzzi@ffwplaw.com

rachel.albanese@dlapiper.com

rachel.nanes@dlapiper.com

rantonoff@blankrome.com

rbrady@ycst.com

rfeinstein@pszjlaw.com

rkinas@swlaw.com

rklyman@gibsondunn.com

rmersky@monlaw.com

roglenl@ballardspahr.com

rtrack@msn.com

rzur@lgbfirm.com

sbeach@ycst.com

scottshelley@quinnemanuel.com

sgiugliano@diamondmccarthy.com

sherri.simpson@oag.texas.gov

skatona@polsinelli.com

skaufman@skaufmanlaw.com

skuhn@akingump.com

sselbst@herrick.com

stern@lsellp.com

steve@hbsslaw.com

strattond@pepperlaw.com;

summersm@ballardspahr.com

susanwilliams@paulhastings.com

susheelkirpalani@quinnemanuel.com

ted.dillman@lw.com

tgeher@jmbm.com

theodore.tsekerides@weil.com

thomas.califano@dlapiper.com

tpatterson@ktbslaw.com

tscobb@vorys.com

vrubinstein@loeb.com

wagnerr@gtlaw.com

wayne.smith@warnerbros.com

wbowden@ashbygeddes.com

# THE WEINSTEIN COMPANY HOLDINGS LLC
## Consented Email List

wcurchack@loeb.com

# THE WEINSTEIN COMPANY HOLDINGS LLC
## Objectors Email List

astulman@potteranderson.com
fnoyes@offitkurman.com
jgrey@crosslaw.com
kmiller@skjlaw.com
rpalacio@ashbygeddes.com

**EXHIBIT C**

## Mailing Information for Case 18-10601-MFW

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

• **Candyce Ewing Abbatt** cabbatt@famfirm.com, sheri@famfirm.com
• **Derek C. Abbott** dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com
• **James W. Adelman** mail@morrisadelman.com
• **Rachel E. Albanese** rachel.albanese@dlapiper.com
• **Paul H. Aloe** paloe@kudmanlaw.com, yali@kudmanlaw.com;dsaponara@kudmanlaw.com
• **Paul S. Arrow** parrow@buchalter.com
• **Jessica Lynn Bagdanov** jbagdanov@bg.law, ecf@bg.law
• **Sean Matthew Beach** bankfilings@ycst.com
• **Ian Connor Bifferato** cbifferato@tbf.legal, mstewart@tbf.legal
• **Charles E. Boulbol** rtrack@msn.com, rtrack@verizon.net
• **William Pierce Bowden** wbowden@ashby-geddes.com
• **Charles G. Brackins** CBrackins@hinshawlaw.com
• **Robert S. Brady** bankfilings@ycst.com
• **Peter Manfred Bransten** pbransten@glaserweil.com
• **Bernadette Brennan** bbrennan@law.nyc.gov
• **Amy D. Brown** abrown@gsbblaw.com
• **Michael G. Busenkell** mbusenkell@gsbblaw.com
• **Daniel B. Butz** dbutz@mnat.com
• **Aaron R. Cahn** cahn@clm.com, trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com
• **Thomas R. Califano** thomas.califano@dlapiper.com
• **Mary Caloway** mary.caloway@bipc.com, annette.dye@bipc.com;donna.curcio@bipc.com
• **Kevin M. Capuzzi** kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
• **John F. Carberry** jcarberry@cl-law.com
• **David W. Carickhoff** dcarickhoff@archerlaw.com
• **James S. Carr** KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
• **Rocco A. Cavaliere** rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com
• **William E. Chipman** chipman@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
• **Tiffany Strelow Cobb** tscobb@vorys.com, mdwalkuski@vorys.com
• **Mark D. Collins** rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
• **Joseph Corrigan** Bankruptcy2@ironmountain.com
• **Walter H. Curchack** wcurchack@loeb.com, nybkdocket@loeb.com;vrubinstein@loeb.com;ljurich@loeb.com
• **Jon L.R. Dalberg** jdalberg@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com
• **Michael David DeBaecke** mdebaecke@ashbygeddes.com
• **Robert J. Dehney** rdehney@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;robert-dehney-4464@ecf.pacerpro.com
• **Michael T Delaney** mdelaney@robinskaplan.com, amatsuoka@robinskaplan.com
• **Mark L. Desgrosseilliers** desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
• **Ted A. Dillman** ted.dillman@lw.com
• **Gregory T. Donilon** gdonilon@mmwr.com, gregory-donilon-6537@ecf.pacerpro.com
• **Gregory T. Donilon** gdonilon@pwujlaw.com, gregory-donilon-6537@ecf.pacerpro.com
• **Kristi J. Doughty** de-ecfmail@mwc-law.com, de-ecfmail@ecf.inforuptcy.com
• **Katharina Earle** kearle@ashbygeddes.com
• **Jamie Lynne Edmonson** jedmonson@rc.com, lshaw@rc.com
• **Vernon Louis Ellicott** vernon@thebloomfirm.com
• **Epiq Corporate Restructuring, LLC** nmrodriguez@epiqsystems.com
• **Justin Cory Falgowski** jfalgowski@burr.com
• **S. Alexander Faris** alexander.faris@wbd-us.com, Heidi.sasso@wbd-us.com
• **Robert J. Feinstein** rfeinstein@pszjlaw.com
• **David M. Fournier** fournied@pepperlaw.com, fournierd@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
• **Edward M. Fox** emfox@seyfarth.com
• **Jeff J. Friedman** jeff.friedman@kattanlaw.com, nyc.bknotices@kattenlaw.com
• **Larry W Gabriel** lgabriel@bg.law
• **Scott F. Gautier** sgautier@robinskaplan.com, dwymore@robinskaplan.com
• **Thomas M. Geher** tmg@jmbm.com, tmg@ecf.inforuptcy.com
• **Jason A. Gibson** gibson@teamrosner.com
• **Peter M. Gilhuly** peter.gilhuly@lw.com, adam.malatesta@lw.com
• **Sheryl P Giugliano** sgiugliano@diamondmccarthy.com
• **Anthony F. Giuliano** afg@pryormandelup.com
• **Steven W Golden** sgolden@pszjlaw.com
• **Andrew N. Goldman** andrew.goldman@wilmerhale.com, yolande.thompson@wilmerhale.com
• **L. Katherine Good** kgood@potteranderson.com
• **L. Katherine Good** kgood@potteranderson.com, cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com
• **Michael I. Gottfried** MGottfried@elkinskalt.com, AAburto@elkinskalt.com;MYuen@elkinskalt.com
• **Joseph Grey** jgrey@crosslaw.com, smacdonald@crosslaw.com
• **Victoria A. Guilfoyle** guilfoyle@blankrome.com
• **Peter J. Gurfein** pgurfein@landaufirm.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
• **Sasha M. Gurvitz** sgurvitz@ktbslaw.com
• **Bryan J Hall** bhall@blankrome.com
• **Derrick Hansen** dhansen@friedmanspring.com
• **Carrie V Hardman** chardman@winston.com, carrie-hardman-4684@ecf.pacerpro.com
• **James F Harker** jharker@cohenseglias.com, sbruno@cohenseglias.com
• **Matthew B. Harvey** mharvey@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;matt-harvey-8145@ecf.pacerpro.com
• **Brett Michael Haywood** haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com
• **Paul Noble Heath** heath@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
• **Curtis A Hehn** curtishehn@comcast.net
• **Marcus Helt** mhelt@foley.com, kwilliams@gardere.com
• **Adam Hiller** ahiller@adamhillerlaw.com

- **Michael Cory Hochman** mhochman@monlaw.com
- **Jennifer R. Hoover** jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
- **Stephan Hornung** hornung@lsellp.com
- **Jay Walton Hurst** jay.hurst@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Joseph H. Huston** jhh@stevenslee.com
- **Patrick A. Jackson** Patrick.jackson@faegredrinker.com, rokeysha.ramos@faegredrinker.com
- **Ericka Fredricks Johnson** Ericka.johnson@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
- **Michael Joseph Joyce** mjoyce@mjlawoffices.com
- **Elizabeth Soper Justison** bankfilings@ycst.com
- **Shanti M. Katona** skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Susan E. Kaufman** skaufman@skaufmanlaw.com
- **David M. Klauder** dklauder@bk-legal.com
- **Julia Bettina Klein** klein@kleinllc.com
- **Steven K. Kortanek** steve@x-claim.com
- **Lawrence Joel Kotler** ljkotler@duanemorris.com
- **Carl N. Kunz** ckunz@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
- **Meredith A. Lahaie** mlahaie@akingump.com
- **Jane M. Leamy** jane.m.leamy@usdoj.gov
- **Raymond Howard Lemisch** rlemisch@klehr.com
- **Scott J. Leonhardt** leonhardt@teamrosner.com
- **Jeffrey W. Levitan** jlevitan@proskauer.com
- **Maxim B. Litvak** mlitvak@pszjlaw.com
- **Michael Luskin** luskin@lsellp.com
- **Robert Charles Maddox** maddox@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Andrew L Magaziner** bankfilings@ycst.com
- **Kevin Scott Mann** kmann@crosslaw.com, smacdonald@crosslaw.com
- **R. Craig Martin** craig.martin@dlapiper.com, carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
- **Laura L. McCloud** agbankdelaware@ag.tn.gov
- **Hannah Mufson McCollum** hannah.mccollum@usdoj.gov
- **Garvan F. McDaniel** gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com
- **R. Stephen McNeill** bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
- **Dennis A. Meloro** melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
- **Evelyn J. Meltzer** meltzere@pepperlaw.com, wlbank@pepperlaw.com;meltzere@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com
- **Evelyn J. Meltzer** meltzere@pepperlaw.com, wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com
- **James Paul Menton** jmenton@robinskaplan.com
- **Rachel B. Mersky** rmersky@monlaw.com
- **Kathleen M. Miller** kmiller@skjlaw.com, llb@skjlaw.com
- **Mark Minuti** mark.minuti@saul.com, robyn.warren@saul.com
- **Norman M. Monhait** nmonhait@rmgglaw.com
- **Eric J. Monzo** emonzo@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
- **James C Moon** jmoon@melandrussin.com
- **Carl D. Neff** cneff@foxrothschild.com, slynch@foxrothschild.com;ahrycak@foxrothschild.com
- **Michael S. Neiburg** bankfilings@ycst.com
- **Michael R. Nestor** bankfilings@ycst.com
- **Robert M. Novick** courtnotices@kasowitz.com
- **Frank Eugene Noyes** fnoyes@offitkurman.com, Elizabeth.White@offitkurman.com
- **Daniel A. O'Brien** daobrien@venable.com
- **Keith C. Owens** kowens@foxrothschild.com, khoang@foxrothschild.com
- **Ricardo Palacio** rpalacio@ashby-geddes.com
- **Paul J. Pascuzzi** ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Morgan L. Patterson** morgan.patterson@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
- **Norman L. Pernick** npernick@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com
- **Joanne P. Pinckney** jpinckney@pwujlaw.com, tchambers@pwujlaw.com
- **David M. Poitras** dpoitras@jmbm.com
- **David T Queroli** Queroli@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Patrick J. Reilley** preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com
- **Reliable Companies** gmatthews@reliable-co.com
- **Andrew R. Remming** aremming@mnat.com, andrew-remming-0904@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
- **Deirdre M. Richards** drichards@finemanlawfirm.com
- **Richard W. Riley** rriley@wtplaw.com, clano@wtplaw.com
- **Colin Robinson** crobinson@pszjlaw.com
- **Colin R. Robinson** crobinson@pszjlaw.com
- **Laurel D. Roglen** roglenl@ballardspahr.com, ambroses@ballardspahr.com
- **Alan Michael Root** aroot@archerlaw.com
- **Adam L. Rosen** adam.rosen@ALRcounsel.com, carolann@alrcounsel.com
- **Edward B. Rosenthal** erosenthal@rmgglaw.com, jmeekins@rmgglaw.com
- **Frederick Brian Rosner** rosner@teamrosner.com
- **Jeremy William Ryan** jryan@potteranderson.com, bankruptcy@potteranderson.com
- **Jeffrey S. Sabin** JSSabin@Venable.com
- **Christopher M. Samis** csamis@potteranderson.com, cgiobbe@potteranderson.com;lhuber@potteranderson.com;jfarris@potteranderson.com;bankruptcy@potteranderson.com;lhuber@potteranderson.com
- **Bradford J. Sandler** bsandler@pszjlaw.com
- **Bradford J. Sandler** bsandler@pszjlaw.com
- **Susan K Seflin** sseflin@bg.law
- **Stephen B. Selbst** sselbst@herrick.com, courtnotices@herrick.com
- **Zachary I Shapiro** shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Richard B. Sheldon** rbs@msk.com
- **Russell C. Silberglied** silberglied@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Christopher Page Simon** csimon@crosslaw.com, smacdonald@crosslaw.com
- **David Ryan Slaugh** rslaugh@potteranderson.com, bankruptcy@potteranderson.com

- **Dylan James Smith** dsmith@loeb.com
- **Wayne M. Smith** wayne.smith@warnerbros.com
- **Jane K. Springwater** jspringwater@friedmanspring.com, nku@friedmanspring.com
- **Michael S. Stamer** mstamer@akingump.com
- **James I. Stang** jstang@pszjlaw.com, hrafatjoo@pszjlaw.com
- **Amanda R. Steele** steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Richard Stern** stern@lsellp.com
- **David B. Stratton** strattond@pepperlaw.com, wlbank@pepperlaw.com,strattond@ecf.inforuptcy.com,wlbank@ecf.inforuptcy.com,smithda@pepperlaw.com,molitorm@pepperlaw.com
- **Enid N Stuart** enid.stuart@ag.ny.gov, louisa.irving@ag.ny.gov
- **Aaron H. Stulman** astulman@potteranderson.com, lhuber@potteranderson.com;cgiobbe@potteranderson.com;bankruptcy@potteranderson.com
- **Matthew G. Summers** summersm@ballardspahr.com, ambroses@ballardspahr.com
- **Matthew O Talmo** mtalmo@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com
- **Gregory A. Taylor** gtaylor@ashbygeddes.com
- **Neil Paresh Thakor** nthakor@manatt.com
- **U.S. Trustee** USTPRegion03.WL.ECF@USDOJ.GOV
- **Joseph M. VanLeuven** joevanleuven@dwt.com, lizcarter@dwt.com
- **Jason Wallach** jwallach@ghplaw.com
- **Christopher A. Ward** cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Matthew P. Ward** matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
- **Jeffrey R. Waxman** jwaxman@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
- **Howard J. Weg** hweg@robinskaplan.com
- **Jeffrey C. Wisler** jwisler@connollygallagher.com
- **Michael W. Yurkewicz** myurkewicz@klehr.com
- **Paul H Zumbro** pzumbro@cravath.com, mao@cravath.com