IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
:
:     Chapter 11
THE WEINSTEIN COMPANY HOLDINGS :
LLC, *et al.*, :     Case No. 18-10601 (MFW)
:
             Debtors. :     (Jointly Administered)
:
:     **Re: Docket No. 2854**
------------------------------------------------------------x

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), this Court has scheduled the following omnibus hearing date in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| August 4, 2020 at 10:30 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 4<br>Wilmington, Delaware 19801 |

**Dated: July 1st, 2020**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 23646853v.1