# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          : Chapter 11
                                                                :
The Weinstein Company Holdings LLC, *et al.*,[1]                : Case No. 18-10601 (MFW)
                                                                :
        Debtors.         : (Jointly Administered)
                                                                :
---------------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR TELEPHONIC HEARING ON JULY 9, 2020 AT 11:30 A.M. (ET)[2]

**PLEASE NOTE: THE HEARING WILL BE HELD TELEPHONICALLY ONLY. ANY PARTY WHO WISHES TO APPEAR AT THE HEARING MUST CONTACT COURTCALL, LLC AT 866-582-6878 NO LATER THAN JULY 8, 2020 BY NOON.**

**I.   STATUS CONFERENCE:**

1. Notice of Telephonic Status Conference Regarding Chapter 11 Cases Scheduled for July 9, 2020 at 11:30 a.m. (ET) [Docket No. 2862 - filed July 2, 2020]

   Related Documents: None at this time.

   Status: A status conference will go forward.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

[2] The hearing is scheduled to be held telephonically before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

Dated: July 7, 2020
Wilmington, Delaware

*/s/ David T. Queroli*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
   heath@rlf.com
   shapiro@rlf.com
   haywood@rlf.com
   queroli@rlf.com

- and -

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: pzumbro@cravath.com
   jzobitz@cravath.com
   kdemasi@cravath.com

*Attorneys for the Debtors and Debtors in Possession*

RLF1 23665976v.1