**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------------x

|                                           |     |                                  |
|-------------------------------------------|-----|----------------------------------|
| In re:                                    | :   |                                  |
|                                           | :   | Chapter 11                       |
| THE WEINSTEIN COMPANY HOLDINGS            | :   |                                  |
| LLC, *et al.*,                            | :   | Case No. 18-10601 (MFW)          |
|                                           | :   |                                  |
|                          Debtors. [1]     | :   | (Jointly Administered)           |
|                                           | :   |                                  |
|                                           | :   | **Ref. Docket Nos. 2854, 2861, 2862** |

-------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 2, 2020, I caused to be served the

    a.  "Certificate of Counsel Regarding Order Scheduling Omnibus Hearing Date," dated June 30, 2020 [Docket No. 2854], (the "Certificate of Counsel"),

    b.  "Order Scheduling Omnibus Hearing Date," dated July 1, 2020 [Docket No. 2861], (the "Hearing Date"), and

    c.  "Notice of Telephonic Status Conference Regarding Chapter 11 Cases Scheduled for July 9, 2020 at 11:30 A.M. (ET)," dated July 2, 2020 [Docket No. 2862], (the "Notice of Status Conference"),

    by causing true and correct copies of the:

---

[1]  The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of this information may be obtained on the website of the Debtors claims and noticing agent at http://dm.epiq11.com/twc.

[2]  Epiq Bankruptcy Solutions, LLC is now known as Epiq Corporate Restructuring, LLC

    i.    Certificate of Counsel and Hearing Date, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.    Certificate of Counsel and Hearing Date, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.    Notice of Status Conference, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>, and

    iv.    Notice of Status Conference to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D.</u>

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

4.  In addition, I hereby certify that the referenced document(s) were electronically filed with the United States Bankruptcy Court for the District of Delaware by using the CM/ECF system. I further certify that the parties of record in this case, all registered CM/ECF users located on the Court's Electronic Mail Notice List, annexed hereto as <u>Exhibit E</u>, were served through the CM/ECF system.

    */s/ Panagiota Manatakis*
    Panagiota Manatakis

Sworn to before me this
7th day of July, 2020
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO PORTFOLIO FUNDING COMPANY LLC I) ATTN: DEBORAH J. NEWMAN, ESQ. ONE BRYANT PARK BANK OF AMERICA TOWER NEW YORK NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO EAST WEST BANK) ATTN: DAVID F. STABER, ESQ. 2300 N FIELD ST, STE 1800 DALLAS TX 75201-2481 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO PORTFOLIO FUNDING COMPANY LLC I) ATTN: DAVID P. SIMONDS, ESQ. 1999 AVENUE OF THE STARS, STE 600 LOS ANGELES CA 90067-6022 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | C/O BECKET & LEE LLP PO BOX 3001 MALVERN PA 19355-0701 |
| BROWN RUDNICK LLP | (COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK, S.A.THOMAS, M.SAGEMILLER & N.KLATT) ATTN: EDWARD S. WEISFELNER, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BUSH GOTTLIEB | (COUNSEL TO DIRECTORS GUILD OF AMERICA, INC ET AL) ATTN: JOSEPH A. KOHANSKI, DAVID E. AHDOOT, KIRK PRESTEGARD & KIEL IRELAND, ESQS. 801 N BRAND BLVD STE 950 GLENDALE CA 91203 |
| DAIMLER TRUST | C/O BK SERVICING, LLC PO BOX 131265 SAINT PAUL MN 55113-0011 |
| DIGITAL CINEMA IMPLEMENTATION PARTNERS, LLC | ATTN: MICHAEL POLITI 100 ENTERPRISE DRIVE, SUITE 505 ROCKAWAY NJ 07866-2140 |
| FRIED SAPERSTEIN ABBATT, P.C. | (COUNSEL TO GOLDFLAT PRODUCTIONS, LLC & WESTSIDE PRODUCTIONS, LLC) ATTN: CANDYCE EWING ABBATT 31700 TELEGRAPH ROAD, SUITE 120 BINGHAM FARMS MI 48025 |
| FRIEDMAN & SPRINGWATER LLP | (COUNSEL TO UNIVERSAL MUSIC ENTERPRISES, ET AL.) ATTN: JAKE K. SPRINGWATER, ESQ. 350 SANSOME STREET, SUITE 210 SAN FRANCISCO CA 94101 |
| GIBSON, DUNN & CRUTCHER LLP | ATTN: ROBERT A KLYMAN & MATTHEW G. BLOUSLOG (COUNSEL TO INVESTMENT COUNTERPARTIES) 333 SOUTH GRAND AVENUE LOS ANGELES CA 90071 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | (COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK, S.A.THOMAS, M.SAGEMILLER & N.KLATT) ATTN: EMILY BROWN, ESQ. 455 N. CITYFRONT PLAZA DR., STE 2410 CHICAGO IL 60611 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | (COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK, S.A.THOMAS, M.SAGEMILLER & N.KLATT) ATTN: STEVE W. BERMAN & SHELBY SMITH, ESQS. 1301 SECOND AVE, STE 2000 SEATTLE WA 98101 |
| HOGAN LOVELLS US LLP | (COUNEL TO PORTFOLIO FUNDING COMPANY LLC 1) ATTN: DAVID P. SIMONDS, ESQ & EDWARD MCNEILLY, ESQ 1999 AVENUE OF THE STARS, SUITE 1400 LOS ANGELES CA 90067 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| IP MANAGEMENT, INC. / IPW, LLC | C/O MARC TOBEROFF 23823 MALIBU ROAD, SUITE 50-363 MALIBU CA 90265 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CINEDIGM) ATTN: JAMES S. CARR & KRISTEN S. ELLIOTT, ESQS. 101 PARK AVE NEW YORK NY 10178 |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | (COUNSEL TO NETFLIX GLOBAL LLC, NETFLIX INTL. B.V. NETFLIX STUDIOS LLC, AND NETFLIX, INC.) ATN: THOMAS E. PATTERSON & JULIAN I. GURULE, ESQS. 1999 AVENUE OF THE START, 39TH FLOOR LOS ANGELES CA 90067-6049 |
| LANDAU GOTTFRIED & BERGER LLP | (COUNSEL TO CREATIVE ARTISTS AGENCY) ATTN: MICHAEL I. GOTTFRIED, ESQ. 1880 CENTURY PARK EAST, STE 1101 LOS ANGELES CA 90067 |
| LANDAU GOTTFRIED & BERGER LLP | (COUNSEL TO KANBAR ENTERTAINMENT, LLC AND HOODWINKED, LLC) ATTN: JOHN P. REITMAN & JON L.R. DALBERG, ESQS. 1801 CENTRUY PARK EAST, SUITE 700 LOS ANGELES CA 90067 |
| LATHAM & WATKINS LLP | (COUNSEL TO TIM SARNOFF) ATTN: MARVIN S. PUTNAM & LAURA R. WASHINGTON, ESQS 10250 CONSTELLATION BLVD., SUITE 1100 LOS ANGELES CA 90067 |
| LIGHT CHASER ANIMATION STUDIOS | ATTN: ZHOU YU SECTION D, ART BASE ONE, SHUMBAI RD CHAOYANG DISTRICT BEIJING 100103 CHINA |
| LOEB & LOEB LLP | (COUNSEL TO BBC WORLDWIDE LIMITED) ATTN: WALTER H. CHURCHAK & BETHANY D. SIMMONS 345 PARK AVENUE NEW YORK NY 10154 |
| MCCABE, WEISBERG & CONWAY, LLC | (COUNSEL TO DAIMLER TRUST) ATTN: JANET Z. CARLTON, CHASE N. MILLER, KRISTI J. DOUGHTY & MICHAEL K. PAK 1407 FOULK ROAD, SUITE 204 FOULKSTONE PLAZA WILMINGTON DE 19803 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE NEMOURS BUILDING 1007 N ORANGE ST 700 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JANE LEAMY & HANNAH M. MCCOLLUM, ESQS. J. CALEB BOGGS FEDERAL BUILDING 844 KING ST STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, THE | C/O ERIC T SCHNEIDERMAN 120 BROADWAY NEW YORK NY 10271 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | (COUNSEL TO STUDIOCANAL S.A.S., WILD BUNCH S.A., & GAUMONT S.A.) ATTN: KATHY A. JORRIE, ESQ., DAVID MINNICK, ESQ., & JEFFREY WEXLER, ESQ. 725 SOUTH FIGUEROA STREET, SUITE 2800 LOS ANGELES CA 90017-5406 |
| ROSENTHAL, MONHAIT & GODDESS, P.A. | (COUNSEL TO STUDIOCANAL S.A.S., WILD BUNCH S.A. & GAUMONT S.A.) ATTN: EDWARD B. ROSENTHAL, ESQ. P,O, BOX 1070 WILMINGTON DE 19899-1070 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR 200 VESEY ST STE 400 NEW YORK NY 10281 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SNELL & WILMER | (COUNSEL TO OPUS BANK) ATTN: ROBERT R. KINAS, BLAKELEY E. GRIFFITH & CHARLES E. GIANELLONI, ESQS. 3883 HOWARD HUGHES PARKWAY, STE. 1100 LAS VEGAS NV 89169 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: XAVIER BECERRA 1300 I ST, STE 1740 SACRAMENTO CA 95814 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: ERIC T. SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| TN DEPT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE BANKRUPTCY DIVISION PO BOX 20207 NASHVILLE TN 37202-0207 |
| TOBEROFF & ASSOCIATES, PC | (COUNSEL TO LESIA ANSON) ATTN: MARC TOBEROFF, ESQ. 23823 MALIBU ROAD, SUITE 50-363 MALIBU CA 90265 |
| WEIL, GOTHSAL & MANGES LLP | (COUNSEL TO A+E TELEVISION NETWORKS, LLC) ATTN: DAVID L. YOHAI, DAVID N. GRIFFITHS & THEODORE E. TSEKERIDES, ESQS. 767 FIFTH AVE NEW YORK NY 10153-0119 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | (COUNSEL TO WALT DISNEY COMPANY) ATTN: CHRISTOPHER HAMPSON, ESQ. 60 STATE STREET BOSTON MA 02109 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | (COUNSEL TO THE WALT DISNEY COMPANY) ATTN: NANCY L. MANZER, ESQ. 1875 PENNSYLVANIA AVENUE NW WASHINGTON DC 20006 |

**Total Creditor count  39**

**EXHIBIT B**

**THE WEINSTEIN COMPANY HOLDINGS LLC**

| |
|---|
| afg@pryormandelup.com |
| aglenn@kasowitz.com |
| andrew.goldman@wilmerhale.com |
| andrewtenzer@paulhastings.com |
| aremming@mnat.com; mtalmo@mnat.com |
| bankfilings@ycst.com; mnestor@ycst.com; amagaziner@ycst.com |
| bankruptcy2@ironmountain.com |
| bennettmurphy@quinnemanuel.com |
| bill.freeman@kattenlaw.com; jerry.hall@kattenlaw.com |
| boneill@kramerlevin.com |
| bsandler@pszjlaw.com |
| cahn@clm.com |
| chardman@winston.com |
| chipman@chipmanbrown.com |
| craig.martin@dlapiper.com |
| csamis@potteranderson.com; kgood@potteranderson.com |
| csimon@crosslaw.com; kmann@crosslaw.com |
| curtishehn@comcast.net |
| dabbott@mnat.com; dbutz@mnat.com; mharvey@mnat.com |
| dalowenthal@pbwt.com; jmasella@pbwt.com |
| daobrien@venable.com |
| dbeskrone@ashbygeddes.com |
| dgrassgreen@pszjlaw.com |
| dklauder@bk-legal.com |
| drichards@finemanlawfirm.com |
| driley@allenmatkins.com |
| emfox@seyfarth.com |
| emonzo@morrisjames.com |
| gdonilon@mmwr.com |
| gdonilon@pwujlaw.com |
| gfmcdaniel@dkhogan.com |
| gtaylor@ashbygeddes.com |
| guilfoyle@blankrome.com |
| hweg@robinskaplan.com; jmenton@robinskaplan.com |
| mdelaney@robinskaplan.com |
| j.waxman@morrisjames.com |
| jbagdanov@bg.law; ecf@bg.law |
| jdalberg@lgbfirm.com |
| jeff.friedman@kattenlaw.com |
| jfalgowski@burr.com |
| jhagle@sidley.com |

**THE WEINSTEIN COMPANY HOLDINGS LLC**

| |
|---|
| jharker@cohenseglias.com |
| jhh@stevenslee.com; ebc@stevenslee.com |
| jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com |
| jleto@letobassuk.com; lbassuk@letobassuk.com |
| jlevitan@proskauer.com |
| joevanleuven@dwt.com |
| jparker@psazlaw.com |
| jryan@potteranderson.com, rslaugh@potteranderson.com |
| jssabin@venable.com; cweinerlevy@venable.com |
| jstang@pszjlaw.com |
| karen@parklawllc.com |
| kathy.jorrie@pillsburylaw.com; dminnick@pillsburylaw.com; jeffrey.wexler@pillsburylaw.com |
| kblock@loeb.com; vrubinstein@loeb.com |
| kcowens@venable.com |
| klein@kleinllc.com |
| mail@morrisadelman.com |
| mark.desgrosseilliers@wbd-us.com; morgan.patterson@wbd-us.com |
| mark.minuti@saul.com |
| mary.caloway@bipc.com |
| matthew.ward@wbd-us.com; ericka.johnson@wbd-us.com; morgan.patterson@wbd-us.com |
| mbusenkell@gsbblaw.com |
| abrown@gsbblaw.com |
| melorod@gtlaw.com |
| mhelt@foley.com |
| mike@dcip.com |
| monzo@morrisjames.com |
| mstamer@akingump.com; skuhn@akingump.com; mlahaie@akingump.com; nmoss@akingump.com |
| nmonhait@rmgglaw.com; erosenthal@rmgglaw.com |
| parrow@buchalter.com |
| pbransten@glaserweil.com |
| pgurfein@lgbfirm.com |
| ppascuzzi@ffwplaw.com |
| rachel.nanes@dlapiper.com |
| rantonoff@blankrome.com |
| rbrady@ycst.com; sbeach@ycst.com; ejustison@ycst.com |
| rfeinstein@pszjlaw.com |
| rmersky@monlaw.com |
| rtrack@msn.com |
| sgiugliano@diamondmccarthy.com |
| skatona@polsinelli.com |
| skaufman@skaufmanlaw.com |

**THE WEINSTEIN COMPANY HOLDINGS LLC**

| |
|---|
| sselbst@herrick.com; agold@herrick.com |
| stern@lsellp.com; hornung@lsellp.com |
| strattond@pepperlaw.com; fournierd@pepperlaw.com; meltzere@pepperlaw.com |
| summersm@ballardspahr.com; roglenl@ballardspahr.com |
| susanwilliams@paulhastings.com; paulsagan@paulhastings.com |
| susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com |
| ted.dillman@lw.com |
| tgeher@jmbm.com; dpoitras@jmbm.com |
| thomas.califano@dlapiper.com; rachel.albanese@dlapiper.com |
| tscobb@vorys.com |
| wagnerr@gtlaw.com |
| wayne.smith@warnerbros.com |
| wbowden@ashbygeddes.com |
| wcurchack@loeb.com; bsimmons@loeb.com |

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | C/O BECKET & LEE LLP PO BOX 3001 MALVERN PA 19355-0701 |
| FRIED SAPERSTEIN ABBATT, P.C. | (COUNSEL TO GOLDFLAT PRODUCTIONS, LLC & WESTSIDE PRODUCTIONS, LLC) ATTN: CANDYCE EWING ABBATT 31700 TELEGRAPH ROAD, SUITE 120 BINGHAM FARMS MI 48025 |
| FRIEDMAN & SPRINGWATER LLP | (COUNSEL TO UNIVERSAL MUSIC ENTERPRISES, ET AL.) ATTN: JAKE K. SPRINGWATER, ESQ. 350 SANSOME STREET, SUITE 210 SAN FRANCISCO CA 94101 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| IP MANAGEMENT, INC. / IPW, LLC | C/O MARC TOBEROFF 23823 MALIBU ROAD, SUITE 50-363 MALIBU CA 90265 |
| MCCABE, WEISBERG & CONWAY, LLC | (COUNSEL TO DAIMLER TRUST) ATTN: JANET Z. CARLTON, CHASE N. MILLER, KRISTI J. DOUGHTY & MICHAEL K. PAK 1407 FOULK ROAD, SUITE 204 FOULKSTONE PLAZA WILMINGTON DE 19803 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE NEMOURS BUILDING 1007 N ORANGE ST 700 WILMINGTON DE 19801 |
| PEOPLE OF THE STATE OF NEW YORK, THE | C/O ERIC T SCHNEIDERMAN 120 BROADWAY NEW YORK NY 10271 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR 200 VESEY ST STE 400 NEW YORK NY 10281 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: XAVIER BECERRA 1300 I ST, STE 1740 SACRAMENTO CA 95814 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: ERIC T. SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | (COUNSEL TO THE WALT DISNEY COMPANY) ATTN: NANCY L. MANZER, ESQ. 1875 PENNSYLVANIA AVENUE NW WASHINGTON DC 20006 |

**Total Creditor count  13**

**EXHIBIT D**

**THE WEINSTEIN COMPANY HOLDINGS LLC**

abrown@gsbblaw.com
afg@pryormandelup.com
agbankdelaware@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
amagaziner@ycst.com
andrew.goldman@wilmerhale.com
andrewtenzer@paulhastings.com
aremming@mnat.com
bankfilings@ycst.com
Bankruptcy2@ironmountain.com
bennettmurphy@quinnemanuel.com
bgriffith@swlaw.com
bill.freeman@kattenlaw.com
boneill@kramerlevin.com
bsandler@pszjlaw.com
bsimmons@loeb.com
cahn@clm.com
cgianelloni@swlaw.com
chardman@winston.com
chipman@chipmanbrown.com
craig.martin@dlapiper.com
cris@crisarmenta.com
csamis@potteranderson.com
csimon@crosslaw.com
curtishehn@comcast.net
cweinerlevy@venable.com
dabbott@mnat.com
dabbott@mnat.com
dahdoot@bushgottlieb.com;
dalowenthal@pbwt.com
daobrien@venable.com
david.griffiths@weil.com
david.simonds@hoganlovells.com
david.yohai@weil.com
dbeskrone@ashbygeddes.com
dbutz@mnat.com
dgrassgreen@pszjlaw.com
djnewman@akingump.com
dklauder@bk-legal.com
dminnick@pillsburylaw.com
dpoitras@jmbm.com
drichards@finemanlawfirm.com

driley@allenmatkins.com
dstaber@akingump.com
ebc@stevenslee.com
ecf@bg.law
edward.mcneilly@hoganlovells.com
ejustison@ycst.com
emfox@seyfarth.com
emilyb@hbsslaw.com
emonzo@morrisjames.com
enid.stuart@ag.ny.gov
ericka.johnson@wbd-us.com
erosenthal@rmgglaw.com
eweisfelner@brownrudnick.com
fournierd@pepperlaw.com;
gary@lightchaseranimation.com
gdonilon@mmwr.com
gfmcdaniel@dkhogan.com
gtaylor@ashbygeddes.com
guilfoyle@blankrome.com
hannah.mccollum@usdoj.gov
hornung@lsellp.com
hweg@robinskaplan.com
jane.m.leamy@usdoj.gov
jbagdanov@bg.law
jdalberg@lgbfirm.com
jeff.friedman@kattenlaw.com
jeffrey.wexler@pillsburylaw.com
jerry.hall@kattenlaw.com
jfalgowski@burr.com
jgurule@ktbslaw.com
jhagle@sidley.com
jharker@cohenseglias.com
jhh@stevenslee.com
jhoover@beneschlaw.com
jkohanski@bushgottlieb.com;
jleto@letobassuk.com
jlevitan@proskauer.com
jmasella@pbwt.com
jmenton@robinskaplan.com
joevanleuven@dwt.com
jparker@psazlaw.com
jreitman@lgbfirm.com
jssabin@venable.com

**THE WEINSTEIN COMPANY HOLDINGS LLC**

jstang@pszjlaw.com
jwaxman@morrisjames.com
Karen@parklawllc.com
kathy.jorrie@pillsburylaw.com
kblock@loeb.com
kcapuzzi@beneschlaw.com
kcowens@venable.com
kdwbankruptcydepartment@kelleydrye.com
kelliott@kelleydrye.com
kgood@potteranderson.com
kireland@bushgottlieb.com
klein@kleinllc.com
kmann@crosslaw.com
kprestegard@bushgottlieb.com;
laura.washington@lw.com
lbassuk@letobassuk.com
mail@morrisadelman.com
mark.desgrosseilliers@wbd-us.com
mark.minuti@saul.com
marvin.putnam@lw.com
mary.caloway@bipc.com
matthew.ward@wbd-us.com
matthew.ward@wbd-us.com
mbouslog@gibsondunn.com
mbusenkell@gsbblaw.com
mdelaney@robinskaplan.com
melorod@gtlaw.com
meltzere@pepperlaw.com
mgottfried@lgbfirm.com
mharvey@mnat.com
mhelt@foley.com
mike@dcip.com
mlahaie@akingump.com
mnestor@ycst.com
morgan.patterson@wbd-us.com
morgan.patterson@wbd-us.com
mstamer@akingump.com
mtalmo@mnat.com
mtalmo@mnat.com
mtoberoff@toberoffandassociates.com
nmoss@akingump.com
notices@bkservicing.com
parrow@buchalter.com

paulsagan@paulhastings.com
pbransten@glaserweil.com
pgurfein@lgbfirm.com
ppascuzzi@ffwplaw.com
rachel.albanese@dlapiper.com
rachel.nanes@dlapiper.com
rantonoff@blankrome.com
rbrady@ycst.com
rfeinstein@pszjlaw.com
rkinas@swlaw.com
rklyman@gibsondunn.com
rmersky@monlaw.com
roglenl@ballardspahr.com
rtrack@msn.com
rzur@lgbfirm.com
sbeach@ycst.com
scottshelley@quinnemanuel.com
sgiugliano@diamondmccarthy.com
sherri.simpson@oag.texas.gov
skatona@polsinelli.com
skaufman@skaufmanlaw.com
skuhn@akingump.com
sselbst@herrick.com
stern@lsellp.com
steve@hbsslaw.com
strattond@pepperlaw.com;
summersm@ballardspahr.com
susanwilliams@paulhastings.com
susheelkirpalani@quinnemanuel.com
ted.dillman@lw.com
tgeher@jmbm.com
theodore.tsekerides@weil.com
thomas.califano@dlapiper.com
tpatterson@ktbslaw.com
tscobb@vorys.com
vrubinstein@loeb.com
wagnerr@gtlaw.com
wayne.smith@warnerbros.com
wbowden@ashbygeddes.com
wcurchack@loeb.com

**EXHIBIT E**

## Mailing Information for Case 18-10601-MFW

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Candyce Ewing Abbatt**  cabbatt@famfirm.com, sheri@famfirm.com
- **Derek C. Abbott**  dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com
- **James W. Adelman**  mail@morrisadelman.com
- **Rachel E. Albanese**  rachel.albanese@dlapiper.com
- **Paul H. Aloe**  paloe@kudmanlaw.com, yali@kudmanlaw.com;dsaponara@kudmanlaw.com
- **Paul S. Arrow**  parrow@buchalter.com
- **Jessica Lynn Bagdanov**  jbagdanov@bg.law, ecf@bg.law
- **Sean Matthew Beach**  bankfilings@ycst.com
- **Ian Connor Bifferato**  cbifferato@tbf.legal, mstewart@tbf.legal
- **Charles E. Boulbol**  rtrack@msn.com, rtrack@verizon.net
- **William Pierce Bowden**  wbowden@ashby-geddes.com
- **Charles G. Brackins**  CBrackins@hinshawlaw.com
- **Robert S. Brady**  bankfilings@ycst.com
- **Peter Manfred Bransten**  pbransten@glaserweil.com
- **Bernadette Brennan**  bbrennan@law.nyc.gov
- **Amy D. Brown**  abrown@gsbblaw.com
- **Michael G. Busenkell**  mbusenkell@gsbblaw.com
- **Daniel B. Butz**  dbutz@mnat.com
- **Aaron R. Cahn**  cahn@clm.com, trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com
- **Thomas R. Califano**  thomas.califano@dlapiper.com
- **Mary Caloway**  mary.caloway@bipc.com, sherry.fornwalt@bipc.com;donna.curcio@bipc.com
- **Kevin M. Capuzzi**  kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
- **John F. Carberry**  jcarberry@cl-law.com
- **David W. Carickhoff**  dcarickhoff@archerlaw.com
- **James S. Carr**  MVicinanza@ecf.inforuptcy.com
- **Rocco A. Cavaliere**  rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com
- **William E. Chipman**  chipman@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
- **Tiffany Strelow Cobb**  tscobb@vorys.com, mdwalkuski@vorys.com
- **Mark D. Collins**  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Joseph Corrigan**  Bankruptcy2@ironmountain.com
- **Walter H. Curchack**  wcurchack@loeb.com, nybkdocket@loeb.com;vrubinstein@loeb.com;ljurich@loeb.com;mjackson@loeb.com
- **Jon L.R. Dalberg**  jdalberg@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com
- **Michael David DeBaecke**  mdebaecke@ashbygeddes.com
- **Robert J. Dehney**  rdehney@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;robert-dehney-4464@ecf.pacerpro.com
- **Michael T Delaney**  mdelaney@robinskaplan.com, amatsuoka@robinskaplan.com
- **Mark L. Desgrosseilliers**  desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
- **Ted A. Dillman**  ted.dillman@lw.com
- **Gregory T. Donilon**  gdonilon@mmwr.com, gregory-donilon-6537@ecf.pacerpro.com
- **Gregory T. Donilon**  gdonilon@pwujlaw.com, gregory-donilon-6537@ecf.pacerpro.com
- **Kristi J. Doughty**  de-ecfmail@mwc-law.com, de-ecfmail@ecf.inforuptcy.com
- **Katharina Earle**  kearle@ashbygeddes.com
- **Jamie Lynne Edmonson**  jedmonson@rc.com, lshaw@rc.com
- **Vernon Louis Ellicott**  vernon@thebloomfirm.com
- **Epiq Corporate Restructuring, LLC**  nmrodriguez@epiqsystems.com
- **Justin Cory Falgowski**  jfalgowski@burr.com
- **S. Alexander Faris**  bankfilings@ycst.com
- **Robert J. Feinstein**  rfeinstein@pszjlaw.com
- **David M. Fournier**  fournied@pepperlaw.com, fournierd@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
- **Edward M. Fox**  emfox@seyfarth.com
- **Jeff J. Friedman**  jeff.friedman@kattanlaw.com, nyc.bknotices@kattenlaw.com
- **Larry W Gabriel**  lgabriel@bg.law
- **Scott F. Gautier**  sgautier@robinskaplan.com, dwymore@robinskaplan.com
- **Thomas M. Geher**  tmg@jmbm.com, tmg@ecf.inforuptcy.com
- **Jason A. Gibson**  gibson@teamrosner.com
- **Peter M. Gilhuly**  peter.gilhuly@lw.com, nacif.taousse@lw.com;ny-courtmail@lw.com
- **Sheryl P Giugliano**  sgiugliano@diamondmccarthy.com
- **Anthony F. Giuliano**  afg@pryormandelup.com
- **Steven W Golden**  sgolden@pszjlaw.com
- **Andrew N. Goldman**  andrew.goldman@wilmerhale.com, yolande.thompson@wilmerhale.com
- **L. Katherine Good**  kgood@potteranderson.com
- **L. Katherine Good**  kgood@potteranderson.com, cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com
- **Michael I. Gottfried**  MGottfried@elkinskalt.com, AAburto@elkinskalt.com;MYuen@elkinskalt.com
- **Joseph Grey**  jgrey@crosslaw.com, smacdonald@crosslaw.com
- **Victoria A. Guilfoyle**  guilfoyle@blankrome.com
- **Peter J. Gurfein**  pgurfein@landaufirm.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
- **Sasha M. Gurvitz**  sgurvitz@ktbslaw.com
- **Bryan J Hall**  bhall@blankrome.com
- **Derrick Hansen**  dhansen@friedmanspring.com
- **Carrie V Hardman**  chardman@winston.com, carrie-hardman-4684@ecf.pacerpro.com
- **James F Harker**  jharker@cohenseglias.com, sbruno@cohenseglias.com
- **Matthew B. Harvey**  mharvey@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;matt-harvey-8145@ecf.pacerpro.com
- **Brett Michael Haywood**  haywood@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Paul Noble Heath**  heath@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

- **Curtis A Hehn**   curtishehn@comcast.net
- **Marcus Helt**   mhelt@foley.com, kwilliams@gardere.com
- **Adam Hiller**   ahiller@adamhillerlaw.com
- **Michael Cory Hochman**   mhochman@monlaw.com
- **Jennifer R. Hoover**   jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
- **Stephan Hornung**   hornung@lsellp.com
- **Jay Walton Hurst**   jay.hurst@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Joseph H. Huston**   jhh@stevenslee.com
- **Patrick A. Jackson**   Patrick.jackson@faegredrinker.com, rokeysha.ramos@faegredrinker.com
- **Ericka Fredricks Johnson**   Ericka.johnson@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
- **Michael Joseph Joyce**   mjoyce@mjlawoffices.com
- **Elizabeth Soper Justison**   bankfilings@ycst.com
- **Shanti M. Katona**   skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Susan E. Kaufman**   skaufman@skaufmanlaw.com
- **David M. Klauder**   dklauder@bk-legal.com
- **Julia Bettina Klein**   klein@kleinllc.com
- **Steven K. Kortanek**   steve@x-claim.com
- **Lawrence Joel Kotler**   ljkotler@duanemorris.com
- **Carl N. Kunz**   ckunz@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
- **Meredith A. Lahaie**   mlahaie@akingump.com
- **Jane M. Leamy**   jane.m.leamy@usdoj.gov
- **Raymond Howard Lemisch**   rlemisch@klehr.com
- **Scott J. Leonhardt**   leonhardt@teamrosner.com
- **Jeffrey W. Levitan**   jlevitan@proskauer.com
- **Maxim B. Litvak**   mlitvak@pszjlaw.com
- **Michael Luskin**   luskin@lsellp.com
- **Robert Charles Maddox**   maddox@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Andrew L Magaziner**   bankfilings@ycst.com
- **Kevin Scott Mann**   kmann@crosslaw.com, smacdonald@crosslaw.com
- **R. Craig Martin**   craig.martin@dlapiper.com, carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
- **Laura L. McCloud**   agbankdelaware@ag.tn.gov
- **Hannah Mufson McCollum**   hannah.mccollum@usdoj.gov
- **Garvan F. McDaniel**   gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com
- **R. Stephen McNeill**   bankruptcy@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com
- **Edward J McNeilly**   edward.mcneilly@hoganlovells.com
- **Dennis A. Meloro**   melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
- **Evelyn J. Meltzer**   Evelyn.Meltzer@troutman.com,
  wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com
- **Evelyn J. Meltzer**   Evelyn.Meltzer@troutman.com,
  wlbank@troutman.com;wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com
- **James Paul Menton**   jmenton@robinskaplan.com
- **Rachel B. Mersky**   rmersky@monlaw.com
- **Kathleen M. Miller**   kmiller@skjlaw.com, llb@skjlaw.com
- **Mark Minuti**   mark.minuti@saul.com, robyn.warren@saul.com
- **Norman M. Monhait**   nmonhait@rmgglaw.com
- **Eric J. Monzo**   emonzo@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
- **James C Moon**   jmoon@melandrussin.com
- **Carl D. Neff**   cneff@foxrothschild.com, slynch@foxrothschild.com;ahrycak@foxrothschild.com
- **Michael S. Neiburg**   bankfilings@ycst.com
- **Michael R. Nestor**   bankfilings@ycst.com
- **Robert M. Novick**   courtnotices@kasowitz.com
- **Frank Eugene Noyes**   fnoyes@offitkurman.com, Elizabeth.White@offitkurman.com
- **Daniel A. O'Brien**   daobrien@venable.com
- **Keith C. Owens**   kowens@foxrothschild.com, khoang@foxrothschild.com
- **Ricardo Palacio**   rpalacio@ashby-geddes.com
- **Paul J. Pascuzzi**   ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Morgan L. Patterson**   morgan.patterson@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
- **Norman L. Pernick**   npernick@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- **Joanne P. Pinckney**   jpinckney@pwujlaw.com, tchambers@pwujlaw.com
- **David M. Poitras**   dpoitras@jmbm.com
- **David T Queroli**   Queroli@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Patrick J. Reilley**   preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- **Reliable Companies**   gmatthews@reliable-co.com
- **Andrew R. Remming**   aremming@mnat.com, andrew-remming-0904@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-
  2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
- **Deirdre M. Richards**   drichards@finemanlawfirm.com
- **Richard W. Riley**   rriley@wtplaw.com, clano@wtplaw.com
- **Colin Robinson**   crobinson@pszjlaw.com
- **Colin R. Robinson**   crobinson@pszjlaw.com
- **Laurel D. Roglen**   roglenl@ballardspahr.com, ambroses@ballardspahr.com
- **Alan Michael Root**   aroot@archerlaw.com
- **Adam L. Rosen**   adam.rosen@ALRcounsel.com, carolann@alrcounsel.com
- **Edward B. Rosenthal**   erosenthal@rmgglaw.com, jmeekins@rmgglaw.com
- **Frederick Brian Rosner**   rosner@teamrosner.com
- **Jeremy William Ryan**   jryan@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com
- **Jeffrey S. Sabin**   JSSabin@Venable.com
- **Christopher M. Samis**   csamis@coleschotz.com,
  cgiobbe@potteranderson.com;lhuber@potteranderson.com;jfarris@potteranderson.com;bankruptcy@potteranderson.com;lhuber@potteranderson.com
- **Bradford J. Sandler**   bsandler@pszjlaw.com
- **Bradford J. Sandler**   bsandler@pszjlaw.com

- **Susan K Seflin**   sseflin@bg.law
- **Stephen B. Selbst**   sselbst@herrick.com, courtnotices@herrick.com
- **Zachary I Shapiro**   shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Richard B. Sheldon**   rbs@msk.com
- **Russell C. Silberglied**   silberglied@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Christopher Page Simon**   csimon@crosslaw.com, smacdonald@crosslaw.com
- **David Ryan Slaugh**   rslaugh@potteranderson.com, bankruptcy@potteranderson.com
- **Dylan James Smith**   dsmith@loeb.com
- **Wayne M. Smith**   wayne.smith@warnerbros.com
- **Jane K. Springwater**   jspringwater@friedmanspring.com, nku@friedmanspring.com
- **Michael S. Stamer**   mstamer@akingump.com
- **James I. Stang**   jstang@pszjlaw.com, hrafatjoo@pszjlaw.com
- **Amanda R. Steele**   steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Richard Stern**   stern@lsellp.com
- **David B. Stratton**   david.stratton@troutman.com, wlbank@troutman.com,David.A.Smith@troutman.com,monica.molitor@troutman.com
- **Enid N Stuart**   enid.stuart@ag.ny.gov, louisa.irving@ag.ny.gov
- **Aaron H. Stulman**   astulman@potteranderson.com, lhuber@potteranderson.com;cgiobbe@potteranderson.com;bankruptcy@potteranderson.com
- **Matthew G. Summers**   summersm@ballardspahr.com, hartlt@ballardspahr.com
- **Matthew O Talmo**   mtalmo@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com
- **Gregory A. Taylor**   gtaylor@ashbygeddes.com
- **Neil Paresh Thakor**   nthakor@manatt.com
- **U.S. Trustee**   USTPRegion03.WL.ECF@USDOJ.GOV
- **Joseph M. VanLeuven**   joevanleuven@dwt.com, lizcarter@dwt.com
- **Jason Wallach**   jwallach@ghplaw.com
- **Christopher A. Ward**   cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Matthew P. Ward**   matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
- **Jeffrey R. Waxman**   jwaxman@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
- **Howard J. Weg**   hweg@robinskaplan.com
- **Jeffrey C. Wisler**   jwisler@connollygallagher.com
- **Michael W. Yurkewicz**   myurkewicz@klehr.com
- **Paul H Zumbro**   pzumbro@cravath.com, mao@cravath.com
  .

---