**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
The Weinstein Company Holdings LLC, *et al.*,[1]    :   Case No. 18-10601 (MFW)
                                                    :
              Debtors.                              :   (Jointly Administered)
                                                    :
---------------------------------------------------------- x

## **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Lauren A. Moskowitz of Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019-7475 to represent the above-captioned debtors and debtors in possession in the above-captioned cases.

Date:  July 30, 2020
       Wilmington, Delaware

                                                            */s/ Paul N. Heath*
                                                            Paul N. Heath (No. 3704)
                                                           RICHARDS, LAYTON & FINGER, P.A.
                                                           One Rodney Square
                                                           920 North King Street
                                                           Wilmington, Delaware  19801
                                                           Telephone:  (302) 651-7700
                                                           Facsimile:  (302) 651-7701
                                                           Email:  heath@rlf.com

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

RLF1 23787647v.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

   Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and am admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York, the District of Columbia and the Eastern District of Wisconsin, the Appellate Division First Department (NY State), the United States Court of Appeals for the Second Circuit, and the United States Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 30, 2020

                 */s/ Lauren A. Moskowitz*
                 Lauren A. Moskowitz
                 Cravath, Swaine & Moore LLP
                 Worldwide Plaza
                 825 Eighth Avenue
                 New York, NY 10019-7475
                 Telephone:  (212) 474-1000
                 E-mail: lmoskowitz@cravath.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.