# Court Conference

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Mary F. Walrath
#4

Calendar Date: 08/04/2020
Calendar Time: 10:30 AM ET

Amended Calendar  Aug 4 2020 7:09AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10765845 | Rachel E. Albanese | (212) 335-4500 ext. | DLA Piper (US), LLP | Interested Party, Spy Glass Media Group LLC / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10765940 | Mary Caloway | (302) 552-4209 ext. | Buchanan, Ingersoll & Rooney, P.C. | Creditor, Sartraco Inc. / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10765281 | Katherine Chilton | (310) 871-0613 ext. | Netflix Inc. | Creditor, Netflix Inc. / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10765167 | Walter H. Curchack | (212) 407-4861 ext. | Loeb & Loeb, LLP | Interested Party, Toyota / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10760109 | Elizabeth A. Fegan | (312) 741-1019 ext. | Fegan Scott LLC | Interested Party, Elizabeth A. Fegan / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10767877 | Robert J. Feinstein | (212) 561-7710 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10767307 | Ebba Gebisa | (312) 402-7086 ext. | Skadden, Arps, Slate, Meagher & Flom LLP | Representing, Skadden Arps / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10740336 | Sasha M. Gurvitz | (310) 407-4032 ext. | KTBS Law LLP | Creditor, Netflix,INC. / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10767378 | Adam Harris | (212) 756-2253 ext. | Schulte Roth & Zabel LLP | Creditor, Robert Weinstein / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10767322 | Salah Hawkins | (212) 474-1000 ext. | Cravath, Swaine & Moore LLP | Debtor, The Weinstein Company / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10768970 | Paul Heath | (302) 651-7886 ext. | Richards, Layton & Finger, P.A. | Debtor, The Weinstein Company Holdings, LLC / LIVE |

| Case # | Debtor | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| 18-10601 | The Weinstein Company Holdings LLC | Hearing | 10770157 | Curtis A. Hehn | (302) 757-3491 ext. | The Law Office of Curtis A Hehn | Creditor, Netflix, Inc / LIVE |
| 18-10601 | The Weinstein Company Holdings LLC | Hearing | 10767325 | Tammuz Huberman | (212) 474-1000 ext. | Cravath, Swaine & Moore LLP | Debtor, The Weinstein Company / LISTEN ONLY |
| 18-10601 | The Weinstein Company Holdings LLC | Hearing | 10767565 | Louisa Irving | (212) 416-6134 ext. | State of New York - Office of the Attorney General | Representing, State of New York / LISTEN ONLY |
| 18-10601 | The Weinstein Company Holdings LLC | Hearing | 10760600 | Joseph Kohanski | (818) 973-3253 ext. | Bush Gottlieb | Creditor, DGA / LISTEN ONLY |
| 18-10601 | The Weinstein Company Holdings LLC | Hearing | 10766972 | Jane Leamy | (302) 573-6566 ext. | Office of the United States Trustee | U.S. Trustee, U.S. Trustee / LIVE |
| 18-10601 | The Weinstein Company Holdings LLC | Hearing | 10694015 | Zhao Liu | (302) 777-1111 ext. | The Rosner Law Group LLC | Creditor, Tort Victims / LIVE |
| 18-10601 | The Weinstein Company Holdings LLC | Hearing | 10767228 | Daniel A. Lowenthal | (212) 336-2720 ext. | Patterson Belknap Webb & Tyler | Debtor, The Weinstein Company Holdings, LLC / LISTEN ONLY |
| 18-10601 | The Weinstein Company Holdings LLC | Hearing | 10770364 | Gene Maddaus | (323) 617-9140 ext. | Variety | Interested Party, Variety / LISTEN ONLY |
| 18-10601 | The Weinstein Company Holdings LLC | Hearing | 10767233 | James V. Masella | (212) 336-2105 ext. | Patterson Belknap Webb & Tyler | Debtor, The Weinstein Company Holdings LLC / LISTEN ONLY |
| 18-10601 | The Weinstein Company Holdings LLC | Hearing | 10767027 | Hannah M. McCollum | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, U.S. Trustee / LIVE |
| 18-10601 | The Weinstein Company Holdings LLC | Hearing | 10770433 | Kevin Mintzer | (917) 284-1339 ext. | Law Office of Kevin Mintzer | Creditor, Wedil, David / LISTEN ONLY |
| 18-10601 | The Weinstein Company Holdings LLC | Hearing | 10767900 | Patrick Mohan | (646) 390-5739 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| 18-10601 | The Weinstein Company Holdings LLC | Hearing | 10767298 | Lauren Moskowitz | (212) 474-1000 ext. | Cravath, Swaine & Moore LLP | Debtor, The Weinstein Company and Debtor Affiliates / LIVE |
| 18-10601 | The Weinstein Company Holdings LLC | Hearing | 10762919 | Thomas E. Patterson | (310) 407-4035 ext. | KTBS Law LLP | Creditor, Netflix, Inc., / LIVE |
| 18-10601 | The Weinstein Company Holdings LLC | Hearing | 10764381 | David Postel | (416) 368-5000 ext. 111 | Henein Hutchison LLP | Plaintiff(s), Kelly Sipherd, et al  / LISTEN ONLY |
| 18-10601 | The Weinstein Company Holdings LLC | Hearing | 10767582 | Sandra Pullman | (212) 416-8623 ext. | State of New York - Office of the Attorney General | Representing, State of New York / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10768982 | David T. Queroli | (302) 651-7648 ext. | Richards, Layton & Finger, P.A. | Debtor, The Weinstein Company Holdings, LLC / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10767048 | Colin R. Robinson | (302) 778-6426 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10767885 | Jason Rosell | (415) 263-7000 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10765873 | Matthew Sarna | (302) 468-5700 ext. | DLA Piper (US), LLP | Interested Party, Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10767643 | Mark D. Silverschotz | (212) 278-1870 ext. | Anderson Kill P.C. | Interested Party, Mark Silverschotz / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10758807 | Enid N. Stuart | (212) 416-8666 ext. | State of New York - Office of the Attorney General Civil Recoveries Bureau | Bankruptcy Counsel, New York State Attorney General / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10767188 | Alex S. Talesnick | (212) 597-8235 ext. | Luskin, Stern & Eisler, LLP | Creditor, Viacom / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10767183 | Louis Testa | (518) 776-2607 ext. | State of New York - Office of the Attorney General Civil Recoveries Bureau | Interested Party, State of New York / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10770578 | Melissa Thompson | (917) 715-0458 ext. | Melissa Thompson - In Pro Per/Pro Se | Interested Party, Melissa Thompson / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10770373 | Michael S. Tucker | (216) 583-7120 ext. | Ulmer & Berne LLP | Creditor, 99 Hudson Street / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10751896 | Edward Weisfelner | (212) 209-4900 ext. | Brown Rudnick LLP | Interested Party, Hagen Berman / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10770511 | Douglas H. Wigdor | (212) 257-6800 ext. | Wigdor LLP | Plaintiff(s), Chiu, David, Huett, Perkins, Sokola, Wulff / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10754263 | Sigmund Wissner-Gross | (212) 209-4930 ext. | Brown Rudnick LLP | Interested Party, Hagens Berman / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10767289 | Paul Zumbro | (212) 474-1036 ext. | Cravath, Swaine & Moore LLP | Debtor, The Weinstein Company / LIVE |