```
          IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF DELAWARE

In re:                            ) Chapter 11
                                  )
THE WEINSTEIN COMPANY             )
HOLDINGS, LLC, et al.,            )
                                  ) Case No. 18-10601 (MFW)
        Debtors.                  ) Jointly Administered
_____    )
```

**O R D E R**

**AND NOW,** this **17th** day of **AUGUST, 2020,** upon consideration of the Motion to Compel Compliance with Sale Order filed by Sartraco, Inc., and the opposition thereto, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion to Compel Compliance with Sale Order is **DENIED.**

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: Curtis A. Hehn, Esquire [1]

---

[1] Counsel shall distribute a copy of this Order to all interested parties and file a Certificate of Service with the Court.

**SERVICE LIST**

Curtis A. Hehn, Esquire
1007 North Orange Street, 4th Floor
Wilmington, DE 19801
Counsel for Netflix, Inc.

Thomas E. Patterson, Esquire
Sasha M. Gurvitz, Esquire
KTBS Law
1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, CA 90067-6049
Counsel for Netflix, Inc.

Mary F. Caloway
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 990
Wilmington, Delaware 19801
Counsel for Sartraco, Inc.

David Stratton, Esquire
David Fournier, Esquire
Evelyn Meltzer, Esquire
Troutman Pepper Hamilton LLP
Hercules Plaza Suite 5100
1313 North Market Street
Wilmington, DE 19899-1709
Counsel to Spyglass Media Group LLC

Mark Collins, Esquire
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Counsel for the Debtors

Paul H. Zumbro, Esquire
George E. Zobitz, Esquire
Karin A. DeMasi, Esquire
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Counsel for the Debtors