# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
                                                                 :
In re:                                                           : Chapter 11
                                                                 :
The Weinstein Company Holdings LLC, *et al.*,[1]                 : Case No. 18-10601 (MFW)
                                                                 :
    Debtors.                                 : (Jointly Administered)
                                                                 :
                                                                 : **Re:  Docket No. 2934 & 2959**
                                                                 :
---------------------------------------------------------------- x


**DECLARATION OF KARIN A. DEMASI IN SUPPORT OF DEBTORS' OBJECTION TO THE MOTION OF HARVEY WEINSTEIN FOR ENTRY OF AN ORDER MODIFYING THE AUTOMATIC STAY TO AUTHORIZE THE PROSECUTION OF PRE-PETITION ARBITRATION <u>PROCEEDINGS IN THE STATE OF NEW YORK</u>**

    I, Karin A. DeMasi, declare as follows:

    1.    I am a member of the law firm of Cravath, Swaine & Moore LLP, counsel to the Debtors in the above-captioned Chapter 11 proceedings.  I am admitted to practice in the State of New York and also admitted to practice before this Court *pro hac vice*.

    2.    I submit this declaration in support of the *Debtors' Objection to the Motion of Harvey Weinstein For Entry of an Order Modifying the Automatic Stay to Authorize the Prosecution of Pre-Petition Arbitration Proceedings in the State of New York*.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837).  The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

2

3. Attached hereto as **Exhibit A** is a true and correct copy of certain email correspondence between JAMS and counsel for the Estate of The Weinstein Company Holdings LLC and counsel for Harvey Weinstein from June 25, 2018 to February 3, 2020, combining separate email threads as indicated in the Exhibit.

4. Attached hereto as **Exhibit B** is a true and correct copy of the May 4, 2020 Application to Dismiss the Arbitration by the Estate of The Weinstein Company Holdings LLC; the May 12, 2020 Opposition to the Application to Dismiss by Harvey Weinstein; and the May 15, 2020 Reply in Support of the Application to Dismiss by the Estate of The Weinstein Company Holdings LLC.

5. Attached hereto as **Exhibit C** is a true and correct copy of certain email correspondence between JAMS and counsel for the Estate of The Weinstein Company Holdings LLC and counsel for Harvey Weinstein from March 17, 2020 to May 15, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 2, 2020
      New York, New York

/s/ Karin A. DeMasi
Karin A. DeMasi

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1059
Facsimile: (212) 474-3700
kdemasi@cravath.com