# EXHIBIT A

JAMS' June 25, 2018 Request for Confirmation



| | |
|---|---|
| To: | |
| Cc: | |
| Bcc: | |
| Subject: | Fw: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - REF no. 1425024989 |

| | |
|---|---|
| From: | Veronica Guevara <vguevara@jamsadr.com> |
| To: | "pglaser@glaserweil.com" <pglaser@glaserweil.com>, "echesler@cravath.com" <echesler@cravath.com>, "kdemasi@cravath.com" <kdemasi@cravath.com>, "kgarviswright@glaserweil.com" <kgarviswright@glaserweil.com>, "mgerst@glaserweil.com" <mgerst@glaserweil.com> |
| Cc: | "kgould@glaserweil.com" <kgould@glaserweil.com>, "charrison@glaserweil.com" <charrison@glaserweil.com>, Robert Davidson <RDavidson@JAMSADR.com> |
| Date: | 06/25/2018 11:32 AM |
| Subject: | Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - REF no. 1425024989 |

Please see the below from Mr. Davidson:

Dear Counsel:
I would like a status report and, specifically, whether you intend to keep the arbitration pending while other proceedings take their course. If so, your prediction of the timing would be appreciated.
Mr. Davidson



**Veronica Guevara**
ADR Specialist

JAMS
620 Eighth Avenue, 34th floor
New York, NY 10018
vguevara@jamsadr.com
**P:** 212.607.2761
**F:** 212.751.4099

**JAMS was named Mediation Firm of the Year in** *Who's Who Legal* **2017.**

U.S. International | LinkedIn | Twitter

JAMS' January 29, 2019 Request for Confirmation



**To:**
**Cc:**
**Bcc:**
**Subject:** Fw: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989

| | |
|---|---|
| From: | Karin DeMasi/NYC/Cravath |
| To: | "Michael Gerst" <mgerst@glaserweil.com> |
| Cc: | "Veronica Guevara" <vguevara@jamsadr.com>, "Patricia Glaser" <pglaser@glaserweil.com>, Evan Chesler/NYC/Cravath@Cravath, "Kerry Garvis Wright" <kgarviswright@glaserweil.com>, "Kathy Gould" <kgould@glaserweil.com>, David Korn/NYC/Cravath@Cravath |
| Date: | 01/29/2019 05:31 PM |
| Subject: | Re: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989 |

Ms. Guevara,

I suggest that we wait to hear from Claimant's new counsel whether Claimant is still pursuing this matter. Respondent The Weinstein Company Holdings LLC is (since March 2018) under the jurisdiction of the bankruptcy court in Delaware.

Best,

Karin DeMasi

On Jan 29, 2019, at 5:15 PM, Michael Gerst <mgerst@glaserweil.com> wrote:

Veronica,

We are no longer counsel to Mr. Weinstein. I have forwarded your request to his new counsel, and they should be in touch.

Regards,
Mike

<image002.jpg>

**Michael Gerst | Associate**
10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067
Main: 310.553.3000 | Direct: 310.282.6282 | Fax: 310.785.3582
E-Mail: mgerst@glaserweil.com | www.glaserweil.com

<image003.png><image004.jpg>

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Veronica Guevara [mailto:vguevara@jamsadr.com]
**Sent:** Tuesday, January 29, 2019 12:48 PM
**To:** Patricia Glaser <pglaser@glaserweil.com>; echesler@cravath.com; kdemasi@cravath.com; Kerry Garvis Wright <kgarviswright@glaserweil.com>; Michael Gerst <mgerst@glaserweil.com>
**Cc:** Kathy Gould <kgould@glaserweil.com>; dkorn@cravath.com

**Subject:** Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989

Dear Counsel,

Please provide a status report regarding this matter.  Thank you.

Regards,
Veronica Guevara

| | |
|---|---|
| <image005.png> | **Veronica Guevara**<br>ADR Specialist<br><br>**Local Solutions. Global Reach.**™<br>620 Eighth Avenue, 34th floor<br>New York, NY 10018<br>P: 212-607-2761   |   F: 212-751-4099<br>**www.jamsadr.com**<br><br>Follow us on **LinkedIn** and **Twitter**. |

JAMS' June 26, 2019; July 2, 2019; July 30, 2019; Aug. 20, 2019;
Sept. 20, 2019; and Oct. 11, 2019 Requests for Confirmation



**To:**
**Cc:**
**Bcc:**
**Subject:** Fw: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989

| | |
|---|---|
| From: | "Phyllis Kupferstein" <pk@kupfersteinmanuel.com> |
| To: | "Christopher Brancato" <CBrancato@jamsadr.com> |
| Cc: | "dkorn@cravath.com" <dkorn@cravath.com>, "echesler@cravath.com" <echesler@cravath.com>, "kdemasi@cravath.com" <kdemasi@cravath.com> |
| Date: | 10/11/2019 01:08 PM |
| Subject: | Re: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989 |

Yes, thank you. I'll be in touch soon about scheduling.

Phyllis Kupferstein
Kupferstein Manuel LLP
865 South Figueroa Street, Suite 3338
Los Angeles, California 90017
213-988-7531 main
213-988-7532 fax
pk@kupfersteinmanuel.com

On Oct 11, 2019, at 10:06 AM, Christopher Brancato <CBrancato@jamsadr.com> wrote:

> Good afternoon,
>
> Mr. Davidson would like to know if we should keep this arbitration open. Please advise.
>
> Thank you,
>
> Chris Brancato
>
> <image001.png>
>
> **Christopher Brancato**
> Case Manager
>
> **JAMS - *Local Solutions. Global Reach.*** ™
> 620 8th Avenue | 34th Floor | New York, NY 10018
> P: 212-607-2770 | F: 212-751-4099
> www.jamsadr.com
>
> Follow us on **LinkedIn** and **Twitter**.
>
> **From:** Christopher Brancato
> **Sent:** Friday, September 20, 2019 9:54 AM
> **To:** pk@kupfersteinmanuel.com

**Cc:** dkorn@cravath.com; echesler@cravath.com; kdemasi@cravath.com
**Subject:** RE: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989

Good Morning Ms. Kupferstein,

I just wanted to follow up on the below.

Thank you,

Chris Brancato

<image001.png>

**Christopher Brancato**
Case Manager

**JAMS -** *Local Solutions. Global Reach.*™
620 8th Avenue | 34th Floor | New York, NY 10018
P: 212-607-2770 | F: 212-751-4099
www.jamsadr.com

Follow us on **LinkedIn** and **Twitter**.

**From:** Virginia Corvey
**Sent:** Tuesday, August 20, 2019 1:14 PM
**To:** Phyllis Kupferstein <pk@kupfersteinmanuel.com>
**Cc:** dkorn@cravath.com; echesler@cravath.com; kdemasi@cravath.com
**Subject:** RE: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989

Dear Ms. Kupferstein,

Have you received confirmation from your client?

Thank you,

Virginia

<image001.png>

**Virginia S. Corvey**
Assistant Manager

**JAMS -** *Local Solutions. Global Reach.*™
620 8th Avenue | 34th Floor | New York, NY 10018
P: 212-607-2754 | F: 212-751-4099
www.jamsadr.com

Follow us on **LinkedIn** and **Twitter**.

**From:** Virginia Corvey
**Sent:** Tuesday, July 30, 2019 9:17 AM
**To:** Phyllis Kupferstein <pk@kupfersteinmanuel.com>
**Cc:** dkorn@cravath.com; echesler@cravath.com; kdemasi@cravath.com
**Subject:** RE: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989

Good Morning, Ms. Kupferstein.

Just following up on the below.

Thank you,

Virginia

<image001.png>

**Virginia S. Corvey**
Assistant Manager

**JAMS -** *Local Solutions. Global Reach.*™
620 8th Avenue | 34th Floor | New York, NY 10018
P: 212-607-2754 | F: 212-751-4099
www.jamsadr.com

Follow us on **LinkedIn** and **Twitter**.

**From:** Phyllis Kupferstein <pk@kupfersteinmanuel.com>
**Sent:** Tuesday, July 2, 2019 2:56 PM
**To:** Virginia Corvey <VCorvey@jamsadr.com>
**Cc:** dkorn@cravath.com; echesler@cravath.com; kdemasi@cravath.com
**Subject:** RE: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989

I believe that Mr. Weinstein will be pursuing the arbitration and that I will be retained as counsel. I should have confirmation by the end of the week.

Phyllis Kupferstein
**Kupferstein Manuel LLP**
865 South Figueroa Street, Suite 3338
Los Angeles, California  90017
213-988-7531 main
213-988-7528 direct
213-988-7532 fax
pk@kupfersteinmanuel.com
www.kupfersteinmanuel.com

<image002.png>    <image003.png>

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Virginia Corvey [mailto:VCorvey@jamsadr.com]
**Sent:** Tuesday, July 02, 2019 6:46 AM
**To:** Phyllis Kupferstein <pk@kupfersteinmanuel.com>
**Cc:** dkorn@cravath.com; echesler@cravath.com; kdemasi@cravath.com
**Subject:** RE: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989

Dear Ms. Kupferstein,

Mr. Gerst of Glaser Weil gave us your name as counsel for Mr. Weinstein in civil matters. Please see my email below sent to Mr. Gerst. We would appreciate a response.

Thank you.

Virginia Corvey, Mr. Davidson's Case Manager

<image001.png>

**Virginia S. Corvey**
Assistant Manager

**JAMS - *Local Solutions. Global Reach.*** ™
620 8th Avenue | 34th Floor | New York, NY 10018
P: 212-607-2754 | F: 212-751-4099
www.jamsadr.com

Follow us on **LinkedIn** and **Twitter**.

**From:** Michael Gerst <mgerst@glaserweil.com>
**Sent:** Friday, June 28, 2019 1:45 PM
**To:** Virginia Corvey <VCorvey@jamsadr.com>

**Cc:** Kerry Garvis Wright <kgarviswright@glaserweil.com>; Kathy Gould <kgould@glaserweil.com>; dkorn@cravath.com; Patricia Glaser <pglaser@glaserweil.com>; echesler@cravath.com; kdemasi@cravath.com; Phyllis Kupferstein <pk@kupfersteinmanuel.com>
**Subject:** RE: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989

Virginia,

Phyllis Kupferstein (cc'ed) is Harvey's counsel on other civil matters, so you can reach out to her directly going forward.

Her contact info is:
Phyllis Kupferstein
Kupferstein Manuel LLP
865 South Figueroa Street, Suite 3338
Los Angeles, California 90017
213-988-7531 main
213-988-7532 fax
pk@kupfersteinmanuel.com

Regards,
Mike

<image005.jpg>

**Michael Gerst |** Associate
10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067
Main: 310.553.3000 | Direct: 310.282.6282 | Fax: 310.785.3582
E-Mail: mgerst@glaserweil.com | www.glaserweil.com

<image006.png><image007.jpg>

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Virginia Corvey [mailto:VCorvey@jamsadr.com]
**Sent:** Wednesday, June 26, 2019 5:49 PM
**To:** Michael Gerst <mgerst@glaserweil.com>
**Cc:** Kerry Garvis Wright <kgarviswright@glaserweil.com>; Kathy Gould <kgould@glaserweil.com>; dkorn@cravath.com; Patricia Glaser <pglaser@glaserweil.com>; echesler@cravath.com; kdemasi@cravath.com
**Subject:** Re: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989

Understood, thank you!
Sent from my iPhone

On Jun 26, 2019, at 8:47 PM, Michael Gerst <mgerst@glaserweil.com> wrote:

Virginia,

We are attempting to contact Mr. Weinstein's new counsel, and either they or we will be in touch as soon as possible.

Regards,
Mike

<image005.jpg>

**Michael Gerst |** Associate
10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067
Main: 310.553.3000 | Direct: 310.282.6282 | Fax: 310.785.3582
E-Mail: mgerst@glaserweil.com | www.glaserweil.com

<image003.png><image007.jpg>

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Virginia Corvey [mailto:VCorvey@jamsadr.com]
**Sent:** Wednesday, June 26, 2019 4:48 AM
**To:** Kerry Garvis Wright <kgarviswright@glaserweil.com>; Michael Gerst <mgerst@glaserweil.com>
**Cc:** Kathy Gould <kgould@glaserweil.com>; dkorn@cravath.com; Patricia Glaser <pglaser@glaserweil.com>; echesler@cravath.com; kdemasi@cravath.com
**Subject:** Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989

Dear Mr. Gerst,

Since my voicemail of June 6, we have not heard from either Mr. Weinstein or his new counsel regarding the pending arbitration. We really must know whether or not he has an interest in continuing to pursue the matter. We would appreciate your communicating with him and letting him know that we will have little choice but to dismiss the proceeding (assuming that the respondent consents to that action) unless we receive a status report of some sort in the next two weeks.

If you prefer that we communicate with Mr. Weinstein directly we will need an email or other address for that purpose.

Regards,

Virginia Corvey, Mr. Davidson's Case Manager

| | |
|---|---|
| <image001.png> | **Virginia S. Corvey**<br>Assistant Manager |

**JAMS - *Local Solutions. Global Reach.*™**
620 8th Avenue | 34th Floor | New York, NY 10018
P: 212-607-2754 | F: 212-751-4099
**www.jamsadr.com**

Follow us on **LinkedIn** and **Twitter**.



image001.png    image002.png    image003.png    image004.png    image005.jpg

image006.png image007.jpg

JAMS' Jan. 3, 2020; Jan. 14, 2020; and Feb 3, 2020 Requests for Confirmation



**To:**
**Cc:**
**Bcc:**
**Subject:** Fw: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989

| | |
|---|---|
| From: | "Christopher Brancato" <CBrancato@jamsadr.com> |
| To: | "echesler@cravath.com" <echesler@cravath.com>, "kdemasi@cravath.com" <kdemasi@cravath.com>, "pk@kupfersteinmanuel.com" <pk@kupfersteinmanuel.com> |
| Cc: | "ccharlton@cravath.com" <ccharlton@cravath.com>, "Patrick Mullarkey" <PMullarkey@jamsadr.com> |
| Date: | 02/03/2020 11:22 AM |
| Subject: | RE: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989 |

Good morning,

Following on my email chain below, Mr. Kupferstein, can you please confirm that you are now representing Mr. Weinstein in this matter? Would you please be able to advise as to the status?

Thank you,

Chris Brancato

**From:** Christopher Brancato
**Sent:** Tuesday, January 14, 2020 12:38 PM
**To:** Michael Gerst <mgerst@glaserweil.com>; Patricia Glaser <pglaser@glaserweil.com>; echesler@cravath.com; kdemasi@cravath.com; Kerry Garvis Wright <kgarviswright@glaserweil.com>; pk@kupfersteinmanuel.com
**Cc:** ccharlton@cravath.com; Patrick Mullarkey <PMullarkey@JAMSADR.com>
**Subject:** RE: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989

Good afternoon,

Ms. Kupferstein, can you please confirm that you are now representing Mr. Weinstein in this matter?

Regards,

Chris Brancato

**From:** Michael Gerst <mgerst@glaserweil.com>
**Sent:** Friday, January 3, 2020 1:14 PM
**To:** Christopher Brancato <CBrancato@jamsadr.com>; Patricia Glaser <pglaser@glaserweil.com>; echesler@cravath.com; kdemasi@cravath.com; Kerry Garvis Wright <kgarviswright@glaserweil.com>; pk@kupfersteinmanuel.com
**Cc:** ccharlton@cravath.com
**Subject:** RE: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989

Chris, Glaser Weil is no longer representing Mr. Weinstein, Phyllis Kupferstein is now representing him.

Regards,
Mike

**Glaser Weil**

**Michael Gerst**
10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067
Main: 310.553.3000 | Direct: 310.282.6282 | Fax: 310.785.3582
E-Mail: mgerst@glaserweil.com | www.glaserweil.com



This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Christopher Brancato <CBrancato@jamsadr.com>
**Sent:** Friday, January 3, 2020 8:10 AM
**To:** Patricia Glaser <pglaser@glaserweil.com>; echesler@cravath.com; kdemasi@cravath.com; Kerry Garvis Wright <kgarviswright@glaserweil.com>; Michael Gerst <mgerst@glaserweil.com>; pk@kupfersteinmanuel.com
**Cc:** ccharlton@cravath.com
**Subject:** Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989

Counsel,

Would you please be able to advise as to the current status of the above-reference arbitration?

Thank you,

Chris Brancato



**Christopher Brancato**
Case Manager

**JAMS -** *Local Solutions. Global Reach.*™
620 8th Avenue | 34th Floor | New York, NY 10018
P: 212-607-2770 | F: 212-751-4099
www.jamsadr.com

Follow us on **LinkedIn** and **Twitter**.