# EXHIBIT C



To:
Cc:
Bcc:
Subject: Fw: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989  -- Application to Dismiss Arbitration

**From:** Robert Davidson <RDavidson@JAMSADR.com>
**Date:** May 15, 2020 at 9:31:13 PM EDT
**To:** Phyllis Kupferstein <pk@kupfersteinmanuel.com>, Karin DeMasi <KDeMasi@cravath.com>
**Cc:** Evan Chesler <EChesler@cravath.com>, Patrick Mullarkey <PMullarkey@jamsadr.com>, Christopher Brancato <CBrancato@jamsadr.com>
**Subject: Re:  Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989  -- Application to Dismiss Arbitration**

External (rdavidson@jamsadr.com)

Report This Email  FAQ

Dear Ms. Kupferstein,
In view of the Estate's position that it intends to oppose a lifting of the stay, please let us know your client's position. Does he wish to move forward? If not, then we should dismiss the matter.

If, on the other hand he intends to move to lift the stay (notwithstanding the estate's intention to oppose such an application), he should do so promptly, but certainly no later than June 18th. If Mr. Weinstein does apply to lift the stay, please submit a copy of the application to me,
Thank you.
Mr. Davidson

**From:** Robert Davidson <RDavidson@JAMSADR.com>
**Sent:** Thursday, May 14, 2020 9:30 AM
**To:** Phyllis Kupferstein <pk@kupfersteinmanuel.com>; Karin DeMasi <KDeMasi@cravath.com>
**Cc:** Evan Chesler <EChesler@cravath.com>; Patrick Mullarkey <PMullarkey@jamsadr.com>; Christopher Brancato <CBrancato@jamsadr.com>
**Subject:** Re: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989 -- Application to Dismiss Arbitration

Dear Counsel for the Respondent,
Please let us know by Monday whether, in response to Ms. Kupferstein's request, the estate is willing to join in an application to lift the automatic stay (or at least to state that it will not oppose such an application by Mr. Weinstein) to permit the proceeding to move forward.
The lifting of the stay will also enable the estate to pay its share of the fees billed to date.
If the estate is willing either to join in an application (or not to oppose such an application by Mr. Weinstein), the Claimant shall make such an application by June 18, 2020 or face dismissal of the arbitration.
Mr. Davidson

**From:** Phyllis Kupferstein <pk@kupfersteinmanuel.com>
**Sent:** Tuesday, May 12, 2020 5:14 PM
**To:** Robert Davidson <RDavidson@JAMSADR.com>; Karin DeMasi <KDeMasi@cravath.com>
**Cc:** Evan Chesler <EChesler@cravath.com>; Patrick Mullarkey <PMullarkey@jamsadr.com>; Christopher Brancato <CBrancato@jamsadr.com>
**Subject:** RE: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989 -- Application to Dismiss Arbitration

Arbitrator Davidson, please see the attached letter in opposition to the Estate's Application to Dismiss the Arbitration.

Phyllis Kupferstein
**Kupferstein Manuel LLP**
865 South Figueroa Street, Suite 3338
Los Angeles, California  90017
213-988-7531 main
213-988-7528 direct
213-988-7532 fax
pk@kupfersteinmanuel.com
www.kupfersteinmanuel.com

 



The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Robert Davidson [mailto:RDavidson@JAMSADR.com]
**Sent:** Thursday, May 07, 2020 2:04 PM
**To:** Karin DeMasi <KDeMasi@cravath.com>
**Cc:** Evan Chesler <EChesler@cravath.com>; Phyllis Kupferstein <pk@kupfersteinmanuel.com>; Patrick Mullarkey <PMullarkey@jamsadr.com>; Christopher Brancato <CBrancato@jamsadr.com>
**Subject:** Re: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989 -- Application to Dismiss Arbitration

Counsel for Mr. Weinstein is invited to respond to the Estate's application to dismiss the arbitration by the close of business on Tuesday, May 12, 2020.

Regards,
Mr. Davidson

---

**From:** Karin DeMasi <KDeMasi@cravath.com>
**Sent:** Monday, May 4, 2020 6:33 PM
**To:** Christopher Brancato <CBrancato@jamsadr.com>; Robert Davidson <RDavidson@JAMSADR.com>
**Cc:** Evan Chesler <EChesler@cravath.com>; Phyllis Kupferstein <pk@kupfersteinmanuel.com>; Patrick Mullarkey <PMullarkey@jamsadr.com>
**Subject:** Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989 -- Application to Dismiss Arbitration

Arbitrator Davidson,

Pursuant to Mr. Brancato's message below, we attach hereto the Estate's application to dismiss the Arbitration.

Respectfully submitted,

Karin A. DeMasi

---

| | |
|---|---|
| From: | "Christopher Brancato" <CBrancato@jamsadr.com> |
| To: | "Karin DeMasi" <KDeMasi@cravath.com>, "Phyllis Kupferstein" <pk@kupfersteinmanuel.com> |
| Cc: | "Evan Chesler" <EChesler@cravath.com>, "Patrick Mullarkey" <PMullarkey@jamsadr.com> |
| Date: | 04/27/2020 03:14 PM |
| Subject: | RE: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989 |

Arbitrator Davidson has instructed me to advise that in view of the lack of a response, he will now entertain an application to dismiss the arbitration without prejudice.

Best regards,

Chris Brancato

**Christopher Brancato**



Case Manager

**JAMS -** *Local Solutions. Global Reach.*™

620 8th Avenue | 34th Floor | New York, NY 10018
P: 212-607-2770 | F: 212-751-4099
**www.jamsadr.com**

Follow us on **LinkedIn** and **Twitter**.

**From:** Christopher Brancato
**Sent:** Tuesday, March 24, 2020 9:56 AM
**To:** Karin DeMasi <KDeMasi@cravath.com>; Phyllis Kupferstein <pk@kupfersteinmanuel.com>
**Cc:** Evan Chesler <EChesler@cravath.com>; Patrick Mullarkey <PMullarkey@JAMSADR.com>
**Subject:** RE: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989

Dear Parties:

Please see the following message sent on behalf of the Arbitrator:

**Dear Counsel:**

**Your request for additional time is granted. However, I will expect a substantive response in the next 30 days. After that time, I will entertain an application to dismiss the arbitration.**

**Mr. Davidson**



**Christopher Brancato**
Case Manager

**JAMS -** *Local Solutions. Global Reach.*™

620 8th Avenue | 34th Floor | New York, NY 10018
P: 212-607-2770 | F: 212-751-4099
**www.jamsadr.com**

Follow us on **LinkedIn** and **Twitter**.

**From:** Karin DeMasi <KDeMasi@cravath.com>
**Sent:** Monday, March 23, 2020 10:30 PM
**To:** Phyllis Kupferstein <pk@kupfersteinmanuel.com>
**Cc:** Christopher Brancato <CBrancato@jamsadr.com>; Evan Chesler <EChesler@cravath.com>; Patrick Mullarkey <PMullarkey@jamsadr.com>
**Subject:** Re: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989

The Estate has no objection to Claimant's request for additional time, with the Estate's position as noted below.

Respectfully,

Karin DeMasi

| | |
|---|---|
| From: | "Phyllis Kupferstein" <pk@kupfersteinmanuel.com> |
| To: | "Karin DeMasi" <KDeMasi@cravath.com> |
| Cc: | "Christopher Brancato" <CBrancato@jamsadr.com>, "Evan Chesler" <EChesler@cravath.com>, "Patrick Mullarkey" <PMullarkey@jamsadr.com> |
| Date: | 03/23/2020 10:24 PM |
| Subject: | Re: Weinstein, Harvey vs. Weinstein Company Holdings, LLC, et al. - JAMS Ref No. 1425024989 |

As you may imagine, I am having difficulty communicating with my client, and it is reported that he has tested positive for coronavirus. I request another few weeks, at least, so that I can provide advice to him and receive directions about this matter.

Phyllis Kupferstein
Kupferstein Manuel LLP
865 South Figueroa Street, Suite 3338
Los Angeles, California 90017
213-988-7531 main
213-988-7532 fax
pk@kupfersteinmanuel.com

On Mar 23, 2020, at 7:14 PM, Karin DeMasi <KDeMasi@cravath.com> wrote:

Mr. Brancato,

We represent the Weinstein Company's estate.  This matter has been dormant for more than two years with the company in bankruptcy.  We consider the matter to be over and have not heard anything contrary from Claimant's counsel at any point despite JAMS' many outreaches. We believe the matter can be closed and the arbitration dismissed.

Respectfully,

Karin DeMasi

On Mar 17, 2020, at 5:11 PM, Christopher Brancato <CBrancato@jamsadr.com> wrote:

Good afternoon,

Would parties please be able to provide a status update regarding the above-referenced matter?

Regards,

Chris Brancato

<image001.png>

**Christopher Brancato**
Case Manager

**JAMS -** *Local Solutions. Global Reach.*™
620 8th Avenue | 34th Floor| New York, NY 10018
P: 212-607-2770 | F: 212-751-4099
E:  CBrancato@jamsadr.com
**www.jamsadr.com**

Follow us on **LinkedIn** and **Twitter**.