**<u>Exhibit A</u>**



Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

Tax I.D. No.:  51-0226371

August 24, 2020
Invoice 622896

Page 1
Client #  751728
Matter # 200184

For disbursements incurred through July 31, 2020
relating to  Corporate Advice

OTHER CHARGES:

| | |
|---|---:|
| Conference Calling | $45.00 |
| Court Reporter Services | $22.80 |
| Document Retrieval | $22.70 |
| Electronic Legal Research | $10.70 |
| Filing Fees/Court Costs | $25.00 |
| Other Charges | $126.20 |

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$126.20** |
| BALANCE BROUGHT FORWARD | $679.68 |
| **TOTAL DUE FOR THIS MATTER** | **$805.88** |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 2

Client #  751728

Matter # 200184

---

For services through July 31, 2020

relating to  Case Administration

| 07/02/20 | Revise critical dates and coordinate calendar updates (.5); Prepare and circulate docket distribution to counsel (.1) | | | |
|---|---|---|---|---|
| Paralegal | M. Lynzy McGee | 0.60 hrs. | 295.00 | $177.00 |

| 07/06/20 | Prepare and circulate docket distribution to counsel (.1); Revise critical dates and coordinate calendar updates (.3) | | | |
|---|---|---|---|---|
| Paralegal | M. Lynzy McGee | 0.40 hrs. | 295.00 | $118.00 |

| 07/07/20 | Prepare and circulate docket distribution to counsel | | | |
|---|---|---|---|---|
| Paralegal | M. Lynzy McGee | 0.10 hrs. | 295.00 | $29.50 |

| 07/08/20 | Prepare and circulate docket distribution to counsel | | | |
|---|---|---|---|---|
| Paralegal | M. Lynzy McGee | 0.10 hrs. | 295.00 | $29.50 |

| 07/11/20 | Email correspondence with K. Herman and J. Rosell re: budget | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |

| 07/13/20 | Revise critical dates and coordinate calendar updates (.1); Prepare and circulate docket distribution to counsel (.1) | | | |
|---|---|---|---|---|
| Paralegal | M. Lynzy McGee | 0.20 hrs. | 295.00 | $59.00 |

| 07/14/20 | Correspondence with P. Manatakis regarding service | | | |
|---|---|---|---|---|
| Paralegal | M. Lynzy McGee | 0.10 hrs. | 295.00 | $29.50 |

| 07/14/20 | Email correspondence with K. Herman re: budget issue | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |

| 07/15/20 | Prepare and circulate docket distribution to counsel | | | |
|---|---|---|---|---|
| Paralegal | M. Lynzy McGee | 0.20 hrs. | 295.00 | $59.00 |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 3

Client #  751728

Matter # 200184

---

| 07/21/20 | Email L. McGee re: docket distributions | | | |
|---|---|---|---|---|
| Associate | David T Queroli | 0.10 hrs. | 550.00 | $55.00 |

| 07/21/20 | Prepare and circulate docket distribution to counsel (.1); Revise critical dates and coordinate calendar updates (.2) | | | |
|---|---|---|---|---|
| Paralegal | M. Lynzy McGee | 0.30 hrs. | 295.00 | $88.50 |

| 07/21/20 | Review of motion to convert (.3); Email correspondence with board and P. Zumbro re: conversion motion (.1) | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.40 hrs. | 875.00 | $350.00 |

| 07/22/20 | Email P. Heath re: conversion issue | | | |
|---|---|---|---|---|
| Associate | David T Queroli | 0.10 hrs. | 550.00 | $55.00 |

| 07/22/20 | Prepare and circulate docket distribution to counsel | | | |
|---|---|---|---|---|
| Paralegal | M. Lynzy McGee | 0.10 hrs. | 295.00 | $29.50 |

| 07/22/20 | Email correspondence with D. Queroli re: conversion motion (.1); Review email from E. Herman re: budget (.1) | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |

| 07/23/20 | Email correspondence with P. Zumbro and S. Hawkins re: conversion motion | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |

| 07/24/20 | Call with P. Heath re: conversion response (.2); Review conversion motion (.5); Research re: conversion issues (1.0); Emails with G. Eggen re: conversion motion (.1); Review and revise conversion response (4.0) | | | |
|---|---|---|---|---|
| Associate | David T Queroli | 5.80 hrs. | 550.00 | $3,190.00 |

| 07/24/20 | Research re: conversion motion (.8); Draft objection to motion to convert (4.9) | | | |
|---|---|---|---|---|
| Associate | Garrett S. Eggen | 5.70 hrs. | 400.00 | $2,280.00 |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 4

Client #  751728

Matter # 200184

---

| 07/24/20 | Email correspondence with S. Hawkins re: conversion motion (.2); Call with T. Huberman and S. Hawkins re: conversion motion (.2); Call with D. Queroli re: conversion motion (.2); Email correspondence with D. Queroli re: objection (.1) | | | |
| Director | Paul N. Heath | 0.70 hrs. | 875.00 | $612.50 |
| 07/25/20 | Review and revise conversion response (5.0); Emails with P. Heath re: comments (.1); Review P. Heath comments (.3); Call with P. Heath re: comments (.2); Review and revise conversion response per P. Heath comments (.3); Email P. Zumbro re: conversion response (.1) | | | |
| Associate | David T Queroli | 6.00 hrs. | 550.00 | $3,300.00 |
| 07/25/20 | Review and revise objection to conversion motion (1.1); Email correspondence with D. Queroli re: objection (.2); Call with D. Queroli re: same (.7); Email correspondence with D. Queroli and D. Queroli and P. Zumbro re: same (.1) | | | |
| Director | Paul N. Heath | 2.10 hrs. | 875.00 | $1,837.50 |
| 07/26/20 | Call with P. Heath and P. Zumbro re: conversion response (.8); Call with P. Heath re: conversion response (.2); Revise conversion reply (.5); Email P. Zumbro re: conversion response (.1) | | | |
| Associate | David T Queroli | 1.60 hrs. | 550.00 | $880.00 |
| 07/26/20 | Call with P. Zumbro, D. Queroli, S. Hawkins and T. Huberman re: motion to convert (.7); Call with D. Queroli re: conversion motion (.3); Email correspondence with P. Zumbro and D. Queroli re: same (.2); Review of revised objection to motion to convert (.2) | | | |
| Director | Paul N. Heath | 1.40 hrs. | 875.00 | $1,225.00 |
| 07/27/20 | Email correspondence with J. Rosell and S. Hawkins re: objection to motion to convert (.1); Review email from K. Herman re: budget issue (.1) | | | |
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 5

Client #  751728

Matter # 200184

---

| 07/28/20 | Emails with S. Hawkins re: conversion response (.1); Review Committee comments to conversion response (.5); Emails with S. Hawkins re: pro hacs (.1); Draft motion to shorten re: conversion reply (1.0); Research related to same (.4); Call with P. Heath re: conversion reply (.2); Draft notice re: conversion reply (.2); Call with L. McGee re: conversion reply (.1); Email L. McGee re: filing and service of conversion reply (.1); Emails with S. Hawkins re: pro hacs (.1) | | | |
| Associate | David T Queroli | 2.80 hrs. | 550.00 | $1,540.00 |
| | | | | |
| 07/28/20 | Draft pro hac vice motions for S. Hawkins and L. Moskowitz (.6); Prepare and circulate docket distribution to counsel (.1); Correspondence with S. Hawkins and revise distribution list regarding same (.1) | | | |
| Paralegal | M. Lynzy McGee | 0.80 hrs. | 295.00 | $236.00 |
| | | | | |
| 07/28/20 | Review of response to conversion motion (.4); Email correspondence with S. Hawkins re: response (.1); Review email from J. Rosell re: response (.1); Email correspondence with D. Queroli re: response (.3); Email correspondence with Board and P. Zumbro re: response (.1); Review of revised response (.1) | | | |
| Director | Paul N. Heath | 1.10 hrs. | 875.00 | $962.50 |
| | | | | |
| 07/29/20 | Coordinate calendar updates | | | |
| Paralegal | M. Lynzy McGee | 0.10 hrs. | 295.00 | $29.50 |
| | | | | |
| 07/29/20 | Review email from S. Hawkins re: account | | | |
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |
| | | | | |
| 07/30/20 | Prepare and circulate docket distributions to counsel | | | |
| Paralegal | M. Lynzy McGee | 0.10 hrs. | 295.00 | $29.50 |
| | | | | |
| 07/30/20 | Prepare pro hac vice motions for L. Moskowitz and S. Hawkins (.1); Coordinate payment of pro hac vice fees regarding same (.4); Finalize and file same (.2); Prepare and upload orders regarding same (.3) | | | |
| Paralegal | Susan A. Sherman | 1.00 hrs. | 295.00 | $295.00 |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 6

Client #  751728

Matter # 200184

| | | | | |
|---|---|---|---|---|
| 07/31/20 | Prepare and circulate docket distribution to counsel (.1); Coordinate calendar updates (.1) | | | |
| Paralegal | M. Lynzy McGee | 0.20 hrs. | 295.00 | $59.00 |
| | | | | |
| 07/31/20 | Email correspondence with D. Queroli re: motion to convert (.1); Call with P. Zumbro and S. Hawkins re: same (.9) | | | |
| Director | Paul N. Heath | 1.00 hrs. | 875.00 | $875.00 |

Total Fees for Professional Services $19,218.50

**TOTAL DUE FOR THIS INVOICE**                          **$19,218.50**
BALANCE BROUGHT FORWARD                              $2,707.00

**TOTAL DUE FOR THIS MATTER**                          **$21,925.50**

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 7

Client #  751728

Matter # 200184

---

For services through July 31, 2020

relating to  Executory Contracts/Unexpired Leases

| | | | | |
|---|---|---|---|---|
| 07/01/20 | Review Salem agreements (.5); Email J. Rosell re: analysis of same (.4); Call with S. Prough (.1) | | | |
| Associate | David T Queroli | 1.00 hrs. | 550.00 | $550.00 |
| 07/01/20 | Review email from D. Queroli re: contract issue | | | |
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |
| 07/02/20 | Emails with S. Prough re: FRM (.1); Review FRM documents (.3); Emails with J. Rosell re: FRM (.2) | | | |
| Associate | David T Queroli | 0.60 hrs. | 550.00 | $330.00 |
| 07/02/20 | Review email from D. Queroli re: contract issue (.1); Review email from J. Rosell re: contract issue (.1); Email correspondence with D. Queroli and J. Rosell re: contract issue (.2) | | | |
| Director | Paul N. Heath | 0.40 hrs. | 875.00 | $350.00 |
| 07/03/20 | Review email from J. Dalberg | | | |
| Associate | David T Queroli | 0.10 hrs. | 550.00 | $55.00 |
| 07/03/20 | Review emails re: contract issue | | | |
| Director | Paul N. Heath | 0.30 hrs. | 875.00 | $262.50 |
| 07/06/20 | Attend call with J. Rosell and S. Prough re: FRM issues | | | |
| Associate | David T Queroli | 0.50 hrs. | 550.00 | $275.00 |
| 07/08/20 | Review Salem agreements (.2); Review Lionsgate stipulation (.2); Review and revise Salem COC (.9); Email P. Heath re: analysis of Salem agreement (.2) | | | |
| Associate | David T Queroli | 1.50 hrs. | 550.00 | $825.00 |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 8

Client #  751728

Matter # 200184

---

| 07/08/20 | Email correspondence with D. Queroli re: contract issue | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |

| 07/14/20 | Emails with S. Prough re: Spyglass | | | |
|---|---|---|---|---|
| Associate | David T Queroli | 0.20 hrs. | 550.00 | $110.00 |

| 07/14/20 | Review email from S. Prough re: contract issue | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |

| 07/18/20 | Review email from S. Prough re: contract issue | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |

| 07/20/20 | Emails with S. Prough re: FRM agreement (.2); Email R. Albanese re: same (.2) | | | |
|---|---|---|---|---|
| Associate | David T Queroli | 0.40 hrs. | 550.00 | $220.00 |

| 07/20/20 | Email correspondence with D. Queroli re: contract issue | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |

| 07/21/20 | Review finalized assignment agreement (.6); Email R. Albanese re: same (.1); Email S. Prough re: comments to same (.1); Emails with P. Heath re: PFC (.1); Emails with R. Peck re: same (.1); Review PFC titles list (.3); Email E. McNeilly re: PFC titles (.1); Review and revise COC re: FRM agreement (.5); Call with S. Prough re: FRM agreement (.2); Research re: co-financing agreements (.8); Emails with R. Peck re: same (.1); Emails with Epiq re: contracts requests (.2); Email Z. Shapiro re: update re: same (.1) | | | |
|---|---|---|---|---|
| Associate | David T Queroli | 3.30 hrs. | 550.00 | $1,815.00 |

| 07/21/20 | Email correspondence with D. Queroli re: contract issue (.3); Review email from D. Queroli re: contract issue (.1); Email correspondence with D. Queroli and Z. Shapiro re: contract issue (.1); Email correspondence with D. Queroli and E. McNeilly re: contract issue (.1) | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.60 hrs. | 875.00 | $525.00 |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 9

Client #  751728

Matter # 200184

---

| 07/22/20 | Email R. Albanese re: signature pages (.1); Review S. Prough emails (.1); Email Board re: Salem agreement (.2); Emails with R. Albanese re: SBDM (.1); Review and comment to avoidance action settlement agreement (.6); Email P. Heath re: analysis of avoidance action settlement agreement (.3); Review and comment to license agreement stipulation (1.7); Email P. Heath re: analysis of comments to license agreement stipulation (.3); Review and revise Black Bear Stipulation (.7); Email P. Heath re: analysis of same (.1); Review MBN agreement (.5); Review correspondence re: MBN agreement and transaction history (.4) | | | |
|---|---|---|---|---|
| Associate | David T Queroli | 5.10 hrs. | 550.00 | $2,805.00 |
| | | | | |
| 07/22/20 | Email correspondence with D. Queroli and Board re: contract issue (.1); Email correspondence with D. Queroli and Z. Shapiro re: contract issue (.1) | | | |
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |
| | | | | |
| 07/23/20 | Finalize PFC stipulation comments and email J. Rosell re: same (.3); Finalize Black Bear comments and email J. Rosell re: same (.3); Finalize Yucaipa comments and email J. Rosell re: same (.3); Review MBN agreement (.5); Email J. Rosell re: MBN agreement (.1); Email S. Prough re: MBN agreement (.1); Call with S. Prough re: same (.2); Revise certification of counsel re: FRM (.4); Email; Board re: FRM transaction (.1); Email R. Peck re: same (.1) | | | |
| Associate | David T Queroli | 2.40 hrs. | 550.00 | $1,320.00 |
| | | | | |
| 07/23/20 | Review email from D. Queroli re: contract issues | | | |
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |
| | | | | |
| 07/24/20 | Review Black Bear stipulation (.5); Email R. Albanese re: same (.1); Emails with J. Rosell re: PFC stipulation (.1); Email P. Heath re: TMNT agreements (.1) | | | |
| Associate | David T Queroli | 0.80 hrs. | 550.00 | $440.00 |
| | | | | |
| 07/24/20 | Email correspondence with J. Rosell and D. Queroli re: contract issue (.3); Email correspondence with D. Queroli re: contract issue (.1) | | | |
| Director | Paul N. Heath | 0.40 hrs. | 875.00 | $350.00 |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 10

Client #  751728

Matter # 200184

| | | | | |
|---|---|---|---|---|
| 07/27/20 | Email J. Rosell re: Black Bear agreement | | | |
| Associate | David T Queroli | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 07/28/20 | Call with J. Rosell and R. Albanese re: settlement agreement (.5); Call with R. Albanese and J. Rosell re: agreement audits (.3) | | | |
| Associate | David T Queroli | 0.80 hrs. | 550.00 | $440.00 |
| | | | | |
| 07/29/20 | Emails with R. Peck re: audits (.2); Call with R. Albanese re: same (.2) | | | |
| Associate | David T Queroli | 0.40 hrs. | 550.00 | $220.00 |
| | | | | |
| 07/29/20 | Email correspondence with E. McNeilly and D. Queroli re: contract issue | | | |
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |

Total Fees for Professional Services        $12,085.00

TOTAL DUE FOR THIS INVOICE        **$12,085.00**

BALANCE BROUGHT FORWARD        $6,525.00

**TOTAL DUE FOR THIS MATTER**        **$18,610.00**

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 11

Client #  751728

Matter # 200184

---

For services through July 31, 2020

relating to  Plan of Reorganization/Disclosure Statement

| 07/01/20 | Call with R. Feinstein, P. Heath and S. Hawkins re: plan issues | | | |
|---|---|---|---|---|
| Associate | David T Queroli | 0.50 hrs. | 550.00 | $275.00 |
| 07/01/20 | Email correspondence with S. Hawkins and D. Queroli re: plan (.1); Email correspondence with T. Huberman re: plan issue (.1) | | | |
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |
| 07/02/20 | Emails with J. Leamy re: seal motion (.1); Emails with S. Hawkins re: seal motion (.2); Call with S. Hawkins re: same (.1) | | | |
| Associate | David T Queroli | 0.40 hrs. | 550.00 | $220.00 |
| 07/02/20 | Email correspondence with T. Huberman re: plan issue | | | |
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |
| 07/06/20 | Attend call with P. Heath and S. Hawkins | | | |
| Associate | David T Queroli | 0.20 hrs. | 550.00 | $110.00 |
| 07/06/20 | Call with S. Hawkins re: plan issue (.2); Email correspondence with R. Feinstein and P. Zumbro re: plan issue (.1); Email correspondence with P. Zumbro and T. Huberman re: plan issue (.1) | | | |
| Director | Paul N. Heath | 0.40 hrs. | 875.00 | $350.00 |
| 07/09/20 | Email correspondence with K. Harmon and J. Rosell re: plan issue (.1); Email correspondence with T. Huberman and D. Queroli re: plan issue (.2) | | | |
| Director | Paul N. Heath | 0.30 hrs. | 875.00 | $262.50 |
| 07/10/20 | Email correspondence with R. Feinstein and P. Zumbro re: plan issue (.1); Email correspondence with  P. Zumbro re: plan issue (.1) | | | |
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 12

Client #  751728

Matter # 200184

| 07/14/20 | Email correspondence with P. Zumbro re: plan issue | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |
| 07/15/20 | Call with P. Zumbro, S. Hawkins and committee re: plan issues (1.1); Call with A. Halperin re: plan issue (.6); Email correspondence with J. Leamy re: plan (.1); Email correspondence with P. Zumbro re: plan issue (.1); Email correspondence with U.S. Trustee re: plan issue (.1) | | | |
| Director | Paul N. Heath | 2.00 hrs. | 875.00 | $1,750.00 |
| 07/17/20 | Call with Committee and P. Zumbro re: plan issues | | | |
| Director | Paul N. Heath | 0.60 hrs. | 875.00 | $525.00 |
| 07/18/20 | Review of emails from S. Hawkins re: plan | | | |
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |
| 07/20/20 | Email correspondence with Board re: plan issue | | | |
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |
| 07/21/20 | Email correspondence with S. Hawkins re: plan issue | | | |
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |
| 07/27/20 | Email correspondence with Board re: plan issue | | | |
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |
| 07/31/20 | Attend update call with P Heath, P. Zumbro and S. Hawkins | | | |
| Associate | David T Queroli | 1.20 hrs. | 550.00 | $660.00 |

Total Fees for Professional Services $5,115.00

TOTAL DUE FOR THIS INVOICE **$5,115.00**

BALANCE BROUGHT FORWARD $21,440.00

**TOTAL DUE FOR THIS MATTER** **$26,555.00**

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 13

Client #  751728

Matter # 200184

---

For services through July 31, 2020
relating to Claims Administration

| 07/08/20 | Review of email from A. Jacobs re: claim issue (.1); Review email from T. Huberman re: claim issue (.1) | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |

| 07/09/20 | Emails with P. Heath and J. Rosell re: proofs of claim (.2); Research re: proofs of claim issue (.7); Emails with R. Peck re: same (.2); Draft proofs of claim (.4) | | | |
|---|---|---|---|---|
| Associate | David T Queroli | 1.50 hrs. | 550.00 | $825.00 |

| 07/09/20 | Correspondence with D. Queroli regarding filing proofs of claim in JCP case (.2); Research regarding same (.2) | | | |
|---|---|---|---|---|
| Paralegal | M. Lynzy McGee | 0.40 hrs. | 295.00 | $118.00 |

| 07/09/20 | Email correspondence with D. Queroli re: claim issue | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |

| 07/09/20 | Email correspondence with J. Rosell and  D. Queroli re: claim issue | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |

| 07/10/20 | Revise proofs of claim (.2); Email L. McGee re: compiling of proofs of claim (.1); Email L. McGee re: redactions (.1); Call with S. Herrick re: proofs of claim (.2); Email P. Heath re: filed proofs of claim (.1); Emails with R. Peck re: proofs of claim (.1); Review redacted proofs of claim (.2) | | | |
|---|---|---|---|---|
| Associate | David T Queroli | 1.00 hrs. | 550.00 | $550.00 |

| 07/10/20 | Prepare proofs of claim per D. Queroli (.7); Finalize and file same in JCP case (.6); Correspondence with D. Queroli regarding same (.1); Correspondence with Prime Clerk regarding same (.3) | | | |
|---|---|---|---|---|
| Paralegal | M. Lynzy McGee | 1.70 hrs. | 295.00 | $501.50 |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 14

Client #  751728

Matter # 200184

---

| | | | | |
|---|---|---|---|---|
| 07/10/20 | Review of proofs of claim (.2); Email correspondence with D. Queroli re: claim (.1) | | | |
| Director | Paul N. Heath | 0.30 hrs. | 875.00 | $262.50 |
| | | | | |
| 07/13/20 | Correspondence with K. Champagnie regarding proofs of claim in JCP case | | | |
| Paralegal | M. Lynzy McGee | 0.10 hrs. | 295.00 | $29.50 |
| | | | | |
| 07/14/20 | Review of objection to bar date motion | | | |
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |
| | | | | |
| 07/15/20 | Review of email from R. Peck re: claim issue | | | |
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |
| | | | | |
| 07/20/20 | Emails with B. Haywood re: creditor call | | | |
| Associate | David T Queroli | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 07/27/20 | Emails with S. Hawkins re: bar date motion (.1); Email G. Eggen re: bar date research (.1); Review G. Eggen research and email S. Hawkins re: same (.3) | | | |
| Associate | David T Queroli | 0.50 hrs. | 550.00 | $275.00 |
| | | | | |
| 07/27/20 | Read and respond to email from D. Queroli (x2) re: amended bar date motion research (.1); Research re: same (1.8) | | | |
| Associate | Garrett S. Eggen | 1.90 hrs. | 400.00 | $760.00 |
| | | | | |
| 07/27/20 | Email correspondence with J. Rosell and D. Queroli re: contract issue | | | |
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |
| | | | | |
| 07/29/20 | Emails with T. Huberman re: bar date motion | | | |
| Associate | David T Queroli | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 07/30/20 | Review and revise amended bar date motion (.8); Emails with S. Hawkins re: same (.1); Emails with R. Speaker re: same (.1); Draft notice of same (.4); Email R. Speaker re: filing and service of amended bar date motion (.1) | | | |
| Associate | David T Queroli | 1.50 hrs. | 550.00 | $825.00 |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 15

Client #  751728

Matter # 200184

---

| 07/30/20 | Review email from S. Hawkins re: bar date motion (.1); Email correspondence with S. Hawkins and J. Rosell re: bar date motion (.1) | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |

| 07/30/20 | Draft notice for amended bar date motion for Tort claims (.2); Organize same for filing (.2); Finalize, file and coordinate service of same (.3) | | | |
|---|---|---|---|---|
| Paralegal | Rebecca V. Speaker | 0.70 hrs. | 295.00 | $206.50 |

| 07/31/20 | Emails with S. Hawkins re: bar date motion (.2); Draft notice of amended bar date motion (.5); Email L. McGee re: filing and service of same (.1) | | | |
|---|---|---|---|---|
| Associate | David T Queroli | 0.80 hrs. | 550.00 | $440.00 |

| 07/31/20 | Prepare notice of revised order on tort bar date motion for filing (.3); Correspondence with D. Queroli regarding same (.1); Finalize and file same (.2); Coordinate service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | M. Lynzy McGee | 0.70 hrs. | 295.00 | $206.50 |

| 07/31/20 | Review email from P. Zumbro re: claim issue (.1); Review of amended motion (.2) | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.30 hrs. | 875.00 | $262.50 |

Total Fees for Professional Services        $6,334.50

TOTAL DUE FOR THIS INVOICE        **$6,334.50**

BALANCE BROUGHT FORWARD        $4,246.00

**TOTAL DUE FOR THIS MATTER**        **$10,580.50**

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 16

Client #  751728

Matter # 200184

---

For services through July 31, 2020

relating to  Court Hearings

| | | | | |
|---|---|---|---|---|
| 07/01/20 | Correspondence with D. Queroli regarding 7/9 hearing (.1); Correspondence with C. Farrell regarding same (.1) | | | |
| Paralegal | M. Lynzy McGee | 0.20 hrs. | 295.00 | $59.00 |
| 07/02/20 | Review notice of status conference | | | |
| Associate | David T Queroli | 0.10 hrs. | 550.00 | $55.00 |
| 07/02/20 | Correspondence with D. Queroli regarding 7/9 status conference (.1); Draft notice of status conference (.3); Revise same (.2); Correspondence with D. Queroli regarding same (.1); Finalize and file same (.2); Coordinate service of same (.1) | | | |
| Paralegal | M. Lynzy McGee | 1.00 hrs. | 295.00 | $295.00 |
| 07/06/20 | Review agenda | | | |
| Associate | David T Queroli | 0.10 hrs. | 550.00 | $55.00 |
| 07/06/20 | Draft 7/9 agenda and circulate for comments | | | |
| Paralegal | M. Lynzy McGee | 0.50 hrs. | 295.00 | $147.50 |
| 07/07/20 | Review compiled agenda and email L. McGee re: filing of same | | | |
| Associate | David T Queroli | 0.20 hrs. | 550.00 | $110.00 |
| 07/07/20 | Correspondence with D. Queroli regarding 7/9 hearing agenda (.1); Prepare same for filing (.2); Finalize and file same (.1); Correspondence with L. Capp regarding same (.1); Coordinate service of same (.1) | | | |
| Paralegal | M. Lynzy McGee | 0.60 hrs. | 295.00 | $177.00 |
| 07/07/20 | Review of agenda | | | |
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 17

Client #  751728

Matter # 200184

---

| 07/08/20 | Email S. Hawkins re: status conference | | | |
|---|---|---|---|---|
| Associate | David T Queroli | 0.10 hrs. | 550.00 | $55.00 |

| 07/08/20 | Correspondence with D. Queroli regarding 7/9 status conference (.1); Coordinate CourtCall appearances (.2) | | | |
|---|---|---|---|---|
| Paralegal | M. Lynzy McGee | 0.30 hrs. | 295.00 | $88.50 |

| 07/08/20 | Email correspondence with L. McGee re: hearing | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |

| 07/09/20 | Attend status conference | | | |
|---|---|---|---|---|
| Associate | David T Queroli | 0.50 hrs. | 550.00 | $275.00 |

| 07/09/20 | Attend hearing (.5); Email correspondence with P. Zumbro re: hearing (.2) | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.70 hrs. | 875.00 | $612.50 |

| 07/13/20 | Correspondence with G. Matthews regarding 7/7 hearing transcript (.1); Review and circulate same (.1) | | | |
|---|---|---|---|---|
| Paralegal | M. Lynzy McGee | 0.20 hrs. | 295.00 | $59.00 |

| 07/14/20 | Review email from G. Maatman re: hearing | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |

| 07/28/20 | Draft 8/4 hearing agenda (1.2); Draft notice of response with respect to continuation of hearing on conversion motion (.3); Correspondence with D. Queroli regarding same (.1); Finalize and file same (.3); Coordinate service of same (.1); Correspondence with D. Queroli and L. Capp regarding same (.2) | | | |
|---|---|---|---|---|
| Paralegal | M. Lynzy McGee | 2.20 hrs. | 295.00 | $649.00 |

| 07/28/20 | Call with D. Queroli re: hearing (.1); Email correspondence with A. Halpern re: hearing (.1) | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 18

Client #  751728

Matter # 200184

---

| 07/29/20 | Correspondence with L. Capp regarding 8/4 hearing (.2); Revise 8/4 hearing agenda (.3) | | | |
|---|---|---|---|---|
| Paralegal | M. Lynzy McGee | 0.50 hrs. | 295.00 | $147.50 |
| 07/29/20 | Email correspondence with E. McNeilly re: hearing (.2); Email correspondence with P. Zumbro re: hearing (.1) | | | |
| Director | Paul N. Heath | 0.30 hrs. | 875.00 | $262.50 |
| 07/30/20 | Revise 8/4 hearing agenda and exhibits and circulate same to D. Queroli (.3); Correspondence with D. Queroli regarding status of same (.1); Revise same (.5) | | | |
| Paralegal | M. Lynzy McGee | 0.90 hrs. | 295.00 | $265.50 |
| 07/30/20 | Email correspondence with D. Queroli and M. Caloway re: hearing (.1); Review of response to conversion objection (.2) | | | |
| Director | Paul N. Heath | 0.30 hrs. | 875.00 | $262.50 |
| 07/31/20 | Review and revise agenda (.4); Email S. Hawkins re: same (.1); Emails with R. Liu re: agenda (.1); Call with R. Liu re: Same (.2); Email L. McGee re: status update (.1) | | | |
| Associate | David T Queroli | 0.90 hrs. | 550.00 | $495.00 |
| 07/31/20 | Revise 8/4 hearing agenda and circulate for comments (.3); Correspondence with D. Queroli regarding same (.1); Finalize and file same (.2); Coordinate service of same (.1); Correspondence with L. Capp and C. Farrell regarding same (.1); Correspondence with D. Queroli regarding 8/4 hearing (.2); Correspondence with C. Farrell regarding same (.1) | | | |
| Paralegal | M. Lynzy McGee | 1.10 hrs. | 295.00 | $324.50 |
| 07/31/20 | Email correspondence with D. Queroli and M. Caloway re: hearing (.1); Email correspondence with P. Zumbro re: hearing (.1); Review of agenda (.1); Email correspondence with K. Liu re: hearing (.1); Email correspondence with K. Liu and D. Queroli re: hearing (.2); Email correspondence with D. Queroli re: hearing (.1) | | | |
| Director | Paul N. Heath | 0.70 hrs. | 875.00 | $612.50 |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 19

Client #  751728

Matter # 200184

| | |
|---|---|
| Total Fees for Professional Services | $5,532.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$5,532.50** |
| BALANCE BROUGHT FORWARD | $6,092.50 |
| **TOTAL DUE FOR THIS MATTER** | **$11,625.00** |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 20

Client #  751728

Matter # 200184

---

For services through July 31, 2020

relating to  Schedules/SOFA/U.S. Trustee Reports

| | | | | |
|---|---|---|---|---|
| 07/07/20 | Review of email from J. Gittleman re: monthly operating report | | | |
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |
| 07/08/20 | Review and revise MOR (4); Email L. McGee re: filing of same (.1) | | | |
| Associate | David T Queroli | 0.50 hrs. | 550.00 | $275.00 |
| 07/08/20 | Finalize and file June 2020 monthly operating report (.1); Correspondence with D. Queroli regarding same (.1); Coordinate service of same (.1) | | | |
| Paralegal | M. Lynzy McGee | 0.30 hrs. | 295.00 | $88.50 |
| 07/08/20 | Review of monthly operating report | | | |
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |

Total Fees for Professional Services     $538.50

TOTAL DUE FOR THIS INVOICE     **$538.50**

BALANCE BROUGHT FORWARD     $1,693.50

**TOTAL DUE FOR THIS MATTER**     **$2,232.00**

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 21

Client #  751728

Matter # 200184

For services through July 31, 2020

relating to  Tax Issues

| 07/14/20 | Emails with R. Peck re: tax issues | | | |
|----------|-------------------------------------|------------|--------|--------|
| Associate | David T Queroli | 0.10 hrs. | 550.00 | $55.00 |

| | | |
|---|---|---|
| | Total Fees for Professional Services | $55.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$55.00** |

| | |
|---|---|
| **TOTAL DUE FOR THIS MATTER** | **$55.00** |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 22

Client #  751728

Matter # 200184

---

For services through July 31, 2020

relating to  Litigation/Adversary Proceedings

| | | | | |
|---|---|---|---|---|
| 07/01/20 | Call with R. Feinstein, P. Zumbro and others re: settlement issue (.2); Review email from S. Hawkins re: settlement (.1); Review email from J. Noyes re: settlement (.2); Review email from G. Maatman re: plan litigation issue (.2); Review email from A. Harris re: settlement (.1) | | | |
| Director | Paul N. Heath | 0.80 hrs. | 875.00 | $700.00 |
| 07/02/20 | Email correspondence with U.S. Trustee re: seal issue (.1); Email correspondence with S. Hawkins and P. Zumbro re: seal issue (.2); Review email from S. Hawkins re: settlement (.1); Email correspondence with U.S. Trustee and D. Queroli re: settlement (.1) | | | |
| Director | Paul N. Heath | 0.50 hrs. | 875.00 | $437.50 |
| 07/03/20 | Email correspondence with E. McNeilly re: litigation issue | | | |
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |
| 07/06/20 | Review email from D. Queroli re; certificate of counsel and order for assumption and assignment agreement (.1); Review assumption and assignment agreement and relevant stipulation (.2) | | | |
| Associate | Garrett S. Eggen | 0.30 hrs. | 400.00 | $120.00 |
| 07/06/20 | Review email from E. Schillen re: settlement | | | |
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |
| 07/07/20 | Draft certificate of counsel and form order for forbidden kingdom assignment/assumption agreement | | | |
| Associate | Garrett S. Eggen | 3.70 hrs. | 400.00 | $1,480.00 |
| 07/08/20 | Review emails from E. McNeilly re: settlement (.2); Email correspondence with J. Rosell re: settlement (.1) | | | |
| Director | Paul N. Heath | 0.30 hrs. | 875.00 | $262.50 |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 23

Client #  751728

Matter # 200184

---

| 07/08/20 | Review PFC settlement offer | | | |
|---|---|---|---|---|
| Associate | Robert C. Maddox | 0.20 hrs. | 665.00 | $133.00 |

| 07/09/20 | Review email from G. Maatman re: litigation issue | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |

| 07/10/20 | Review of emails from G. Maatman re: litigation issue | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |

| 07/12/20 | Review email from G. Maatman re: litigation issue | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |

| 07/13/20 | Review email from G. Maatman re: litigation issue (.4); Email correspondence with E. McNeilly re: litigation issue (.1) | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.50 hrs. | 875.00 | $437.50 |

| 07/14/20 | Multiple calls with P. Zumbro re: settlement (1.4); Call with committee and P. Zumbro re: settlement (.8); Email correspondence with P. Zumbro re: settlement (.2); Call with P. Zumbro and Board re: settlement (.9); Call with I. Smith re: settlement (.2); Call with Z. Shapiro re: settlement issues (.3); Review email from G. Maatman re: litigation issue (.2) | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 4.00 hrs. | 875.00 | $3,500.00 |

| 07/15/20 | Review email from G. Maatman re: litigation issue (.1); Email correspondence with U.S. Trustee re: settlement (.1) | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |

| 07/16/20 | Call with U.S. Trustee re: settlement (.4); Call with S. Hawkins, P. Zumbro and committee re: settlement (1.0) | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 1.40 hrs. | 875.00 | $1,225.00 |

| 07/17/20 | Review email from G. Maatman re: litigation issue | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 24

Client #  751728

Matter # 200184

---

| 07/18/20 | Review of email from A. Jacobs re: settlement | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |

| 07/20/20 | Review E. McNeilly email re: co-financing agreements (.2); Email R. Peck re: same (.1); Review cure schedules (.3); Emails with P. Heath re: co-financing agreement (.1) | | | |
|---|---|---|---|---|
| Associate | David T Queroli | 0.70 hrs. | 550.00 | $385.00 |

| 07/20/20 | Review email from S. Hawkins re: litigation issue (.1); Email correspondence with G. Maatman re: litigation issue (.1); Email correspondence with E. McNeilly re: litigation issue (.2); Review email from S. Hawkins re: settlement (.2) | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.60 hrs. | 875.00 | $525.00 |

| 07/21/20 | Email correspondence with P. Zumbro and S. Hawkins re: settlement (.1); Call with E. McNeilly re: settlement (.3); Call with committee; NYAG and P. Zumbro re: settlement (1.5); Email correspondence with board and S. Hawkins re: settlement (.2) | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.20 hrs. | 875.00 | $175.00 |

| 07/21/20 | Email correspondence with P. Zumbro and S. Hawkins re: settlement (.1); Call with E. McNeilly re: settlement (.3); Call with committee, NYAG and P. Zumbro re: settlement (1.5); Email correspondence with E. McNeilly re: stipulation (.2) | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 2.10 hrs. | 875.00 | $1,837.50 |

| 07/22/20 | Email correspondence with Board re: litigation issue (.1); Review email from A. Harris re: settlement issue (.1); Email correspondence with M. Lebovitch re: litigation issue (.1); Email correspondence with Board and S. Hawkins re: settlement (.2); Email correspondence with D. Queroli re: settlement (.1); Email correspondence with D. Queroli re: stipulation (.1) | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.70 hrs. | 875.00 | $612.50 |

| 07/23/20 | Email correspondence with D. Queroli re: stipulations (.2); Email correspondence with D. Queroli re: settlement (.2) | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.40 hrs. | 875.00 | $350.00 |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 25

Client #  751728

Matter # 200184

| | | | | |
|---|---|---|---|---|
| 07/24/20 | Review of opinion re: class action | | | |
| Director | Paul N. Heath | 0.30 hrs. | 875.00 | $262.50 |
| | | | | |
| 07/27/20 | Email correspondence with S. Hawkins and J. Rosell re: term sheet (.2); Review email from J. Rosell re: settlement stipulation (.1); Email correspondence with E. McNeilly re: litigation issue (.1) | | | |
| Director | Paul N. Heath | 0.40 hrs. | 875.00 | $350.00 |
| | | | | |
| 07/28/20 | Email correspondence with P. Zumbro re: settlement | | | |
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |
| | | | | |
| 07/29/20 | Attend discovery call with P. Zumbro and K. DeMasi (.8); Email P. Heath re: same (.2); Email E. McNeilly re: co-financing agreements (.2) | | | |
| Associate | David T Queroli | 1.20 hrs. | 550.00 | $660.00 |
| | | | | |
| 07/29/20 | Call with E. McNeilly re: litigation issue (.4); Email correspondence with S. Hawkins and K. DeMasi re: litigation issue (.2); Review email from A. Friedman re: litigation issue (.1); Review email from S. Hawkins re: litigation issue (.2) | | | |
| Director | Paul N. Heath | 0.90 hrs. | 875.00 | $787.50 |
| | | | | |
| 07/30/20 | Email correspondence with S. Hawkins re: settlement | | | |
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |
| | | | | |
| 07/31/20 | Review email from S. Hawkins re: settlement | | | |
| Director | Paul N. Heath | 0.10 hrs. | 875.00 | $87.50 |

Total Fees for Professional Services $15,465.50

TOTAL DUE FOR THIS INVOICE **$15,465.50**
BALANCE BROUGHT FORWARD $67,612.50

**TOTAL DUE FOR THIS MATTER** **$83,078.00**

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 26

Client #  751728

Matter # 200184

---

For services through July 31, 2020

relating to  RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 07/05/20 | Factual investigation re: RLF May fee application | | | |
| Associate | David T Queroli | 0.50 hrs. | 550.00 | $275.00 |
| 07/06/20 | Correspondence with D. Queroli regarding RLF's May 2020 monthly fee application | | | |
| Paralegal | M. Lynzy McGee | 0.10 hrs. | 295.00 | $29.50 |
| 07/07/20 | Review and revise RLF's June 2020 monthly fee application | | | |
| Paralegal | M. Lynzy McGee | 0.50 hrs. | 295.00 | $147.50 |
| 07/08/20 | Prepare RLF's May 2020 monthly fee application for filing | | | |
| Paralegal | M. Lynzy McGee | 0.30 hrs. | 295.00 | $88.50 |
| 07/09/20 | Draft certificate of no objection for Richards, Layton & Finger's 25th monthly fee application (.1) Email same to L. McGee and D. Queroli (.1) | | | |
| Paralegal | Susan A. Sherman | 0.20 hrs. | 295.00 | $59.00 |
| 07/12/20 | Review and revise RLF fee application (.5); Email L. McGee re: comments (.1); Review CNO and email S. Sherman re: same (.1) | | | |
| Associate | David T Queroli | 0.70 hrs. | 550.00 | $385.00 |
| 07/13/20 | Emails with L. McGee re:  RLF fee application | | | |
| Associate | David T Queroli | 0.20 hrs. | 550.00 | $110.00 |
| 07/13/20 | Finalize, file, and coordinate service of RLF's May 2020 monthly fee application (.3); Correspondence with respect to LEDES data regarding same (.1) | | | |
| Paralegal | M. Lynzy McGee | 0.40 hrs. | 295.00 | $118.00 |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 27

Client #  751728

Matter # 200184

| 07/13/20 | Prepare and file certificate of no objection for RLF's 25th monthly fee application | | | |
| Paralegal | Susan A. Sherman | 0.10 hrs. | 295.00 | $29.50 |
| 07/14/20 | Correspondence with UST regarding LEDES data related to RLF's 26th monthly fee application | | | |
| Paralegal | M. Lynzy McGee | 0.10 hrs. | 295.00 | $29.50 |
| 07/24/20 | Factual investigation re: fee application | | | |
| Associate | David T Queroli | 0.40 hrs. | 550.00 | $220.00 |
| 07/24/20 | Correspondence with D. Queroli regarding RLF's June 2020 monthly fee application and coordinate revisions to same | | | |
| Paralegal | M. Lynzy McGee | 0.20 hrs. | 295.00 | $59.00 |
| 07/28/20 | Emails with L. McGee re: RLF fee applications | | | |
| Associate | David T Queroli | 0.10 hrs. | 550.00 | $55.00 |
| 07/28/20 | Draft ninth monthly fee application for RLF and circulate to D. Queroli for comments | | | |
| Paralegal | M. Lynzy McGee | 1.00 hrs. | 295.00 | $295.00 |

Total Fees for Professional Services  $1,900.50

TOTAL DUE FOR THIS INVOICE  **$1,900.50**

BALANCE BROUGHT FORWARD  $8,190.50

**TOTAL DUE FOR THIS MATTER**  **$10,091.00**

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 28

Client #  751728

Matter # 200184

---

For services through July 31, 2020

relating to Fee Applications of Others

| 07/06/20 | Review CS&M fee application (.2); Email L. McGee re: filing and service of same (.1) | | | |
|---|---|---|---|---|
| Associate | David T Queroli | 0.30 hrs. | 550.00 | $165.00 |
| 07/06/20 | Draft notice of Cravath's May 2020 monthly fee application (.2); Prepare same for filing (.2); Finalize, file and coordinate service of same (.4) | | | |
| Paralegal | M. Lynzy McGee | 0.80 hrs. | 295.00 | $236.00 |
| 07/09/20 | Update fee application chart | | | |
| Paralegal | Susan A. Sherman | 0.70 hrs. | 295.00 | $206.50 |
| 07/09/20 | Review case for status of fee applications (.2); Prepare certificate of no objection for Cravath's 25th monthly fee application (.1); Prepare certificate of no objection for Seyfarth's 21st monthly fee application (.1) | | | |
| Paralegal | Susan A. Sherman | 0.40 hrs. | 295.00 | $118.00 |
| 07/13/20 | Update fee chart | | | |
| Paralegal | Susan A. Sherman | 0.10 hrs. | 295.00 | $29.50 |
| 07/20/20 | Review CNOs re: professional fee applications (.2); Email L. McGee re: filing of same (.1) | | | |
| Associate | David T Queroli | 0.30 hrs. | 550.00 | $165.00 |
| 07/20/20 | Correspondence with D. Queroli regarding certificates of no objection with respect to various professionals' fee applications (.1); Draft, finalize, and file certificate of no objection regarding Cravath's 25th monthly fee application (.3); Draft, finalize, and file certificate of no objection regarding Seyfarth's 21st monthly fee application (.3) | | | |
| Paralegal | M. Lynzy McGee | 0.70 hrs. | 295.00 | $206.50 |

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 29

Client #  751728

Matter # 200184

---

| 07/22/20 | Email Board re: B&T fees (.1); Review and revise Seyfarth fee application (.5); Email L. McGee re: filing and service of same (.1) | | | |
| Associate | David T Queroli | 0.70 hrs. | 550.00 | $385.00 |
| 07/22/20 | Draft notice of Seyfarth's 22nd monthly fee application (.2); Correspondence with D. Queroli regarding same (.1); Prepare same for filing (.2); Finalize, file, and coordinate service of same (.2) | | | |
| Paralegal | M. Lynzy McGee | 0.70 hrs. | 295.00 | $206.50 |
| 07/24/20 | Review CS&M fee application (.3); Email S. Sherman re: filing and service of same (.1) | | | |
| Associate | David T Queroli | 0.40 hrs. | 550.00 | $220.00 |
| 07/24/20 | Prepare notice for CSM 27th monthly fee application (.1); Revise CSM 27th monthly fee application (.1); Prepare CSM 27th monthly fee application for filing (.1); File and coordinate service of same (.2) | | | |
| Paralegal | Susan A. Sherman | 0.50 hrs. | 295.00 | $147.50 |
| 07/27/20 | Review Withum fee application (.3); Email K. DeGraw re: comments (.2) | | | |
| Associate | David T Queroli | 0.50 hrs. | 550.00 | $275.00 |
| 07/28/20 | Review FTI staffing report (.2); Email L. McGee re: comments to same and filing (.1) | | | |
| Associate | David T Queroli | 0.30 hrs. | 550.00 | $165.00 |
| 07/28/20 | Finalize, file, and coordinate service of FTI September - June 2020 staffing report | | | |
| Paralegal | M. Lynzy McGee | 0.60 hrs. | 295.00 | $177.00 |

Total Fees for Professional Services         $2,702.50

TOTAL DUE FOR THIS INVOICE                  **$2,702.50**
BALANCE BROUGHT FORWARD                    $12,521.50

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896

Page 30

Client #  751728

Matter # 200184

---

**TOTAL DUE FOR THIS MATTER**                    **$15,224.00**

Weinstein Company Holdings LLC, The
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York NY  10019

August 24, 2020
Invoice 622896
Page 31

Client #  751728

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| David T Queroli | 50.20 | 550.00 | 27,610.00 |
| Garrett S. Eggen | 11.60 | 400.00 | 4,640.00 |
| M. Lynzy McGee | 19.40 | 295.00 | 5,723.00 |
| Paul N. Heath | 34.00 | 875.00 | 29,750.00 |
| Rebecca V. Speaker | 0.70 | 295.00 | 206.50 |
| Robert C. Maddox | 0.20 | 665.00 | 133.00 |
| Susan A. Sherman | 3.00 | 295.00 | 885.00 |
| TOTAL | 119.10 | $578.90 | 68,947.50 |

**TOTAL DUE FOR THIS INVOICE**                                        **$69,073.70**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

751728