**Exhibit B**

Weinstein Company Holdings LLC, The  
Paul H. Zumbro, Esq.  
Cravath, Swaine & Moore LLP  
Worldwide Plaza  
825 Eighth Avenue  
New York NY  10019  

August 24, 2020  
Invoice 622896  
Page 32  
Client #  751728  

Client: Weinstein Company Holdings LLC, The  
Matter: Corporate Advice  
Case Administration  
Executory Contracts/Unexpired Leases  
Plan of Reorganization/Disclosure Statement  
Claims Administration  
Court Hearings  
Schedules/SOFA/U.S. Trustee Reports  
Tax Issues  
Litigation/Adversary Proceedings  
RLF Fee Applications  
Fee Applications of Others  

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 07/02/20 | PACER | | DOCRETRIEV |
| | | Amount = $0.70 | |
| 07/09/20 | PACER | | DOCRETRIEV |
| | | Amount = $1.20 | |
| 07/13/20 | PACER | | DOCRETRIEV |
| | | Amount = $1.10 | |
| 07/13/20 | PACER | | DOCRETRIEV |
| | | Amount = $2.30 | |
| 07/13/20 | PACER | | DOCRETRIEV |
| | | Amount = $1.10 | |
| 07/14/20 | CourtCall | | CONFCALL |
| | | Amount = $45.00 | |
| 07/16/20 | RELIABLE WILMINGTON: WL093604 | | CTRPT |
| | | Amount = $22.80 | |
| 07/24/20 | Document Retrieval (Electronic) | | ELEGALRE |
| | | Amount = $2.70 | |
| 07/24/20 | Document Retrieval (Electronic) | | ELEGALRE |
| | | Amount = $2.20 | |

Weinstein Company Holdings LLC, The  
Paul H. Zumbro, Esq.  
Cravath, Swaine & Moore LLP  
Worldwide Plaza  
825 Eighth Avenue  
New York NY  10019  

August 24, 2020  
Invoice 622896  
Page 33  
Client #  751728  

| Date | Description | Code |
|---|---|---|
| 07/24/20 | Document Retrieval (Electronic)  Amount = $1.20 | ELEGALRE |
| 07/24/20 | Document Retrieval (Electronic)  Amount = $0.40 | ELEGALRE |
| 07/24/20 | PACER  Amount = $0.60 | DOCRETRI |
| 07/24/20 | PACER  Amount = $1.40 | DOCRETRI |
| 07/24/20 | PACER  Amount = $3.00 | DOCRETRI |
| 07/24/20 | PACER  Amount = $1.00 | DOCRETRI |
| 07/27/20 | Document Retrieval (Electronic)  Amount = $0.20 | ELEGALRE |
| 07/28/20 | Document Retrieval (Electronic)  Amount = $4.00 | ELEGALRE |
| 07/28/20 | PACER  Amount = $3.00 | DOCRETRI |
| 07/30/20 | AMERICAN EXPRESS: COURTS/USDC-DE PHV PNH  Amount = $25.00 | FLFEE |
| 07/30/20 | PACER  Amount = $3.00 | DOCRETRI |
| 07/30/20 | PACER  Amount = $0.70 | DOCRETRI |
| 07/30/20 | PACER  Amount = $2.40 | DOCRETRI |
| 07/30/20 | PACER  Amount = $0.30 | DOCRETRI |
| 07/31/20 | PACER  Amount = $0.30 | DOCRETRI |
| 07/31/20 | PACER  Amount = $0.30 | DOCRETRI |
| 07/31/20 | PACER  Amount = $0.30 | DOCRETRI |

Weinstein Company Holdings LLC, The  
Paul H. Zumbro, Esq.  
Cravath, Swaine & Moore LLP  
Worldwide Plaza  
825 Eighth Avenue  
New York NY  10019  

August 24, 2020  
Invoice 622896  
Page 34  
Client #  751728  

TOTALS FOR   751728            Weinstein Company Holdings LLC, The

Expenses      $126.20