**VERIFICATION OF PUBLICATION**

STATE OF          New York

COUNTY OF        New York

Being duly sworn,  Andre Boutin          says that s/he is the  Collections Manager (job title) of *The Hollywood Reporter*, and is duly authorized by *The Hollywood Reporter* to make this affidavit, and is fully acquainted with the facts stated herein: on **Wednesday, September 16, 2020**, the following legal advertisement – **In re: The Weinstein Company Holdings, LLC, *et al*.** was published in the national edition of *The Hollywood Reporter*.

*Andre Boutin*
_____ (Signature)

*The Hollywood Reporter*

          09/17/2020                    (Date)