# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS *LLC, et al.,*<br><br>                     Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered) |

## SUBSTITUTION OF ATTORNEYS

The undersigned hereby consent to the substitution of Geoffrey G. Grivner, Esq. and Mark Pfeiffer, Esq., in place of Mary F. Caloway, as attorneys for Sartraco, Inc. ("Sartraco"), in the above-captioned Chapter 11 case.

**WITHDRAWING:**

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Mary F. Caloway
Mary F. Caloway (3059)
919 N. Market Street, Suite 990
Wilmington, DE 19801
Tel: (302) 552-4200
Email: mary.caloway@bipc.com


Attorneys for Sartraco, Inc.


Dated: October 6, 2020

**APPEARING BY SUBSTITUTION:**

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner (4711)
919 N. Market Street, Suite 990
Wilmington, DE 19801
Tel: (302) 552-4200
Email: Geoffrey.grivner@bipc.com

Mark Pfeiffer (*Pro Hac Vice Pending*)
50 S. 16th Street, Suite 200
Philadelphia, PA 19102
Tel: (215) 665-8700
Email: mark.pfeiffer@bipc.com

Attorneys for Sartraco, Inc.


Dated: October 8, 2020

**Certificate of Service**

I, Geoffrey Grivner, do hereby certify that on the 8th day of October, 2020, I caused a copy of the foregoing Substitution of Attorneys to be served upon interested parties via ECF notification.

Dated: October 8, 2020

BUCHANAN INGERSOLL & ROONEY PC

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner (4711)
919 North Market Street, Suite 990
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com
-and-

Mark Pfeiffer, Esq. (*Pro Hac Vice Pending*)
BUCHANAN INGERSOLL & ROONEY PC
50 S. 16th Street, Suite 200
Philadelphia, PA 19102
Telephone: (215) 665-8700
Facsimile: (215) 665-8760
Email: mark.pfeiffer@bipc.com

*Counsel to Sartraco, Inc.*