# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS *LLC, et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered) |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Sartraco, Inc ("Sartraco") hereby appears in the above-captioned matter by and through the undersigned counsel, and requests, pursuant to sections 102(1), 342, and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that copies of all notices and pleadings given or filed in the above-captioned matter be given and served upon the undersigned at the following address and telephone/facsimile number:

Geoffrey G. Grivner, Esquire
BUCHANAN INGERSOLL & ROONEY PC
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com

-and-

Mark Pfeiffer, Esquire
BUCHANAN INGERSOLL & ROONEY PC
50 S. 16th Street, Suite 200
Philadelphia, PA 19102
Telephone: (215) 665-8700
Facsimile: (215) 665-8760
Email: mark.pfeiffer@bipc.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Service of Papers nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Sartraco's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Sartraco is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date: Wilmington, DE
October 8, 2020

BUCHANAN INGERSOLL & ROONEY PC

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner (4711)
919 North Market Street, Suite 990
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com
-and-

Mark Pfeiffer, Esq.
BUCHANAN INGERSOLL & ROONEY PC
50 S. 16th Street, Suite 200
Philadelphia, PA 19102
Telephone: (215) 665-8700
Facsimile: (215) 665-8760
Email: mark.pfeiffer@bipc.com

*Counsel to Sartraco, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS *LLC, et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Geoffrey G. Grivner, do hereby certify that on the 8th day of October, 2020, I caused a copy of the foregoing Notice of Entry of Appearance to be served upon interested parties via ECF notification.

Date: October 8, 2020                                **BUCHANAN INGERSOLL & ROONEY PC**

BUCHANAN INGERSOLL & ROONEY PC

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner (4711)
919 North Market Street, Suite 990
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com
-and-

Mark Pfeiffer, Esq.
BUCHANAN INGERSOLL & ROONEY PC
50 S. 16th Street, Suite 200
Philadelphia, PA 19102
Telephone: (215) 665-8700
Facsimile: (215) 665-8760
Email: mark.pfeiffer@bipc.com

*Counsel to Sartraco, Inc.*