# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**

The Weinstein Company Holdings LLC

**Case No.:** 18−10601−MFW

**Chapter:** 11

### _Notice of Deficiency_

☑ The document(s) you submitted to the Court was received on 10/9/20 and has been docketed at Docket # 3018 . However, if your intention is for this document to be docketed as a Proof of Claim (or Amended Proof of Claim), it must be submitted using Official Form B410. Official forms can be found on our website at www.uscourts.gov/forms/bankruptcy−forms/proof−claim. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court − District of Delaware website at www.deb.uscourts.gov. When resubmitting your claim, please either include this Notice or ensure that you make reference to the docket number initially assigned to your filing.

☐ The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, the case is currently closed. If you desire to reopen the case, a Motion to Reopen must be filed along with the appropriate filing fee.

☐ The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, it is not in compliance with our Local Rules.

☐ The bankruptcy petition you filed was received on . It was docketed and assigned Case # . At the time of the filing, the applicable photo identification requirement was not satisifed. The debtor(s) named in the petition must either present in person a current, valid form of photo identification or file a legible copy by mail within the next fourteen (14) days. The form titled _Pro Se Filer Acknowledgement of Photo ID Requirement_ can be found on the Court's website at http://www.deb.uscourts.gov/filing−without−attorney

☐ A bankruptcy petition, affirmed to be authorized to be filed on your behalf, was received on . It was docketed and assigned Case # . At the time of filing, the applicable photo identifcation requirement was not satisfied. The debtor(s) named in the petition must either present in person a current, valid form of photo identification or file a legible copy by mail within the next fourteen (14) days. The form titled _Pro Se Filer Acknowledgement of Photo ID Requirement_ can be found on the Court's website at http://www.deb.uscourts.gov/filing−without−attorney

☐ The document(s) you filed with the Court at Docket # is not in compliance with Local Rule 9018−1(d).

☐ Other:

_Local Rules and Official Forms can be found on the Court's website at www.deb.uscourts.gov_

---

I certify that this Notice of Deficiency was mailed on the date indicated below to:
Tom McNab
☑ Foxdale
21 Hillside Rd
St. Albans, Herts. AL13QW
England

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Date: 10/9/20                                    By:  Sara Hughes, Deputy Clerk


(VAN–489)

United States Bankruptcy Court
District of Delaware

In re:                                                                          Case No. 18-10601-MFW
The Weinstein Company Holdings LLC                                              Chapter 11
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0311-1                    User: SH                              Page 1 of 27
Date Rcvd: Oct 09, 2020                 Form ID: van489                       Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | Tom McNab, Foxdale, 21 Hillside Rd., St. Albans, Herts. AL13QW England |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2020                      Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron H. Stulman | on behalf of Interested Party Portfolio Funding Company LLC I astulman@potteranderson.com lhuber@potteranderson.com;cgiobbe@potteranderson.com;bankruptcy@potteranderson.com;nrainey@potteranderson.com |
| Aaron R. Cahn | on behalf of Creditor Apolo Films SL cahn@clm.com  trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor BRB Internacional S.A. cahn@clm.com  trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Adam Hiller | on behalf of Creditor Redrover Co. Ltd. ahiller@adamhillerlaw.com |
| Adam L. Rosen | on behalf of Creditor Jeff Abbott adam.rosen@ALRcounsel.com  carolann@alrcounsel.com |
| Alan Michael Root | on behalf of Creditor Frank Miller Inc. and Frank Miller aroot@archerlaw.com |
| Amanda R. Steele | on behalf of Debtor TWC Domestic LLC steele@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Amy D. Brown | |

on behalf of Creditor Lesia Anson abrown@gsbblaw.com

Amy D. Brown

on behalf of Plaintiff Hotel Mumbai Pty Ltd. abrown@gsbblaw.com

Andrew L Magaziner

on behalf of Interested Party Y Movie  LLC, Y Theatrical, LLC, YFE Holdings, Inc., OA3, LLC, and RMF, LLC
bankfilings@ycst.com

Andrew N. Goldman

on behalf of Interested Party The Walt Disney Company and its affiliates andrew.goldman@wilmerhale.com
yolande.thompson@wilmerhale.com

Andrew R. Remming

on behalf of Interested Party A+E Television Networks  LLC aremming@mnat.com,
andrew-remming-0904@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glen
n-reimann-6767@ecf.pacerpro.com

Anthony F. Giuliano

on behalf of Creditor Safety Facility Services afg@pryormandelup.com

Bernadette Brennan

on behalf of Interested Party City of New York bbrennan@law.nyc.gov

Bradford J. Sandler

on behalf of Creditor Committee Official Committee of Unsecured Creditors bsandler@pszjlaw.com

Brett Michael Haywood

on behalf of Debtor The Giver SPV  LLC haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood

on behalf of Debtor Check Hook LLC haywood@rlf.com  rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood

on behalf of Debtor Avenging Eagle SPV  LLC haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood

on behalf of Debtor Weinstein Global Film Corp. haywood@rlf.com  rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood

on behalf of Debtor Tulip Fever LLC haywood@rlf.com  rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood

on behalf of Debtor Current War SPV  LLC haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood

on behalf of Debtor The Weinstein Company Holdings LLC haywood@rlf.com
rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood

on behalf of Debtor Team Players LLC haywood@rlf.com  rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood

on behalf of Debtor Cues TWC (ASCAP)  LLC haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood

on behalf of Debtor The Weinstein Company LLC haywood@rlf.com  rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood

on behalf of Debtor TWC Domestic LLC haywood@rlf.com  rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood

on behalf of Debtor Weinstein Productions LLC haywood@rlf.com  rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood

on behalf of Debtor Spy Kids TV Borrower  LLC haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood

on behalf of Debtor WC Film Completions  LLC haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood

on behalf of Debtor Branded Partners LLC haywood@rlf.com  rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood

on behalf of Debtor DRT Films  LLC haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood

on behalf of Debtor TWC Waco SPV  LLC haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood

on behalf of Debtor Weinstein Books  LLC haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood

| | |
|---|---|
| | on behalf of Debtor Small Screen Productions LLC haywood@rlf.com rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com |
| Brett Michael Haywood | |
| | on behalf of Debtor Weinstein Television LLC haywood@rlf.com rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com |
| Brett Michael Haywood | |
| | on behalf of Debtor Twenty O Five Holdings LLC haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com |
| Brett Michael Haywood | |
| | on behalf of Debtor W Acquisition Company LLC haywood@rlf.com rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com |
| Brett Michael Haywood | |
| | on behalf of Debtor WTV Guantanamo SPV LLC haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com |
| Brett Michael Haywood | |
| | on behalf of Debtor TWC Borrower 2016 LLC haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com |
| Brett Michael Haywood | |
| | on behalf of Debtor CTHD 2 LLC haywood@rlf.com rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com |
| Brett Michael Haywood | |
| | on behalf of Debtor The Actors Group LLC haywood@rlf.com rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com |
| Brett Michael Haywood | |
| | on behalf of Defendant The Weinstein Company LLC haywood@rlf.com rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com |
| Brett Michael Haywood | |
| | on behalf of Debtor Weinstein Global Funding Corp. haywood@rlf.com rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com |
| Brett Michael Haywood | |
| | on behalf of Defendant The Weinstein Company Holdings LLC haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com |
| Brett Michael Haywood | |
| | on behalf of Debtor Weinstein Development LLC haywood@rlf.com rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com |
| Brett Michael Haywood | |
| | on behalf of Debtor Small Screen Trades LLC haywood@rlf.com rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com |
| Bryan J Hall | |
| | on behalf of Interested Party Speedee Distribution LLC bhall@blankrome.com |
| Candyce Ewing Abbatt | |
| | on behalf of Creditor Westside Productions LLC cabbatt@famfirm.com sheri@famfirm.com |
| Candyce Ewing Abbatt | |
| | on behalf of Creditor Goldflat Productions LLC cabbatt@famfirm.com sheri@famfirm.com |
| Carl D. Neff | |
| | on behalf of Debtor The Weinstein Company Holdings LLC cneff@foxrothschild.com |
| Carl N. Kunz, III | |
| | on behalf of Creditor Amazon.com Intl Sales Inc. ckunz@morrisjames.com, wweller@morrisjames.com |
| Carl N. Kunz, III | |
| | on behalf of Creditor Amazon Content Services LLC ckunz@morrisjames.com wweller@morrisjames.com |
| Carl N. Kunz, III | |
| | on behalf of Creditor Amazon Studios LLC ckunz@morrisjames.com wweller@morrisjames.com |
| Carl N. Kunz, III | |
| | on behalf of Creditor Amazon Media EU Sarl ckunz@morrisjames.com wweller@morrisjames.com |
| Carl N. Kunz, III | |
| | on behalf of Interested Party Ringleader Studios Inc. ckunz@morrisjames.com, wweller@morrisjames.com |
| Carrie V Hardman | |
| | on behalf of Creditor Nu Image chardman@winston.com carrie-hardman-4684@ecf.pacerpro.com |
| Charles E. Boulbol | |
| | on behalf of Creditor 180 Varick LLC rtrack@msn.com rtrack@verizon.net |
| Charles G. Brackins | |
| | on behalf of Creditor Douglas Emmett 2008 LLC CBrackins@hinshawlaw.com |
| Christopher A. Ward | |
| | on behalf of Interested Party Butler Films LLC cward@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher A. Ward | |
| | on behalf of Interested Party Geronimo Nevada LLC cward@polsinelli.com, |

LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward

on behalf of Interested Party Voltage Pictures  LLC cward@polsinelli.com,
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher M. Samis

on behalf of Interested Party East West Bank csamis@potteranderson.com
cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com

Christopher M. Samis

on behalf of Interested Party Portfolio Funding Company LLC I csamis@potteranderson.com
cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com

Christopher Page Simon

on behalf of Interested Party Jon Gordon csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party The Estate of Wes Craven csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party WB Studio Enterprises Inc. csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party David O. Russell csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Jon Gordon Productions  Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Defendant Bruce Cohen Productions csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party PC Films  LLC csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Kanzeon Corp. csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Rachel McAdams csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Creditor di Bonaventura Pictures  Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Potter  Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party George Clooney csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Creditor Tig Films  Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Julia Roberts csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party David S. Zucker csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Creditor Peter Chernin csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party The Bully Project  LLC csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Cykel Corp. csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Bill Murray csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Creditor Warner Bros. Entertainment Inc. csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party New Crime Productions  LLC csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Warner Bros. Entertainment Inc. csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Grant Heslov csimon@crosslaw.com  smacdonald@crosslaw.com

District/off: 0311-1
Date Rcvd: Oct 09, 2020

User: SH
Form ID: van489

Page 5 of 27
Total Noticed: 1

Christopher Page Simon

on behalf of Interested Party Canal Productions  Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Willie Lump Lump Enterprises  Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Bruce Cohen csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Ted Melfi csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party 22nd Indiana Inc. and Bradley Cooper csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Creditor Smoke House Pictures  Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Pink Fox  Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Annapurna Pictures  Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Creditor Creative Artists Agency csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Defendant Bruce Cohen csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Warner Bros. Pictures  a division of WB Studio Enterprises, Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Lee Hirsch csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Cusack Enterprises  LLC csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Creditor UniFi Completion Guaranty Insurance Solutions  Inc. as Agent and Attorney-in-Fact for Atlantic Specialty Insurance Company csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Sabajka Productions II  Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Brad Pitt csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Creditor Wanda Pictures (Hong Kong) Co. Ltd. csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Robert De Niro csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Meryl Streep csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Bruce Cohen Productions csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Donna Gigliotti csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Creditor Lorenzo di Bonaventura csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Jerry's Brother  Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Creditor Kevin Costner csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Hoodwinked  LLC csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Jake Gyllenhaal csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party John Cusack csimon@crosslaw.com  smacdonald@crosslaw.com

District/off: 0311-1                  User: SH                        Page 6 of 27
Date Rcvd: Oct 09, 2020               Form ID: van489                 Total Noticed: 1

Christopher Page Simon

on behalf of Interested Party Dynamic '88 Productions  Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party JCP Enterprises  Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Good Lie  Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Kanbar Entertainment  LLC csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Goldenlight Films  Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Colin Robinson

on behalf of Creditor Committee Official Committee of Unsecured Creditors crobinson@pszjlaw.com

Colin Robinson

on behalf of Attorney Pachulski Stang Ziehl & Jones LLP crobinson@pszjlaw.com

Colin R. Robinson

on behalf of Creditor Committee Official Committee of Unsecured Creditors crobinson@pszjlaw.com

Colin R. Robinson

on behalf of Attorney Pachulski Stang Ziehl & Jones LLP crobinson@pszjlaw.com

Curtis A Hehn

on behalf of Interested Party Netflix Global LLC. curtishehn@comcast.net

Curtis A Hehn

on behalf of Interested Party Netflix  Inc. curtishehn@comcast.net

Curtis A Hehn

on behalf of Interested Party Netflix Studios LLC curtishehn@comcast.net

Curtis A Hehn

on behalf of Interested Party Netflix International B.V. curtishehn@comcast.net

Daniel A. O'Brien

on behalf of Plaintiff Amityville Horror Enterprises  LLC, Cindy Lee Stock, Noel Lutz, Gabrielle Lutz and Melissa Irwin daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party Good Fear Film  Inc. daobrien@venable.com

Daniel A. O'Brien

on behalf of Creditor Counterparties daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party Wang Qin and Wang Hong daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party Vertigo Prime  Inc. daobrien@venable.com

Daniel B. Butz

on behalf of Interested Party Viacom International Inc. dbutz@mnat.com

David B. Stratton

on behalf of Interested Party Spyglass Media Group  LLC david.stratton@troutman.com, wlbank@troutman.com,David.A.Smith@troutman.com,monica.molitor@troutman.com

David M. Fournier

on behalf of Interested Party Spyglass Media Group  LLC david.fournier@troutman.com, wlbank@troutman.com;monica.molitor@troutman.com

David M. Klauder

on behalf of Interested Party Kevin Hart dklauder@bk-legal.com

David M. Klauder

on behalf of Interested Party Sugarbell dklauder@bk-legal.com

David M. Klauder

on behalf of Interested Party K. Hart Enterprises  Inc. dklauder@bk-legal.com

David M. Klauder

on behalf of Interested Party Kristen Bell dklauder@bk-legal.com

David M. Klauder

on behalf of Interested Party Pippin Owners dklauder@bk-legal.com

David M. Klauder

on behalf of Interested Party In the Heights Owners dklauder@bk-legal.com

David M. Poitras

      on behalf of Creditor Two Eleven Productions  Inc. dpoitras@jmbm.com

David M. Poitras

      on behalf of Creditor Leonardo DiCaprio dpoitras@jmbm.com

David M. Poitras

      on behalf of Creditor Floffin  Inc. dpoitras@jmbm.com

David M. Poitras

      on behalf of Creditor Birken Productions  Inc. dpoitras@jmbm.com

David M. Poitras

      on behalf of Creditor Jennifer Aniston dpoitras@jmbm.com

David M. Poitras

      on behalf of Creditor Jennifer Lawrence dpoitras@jmbm.com

David M. Poitras

      on behalf of Creditor Company Men Productions  Inc. dpoitras@jmbm.com

David Ryan Slaugh

      on behalf of Other Prof. Sun Distribution Group S.A. rslaugh@potteranderson.com
      bankruptcy@potteranderson.com;nrainey@potteranderson.com

David Ryan Slaugh

      on behalf of Interested Party The Walt Disney Company and its affiliates rslaugh@potteranderson.com
      bankruptcy@potteranderson.com;nrainey@potteranderson.com

David Ryan Slaugh

      on behalf of Other Prof. Endemol Shine International Limited rslaugh@potteranderson.com
      bankruptcy@potteranderson.com;nrainey@potteranderson.com

David Ryan Slaugh

      on behalf of Other Prof. Channel 271 Productions LLC rslaugh@potteranderson.com
      bankruptcy@potteranderson.com;nrainey@potteranderson.com

David Ryan Slaugh

      on behalf of Other Prof. Endemol Shine International International Limited rslaugh@potteranderson.com
      bankruptcy@potteranderson.com;nrainey@potteranderson.com

David T Queroli

      on behalf of Attorney Richards  Layton & Finger, P.A. Queroli@rlf.com,
      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David T Queroli

      on behalf of Debtor The Weinstein Company Holdings LLC Queroli@rlf.com
      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David W. Carickhoff

      on behalf of Creditor Frank Miller Inc. and Frank Miller dcarickhoff@archerlaw.com

Deirdre M. Richards

      on behalf of Creditor Sony Pictures Entertainment Inc. et al. drichards@finemanlawfirm.com

Dennis A. Meloro

      on behalf of Creditor Jackpot Productions Limited f/s/o Jack Whitehall and James Graham melorod@gtlaw.com
      bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com

Derek C. Abbott

      on behalf of Interested Party Tim Sarnoff dabbott@mnat.com
      meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;derek-a
      bbott-1155@ecf.pacerpro.com

Derek C. Abbott

      on behalf of Interested Party Viacom International Inc. dabbott@mnat.com
      meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;derek-a
      bbott-1155@ecf.pacerpro.com

Derrick Hansen

      on behalf of Creditor UMG Recordings  Inc. dhansen@friedmanspring.com

Derrick Hansen

      on behalf of Creditor Capital Christian Music Group dhansen@friedmanspring.com

Derrick Hansen

      on behalf of Creditor Universal Music Corp. dhansen@friedmanspring.com

Derrick Hansen

      on behalf of Interested Party Universal Music Enterprises dhansen@friedmanspring.com

Derrick Hansen

      on behalf of Creditor Universal Tunes dhansen@friedmanspring.com

Derrick Hansen
    on behalf of Creditor Songs of Universal  Inc. dhansen@friedmanspring.com

Derrick Hansen
    on behalf of Creditor CMG Publishing dhansen@friedmanspring.com

Dylan James Smith
    on behalf of Interested Party Digital Cinema Implementation Partners  LLC dsmith@loeb.com

Edward B. Rosenthal
    on behalf of Interested Party Gaumont S.A. erosenthal@rmgglaw.com  jmeekins@rmgglaw.com

Edward B. Rosenthal
    on behalf of Interested Party Delta Last Legion Ltd. erosenthal@rmgglaw.com  jmeekins@rmgglaw.com

Edward B. Rosenthal
    on behalf of Interested Party Eagle Pictures  S.p.A. erosenthal@rmgglaw.com, jmeekins@rmgglaw.com

Edward B. Rosenthal
    on behalf of Interested Party Eurofilm & Media Ltd. erosenthal@rmgglaw.com  jmeekins@rmgglaw.com

Edward B. Rosenthal
    on behalf of Interested Party Senator Film Verleih GmbH erosenthal@rmgglaw.com  jmeekins@rmgglaw.com

Edward B. Rosenthal
    on behalf of Interested Party Quinta Communications  S.A. erosenthal@rmgglaw.com, jmeekins@rmgglaw.com

Edward B. Rosenthal
    on behalf of Interested Party Tarak Ben Ammar erosenthal@rmgglaw.com  jmeekins@rmgglaw.com

Edward B. Rosenthal
    on behalf of Interested Party Wild Bunch S.A. erosenthal@rmgglaw.com  jmeekins@rmgglaw.com

Edward B. Rosenthal
    on behalf of Interested Party Senator Entertainment  Inc. erosenthal@rmgglaw.com, jmeekins@rmgglaw.com

Edward B. Rosenthal
    on behalf of Interested Party Studiocanal S.A.S. erosenthal@rmgglaw.com  jmeekins@rmgglaw.com

Edward B. Rosenthal
    on behalf of Interested Party Optimum Releasing Limited erosenthal@rmgglaw.com  jmeekins@rmgglaw.com

Edward B. Rosenthal
    on behalf of Interested Party Kinowelt GmbH erosenthal@rmgglaw.com  jmeekins@rmgglaw.com

Edward B. Rosenthal
    on behalf of Interested Party Orange Studio (formerly Studio 37) erosenthal@rmgglaw.com  jmeekins@rmgglaw.com

Edward B. Rosenthal
    on behalf of Interested Party Wild Bunch Germany GmbH erosenthal@rmgglaw.com  jmeekins@rmgglaw.com

Edward J McNeilly
    on behalf of Interested Party Portfolio Funding Company LLC I edward.mcneilly@hoganlovells.com

Edward M. Fox
    on behalf of Attorney Seyfarth Shaw LLP emfox@seyfarth.com

Elizabeth Soper Justison
    on behalf of Interested Party MUFG Union Bank (Prepetition and DIP Agent) bankfilings@ycst.com

Elizabeth Soper Justison
    on behalf of Defendant UnionBanCal Equities  Inc. bankfilings@ycst.com

Elizabeth Soper Justison
    on behalf of Interested Party UnionBanCal Equities  Inc. bankfilings@ycst.com

Elizabeth Soper Justison
    on behalf of Defendant Union Bancal Equities  Inc. bankfilings@ycst.com

Enid N Stuart
    on behalf of Creditor New York State Attorney General enid.stuart@ag.ny.gov  louisa.irving@ag.ny.gov

Epiq Corporate Restructuring, LLC
    nmrodriguez@epiqsystems.com

Eric J. Monzo
    on behalf of Interested Party Toyota Motor Corporation emonzo@morrisjames.com
wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Interested Party BBC Worldwide Limited emonzo@morrisjames.com
wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
 on behalf of Interested Party Toyota Motor Sales  U.S.A., Inc. emonzo@morrisjames.com,
 wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Ericka Fredricks Johnson
 on behalf of Creditor Nu Image Ericka.johnson@wbd-us.com
 Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Evelyn J. Meltzer
 on behalf of Interested Party Spyglass Media Group  LLC Evelyn.Meltzer@troutman.com,
 wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Evelyn J. Meltzer
 on behalf of Defendant Lantern Entertainment LLC Evelyn.Meltzer@troutman.com
 wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Frank Eugene Noyes, II
 on behalf of Creditor Univision Networks & Studios  Inc. fnoyes@offitkurman.com, Elizabeth.White@offitkurman.com

Frederick Brian Rosner
 on behalf of Creditor Sybrina Fulton and Tracy Martin rosner@teamrosner.com

Frederick Brian Rosner
 on behalf of Creditor It Follows Productions  LLC rosner@teamrosner.com

Frederick Brian Rosner
 on behalf of Creditor Scavenger  LLC rosner@teamrosner.com

Garvan F. McDaniel
 on behalf of Interested Party Inclusion Media  LLC gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel
 on behalf of Creditor Light Chaser Animation gfmcdaniel@dkhogan.com  gdurstein@dkhogan.com

Geoffrey G. Grivner
 on behalf of Creditor Sartraco  Inc. geoffrey.grivner@bipc.com, annette.dye@bipc.com;donna.curcio@bipc.com

Gregory A. Taylor
 on behalf of Creditor J.C. Penney Corporation  Inc. gtaylor@ashbygeddes.com, ahrycak@ashbygeddes.com

Gregory T. Donilon
 on behalf of Creditor AI International Holdings (BVI) Limited gdonilon@mmwr.com  gregory-donilon-6537@ecf.pacerpro.com

Gregory T. Donilon
 on behalf of Plaintiff AI International Holdings (BVI) Ltd. gdonilon@mmwr.com  gregory-donilon-6537@ecf.pacerpro.com

Gregory T. Donilon
 on behalf of Interested Party Shady Records  Inc. gdonilon@pwujlaw.com, gregory-donilon-6537@ecf.pacerpro.com

Hannah Mufson McCollum
 on behalf of U.S. Trustee U.S. Trustee hannah.mccollum@usdoj.gov

Howard J. Weg
 on behalf of Creditor Visiona Romantica  Inc. hweg@robinskaplan.com

Howard J. Weg
 on behalf of Creditor Supercool Manchu Too  LLC hweg@robinskaplan.com

Howard J. Weg
 on behalf of Creditor Jackboot  Inc. hweg@robinskaplan.com

Howard J. Weg
 on behalf of Creditor Cine-Manic Productions  Inc. hweg@robinskaplan.com

Howard J. Weg
 on behalf of Interested Party Alfred H. Siegel hweg@robinskaplan.com

Howard J. Weg
 on behalf of Creditor Quentin Tarantino hweg@robinskaplan.com

Howard J. Weg
 on behalf of Creditor Brown 26 Productions  LLC hweg@robinskaplan.com

Howard J. Weg
 on behalf of Creditor L. Driver Productions  Inc. hweg@robinskaplan.com

Howard J. Weg
 on behalf of Creditor OWN LLC hweg@robinskaplan.com

Ian Connor Bifferato
 on behalf of Mediator Ian Connor Bifferato cbifferato@tbf.legal  mstewart@tbf.legal

James C Moon

District/off: 0311-1
Date Rcvd: Oct 09, 2020

User: SH
Form ID: van489

Page 10 of 27
Total Noticed: 1

on behalf of Creditor Univision Networks & Studios  Inc. jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

James F Harker

on behalf of Creditor S. Carter Enterprises LLC and Shawn C. Carter a.k.a. Jay-Z jharker@cohenseglias.com sbruno@cohenseglias.com

James I. Stang

on behalf of Creditor Committee Official Committee of Unsecured Creditors jstang@pszjlaw.com  hrafatjoo@pszjlaw.com

James Paul Menton, Jr.

on behalf of Interested Party Quinta Communications  S.A. jmenton@robinskaplan.com

James Paul Menton, Jr.

on behalf of Creditor Supercool Manchu Too  LLC jmenton@robinskaplan.com

James Paul Menton, Jr.

on behalf of Creditor L. Driver Productions  Inc. jmenton@robinskaplan.com

James Paul Menton, Jr.

on behalf of Interested Party Alfred H. Siegel jmenton@robinskaplan.com

James Paul Menton, Jr.

on behalf of Creditor Visiona Romantica  Inc. jmenton@robinskaplan.com

James Paul Menton, Jr.

on behalf of Creditor OWN LLC jmenton@robinskaplan.com

James Paul Menton, Jr.

on behalf of Creditor Jackboot  Inc. jmenton@robinskaplan.com

James Paul Menton, Jr.

on behalf of Creditor Brown 26 Productions  LLC jmenton@robinskaplan.com

James Paul Menton, Jr.

on behalf of Creditor Cine-Manic Productions  Inc. jmenton@robinskaplan.com

James S. Carr

on behalf of Creditor Cinedigm KDWBankruptcyDepartment@kelleydrye.com  MVicinanza@ecf.inforuptcy.com

James W. Adelman

on behalf of Interested Party Philadelphia Media Network mail@morrisadelman.com

Jamie Lynne Edmonson

on behalf of Interested Party Vertigo Prime  Inc. jedmonson@rc.com, lshaw@rc.com

Jamie Lynne Edmonson

on behalf of Creditor Counterparties jedmonson@rc.com  lshaw@rc.com

Jamie Lynne Edmonson

on behalf of Plaintiff Amityville Horror Enterprises  LLC, Cindy Lee Stock, Noel Lutz, Gabrielle Lutz and Melissa Irwin jedmonson@rc.com, lshaw@rc.com

Jamie Lynne Edmonson

on behalf of Interested Party Good Fear Film  Inc. jedmonson@rc.com, lshaw@rc.com

Jane K. Springwater

on behalf of Interested Party Shady Records  Inc. jspringwater@friedmanspring.com, nku@friedmanspring.com

Jane K. Springwater

on behalf of Interested Party Universal Music Enterprises jspringwater@friedmanspring.com  nku@friedmanspring.com

Jane M. Leamy

on behalf of U.S. Trustee U.S. Trustee jane.m.leamy@usdoj.gov

Jason Wallach

on behalf of Creditor UniFi Completion Guaranty Insurance Solutions  Inc. as Agent and Attorney-in-Fact for Atlantic Specialty Insurance Company jwallach@ghplaw.com

Jason A. Gibson

on behalf of Creditor Dominique Huett gibson@teamrosner.com

Jason A. Gibson

on behalf of Creditor Jeff Abbott gibson@teamrosner.com

Jason A. Gibson

on behalf of Creditor It Follows Productions  LLC gibson@teamrosner.com

Jason A. Gibson

on behalf of Creditor Wedil David gibson@teamrosner.com

Jason A. Gibson

on behalf of Creditor Scavenger  LLC gibson@teamrosner.com

District/off: 0311-1                                    User: SH                                    Page 11 of 27
Date Rcvd: Oct 09, 2020                           Form ID: van489                           Total Noticed: 1

Jason A. Gibson
    on behalf of Creditor Sybrina Fulton and Tracy Martin gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Jeff Abbott gibson@teamrosner.com

Jay Walton Hurst
    on behalf of Creditor Texas Comptroller of Public Accounts jay.hurst@oag.texas.gov  sherri.simpson@oag.texas.gov

Jeff J. Friedman
    on behalf of Creditor Anchor Bay Entertainment LLC jeff.friedman@kattanlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman
    on behalf of Creditor Anchor Bay Entertainment UK Ltd jeff.friedman@kattanlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman
    on behalf of Creditor Lions Gate Entertainment Corp. jeff.friedman@kattanlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman
    on behalf of Creditor Starz Entertainment LLC jeff.friedman@kattanlaw.com  nyc.bknotices@kattenlaw.com

Jeff J. Friedman
    on behalf of Creditor Fremantle Media Limited jeff.friedman@kattanlaw.com  nyc.bknotices@kattenlaw.com

Jeffrey C. Wisler
    on behalf of Creditor Cigna Health and Life Insurance Company jwisler@connollygallagher.com

Jeffrey R. Waxman
    on behalf of Interested Party Katherine Kendall jwaxman@morrisjames.com
wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
    on behalf of Interested Party Zoe Brock jwaxman@morrisjames.com
wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
    on behalf of Interested Party Nannette Klatt jwaxman@morrisjames.com
wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
    on behalf of Interested Party Larissa Gomes jwaxman@morrisjames.com
wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
    on behalf of Interested Party Melissa Thompson jwaxman@morrisjames.com
wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
    on behalf of Interested Party Caitlin Dulany jwaxman@morrisjames.com
wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
    on behalf of Interested Party Melissa Sagemiller jwaxman@morrisjames.com
wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
    on behalf of Interested Party Louisette Geiss jwaxman@morrisjames.com
wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
    on behalf of Interested Party Nannette May jwaxman@morrisjames.com
wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
    on behalf of Interested Party Sarah Ann Thomas jwaxman@morrisjames.com
wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
    on behalf of Interested Party Plural Jempsa  S.L. jwaxman@morrisjames.com,
wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey S. Sabin
    on behalf of Creditor Counterparties JSSabin@Venable.com

Jeffrey W. Levitan
    on behalf of Creditor BMG Rights Management  LLC jlevitan@proskauer.com

Jeffrey W. Levitan
    on behalf of Creditor BMG Rights Management (US)  LLC jlevitan@proskauer.com

Jennifer R. Hoover
    on behalf of Creditor Birken Productions  Inc. jhoover@beneschlaw.com, debankruptcy@beneschlaw.com

District/off: 0311-1                                    User: SH                                    Page 12 of 27
Date Rcvd: Oct 09, 2020                              Form ID: van489                             Total Noticed: 1

Jennifer R. Hoover

on behalf of Creditor Kate McKinnon jhoover@beneschlaw.com  debankruptcy@beneschlaw.com

Jennifer R. Hoover

on behalf of Creditor Jennifer Aniston jhoover@beneschlaw.com  debankruptcy@beneschlaw.com

Jennifer R. Hoover

on behalf of Creditor Tengri  Inc. jhoover@beneschlaw.com, debankruptcy@beneschlaw.com

Jennifer R. Hoover

on behalf of Creditor Bazelevs U.S. jhoover@beneschlaw.com  debankruptcy@beneschlaw.com

Jennifer R. Hoover

on behalf of Creditor Jennifer Lawrence jhoover@beneschlaw.com  debankruptcy@beneschlaw.com

Jennifer R. Hoover

on behalf of Creditor Two Eleven Productions  Inc. jhoover@beneschlaw.com, debankruptcy@beneschlaw.com

Jennifer R. Hoover

on behalf of Creditor Mirsand Limited jhoover@beneschlaw.com  debankruptcy@beneschlaw.com

Jennifer R. Hoover

on behalf of Creditor Timur Bekmambetov jhoover@beneschlaw.com  debankruptcy@beneschlaw.com

Jennifer R. Hoover

on behalf of Creditor Company Men Productions  Inc. jhoover@beneschlaw.com, debankruptcy@beneschlaw.com

Jennifer R. Hoover

on behalf of Creditor Leonardo DiCaprio jhoover@beneschlaw.com  debankruptcy@beneschlaw.com

Jennifer R. Hoover

on behalf of Creditor Floffin  Inc. jhoover@beneschlaw.com, debankruptcy@beneschlaw.com

Jeremy William Ryan

on behalf of Other Prof. Endemol Shine International Limited jryan@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com

Jeremy William Ryan

on behalf of Other Prof. Entertainment One UK Limited (as successor to Contender Ltd.) jryan@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com

Jeremy William Ryan

on behalf of Other Prof. Alliance Films (UK) Limited jryan@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com

Jeremy William Ryan

on behalf of Other Prof. Entertainment One Benelux BV jryan@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com

Jeremy William Ryan

on behalf of Other Prof. Entertainment One Films Canada Inc. (on its own behalf and as successor to Alliance Films Inc. and
Motion Picture Distribution LP) jryan@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com

Jeremy William Ryan

on behalf of Other Prof. Channel 271 Productions LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com

Jeremy William Ryan

on behalf of Other Prof. Aurum Productions SA jryan@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com

Jeremy William Ryan

on behalf of Other Prof. Sun Distribution Group S.A. jryan@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com

Jeremy William Ryan

on behalf of Other Prof. Alliance Films (UK) Dark Skies Limited jryan@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com

Jeremy William Ryan

on behalf of Other Prof. Tele Munchen Fernseh GmbH & Co. Produktionsgesellschaft jryan@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com

Jeremy William Ryan

on behalf of Interested Party The Walt Disney Company and its affiliates jryan@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com

Jeremy William Ryan

on behalf of Other Prof. Suite Distribution Limited jryan@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com

Jeremy William Ryan

on behalf of Other Prof. AB Svensk Filmindustri jryan@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com

Jessica Lynn Bagdanov

on behalf of Plaintiff Hotel Mumbai Pty Ltd. jbagdanov@bg.law  ecf@bg.law

Jessica Lynn Bagdanov

on behalf of Creditor Hotel Mumbai Pty Ltd. and Related Affiliates jbagdanov@bg.law  ecf@bg.law

Joanne P. Pinckney

on behalf of Interested Party Shady Records  Inc. jpinckney@pwujlaw.com, tchambers@pwujlaw.com

John F. Carberry

on behalf of Creditor S. Carter Enterprises LLC and Shawn C. Carter a.k.a. Jay-Z jcarberry@cl-law.com

Jon L.R. Dalberg

on behalf of Interested Party Warner Bros. Pictures  a division of WB Studio Enterprises, Inc. jdalberg@landaufirm.com,
vrichmond@landaufirm.com;avedrova@landaufirm.com

Jon L.R. Dalberg

on behalf of Interested Party Hoodwinked  LLC jdalberg@landaufirm.com,
vrichmond@landaufirm.com;avedrova@landaufirm.com

Jon L.R. Dalberg

on behalf of Interested Party Kanbar Entertainment  LLC jdalberg@landaufirm.com,
vrichmond@landaufirm.com;avedrova@landaufirm.com

Joseph Corrigan

on behalf of Creditor Iron Mountain Information Management  LLC Bankruptcy2@ironmountain.com

Joseph Grey

on behalf of Interested Party Ted Melfi jgrey@crosslaw.com  smacdonald@crosslaw.com

Joseph Grey

on behalf of Interested Party Potter  Inc. jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph Grey

on behalf of Interested Party Brad Pitt jgrey@crosslaw.com  smacdonald@crosslaw.com

Joseph Grey

on behalf of Interested Party Bill Murray jgrey@crosslaw.com  smacdonald@crosslaw.com

Joseph Grey

on behalf of Interested Party Willie Lump Lump Enterprises  Inc. jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph Grey

on behalf of Interested Party PC Films  LLC jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph Grey

on behalf of Interested Party Goldenlight Films  Inc. jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph H. Huston, Jr.

on behalf of Interested Party Paul Tudor Jones jhh@stevenslee.com

Joseph M. VanLeuven

on behalf of Creditor Amazon Media EU Sarl joevanleuven@dwt.com  lizcarter@dwt.com

Joseph M. VanLeuven

on behalf of Creditor Amazon Studios LLC joevanleuven@dwt.com  lizcarter@dwt.com

Joseph M. VanLeuven

on behalf of Creditor Amazon Digital Services LLC joevanleuven@dwt.com  lizcarter@dwt.com

Joseph M. VanLeuven

on behalf of Creditor Amazon.com Intl Sales  Inc. joevanleuven@dwt.com, lizcarter@dwt.com

Joseph M. VanLeuven

on behalf of Creditor Amazon Content Services LLC joevanleuven@dwt.com  lizcarter@dwt.com

Julia Bettina Klein

on behalf of Interested Party Harvey Weinstein klein@kleinllc.com

Justin Cory Falgowski

on behalf of Creditor MUFG Union Bank  N.A. jfalgowski@burr.com

Katharina Earle

on behalf of Interested Party Cross City Films  Ltd. kearle@ashbygeddes.com

Kathleen M. Miller

on behalf of Interested Party Full Picture LLC kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller

on behalf of Interested Party Stephen King kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

District/off: 0311-1                          User: SH                                    Page 14 of 27
Date Rcvd: Oct 09, 2020                    Form ID: van489                          Total Noticed: 1

Kathleen M. Miller
on behalf of Interested Party Heidi Klum kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller
on behalf of Interested Party Heidi Klum LLC kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller
on behalf of Interested Party Heidi Klum Company LLC kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller
on behalf of Interested Party Full Picture Inc. kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Keith C. Owens
on behalf of Creditor Counterparties kowens@foxrothschild.com  khoang@foxrothschild.com

Kevin M. Capuzzi
on behalf of Creditor Leonardo DiCaprio kcapuzzi@beneschlaw.com  debankruptcy@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Company Men Productions  Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Two Eleven Productions  Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Birken Productions  Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Jennifer Aniston kcapuzzi@beneschlaw.com  debankruptcy@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Jennifer Lawrence kcapuzzi@beneschlaw.com  debankruptcy@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Bazelevs U.S. kcapuzzi@beneschlaw.com  debankruptcy@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Floffin  Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Timur Bekmambetov kcapuzzi@beneschlaw.com  debankruptcy@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Tengri  Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Mirsand Limited kcapuzzi@beneschlaw.com  debankruptcy@beneschlaw.com

Kevin Scott Mann
on behalf of Interested Party Grant Heslov kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Interested Party The Estate of Wes Craven kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Creditor Smoke House Pictures  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Creditor di Bonaventura Pictures  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Interested Party PC Films  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Defendant Bruce Cohen Productions kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Interested Party Pink Fox  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Interested Party Lee Hirsch kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Creditor Floffin  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Defendant Bruce Cohen kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Creditor Lorenzo di Bonaventura kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Interested Party Ted Melfi kmann@crosslaw.com  smacdonald@crosslaw.com

District/off: 0311-1
Date Rcvd: Oct 09, 2020
User: SH
Form ID: van489
Page 15 of 27
Total Noticed: 1

Kevin Scott Mann

on behalf of Interested Party JCP Enterprises  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Cusack Enterprises  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Dynamic '88 Productions  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Canal Productions  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Good Lie  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Annapurna Pictures kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party David O. Russell kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Cykel Corp. kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Warner Bros. Entertainment Inc. kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Creditor Creative Artists Agency kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Brad Pitt kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party New Crime Productions  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Bruce Cohen Productions kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Goldenlight Films  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Warner Bros. Pictures  a division of WB Studio Enterprises, Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Jon Gordon Productions  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Julia Roberts kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Hoodwinked  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Sabajka Productions II  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Annapurna Pictures  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Donna Gigliotti kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party David S. Zucker kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Kanbar Entertainment  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Kanzeon Corp. kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Potter  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Rachel McAdams kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party George Clooney kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

District/off: 0311-1
Date Rcvd: Oct 09, 2020

User: SH
Form ID: van489

Page 16 of 27
Total Noticed: 1

on behalf of Interested Party Jerry's Brother  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Jon Gordon kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Creditor Jennifer Lawrence kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party WB Studio Enterprises Inc. kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Creditor Peter Chernin kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Bruce Cohen kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party The Bully Project  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Meryl Streep kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Robert De Niro kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Willie Lump Lump Enterprises  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Bill Murray kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party 22nd Indiana Inc. and Bradley Cooper kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party John Cusack kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Jake Gyllenhaal kmann@crosslaw.com  smacdonald@crosslaw.com

Kristi J. Doughty

on behalf of Creditor Daimler Trust de-ecfmail@mwc-law.com  de-ecfmail@ecf.inforuptcy.com

L. Katherine Good

on behalf of Interested Party Portfolio Funding Company LLC I kgood@potteranderson.com
cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com;nrainey@potteranderson.com

L. Katherine Good

on behalf of Interested Party East West Bank kgood@potteranderson.com

Larry W Gabriel

on behalf of Plaintiff Hotel Mumbai Pty Ltd. lgabriel@bg.law

Larry W Gabriel

on behalf of Creditor Hotel Mumbai Pty Ltd. and Related Affiliates lgabriel@bg.law

Laura L. McCloud

on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov

Laurel D. Roglen

on behalf of Creditor Jackboot  Inc. roglenl@ballardspahr.com, ambroses@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Cine-Manic Productions  Inc. roglenl@ballardspahr.com, ambroses@ballardspahr.com

Laurel D. Roglen

on behalf of Interested Party Alfred H. Siegel roglenl@ballardspahr.com  ambroses@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Quentin Tarantino roglenl@ballardspahr.com  ambroses@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Visiona Romantica  Inc. roglenl@ballardspahr.com, ambroses@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Supercool Manchu Too  LLC roglenl@ballardspahr.com, ambroses@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor OWN LLC roglenl@ballardspahr.com  ambroses@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Lions Gate Entertainment Corp. roglenl@ballardspahr.com  ambroses@ballardspahr.com

District/off: 0311-1                    User: SH                         Page 17 of 27
Date Rcvd: Oct 09, 2020                 Form ID: van489                  Total Noticed: 1

Laurel D. Roglen
                on behalf of Creditor Blumhouse Productions  LLC roglenl@ballardspahr.com, ambroses@ballardspahr.com

Laurel D. Roglen
                on behalf of Creditor Brown 26 Productions  LLC roglenl@ballardspahr.com, ambroses@ballardspahr.com

Laurel D. Roglen
                on behalf of Creditor L. Driver Productions  Inc. roglenl@ballardspahr.com, ambroses@ballardspahr.com

Laurel D. Roglen
                on behalf of Creditor Entertainment One Ltd. roglenl@ballardspahr.com  ambroses@ballardspahr.com

Laurel D. Roglen
                on behalf of Creditor Robert Weinstein roglenl@ballardspahr.com  ambroses@ballardspahr.com

Lawrence Joel Kotler
                on behalf of Creditor Adaptive Studios  Inc. ljkotler@duanemorris.com

Marcus Helt
                on behalf of Creditor J.C. Penney Corporation  Inc. mhelt@foley.com, kwilliams@gardere.com

Mark Minuti
                on behalf of Creditor Anchor Bay Entertainment LLC mark.minuti@saul.com  robyn.warren@saul.com

Mark Minuti
                on behalf of Creditor Fremantle Media Limited mark.minuti@saul.com  robyn.warren@saul.com

Mark Minuti
                on behalf of Creditor Lions Gate Films Inc. mark.minuti@saul.com  robyn.warren@saul.com

Mark Minuti
                on behalf of Creditor Starz Entertainment LLC mark.minuti@saul.com  robyn.warren@saul.com

Mark Minuti
                on behalf of Creditor Starz Media  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti
                on behalf of Creditor Starz LLC mark.minuti@saul.com  robyn.warren@saul.com

Mark Minuti
                on behalf of Creditor Lions Gate Entertainment Corp. mark.minuti@saul.com  robyn.warren@saul.com

Mark Minuti
                on behalf of Creditor Anchor Bay Entertainment UK Ltd mark.minuti@saul.com  robyn.warren@saul.com

Mark Pfeiffer
                on behalf of Creditor Sartraco  Inc. mark.pfeiffer@bipc.com, donna.curcio@bipc.com

Mark D. Collins
                on behalf of Debtor Tulip Fever LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins
                on behalf of Debtor Paddington 2  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins
                on behalf of Debtor WTV Scream 3 SPV  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins
                on behalf of Debtor TWC Production-Acquisition Borrower 2016  LLC
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins
                on behalf of Debtor InDirections LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins
                on behalf of Debtor Team Players LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins
                on behalf of Debtor Small Screen Productions LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins
                on behalf of Debtor InteliPartners LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins
                on behalf of Debtor TWC Mist  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins
                on behalf of Debtor TWC Domestic LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins
                on behalf of Debtor HRK Films  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

District/off: 0311-1                          User: SH                                    Page 18 of 27
Date Rcvd: Oct 09, 2020                   Form ID: van489                          Total Noticed: 1

on behalf of Debtor Weinstein Global Film Corp. rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor TWC Library Songs (BMI) LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Weinstein Television LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor FFPAD  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Twenty O Five Holdings  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Check Hook LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor TWC Polaroid SPV  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Scream 2 TC Borrower  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor W Acquisition Company LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor WTV Kalief Browder Borrower  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Branded Partners LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor WTV Guantanamo SPV  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Current War SPV  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor TWC Production  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor TWC Fearless Borrower  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor TWC Untouchable SPV  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor TWC Waco SPV  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Avenging Eagle SPV  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Weinstein Books  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor ISED  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor The Actors Group LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Small Screen Trades LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor WC Film Completions  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor TWC Replenish Borrower  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor CTHD 2 LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor TWC Loop LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor The Giver SPV  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor WTV Yellowstone SPV  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor DRT Films  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor The Weinstein Company LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Weinstein Development LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Cues TWC (ASCAP)  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Spy Kids TV Borrower  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor WTV JCP Borrower 2017  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor The Weinstein Company Holdings LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor One Chance LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Weinstein Productions LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor TWC Borrower 2016  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor PA Entity 2017  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor DRT Rights Management LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor PS Post LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor TWC Short Films  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor MarcoTwo  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins

on behalf of Debtor Weinstein Global Funding Corp. rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark L. Desgrosseilliers

on behalf of Creditor Wind River Productions  LLC desgross@chipmanbrown.com,
dero@chipmanbrown.com;fusco@chipmanbrown.com

Mark L. Desgrosseilliers

on behalf of Creditor Acacia Filmed Entertainment  LLC desgross@chipmanbrown.com,
dero@chipmanbrown.com;fusco@chipmanbrown.com

Matthew B. Harvey

on behalf of Interested Party Viacom International Inc. mharvey@mnat.com
glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;matt-ha
rvey-8145@ecf.pacerpro.com

Matthew G. Summers

on behalf of Creditor OWN LLC summersm@ballardspahr.com  hartlt@ballardspahr.com

Matthew G. Summers

on behalf of Creditor Supercool Manchu Too  LLC summersm@ballardspahr.com, hartlt@ballardspahr.com

Matthew G. Summers

on behalf of Creditor Visiona Romantica  Inc. summersm@ballardspahr.com, hartlt@ballardspahr.com

Matthew G. Summers

on behalf of Creditor Brown 26 Productions  LLC summersm@ballardspahr.com, hartlt@ballardspahr.com

Matthew G. Summers

on behalf of Creditor Jackboot  Inc. summersm@ballardspahr.com, hartlt@ballardspahr.com

Matthew G. Summers

on behalf of Creditor Robert Weinstein summersm@ballardspahr.com  hartlt@ballardspahr.com

Matthew G. Summers

on behalf of Creditor Quentin Tarantino summersm@ballardspahr.com  hartlt@ballardspahr.com

Matthew G. Summers

on behalf of Creditor Blumhouse Productions  LLC summersm@ballardspahr.com, hartlt@ballardspahr.com

Matthew G. Summers

on behalf of Creditor Lions Gate Entertainment Corp. summersm@ballardspahr.com  hartlt@ballardspahr.com

Matthew G. Summers

on behalf of Creditor L. Driver Productions  Inc. summersm@ballardspahr.com, hartlt@ballardspahr.com

Matthew G. Summers

on behalf of Creditor Cine-Manic Productions  Inc. summersm@ballardspahr.com, hartlt@ballardspahr.com

Matthew G. Summers

on behalf of Creditor Entertainment One Ltd. summersm@ballardspahr.com  hartlt@ballardspahr.com

Matthew O Talmo

on behalf of Interested Party Tim Sarnoff mtalmo@mnat.com
glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;matthe
w-talmo-2348@ecf.pacerpro.com

Matthew O Talmo

on behalf of Interested Party A+E Television Networks  LLC mtalmo@mnat.com,
glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;matthe
w-talmo-2348@ecf.pacerpro.com

Matthew P. Ward

on behalf of Interested Party Bank Hapoalim B.M. matthew.ward@wbd-us.com
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Matthew P. Ward

on behalf of Creditor Nu Image matthew.ward@wbd-us.com
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Maxim B. Litvak

on behalf of Creditor Committee Official Committee of Unsecured Creditors mlitvak@pszjlaw.com

Meredith A. Lahaie

on behalf of Interested Party Spyglass Media Group  LLC mlahaie@akingump.com

Michael Luskin

on behalf of Interested Party Viacom International Inc. luskin@lsellp.com

Michael Cory Hochman

on behalf of Creditor Technicolor USA  Inc. mhochman@monlaw.com

Michael Cory Hochman

on behalf of Creditor Technicolor Creative Services USA  Inc. mhochman@monlaw.com

Michael Cory Hochman

on behalf of Creditor Technicolor Home Entertainment Services  Inc. mhochman@monlaw.com

Michael Cory Hochman

on behalf of Creditor Technicolor  Inc. mhochman@monlaw.com

Michael Cory Hochman

on behalf of Creditor Technicolor Videocassette of Michigan  Inc. mhochman@monlaw.com

Michael David DeBaecke

on behalf of Creditor Home Box Office  Inc. mdebaecke@ashbygeddes.com

Michael David DeBaecke

on behalf of Creditor Brett Matthews mdebaecke@ashbygeddes.com

Michael David DeBaecke

on behalf of Creditor Turner Entertainment Networks  Inc. mdebaecke@ashbygeddes.com

Michael G. Busenkell

on behalf of Interested Party Lesia Anson mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Plaintiff Hotel Mumbai Pty Ltd. mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor Hotel Mumbai Pty Ltd. and Related Affiliates mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor Arclight Films mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor Hotel Mumbai Pty Ltd. mbusenkell@gsbblaw.com

Michael I. Gottfried

on behalf of Defendant Bruce Cohen Productions MGottfried@elkinskalt.com  AAburto@elkinskalt.com;MYuen@elkinskalt.com

| District/off: 0311-1 | User: SH | Page 21 of 27 |
| Date Rcvd: Oct 09, 2020 | Form ID: van489 | Total Noticed: 1 |

Michael I. Gottfried

on behalf of Defendant Bruce Cohen MGottfried@elkinskalt.com  AAburto@elkinskalt.com;MYuen@elkinskalt.com

Michael I. Gottfried

on behalf of Creditor Creative Artists Agency MGottfried@elkinskalt.com  AAburto@elkinskalt.com;MYuen@elkinskalt.com

Michael Joseph Joyce

on behalf of Interested Party David Wayne Semien mjoyce@mjlawoffices.com

Michael R. Nestor

on behalf of Interested Party Y Movie  LLC, Y Theatrical, LLC, YFE Holdings, Inc., OA3, LLC, and RMF, LLC
bankfilings@ycst.com

Michael S. Neiburg

on behalf of Defendant MUFG Union Bank  N.A. bankfilings@ycst.com

Michael S. Neiburg

on behalf of Defendant Union Bancal Equities  Inc. bankfilings@ycst.com

Michael S. Neiburg

on behalf of Defendant UnionBanCal Equities  Inc. bankfilings@ycst.com

Michael S. Stamer

on behalf of Interested Party Spyglass Media Group  LLC mstamer@akingump.com

Michael T Delaney

on behalf of Creditor Jackboot  Inc. mdelaney@robinskaplan.com, amatsuoka@robinskaplan.com

Michael T Delaney

on behalf of Creditor OWN LLC mdelaney@robinskaplan.com  amatsuoka@robinskaplan.com

Michael T Delaney

on behalf of Creditor Visiona Romantica  Inc. mdelaney@robinskaplan.com, amatsuoka@robinskaplan.com

Michael T Delaney

on behalf of Creditor Brown 26 Productions  LLC mdelaney@robinskaplan.com, amatsuoka@robinskaplan.com

Michael T Delaney

on behalf of Creditor L. Driver Productions  Inc. mdelaney@robinskaplan.com, amatsuoka@robinskaplan.com

Michael T Delaney

on behalf of Creditor Quentin Tarantino mdelaney@robinskaplan.com  amatsuoka@robinskaplan.com

Michael T Delaney

on behalf of Creditor Cine-Manic Productions  Inc. mdelaney@robinskaplan.com, amatsuoka@robinskaplan.com

Michael T Delaney

on behalf of Creditor Supercool Manchu Too  LLC mdelaney@robinskaplan.com, amatsuoka@robinskaplan.com

Michael W. Yurkewicz

on behalf of Interested Party Black Bear Pictures myurkewicz@klehr.com

Morgan L. Patterson

on behalf of Creditor Nu Image morgan.patterson@wbd-us.com
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Morgan L. Patterson

on behalf of Creditor Wind River Productions  LLC morgan.patterson@wbd-us.com,
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Morgan L. Patterson

on behalf of Interested Party Bank Hapoalim B.M. morgan.patterson@wbd-us.com
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Morgan L. Patterson

on behalf of Creditor Acacia Filmed Entertainment  LLC morgan.patterson@wbd-us.com,
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Neil Paresh Thakor

on behalf of Creditor 2929 Productions LLC nthakor@manatt.com

Norman L. Pernick

on behalf of Interested Party Miramax Film NY  LLC npernick@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Norman M. Monhait

on behalf of Interested Party Delta Last Legion Ltd. nmonhait@rmgglaw.com

Norman M. Monhait

on behalf of Interested Party Orange Studio (formerly Studio 37) nmonhait@rmgglaw.com

Norman M. Monhait

District/off: 0311-1

Date Rcvd: Oct 09, 2020

User: SH

Form ID: van489

Page 22 of 27

Total Noticed: 1

on behalf of Interested Party Quinta Communications  S.A. nmonhait@rmgglaw.com

Patrick A. Jackson

on behalf of Creditor Bunim/Murray Productions  LLC Patrick.jackson@faegredrinker.com, rokeysha.ramos@faegredrinker.com

Patrick J. Reilley

on behalf of Interested Party Miramax Film NY  LLC preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coles
chotz.com;lmorton@coleschotz.com

Paul H Zumbro

on behalf of Debtor The Weinstein Company Holdings LLC pzumbro@cravath.com  mao@cravath.com

Paul H. Aloe

on behalf of Creditor Adaptive Studios  Inc. paloe@kudmanlaw.com, yali@kudmanlaw.com;dsaponara@kudmanlaw.com

Paul J. Pascuzzi

on behalf of Creditor McClatchy Company et al. ppascuzzi@ffwplaw.com  docket@ffwplaw.com

Paul Noble Heath

on behalf of Debtor The Weinstein Company Holdings LLC heath@rlf.com
RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Paul S. Arrow

on behalf of Creditor Sony Pictures Entertainment Inc. et al. parrow@buchalter.com

Peter J. Gurfein

on behalf of Interested Party Annapurna Pictures  Inc. pgurfein@landaufirm.com,
srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Peter J. Gurfein

on behalf of Interested Party Annapurna Pictures pgurfein@landaufirm.com
srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Peter M. Gilhuly

on behalf of Interested Party Miramax Film NY  LLC peter.gilhuly@lw.com, nacif.taousse@lw.com;ny-courtmail@lw.com

Peter Manfred Bransten

on behalf of Creditor Wanda Pictures (Hong Kong) Co. Ltd. pbransten@glaserweil.com

R. Craig Martin

on behalf of Plaintiff Spyglass Media Group  LLC craig.martin@dlapiper.com,
carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com

R. Craig Martin

on behalf of Interested Party Spyglass Media Group  LLC craig.martin@dlapiper.com,
carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com

R. Stephen McNeill

on behalf of Other Prof. Alliance Films (UK) Dark Skies Limited bankruptcy@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com

R. Stephen McNeill

on behalf of Other Prof. Tele Munchen Fernsch GmbH & Co. Produktionsgesellschaft bankruptcy@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com

R. Stephen McNeill

on behalf of Other Prof. Entertainment One UK Limited (as successor to Contender Ltd.) bankruptcy@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com

R. Stephen McNeill

on behalf of Other Prof. Alliance Films (UK) Limited bankruptcy@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com

R. Stephen McNeill

on behalf of Other Prof. Suite Distribution Limited bankruptcy@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com

R. Stephen McNeill

on behalf of Other Prof. Entertainment One Films Canada Inc. (on its own behalf and as successor to Alliance Films Inc. and
Motion Picture Distribution LP) bankruptcy@potteranderson.com  bankruptcy@potteranderson.com;nrainey@potteranderson.com

R. Stephen McNeill

on behalf of Other Prof. Sun Distribution Group S.A. bankruptcy@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com

R. Stephen McNeill

on behalf of Other Prof. Endemol Shine International International Limited bankruptcy@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com

R. Stephen McNeill

on behalf of Other Prof. Aurum Productions SA bankruptcy@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com

District/off: 0311-1

Date Rcvd: Oct 09, 2020

User: SH

Form ID: van489

Page 23 of 27

Total Noticed: 1

R. Stephen McNeill

on behalf of Other Prof. Entertainment One Benelux BV bankruptcy@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com

Rachel B. Mersky

on behalf of Creditor Technicolor Creative Services USA  Inc. rmersky@monlaw.com

Rachel B. Mersky

on behalf of Creditor Technicolor Videocassette of Michigan  Inc. rmersky@monlaw.com

Rachel B. Mersky

on behalf of Creditor Technicolor Cinema Distribution  a division of Technicolor, Inc. rmersky@monlaw.com

Rachel B. Mersky

on behalf of Creditor Technicolor  Inc. rmersky@monlaw.com

Rachel B. Mersky

on behalf of Creditor Technicolor Home Entertainment Services  Inc. rmersky@monlaw.com

Rachel B. Mersky

on behalf of Creditor Technicolor USA  Inc. rmersky@monlaw.com

Rachel E. Albanese

on behalf of Plaintiff Spyglass Media Group  LLC rachel.albanese@dlapiper.com

Rachel E. Albanese

on behalf of Interested Party Spyglass Media Group  LLC rachel.albanese@dlapiper.com

Raymond Howard Lemisch

on behalf of Interested Party Showtime Networks Inc. rlemisch@klehr.com

Reliable Companies

gmatthews@reliable-co.com

Ricardo Palacio, Esq

on behalf of Interested Party First Republic Bank rpalacio@ashby-geddes.com;ahrycak@ashbygeddes.com

Richard Stern

on behalf of Interested Party Viacom International Inc. stern@lsellp.com

Richard B. Sheldon

on behalf of Creditor Mitchell Silberberg Knupp rbs@msk.com

Richard W. Riley

on behalf of Creditor Chubb Companies rriley@wtplaw.com  clano@wtplaw.com

Robert Charles Maddox

on behalf of Debtor The Weinstein Company Holdings LLC maddox@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Robert J. Dehney

on behalf of Interested Party SP JGAG  LLC and Jane Got a Gun Production Co. LLC rdehney@mnat.com,
glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;robert-
dehney-4464@ecf.pacerpro.com

Robert J. Feinstein

on behalf of Creditor Committee Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com

Robert M. Novick

on behalf of Creditor Light Chaser Animation courtnotices@kasowitz.com

Robert S. Brady

on behalf of Defendant Union Bancal Equities  Inc. bankfilings@ycst.com

Robert S. Brady

on behalf of Defendant UnionBanCal Equities  Inc. bankfilings@ycst.com

Robert S. Brady

on behalf of Interested Party MUFG Union Bank (Prepetition and DIP Agent) bankfilings@ycst.com

Robert S. Brady

on behalf of Interested Party UnionBanCal Equities  Inc. bankfilings@ycst.com

Rocco A. Cavaliere

on behalf of Creditor Frank Miller Inc. and Frank Miller rcavaliere@tarterkrinsky.com  snobles@tarterkrinsky.com

Russell C. Silberglied

on behalf of Defendant The Weinstein Company LLC silberglied@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Russell C. Silberglied

on behalf of Defendant The Weinstein Company  LLC silberglied@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

District/off: 0311-1                          User: SH                              Page 24 of 27
Date Rcvd: Oct 09, 2020                    Form ID: van489                       Total Noticed: 1

Russell C. Silberglied
on behalf of Debtor The Weinstein Company Holdings LLC silberglied@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Russell C. Silberglied
on behalf of Defendant The Weinstein Company Holdings  LLC silberglied@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

S. Alexander Faris
on behalf of Creditor Frank Miller Inc. and Frank Miller bankfilings@ycst.com

Sasha M. Gurvitz
on behalf of Interested Party Netflix Global LLC. sgurvitz@ktbslaw.com

Scott F. Gautier
on behalf of Creditor OWN LLC sgautier@robinskaplan.com  dwymore@robinskaplan.com

Scott F. Gautier
on behalf of Creditor Visiona Romantica  Inc. sgautier@robinskaplan.com, dwymore@robinskaplan.com

Scott F. Gautier
on behalf of Interested Party Quinta Communications  S.A. sgautier@robinskaplan.com, dwymore@robinskaplan.com

Scott F. Gautier
on behalf of Creditor Cine-Manic Productions  Inc. sgautier@robinskaplan.com, dwymore@robinskaplan.com

Scott F. Gautier
on behalf of Creditor Supercool Manchu Too  LLC sgautier@robinskaplan.com, dwymore@robinskaplan.com

Scott F. Gautier
on behalf of Creditor Brown 26 Productions  LLC sgautier@robinskaplan.com, dwymore@robinskaplan.com

Scott F. Gautier
on behalf of Creditor L. Driver Productions  Inc. sgautier@robinskaplan.com, dwymore@robinskaplan.com

Scott F. Gautier
on behalf of Creditor Jackboot  Inc. sgautier@robinskaplan.com, dwymore@robinskaplan.com

Scott J. Leonhardt
on behalf of Creditor Jeff Abbott leonhardt@teamrosner.com

Scott J. Leonhardt
on behalf of Creditor Sybrina Fulton and Tracy Martin leonhardt@teamrosner.com

Sean Matthew Beach
on behalf of Defendant Union Bancal Equities  Inc. bankfilings@ycst.com

Sean Matthew Beach
on behalf of Defendant UnionBanCal Equities  Inc. bankfilings@ycst.com

Sean Matthew Beach
on behalf of Defendant MUFG Union Bank  N.A. bankfilings@ycst.com

Sean Matthew Beach
on behalf of Interested Party MUFG Union Bank (Prepetition and DIP Agent) bankfilings@ycst.com

Sean Matthew Beach
on behalf of Interested Party UnionBanCal Equities  Inc. bankfilings@ycst.com

Shanti M. Katona
on behalf of Interested Party Snoogans Inc. f/s/o Kevin Smith skatona@polsinelli.com
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Shanti M. Katona
on behalf of Interested Party View Askew Productions Inc. skatona@polsinelli.com
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Sheryl P Giugliano
on behalf of Creditor Jeff Abbott sgiugliano@diamondmccarthy.com

Stephan Hornung
on behalf of Interested Party Viacom International Inc. hornung@lsellp.com

Stephen B. Selbst
on behalf of Interested Party Bank Hapoalim B.M. sselbst@herrick.com  courtnotices@herrick.com

Steven K. Kortanek
on behalf of Attorney Drinker Biddle & Reath LLP steven.kortanek@limnexus.com

Steven K. Kortanek
on behalf of Creditor Bunim/Murray Productions  LLC steven.kortanek@limnexus.com

Steven W Golden

District/off: 0311-1                     User: SH                           Page 25 of 27
Date Rcvd: Oct 09, 2020                  Form ID: van489                    Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Creditor Committee Official Committee of Unsecured Creditors sgolden@pszjlaw.com |
| Susan E. Kaufman | |
|  | on behalf of Interested Party Writers Guild Pension Plan and Industry Health Fund skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
|  | on behalf of Plaintiff Directors Guild of America  Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
|  | on behalf of Interested Party Screen Actors Guild-Producers Pension & Health Plans skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
|  | on behalf of Interested Party Directors Guild of America  Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
|  | on behalf of Interested Party Directors Guild of America  Inc. - Producer Pension and Health Plans skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
|  | on behalf of Plaintiff Writers Guild of America  West, Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
|  | on behalf of Interested Party Writers Guild of America  West, Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
|  | on behalf of Interested Party Motion Picture Industry Pension & Health Plans skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
|  | on behalf of Interested Party Screen Actors Guild - American Federation of Television & Radio Artists skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
|  | on behalf of Plaintiff Screen Actors Guild - American Federation of Television and Radio Artists skaufman@skaufmanlaw.com |
| Susan K Seflin | |
|  | on behalf of Plaintiff Hotel Mumbai Pty Ltd. sseflin@bg.law |
| Susan K Seflin | |
|  | on behalf of Creditor Hotel Mumbai Pty Ltd. and Related Affiliates sseflin@bg.law |
| Ted A. Dillman | |
|  | on behalf of Interested Party Tim Sarnoff ted.dillman@lw.com |
| Ted A. Dillman | |
|  | on behalf of Interested Party Miramax Film NY  LLC ted.dillman@lw.com |
| Thomas M. Geher | |
|  | on behalf of Creditor Two Eleven Productions  Inc. tmg@jmbm.com, tmg@ecf.inforuptcy.com |
| Thomas M. Geher | |
|  | on behalf of Creditor Tengri  Inc. tmg@jmbm.com, tmg@ecf.inforuptcy.com |
| Thomas M. Geher | |
|  | on behalf of Creditor Timur Bekmambetov tmg@jmbm.com  tmg@ecf.inforuptcy.com |
| Thomas M. Geher | |
|  | on behalf of Creditor Leonardo DiCaprio tmg@jmbm.com  tmg@ecf.inforuptcy.com |
| Thomas M. Geher | |
|  | on behalf of Creditor Floffin  Inc. tmg@jmbm.com, tmg@ecf.inforuptcy.com |
| Thomas M. Geher | |
|  | on behalf of Creditor Jennifer Aniston tmg@jmbm.com  tmg@ecf.inforuptcy.com |
| Thomas M. Geher | |
|  | on behalf of Creditor Birken Productions  Inc. tmg@jmbm.com, tmg@ecf.inforuptcy.com |
| Thomas M. Geher | |
|  | on behalf of Creditor Jennifer Lawrence tmg@jmbm.com  tmg@ecf.inforuptcy.com |
| Thomas M. Geher | |
|  | on behalf of Creditor Company Men Productions  Inc. tmg@jmbm.com, tmg@ecf.inforuptcy.com |
| Thomas M. Geher | |
|  | on behalf of Creditor Mirsand Limited tmg@jmbm.com  tmg@ecf.inforuptcy.com |
| Thomas R. Califano | |
|  | on behalf of Plaintiff Spyglass Media Group  LLC thomas.califano@dlapiper.com |
| Thomas R. Califano | |
|  | on behalf of Interested Party Spyglass Media Group  LLC thomas.califano@dlapiper.com |
| Tiffany Strelow Cobb | |
|  | on behalf of Interested Party Turner Entertainment Networks  Inc. tscobb@vorys.com, mdwalkuski@vorys.com |

U.S. Trustee

USTPRegion03.WL.ECF@USDOJ.GOV

Vernon Louis Ellicott

on behalf of Creditor Lisa Bloom vernon@thebloomfirm.com

Victoria A. Guilfoyle

on behalf of Creditor 22nd Street Entertainment  LLC guilfoyle@blankrome.com

Victoria A. Guilfoyle

on behalf of Creditor West 150 Productions  LLC guilfoyle@blankrome.com

Victoria A. Guilfoyle

on behalf of Interested Party Speedee Distribution  LLC guilfoyle@blankrome.com

Victoria A. Guilfoyle

on behalf of Creditor FilmNation Entertainment  LLC guilfoyle@blankrome.com

Victoria A. Guilfoyle

on behalf of Creditor FilmNation Features  LLC guilfoyle@blankrome.com

Victoria A. Guilfoyle

on behalf of Creditor FilmNation International  LLC guilfoyle@blankrome.com

Walter H. Curchack

on behalf of Interested Party Toyota Motor Corporation wcurchack@loeb.com
nybkdocket@loeb.com;vrubinstein@loeb.com;ljurich@loeb.com;mjackson@loeb.com

Walter H. Curchack

on behalf of Interested Party Toyota Motor Sales  U.S.A., Inc. wcurchack@loeb.com,
nybkdocket@loeb.com;vrubinstein@loeb.com;ljurich@loeb.com;mjackson@loeb.com

Walter H. Curchack

on behalf of Interested Party BBC Worldwide Limited wcurchack@loeb.com
nybkdocket@loeb.com;vrubinstein@loeb.com;ljurich@loeb.com;mjackson@loeb.com

Wayne M. Smith

on behalf of Creditor Warner Bros. Entertainment Inc. wayne.smith@warnerbros.com

William E. Chipman, Jr.

on behalf of Interested Party John Fusco chipman@chipmanbrown.com  dero@chipmanbrown.com;fusco@chipmanbrown.com

William E. Chipman, Jr.

on behalf of Interested Party Mud City Moving Picture Co. f/s/o John Fusco chipman@chipmanbrown.com
dero@chipmanbrown.com;fusco@chipmanbrown.com

William E. Chipman, Jr.

on behalf of Attorney Seyfarth Shaw LLP chipman@chipmanbrown.com  dero@chipmanbrown.com;fusco@chipmanbrown.com

William E. Chipman, Jr.

on behalf of Interested Party Giovanni Fusco chipman@chipmanbrown.com
dero@chipmanbrown.com;fusco@chipmanbrown.com

William E. Chipman, Jr.

on behalf of Interested Party Content Partners Fund 3 SPV LP chipman@chipmanbrown.com
dero@chipmanbrown.com;fusco@chipmanbrown.com

William E. Chipman, Jr.

on behalf of Interested Party Content Partners Fund 3 SPV1 LP chipman@chipmanbrown.com
dero@chipmanbrown.com;fusco@chipmanbrown.com

William Pierce Bowden

on behalf of Interested Party Cross City Films  LLC wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com

William Pierce Bowden

on behalf of Interested Party First Republic Bank wbowden@ashby-geddes.com  ahrycak@ashbygeddes.com

William Pierce Bowden

on behalf of Interested Party Bank of America  N.A., as Administrative Agent wbowden@ashby-geddes.com,
ahrycak@ashbygeddes.com

William Pierce Bowden

on behalf of Interested Party Sing Street Distribution  LLC wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com

William Pierce Bowden

on behalf of Interested Party Cross City Films  Ltd. wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com

William Pierce Bowden

on behalf of Interested Party Bank of America  N.A. wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com

William Pierce Bowden

on behalf of Interested Party Celestial Productions Limited wbowden@ashby-geddes.com  ahrycak@ashbygeddes.com

Zachary I Shapiro

on behalf of Debtor The Weinstein Company Holdings LLC shapiro@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Zachary I Shapiro

on behalf of Defendant The Weinstein Company LLC shapiro@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Zachary I Shapiro

on behalf of Defendant The Weinstein Company Holdings  LLC shapiro@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Zhao Liu

on behalf of Creditor Alexandra Canosa liu@teamrosner.com

Zhao Liu

on behalf of Creditor Wedil David liu@teamrosner.com

Zhao Liu

on behalf of Creditor Dominique Huett liu@teamrosner.com


TOTAL: 667