# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,1<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>**Re: D.I. 3034** |

## NOTICE OF WITHDRAWAL OF DOCKET NUMBER 3034

**PLEASE TAKE NOTICE** that the *Affirmation in Support of Non-Settling Plaintiffs Reply to: Debtors' and Official Committee of Unsecured Creditors' Response to Motion to Convert Chapter 11 Cases to Chapter 7* [D.I. 3034; filed 10/19/20] filed in the above-captioned cases is hereby withdrawn without prejudice.

Dated: October 19, 2020
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE # 3995)
Jason A. Gibson (DE # 6091)
Zhao (Ruby) Liu (DE # 6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel: (302) 777-1111
Email: gibson@teamrosner.com

-and-
**MERSON LAW, PLLC**
Jordan K. Merson, Esquire
Jesse R. Mautner, Esquire
950 Third Avenue, 18th Floor
New York, New York 10022

---

1 The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are 3837. The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

{00029206. }

Tel: (212) 603-9100
Email: jmerson@mersonlaw.com
jmautner@mersonlaw.com

*Counsel for the Additional Non-Settling Plaintiffs*