# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Mary F. Walrath**

Calendar Date: 10/20/2020
Calendar Time: 10:30 AM ET

#4

Amended Calendar   Oct 20 2020  6:45AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10875373 | David E. Ahdoot | (818) 973-3252 ext. | Bush Gottlieb | Interested Party, SAG-AFTRA, DGA, WGA / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10914740 | Robert J. Feinstein | (212) 561-7710 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10915576 | Edward Fox | (212) 218-4646 ext. | Seyfarth Shaw LLP | Interested Party, Edward Fox / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10905887 | Ebba Gebisa | (312) 402-7086 ext. | Skadden, Arps, Slate, Meagher & Flom LLP | Interested Party, Skadden Arps / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10913367 | Adam Harris | (212) 756-2253 ext. | Schulte Roth & Zabel LLP | Creditor, Robert Weinstein / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10911603 | Salah Hawkins | (212) 474-1000 ext. | Cravath, Swaine & Moore LLP | Debtor, The Weinstein Company Holdings LLC / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10914698 | Paul Heath | (302) 651-7886 ext. | Richards, Layton & Finger, P.A. | Debtor, The Weinstein Company Holdings, LLC / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10911616 | Tammuz Huberman | (212) 474-1000 ext. | Cravath, Swaine & Moore LLP | Debtor, The Weinstein Company / LISTEN ONLY |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10875368 | Joseph Kohanski | (818) 973-3253 ext. | Bush Gottlieb | Representing, SAG-AFTRA, DGA, WGA / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10912858 | David Kumagai | (212) 474-1000 ext. | Cravath, Swaine & Moore LLP | Defendant(s), Weinstein Holdings LLC / LIVE |
| | | The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10912740 | Jane Leamy | (302) 573-6566 ext. | Office of the United States Trustee | U.S. Trustee, U.S. Trustee / LIVE |

| Case Name | Case # | Proceeding | App ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10903347 | Zhao Liu | (302) 777-1111 ext. | The Rosner Law Group LLC | Creditor, Wedil David, Dominque Huett and Alexandra Canosa / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10911780 | Daniel A. Lowenthal | (212) 336-2720 ext. | Patterson Belknap Webb & Tyler | Debtor, The Weinstein Company Holdings LLC / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10911800 | James V. Masella | (212) 336-2105 ext. | Patterson Belknap Webb & Tyler | Debtor, The Weinstein Company Holdings LLC / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10915920 | Hannah M. McCollum | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, U.S. Trustee / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10914067 | Edward McNeilly | (310) 785-4600 ext. | Hogan Lovells US LLP | Bankruptcy Counsel, Portfolio Funding Company LLC I / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10913219 | Patrick Mohan | (646) 390-5739 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10911589 | Lauren Moskowitz | (212) 474-1000 ext. | Cravath, Swaine & Moore LLP | Debtor, The Weinstein Company / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10912905 | Mark Pfeiffer | (215) 665-8700 ext. 3921 | Buchanan, Ingersoll & Rooney, P.C. | Representing, Sartraco, Inc / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10913227 | David Postel | (416) 368-5000 ext. 111 | Henein Hutchison LLP | Plaintiff(s), Kelly Sipherd et al / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10913106 | Sandra Pullman | (212) 416-8623 ext. | State of New York - Office of the Attorney General | Representing, State of New York / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10914711 | David T. Queroli | (302) 651-7648 ext. | Richards, Layton & Finger, P.A. | Debtor, The Weinstein Company Holdings, LLC / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10915679 | Michael W. Reining | (617) 856-8326 ext. | Brown Rudnick LLP | Third Party, Hagen Berman / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10911147 | Colin R. Robinson | (302) 778-6426 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10914752 | Jason Rosell | (415) 263-7000 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LIVE |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10911601 | Matthew Sarna | (302) 468-5700 ext. | DLA Piper (US), LLP | Interested Party, Spyglass Media Group / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10912881 | Mark D. Silverschotz | (212) 278-1870 ext. | Anderson Kill P.C. | Interested Party, Mark Silverschotz / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10912977 | Enid N. Stuart | (212) 416-8666 ext. | State of New York - Office of the Attorney General Civil Recoveries Bureau | Bankruptcy Counsel, New York State Attorney General / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10912941 | Louis Testa | (518) 776-2607 ext. | State of New York - Office of the Attorney General Civil Recoveries Bureau | Interested Party, The State of New York / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10912892 | Michael S. Tucker | (216) 583-7120 ext. | Ulmer & Berne LLP | Creditor, 99 Hudson Street / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10915788 | Sigmund Wissner-Gross | (212) 209-4930 ext. | Brown Rudnick LLP | Interested Party, Hagens Berman / LISTEN ONLY |
| The Weinstein Company Holdings LLC | 18-10601 | Hearing | 10911579 | Paul Zumbro | (212) 474-1036 ext. | Cravath, Swaine & Moore LLP | Debtor, The Weinstein Company / LIVE |