# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:  : Chapter 11
 :
The Weinstein Company Holdings LLC, *et al.*,[1] : Case No. 18-10601 (MFW)
 :
        Debtors. : (Jointly Administered)
 :
---------------------------------------------------------------- x

**NOTICE OF AGENDA FOR TELEPHONIC AND VIDEO HEARING SCHEDULED FOR NOVEMBER 5, 2020 AT 2:00 P.M. (ET), BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES <u>BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE</u>**

> **THIS HEARING WILL BE HELD TELEPHONICALLY AND BY VIDEO.**
>
> **ALL PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY CONTACTING COURTCALL, LLC AT 866-582-6878 NO LATER THAN OCTOBER 19, 2020 BY NOON. ONLY THOSE PARTIES THAT WILL BE ADDRESSING THE COURT SHOULD APPEAR BY ZOOM AND COURTCALL.**
>
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**
>
> **TO APPEAR BY VIDEO CONFERENCE, PARTIES SHOULD USE THE FOLLOWING INFORMATION: JOIN ZOOMGOV HEARING: https://debuscourts.zoomgov.com/j/1613398133**
>
> **MEETING ID: 161 339 8133; PASSWORD: 938153**

## I.    <u>MATTER GOING FORWARD</u>:

1. Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement, (B) Approving Solicitation Procedures, (C) Setting Confirmation Hearing Date and Related Deadlines,

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

RLF1 24250598v.1

(D) Estimating Certain Claims, and (E) Granting Related Relief [Docket No. 3031 – filed October 15, 2020]

Objection / Response Deadline:    October 29, 2020 at 4:00 p.m. (ET)

Objections / Responses Received:

A.  Limited Objection and Reservation of Rights of Directors Guild of America, Inc., Screen Actors Guild-American Federation of Television and Radio Artists, and the Writers Guild of America West, Inc. to Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement, (B) Approving Solicitation Procedures, (C) Setting Confirmation Hearing Date and Related Deadlines, (D) Estimating Certain Claims and (E) Granting Related Relief [Docket No. 3058 – filed October 29, 2020] (the "Guilds' Objection")

B.  Objection of Sartraco, Inc. to Debtor's Motion to Approve the Disclosure Statement [Docket No. 3059 – filed October 29, 2020] ("Sartraco's Objection")

C.  Limited Objection of Seyfarth Shaw LLP to Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Approval of Disclosure Statement [Docket No. 3060 – filed October 29, 2020]

D.  Objection to: (1) Disclosure Statement in Support of Second Amended Joint Chapter 11 Plan of Liquidation; and (2) Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement, (B) Approving Solicitation Procedures, (C) Setting Confirmation Hearing Date and Related Deadlines, (D) Estimating Certain Claims and (E) Granting Related Relief [Docket No. 3061 – filed October 29, 2020]

E.  United States Trustee's Objection to the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Approving the Adequacy of the Disclosure Statement and Solicitation Procedures [Docket No. 3062 – filed October 29, 2020]

Related Documents:

i.  [SEALED] Second Amended Joint Chapter 11 Plan of Liquidation [Docket No. 2993 – filed October 1, 2020]

ii. [Redacted] Second Amended Joint Chapter 11 Plan of Liquidation [Docket No. 2994 – filed October 1, 2020]

iii. [Redacted] Second Amended Disclosure Statement in Support of the Second Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors [Docket No. 2995 – filed October 1, 2020]

iv. [SEALED] Second Amended Disclosure Statement in Support of the Second Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors [Docket No. 2996 – filed October 1, 2020]

v. Notice of Filing of Blacklines of Second Amended Plan and Disclosure Statement [Docket No. 2997 – filed October 1, 2020]

vi. Notice of Disclosure Statement Hearing [Docket No. 2998 – filed October 1, 2020]

vii. Notice of Filing of Plan Support Agreement [Docket No. 3040 – filed October 19, 2020]

Status: The Guilds' Objection and Sartraco's Objection to the motion have been resolved. The Debtors anticipate that they will file a revised form of chapter 11 plan, disclosure statement and order approving the disclosure statement, blacklines, an omnibus reply and a motion for leave in advance of the hearing. The hearing on this matter will go forward.

RLF1 24250598v.1

Dated: November 3, 2020
Wilmington, Delaware

*/s/ David T. Queroli*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
  heath@rlf.com
  shapiro@rlf.com
  haywood@rlf.com
  queroli@rlf.com

- and -

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: pzumbro@cravath.com
  jzobitz@cravath.com
  kdemasi@cravath.com

*Attorneys for the Debtors and Debtors in Possession*

RLF1 24250598v.1