# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
:
THE WEINSTEIN COMPANY HOLDINGS  :    Chapter 11
LLC, *et al.*,                  :
:    Case No. 18-10601 (MFW)
:
Debtors.[1]                     :    (Jointly Administered)
:
:
---------------------------------------------------------------x

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that, on October 30, 2020, the *Debtors' Second Production of Documents in Response to Plaintiffs' First Set of Discovery Requests* were served as set forth below on the following counsel:

| *VIA EMAIL* | *VIA EMAIL* |
|---|---|
| Frederick B. Rosner | Douglas H. Wigdor |
| Zhao (Ruby) Liu | Bryan L. Arbeit |
| The Rosner Law Group LLC | Wigdor LLP |
| 824 N. Market Street, Suite 810 | 85 Fifth Ave, Fl. 5 |
| Wilmington, Delaware 19801 | New York, NY 10003 |
| Email: rosner@teamrosner.com | Email: dwigdor@wigdorlaw.com |
|       liu@teamrosner.com |       barbeit@wigdorlaw.com |
| | |
| Kevin Mintzer | Thomas P. Giuffra |
| The Law Office of Kevin Mintzer, P.C. | Rheingold Giuffra Ruffo & Plotkin LLP |
| 1350 Broadway, Suite 2220 | 551 5th Avenue, 29th Floor |
| New York, New York 10018 | New York, NY 10176 |
| Email: km@mintzerfirm.com | Email: tgiuffra@rheingoldlaw.com |

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

RLF1 24252014v.1

| | |
|---|---|
| Evan S. Schwartz<br>Schwartz Conroy & Hack PC<br>1185 Avenue of the Americas, Third Floor<br>New York, New York 10036<br>Email: ess@schlawpc.com | |

Dated: November 3, 2020
    Wilmington, Delaware

*/s/ David T. Queroli*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*

2

## **CERTIFICATE OF SERVICE**

I, David T. Queroli, hereby certify that on November 3, 2020, I caused a copy of the foregoing **Notice of Service** to be served upon the parties identified below in the manner indicated:

| *VIA EMAIL* | *VIA EMAIL* |
|---|---|
| Frederick B. Rosner<br>Zhao (Ruby) Liu<br>The Rosner Law Group LLC<br>824 N. Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Email: rosner@teamrosner.com<br>           liu@teamrosner.com<br><br>Kevin Mintzer<br>The Law Office of Kevin Mintzer, P.C.<br>1350 Broadway, Suite 2220<br>New York, New York 10018<br>Email: km@mintzerfirm.com | Douglas H. Wigdor<br>Bryan L. Arbeit<br>Wigdor LLP<br>85 Fifth Ave, Fl. 5<br>New York, NY 10003<br>Email: dwigdor@wigdorlaw.com<br>           barbeit@wigdorlaw.com<br><br>Thomas P. Giuffra<br>Rheingold Giuffra Ruffo & Plotkin LLP<br>551 5th Avenue, 29th Floor<br>New York, NY 10176<br>Email: tgiuffra@rheingoldlaw.com |
| Evan S. Schwartz<br>Schwartz Conroy & Hack PC<br>1185 Avenue of the Americas, Third Floor<br>New York, New York 10036<br>Email: ess@schlawpc.com | |

                                                  */s/ David T. Queroli*
                                                  David T. Queroli (No. 6318)