# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
: 
THE WEINSTEIN COMPANY HOLDINGS :     Chapter 11
LLC, *et al.*, :
:     Case No. 18-10601 (MFW)
:
               Debtors.[1] :     (Jointly Administered)
:
:     **Re: Docket Nos. 2856, 2858, 2952, 2953, 2994,**
:     **2995, 3067, & 3069**
------------------------------------------------------------x

## NOTICE OF FILING OF BLACKLINES OF
## THIRD AMENDED PLAN AND DISCLOSURE STATEMENT

PLEASE TAKE NOTICE that, on June 30, 2020, The Weinstein Company Holdings LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the Debtors' and Official Committee of Unsecured Creditors' (the "**Committee**") *Joint Chapter 11 Plan of Liquidation* [Docket No. 2856] and *Disclosure Statement in Support of Joint Chapter 11 Plan of Liquidation Proposed By Debtors and Official Committee of Unsecured Creditors* [Docket No. 2858] with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that, on September 1, 2020, the Debtors filed the *Debtors' First Amended Chapter 11 Plan of Liquidation* [Docket No. 2952] and the *First Amended Disclosure Statement in Support of the Debtors' First Amended Chapter 11 Plan of Liquidation* [Docket No. 2953].

PLEASE TAKE FURTHER NOTICE that on October 1, 2020, the Debtors filed the Debtors' and Committee's *Second Amended Joint Chapter 11 Plan of Liquidation* [Docket No.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

2994] (the "**Second Amended Plan**") and *Second Amended Disclosure Statement in Support of the Second Amended Joint Chapter 11 Plan of Liquidation Proposed By Debtors and Official Committee of Unsecured Creditors* [Docket No. 2995] (the "**Second Amended Disclosure Statement**").

PLEASE TAKE FURTHER NOTICE that on November 4, 2020, the Debtors filed the Debtors' and Committee's *Third Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 3067] (as may be amended from time to time, the "**Third Amended Plan**") and *Third Amended Disclosure Statement in Support of the Third Amended Joint Chapter 11 Plan of Liquidation Proposed By Debtors and Official Committee of Unsecured Creditors* [Docket No. 3069] (as may be amended from time to time, the "**Third Amended Disclosure Statement**").

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Court and all parties in interest, a blackline comparison of the Third Amended Plan marked against the Second Amended Plan is attached hereto as **Exhibit 1** and a blackline comparison of the Third Amended Disclosure Statement marked against the Second Amended Disclosure Statement is attached hereto as **Exhibit 2**.

Dated: November 4, 2020
Wilmington, Delaware

                                               */s/ David T. Queroli*
                                               RICHARDS, LAYTON & FINGER, P.A.
                                               Mark D. Collins (No. 2981)
                                               Paul N. Heath (No. 3704)
                                               Zachary I. Shapiro (No. 5103)
                                               Brett M. Haywood (No. 6166)
                                               David T. Queroli (No. 6318)
                                               One Rodney Square
                                               920 North King Street
                                               Wilmington, Delaware 19801
                                               Telephone: (302) 651-7700
                                               Facsimile: (302) 651-7701
                                               Email: queroli@rlf.com

                                               - and -

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (admitted *pro hac vice*)
Lauren A. Moskowitz (admitted *pro hac vice*)
Salah M. Hawkins (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*