**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------x

In re:                                                    :

                                                          :    Chapter 11

THE WEINSTEIN COMPANY HOLDINGS                            :

LLC, *et al.*,                                            :    Case No. 18-10601 (MFW)

                                                          :

        Debtors. [1]                    :    (Jointly Administered)

                                                          :

                                                          :    **Ref. Docket No. 3033**

------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK  )

           ) ss.:

COUNTY OF NEW YORK )

DIANE STREANY, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC[2], with an office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 16, 2020, I caused to be served the "Notice of Agenda for Telephonic and Video Hearing Scheduled for October 20, 2020 at 10:30 a.m. (ET), Before the Honorable Mary F. Walrath, at the United States Bankruptcy Court for the District of Delaware," dated October 16, 2020 [Docket No. 3033],

by causing true and correct copies to be:

  i.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A,</u>

  ii.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B,</u> and

  iii.  delivered via facsimile to those partied listed on the annexed <u>Exhibit C.</u>

---

[1]  The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of this information may be obtained on the website of the Debtors claims and noticing agent at http://dm.epiq11.com/twc.

[2]  Epiq Bankruptcy Solutions, LLC is now known as Epiq Corporate Restructuring, LLC

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

4.  In addition, I hereby certify that the referenced document(s) were electronically filed with the United States Bankruptcy Court for the District of Delaware by using the CM/ECF system. I further certify that the parties of record in this case, all registered CM/ECF users located on the Court's Electronic Mail Notice List, annexed hereto as <u>Exhibit D</u>, were served through the CM/ECF system.

*/s/ Diane Streany*
Diane Streany

Sworn to before me this
19th day of October, 2020
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# Exhibit A

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | C/O BECKET & LEE LLP PO BOX 3001 MALVERN PA 19355-0701 |
| FRIED SAPERSTEIN ABBATT, P.C. | (COUNSEL TO GOLDFLAT PRODUCTIONS, LLC & WESTSIDE PRODUCTIONS, LLC) ATTN: CANDYCE EWING ABBATT 31700 TELEGRAPH ROAD, SUITE 120 BINGHAM FARMS MI 48025 |
| FRIEDMAN & SPRINGWATER LLP | (COUNSEL TO UNIVERSAL MUSIC ENTERPRISES, ET AL.) ATTN: JAKE K. SPRINGWATER, ESQ. 350 SANSOME STREET, SUITE 210 SAN FRANCISCO CA 94101 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| IP MANAGEMENT, INC. / IPW, LLC | C/O MARC TOBEROFF 23823 MALIBU ROAD, SUITE 50-363 MALIBU CA 90265 |
| MCCABE, WEISBERG & CONWAY, LLC | (COUNSEL TO DAIMLER TRUST) ATTN: JANET Z. CARLTON, CHASE N. MILLER, KRISTI J. DOUGHTY & MICHAEL K. PAK 1407 FOULK ROAD, SUITE 204 FOULKSTONE PLAZA WILMINGTON DE 19803 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE NEMOURS BUILDING 1007 N ORANGE ST 700 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JANE LEAMY & HANNAH M. MCCOLLUM, ESQS. J. CALEB BOGGS FEDERAL BUILDING 844 KING ST STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| PEOPLE OF THE STATE OF NEW YORK, THE | C/O ERIC T SCHNEIDERMAN 120 BROADWAY NEW YORK NY 10271 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR 200 VESEY ST STE 400 NEW YORK NY 10281 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: XAVIER BECERRA 1300 I ST, STE 1740 SACRAMENTO CA 95814 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: ERIC T. SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | (COUNSEL TO THE WALT DISNEY COMPANY) ATTN: NANCY L. MANZER, ESQ. 1875 PENNSYLVANIA AVENUE NW WASHINGTON DC 20006 |

**Total Creditor count  14**

| Claim Name | Address Information |
|---|---|
| BBC FILMS | ATTN: LIVY SANDLER LEGAL & BS AFAIRS MGR BBC ZONE A, 7TH FL BBC BROADCASTING HOUSE, PORTLAND PLACE LONDON W1A1AA UK |
| BERKELEY RESEARCH GROUP, LLC | ATTN: JAY BOROW 810 7TH AVE STE 4100 NEW YORK NY 10019-5818 |
| CRAVATH SWAINE & MOORE LLP | {COUNSEL TO THE WEINSTEIN COMPANY HOLDINGS), ATTN: PAUL H. ZUMBRO, ESQ. WORLDWIDE PLAZA, 825 EIGHTH AVENUE NEW YORK NY 10019 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: MICHAEL W. YURKEWICZ 919 N MARKET ST STE 1000 WILMINGTON DE 19801 |
| OFFICE OF THE US TRUSTEE | ATTN: JANE LEAMY, ESQ. & HANNAH M. MCCOLLUM, ESQ. 844 KING ST., STE. 2207, LOCKBOX 35 WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | {COUNSEL TO THE COMMITTEE) ATTN: BRADFORD J. SANDLERS, ESQ. 919 N. MARKET ST., 17TH FLOOR WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | {COUNSEL TO THE COMMITTEE} ATTN: JAMES I. STANG. ESQ. 10100 SANTA MONICA BLVD., 13TH FLOOR LOS ANGELES CA 90067 |
| RICHARDS LAYTON & FINGER PA. | {COUNSEL TO THE WEINSTEN CO. HOLDINGS ATTN: MARK D. COLLINS & PAUL N. HEATH, ESQ., ONE RODNEY SQUARE, 920 N. KING ST. WILMINGTON DE 19801 |
| SEYFARTH SHAW LLP | ATTN: GERALD L. MAATMAN, JR. 233 S. WACKER DR, STE 800 CHICAGO IL 60606 |

| Total Creditor count  9 |
|---|

**Exhibit B**

The Weinstein Company Holdings LLC, et al.
Case No. 18-10601 (MFW)
Email Service List

| Email Address |
| --- |
| ABROWN@GSBBLAW.COM |
| AFG@PRYORMANDELUP.COM |
| AGBANKDELAWARE@AG.TN.GOV |
| AGLENN@KASOWITZ.COM |
| AGOLD@HERRICK.COM |
| AMAGAZINER@YCST.COM |
| ANDREW.GOLDMAN@WILMERHALE.COM |
| ANDREWTENZER@PAULHASTINGS.COM |
| AREMMING@MNAT.COM |
| BANKFILINGS@YCST.COM |
| BANKRUPTCY2@IRONMOUNTAIN.COM |
| BENNETTMURPHY@QUINNEMANUEL.COM |
| BGRIFFITH@SWLAW.COM |
| BILL.FREEMAN@KATTENLAW.COM |
| BONEILL@KRAMERLEVIN.COM |
| BSANDLER@PSZJLAW.COM |
| BSIMMONS@LOEB.COM |
| CAHN@CLM.COM |
| CGIANELLONI@SWLAW.COM |
| CHARDMAN@WINSTON.COM |
| CHIPMAN@CHIPMANBROWN.COM |
| CRAIG.MARTIN@DLAPIPER.COM |
| CRIS@CRISARMENTA.COM |
| CSAMIS@POTTERANDERSON.COM |
| CSIMON@CROSSLAW.COM |
| CURTISHEHN@COMCAST.NET |
| CWEINERLEVY@VENABLE.COM |
| DABBOTT@MNAT.COM |
| DABBOTT@MNAT.COM |
| DAHDOOT@BUSHGOTTLIEB.COM; |
| DALOWENTHAL@PBWT.COM |
| DAOBRIEN@VENABLE.COM |
| DAVID.GRIFFITHS@WEIL.COM |
| DAVID.SIMONDS@HOGANLOVELLS.COM |
| DAVID.YOHAI@WEIL.COM |
| DBESKRONE@ASHBYGEDDES.COM |
| DBUTZ@MNAT.COM |
| DGRASSGREEN@PSZJLAW.COM |

The Weinstein Company Holdings LLC, et al.
Case No. 18-10601 (MFW)
Email Service List

| |
|---|
| DJNEWMAN@AKINGUMP.COM |
| DKLAUDER@BK-LEGAL.COM |
| DMINNICK@PILLSBURYLAW.COM |
| DPOITRAS@JMBM.COM |
| DRICHARDS@FINEMANLAWFIRM.COM |
| DRILEY@ALLENMATKINS.COM |
| DSTABER@AKINGUMP.COM |
| EBC@STEVENSLEE.COM |
| ECF@BG.LAW |
| EDWARD.MCNEILLY@HOGANLOVELLS.COM |
| EJUSTISON@YCST.COM |
| EMFOX@SEYFARTH.COM |
| EMILYB@HBSSLAW.COM |
| EMONZO@MORRISJAMES.COM |
| ENID.STUART@AG.NY.GOV |
| ERICKA.JOHNSON@WBD-US.COM |
| EROSENTHAL@RMGGLAW.COM |
| EWEISFELNER@BROWNRUDNICK.COM |
| FOURNIERD@PEPPERLAW.COM; |
| GARY@LIGHTCHASERANIMATION.COM |
| GDONILON@MMWR.COM |
| GEOFFREY.GRIVNER@BIPC.COM |
| GFMCDANIEL@DKHOGAN.COM |
| GTAYLOR@ASHBYGEDDES.COM |
| GUILFOYLE@BLANKROME.COM |
| HANNAH.MCCOLLUM@USDOJ.GOV |
| HORNUNG@LSELLP.COM |
| HWEG@ROBINSKAPLAN.COM |
| JANE.M.LEAMY@USDOJ.GOV |
| JBAGDANOV@BG.LAW |
| JDALBERG@LGBFIRM.COM |
| JEFF.FRIEDMAN@KATTENLAW.COM |
| JEFFREY.WEXLER@PILLSBURYLAW.COM |
| JERRY.HALL@KATTENLAW.COM |
| JFALGOWSKI@BURR.COM |
| JGURULE@KTBSLAW.COM |
| JHAGLE@SIDLEY.COM |
| JHARKER@COHENSEGLIAS.COM |
| JHH@STEVENSLEE.COM |

The Weinstein Company Holdings LLC, et al.
Case No. 18-10601 (MFW)
Email Service List

| |
|---|
| JHOOVER@BENESCHLAW.COM |
| JKOHANSKI@BUSHGOTTLIEB.COM; |
| JLETO@LETOBASSUK.COM |
| JLEVITAN@PROSKAUER.COM |
| JMASELLA@PBWT.COM |
| JMENTON@ROBINSKAPLAN.COM |
| JPARKER@PSAZLAW.COM |
| JREITMAN@LGBFIRM.COM |
| JRYAN@POTTERANDERSON.COM |
| JSSABIN@VENABLE.COM |
| JSTANG@PSZJLAW.COM |
| JWAXMAN@MORRISJAMES.COM |
| KAREN@PARKLAWLLC.COM |
| KATHY.JORRIE@PILLSBURYLAW.COM |
| KBLOCK@LOEB.COM |
| KCAPUZZI@BENESCHLAW.COM |
| KCOWENS@VENABLE.COM |
| KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| KELLIOTT@KELLEYDRYE.COM |
| KGOOD@POTTERANDERSON.COM |
| KIRELAND@BUSHGOTTLIEB.COM |
| KLEIN@KLEINLLC.COM |
| KMANN@CROSSLAW.COM |
| KPRESTEGARD@BUSHGOTTLIEB.COM; |
| LAURA.WASHINGTON@LW.COM |
| LBASSUK@LETOBASSUK.COM |
| MAIL@MORRISADELMAN.COM |
| MARK.DESGROSSEILLIERS@WBD-US.COM |
| MARK.MINUTI@SAUL.COM |
| MARK.PFEIFFER@BIPC.COM |
| MARVIN.PUTNAM@LW.COM |
| MATTHEW.WARD@WBD-US.COM |
| MATTHEW.WARD@WBD-US.COM |
| MBOUSLOG@GIBSONDUNN.COM |
| MBUSENKELL@GSBBLAW.COM |
| MDELANEY@ROBINSKAPLAN.COM |
| MELOROD@GTLAW.COM |
| MELTZERE@PEPPERLAW.COM |
| MGOTTFRIED@LGBFIRM.COM |

The Weinstein Company Holdings LLC, et al.
Case No. 18-10601 (MFW)
Email Service List

| |
|---|
| MHARVEY@MNAT.COM |
| MHELT@FOLEY.COM |
| MIKE@DCIP.COM |
| MLAHAIE@AKINGUMP.COM |
| MNESTOR@YCST.COM |
| MORGAN.PATTERSON@WBD-US.COM |
| MORGAN.PATTERSON@WBD-US.COM |
| MSTAMER@AKINGUMP.COM |
| MTALMO@MNAT.COM |
| MTALMO@MNAT.COM |
| MTOBEROFF@TOBEROFFANDASSOCIATES.COM |
| NMOSS@AKINGUMP.COM |
| NOTICES@BKSERVICING.COM |
| PARROW@BUCHALTER.COM |
| PAULSAGAN@PAULHASTINGS.COM |
| PBRANSTEN@GLASERWEIL.COM |
| PGURFEIN@LGBFIRM.COM |
| PPASCUZZI@FFWPLAW.COM |
| RACHEL.ALBANESE@DLAPIPER.COM |
| RACHEL.NANES@DLAPIPER.COM |
| RANTONOFF@BLANKROME.COM |
| RBRADY@YCST.COM |
| RFEINSTEIN@PSZJLAW.COM |
| RKINAS@SWLAW.COM |
| RKLYMAN@GIBSONDUNN.COM |
| RMERSKY@MONLAW.COM |
| ROGLENL@BALLARDSPAHR.COM |
| RSLAUGH@POTTERANDERSON.COM |
| RTRACK@MSN.COM |
| RZUR@LGBFIRM.COM |
| SBEACH@YCST.COM |
| SCOTTSHELLEY@QUINNEMANUEL.COM |
| SGIUGLIANO@DIAMONDMCCARTHY.COM |
| SHERRI.SIMPSON@OAG.TEXAS.GOV |
| SKATONA@POLSINELLI.COM |
| SKAUFMAN@SKAUFMANLAW.COM |
| SKUHN@AKINGUMP.COM |
| SSELBST@HERRICK.COM |
| STERN@LSELLP.COM |

The Weinstein Company Holdings LLC, et al.
Case No. 18-10601 (MFW)
Email Service List

| |
|---|
| STEVE@HBSSLAW.COM |
| STRATTOND@PEPPERLAW.COM; |
| SUMMERSM@BALLARDSPAHR.COM |
| SUSANWILLIAMS@PAULHASTINGS.COM |
| SUSHEELKIRPALANI@QUINNEMANUEL.COM |
| TED.DILLMAN@LW.COM |
| TGEHER@JMBM.COM |
| THEODORE.TSEKERIDES@WEIL.COM |
| THOMAS.CALIFANO@DLAPIPER.COM |
| TPATTERSON@KTBSLAW.COM |
| TSCOBB@VORYS.COM |
| VRUBINSTEIN@LOEB.COM |
| WAGNERR@GTLAW.COM |
| WAYNE.SMITH@WARNERBROS.COM |
| WBOWDEN@ASHBYGEDDES.COM |
| WCURCHACK@LOEB.COM |
| **Count: 171** |

The Weinstein Company Holdings LLC, et al.
Case No. 18-10601 (MFW)
Email Service List

| Email Address |
| --- |
| ASTULMAN@POTTERANDERSON.COM |
| FNOYES@OFFITKURMAN.COM |
| JGREY@CROSSLAW.COM |
| KMILLER@SKJLAW.COM |
| RPALACIO@ASHBYGEDDES.COM |
| **Count: 5** |

The Weinstein Company Holdings LLC, et al.
Case No. 18-10601 (MFW)
Email Service Lise

| Email Address |
|---|
| BARBEIT@WIGDORLAW.COM |
| DWIGDOR@WIGDORLAW.COM |
| KM@MINTZERFIRM.COM |
| LIU@TEAMROSNER.COM |
| ROSNER@TEAMROSNER.COM |
| TGIUFFRA@RHEINGOLDLAW.COM |
| **Count: 6** |

**Exhibit C**

The Weinstein Company Holdings LLC, et al.

Case No. 18-10601 (MFW)

Fax Service List

| NAME | FAX |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | 212-872-1002 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | 214-969-4343 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | 310-229-1001 |
| BROWN RUDNICK LLP | 212-209-4801 |
| BUSH GOTTLIEB | 818-973-3201 |
| CROSS & SIMON, LLC | 302-777-4224 |
| CROSS & SIMON, LLC | 302-777-4224 |
| GIBSON, DUNN & CRUTCHER LLP | 213-229-7520 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | 708-628-4950 |
| IP MANAGEMENT, INC. / IPW, LLC | 310-246-3101 |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | 617-451-0409 |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | 310-407-9090 |
| LANDAU GOTTFRIED & BERGER LLP | 310-557-0056 |
| LANDAU GOTTFRIED & BERGER LLP | 310-557-0056 |
| LANDAU GOTTFRIED & BERGER LLP | 310-557-0056 |
| LANDAU GOTTFRIED & BERGER LLP | 310-557-0056 |
| LATHAM & WATKINS LLP | 424-653-5501 |
| LATHAM & WATKINS LLP | 213-891-8763 |
| LAW OFFICE OF CURTIS A. HEHN | 302-351-7214 |
| LOEB & LOEB LLP | 212-407-4990 |
| LOEB & LOEB LLP | 212-407-4990 |
| MCCABE, WEISBERG & CONWAY, LLC | 855-425-1980 |
| MORRIS JAMES LLP | 302-571-1750 |
| MORRIS JAMES LLP | 302-571-1750 |
| MORRIS JAMES LLP | 302-571-1750 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | 302-658-3989 |
| OFFICE OF THE UNITED STATES TRUSTEE | 302-573-6497 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | 213-226-4499 |
| ROSENTHAL, MONHAIT & GODDESS, P.A. | 302-658-7567 |
| SNELL & WILMER | 702-784-5252 |
| TN DEPT OF REVENUE | 615-741-3334 |
| TOBEROFF & ASSOCIATES, PC | 310-246-3101 |
| YOUNG CONWAY STARGATT & TAYLOR, LLP | 302-571-1253 |
| **Count:** | **33** |

**Exhibit D**

## Mailing Information for Case 18-10601-MFW

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Candyce Ewing Abbatt**   cabbatt@famfirm.com, sheri@famfirm.com
- **Derek C. Abbott**   dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com
- **James W. Adelman**   mail@morrisadelman.com
- **Rachel E. Albanese**   rachel.albanese@dlapiper.com
- **Paul H. Aloe**   paloe@kudmanlaw.com, yali@kudmanlaw.com;dsaponara@kudmanlaw.com
- **Paul S. Arrow**   parrow@buchalter.com
- **Jessica Lynn Bagdanov**   jbagdanov@bg.law, ecf@bg.law
- **Sean Matthew Beach**   bankfilings@ycst.com
- **Ian Connor Bifferato**   cbifferato@tbf.legal, mstewart@tbf.legal
- **Charles E. Boulbol**   rtrack@msn.com, rtrack@verizon.net
- **William Pierce Bowden**   wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com
- **Charles G. Brackins**   CBrackins@hinshawlaw.com
- **Robert S. Brady**   bankfilings@ycst.com
- **Peter Manfred Bransten**   pbransten@glaserweil.com
- **Bernadette Brennan**   bbrennan@law.nyc.gov
- **Amy D. Brown**   abrown@gsbblaw.com
- **Michael G. Busenkell**   mbusenkell@gsbblaw.com
- **Daniel B. Butz**   dbutz@mnat.com
- **Aaron R. Cahn**   cahn@clm.com, trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com
- **Thomas R. Califano**   thomas.califano@dlapiper.com
- **Kevin M. Capuzzi**   kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
- **John F. Carberry**   jcarberry@cl-law.com
- **David W. Carickhoff**   dcarickhoff@archerlaw.com
- **James S. Carr**   KDWBankruptcyDepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
- **Rocco A. Cavaliere**   rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com
- **William E. Chipman**   chipman@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
- **Tiffany Strelow Cobb**   tscobb@vorys.com, mdwalkuski@vorys.com
- **Mark D. Collins**   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Joseph Corrigan**   Bankruptcy2@ironmountain.com
- **Walter H. Curchack**   wcurchack@loeb.com, nybkdocket@loeb.com;vrubinstein@loeb.com;ljurich@loeb.com;mjackson@loeb.com
- **Jon L.R. Dalberg**   jdalberg@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com
- **Michael David DeBaecke**   mdebaecke@ashbygeddes.com
- **Robert J. Dehney**   rdehney@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;robert-dehney-4464@ecf.pacerpro.com
- **Michael T Delaney**   mdelaney@robinskaplan.com, amatsuoka@robinskaplan.com
- **Mark L. Desgrosseilliers**   desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
- **Ted A. Dillman**   ted.dillman@lw.com
- **Gregory T. Donilon**   gdonilon@mmwr.com, gregory-donilon-6537@ecf.pacerpro.com
- **Gregory T. Donilon**   gdonilon@pwujlaw.com, gregory-donilon-6537@ecf.pacerpro.com
- **Kristi J. Doughty**   de-ecfmail@mwc-law.com, de-ecfmail@ecf.inforuptcy.com
- **Katharina Earle**   kearle@ashbygeddes.com
- **Jamie Lynne Edmonson**   jedmonson@rc.com, lshaw@rc.com
- **Vernon Louis Ellicott**   vernon@thebloomfirm.com
- **Epiq Corporate Restructuring, LLC**   nmrodriguez@epiqsystems.com
- **Justin Cory Falgowski**   jfalgowski@burr.com
- **S. Alexander Faris**   bankfilings@ycst.com
- **Robert J. Feinstein**   rfeinstein@pszjlaw.com
- **David M. Fournier**   david.fournier@troutman.com, wlbank@troutman.com;monica.molitor@troutman.com
- **Edward M. Fox**   emfox@seyfarth.com
- **Jeff J. Friedman**   jeff.friedman@kattanlaw.com, nyc.bknotices@kattenlaw.com
- **Larry W Gabriel**   lgabriel@bg.law
- **Scott F. Gautier**   sgautier@robinskaplan.com, dwymore@robinskaplan.com
- **Thomas M. Geher**   tmg@jmbm.com, tmg@ecf.inforuptcy.com
- **Jason A. Gibson**   gibson@teamrosner.com
- **Peter M. Gilhuly**   peter.gilhuly@lw.com, nacif.taousse@lw.com;ny-courtmail@lw.com
- **Sheryl P Giugliano**   sgiugliano@diamondmccarthy.com
- **Anthony F. Giuliano**   afg@pryormandelup.com
- **Steven W Golden**   sgolden@pszjlaw.com
- **Andrew N. Goldman**   andrew.goldman@wilmerhale.com, yolande.thompson@wilmerhale.com
- **L. Katherine Good**   kgood@potteranderson.com
- **L. Katherine Good**   kgood@potteranderson.com, cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com;nrainey@potteranderson.com
- **Michael I. Gottfried**   MGottfried@elkinskalt.com, AAburto@elkinskalt.com;MYuen@elkinskalt.com
- **Joseph Grey**   jgrey@crosslaw.com, smacdonald@crosslaw.com
- **Geoffrey G. Grivner**   geoffrey.grivner@bipc.com, sherry.fornwalt@bipc.com;donna.curcio@bipc.com
- **Victoria A. Guilfoyle**   guilfoyle@blankrome.com
- **Peter J. Gurfein**   pgurfein@landaufirm.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
- **Sasha M. Gurvitz**   sgurvitz@ktbslaw.com
- **Bryan J Hall**   bhall@blankrome.com
- **Derrick Hansen**   dhansen@friedmanspring.com
- **Carrie V Hardman**   chardman@winston.com, carrie-hardman-4684@ecf.pacerpro.com
- **James F Harker**   jharker@cohenseglias.com, sbruno@cohenseglias.com
- **Matthew B. Harvey**   mharvey@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;matt-harvey-8145@ecf.pacerpro.com
- **Brett Michael Haywood**   haywood@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

- **Paul Noble Heath**    heath@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Curtis A Hehn**    curtishehn@comcast.net
- **Marcus Helt**    mhelt@foley.com, kwilliams@gardere.com
- **Adam Hiller**    ahiller@adamhillerlaw.com
- **Michael Cory Hochman**    mhochman@monlaw.com
- **Jennifer R. Hoover**    jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
- **Stephan Hornung**    hornung@lsellp.com
- **Jay Walton Hurst**    jay.hurst@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Joseph H. Huston**    jhh@stevenslee.com
- **Patrick A. Jackson**    Patrick.jackson@faegredrinker.com, rokeysha.ramos@faegredrinker.com
- **Ericka Fredricks Johnson**    Ericka.johnson@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com
- **Michael Joseph Joyce**    mjoyce@mjlawoffices.com
- **Elizabeth Soper Justison**    bankfilings@ycst.com
- **Shanti M. Katona**    skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Susan E. Kaufman**    skaufman@skaufmanlaw.com
- **David M. Klauder**    dklauder@bk-legal.com
- **Julia Bettina Klein**    klein@kleinllc.com
- **Steven K. Kortanek**    steven.kortanek@limnexus.com
- **Lawrence Joel Kotler**    ljkotler@duanemorris.com
- **Carl N. Kunz**    ckunz@morrisjames.com, wweller@morrisjames.com
- **Meredith A. Lahaie**    mlahaie@akingump.com
- **Jane M. Leamy**    jane.m.leamy@usdoj.gov
- **Raymond Howard Lemisch**    rlemisch@klehr.com
- **Scott J. Leonhardt**    leonhardt@teamrosner.com
- **Jeffrey W. Levitan**    jlevitan@proskauer.com
- **Maxim B. Litvak**    mlitvak@pszjlaw.com
- **Zhao Liu**    liu@teamrosner.com
- **Michael Luskin**    luskin@lsellp.com
- **Robert Charles Maddox**    maddox@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Andrew L Magaziner**    bankfilings@ycst.com
- **Kevin Scott Mann**    kmann@crosslaw.com, smacdonald@crosslaw.com
- **R. Craig Martin**    craig.martin@dlapiper.com, carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
- **Laura L. McCloud**    agbankdelaware@ag.tn.gov
- **Hannah Mufson McCollum**    hannah.mccollum@usdoj.gov
- **Garvan F. McDaniel**    gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com
- **R. Stephen McNeill**    bankruptcy@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com
- **Edward J McNeilly**    edward.mcneilly@hoganlovells.com
- **Dennis A. Meloro**    melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
- **Evelyn J. Meltzer**    Evelyn.Meltzer@troutman.com,
  wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com
- **Evelyn J. Meltzer**    Evelyn.Meltzer@troutman.com,
  wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com
- **James Paul Menton**    jmenton@robinskaplan.com
- **Rachel B. Mersky**    rmersky@monlaw.com
- **Kathleen M. Miller**    kmiller@skjlaw.com, llb@skjlaw.com;jcb@skjlaw.com
- **Mark Minuti**    mark.minuti@saul.com, robyn.warren@saul.com
- **Norman M Monhait**    nmonhait@rmgglaw.com
- **Eric J. Monzo**    emonzo@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com
- **James C Moon**    jmoon@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Carl D. Neff**    cneff@foxrothschild.com
- **Michael S. Neiburg**    bankfilings@ycst.com
- **Michael R. Nestor**    bankfilings@ycst.com
- **Robert M. Novick**    courtnotices@kasowitz.com
- **Frank Eugene Noyes**    fnoyes@offitkurman.com, Elizabeth.White@offitkurman.com
- **Daniel A. O'Brien**    daobrien@venable.com
- **Keith C. Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **Ricardo Palacio**    rpalacio@ashby-geddes.com;ahrycak@ashbygeddes.com
- **Paul J. Pascuzzi**    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Morgan L. Patterson**    morgan.patterson@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com
- **Norman L. Pernick**    npernick@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- **Mark Pfeiffer**    mark.pfeiffer@bipc.com, donna.curcio@bipc.com
- **Joanne P. Pinckney**    jpinckney@pwujlaw.com, tchambers@pwujlaw.com
- **David M. Poitras**    dpoitras@jmbm.com
- **David T Queroli**    Queroli@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Patrick J. Reilley**    preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- **Reliable Companies**    gmatthews@reliable-co.com
- **Andrew R. Remming**    aremming@mnat.com, andrew-remming-0904@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-
  2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
- **Deirdre M. Richards**    drichards@finemanlawfirm.com
- **Richard W. Riley**    rriley@wtplaw.com, clano@wtplaw.com
- **Colin Robinson**    crobinson@pszjlaw.com
- **Colin R. Robinson**    crobinson@pszjlaw.com
- **Laurel D. Roglen**    roglenl@ballardspahr.com, ambroses@ballardspahr.com
- **Alan Michael Root**    aroot@archerlaw.com
- **Adam L. Rosen**    adam.rosen@ALRcounsel.com, carolann@alrcounsel.com
- **Edward B. Rosenthal**    erosenthal@rmgglaw.com, jmeekins@rmgglaw.com
- **Frederick Brian Rosner**    rosner@teamrosner.com
- **Jeremy William Ryan**    jryan@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com
- **Jeffrey S. Sabin**    JSSabin@Venable.com

- **Christopher M. Samis**   csamis@potteranderson.com, cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com
- **Bradford J. Sandler**   bsandler@pszjlaw.com
- **Bradford J. Sandler**   bsandler@pszjlaw.com
- **Susan K Seflin**   sseflin@bg.law
- **Stephen B. Selbst**   sselbst@herrick.com, courtnotices@herrick.com
- **Zachary I Shapiro**   shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Richard B. Sheldon**   rbs@msk.com
- **Russell C. Silberglied**   silberglied@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Christopher Page Simon**   csimon@crosslaw.com, smacdonald@crosslaw.com
- **David Ryan Slaugh**   rslaugh@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com
- **Dylan James Smith**   dsmith@loeb.com
- **Wayne M. Smith**   wayne.smith@warnerbros.com
- **Jane K. Springwater**   jspringwater@friedmanspring.com, nku@friedmanspring.com
- **Michael S. Stamer**   mstamer@akingump.com
- **James I. Stang**   jstang@pszjlaw.com, hrafatjoo@pszjlaw.com
- **Amanda R. Steele**   steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Richard Stern**   stern@lsellp.com
- **David B. Stratton**   david.stratton@troutman.com, wlbank@troutman.com,David.A.Smith@troutman.com,monica.molitor@troutman.com
- **Enid N Stuart**   enid.stuart@ag.ny.gov, louisa.irving@ag.ny.gov
- **Aaron H. Stulman**   astulman@potteranderson.com,
  lhuber@potteranderson.com;cgiobbe@potteranderson.com;bankruptcy@potteranderson.com;nrainey@potteranderson.com
- **Matthew G. Summers**   summersm@ballardspahr.com, hartlt@ballardspahr.com
- **Matthew O Talmo**   mtalmo@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com
- **Gregory A. Taylor**   gtaylor@ashbygeddes.com, ahrycak@ashbygeddes.com
- **Neil Paresh Thakor**   nthakor@manatt.com
- **U.S. Trustee**   USTPRegion03.WL.ECF@USDOJ.GOV
- **Joseph M. VanLeuven**   joevanleuven@dwt.com, lizcarter@dwt.com
- **Jason Wallach**   jwallach@phplaw.com
- **Christopher A. Ward**   cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Matthew P. Ward**   matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com
- **Jeffrey R. Waxman**   jwaxman@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com
- **Howard J. Weg**   hweg@robinskaplan.com
- **Jeffrey C. Wisler**   jwisler@connollygallagher.com
- **Michael W. Yurkewicz**   myurkewicz@klehr.com
- **Paul H Zumbro**   pzumbro@cravath.com, mao@cravath.com

---