**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
:
:
THE WEINSTEIN COMPANY HOLDINGS :
LLC, *et al.*, :
:
Debtors.[1] :
:
:
:
---------------------------------------------------------------x

Chapter 11

Case No. 18-10601 (MFW)

(Jointly Administered)

**Re: Docket Nos. 2856, 2858, 2952, 2953, 2994, 2995, 3067, 3069, 3096 & 3098**

**NOTICE OF FILING OF BLACKLINES OF**
**FOURTH AMENDED PLAN AND DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE that, on June 30, 2020, The Weinstein Company Holdings

LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the

Debtors' and Official Committee of Unsecured Creditors' (the "**Committee**") *Joint Chapter 11 Plan of*

*Liquidation* [Docket No. 2856] and *Disclosure Statement in Support of Joint Chapter 11 Plan of*

*Liquidation Proposed By Debtors and Official Committee of Unsecured Creditors* [Docket No. 2858]

with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that, on September 1, 2020, the Debtors filed the

*Debtors' First Amended Chapter 11 Plan of Liquidation* [Docket No. 2952] and the *First*

*Amended Disclosure Statement in Support of the Debtors' First Amended Chapter 11 Plan of*

*Liquidation* [Docket No. 2953].

PLEASE TAKE FURTHER NOTICE that on October 1, 2020, the Debtors filed the

Debtors' and Committee's *Second Amended Joint Chapter 11 Plan of Liquidation* [Docket No.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not

2994] and *Second Amended Disclosure Statement in Support of the Second Amended Joint Chapter 11 Plan of Liquidation Proposed By Debtors and Official Committee of Unsecured Creditors* [Docket No. 2995].

PLEASE TAKE FURTHER NOTICE that on November 4, 2020, the Debtors filed the Debtors' and Committee's *Third Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 3067] (the "**Third Amended Plan**") and *Third Amended Disclosure Statement in Support of the Third Amended Joint Chapter 11 Plan of Liquidation Proposed By Debtors and Official Committee of Unsecured Creditors* [Docket No. 3069] (the "**Third Amended Disclosure Statement**").

PLEASE TAKE FURTHER NOTICE that on November 17, 2020, the Debtors filed the Debtors' and Committee's *Fourth Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 3096] (as may be amended from time to time, the "**Fourth Amended Plan**") and *Fourth Amended Disclosure Statement in Support of the Fourth Amended Joint Chapter 11 Plan of Liquidation Proposed By Debtors and Official Committee of Unsecured Creditors* [Docket No. 3098] (as may be amended from time to time, the "**Fourth Amended Disclosure Statement**").

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Court and all parties in interest, a blackline comparison of the Fourth Amended Plan marked against the Third Amended Plan is attached hereto as **Exhibit 1** and a blackline comparison of the Fourth Amended Disclosure Statement marked against the Third Amended Disclosure Statement is attached hereto as **Exhibit 2**.

---

provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

RLF1 24300269v.1

Dated: November 17, 2020
Wilmington, Delaware

/s/ David T. Queroli
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: queroli@rlf.com

- and -

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (admitted *pro hac vice*)
Lauren A. Moskowitz (admitted *pro hac vice*)
Salah M. Hawkins (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700


*Attorneys for the Debtors and Debtors in Possession*