**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x

In re:

THE WEINSTEIN COMPANY HOLDINGS,
LLC, *et al.*,

                Debtors.[1]

---------------------------------------------------------------- x

Chapter 11

Case No. 18-10601 (MFW)

(Jointly Administered)

**Re: Docket Nos. 3096, 3098 and 3101**

**NOTICE OF (A) PLAN CONFIRMATION HEARING, (B) OBJECTION AND
VOTING DEADLINES, AND (C) SOLICITATION AND VOTING PROCEDURES**

     **PLEASE TAKE NOTICE THAT** on November 17, 2020, the above-captioned debtors (collectively, the "**Debtors**") and the Official Committee of Unsecured Creditors (the "**Committee**" and, together with the Debtors, the "**Plan Proponents**"), filed the *Fourth Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 3096] (as it may be amended, modified or supplemented from time to time, the "**Plan**")[2] as set forth in the related Disclosure Statement [Docket No. 3098] (as it may be amended, modified or supplemented from time to time, the "**Disclosure Statement**"). On November 17, 2020, the Bankruptcy Court entered an order [Docket No. 3101] (the "**Disclosure Statement Order**"), among other things, approving the Disclosure Statement as containing "adequate information" pursuant to Bankruptcy Code Section 1125, and establishing certain dates and deadlines in connection with Plan confirmation.

     **PLEASE TAKE FURTHER NOTICE THAT** the Plan Proponents are soliciting acceptances of the Plan from Holders of Claims who are entitled to vote on the Plan, including Class 4 (Sexual Misconduct Claims), Class 5 (Other Tort Claims), and Class 6 (General Unsecured Claims).

     **PLEASE TAKE FURTHER NOTICE THAT IF THE HOLDERS OF SEXUAL MISCONDUCT CLAIMS IN CLASS 4 DO NOT VOTE IN FAVOR OF THE PLAN, THE PLAN PROPONENTS WILL NOT SEEK CONFIRMATION OF THE PLAN BEFORE THE BANKRUPTCY COURT.**

     **PLEASE TAKE FURTHER NOTICE THAT** the hearing to consider confirmation of the Plan (the "**Confirmation Hearing**") will commence on **January 14, 2021 at 10:00 a.m. (ET)**, before The Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), located at 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. The Confirmation Hearing may be adjourned from time to time without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court.

**CRITICAL INFORMATION REGARDING VOTING ON THE PLAN**

     <u>Voting Record Date</u>. The Voting Record Date is **November 5, 2020**.

     <u>Voting Deadline</u>. The deadline for voting on the Plan is **December 18, 2020 at 5:00 p.m. (ET).**

     <u>Temporary Allowance of Claims for Voting Purposes</u>. Any Holder of a Claim against the Debtors for which the Debtors have filed an objection shall not be entitled to vote on the Plan, and any Holder of a Claim against the Debtors for which such Holder has filed a proof of claim, which, in whole or in part, reflects an unliquidated or contingent claim, and which is not subject to an objection filed by the Debtors, shall have its claim temporarily allowed in either (i) the liquidated amount of the claim, or (ii) if the claim is entirely unliquidated, at $1.00, for voting purposes

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are 3837. The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein will have the meanings set forth in the Plan.

only, and not for purposes of allowance or distribution.  If any such Holder of a Claim described in this paragraph disagrees with the Debtors' classification or status of its Claim, then such Holder MUST file with the Bankruptcy Court, on or before **4:00 p.m. prevailing Eastern Time on December 5, 2020**, a motion requesting temporary allowance of its Claim solely for voting purposes in accordance with Bankruptcy Rule 3018.

## CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN

**SECTIONS 5, 7 AND 14 OF THE PLAN CONTAIN CHANNELING INJUNCTION, RELEASE, INJUNCTION AND EXCULPATION PROVISIONS. THESE PROVISIONS INCLUDE, BUT ARE NOT LIMITED TO THE RELEASES OF THE DEBTORS, THE DEBTORS' FORMER DIRECTORS AND OFFICERS (EXCEPT HARVEY WEINSTEIN) AND THE DEBTORS' INSURANCE COMPANIES (EXCEPT AS IT RELATES TO SEXUAL MISCONDUCT CLAIMS HELD BY HOLDERS OF SEXUAL MISCONDUCT CLAIMS WHO DO NOT AFFIRMATIVELY ELECT TO RELEASE HARVEY WEINSTEIN).  UNDER THE PLAN, HOLDERS OF SEXUAL MISCONDUCT CLAIMS SHALL HAVE THE OPTION TO RELEASE HARVEY WEINSTEIN OR TO NOT RELEASE HARVEY WEINSTEIN AND PURSUE AN ACTION AGAINST HIM IN ANOTHER COURT OF COMPETENT JURISDICTION.  YOU SHOULD REVIEW THESE PROVISIONS, AND THE ENTIRETY OF THE PLAN AND  DISCLOSURE STATEMENT, CAREFULLY.**

Plan Objection Deadline.  Objections, if any, to the Plan must be made in writing and filed with the Bankruptcy Court on or before **5:00 p.m. (ET) on December 18, 2020** and only those objections made in writing and timely filed may be considered by the Bankruptcy Court at the Confirmation Hearing.  If no objections to the Plan are timely filed in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order confirming the Plan without further notice or hearing**.**

## ADDITIONAL INFORMATION

Obtaining Solicitation Materials.  If you would like to obtain a copy of the Plan and/or Disclosure Statement, or any other pleadings filed in the Debtors' chapter 11 cases, you may contact the Voting Agent, Epiq Bankruptcy Solutions, LLC, by:  (i) calling the Debtors' restructuring hotline at 888-751-4999, or, if calling from outside the United States or Canada, at 503-597-5168; (ii) visiting the Debtors' restructuring website at: **https://dm.epiq11.com/twc**; and/or (iii) writing to The Weinstein Company Holdings LLC, c/o Epiq Bankruptcy Solutions LLC, 10300 SW Allen Boulevard, Beaverton, OR 97005.  You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at:  https://www.deb.uscourts.gov.  Please be advised that the Voting Agent is authorized to answer questions and provide additional copies of solicitation materials but may not advise you as to whether you should vote to accept or reject the Plan.

Nov. 18, 2020
Wilmington, DE          */s/ David T. Queroli*

**RICHARDS, LAYTON & FINGER, P.A.**          **CRAVATH, SWAINE & MOORE LLP**
Mark D. Collins (No. 2981)                    Paul H. Zumbro (admitted *pro hac vice*)
Paul N. Heath (No. 3704)                      Lauren A. Moskowitz (admitted *pro hac vice*)
David T. Queroli (No. 6318)                   Salah M. Hawkins (admitted *pro hac vice*)
One Rodney Square                             Worldwide Plaza
920 North King Street                         825 Eighth Avenue
Wilmington, Delaware 19801                    New York, New York 10019
Telephone: (302) 651-7700                     Telephone: (212) 474-1000
Facsimile: (302) 651-7701                     Facsimile: (212) 474-3700
Email: queroli@rlf.com