## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------x
In re:                                   :  Chapter 11
                                         :
The Weinstein Company Holdings LLC, et al.,[1]  :  Case No. 18-10601 (MFW)
                                         :
            Debtors.                     :  (Jointly Administered)
                                         :
---------------------------------------------------------- x
```

**NOTICE OF AGENDA FOR TELEPHONIC AND VIDEO HEARING
SCHEDULED FOR DECEMBER 18, 2020 AT 10:00 A.M. (ET), BEFORE
THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

---

**THIS HEARING WILL BE HELD TELEPHONICALLY AND BY VIDEO.**

**ALL PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY
CONTACTING COURTCALL, LLC AT 866-582-6878 NO LATER THAN
DECEMBER 17, 2020 BY NOON. ONLY THOSE PARTIES THAT WILL BE
ADDRESSING THE COURT SHOULD APPEAR BY ZOOM _AND_ COURTCALL.**

**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE
MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

**TO APPEAR BY VIDEO CONFERENCE,
PARTIES SHOULD USE THE FOLLOWING INFORMATION:
JOIN ZOOMGOV HEARING: https://debuscourts.zoomgov.com/j/1610617051
MEETING ID: 161 061 7051; PASSWORD: 683939**

---

## I.    CONTINUED MATTERS:

1.    Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of
      Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections,
      (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the
      Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale
      Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The
mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.
Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a
complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A
complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at
http://dm.epiq11.com/twc.

Related Relief and (II)(A) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 8 - filed March 20, 2018]

Cure Objections, Assumption and Assignment Objections,
and Other Related Objections / Response Deadline:

> Notice at Docket No. 216: April 30, 2018 at 4:00 p.m. (ET); extended until May 3, 2018 at 4:00 p.m. (ET) for Nu Image, Inc., Sony, Bunim/Murray Productions, Universal Music Enterprises, a division of UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal Tunes, a division of Songs of Universal Inc., Capitol Christian Music Group, and CMG Publishing, Interscope Records, a division of UMG Recordings, Inc., and any other Universal Music entity, Angry Blonde Productions, Inc., Shady Records, Inc., Shroom Shady Music, LLC, and Marshall B. Mathers (entities as part of a transaction with Interscope Records, a Universal entity); extended for Walt Disney Pictures ("WDP")

> Notice at Docket No. 282: May 3, 2018 at 4:00 p.m. (ET); extended until May 7, 2018 at 4:00 p.m. (ET) for A&E Television Networks, LLC (and its related entities, including Lifetime Entertainment Services); extended for WDP

> Notice at Docket No. 482: May 7, 2018 at 4:00 p.m. (ET); extended until May 15, 2018 at 4:00 p.m. (ET) for Saving Santa The Movie, Ltd. and until May 16, 2018 at 4:00 p.m. (ET) for Jeff Abbott; extended for WDP

Cure Objections, Assumption and Assignment Objections, and
Other Related Objections Received: See Exhibit A attached hereto.

Related Documents:

i.      Notice of Second Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 482 - filed April 27, 2018]

ii.     Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief [Docket No. 846 - entered May 9, 2018]

iii.    Notice of Filing of Final List of Potentially Assume Contracts and Leases [Docket No. 860 - filed May 10, 2018]

RLF1 24462364v.1

iv.    Order Approving Amendment to Asset Purchase Agreement Entered Into By and Between the Debtors and Lantern Entertainment LLC [Docket No. 1220 - entered July 11, 2018][2]

v.    Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1457 - filed September 5, 2018]

vi.    Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 846] [Docket No. 1512 – filed September 20, 2018]

vii.    Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1665 - filed November 5, 2018]

viii.    Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1695 - filed November 8, 2018]

Status: The status of the remaining outstanding cure objections, assumption and assignment objections, and other related objections received is noted on Exhibit A attached hereto.

2.    Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1003 - filed June 8, 2018]

Objection / Response Deadline:    June 18, 2018 at 4:00 p.m. (ET); extended for WDP; extended for certain of the parties listed on Exhibit B attached hereto.

Objections / Responses Received:    See Exhibit B attached hereto.

Related Documents:  None.

Status: The status of the outstanding objections received is noted on Exhibit B attached hereto.

3.    Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1457 - filed September 5, 2018]

Objection / Response Deadline:    September 17, 2018 at 4:00 p.m. (ET); extended by agreement for Portfolio Funding Company LLC I ("PFC") to June 17, 2019 at 5:00 p.m. (PT)/8:00 p.m. (ET) with respect to the Notices at Docket Nos. 1457, 1512, 1665 and 1695; extended for WDP

---

[2] On March 19, 2019, Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) filed the *Notice of Legal Name Change* [Docket No. 2201] identifying that Lantern Entertainment LLC ("Lantern") changed its name with the Secretary of State for the State of Delaware to Spyglass Media Group, LLC.  References to Lantern are now references to Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) ("Spyglass").

Objections / Responses Received:      See Exhibit C attached hereto.

Related Documents:

i.      Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 846] [Docket No. 1512 – filed September 20, 2018]

ii.     Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1665 - filed November 5, 2018]

iii.    Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1695 - filed November 8, 2018]

Status: The status of the remaining outstanding objections received is noted on Exhibit C attached hereto.

## II.      **CONTESTED MATTER GOING FORWARD:**

4.      Motion of Debtors for Entry of an Order Authorizing and Establishing Procedures for the Sale of *De Minimis* Assets [Docket No. 3119 – filed December 3, 2020]

Objection / Response Deadline:         December 11, 2020 at 4:00 p.m. (ET)

Objections / Responses Received:

A.      Informal comments received from the Office of the United States Trustee

B.      Informal comments received from the Directors Guild of America, Inc., Screen Actors Guild-American Federation of Television and Radio Artists, the Writers Guild of America, West, Inc., for itself and its affiliate Writers Guild of America, East, Inc.

C.      Informal comments received from The Chubb Companies

D.      Informal comments received from PFC

E.      Objection of Netflix, Inc. ("Netflix") to Motion of Debtors for Entry of an Order Authorizing and Establishing Procedures for the Sale of *De Minimis* Assets [Docket No. 3128 – filed December 11, 2020]

F.      Limited Objection and Reservation of Rights of Spyglass Media Group LLC (f/k/a Lantern Entertainment LLC) ("Spyglass," and together with Netflix, the "Objecting Parties") Regarding Order Authorizing and Establishing Procedures for the Sale of *De Minimis* Assets [Docket No. 3129 – filed December 15, 2020]

Related Documents:   None at this time.

Status: The Debtors and the Objecting Parties are engaging in discussions regarding the proposed form of order.  The Debtors believe that all of the informal responses

have been resolved.  The Debtors anticipate that they will submit a form of order under certification of counsel in advance of the hearing.  At this time, however, the hearing on this matter will go forward.

**III.    INTERIM FEE APPLICATIONS:**

5.    Interim Fee Applications [See Exhibit D hereto]

Related Documents:  None at this time.

Status:  The Debtors have prepared a draft omnibus order (the "Proposed Fee Order") approving the Interim Fee Applications.  Professionals are reviewing the Proposed Fee Order, and the Debtors will file the Proposed Fee Order under certification.

RLF1 24462364v.1

Dated: December 16, 2020
Wilmington, Delaware

*/s/ David T. Queroli*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
          heath@rlf.com
          shapiro@rlf.com
          haywood@rlf.com
          queroli@rlf.com

- and -

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: pzumbro@cravath.com
          jzobitz@cravath.com
          kdemasi@cravath.com

*Attorneys for the Debtors and Debtors in Possession*

**Exhibit A -** *Cure Objections, Assumption and Assignment Objections, and Other Related Objections*

| Tab | Respondent | Status |
|---|---|---|
| A. | Timur Bekmambetov, Bazelevs U.S., Inc., Tengri, Inc., and Mirsand Limited [Docket No. 454 - filed April 26, 2018] [Supplemental Objection at Docket No. 666 - filed May 2, 2018] | On June 28, 2019, the Court entered an order [Docket No. 2445] approving a stipulation (the "Stipulation") regarding this matter.  Accordingly, certain portions of this matter are resolved subject to the terms of the Stipulation.  The unresolved portions of this matter have been continued to the next omnibus hearing date. |
| B. | Cross City Films Ltd. [Docket No. 522 - filed April 30po, 2018] | On October 18, 2018, the Court entered an order [Docket No. 1615] approving a stipulation regarding this matter.  Accordingly, certain portions of this matter are resolved.  The unresolved portions of this matter have been continued to the next omnibus hearing date. |
| C. | Black Bear Pictures [Docket No. 527 - filed April 30, 2018] [Declaration at Docket No. 530 - April 30, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| D. | The Bully Project, LLC and Lee Hirsch [Docket No. 532 - filed April 30, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| E. | Jennifer Lawrence and Floffin, Inc. Concerning the Film Silver Linings Playbook [Docket No. 543 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| F. | JPC Enterprises, Inc., New Crime Productions, LLC, Cusack Enterprises, LLC, and John Cusack [Docket No. 547 - filed April 30, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| G. | Jerry's Brother, Inc., and David S. Zucker [Docket No. 572 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |

| Tab | Respondent | Status |
|---|---|---|
| H. | Dynamic '88 Productions, Inc., George Clooney, Good Lie, Inc., and Grant Heslov [Docket No. 578 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| I. | Estate of Wes Craven [Docket No. 580 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| J. | Sabajka Productions II, Inc., and Julia Roberts [Docket No. 585 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| K. | Meryl Streep [Docket No. 588 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| L. | PC Films, LLC, Willie Lump Lump Enterprises, Inc., Bill Murray, Goldenlight Films, Inc., and Ted Melfi [Docket No. 589 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| M. | WB Studio Enterprises Inc. and Warner Bros. Entertainment Inc. [Docket No. 592 - filed April 30, 2018] [Supplemental Objection at Docket No. 1820 - filed December 4, 2018] [Supplemental Objection at Docket No. 2100 – filed February 15, 2019 (withdrawn at Docket No. 2313)] | The hearing on this matter has been continued to the next omnibus hearing date. |
| N. | Bank of America, N.A. [Docket No. 599 - filed April 30, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| O. | Portfolio Funding Company LLC I [Sealed at Docket No. 603 - filed April 30, 2018] [Redacted at Docket No. 604 - filed April 30, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| P. | Creative Artists Agency, LLC [Docket No. 601 - filed April 30, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| Q. | Bruce Cohen Productions and Bruce Cohen [Docket No. 607 - filed April 30, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |

RLF1 24462365v.1

| Tab | Respondent | Status |
|-----|-----------|--------|
| R. | Lesia Anson [Docket No. 630 - filed April 30, 2018] | On April 8, 2019, the Court entered an order [Docket No. 2279] holding this objection in abeyance pending the resolution or other disposition of related litigation pending in the United States District Court for the Central District of California. |

RLF1 24462365v.1

| Tab | Respondent | Status |
|-----|-----------|--------|
| S. | Contract Counterparties [Wang Qin, Wang Hong, Amityville Horror Enterprises, LLC, Cindy Lee Stock, Noel Lutz, Gabrielle Lutz, Melissa Irwin, Vertigo Prime Inc., Good Fear Film, Inc., Roy Lee, Chris Bender, 22nd and Indiana Inc., Bradley Cooper, Tim Gunn Productions Inc., Tim Gunn, Fade to Black Productions, Inc., Tom Ford, Outerbanks Entertainment, Inc., Kevin Williamson, Music For the People and Mark Wahlberg] [Docket No. 668 - filed May 2, 2018] | Certain portions of this matter are resolved. The Court entered orders approving stipulations attached thereto resolving certain portions of this matter at Docket No. 1573 for Wang Qin and Wang Hong, Docket No. 1574 for Vertigo Prime Inc., Good Fear Film, Inc., Roy Lee, and Chris Bender, and Docket No. 2444 for Outerbanks Entertainment, Inc. and Kevin Williamson. The Debtors understand that Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) has been in discussions with certain counterparties and that Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) is no longer interested in acquiring the Tim Gunn Productions Inc. and Tim Gunn contract(s) subject to objection. Accordingly, the objection regarding the Tim Gunn Productions Inc. and Tim Gunn contracts subject to objection is moot.  On October 10, 2019, the Court entered the *Order Approving Settlement Agreement Between the Debtors, Tim Gunn, and Tim Gunn Productions, Inc.* [Docket No. 2604] resolving certain open matters with respect to Tim Gunn and Tim Gunn Productions, Inc. |
| T. | Lions Gate Entertainment Corp., Lions Gate Films Inc., Anchor Bay Entertainment LLC, Starz LLC, Starz Media, LLC and Starz Entertainment LLC [Docket No. 694 - filed May 3, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |

| Tab | Respondent | Status |
|---|---|---|
| U. | Jennifer Aniston and Two Eleven Productions, Inc., Concerning the Film Derailed [Docket No. 699 - filed May 3, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| V. | Unifi Completion Guaranty Insurance Solutions, Inc. as Agent and Attorney-in-Fact for Atlantic Specialty Insurance Company [Docket No. 721 - May 3, 2018] [Supplemental Objection at Docket No. 950 - filed May 30, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| W. | Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation [Docket No. 728 - filed May 3, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| X. | Directors Guild of America, Inc., Screen Actors Guild-American Federation of Television and Radio Artists, the Writers Guild of America, West, Inc., Their Respective Pension and Health Plans, and the Motion Picture Industry Pension and Health Plans [Docket No. 742 - filed May 3, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| Y. | Arclight Films [Docket No. 771 - filed May 4, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| Z. | British Broadcasting Corporation (BBC) [Docket No. 821 - filed May 7, 2018] | On June 15, 2020, the Court entered an order [Docket No. 2833] approving a stipulation (the "Stipulation") regarding this matter.  Accordingly, this matter is resolved as set forth in the Stipulation. |

RLF1 24462365v.1

| Tab | Respondent | Status |
|-----|------------|--------|
| AA. | Univision Networks & Studios, Inc. [Docket No. 912 - filed May 18, 2018] | Certain portions of this matter are resolved subject to the terms set forth in the *Stipulation By and Among the Debtors, Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC), and Univision Networks & Studios, Inc. Regarding Assumption and Assignment of the Title 33 Agreement* (the "<u>Stipulation</u>"). The Court entered an order approving the Stipulation at Docket No. 2299.  The unresolved portions of this matter have been continued to the next omnibus hearing date. |
| BB. | BBC Worldwide Limited [Docket No. 964 - filed June 1, 2018] | On June 15, 2020, the Court entered an order [Docket No. 2833] approving a stipulation (the "<u>Stipulation</u>") regarding this matter.  Accordingly, this matter is resolved as set forth in the Stipulation. |
| CC. | Jon Gordon and Jon Gordon Productions, Inc. [Docket No. 1274 - filed July 27, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| DD. | The Sapphires Film Holdings Pty Ltd [Informal Response] | The hearing on this matter has been continued to the next omnibus hearing date. |

RLF1 24462365v.1

**Exhibit B**

| Tab | Objection | Status |
|---|---|---|
| A. | Objection of Kanzeon Corp. and David O. Russell to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC and Reservation of Rights [Docket No. 1040 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| B. | Objection of Bazelevs U.S., Timur Bekmambetov, Mirsand Limited, Tengri, Inc. and Mirsand Limited re Executory Nature of Current War Producing Service Agreement and Amendment Thereto [Docket No. 1043 - filed June 18, 2018] | On June 28, 2019, the Court entered an order [Docket No. 2445] approving a stipulation (the "Stipulation") regarding this matter. Accordingly, certain portions of this matter are resolved subject to the terms of the Stipulation. The unresolved portions of this matter have been continued to the next omnibus hearing date. |
| C. | Objection of Bruce Cohen Productions and Bruce Cohen to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1045 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| D. | Objection of Dynamic '88 Productions, Inc., George Clooney, Good Lie, Inc., and Grant Heslov to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1046 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| E. | Objection of 22nd and Indiana Inc. and Bradley Cooper to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1048 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |

| Tab | Objection | Status |
|---|---|---|
| F. | Objection of Meryl Streep to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1049 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| G. | Objection of Canal Productions, Inc. and Robert De Niro to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1050 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| H. | Response and Reservation of Rights of The Estate of Wes Craven Regarding Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1052 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| I. | Objection of Willie Lump Lump Enterprises, Inc., and Bill Murray to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1055 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| J. | Objection of Sabjaka Productions II, Inc., and Julia Roberts to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1058 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |

| Tab | Objection | Status |
|---|---|---|
| K. | Joinder of Jennifer Lawrence and Floffin, Inc. to the Objections Filed by (I) Kanzeon Corp. and David O. Russell, (II) 22nd and Indiana Inc. and Bradley Cooper, and (III) Canal Productions, Inc., and Robert De Niro to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1059 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| L. | Objection of Donna Gigliotti to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1063 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| M. | Response of Visiona Romantica, Inc. and Quentin Tarantino to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC and Reservation of Rights [Docket No. 1064 - filed June 18, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| N. | Response to and Reservation of Rights of JCP Enterprises, Inc., New Crime Productions, LLC, Cusack Enterprises, LLC, and John Cusack to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1065 - filed June 18, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| O. | Objection of Jerry's Brother, Inc., and David Zucker to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1066 - filed June 18, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |

RLF1 24462365v.1

| Tab | Objection | Status |
|---|---|---|
| P. | Objection of Wang Qin and Wang Hong to the Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1231 - filed July 11, 2018] | This matter is partially resolved.  The Court entered an order approving a stipulation attached thereto resolving the matter at Docket No. 1573. The unresolved portions of this matter have been continued to the next omnibus hearing date. |

RLF1 24462365v.1

**Exhibit C**

| Tab | Objection | Status |
|---|---|---|
| A. | Response and Reservation of Rights of Executory Contract Counterparties to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1496 - filed September 17, 2018] [Bill Murray and Willie Lump Lump Enterprises, Inc., Brad Pitt and Potter, Inc., Bruce Cohen and Bruce Cohen Productions, David O. Russell and Kanzeon Corp., David Zucker and Jerry's Brother, Inc., Donna Gigliotti, George Clooney and Dynamic '88 Productions, Inc., Grant Heslov and Good Lie, Inc., Jake Gyllenhaal and Cykel Corp., John Cusack, JPC Enterprises, LLC, Cusack Enterprises, LLC, New Crime Productions, LLC, Jon Gordon and Jon Gordon Productions, Inc., Julia Roberts and Sabajka Productions II, Inc., Lorenzo di Bonaventura and di Bonaventura Pictures, Inc., Meryl Streep; Peter Chernin and PC Films, Inc., Rachel McAdams and Pink Fox, Inc., Robert De Niro and Canal Productions, Inc., The Estate of Wes Craven, Theodore Melfi and Goldenlight Films, Inc.] | The hearing on this matter has been continued to the next omnibus hearing date. Certain of these parties have their portions of the objection held in abeyance pending the appeal at Docket No. 2065. |
| B. | Limited Objection of Certain Contract Counterparties to Debtors' Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and Reservation of Rights [Docket No. 1497 - filed September 17, 2018] [Wang Qin, Wang Hong, Vertigo Prime Inc., Good Fear Film, Inc., Roy Lee, Chris Bender, 22nd and Indiana Inc., Bradley Cooper, Fade to Black Productions, Inc., Tom Ford, Outerbanks Entertainment, Inc., Kevin Williamson, Music For the People and Mark Wahlberg] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |

| Tab | Objection | Status |
|---|---|---|
| C. | Objection of Jon Gordon and Jon Gordon Productions, Inc. to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order; and Reservation of Rights [Docket No. 1498 - filed September 17, 2018] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| D. | Objection of Executory Contract Counterparties to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [D.I. 1695]; and Reservation of Rights [Docket No. 1769 - filed November 26, 2018] [Bruce Cohen, Bruce Cohen Productions, Robert De Niro, Canal Productions, Inc., Donna, Gigliotti, David Zucker, Jerry's Brother, Inc., David O. Russell, Kanzeon Corp., Bill Murray, Willie Lump Lump Enterprises, Inc., Julia Roberts, Sabajka Productions II, Inc., and Meryl Streep] | The objection is being held in abeyance pending the appeal at Docket No. 2065. |
| E. | Objection of Stephen King to Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1808 - filed December 4, 2018] | The hearing on this matter has been continued to the next omnibus hearing date. |
| F. | Objection and Reservation of Rights of Portfolio Funding Company LLC I to the Assumed Contracts Schedules [Docket No. 2421 – filed June 17, 2019] | The hearing on this matter has been continued to the next omnibus hearing date. |

2

**Exhibit D**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | **x** | |
| In re: | **:** | Chapter 11 |
| | **:** | |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | **:** | Case No. 18-10601 (MFW) |
| | **:** | |
| | **:** | (Jointly Administered) |
| Debtors.[1] | **:** | |
| | **x** | |

**INDEX OF INTERIM FEE APPLICATIONS SCHEDULED FOR
TELEPHONIC HEARING ON DECEMBER 18, 2020 AT 10:00 A.M. (ET)**

**Berkeley Research Group, LLC**

1.  Tenth Interim Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from July 1, 2020 through September 30, 2020 [Docket No. 3090 – December 8, 2020]

    Objection Deadline:   December 7, 2020 at 4:00 p.m. (ET)

    Related Documents:

    i.   Certification of No Objection Regarding Tenth Interim Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from July 1, 2020 through September 30, 2020 [Docket No. 3123 – filed December 8, 2020]

**Cravath, Swaine &Moore LLP**

2.  Notice of Tenth Interim Application Request of Cravath, Swaine & Moore LLP for July 1, 2020 through September 30, 2020 [Docket No. 3091 – filed November 16, 2020]

    Objection Deadline:   December 7, 2020 at 4:00 p.m. (ET)

    Related Documents:

    i.   Twenty-Eighth Monthly Application of Cravath, Swaine & Moore LLP for Allowance of Compensation for Services Rendered and for Reimbursement of

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

Expenses as Counsel to the Debtors and Debtors in Possession for the Period from July 1, 2020 through July 31, 2020 [Docket No. 2968 – filed September 10, 2020]

ii.  Certification of No Objection Regarding Twenty-Eighth Monthly Application of Cravath, Swaine & Moore LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from July 1, 2020 through July 31, 2020 (No Order Required) [Docket No. 3027 – filed October 15, 2020]

iii.  Twenty-Ninth Monthly Application of Cravath, Swaine & Moore LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2020 through August 31, 2020 [Docket No. 3011 – filed October 6, 2020]

iv.  Certification of No Objection Regarding Twenty-Ninth Monthly Application of Cravath, Swaine & Moore LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2020 through August 31, 2020 (No Order Required) [Docket No. 3113 – filed November 25, 2020]

v.  Thirtieth Monthly Application of Cravath, Swaine & Moore LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2020 through September 30, 2020 [Docket No. 3057 – filed October 28, 2020]

vi.  Certification of No Objection Regarding Thirtieth Monthly Application of Cravath, Swaine & Moore LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2020 (No Order Required) [Docket No. 3114 – filed November 25, 2020]

**Seyfarth Shaw LLP**

3.  Ninth Interim Fee Application Request of Seyfarth Shaw LLP for July 1, 2020 through September 30, 2020 [Docket No. 3092 – filed November 16, 2020]

Objection Deadline:   December 7, 2020 at 4:00 p.m. (ET)

Related Documents:

i.  Twenty-Third Monthly Fee Application of Seyfarth Shaw LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors-in-Possession for the Period from July 1, 2020 through July 31, 2020 [Docket No. 2956 – filed September 1, 2020]

ii.  Certification of No Objection Regarding Twenty-Third Monthly Fee Application of Seyfarth Shaw LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors-in-Possession for the Period from July 1, 2020 through July 31, 2020 (No

Order Required) [Docket No. 2990 – filed September 24, 2020]

iii.    Twenty-Fourth Monthly Fee Application of Seyfarth Shaw LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors-in-Possession for the Period from August 1, 2020 through August 31, 2020 [Docket No. 2985 – filed September 22, 2020]

iv.    Certification of No Objection Regarding Twenty-Fourth Monthly Fee Application of Seyfarth Shaw LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors-in-Possession for the Period from August 1, 2020 through August 31, 2020 (No Order Required) [Docket No. 3028 – filed October 15, 2020]

v.    Twenty-Fifth Monthly Fee Application of Seyfarth Shaw LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors-in-Possession for the Period from September 1, 2020 through September 30, 2020 [Docket No. 3086 – filed November 13, 2020]

vi.    Certification of No Objection Regarding Twenty-Fifth Monthly Fee Application of Seyfarth Shaw LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors-in-Possession for the Period from September 1, 2020 through September 30, 2020 (No Order Required) [Docket No. 3127 – filed December 11, 2020]

**Richards, Layton & Finger, P.A.**

4.    Notice of Tenth Interim Fee Application Request of Richards, Layton & Finger, P.A. for July 1, 2020 through September 30, 2020 [Docket No. 3093 – filed November 16, 2020]

Objection Deadline:    September 3, 2020 at 4:00 p.m. (ET)

Related Documents:

i.    Twenty-Eighth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from July 1, 2020 through July 31, 2020 [Docket No. 2961 – filed September 2, 2020]

ii.    Certification of No Objection Regarding Twenty-Eighth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from July 1, 2020 through July 31, 2020 (No Order Required) [Docket No. 2999 – filed October 1, 2020]

iii.    Twenty-Ninth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of

Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2020 through August 31, 2020 [Docket No. 2986 – filed September 22, 2020]

iv.     Certification of No Objection Regarding Twenty-Ninth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2020 through August 31, 2020 (No Order Required) [Docket No. 3029 – filed October 15, 2020]

v.      Thirtieth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2020 through September 30, 2020 [Docket No. 3082 – filed November 9, 2020]

vi.     Certification of No Objection Regarding Thirtieth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2020 through September 30, 2020 (No Order Required) [Docket No. 3126 – filed December 8, 2020]

**Pachulski Stang Ziehl & Jones LLP**

5.      Tenth Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski, Stang, Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors, for the Period from July 1, 2020 through September 30, 2020 [Docket No. 3110 – filed November 23, 2020]

Objection Deadline:    September 3, 2020 at 4:00 p.m. (ET)

Related Documents:

i.      Twenty-Eighth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski, Stang, Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors, for the Period from July 1, 2020 through July 31, 2020 [Docket No. 3107 – filed November 20, 2020]

ii.     Twenty-Ninth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from August 1, 2020 through August 31, 2020 [Docket No. 3108 – filed November 20, 2020]

iii.    Thirtieth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from September 1, 2020 through September 30, 2020 [Docket No. 3106 – filed November 20, 2020]