## **EXHIBIT 1**

**In re The Weinstein Company Holdings LLC, et al. - Case No. 18-10601 (MFW)**
**Interim Fee Period**

| Applicant, Application D.I., & Applicant's Role in Cases | Interim Period | Fees Requested | Expenses Requested | Agreed Reductions | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|
| Berkeley Research Group, LLC [D.I. 3090]<br><br>Financial Advisor to the Official Committee of Unsecured Creditors | 7/1/20 to 9/30/20 | $49,329.50 | $0.00 | $0.00 (fees)<br>$0.00 (expenses) | $49,329.50 | $0.00 |
| Cravath, Swaine & Moore LLP [D.I. 3091]<br><br>Co-Counsel to the Debtors | 7/1/20 to 9/30/20 | $817,944.00 | $6,400.70 | $0.00 (fees)<br>$0.00 (expenses) | $817,944.00 | $6,400.70 |
| Seyfarth Shaw LLP [D.I. 3092]<br><br>Special Litigation Counsel to the Debtors | 7/1/20 to 9/30/20 | $83,036.50 | $779.36 | $0.00 (fees)<br>$0.00 (expenses) | $83,036.50 | $779.36 |
| Richards, Layton & Finger, P.A. [D.I. 3093]<br><br>Co-Counsel to the Debtors | 7/1/20 to 9/30/20 | $164,276.00 | $716.18 | $0.00 (fees)<br>$0.00 (expenses) | $164,276.00 | $716.18 |
| Pachulski Stang Ziehl & Jones LLP [D.I. 3110]<br><br>Counsel to the Official Committee of Unsecured Creditors | 7/1/20 to 9/30/20 | $161,177.00 | $3,150.89 | $0.00 (fees)<br>$0.00 (expenses) | $161,177.00 | $3,150.89 |