IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 18-10601-MFW |
| | ) | |
| THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*, | ) ) | Chapter 11 |
| | ) | |
|        Debtors. | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE AND CERTIFICATION OF GOVERNMENT COUNSEL**

The undersigned attorney, Elisabeth M. Bruce, appears in this matter as counsel for the United States of America, on behalf of its agency the Internal Revenue Service, and files this certification of a government attorney pursuant to Local Rule 9010-1(e)(i).

1. Ms. Bruce is admitted to the bar of the State of Virginia (Registration No. 92132) and to the United States District Court for the Western District of Tennessee.

2. Ms. Bruce is in good standing in all jurisdictions in which she has been admitted.

3. Ms. Bruce will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and she submits to the jurisdiction of this Court for disciplinary purposes.

//

//

//

DATE:  December 18, 2020

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

<u>*/s/* Elisabeth M. Bruce</u>
ELISABETH M. BRUCE
Virginia Bar Number 92132
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
Tel: 202-598-0969
Fax: 202-514-6866
Elisabeth.M.Bruce@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that the foregoing NOTICE OF APPEARANCE AND CERTIFICATION OF GOVERNMENT COUNSEL was filed with the Clerk of the Court on December 18, 2020, using the CM/ECF system, which will send notification of such filing to all parties appearing in said system.

/s/ Elisabeth M. Bruce
ELISABETH M. BRUCE