# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Weinstein Company Holdings, LLC, *et al*.<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br>Jointly Administered<br><br>**Hearing Date: Jan. 14, 2021 at 10:00 am**<br>**Obj. Deadline: Dec. 18, 2021 at 5:00 pm** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2020 I caused to be served a true and correct copy of the *Objection of Sartraco Inc., to Debtor's Proposed Plan of Reorganization* via ECF notification upon all parties-in-interest and electronic mail on the parties on the attached service list.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

Dated: December 18, 2020

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner, Esquire
919 North Market Street, Suite 990
Wilmington, DE 19801-3036
Tel: 302-552-4207
geoffrey.grivner@bipc.com

Mark Pfeiffer, Esquire (admitted pro hac vice)
50 S. 16th Street
Suite 3200
Philadelphia, PA 19102
Tel: 215-665-3921
mark.pfeiffer@bipc.com

Attorneys for Sartraco, Inc.

Service List:

**Counsel to the Debtors**
Attn: Paul H. Zumbro, Esq. and Salah M. Hawkins, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza, 825 Eight Avenue
New York, NY 10019
Email: pzumbro@cravath.com
Email: smhawkins@cravath.com,

and

Richards, Layton & Finger, P.A.
Attn: Paul N. Heath, Esq. and David T. Queroli, Esq.
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801
Email: heath@rlf.com
Email: queroli@rlf.com

**Counsel to the Committee**
Pachulski Stang Ziehl & Jones LLP
Attn: Bradford J. Sandler and Colin R. Robinson, Esq.,
919 North Market Street, 17th Floor,
Wilmington, DE 19801
Email: bsandler@pszj.com
Email: crobinson@pszj.com

**U.S. Trustee**
Attn: Jane M. Leamy, Esq. and Hannah McCollum, Esq.
844 King Street, Suite 2207
Wilmington, Delaware 19801
Email: jane.m.leamy.@usdoj.gov
Email: hannah.mccollum@usdoj.gov