**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| The Weinstein Company Holdings LLC, *et al.*,[1] | : |
| | : Case No. 18-10601 (MFW) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : **Ref. Docket No. 3149** |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                            ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the "Notice of Motion and Hearing," dated December 24, 2020, to which is attached the "Joint Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Fed. R. Bankr. P. 9019 for Approval of (I) Stipulation Between the Debtors, the Committee and Portfolio Funding Company LLC I and (II) Stipulation Between the Debtors, Portfolio Funding Company LLC I and Viacom International, Inc.," also dated December 24, 2020 [Docket No. 3149], by causing true and correct copies:

    a.  to be enclosed in separate postage pre-paid envelopes and delivered via first class mail on to those parties listed on the annexed Exhibit A, on December 28, 2020, and

    b.  to be delivered via electronic mail to those parties listed on the annexed Exhibit B, on December 24, 2020.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of this information may be obtained on the website of the Debtors claims and noticing agent at http://dm.epiq11.com/twc.

3.  In addition, I hereby certify that the referenced document(s) were electronically filed with the United States Bankruptcy Court for the District of Delaware by using the CM/ECF system. I further certify that the parties of record in this case, all registered CM/ECF users located on the Court's Electronic Mail Notice List, annexed hereto as <u>Exhibit C</u>, were served through the CM/ECF system.

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
29th day of December, 2020
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

**Exhibit A**

| Claim Name | Address Information |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO PORTFOLIO FUNDING COMPANY LLC I) ATTN: DEBORAH J. NEWMAN, ESQ. ONE BRYANT PARK BANK OF AMERICA TOWER NEW YORK NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO EAST WEST BANK) ATTN: DAVID F. STABER, ESQ. 2300 N FIELD ST, STE 1800 DALLAS TX 75201-2481 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO PORTFOLIO FUNDING COMPANY LLC I) ATTN: DAVID P. SIMONDS, ESQ. 1999 AVENUE OF THE STARS, STE 600 LOS ANGELES CA 90067-6022 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. | C/O BECKET & LEE LLP PO BOX 3001 MALVERN PA 19355-0701 |
| BROWN RUDNICK LLP | (COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK, S.A.THOMAS, M.SAGEMILLER & N.KLATT) ATTN: EDWARD S. WEISFELNER, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BUSH GOTTLIEB | (COUNSEL TO DIRECTORS GUILD OF AMERICA, INC ET AL) ATTN: JOSEPH A. KOHANSKI, DAVID E. AHDOOT, KIRK PRESTEGARD & KIEL IRELAND, ESQS. 801 N BRAND BLVD STE 950 GLENDALE CA 91203 |
| DAIMLER TRUST | C/O BK SERVICING, LLC PO BOX 131265 SAINT PAUL MN 55113-0011 |
| DIGITAL CINEMA IMPLEMENTATION PARTNERS, LLC | ATTN: MICHAEL POLITI 100 ENTERPRISE DRIVE, SUITE 505 ROCKAWAY NJ 07866-2140 |
| FRIED SAPERSTEIN ABBATT, P.C. | (COUNSEL TO GOLDFLAT PRODUCTIONS, LLC & WESTSIDE PRODUCTIONS, LLC) ATTN: CANDYCE EWING ABBATT 31700 TELEGRAPH ROAD, SUITE 120 BINGHAM FARMS MI 48025 |
| FRIEDMAN & SPRINGWATER LLP | (COUNSEL TO UNIVERSAL MUSIC ENTERPRISES, ET AL.) ATTN: JAKE K. SPRINGWATER, ESQ. 350 SANSOME STREET, SUITE 210 SAN FRANCISCO CA 94101 |
| GIBSON, DUNN & CRUTCHER LLP | ATTN: ROBERT A KLYMAN & MATTHEW G. BLOUSLOG (COUNSEL TO INVESTMENT COUNTERPARTIES) 333 SOUTH GRAND AVENUE LOS ANGELES CA 90071 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | (COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK, S.A.THOMAS, M.SAGEMILLER & N.KLATT) ATTN: EMILY BROWN, ESQ. 455 N. CITYFRONT PLAZA DR., STE 2410 CHICAGO IL 60611 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | (COUNSEL TO L.GEISS, K.KENDALL, Z.BROCK, S.A.THOMAS, M.SAGEMILLER & N.KLATT) ATTN: STEVE W. BERMAN & SHELBY SMITH, ESQS. 1301 SECOND AVE, STE 2000 SEATTLE WA 98101 |
| HOGAN LOVELLS US LLP | (COUNEL TO PORTFOLIO FUNDING COMPANY LLC 1) ATTN: DAVID P. SIMONDS, ESQ & EDWARD MCNEILLY, ESQ 1999 AVENUE OF THE STARS, SUITE 1400 LOS ANGELES CA 90067 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| IP MANAGEMENT, INC. / IPW, LLC | C/O MARC TOBEROFF 23823 MALIBU ROAD, SUITE 50-363 MALIBU CA 90265 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CINEDIGM) ATTN: JAMES S. CARR & KRISTEN S. ELLIOTT, ESQS. 101 PARK AVE NEW YORK NY 10178 |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | (COUNSEL TO NETFLIX GLOBAL LLC, NETFLIX INTL. B.V. NETFLIX STUDIOS LLC, AND NETFLIX, INC.) ATN: THOMAS E. PATTERSON & JULIAN I. GURULE, ESQS. 1999 AVENUE OF THE START, 39TH FLOOR LOS ANGELES CA 90067-6049 |
| LANDAU GOTTFRIED & BERGER LLP | (COUNSEL TO CREATIVE ARTISTS AGENCY) ATTN: MICHAEL I. GOTTFRIED, ESQ. 1880 CENTURY PARK EAST, STE 1101 LOS ANGELES CA 90067 |
| LANDAU GOTTFRIED & BERGER LLP | (COUNSEL TO KANBAR ENTERTAINMENT, LLC AND HOODWINKED, LLC) ATTN: JOHN P. REITMAN & JON L.R. DALBERG, ESQS. 1801 CENTRUY PARK EAST, SUITE 700 LOS ANGELES CA 90067 |
| LATHAM & WATKINS LLP | (COUNSEL TO TIM SARNOFF) ATTN: MARVIN S. PUTNAM & LAURA R. WASHINGTON, ESQS 10250 CONSTELLATION BLVD., SUITE 1100 LOS ANGELES CA 90067 |
| LIGHT CHASER ANIMATION STUDIOS | ATTN: ZHOU YU SECTION D, ART BASE ONE, SHUMBAI RD CHAOYANG DISTRICT BEIJING 100103 CHINA |
| LOEB & LOEB LLP | (COUNSEL TO BBC WORLDWIDE LIMITED) ATTN: WALTER H. CHURCHAK & BETHANY D. SIMMONS 345 PARK AVENUE NEW YORK NY 10154 |
| MCCABE, WEISBERG & CONWAY, LLC | (COUNSEL TO DAIMLER TRUST) ATTN: JANET Z. CARLTON, CHASE N. MILLER, KRISTI J. DOUGHTY & MICHAEL K. PAK 1407 FOULK ROAD, SUITE 204 FOULKSTONE PLAZA WILMINGTON DE 19803 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE NEMOURS BUILDING 1007 N ORANGE ST 700 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JANE LEAMY & HANNAH M. MCCOLLUM, ESQS. J. CALEB BOGGS FEDERAL BUILDING 844 KING ST STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, THE | C/O ERIC T SCHNEIDERMAN 120 BROADWAY NEW YORK NY 10271 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | (COUNSEL TO STUDIOCANAL S.A.S., WILD BUNCH S.A., & GAUMONT S.A.) ATTN: KATHY A. JORRIE, ESQ., DAVID MINNICK, ESQ., & JEFFREY WEXLER, ESQ. 725 SOUTH FIGUEROA STREET, SUITE 2800 LOS ANGELES CA 90017-5406 |
| ROBINS KAPLAN LLP | (COUNSEL TO OWN LLC, VISIONA ROMANTICA,INC, ET AL) ATTN: HOWARD J. WEG & MICHAEL T. DELANEY, ESQS. 2049 CENTURY PARK E., STE 3400 LOS ANGELES CA 90067 |
| ROSENTHAL, MONHAIT & GODDESS, P.A. | (COUNSEL TO STUDIOCANAL S.A.S., WILD BUNCH S.A. & GAUMONT S.A.) ATTN: EDWARD B. ROSENTHAL, ESQ. P,O, BOX 1070 WILMINGTON DE 19899-1070 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR 200 VESEY ST STE 400 NEW YORK NY 10281 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SNELL & WILMER | (COUNSEL TO OPUS BANK) ATTN: ROBERT R. KINAS, BLAKELEY E. GRIFFITH & CHARLES E. GIANELLONI, ESQS. 3883 HOWARD HUGHES PARKWAY, STE. 1100 LAS VEGAS NV 89169 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: XAVIER BECERRA 1300 I ST, STE 1740 SACRAMENTO CA 95814 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: ERIC T. SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| TN DEPT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE BANKRUPTCY DIVISION PO BOX 20207 NASHVILLE TN 37202-0207 |
| TOBEROFF & ASSOCIATES, PC | (COUNSEL TO LESIA ANSON) ATTN: MARC TOBEROFF, ESQ. 23823 MALIBU ROAD, SUITE 50-363 MALIBU CA 90265 |
| U.S. DEPARTMENT OF JUSTICE | (COUNSEL TO IRS) ATTN: ELISABETH M. BRUCE P.O. BOX 227 WASHINGTON DC 20044 |
| WEIL, GOTHSAL & MANGES LLP | (COUNSEL TO A+E TELEVISION NETWORKS, LLC) ATTN: DAVID L. YOHAI, DAVID N. GRIFFITHS & THEODORE E. TSEKERIDES, ESQS. 767 FIFTH AVE NEW YORK NY 10153-0119 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | (COUNSEL TO WALT DISNEY COMPANY) ATTN: CHRISTOPHER HAMPSON, ESQ. 60 STATE STREET BOSTON MA 02109 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | (COUNSEL TO THE WALT DISNEY COMPANY) ATTN: NANCY L. MANZER, ESQ. 1875 PENNSYLVANIA AVENUE NW WASHINGTON DC 20006 |

**Total Creditor count  41**

**Exhibit B**

THE WEINSTEIN COMPANY HOLDINGS LLC, Case No. 18-10601
Master Service List

| EMAIL |
|---|
| ABROWN@GSBBLAW.COM |
| AFG@PRYORMANDELUP.COM |
| AGBANKDELAWARE@AG.TN.GOV |
| AGLENN@KASOWITZ.COM |
| AGOLD@HERRICK.COM |
| AMAGAZINER@YCST.COM |
| ANDREW.GOLDMAN@WILMERHALE.COM |
| ANDREWTENZER@PAULHASTINGS.COM |
| AREMMING@MNAT.COM |
| BANKFILINGS@YCST.COM |
| BANKRUPTCY2@IRONMOUNTAIN.COM |
| BENNETTMURPHY@QUINNEMANUEL.COM |
| BGRIFFITH@SWLAW.COM |
| BILL.FREEMAN@KATTENLAW.COM |
| BONEILL@KRAMERLEVIN.COM |
| BSANDLER@PSZJLAW.COM |
| BSIMMONS@LOEB.COM |
| CAHN@CLM.COM |
| CGIANELLONI@SWLAW.COM |
| CHARDMAN@WINSTON.COM |
| CHIPMAN@CHIPMANBROWN.COM |
| CRAIG.MARTIN@DLAPIPER.COM |
| CRIS@CRISARMENTA.COM |
| CSAMIS@POTTERANDERSON.COM |
| CSIMON@CROSSLAW.COM |
| CURTISHEHN@COMCAST.NET |
| CWEINERLEVY@VENABLE.COM |
| DABBOTT@MNAT.COM |
| DABBOTT@MNAT.COM |
| DAHDOOT@BUSHGOTTLIEB.COM; |
| DALOWENTHAL@PBWT.COM |
| DAOBRIEN@VENABLE.COM |
| DAVID.GRIFFITHS@WEIL.COM |
| DAVID.SIMONDS@HOGANLOVELLS.COM |
| DAVID.YOHAI@WEIL.COM |
| DBESKRONE@ASHBYGEDDES.COM |
| DBUTZ@MNAT.COM |
| DGRASSGREEN@PSZJLAW.COM |
| DJNEWMAN@AKINGUMP.COM |
| DKLAUDER@BK-LEGAL.COM |

THE WEINSTEIN COMPANY HOLDINGS LLC, Case No. 18-10601
Master Service List

| |
|---|
| DMINNICK@PILLSBURYLAW.COM |
| DPOITRAS@JMBM.COM |
| DRICHARDS@FINEMANLAWFIRM.COM |
| DRILEY@ALLENMATKINS.COM |
| DSTABER@AKINGUMP.COM |
| EBC@STEVENSLEE.COM |
| ECF@BG.LAW |
| EDWARD.MCNEILLY@HOGANLOVELLS.COM |
| EJUSTISON@YCST.COM |
| ELISABETH.M.BRUCE@USDOJ.GOV |
| EMFOX@SEYFARTH.COM |
| EMILYB@HBSSLAW.COM |
| EMONZO@MORRISJAMES.COM |
| ENID.STUART@AG.NY.GOV |
| ERICKA.JOHNSON@WBD-US.COM |
| EROSENTHAL@RMGGLAW.COM |
| EWEISFELNER@BROWNRUDNICK.COM |
| FOURNIERD@PEPPERLAW.COM; |
| GARY@LIGHTCHASERANIMATION.COM |
| GDONILON@MMWR.COM |
| GEOFFREY.GRIVNER@BIPC.COM |
| GFMCDANIEL@DKHOGAN.COM |
| GTAYLOR@ASHBYGEDDES.COM |
| GUILFOYLE@BLANKROME.COM |
| HANNAH.MCCOLLUM@USDOJ.GOV |
| HORNUNG@LSELLP.COM |
| HWEG@ROBINSKAPLAN.COM |
| JANE.M.LEAMY@USDOJ.GOV |
| JBAGDANOV@BG.LAW |
| JDALBERG@LGBFIRM.COM |
| JEFF.FRIEDMAN@KATTENLAW.COM |
| JEFFREY.WEXLER@PILLSBURYLAW.COM |
| JERRY.HALL@KATTENLAW.COM |
| JFALGOWSKI@BURR.COM |
| JGURULE@KTBSLAW.COM |
| JHAGLE@SIDLEY.COM |
| JHARKER@COHENSEGLIAS.COM |
| JHH@STEVENSLEE.COM |
| JHOOVER@BENESCHLAW.COM |
| JKOHANSKI@BUSHGOTTLIEB.COM; |
| JLETO@LETOBASSUK.COM |

THE WEINSTEIN COMPANY HOLDINGS LLC, Case No. 18-10601
Master Service List

| |
|---|
| JLEVITAN@PROSKAUER.COM |
| JMASELLA@PBWT.COM |
| JMENTON@ROBINSKAPLAN.COM |
| JPARKER@PSAZLAW.COM |
| JREITMAN@LGBFIRM.COM |
| JRYAN@POTTERANDERSON.COM |
| JSSABIN@VENABLE.COM |
| JSTANG@PSZJLAW.COM |
| JWAXMAN@MORRISJAMES.COM |
| KAREN@PARKLAWLLC.COM |
| KATHY.JORRIE@PILLSBURYLAW.COM |
| KBLOCK@LOEB.COM |
| KCAPUZZI@BENESCHLAW.COM |
| KCOWENS@VENABLE.COM |
| KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| KELLIOTT@KELLEYDRYE.COM |
| KGOOD@POTTERANDERSON.COM |
| KIRELAND@BUSHGOTTLIEB.COM |
| KLEIN@KLEINLLC.COM |
| KMANN@CROSSLAW.COM |
| KPRESTEGARD@BUSHGOTTLIEB.COM; |
| LAURA.WASHINGTON@LW.COM |
| LBASSUK@LETOBASSUK.COM |
| MAIL@MORRISADELMAN.COM |
| MARK.DESGROSSEILLIERS@WBD-US.COM |
| MARK.MINUTI@SAUL.COM |
| MARK.PFEIFFER@BIPC.COM |
| MARVIN.PUTNAM@LW.COM |
| MATTHEW.WARD@WBD-US.COM |
| MATTHEW.WARD@WBD-US.COM |
| MBOUSLOG@GIBSONDUNN.COM |
| MBUSENKELL@GSBBLAW.COM |
| MDELANEY@ROBINSKAPLAN.COM |
| MELOROD@GTLAW.COM |
| MELTZERE@PEPPERLAW.COM |
| MGOTTFRIED@LGBFIRM.COM |
| MHARVEY@MNAT.COM |
| MHELT@FOLEY.COM |
| MIKE@DCIP.COM |
| MLAHAIE@AKINGUMP.COM |
| MNESTOR@YCST.COM |

THE WEINSTEIN COMPANY HOLDINGS LLC, Case No. 18-10601

Master Service List

| |
|---|
| MORGAN.PATTERSON@WBD-US.COM |
| MORGAN.PATTERSON@WBD-US.COM |
| MSTAMER@AKINGUMP.COM |
| MTALMO@MNAT.COM |
| MTALMO@MNAT.COM |
| MTOBEROFF@TOBEROFFANDASSOCIATES.COM |
| NMOSS@AKINGUMP.COM |
| NOTICES@BKSERVICING.COM |
| PARROW@BUCHALTER.COM |
| PAULSAGAN@PAULHASTINGS.COM |
| PBRANSTEN@GLASERWEIL.COM |
| PGURFEIN@LGBFIRM.COM |
| PPASCUZZI@FFWPLAW.COM |
| RACHEL.ALBANESE@DLAPIPER.COM |
| RACHEL.NANES@DLAPIPER.COM |
| RANTONOFF@BLANKROME.COM |
| RBRADY@YCST.COM |
| RFEINSTEIN@PSZJLAW.COM |
| RKINAS@SWLAW.COM |
| RKLYMAN@GIBSONDUNN.COM |
| RMERSKY@MONLAW.COM |
| ROGLENL@BALLARDSPAHR.COM |
| RSLAUGH@POTTERANDERSON.COM |
| RTRACK@MSN.COM |
| RZUR@LGBFIRM.COM |
| SBEACH@YCST.COM |
| SCOTTSHELLEY@QUINNEMANUEL.COM |
| SGIUGLIANO@DIAMONDMCCARTHY.COM |
| SHERRI.SIMPSON@OAG.TEXAS.GOV |
| SKATONA@POLSINELLI.COM |
| SKAUFMAN@SKAUFMANLAW.COM |
| SKUHN@AKINGUMP.COM |
| SSELBST@HERRICK.COM |
| STERN@LSELLP.COM |
| STEVE@HBSSLAW.COM |
| STRATTOND@PEPPERLAW.COM; |
| SUMMERSM@BALLARDSPAHR.COM |
| SUSANWILLIAMS@PAULHASTINGS.COM |
| SUSHEELKIRPALANI@QUINNEMANUEL.COM |
| TED.DILLMAN@LW.COM |
| TGEHER@JMBM.COM |

THE WEINSTEIN COMPANY HOLDINGS LLC, Case No. 18-10601

Master Service List

| |
|---|
| THEODORE.TSEKERIDES@WEIL.COM |
| THOMAS.CALIFANO@DLAPIPER.COM |
| TPATTERSON@KTBSLAW.COM |
| TSCOBB@VORYS.COM |
| VRUBINSTEIN@LOEB.COM |
| WAGNERR@GTLAW.COM |
| WAYNE.SMITH@WARNERBROS.COM |
| WBOWDEN@ASHBYGEDDES.COM |
| WCURCHACK@LOEB.COM |

**Exhibit C**

## Mailing Information for Case 18-10601-MFW

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Candyce Ewing Abbatt**    cabbatt@famfirm.com, sheri@famfirm.com
- **Derek C. Abbott**    dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com
- **James W. Adelman**    mail@morrisadelman.com
- **Rachel E. Albanese**    rachel.albanese@dlapiper.com
- **Paul H. Aloe**    paloe@kudmanlaw.com, yali@kudmanlaw.com;dsaponara@kudmanlaw.com
- **Paul S. Arrow**    parrow@buchalter.com
- **Jessica Lynn Bagdanov**    jbagdanov@bg.law, ecf@bg.law
- **Sean Matthew Beach**    bankfilings@ycst.com
- **Ian Connor Bifferato**    cbifferato@tbf.legal, mstewart@tbf.legal
- **Charles E. Boulbol**    rtrack@msn.com, rtrack@verizon.net
- **William Pierce Bowden**    wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com
- **Charles G. Brackins**    CBrackins@hinshawlaw.com
- **Robert S. Brady**    bankfilings@ycst.com
- **Peter Manfred Bransten**    pbransten@glaserweil.com
- **Bernadette Brennan**    bbrennan@law.nyc.gov
- **Amy D. Brown**    abrown@gsbblaw.com
- **Elisabeth Michaelle Bruce**    elisabeth.m.bruce@usdoj.gov, eastern.taxcivil@usdoj.gov
- **Michael G. Busenkell**    mbusenkell@gsbblaw.com
- **Daniel B. Butz**    dbutz@mnat.com
- **Aaron R. Cahn**    cahn@clm.com, trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com
- **Thomas R. Califano**    thomas.califano@dlapiper.com
- **Kevin M. Capuzzi**    kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
- **John F. Carberry**    jcarberry@cl-law.com
- **David W. Carickhoff**    dcarickhoff@archerlaw.com
- **James S. Carr**    KDWBankruptcyDepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
- **Rocco A. Cavaliere**    rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com
- **William E. Chipman**    chipman@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
- **Tiffany Strelow Cobb**    tscobb@vorys.com, mdwalkuski@vorys.com
- **Mark D. Collins**    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Joseph Corrigan**    Bankruptcy2@ironmountain.com
- **Walter H. Curchack**    wcurchack@loeb.com, nybkdocket@loeb.com;vrubinstein@loeb.com;ljurich@loeb.com;mjackson@loeb.com
- **Jon L.R. Dalberg**    jdalberg@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com
- **Michael David DeBaecke**    mdebaecke@ashbygeddes.com
- **Robert J. Dehney**    rdehney@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;robert-dehney-4464@ecf.pacerpro.com
- **Michael T Delaney**    mdelaney@robinskaplan.com, amatsuoka@robinskaplan.com
- **Mark L. Desgrosseilliers**    desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
- **Ted A. Dillman**    ted.dillman@lw.com
- **Gregory T. Donilon**    gdonilon@mmwr.com, gregory-donilon-6537@ecf.pacerpro.com
- **Gregory T. Donilon**    gdonilon@pwujlaw.com, gregory-donilon-6537@ecf.pacerpro.com
- **Kristi J. Doughty**    de-ecfmail@mwc-law.com, de-ecfmail@ecf.inforuptcy.com
- **Katharina Earle**    kearle@ashbygeddes.com
- **Jamie Lynne Edmonson**    jedmonson@rc.com, lshaw@rc.com
- **Vernon Louis Ellicott**    vernon@thebloomfirm.com
- **Epiq Corporate Restructuring, LLC**    nmrodriguez@epiqsystems.com
- **Justin Cory Falgowski**    jfalgowski@burr.com
- **S. Alexander Faris**    bankfilings@ycst.com
- **Robert J. Feinstein**    rfeinstein@pszjlaw.com
- **David M. Fournier**    david.fournier@troutman.com, wlbank@troutman.com;monica.molitor@troutman.com
- **Edward M. Fox**    emfox@seyfarth.com
- **Jeff J. Friedman**    jeff.friedman@kattanlaw.com, nyc.bknotices@kattenlaw.com
- **Larry W Gabriel**    lgabriel@bg.law
- **Scott F. Gautier**    sgautier@robinskaplan.com, dwymore@robinskaplan.com
- **Thomas M. Geher**    tmg@jmbm.com, tmg@ecf.inforuptcy.com
- **Jason A. Gibson**    gibson@teamrosner.com
- **Peter M. Gilhuly**    peter.gilhuly@lw.com, nacif.taousse@lw.com;ny-courtmail@lw.com
- **Sheryl P Giugliano**    sgiugliano@diamondmccarthy.com
- **Anthony F. Giuliano**    afg@pryormandelup.com
- **Steven W Golden**    sgolden@pszjlaw.com
- **Andrew N. Goldman**    andrew.goldman@wilmerhale.com, yolande.thompson@wilmerhale.com
- **L. Katherine Good**    kgood@potteranderson.com, cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com;nrainey@potteranderson.com
- **Michael I. Gottfried**    MGottfried@elkinskalt.com, AAburto@elkinskalt.com;MYuen@elkinskalt.com
- **Joseph Grey**    jgrey@crosslaw.com, smacdonald@crosslaw.com
- **Geoffrey G. Grivner**    geoffrey.grivner@bipc.com, sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com
- **Victoria A. Guilfoyle**    guilfoyle@blankrome.com
- **Peter J. Gurfein**    pgurfein@landaufirm.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
- **Sasha M. Gurvitz**    sgurvitz@ktbslaw.com
- **Bryan J Hall**    bhall@blankrome.com
- **Derrick Hansen**    dhansen@friedmanspring.com
- **Carrie V Hardman**    chardman@winston.com, carrie-hardman-4684@ecf.pacerpro.com
- **James F Harker**    jharker@cohenseglias.com, sbruno@cohenseglias.com
- **Matthew B. Harvey**    mharvey@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;matt-harvey-8145@ecf.pacerpro.com
- **Brett Michael Haywood**    haywood@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

- **Paul Noble Heath**    heath@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Curtis A Hehn**    curtishehn@comcast.net
- **Marcus Helt**    mhelt@foley.com, kwilliams@gardere.com
- **Adam Hiller**    ahiller@adamhillerlaw.com
- **Michael Cory Hochman**    mhochman@monlaw.com
- **Jennifer R. Hoover**    jhoover@beneschlaw.com, debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com
- **Stephan E. Hornung**    hornung@lsellp.com
- **Jay Walton Hurst**    jay.hurst@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Joseph H. Huston**    jhh@stevenslee.com
- **Patrick A. Jackson**    Patrick.jackson@faegredrinker.com, rokeysha.ramos@faegredrinker.com
- **Ericka Fredricks Johnson**    Ericka.johnson@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com
- **Michael Joseph Joyce**    mjoyce@mjlawoffices.com
- **Elizabeth Soper Justison**    bankfilings@ycst.com
- **Shanti M. Katona**    skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Susan E. Kaufman**    skaufman@skaufmanlaw.com
- **David M. Klauder**    dklauder@bk-legal.com
- **Julia Bettina Klein**    klein@kleinllc.com
- **Steven K. Kortanek**    steven.kortanek@limnexus.com
- **Lawrence Joel Kotler**    ljkotler@duanemorris.com
- **Carl N. Kunz**    ckunz@morrisjames.com, wweller@morrisjames.com
- **Meredith A. Lahaie**    mlahaie@akingump.com
- **Jane M. Leamy**    jane.m.leamy@usdoj.gov
- **Raymond Howard Lemisch**    rlemisch@klehr.com
- **Scott J. Leonhardt**    leonhardt@teamrosner.com
- **Jeffrey W. Levitan**    jlevitan@proskauer.com
- **Maxim B. Litvak**    mlitvak@pszjlaw.com
- **Zhao Liu**    liu@teamrosner.com
- **Michael Luskin**    luskin@lsellp.com
- **Robert Charles Maddox**    maddox@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Andrew L Magaziner**    bankfilings@ycst.com
- **Kevin Scott Mann**    kmann@crosslaw.com, smacdonald@crosslaw.com
- **R. Craig Martin**    craig.martin@dlapiper.com, carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
- **Laura L. McCloud**    agbankdelaware@ag.tn.gov
- **Hannah Mufson McCollum**    hannah.mccollum@usdoj.gov
- **Garvan F. McDaniel**    gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com
- **R. Stephen McNeill**    bankruptcy@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com
- **Edward J McNeilly**    edward.mcneilly@hoganlovells.com
- **Dennis A. Meloro**    melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
- **Evelyn J. Meltzer**    Evelyn.Meltzer@troutman.com,
  wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com
- **Evelyn J. Meltzer**    Evelyn.Meltzer@troutman.com,
  wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com
- **James Paul Menton**    jmenton@robinskaplan.com
- **Rachel B. Mersky**    rmersky@monlaw.com
- **Kathleen M. Miller**    kmiller@skjlaw.com, llb@skjlaw.com;jcb@skjlaw.com
- **Mark Minuti**    mark.minuti@saul.com, robyn.warren@saul.com
- **Norman M. Monhait**    nmonhait@rmgglaw.com
- **Eric J. Monzo**    emonzo@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com
- **James C Moon**    jmoon@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Carl D. Neff**    cneff@foxrothschild.com
- **Michael S. Neiburg**    bankfilings@ycst.com
- **Michael R. Nestor**    bankfilings@ycst.com
- **Robert M. Novick**    courtnotices@kasowitz.com
- **Frank Eugene Noyes**    fnoyes@offitkurman.com, Elizabeth.White@offitkurman.com
- **Daniel A. O'Brien**    daobrien@venable.com
- **Keith C. Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **Ricardo Palacio**    rpalacio@ashby-geddes.com;ahrycak@ashbygeddes.com
- **Paul J. Pascuzzi**    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Morgan L. Patterson**    morgan.patterson@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com
- **Norman L. Pernick**    npernick@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- **Mark Pfeiffer**    mark.pfeiffer@bipc.com, donna.curcio@bipc.com
- **Joanne P. Pinckney**    jpinckney@pwujlaw.com, tchambers@pwujlaw.com
- **David M. Poitras**    dpoitras@jmbm.com
- **David T Queroli**    Queroli@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Patrick J. Reilley**    preilley@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- **Reliable Companies**    gmatthews@reliable-co.com
- **Andrew R. Remming**    aremming@mnat.com, andrew-remming-0904@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-
  2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
- **Deirdre M. Richards**    drichards@finemanlawfirm.com
- **Richard W. Riley**    rriley@wtplaw.com, clano@wtplaw.com
- **Colin Robinson**    crobinson@pszjlaw.com
- **Colin R. Robinson**    crobinson@pszjlaw.com
- **Laurel D. Roglen**    roglenl@ballardspahr.com, carbonej@ballardspahr.com
- **Alan Michael Root**    aroot@archerlaw.com
- **Adam L. Rosen**    adam.rosen@ALRcounsel.com, carolann@alrcounsel.com
- **Edward B. Rosenthal**    erosenthal@rmgglaw.com, jmeekins@rmgglaw.com
- **Frederick Brian Rosner**    rosner@teamrosner.com
- **Jeremy William Ryan**    jryan@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com;lhuber@potteranderson.com
- **Jeffrey S. Sabin**    JSSabin@Venable.com

- **Christopher M. Samis**    cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com
- **Bradford J. Sandler**    bsandler@pszjlaw.com
- **Bradford J. Sandler**    bsandler@pszjlaw.com
- **Susan K Seflin**    sseflin@bg.law
- **Stephen B. Selbst**    sselbst@herrick.com, courtnotices@herrick.com
- **Zachary I Shapiro**    shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Richard B. Sheldon**    rbs@msk.com
- **Russell C. Silberglied**    silberglied@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Christopher Page Simon**    csimon@crosslaw.com, smacdonald@crosslaw.com
- **David Ryan Slaugh**    rslaugh@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com
- **Dylan James Smith**    dsmith@loeb.com
- **Wayne M. Smith**    wayne.smith@warnerbros.com
- **Jane K. Springwater**    jspringwater@friedmanspring.com, nku@friedmanspring.com
- **Michael S. Stamer**    mstamer@akingump.com
- **James I. Stang**    jstang@pszjlaw.com, hrafatjoo@pszjlaw.com
- **Amanda R. Steele**    steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **David B. Stratton**    david.stratton@troutman.com, wlbank@troutman.com,David.A.Smith@troutman.com,monica.molitor@troutman.com
- **Enid N Stuart**    enid.stuart@ag.ny.gov, louisa.irving@ag.ny.gov
- **Aaron H. Stulman**    astulman@potteranderson.com,
  lhuber@potteranderson.com;cgiobbe@potteranderson.com;bankruptcy@potteranderson.com;nrainey@potteranderson.com
- **Matthew G. Summers**    summersm@ballardspahr.com, hartlt@ballardspahr.com
- **Matthew O Talmo**    mtalmo@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;matthew-talmo-2348@ecf.pacerpro.com
- **Gregory A. Taylor**    gtaylor@ashbygeddes.com, ahrycak@ashbygeddes.com
- **Neil Paresh Thakor**    nthakor@manatt.com
- **U.S. Trustee**    USTPRegion03.WL.ECF@USDOJ.GOV
- **Joseph M. VanLeuven**    joevanleuven@dwt.com, lizcarter@dwt.com
- **Jason Wallach**    jwallach@ghplaw.com
- **Christopher A. Ward**    cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- **Matthew P. Ward**    matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com
- **Jeffrey R. Waxman**    jwaxman@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com
- **Howard J. Weg**    hweg@robinskaplan.com
- **Jeffrey C. Wisler**    jwisler@connollygallagher.com
- **Michael W. Yurkewicz**    myurkewicz@klehr.com
- **Paul H Zumbro**    pzumbro@cravath.com, mao@cravath.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Gregory Ackers**
,

**David E Ahdoot**
Bush Gottlieb
801 North Brand Boulevard
Suite 950
Glendale, CA 91203

**Ally Bank**
,

**American Express Travel Related Services Company, Inc.**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

**Rick Antonoff**
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208

**Archer & Greiner, P.C.**
,

**Babelsberg Film GmbH**
,

**Ballard Spahr LLP**
,

**Bank of Hope**
,

**Larry Bassuk**
Leto Bassuk
777 Brickell Avenue
Suite 600
Miami, FL 33131

**Berkeley Research Group, LLC**
,

**Steve W. Berman**
Hagens Berman Sobol Shapiro LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101

**Beta Film GmbH**
,

**Donald P. Borchers**
250 Jacaranda Drive, #801
Plantation, FL 33324

**Matthew G. Bouslog**
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612-4412

**Bradford Capital Management, LLC**
,

**British Broadcasting Corporation**
c/o BBC Films
Zone A 7th Floor Broadcasting House
Portland Place
London W1A 1AA, UK

**Christina Brown**
Weil Gothshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

**Emily Brown**
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr.
Suite 2410
Chicago, IL 60611

**Michael E Comerford**
Paul Hastings LLP
200 Park Ave
New York, NY 10166

**Asley Beresford Cooper**
,

**Evan B. Coren**
Stevens & Lee PC
919 North Market Street
Suite 1300
Wilmington, DE 19801

**Cravath, Swaine & Moore LLP**
,

**Karin A DeMasi**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

**Kristin S. Elliott**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**FPF Lending, LLC**
,

**Elizabeth A. Fegan**
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr.
Suite 2410
Chicago, IL 60611

**Freebie LLC**
,

**William B Freeman**
Katten Muchin Rosenman LLP

515 S. Flower Street
Suite 1000
Los Angeles, CA 90071-2212

**Alan R Friedman**
Fox Rothschild LLP
101 Park Avenue
17th Floor
New York, NY 10178

**Funny or Die**
1041 North Formosa Ave.
South Building
Los Angeles, CA 90046

**Michael Garfinkel**
DLA Piper LLP (US)
2000 Avenue of the Stars
Wuite 400
North Tower
Los Angeles, CA 90067-4704

**Keith M. Getz**
Lebowitz Law Office LLC
747 Third Avenue
23rd Floor
New York, NY 10017-1376

**Giuliano Miller & Company LLC**
Berlin Business Park
140 Bradford Drive
West Berlin, NJ 08091

**Andrew K. Glenn**
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019

**Andrew C. Gold**
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

**Debra Grassgreen**
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

**Stephen F Greenberg**
Weiner, Shearouse, Weitz, Greenberg & Sh
14 East State Street
Savannah, GA 31401

**David N. Griffiths**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Julian I. Gurule**
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, CA 90067-6049

**Michael T Gustafson**
Faegre Baker Daniels LLP
311 S Wacker Drive
Suite 4300
Chicago, IL 60606

**Hachette Book Group, Inc.**
,

**Jennifer C. Hagle**
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

**Eric T. Haitz**
Gibson, Dunn & Crutcher LLP
811 Main Street
Suite 3000

Houston, TX 77002

**Jerry L. Hall**
Katten Muchin Rosenman LLP
515 S. Flower Street
Suite 1000
Los Angeles, CA 90071

**Christopher D. Hampson**
Wilmer Cutler Pickering Hale Dorr LLP
60 State Street
Boston, MA 02109

**Harkins Administrative Services, Inc.**
,

**Salah M Hawkins**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

**David A Herman**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

**High Technology Video, Inc**
,

**Kiel Ireland**
Bush Gottlieb
801 North Brand Boulevard
Suite 950
Glendale, CA 91203

**Harold Jensen**
,

**Kathy A. Jorrie**
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

**Kostas D Katsiris**
Venable LLP
1270 Avenue of the Americas
24th Floor
New York, NY 10020

**Martin D Katz**
Sheppard, Mullin, Richter & Hampton LLP
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067

**Susheel Kirpalani**
Quinn Emanuel Urquhart Oliver Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

**Gary E Klausner**
Levene Neale Bender Yoo & Brill
10250 Constellation Blvd #1700
Los Angeles, CA 90067

**Robert Klyman**
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071

**Joseph A. Kohanski**
Bush Gottlieb, A Law Corporation
801 N. Brand Blvd.
Suite 950
Glendale, CA 91203
kohanski@bushgottlieb.com

**Alan J. Kornfeld**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd, 11th Floor

Los Angeles, CA 90067

**Stephen B. Kuhn**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

**David E Kumagai**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

**Michael M Lauter**
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111

**Susan Kay Leader**
Akin Gump Strauss Hauer & Feld LLP
1999 Avenue of the Stars
Suite 600
Los Angeles, CA 90067

**Marc A. Lebowitz**
Lebowitz Law Office LLC
747 Third Avenue
23rd Floor
New York, NY 10017-1376

**Justin Leto**
Leto Bassuk
777 Brickell Avenue
Suite 600
Miami, FL 33131

**Daniel A. Lowenthal**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

**Adam E. Malatesta**
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560

**Nancy L. Manzer**
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

**Stephanie A Marshak**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

**Alan H Martin**
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street
43rd Floor
Los Angeles, CA 90071

**James V Masella**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

**Tom McNab**
Foxdale
21 Hillside Rd.
St. Albans, Herts. AL13QW England
,

**Kevin D Meek**
Robins Kaplan LLP
2049 Century Park East
Suite 3400
Los Angeles, CA 90067

**George R Mesires**
Faegre Baker Daniels LLP
311 S Wacker Drive
Suite 4300
Chicago, IL 60606

**Robert N Michaelson**
Rich Michaelson Magaliff, LLP
335 Madison Avenue
9th Floor
New York, NY 10017

**George P Milmine**
Weiner, Shearouse, Weitz, Greenberg & Sh
14 East State Street
Savannah, GA 31401

**David Minnick**
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017-5406

**Moelis & Company LLC**
,

**Lauren A. Moskowitz**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019-7475

**Naomi Moss**
Akin Gum Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745

**Bennett Murphy**
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

**Rachel Nanes**
DLA Piper LLP (US)
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

**Jennifer Nassiri**
Quinn Emanuel Urquhare & Sullivan, LLP
865 S Figueroa Street
10th Floor
Los Angeles, CA 90017

**Deborah J. Newman**
Akin Gump Strauss Hauer & Feld LLP
Bank of America Tower
One Bryant Park
New York, NY 10036

**Claire E O'Brien**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

**Opus Bank**
,

**Oracle America, Inc.**
Buchalter, A Professional Corporation
Shawn M. Christianson
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

**Karen Park**
ParkLaw LLC
200 Park Avenue
17th Floor
New York, NY 10166

**Thomas E. Patterson**
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, CA 90067-6049

**Michael P. Pompeo**
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932-1047

**Kirk Prestegard**
Bush Gottlieb
801 North Brand Boulevard
Suite 950
Glendale, CA 91203

**Producers Guild of America**
Atten: Susie Casero, Associate Counsel
8530 Wilshire Blvd
Suite 400
Beverly Hills, CA 90211

**Marvin S Putnam**
Latham & Watkins LLP
10250 Constellation Blvd
Suite 1100
Los Angeles, CA 90067

**Abid Qureshi**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**John P. Reitman**
Landau Gottfried & Berger LLP
1880 Century Park East
Suite 1101
Los Angeles, CA 90067

**Debra A Riley**
Allen Makins Leck Gamble Mallory
600 West Broadway
27th Floor
San Diego, CA 92101-1520

**Robins Kaplan LLP**
,

**Jason H. Rosell**
Pachulski Stang Ziehl & Jones LLP
150 California Street
15th Floor
San Francisco, CA 94111

**Paul Sagan**
Paul Hastings LLP
1999 Avenue of the Stars
Los Angeles, CA 90067

**Paul L Sandler**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

**See-Saw Films Pty. Ltd.**
,

**Scott C. Shelley**
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

**Adam L. Shiff**
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019

**Elior D. Shiloh**
Lewis Brisbois Bisgaard $ Smith LLP

77 Water Street
Suite 2100
New York, NY 10005

**Bethany D. Simmons**
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

**Ariella Thal Simonds**
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

**David P Simonds**
Hogan Lovells US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

**Shelby Smith**
Hagens Berman Sobol Shapiro LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101

**Joseph L. Sorkin**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**David F. Staber**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201

**Howard S. Steel**
Brown Rudnick LLP
Seven Times Square
47th Floor
New York, NY 10036

**David M. Stern**
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067

**Richard Stern**
Luskin Stern & Eisler LLP
50 Main Street
White Plains, NY 10606

**Pamela Swain**
,

**Andrew V. Tenzer**
Paul Hastings, LLP
75 East 55th Street
New York, NY 10022

**The Bloom Firm**
,

**The New York State Attorney General**
,

**Marc Toberoff**
Toberoff & Associates, P.C.
23823 Malibu Road
Suite 50-363
Malibu, CA 90265

**Marc Toberoff**
Toberoff & Associates, P.C.
23823 Malibu Road
Suite 50-363
Malibu, CA 90265

**Tort Claimants**
,

**Theodore E. Tsekrides**
Weil Gotshal & Manges LLP
767 Fifth Ave
New York, NY 10153

**Universal Music Enterprises**
2220 Colorado Avenue
Santa Monica, CA 90404

**John C Vazquez**
Venable LLP
1270 Avenue of the Americas
24th Floor
New York, NY 10020

**Ryan Wagner**
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

**Andrew M Wark**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

**Laura R Washington**
Latham & Watkins LLP
10250 Constellation Blvd
Suite 1100
Los Angeles, CA 90067

**Carol A. Weiner**
Venable LLP
1270 Avenue of the Americas
24th Floor
New York, NY 10020

**Edward S. Weisfelner**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

**Jeffrey Wexler**
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017-5406

**Susan Williams**
Paul Hastins LLP
1999 Avenue of the Stars
Los Angeles, CA 90067

**Sigmund S. Wissner-Gross**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

**WithumSmith+Brown, PC**
,

**Wood Entertainment, LLC**
,

**Jennifer L. Woodson**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745

**David L. Yohai**
Weil Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

**David Yolkut**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**George E Zobitz**
Cravath, Swaine & Moore LLP

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

**Roye Zur**
Landau Gottfried & Berger LLP
1801 Century Park East
Suite 700
Los Angeles, CA 90067

**Creditor List**

Click the link above to produce a complete list of **creditors** only.

**List of Creditors**

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.