IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
The Weinstein Company Holdings LLC, *et al.*,[1]                 : Case No. 18-10601 (MFW)
                                                                 :
        Debtors.          : (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x

**NOTICE OF AGENDA FOR TELEPHONIC AND VIDEO HEARING
SCHEDULED FOR JANUARY 11, 2021 AT 11:30 A.M. (ET), BEFORE
THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES
<u>BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE</u>**

---

**THIS HEARING WILL BE HELD TELEPHONICALLY AND BY VIDEO.**

**ALL PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY CONTACTING COURTCALL, LLC AT 866-582-6878 NO LATER THAN JANUARY 8, 2021 BY NOON. ONLY THOSE PARTIES THAT WILL BE ADDRESSING THE COURT SHOULD APPEAR BY ZOOM <u>AND</u> COURTCALL.**

**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

**TO APPEAR BY VIDEO CONFERENCE,
PARTIES SHOULD USE THE FOLLOWING INFORMATION:
JOIN ZOOMGOV HEARING: https://debuscourts.zoomgov.com/j/1605474711
MEETING ID: 160 547 4711; PASSWORD: 310346**

---

**I.    MATTER GOING FORWARD:**

1.  Joint Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Fed. R. Bankr. P. 9019 for Approval of (I) Stipulation Between the Debtors, the Committee and Portfolio Funding Company LLC I and (II) Stipulation Between the Debtors, Portfolio Funding Company LLC I and Viacom International, Inc. [Docket No. 3149 – filed December 24, 2020]

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

Objection / Response Deadline:   January 7, 2021 at 4:00 p.m. (ET); extended by agreement to January 8, 2021 at 12:00 p.m. (ET) for Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) ("Spyglass")

Objections / Responses Received:

A.   Informal response received from Spyglass

Related Documents:

i.   Order Shortening and Limiting the Notice Period with Respect to the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Fed. R. Bankr. P. 9019 for Approval of (I) Stipulation Between the Debtors, the Committee and Portfolio Funding Company LLC I and (II) Stipulation Between the Debtors, Portfolio Funding Company LLC I and Viacom International, Inc. [Docket No. 3154 – entered December 30, 2020]

ii.   Notice of Motion and Hearing [Docket No. 3155 – filed December 30, 2020]

Status:   The Debtors, the Committee, PFC and Spyglass are continuing to address certain issues with respect to the global settlement. At this time, the hearing on this matter will go forward.

Dated: January 7, 2021
Wilmington, Delaware

/s/ David T. Queroli
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
         heath@rlf.com
         shapiro@rlf.com
         haywood@rlf.com
         queroli@rlf.com

- and -

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: pzumbro@cravath.com
       jzobitz@cravath.com
       kdemasi@cravath.com

*Attorneys for the Debtors and Debtors in Possession*