# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
THE WEINSTEIN COMPANY HOLDINGS, : Case No. 18-10601 (MFW)
LLC, *et al.*, :
: (Jointly Administered)
Debtors.¹ :
: **Re: Docket No. 3101**
---------------------------------------------------------------x

## NOTICE OF ADJOURNED CONFIRMATION HEARING

PLEASE TAKE NOTICE that, on November 17, 2020, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order (A) Approving the Adequacy of the Disclosure Statement, (B) Approving Solicitation Procedures, (C) Setting Confirmation Hearing Date and Related Deadlines, (D) Estimating Certain Claims, and (E) Granting Related Relief* [Docket No. 3101] (the "**Disclosure Statement Order**"),² among other things, approving the Disclosure Statement and scheduling a hearing (the "**Confirmation Hearing**") to consider confirmation of the Plan.

PLEASE TAKE FURTHER NOTICE THAT the Disclosure Statement Order established, among other dates, the following dates and deadlines (the "**Plan and Confirmation Dates and Deadlines**"):

---

1 The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are 3837. The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/twc.

² All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement Order.

RLF1 24604157v.1

2

| Event | Deadline |
|---|---|
| Voting Record Date | November 5, 2020 |
| Rule 3018(a) Motion Deadline | December 5, 2020 |
| Objection Deadline for Confirmation Hearing | December 18, 2020 |
| Voting Deadline | December 18, 2020 |
| Confirmation Hearing | January 14, 2021 at 10:00 a.m. (ET) |

PLEASE TAKE FURTHER NOTICE that the Confirmation Hearing has been adjourned and will now be held before the Court on **January 25, 2021 at 3:00 p.m. (prevailing Eastern Time)**.[3]

PLEASE TAKE FURTHER NOTICE that, unless otherwise agreed to by the Debtors in writing, the Plan and Confirmation Dates and Deadlines (other than the Confirmation Hearing) remain unchanged.  The Debtors reserve the right to further adjourn the Confirmation Hearing in accordance with the Disclosure Statement Order.

## Additional Information

If you would like to obtain copies of the Plan, the Disclosure Statement, the Disclosure Statement Order, the Plan Supplement and/or any other document filed in the chapter 11 cases, you may contact the Debtors' Voting Agent by:  (i) calling the Debtors' restructuring hotline at (888)-751- 4999, or, if calling from outside the United States or Canada, at 1-(503)-597-5168; (ii) visiting the Debtors' restructuring website at: https://dm.epiq11.com/twc; and/or (iii) writing to The Weinstein Company Holdings LLC, c/o Epiq Bankruptcy Solutions LLC, 10300 SW Allen Boulevard, Beaverton, OR 97005.

---

[3] The Committee, as a co-Plan Proponent, has consented to the adjournment of the Confirmation Hearing.

Dated: January 11, 2021
      Wilmington, Delaware

                                    */s/ David T. Queroli*
                                    RICHARDS, LAYTON & FINGER, P.A.
                                    Mark D. Collins (No. 2981)
                                    Paul N. Heath (No. 3704)
                                    Zachary I. Shapiro (No. 5103)
                                    Brett M. Haywood (No. 6166)
                                    David T. Queroli (No. 6318)
                                    One Rodney Square
                                    920 North King Street
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 651-7700
                                    Facsimile: (302) 651-7701
                                    Email: collins@rlf.com
                                                 heath@rlf.com
                                                 shapiro@rlf.com
                                                 haywood@rlf.com
                                                 queroli@rlf.com

                                    - and -

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: pzumbro@cravath.com
       jzobitz@cravath.com
       kdemasi@cravath.com

*Attorneys for the Debtors and Debtors in Possession*