## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Weinstein Company Holdings, LLC, *et al*.<br><br>                    Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br>Jointly Administered<br><br>**Hearing Date: TBD**<br>**Obj. Deadline: January 18, 2021** |

**DECLARATION OF MARK PFEIFFER
REGARDING RESPONSE OF SARTRACO, INC. TO
MOTION OF SPYGLASS MEDIA GROUP, LLC (F/K/A LANTERN
ENTERTAINMENT LLC) FOR ENTRY OF AN ORDER (I) ENFORCING ORDER
DENYING SARTRACO'S MOTION TO COMPEL COMPLIANCE WITH SALE
ORDER AND (II) AWARDING ATTORNEY'S FEES AND COSTS**

I, Mark Pfeiffer, declare that each of the following statements is truthful:

1. I am a shareholder of the firm Buchanan Ingersoll & Rooney, PC which is counsel to Sartraco, Inc, ("Sartraco") in this matter.

2. I am licensed as an attorney in the Commonwealth of Pennsylvania and the State of New Jersey.

3. I submit this declaration in connection with Sartraco's response to the Motion of Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) for Entry of an Order (i) Enforcing Order Denying Sartraco's Motion to Compel Compliance with Sale Order and (II) Awarding Attorney's Fees and Costs (the "Motion").

4. Attached to this declaration as Exhibit A are true and correct copies of relevant email communications between the counsel to Sartraco, then counsel to Spyglass Media Group, LLC and counsel for Netflix, Inc.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on January 15, 2021
Philadelphia, Pennsylvania

                                                                 S/Mark Pfeiffer

                                                                 Mark Pfeiffer, Esquire