# EXHIBIT A

**From:** Thomas E. Patterson <tpatterson@ktbslaw.com>
**Sent:** Friday, September 27, 2019 1:06 PM
**To:** Kandestin, Maris; Caloway, Mary F.
**Subject:** RE: TWC follow-up

Maris,

While we are very much trying to resolve matters it doesn't help to have these provocative email communications. I do not have the faintest idea what you mean when you say it is Netflix's obligation. Netflix discharged its obligation by paying its counterparty who then informed Netflix that it did not have the rights it represented it had to this and other titles. And we're trying to sort that out.

Tom

Thomas E. Patterson, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000 Fax: (310) 407-9090
Direct: (310) 407-4035
E-mail: tpatterson@ktbslaw.com Web: http://www.ktbslaw.com

*******************************************************

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and/or include attorney work product privileged material, and as such is privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

*******************************************************


**From:** Kandestin, Maris <maris.kandestin@dlapiper.com>
**Sent:** Friday, September 27, 2019 9:38 AM
**To:** Thomas E. Patterson <tpatterson@ktbslaw.com>; mary.caloway@bipc.com
**Subject:** Re: TWC follow-up

It is Netflix's obligation. Please advise as to the status of the issue between Netflix and Spyglass.

Maris J. Kandestin
Of Counsel

T +1 302.468.5657
F +1 302.691.4745
C +1 267.259.0793
E maris.kandestin@dlapiper.com
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801-1147
United States
www.dlapiper.com

1

**From:** Thomas E. Patterson <tpatterson@ktbslaw.com>
**Sent:** Friday, September 27, 2019 12:35:12 PM
**To:** mary.caloway@bipc.com <mary.caloway@bipc.com>
**Cc:** Kandestin, Maris <Maris.Kandestin@us.dlapiper.com>
**Subject:** Re: TWC follow-up

**[EXTERNAL]**

Not sure what you mean about Netflix sending money. I thought you were looking to Spyglass sending it, as they are currently holding it.

On Sep 27, 2019, at 9:11 AM, Caloway, Mary F. <mary.caloway@bipc.com> wrote:

> Maris and Tom-
>
> I don't know what the other/related issue is but I am struggling to understand why it would delay Netflix from sending money to Sartraco that neither Netflix nor Spyglass is entitled to. Please advise whether the funds will be remitted today. If they are not wired by Monday, Sartraco will be forced to seek an order compelling the payment, something I'd rather avoid if possible.
>
> Thanks,
>
> Mary
>
> *Mary F. Caloway*
> **Buchanan Ingersoll & Rooney PC**
> 919 North Market Street
> Suite 990
> Wilmington, DE 19801-1054
> 302 552 4209 (o)
> 302 547 1366 (c)
> 302 552 4295 (f)
> mary.caloway@bipc.com
>
> **From:** Thomas E. Patterson [mailto:tpatterson@ktbslaw.com]
> **Sent:** Thursday, September 26, 2019 5:51 PM
> **To:** Caloway, Mary F.; Kandestin, Maris
> **Subject:** RE: TWC follow-up
>
> I don't think we had appreciated that Spyglass giving the money to Sartraco was dependent on another issue. I have inquired of my client for direction.
>
> Tom
>
> Thomas E. Patterson, Esq.
> Klee, Tuchin, Bogdanoff & Stern LLP
> 1999 Avenue of the Stars, 39th Floor
> Los Angeles, CA 90067
> Telephone: (310) 407-4000 Fax: (310) 407-9090
> Direct: (310) 407-4035
> E-mail: tpatterson@ktbslaw.com Web: http://www.ktbslaw.com
>
> *****************************************************
> *This e-mail message is intended only for the personal use of the recipient(s) named above. This message*

2

may be an attorney-client communication and/or include attorney work product privileged material, and as such is privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** Caloway, Mary F. <mary.caloway@bipc.com>
**Sent:** Thursday, September 26, 2019 2:42 PM
**To:** Kandestin, Maris <maris.kandestin@dlapiper.com>; Thomas E. Patterson <tpatterson@ktbslaw.com>
**Subject:** RE: TWC follow-up

Any update? Thanks.

*Mary F. Caloway*
**Buchanan Ingersoll & Rooney PC**
919 North Market Street
Suite 990
Wilmington, DE 19801-1054
302 552 4209 (o)
302 547 1366 (c)
302 552 4295 (f)
mary.caloway@bipc.com

**From:** Kandestin, Maris [mailto:maris.kandestin@dlapiper.com]
**Sent:** Thursday, September 26, 2019 9:42 AM
**To:** Caloway, Mary F.; Thomas E. Patterson
**Subject:** RE: TWC follow-up

Hi Mary,

I'm waiting to hear back from Tom on a related issue. I have made the client aware of the circumstances.

Best,
Maris

**Maris J. Kandestin**
Of Counsel

T +1 302.468.5657
C +1 267.259.0793

**From:** Caloway, Mary F. <mary.caloway@bipc.com>
**Sent:** Thursday, September 26, 2019 9:41 AM
**To:** Thomas E. Patterson <tpatterson@ktbslaw.com>; Kandestin, Maris <Maris.Kandestin@us.dlapiper.com>
**Subject:** RE: TWC follow-up

[EXTERNAL]

Maris and Tom-

3

Are we good for Spyglass to remit the funds to Sartraco? I don't see any reason Sartraco need wait any longer. Could you please advise? Thanks.

*Mary F. Caloway*
**Buchanan Ingersoll & Rooney PC**
919 North Market Street
Suite 990
Wilmington, DE 19801-1054
302 552 4209 (o)
302 547 1366 (c)
302 552 4295 (f)
mary.caloway@bipc.com

---

**From:** Thomas E. Patterson [mailto:tpatterson@ktbslaw.com]
**Sent:** Tuesday, September 24, 2019 7:36 PM
**To:** Caloway, Mary F.; Kandestin, Maris
**Subject:** RE: TWC follow-up

Maris, I don't believe Netflix has any objection to Spyglass paying Sartraco so long as it doesn't affect any legal rights or obligations between Netflix and Spyglass.

Tom

Thomas E. Patterson, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000 Fax: (310) 407-9090
Direct: (310) 407-4035
E-mail: tpatterson@ktbslaw.com Web: http://www.ktbslaw.com

****************************************************

*This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and/or include attorney work product privileged material, and as such is privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.*

****************************************************


**From:** Caloway, Mary F. <mary.caloway@bipc.com>
**Sent:** Tuesday, September 24, 2019 2:55 PM
**To:** Kandestin, Maris <maris.kandestin@dlapiper.com>
**Cc:** Thomas E. Patterson <tpatterson@ktbslaw.com>
**Subject:** RE: TWC follow-up

Maris-

Following up on the below, I have spoken several times with Tom Patterson, counsel to Netflix. Tom has confirmed today that Netflix paid the $439,274.12 to Spyglass for amounts due under the rejected *Sin City 2* Distribution Agreement. Netflix agrees that the funds should be remitted to Sartraco and not refunded to Netflix. By way of this email, I ask that Tom reply and confirm to you as counsel for Spyglass.

4

Please confirm that Spyglass will remit the funds to Sartraco. The payment will go to my Firms' client trust account. Wire instructions will follow tomorrow morning

Please let me know if you have any questions. Thanks,

Mary

*Mary F. Caloway*
**Buchanan Ingersoll & Rooney PC**
919 North Market Street
Suite 990
Wilmington, DE 19801-1054
302 552 4209 (o)
302 547 1366 (c)
302 552 4295 (f)
mary.caloway@bipc.com

**From:** Kandestin, Maris [mailto:maris.kandestin@dlapiper.com]
**Sent:** Wednesday, September 11, 2019 12:38 PM
**To:** Caloway, Mary F.
**Subject:** RE: TWC follow-up

This is the amount as of August, so yes.

**Maris J. Kandestin**
Of Counsel

T +1 302.468.5657
C +1 267.259.0793

**From:** Caloway, Mary F. <mary.caloway@bipc.com>
**Sent:** Wednesday, September 11, 2019 12:37 PM
**To:** Kandestin, Maris <Maris.Kandestin@us.dlapiper.com>
**Subject:** RE: TWC follow-up

[EXTERNAL]

Thanks. This is the amount received since April 1st?

*Mary F. Caloway*
**Buchanan Ingersoll & Rooney PC**
919 North Market Street
Suite 990
Wilmington, DE 19801-1054
302 552 4209 (o)
302 547 1366 (c)
302 552 4295 (f)
mary.caloway@bipc.com

**From:** Kandestin, Maris [mailto:maris.kandestin@dlapiper.com]
**Sent:** Wednesday, September 11, 2019 12:12 PM
**To:** Caloway, Mary F.
**Subject:** RE: TWC follow-up

5

[This Email Originated From maris.kandestin@dlapiper.com Which Is External To The Firm]

Hi Mary,

I am sorry that I didn't get this to you yesterday. I got jammed.

The contact at Netflix on the business side is Kate Chilton. The amount is $439,274.12, I believe. It is the last number I saw, at any rate.

Best,
Maris

**Maris J. Kandestin**
Of Counsel

T +1 302.468.5657
C +1 267.259.0793

---

**From:** Caloway, Mary F. <mary.caloway@bipc.com>
**Sent:** Wednesday, September 11, 2019 9:39 AM
**To:** Maddox, Robert C. (Maddox@RLF.com) <Maddox@RLF.com>; Kandestin, Maris <Maris.Kandestin@us.dlapiper.com>; Jason Rosell (jrosell@pszjlaw.com) <jrosell@pszjlaw.com>
**Subject:** TWC follow-up

[EXTERNAL]

All-

Thanks again for participating in yesterday's meet and confer. To follow up, I believe these are the next steps:

1. Maris will provide to me the business contact at Netflix as well as the amount of proceeds Spyglass has received from Netflix since April 1st. Maris- can I expect that today? Maris will also have Spyglass check whether they have received funds from any other party related to Sin City 2.

2. [redacted]

3. [redacted]

Thanks,

Mary

*Mary F. Caloway*
**Buchanan Ingersoll & Rooney PC**
919 North Market Street
Suite 990
Wilmington, DE 19801-1054
302 552 4209 (o)
302 547 1366 (c)
302 552 4295 (f)

6

mary.caloway@bipc.com

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

| | |
|---|---|
| From: | Kandestin, Maris <maris.kandestin@dlapiper.com> |
| Sent: | Friday, September 27, 2019 12:16 PM |
| To: | Caloway, Mary F.; Thomas E. Patterson |
| Subject: | Re: TWC follow-up |

I have no issue with Netflix sending the money, but we have a potential set off issue with Netflix that I thought was resolved. As soon as I get word that the issue has been resolved, I have no issue sending the money to Sartraco or back to Netflix.

Maris J. Kandestin
Of Counsel

T +1 302.468.5657
F +1 302.691.4745
C +1 267.259.0793
E maris.kandestin@dlapiper.com
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801-1147
United States
www.dlapiper.com

**From:** Caloway, Mary F. <mary.caloway@bipc.com>
**Sent:** Friday, September 27, 2019 12:10:10 PM
**To:** Thomas E. Patterson <tpatterson@ktbslaw.com>; Kandestin, Maris <Maris.Kandestin@us.dlapiper.com>
**Subject:** RE: TWC follow-up

**[EXTERNAL]**

Maris and Tom-

I don't know what the other/related issue is but I am struggling to understand why it would delay Netflix from sending money to Sartraco that neither Netflix nor Spyglass is entitled to. Please advise whether the funds will be remitted today. If they are not wired by Monday, Sartraco will be forced to seek an order compelling the payment, something I'd rather avoid if possible.

Thanks,

Mary

*Mary F. Caloway*
**Buchanan Ingersoll & Rooney PC**
919 North Market Street
Suite 990
Wilmington, DE 19801-1054
302 552 4209 (o)
302 547 1366 (c)
302 552 4295 (f)
mary.caloway@bipc.com

1

**From:** Thomas E. Patterson [mailto:tpatterson@ktbslaw.com]
**Sent:** Thursday, September 26, 2019 5:51 PM
**To:** Caloway, Mary F.; Kandestin, Maris
**Subject:** RE: TWC follow-up

I don't think we had appreciated that Spyglass giving the money to Sartraco was dependent on another issue. I have inquired of my client for direction.

Tom

Thomas E. Patterson, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000  Fax: (310) 407-9090
Direct: (310) 407-4035
E-mail: tpatterson@ktbslaw.com  Web: http://www.ktbslaw.com

****************************************************

*This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and/or include attorney work product privileged material, and as such is privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.*

****************************************************

**From:** Caloway, Mary F. <mary.caloway@bipc.com>
**Sent:** Thursday, September 26, 2019 2:42 PM
**To:** Kandestin, Maris <maris.kandestin@dlapiper.com>; Thomas E. Patterson <tpatterson@ktbslaw.com>
**Subject:** RE: TWC follow-up

Any update? Thanks.

*Mary F. Caloway*
**Buchanan Ingersoll & Rooney PC**
919 North Market Street
Suite 990
Wilmington, DE 19801-1054
302 552 4209 (o)
302 547 1366 (c)
302 552 4295 (f)
mary.caloway@bipc.com

**From:** Kandestin, Maris [mailto:maris.kandestin@dlapiper.com]
**Sent:** Thursday, September 26, 2019 9:42 AM
**To:** Caloway, Mary F.; Thomas E. Patterson
**Subject:** RE: TWC follow-up

Hi Mary,

I'm waiting to hear back from Tom on a related issue. I have made the client aware of the circumstances.

Best,

2

Maris

**Maris J. Kandestin**
Of Counsel

T +1 302.468.5657
C +1 267.259.0793

---

**From:** Caloway, Mary F. <mary.caloway@bipc.com>
**Sent:** Thursday, September 26, 2019 9:41 AM
**To:** Thomas E. Patterson <tpatterson@ktbslaw.com>; Kandestin, Maris <Maris.Kandestin@us.dlapiper.com>
**Subject:** RE: TWC follow-up

[EXTERNAL]

Maris and Tom-

Are we good for Spyglass to remit the funds to Sartraco? I don't see any reason Sartraco need wait any longer. Could you please advise? Thanks.

*Mary F. Caloway*
**Buchanan Ingersoll & Rooney PC**
919 North Market Street
Suite 990
Wilmington, DE 19801-1054
302 552 4209 (o)
302 547 1366 (c)
302 552 4295 (f)
mary.caloway@bipc.com

---

**From:** Thomas E. Patterson [mailto:tpatterson@ktbslaw.com]
**Sent:** Tuesday, September 24, 2019 7:36 PM
**To:** Caloway, Mary F.; Kandestin, Maris
**Subject:** RE: TWC follow-up

Maris, I don't believe Netflix has any objection to Spyglass paying Sartraco so long as it doesn't affect any legal rights or obligations between Netflix and Spyglass.

Tom

Thomas E. Patterson, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000  Fax: (310) 407-9090
Direct: (310) 407-4035
E-mail: tpatterson@ktbslaw.com  Web: http://www.ktbslaw.com

*****************************************************
*This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and/or include attorney work product privileged material, and as such is privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.*
*****************************************************

3

**From:** Caloway, Mary F. <mary.caloway@bipc.com>
**Sent:** Tuesday, September 24, 2019 2:55 PM
**To:** Kandestin, Maris <maris.kandestin@dlapiper.com>
**Cc:** Thomas E. Patterson <tpatterson@ktbslaw.com>
**Subject:** RE: TWC follow-up

Maris-

Following up on the below, I have spoken several times with Tom Patterson, counsel to Netflix. Tom has confirmed today that Netflix paid the $439,274.12 to Spyglass for amounts due under the rejected *Sin City 2* Distribution Agreement. Netflix agrees that the funds should be remitted to Sartraco and not refunded to Netfix. By way of this email, I ask that Tom reply and confirm to you as counsel for Spyglass.

Please confirm that Spyglass will remit the funds to Sartraco. The payment will go to my Firms' client trust account. Wire instructions will follow tomorrow morning

Please let me know if you have any questions. Thanks,

Mary

*Mary F. Caloway*
**Buchanan Ingersoll & Rooney PC**
919 North Market Street
Suite 990
Wilmington, DE 19801-1054
302 552 4209 (o)
302 547 1366 (c)
302 552 4295 (f)
mary.caloway@bipc.com

---

**From:** Kandestin, Maris [mailto:maris.kandestin@dlapiper.com]
**Sent:** Wednesday, September 11, 2019 12:38 PM
**To:** Caloway, Mary F.
**Subject:** RE: TWC follow-up

This is the amount as of August, so yes.

**Maris J. Kandestin**
Of Counsel

T +1 302.468.5657
C +1 267.259.0793

---

**From:** Caloway, Mary F. <mary.caloway@bipc.com>
**Sent:** Wednesday, September 11, 2019 12:37 PM
**To:** Kandestin, Maris <Maris.Kandestin@us.dlapiper.com>
**Subject:** RE: TWC follow-up

[EXTERNAL]

---

Thanks. This is the amount received since April 1st?

*Mary F. Caloway*

4

**Buchanan Ingersoll & Rooney PC**
919 North Market Street
Suite 990
Wilmington, DE 19801-1054
302 552 4209 (o)
302 547 1366 (c)
302 552 4295 (f)
mary.caloway@bipc.com

**From:** Kandestin, Maris [mailto:maris.kandestin@dlapiper.com]
**Sent:** Wednesday, September 11, 2019 12:12 PM
**To:** Caloway, Mary F.
**Subject:** RE: TWC follow-up

[This Email Originated From maris.kandestin@dlapiper.com Which Is External To The Firm]

Hi Mary,

I am sorry that I didn't get this to you yesterday. I got jammed.

The contact at Netflix on the business side is Kate Chilton. The amount is $439,274.12, I believe. It is the last number I saw, at any rate.

Best,
Maris

**Maris J. Kandestin**
Of Counsel

T +1 302.468.5657
C +1 267.259.0793

**From:** Caloway, Mary F. <mary.caloway@bipc.com>
**Sent:** Wednesday, September 11, 2019 9:39 AM
**To:** Maddox, Robert C. (Maddox@RLF.com) <Maddox@RLF.com>; Kandestin, Maris <Maris.Kandestin@us.dlapiper.com>; Jason Rosell (jrosell@pszjlaw.com) <jrosell@pszjlaw.com>
**Subject:** TWC follow-up

[EXTERNAL]

All-

Thanks again for participating in yesterday's meet and confer. To follow up, I believe these are the next steps:

1. Maris will provide to me the business contact at Netflix as well as the amount of proceeds Spyglass has received from Netflix since April 1st. Maris- can I expect that today? Maris will also have Spyglass check whether they have received funds from any other party related to Sin City 2.

2. [redacted]

3. [redacted]

5

Thanks,

Mary

*Mary F. Caloway*
**Buchanan Ingersoll & Rooney PC**
919 North Market Street
Suite 990
Wilmington, DE 19801-1054
302 552 4209 (o)
302 547 1366 (c)
302 552 4295 (f)
mary.caloway@bipc.com

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**From:** Kandestin, Maris <maris.kandestin@dlapiper.com>
**Sent:** Wednesday, October 2, 2019 12:50 PM
**To:** Caloway, Mary F.
**Subject:** TWC Sin City 2

[This Email Originated From maris.kandestin@dlapiper.com Which Is External To The Firm]

Mary,

I've been informed that Netflix is releasing the money it owes Spyglass within the next few days. Once that happens, Spyglass will wire the Sin City 2 money to you. They have the wire instructions. I'll let you know when I am told that the money is going out to you.

Best,
Maris

**Maris J. Kandestin**
Of Counsel

**T** +1 302.468.5657
**F** +1 302.691.4745
**C** +1 267.259.0793
**E** maris.kandestin@dlapiper.com



DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801-1147
United States
www.dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

1