IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
: Chapter 11
THE WEINSTEIN COMPANY HOLDINGS :
LLC, *et al.*, : Case No. 18-10601 (MFW)
:
Debtors.[1] : (Jointly Administered)
:
: **Re: D.I. 3160**
------------------------------------------------------------x

**DECLARATION OF JANE SULLIVAN ON BEHALF OF EPIQ CORPORATE RESTRUCTURING, LLC REGARDING VOTING AND TABULATION OF BALLOTS CAST ON THE FOURTH AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION**

I, Jane Sullivan, declare, under penalty of perjury:

1. I am an Executive Vice President at Epiq Corporate Restructuring, LLC ("Epiq") located at 777 Third Avenue, 12th Floor, New York, New York 10017. I am over the age of 18 years. I do not have a direct interest in the chapter 11 cases and should be considered an impartial party.

2. I submit this declaration (the "Declaration") in connection with the *Declaration of Stephenie Kjontvedt on Behalf of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the Fourth Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 3160] (the "Initial Voting Declaration") and with respect to the solicitation and tabulation of votes cast on the *Fourth Amended Joint Chapter 11 Plan of Liquidation*, dated November 17,

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

2020.[2] Except as otherwise indicated herein, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. I am authorized to submit this Declaration on behalf of Epiq. If I were called upon to testify, I could and would testify competently as to the facts set forth herein and in the Initial Voting Declaration.

3. On January 7, 2021, Epiq filed the Initial Voting Declaration regarding certain matters pertaining to the voting and tabulation of Ballots cast by Holders of Claims against the Debtors. A copy of the Initial Voting Declaration is attached hereto as **Exhibit A**. The hearing to consider confirmation of the Plan is scheduled to commence at 3:00 p.m. (prevailing Eastern Time) on January 25, 2021 (the "Confirmation Hearing").

4. Ms. Kjontvedt and I each worked on the matters described in the Initial Voting Declaration. Due to a scheduling conflict, Ms. Kjontvedt will not be able to attend the Confirmation Hearing. Accordingly, I hereby submit this Declaration of behalf of Epiq and adopt and incorporate by reference herein the statements set forth in the Initial Voting Declaration.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing and the statements set forth in the Initial Voting Declaration are true and correct to the best of my knowledge and belief.

Dated:  January 21, 2021           /s/ Jane Sullivan
        New York, New York         Jane Sullivan
                                   Executive Vice President
                                   Epiq Corporate Restructuring, LLC

---

[2] On January 20, 2021, the Debtors filed the *Fifth Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 3182] (as amended, supplemented, or modified from time to time, the "Plan"), which I understand reflects certain revisions made at the request of certain parties in interest. *See* Docket No. 3183. Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to such terms in the Plan.