**Exhibit A**

**Initial Voting Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
THE WEINSTEIN COMPANY HOLDINGS,                 :
LLC, *et al*.,                                  :   Case No. 18-10601 (MFW)
                                                :
                    Debtors.[1]                 :   (Jointly Administered)
------------------------------------------------------------x

## DECLARATION OF STEPHENIE KJONTVEDT
## ON BEHALF OF EPIQ CORPORATE RESTRUCTURING, LLC
## REGARDING VOTING AND TABULATION OF BALLOTS CAST ON
## THE FOURTH AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION

I, Stephenie Kjontvedt, declare, under penalty of perjury:

1. I am a Vice President, Senior Consultant at Epiq Corporate Restructuring, LLC ("**Epiq**") located at 777 Third Avenue, 12th Floor, New York, New York 10017. I am over the age of 18 years. I do not have a direct interest in the chapter 11 cases and should be considered an impartial party.

2. I submit this declaration (the "**Declaration**") with respect to the solicitation and tabulation of votes cast on the *Fourth Amended Joint Chapter 11 Plan of Liquidation,* dated November 17, 2020 (as amended, supplemented, or modified from time to time, the "**Plan**").[2] Except as otherwise indicated herein, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. I am authorized to submit this Declaration on

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are 3837. The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the Disclosure Statement Order (as defined herein).

behalf of Epiq. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3. In accordance with the (a) *Order (A) Approving Employment and Retention of Epiq Bankruptcy Solutions, LLC as Administrative Advisor for Debtors, Effective* Nunc Pro Tunc *to the Petition Date and (B) Granting Related Relief*, dated April 18, 2018 [Docket No. 257] and (b) *Order (A) Approving the Adequacy of the Disclosure Statement, (B) Approving Solicitation Procedures, (C) Setting Confirmation Hearing Date and Related Deadlines, (D) Estimating Certain Claims, and (E) Granting Related Relief,* dated November 17, 2020 [Docket No. 3101] (the "**Disclosure Statement Order**"), Epiq was appointed and authorized to assist the Debtors with, *inter alia*, soliciting, receiving, reviewing, determining the validity of, and tabulating Ballots cast on the Plan by holders of Claims in the Voting Classes (as defined herein).

4. Pursuant to the Plan and Disclosure Statement Order, only holders of Claims in the following Classes (collectively, the "**Voting Classes**") were entitled to vote to accept or reject the Plan:

| Class | Description |
|---|---|
| Class 4 | Sexual Misconduct Claims |
| Class 5 | Other Tort Claims |
| Class 6 | General Unsecured Claims |

5. The procedures for the solicitation and tabulation of votes on the Plan are outlined in the Disclosure Statement Order. Epiq was instructed by the Debtors to solicit, review, determine the validity of, and tabulate Ballots submitted to vote to accept or reject the Plan by the holders of Claims in the Voting Classes.

6.      The Disclosure Statement Order established November 5, 2020 as the record date for determining the holders of Claims in the Voting Classes who would be entitled to vote on the Plan (the "**Voting Record Date**").

7.      In accordance with the Disclosure Statement Order, Epiq solicited the holders of Claims in the Voting Classes as of the Voting Record Date. Epiq's *Affidavit of Service of Solicitation Materials* was filed with the Bankruptcy Court on December 17, 2020 [Docket No. 3139].

8.      Ballots returned by online submission, mail, hand delivery, overnight courier, were received by personnel of Epiq. All Ballots received by Epiq were date-stamped upon receipt and were processed in accordance with the procedures set forth in the Disclosure Statement Order.

9.      For a Ballot to be counted as valid, the Ballot must have been properly completed in accordance with the procedures set forth in the Disclosure Statement Order and executed by the relevant holder, or such holder's authorized representative, and must have been received by Epiq by no later than 5:00 p.m. (prevailing Eastern Time) on December 18, 2020 (the "**Voting Deadline**").

10.     All validly executed Ballots cast by holders of Claims in the Voting Classes received by Epiq on or before the Voting Deadline, were tabulated as outlined in the procedures set forth in the Disclosure Statement Order. The results of the voting by holders of Claims in such Voting Classes are as set forth in **Exhibit A** hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly executed Ballots received by Epiq.

11.     A report of all Ballots not included in the tabulation prepared by Epiq and the reasons for exclusion of such Ballots is attached as **Exhibit B** hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: January 7, 2021
       Westchester, New York

                                         /s/ Stephenie Kjontvedt
                                         Stephenie Kjontvedt
                                         Vice President, Senior Consultant
                                         Epiq Corporate Restructuring, LLC

**Exhibit A**

# EXHIBIT A

## Tabulation Summary

| VOTING CLASS | TOTAL BALLOTS COUNTED | | | |
|---|---|---|---|---|
| | ACCEPT | | REJECT | |
| | AMOUNT | NUMBER | AMOUNT | NUMBER |
| Class 4 Sexual Misconduct Claims | $39.00[1] **82.98%** | 39 **82.98%** | $8.00 **17.02%** | 8 **17.02%** |
| Class 5 Other Tort Claims | No votes were submitted in this Class. | | | |
| Class 6 General Unsecured Claims | $70,821,652.43 **96.39%** | 81 **96.43%** | $2,649,311.32 **3.61%** | 3 **3.57%** |

---

[1] Pursuant to the *Order (A) Approving the Adequacy of the Disclosure Statement, (B) Approving Solicitation Procedures, (C) Setting Confirmation Hearing Date and Related Deadlines, (D) Estimating Certain Claims, And (E) Granting Related Relief* [Docket No. 3101], Sexual Misconduct Claims were valued at one dollar ($1.00) for voting purposes only, and not for purposes of allowance or distribution.

**Exhibit B**

## **EXHIBIT B**

Report of Excluded Ballots

| Plan Class | Plan Class Description | Name | Voting Amount | Vote | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|
| 4 | SEXUAL MISCONDUCT CLAIMS | NAME ON FILE | $1.00 | REJECT | 10097 | HOLDER DID NOT CHECK THE BOX CERTIFYING THEY HELD A SEXUAL MISCONDUCT CLAIM |
| 6 | GENERAL UNSECURED CLAIMS | COYNE, HEIDI V | $1.00 | ACCEPT | 10094 | DUPLICATE OF A BALLOT RECEIVED AND COUNTED |
| 6 | GENERAL UNSECURED CLAIMS | SEYFARTH SHAW LLP | $1,182,684.97 | REJECT | 10087 | DUPLICATE OF A BALLOT RECEIVED AND COUNTED |