## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

|  |  |
|---|---|
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | : : : : : : : |

Chapter 11

Case No. 18-10601 (MFW)

Debtors.[1]

(Jointly Administered)

**Re: Docket No. 3188**

-------------------------------------------------------------x

### <u>NOTICE OF WITHDRAWAL</u>

PLEASE TAKE NOTICE that, on January 21, 2021, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the redacted version of the *Declaration of David P. Schack in Support of Fifth Amended Chapter 11 Plan of Liquidation* [Docket No. 3188] (the "**Declaration**").

PLEASE TAKE FURTHER NOTICE that the Debtors hereby withdraws the Declaration without prejudice.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

Dated: January 21, 2021
Wilmington, Delaware

_/s/ David T. Queroli_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted _pro hac vice_)
George E. Zobitz (admitted _pro hac vice_)
Karin A. DeMasi (admitted _pro hac vice_)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

_Attorneys for the Debtors and Debtors in Possession_