# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| The Weinstein Company Holdings LLC, *et al.*,[1] | : | Case No. 18-10601 (MFW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

--------------------------------------------------------- x

## NOTICE OF AGENDA FOR VIDEO HEARING SCHEDULED FOR JANUARY 25, 2021 AT 3:00 P.M. (ET) BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
**https://debuscourts.zoomgov.com/meeting/register/vJItdOirrD0oHkHMIFksqOYMOv3u0FaHXxk**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

### I.   MATTER GOING FORWARD:

1. Fifth Amended Joint Chapter 11 Plan of Liquidation [[SEALED] Docket No. N/A; [Redacted] Docket No. 3182 – filed January 20, 2021]

   Objection / Response Deadline:   December 18, 2020 at 5:00 p.m. (ET)

   Objections / Responses Received:

   A. United States' Objection to the Fourth Amended Joint Chapter 11 Plan of Liquidation [Docket No. 3143 – filed December 18, 2020]

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

B.     Objection of Sartraco, Inc. to Debtors' Proposed Plan of Reorganization [Docket No. 3144 – filed December 18, 2020]

C.     Non-Settling Sexual Misconduct Claimants' Objection to Fourth Amended Chapter 11 Plan of Liquidation [Docket No. 3145 – filed December 18, 2020] (the "David Claimants' Objection")

Related Documents:

i.     [SEALED] Joint Chapter 11 Plan of Liquidation [Docket No. 2855 – filed June 30, 2020]

ii.     [Redacted] Joint Chapter 11 Plan of Liquidation [Docket No. 2856 – filed June 30, 2020]

iii.     Disclosure Statement in Support of Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors [Docket No. 2858 – filed June 30, 2020]

iv.     [SEALED] The Debtors' First Amended Chapter 11 Plan of Liquidation [Docket No. 2951 – filed September 1, 2020]

v.     [Redacted] The Debtors' First Amended Chapter 11 Plan of Liquidation [Docket No. 2952 – filed September 1, 2020]

vi.     First Amended Disclosure Statement in Support of the Debtors' First Amended Chapter 11 Plan of Liquidation [Docket No. 2953 – filed September 1, 2020]

vii.     Notice of Filing of Blacklines of First Amended Plan and Disclosure Statement [Docket No. 2954 – filed September 1, 2020]

viii.     [SEALED] Second Amended Joint Chapter 11 Plan of Liquidation [Docket No. 2993 – filed October 1, 2020]

ix.     [Redacted] Second Amended Joint Chapter 11 Plan of Liquidation [Docket No. 2994 – filed October 1, 2020]

x.     [Redacted] Second Amended Disclosure Statement in Support of the Second Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors [Docket No. 2995 – filed October 1, 2020]

xi.     [SEALED] Second Amended Disclosure Statement in Support of the Second Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors [Docket No. 2996 – filed October 1, 2020]

xii. Notice of Filing of Blacklines of Second Amended Plan and Disclosure Statement [Docket No. 2997 – filed October 1, 2020]

xiii. Notice of Filing of Plan Support Agreement [Docket No. 3040 – filed October 19, 2020]

xiv. [SEALED] Third Amended Joint Chapter 11 Plan of Liquidation [Docket No. 3066 – filed November 4, 2020]

xv. [Redacted] Third Amended Joint Chapter 11 Plan of Liquidation [Docket No. 3067 – filed November 4, 2020]

xvi. Notice of Filing of Blacklines of Third Amended Plan and Disclosure Statement [Docket No. 3070 – filed November 4, 2020]

xvii. [SEALED] Third Amended Disclosure Statement in Support of the Third Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors [Docket No. 3076 – filed November 4, 2020]

xviii. [Redacted] Third Amended Disclosure Statement in Support of the Third Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors [Docket No. 3077 – filed November 4, 2020]

xix. [SEALED] Fourth Amended Joint Chapter 11 Plan of Liquidation [Docket No. 3095 – filed November 17, 2020

xx. [Redacted] Fourth Amended Joint Chapter 11 Plan of Liquidation [Docket No. 3096 – filed November 17, 2020]

xxi. [SEALED] Fourth Amended Disclosure Statement in Support of the Fourth Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors [Docket No. 3097 – filed November 17, 2020]

xxii. [Redacted] Fourth Amended Disclosure Statement in Support of the Fourth Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors [Docket No. 3098 – filed November 17, 2020]

xxiii. Notice of Filing of Blacklines of Fourth Amended Plan and Disclosure Statement [Docket No. 3099 – filed November 17, 2020]

xxiv. Order (A) Approving the Adequacy of the Disclosure Statement, (B) Approving Solicitation Procedures, (C) Setting Confirmation Hearing Date and Related Deadlines, (D) Estimating Certain Claims, and (E) Granting Related Relief [Docket No. 3101 – entered November 17, 2020]

RLF1 24652521v.1

xxv. Notice of (A) Plan Confirmation Hearing, (B) Objection and Voting Deadlines, and (C) Solicitation and Voting Procedures [Docket No. 3102 – filed November 18, 2020]

xxvi. Order Approving Stipulated Confidentiality Agreement and Protected Order [Docket No. 3105 – entered November 20, 2020]

xxvii. Notice of Filing of Plan Supplement [Docket No. 3120 – filed December 4, 2020]

xxviii. Affidavit of Service of Solicitation Materials [Docket No. 3139 – filed December 17, 2020]

xxix. Report of the Official Committee of Unsecured Creditors Concerning Sexual Misconduct Claims Ballots and Declaration of Debra I. Grassgreen in Support Thereof [Docket No. 3159 – filed January 7, 2021]

   a. [SEALED] Exhibits 1, 2 and 3 to Report of the Official Committee of Unsecured Creditors Concerning Sexual Misconduct Claims Ballots and Declaration of Debra I. Grassgreen in Support Thereof [Docket No. 3162– filed January 8, 2021]

xxx. Declaration of Stephenie Kjontvedt on Behalf of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the Fourth Amended Joint Chapter 11 Plan of Liquidation [Docket No. 3160 – filed January 7, 2021]

xxxi. Affidavit of Publication in *The New York Post* [Docket No. 3163 – filed January 8, 2021]

xxxii. Affidavit of Publication in *The Hollywood Reporter* [Docket No. 3164 – filed January 8, 2021]

xxxiii. Affidavit of Publication in *Variety* [Docket No. 3165 – filed January 8, 2021]

xxxiv. Notice of Adjourned Confirmation Hearing [Docket No. 3169 – filed January 11, 2021]

xxxv. Notice of Filing of Blackline of Fifth Amended Plan [Docket No. 3183 – filed January 20, 2021]

xxxvi. Debtors' and Official Committee of Unsecured Creditors' Joint (I) Memorandum of Law in Support of Confirmation of the Fifth Amended Joint Chapter 11 Plan of Liquidation of The Weinstein Company Holdings, LLC et al. and (II) Omnibus Reply to Confirmation Objections [Docket No. 3184 – filed January 20, 2021]

xxxvii. Declaration of Ivona Smith in Support of Fifth Amended Chapter 11 Plan of Liquidation [Docket No. 3185 – filed January 21, 2021]

RLF1 24652521v.1

xxxviii. Declaration of Kyle Herman in Support of Confirmation of Fifth Amended Joint Chapter 11 Plan of Liquidation [Docket No. 3186 – filed January 21, 2021]

xxxix. Declaration of Robert Peck in Support of Fifth Amended Chapter 11 Plan of Liquidation [Docket No. 3187 – filed January 21, 2021]

xl. [SEALED] Declaration of David P. Schack in Support of Fifth Amended Chapter 11 Plan of Liquidation [Docket No. N/A – filed January 21, 2021]

xli. Declaration of Paul H. Zumbro in Support of Fifth Amended Chapter 11 Plan of Liquidation [Docket No. 3189 – filed January 21, 2021]

xlii. Notice of Filing of Proposed Order Confirming Plan Proponents' Fifth Amended Chapter 11 Plan of Liquidation [Docket No. 3190 – filed January 21, 2021]

xliii. Declaration of Jane Sullivan on Behalf of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the Fourth Amended Joint Chapter 11 Plan of Liquidation [Docket No. 3191 –filed January 21, 2021]

xliv. [Redacted] Declaration of David P. Schack in Support of Fifth Amended Chapter 11 Plan of Liquidation [Docket No. 3193 – filed January 21, 2021]

Witness Information:

a. The Debtors will rely on, and anticipate that they will move into evidence, the declaration filed by Mr. Robert Peck, who will be appearing from Howell, NJ.

b. The Debtors will rely on, and anticipate that they will move into evidence, the declaration filed by Ms. Ivona Smith, who will be appearing from Forest Hills, NY.

c. The Debtors will rely on, and anticipate that they will move into evidence, the declaration filed by Mr. Paul H. Zumbro, who will be appearing from New York, NY.

d. The Debtors will rely on, and anticipate that they will move into evidence, the declaration filed by Mr. David P. Schack, who will be appearing from Malibu, CA.

e. The Debtors will rely on, and anticipate that they will move into evidence, the declaration filed by Mr. Kyle Herman, who will be appearing from Houston, TX.

f. The Debtors will rely on, and anticipate that they will move into evidence, the declaration filed by Ms. Jane Sullivan, who will be appearing from Westchester, NY.

Status: The Debtors will rely on, and anticipate that they will move into evidence, the declarations filed by Mr. Peck, Ms. Smith, Mr. Zumbro, Mr. Schack, Mr. Herman

and Ms. Sullivan. Except for the David Claimants' Objection, the Debtors believe that all other objections have been resolved. The hearing on this matter will go forward.

Dated: January 21, 2021
Wilmington, Delaware

/s/ David T. Queroli
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
      heath@rlf.com
      shapiro@rlf.com
      haywood@rlf.com
      queroli@rlf.com

- and -

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: pzumbro@cravath.com
      jzobitz@cravath.com
      kdemasi@cravath.com

*Attorneys for the Debtors and Debtors in Possession*

RLF1 24652521v.1