# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | Case No. 18-10601 (MFW) |
| Debtors. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Kevin Mintzer, Esq., of The Law Office Of Kevin Mintzer, P.C., to represent Wedil David, Dominque Huett and Aimee McBain in the above-captioned cases.

Dated: January 24, 2021

*/s/ Jason A. Gibson*
Jason A. Gibson (DE 6091)
**THE ROSNER LAW GROUP LLC**
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
Email: gibson@teamrosner.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States District Court for the Southern and Eastern Districts of New York, the United States Court of Appeals for the Second and Third Circuits and the United States Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: January 24, 2021

*/s/ Kevin Mintzer*
Kevin Mintzer, Esq.
**THE LAW OFFICE OF KEVIN MINTZER, P.C.**
1350 Broadway, Suite 2220
New York, NY 10018
Telephone: (646) 843-8180
Email: km@mintzerfirm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

{00029983. }