# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re:                                    :    Chapter 11
:
THE WEINSTEIN COMPANY HOLDINGS,           :    Case No. 18-10601 (MFW)
LLC, *et al.*,                            :
:    (Jointly Administered)
Debtors.[1]                               :
:    **Re: Docket No. 3182 & 3190**
------------------------------------------------------------x

## NOTICE OF FILING OF REVISED PROPOSED ORDER CONFIRMING PLAN PROPONENTS' FIFTH AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION

PLEASE TAKE NOTICE that, on January 20, 2021, The Weinstein Company Holdings LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the Debtors' and the Official Committee of Unsecured Creditors' *Fifth Amended Joint Chapter 11 of Liquidation* [Docket No. 3182] (as may be amended, modified or supplemented, the "**Plan**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that, on January 21, 2021, the Debtors filed a proposed form of order confirming the Plan [Docket No. 3190] (the "**Proposed Confirmation Order**").

PLEASE TAKE FURTHER NOTICE that, after discussions with certain parties in interest, the Debtors have prepared a revised form of Proposed Confirmation Order (the "**Revised Confirmation Order**"), a copy of which is attached hereto as **Exhibit 1**.

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are 3837. The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/twc.

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Court and all parties in interest, a blackline comparison of the Revised Confirmation Order marked against the Proposed Confirmation Order is attached hereto as **Exhibit 2**.

PLEASE TAKE FURTHER NOTICE that a virtual hearing to consider confirmation of the Plan (the "**Confirmation Hearing**") will be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge, on **January 25, 2021 at 3:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to present the Revised Confirmation Order, substantially in the form attached hereto, to the Court at the Confirmation Hearing. To the extent that the Debtors make revisions to the Revised Confirmation Order prior to the Confirmation Hearing, the Debtors intend to submit a revised form of order to the Court prior to or at the Confirmation Hearing.

Dated: January 25, 2021
Wilmington, Delaware

          /s/ David T. Queroli
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: queroli@rlf.com

- and -

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (admitted *pro hac vice*)
Lauren A. Moskowitz (admitted *pro hac vice*)
Salah M. Hawkins (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*