| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Lauren | Mills Taylor | Kelly Sipherd | Henein Hutchison LLP |
| Ashley | Cullins | Member of the Media covering the hearing | The Hollywood Reporter |
| Hannah | McCollum | U.S. Trustee | U.S. Trustee |
| Tony | Draper | The Chubb Insurer Group | Walker Wilcox Matousek LLP |
| Michael | Farag | Interested Party | Gibson, Dunn & Crutcher LLP |
| Israel | David | Lance Maerov & Jeff Sackman | Fried, Frank, Harris, Shriver & Jacobson |
| Sandra | Pullman | People of the State of New York | NYS Attorney General's Office |
| D | F | N/A | |
| Matthew | Sarna | Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) | DLA Piper LLP (US) |
| Mary | Kane | Self | |
| Mark | Silverschotz | Marc Lasry | |
| Zhao | Liu | Non-Settling Sexual Misconduct Claimants | The Rosner Law Group LLC |
| Maria | Chutchian | Reuters | Reuters |
| Hannah | Meropol | Law Extern with the New York State Office of the Attorney General | New York State Office of the Attorney General |
| Ihab | Mikati | N/A | OAG Social Justice Division Intern |
| Douglas | Wigdor | Rowena Chiu, Wedil David, Dominique Huett, Zelda Perkins, Kaja Sokola and Tarale Wulff | Wigdor LLP |
| Robert | Fitzgerald | Skadden Arps | Skadden, Arps, Slate, Meagher & Flom LLP |
| Melissa | Thompson | Melissa Thompson (class 4 claimant) | |
| Andrew | Tenzer | Black Bear Pictures | Paul Hastings LLP |
| Alix | Brozman | Interested Party (Reorg, Inc.) | Reorg, Inc. |
| Jason | Rosell | Counsel to Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP |
| Edward | Fox | Seyfarth Shaw LLP | Seyfarth Shaw LLP |
| Mark | Ledwin | Allianz Ins. Co. | Wilson Elser LLP |
| Robert | Feinstein | Counsel to Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP |
| Matthew | Geragos | Lindsay Orr | |
| Alex | Smith | Kelly Sipherd | Henein Hutchison LLP |
| John | Rosenberg | James Dolan | Rosenberg, Giger & Perala P.C. |
| Michael | Tucker | 99 Hudson Street Associates, LLC | Ulmer & Berne LLP |
| Brett | Haywood | The Weinstein Company | Richards, Layton & Finger, P.A. |
| Jesse | Mautner | Creditors/Claimants Jane Does III-VIII | Merson Law, PLLC |
| David | Schack | Debtors | Barnes & Thornburg LLP |
| Kent | Kolbig | HSBC Bank USA | Moses & Singer LLP |
| Anne | Aufhauser | Lance Maerov & Jeff Sackman | Fried, Frank, Harris, Shriver & Jacobson LLP |
| William | Chipman | Seyfarth Shaw LLP | Chipman Brown Cicero & Cole, LLP |
| Genie | Harrison | Jane Doe | Genie Harrison Law Firm |
| Ivona | Smith | The Weinstein Company | |
| Samar | Amidi | N/A | |
| Michael | Neumeister | Interested Party | Gibson, Dunn & Crutcher LLP |
| G | H | N/A | |
| enid | stuart | New York State Attorney General | |
| Lauren | OConnor | Lauren OConnor | |
| Kyle | Herman | Unsecured Creditors Commiittee | BRG |

| First | Last | Representing | Firm |
|---|---|---|---|
| Jill | Goldsmith | press | Deadline Hollywood |
| Lauren | Moskowitz | The Weinstein Company | |
| Louis | Testa | State of New York | Office of the Attorney General, State of New York |
| James | Masella | Paul Tudor Jones | Patterson Belknap Webb & Tyler LLP |
| Christopher | Samis | Portfolio Funding Company LLC I | Potter Anderson & Corroon LLP |
| Colin | Robinson | Counsel to Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP |
| Susan | Kaufman | Directors Guild of America, Inc., SAG-AFTRA, Writers Guild of America West, Inc. | Law Office of Susan E. Kaufman, LLC |
| Hannah | Grace | Student Extern w/ NY Office of Attorney General | |
| Kevin | Mintzer | David Objectors | Law Office of Kevin Mintzer, P.C. |
| David | Postel | Kelly Sipherd | Henein Hutchison LLP |
| Louisette | Geiss | Chairwoman of TWC UCC | |
| Edward | McNeilly | Portfolio Funding Company LLC I | Hogan Lovells US LLP |
| Michelle | Franklin | Michelle Franklin | N/A |
| Alex | Talesnick | Viacom International Inc. | Luskin, Stern & Eisler LLP |
| Lynn | Ellenberger | Creditor, Louisette Geiss, Sarah Ann Masse, Melissa Thompson and Melissa Sagemiller, | FEGAN SCOTT LLC |
| Gene | Maddaus | Variety | |
| Taylor | Harrison | Debtwire | |
| Daniel | Lowenthal | Paul Tudor Jones | Patterson Belknap Webb & Tyler LLP |
| Michael | Yurkewicz | Black Bear Pictures | Klehr Harrison Harvey Branzburg LLP |
| Alan | Halperin | The Weinstein Company | |
| Winnie | Vien | NYS OAG | |
| David | Ahdoot | Interested Parties: SAG-AFTRA, DGA, WGA and MPI | Bush Gottlieb, A Law Corporation |
| Robert | Peck | The Weinstein Company Holdings LLC | |
| Jane | Sullivan | The Weinstein Company Holdings, LLC (as voting agent) | Epiq Corporate Restructuring, LLC |
| Rachel | Sang | People of the State of NY | |
| Whitney | Siehl | Louisette Geiss | |
| melissa | jacoby | none | n/a (attending as member of public) |
| Paul | Zumbro | The Weinstein Company | |
| Debra | Grassgreen | Counsel to Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP |
| Mark | Pfeiffer | Sartraco, Inc. | Buchanan Ingersoll & Rooney PC |
| Marshall | Gilinsky | Mark Lasry | Anderson Kill PC |
| Paul | Heath | Debtors | Richards, Layton & Finger |
| Mary | Walrath | Bankruptcy Court | |
| Elizabeth | Fegan | Credirot, Aremanta Law Firm | FEGAN SCOTT LLC |
| Jane | Leamy | U.S. Trustee | Office of the U.S. Trustee |
| Sarah | Thomas | self | |
| James | Mazza | Skadden Arps | Skadden, Arps, Slate, Meagher & Flom LLP |
| David | Queroli | Debtors | Richards, Layon & Finger, P.A. |
| Geoffrey | Grivner | Sartraco, Inc. | Buchanan Ingersoll & Rooney PC |
| Joseph | Kohanski | Interested Parties: SAG-AFTRA, DGA, WGA and MPI | Bush Gottlieb, A Law Corporation |
| Alan | Jacobs | The Weinstein Company | |
| Jed | Zobitz | The Weinstein Company | |
| Tammuz | Huberman | The Weinstein Company | |

| Eugenie | Dubin | NY Attorney General | |
|---|---|---|---|
| Jeffrey | Montgomery | Law360 | Law360/Portfolio Media |
| Adam | Harris | Robert Weinstein | Schulte, Roth & Zabel LLP |