IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al*., | : | Case No. 18-10601 (MFW) |
| | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | **Re: Docket No. 3136** |
| | : | |
| | x | |

**CERTIFICATION OF NO OBJECTION REGARDING THIRTY-FIRST MONTHLY APPLICATION OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020 (NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading with respect to the thirty-first monthly fee application for compensation and reimbursement of expenses (the "**Monthly Application**") of Cravath, Swaine & Moore LLP (the "**Applicant**") listed on **Exhibit A** attached hereto. The Monthly Application was filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") on December 16, 2020. The undersigned further certifies that he has reviewed the Bankruptcy Court's docket in these cases and no answer, objection or other responsive pleading to the Monthly Application appears thereon. Pursuant to the *Notice of Fee Application* filed with the Monthly Application, objections to the Monthly Application were to be filed no later than **January 5, 2021 at 4:00 p.m. (ET).**

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

RLF1 24699504v.1

The Monthly Application was filed and served in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated April 17, 2018 [Docket No. 247] (the "**Interim Compensation Order**"). Pursuant to the Interim Compensation Order, the above-captioned debtors and debtors in possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Application upon the filing of this certification without the need for a further order of the Bankruptcy Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

Dated: January 27, 2021
Wilmington, Delaware

*/s/ David T. Queroli*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
      heath@rlf.com
      shapiro@rlf.com
      haywood@rlf.com
      queroli@rlf.com

- and -

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (admitted pro hac vice)
George E. Zobitz (admitted pro hac vice)
Karin A. DeMasi (admitted pro hac vice)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: pzumbro@cravath.com
      jzobitz@cravath.com
      kdemasi@cravath.com

*Attorneys for the Debtors and Debtors in Possession*

# **EXHIBIT A**

Professional Fees and Expenses
Monthly Fee Application

| **Applicant** | **Fee Application Period, Filing Date, Docket No.** | **Total Fees Requested** | **Total Expenses Requested** | **Objection Deadline:** | **Amount of Fees Authorized to be Paid @ 80%** | **Amount of Expenses Authorized to be Paid @ 100%** |
|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP (Counsel to the Debtors and Debtors in Possession) | Thirty-First Monthly Fee Application  Period: 10/1/20 – 10/31/20  Filed: 12/16/20  [Docket No. 3136] | $249,991.00 | $9,857.28 | 1/5/21 | $199,992.80 | $9,857.28 |