# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,[1] | ) Case No. 18-10601 (MFW) |
|  | ) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Paul Hastings, LLP hereby substitute their appearance for Loeb & Loeb, LLP as counsel to Black Bear Pictures, BBP DevCo, LLC, BBP Gold, LLC, BBP Imitation, LLC, Black Bear IG Limited, and Three Greenhorns Inc. (collectively, "Black Bear Pictures") in the above captioned matter.

**PLEASE TAKE FURTHER NOTICE** that copies of all notices and pleadings given or filed in this case are to be given and served upon the undersigned at the following addresses:

Michael W. Yurkewicz
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
myurkewicz@klehr.com

Andrew V. Tenzer
**PAUL HASTINGS, LLP**
200 Park Avenue
New York, NY 10166
andrewtenzer@paulhastings.com

-and-

Susan Williams
**PAUL HASTINGS, LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
susanwilliams@paulhastings.com

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

PHIL1 9312516v.1

| | |
|---|---|
| Dated: January 27, 2021 | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br><br>*/s/ Michael W. Yurkewicz*<br>Michael W. Yurkewicz<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>myurkewicz@klehr.com<br><br>-and-<br><br>Andrew V. Tenzer<br>**PAUL HASTINGS, LLP**<br>200 Park Avenue<br>New York, NY 10166<br>andrewtenzer@paulhastings.com<br><br>-and-<br><br>Susan Williams<br>**PAUL HASTINGS, LLP**<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>susanwilliams@paulhastings.com<br><br>*Substitution Counsel for Black Bear Pictures* |
| Dated January 27, 2021 | **LOEB & LOEB LLP**<br><br>*/s/ Walter H. Curchack*<br>Walter H. Curchack<br>Bethany D. Simmons<br>345 Park Avenue<br>New York, NY 10154<br>wcurchack@loeb.com<br><br>*Withdrawing Counsel for Black Bear Pictures* |