# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br><br>Re: D.I. 3203 |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Wedil David, Dominque Huett, Alexandra Canosa and Aimee McBain (collectively, "Appellants"), by and through their undersigned counsel, hereby appeal to the United States District Court for the District of Delaware under 28 U.S.C. § 158(a)(3), Rules 8003 and 8004 of the Federal Rules of Bankruptcy Procedure and Rule 8003-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, from the *Order Confirming Plan Proponents' Fifth Amended Joint Chapter 11 Plan of Liquidation* [D.I. 3203] (the "Confirmation Order"). A copy of the Confirmation Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the Confirmation Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

|  | **PARTY** | **ATTORNEYS** |
|---|---|---|
| 1. | Wedil David, Dominque Huett, Alexandra Canosa and Aimee McBain<br><br>*Appellants* | **THE ROSNER LAW GROUP LLC**<br>Frederick B. Rosner<br>Zhao (Ruby) Liu<br>824 N. Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-1111 |

{00030082. }

| | | |
|---|---|---|
| | | **WIGDOR LLP**<br>Douglas H. Wigdor, Esquire.<br>Bryan L. Arbeit, Esquire<br>85 Fifth Ave, Fl. 5<br>New York, NY 10003<br>Phone: (212) 257-6800<br><br>- and -<br><br>**THE LAW OFFICE OF KEVIN MINTZER, P.C.**<br>Kevin Mintzer, Esquire<br>1350 Broadway, Suite 2220<br>New York, New York 10018<br>Phone: (646) 843-8180<br><br>- and -<br><br>**RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP**<br>Thomas P. Giuffra, Esquire<br>551 5th Avenue, 29th Floor<br>New York, NY 10176<br>Phone: (212) 684-1880 |
| 2. | Debtors<br><br>*Appellees* | **RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Russell C. Silberglied (No. 3462)<br>Paul N. Heath (No. 3704)<br>Zachary I. Shapiro (No. 5103)<br>Brett M. Haywood (No. 6166)<br>David T. Queroli (No. 6318)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>- and -<br><br>**CRAVATH, SWAINE & MOORE LLP**<br>Paul H. Zumbro (admitted pro hac vice)<br>Lauren A. Moskowitz (admitted pro hac vice)<br>Salah M. Hawkins (admitted pro hac vice) |

|   |   |   |
|---|---|---|
|   |   | Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700 |
| 3. | Official Committee of Unsecured Creditors<br><br>*Appellees* | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>James I. Stang (CA Bar No. 94435)<br>Robert J. Feinstein (NY Bar No. 1767805)<br>Debra I. Grassgreen (CA Bar No. 169978)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100 |

Dated:  February 9, 2021
Wilmington, Delaware

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Zhao Liu*
Frederick B. Rosner (DE # 3995)
Zhao (Ruby) Liu (DE# 6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
Email: rosner@teamrosner.com
liu@teamrosner.com

-    and    -

**WIGDOR LLP**
Douglas H. Wigdor, Esquire.
Bryan L. Arbeit, Esquire
85 Fifth Ave, Fl. 5
New York, NY 10003
Phone: (212) 257-6800
Email: dwigdor@wigdorlaw.com
barbeit@wigdorlaw.com

-    and    -

**THE LAW OFFICE OF KEVIN MINTZER, P.C.**
Kevin Mintzer, Esquire
1350 Broadway, Suite 2220
New York, New York 10018
Phone: (646) 843-8180
Email: km@mintzerfirm.com

-   and   -

**RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP**
Thomas P. Giuffra, Esquire
551 5th Avenue, 29th Floor
New York, NY 10176
Phone: (212) 684-1880
Email: tgiuffra@rheingoldlaw.com

*Counsel for Appellants*