# EXHIBIT C

## **SCHEDULE 1**

### **RELEASED PROFESSIONALS**

1. *For the Debtors*
   Cravath, Swaine & Moore LLP
   Richards Layton & Finger, PA
   Seyfarth Shaw LLP

2. *For the UCC*
   Pachulski Stang Ziehl & Jones LLP
   Berkeley Research Group, LLC

3. *For Marc Lasry*
   Anderson Kill P.C.
   Paul Weiss Rifkind Wharton & Garrison LLP

4. *For Barbara Schneeweiss*
   Barta Tate

5. *For Jeff Sackman and Lance Maerov*
   Fried, Frank, Harris, Shriver & Jacobson LLP

6. *For Tim Sarnoff*
   Latham & Watkins LLP

7. *For Harvey Weinstein*
   Lewis Brisbois Brisgaard & Smith LLP
   Pasich LLP

8. *For Paul Tudor Jones*
   Patterson Belknap Webb & Tyler LLP

9. *For Tarak Ben Ammar*
   Pillsbury Winthrop Shaw Pittman LLP

10. *For Richard Koenigsberg*
    Reed Smith LLP

11. *For James Dolan*
    Rosenberg, Giger and Perala P.C.
    Skadden Arps Slate Meagher & Flom LLP

12. *For Dirk Ziff*
    Skadden Arps Slate Meagher & Flom LLP

13. *For David Glasser*
    Schlam Stone & Dolan LLP

14. *For Robert Weinstein*
    Schulte Roth & Zabel LLP
    Sauer & Wagner LLP

15. *For Frank Gil*
    White, Hilferty & Albanese, P.C.
    Ween & Kozek
    Bowles, Liberman & Newman