# EXHIBIT D

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>**Re: D.I. \_\_\_\_** |

**ORDER GRANTING EMERGENCY MOTION**
**BY NON-SETTLING SEXUAL MISCONDUCT CLAIMANTS**
**FOR STAY PENDING APPEAL OF CONFIRMATION ORDER**

　　　　Upon the motion (the "Motion to Stay") for entry of an order granting a stay pending appeal of the *Order Confirming Plan Proponents' Fifth Amended Joint Chapter 11 Plan of Liquidation* (the "Confirmation Order") entered on January 26, 2021 [D.I. 3203]; pursuant to Rule 8007(a) of the Federal Rules of Bankruptcy Procedure;[1] and it appearing that notice of the Motion to Stay was good and sufficient under the circumstances and that no other or further notice need be given; and the Court having considered the Motion to Stay and any responses thereto; and after due deliberation thereon; and good and sufficient cause appearing therefor,

　　　　IT IS HEREBY ORDERED that

　　　　1.　　The Motion for Stay is GRANTED; and

　　　　2.　　Consummation of the Confirmation Order is stayed pending resolution of the Appeal.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Motion to Stay.