# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br><br>**Re: D.I. 3182, 3203, 3228, 3230 & 3231** |

### ORDER (I) SETTING EXPEDITED OBJECTION DEADLINE AND (II) LIMITING NOTICE WITH RESPECT TO:

### EMERGENCY MOTION BY NON-CONSENTING SEXUAL MISCONDUCT CLAIMANTS FOR STAY PENDING APPEAL OF CONFIRMATION ORDER

Upon the motion ("Motion to Shorten") for entry of an order shortening and limiting notice for the Appellants' *Emergency Motion by Non-Consenting Sexual Misconduct Claimants for Stay Pending Appeal of Confirmation Order* [D. I. 3230] (the "Motion")[1]; and it appearing that notice of the Motion to Shorten was good and sufficient under the circumstances, and that no other or further notice need be given; and the Court having considered the Motion to Shorten and any responses thereto; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion to Shorten is GRANTED; and

2. Notice of the Motion to Stay to the Notice Parties constitutes due and sufficient notice of the Motion to Stay under the circumstances.

---

[1] Unless defined herein, capitalized terms shall have the meanings ascribed to them in the Motion for Stay.

{00030080. }

3. Objections, if any, to the Motion to Stay shall be filed and served by no later than February 11, 2021 at 4:00 p.m. (ET) (the <u>"Objection Deadline</u>").

4. The Motion to Stay shall be considered on the paper submissions; provided, however, to the extent the Court determines to conduct a hearing on the Motion to Stay, Appellants promptly shall provide a Notice of Hearing to the Notice Parties in the same manner as this Motion; and

5. The Court shall retain jurisdiction with respect to all matters arising from or related to implementation of this Order.

**Dated: February 10th, 2021**
**Wilmington, Delaware**
{00030080. }

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**