# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, et al.,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered |

## REQUEST FOR REMOVAL FROM MAILING LIST

Please remove Carl N. Kunz, III from receiving ECF notifications in the above captioned bankruptcy case and adversary proceeding.

Dated:  February 16, 2021　　　　　　　　　**MORRIS JAMES LLP**

　　　　　　　　　　　　　　　　　　　　　/s/ Carl N. Kunz, III
　　　　　　　　　　　　　　　　　　　　　Carl N. Kunz, III (DE Bar No. 3201)
　　　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1500
　　　　　　　　　　　　　　　　　　　　　P.O. Box 2306
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-2306
　　　　　　　　　　　　　　　　　　　　　E-mail:  ckunz@morrisjames.com

12690872/1