# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE WEINSTEIN COMPANY HOLDINGS LLC, et al., | ) |
| | ) Case No.18-10601 (MFW) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| _____ | ) Re: D.I. 3230 |

## ORDER DENYING EMERGENCY MOTION BY NON-SETTLING SEXUAL MISCONDUCT CLAIMANTS FOR STAY PENDING APPEAL OF CONFIRMATION ORDER

Upon the motion (the "Motion to Stay") for entry of an order granting a stay pending appeal of the *Order Confirming Plan Proponents' Fifth Amended Joint Chapter 11 Plan of Liquidation* (the "Confirmation Order") entered on January 26, 2021 [D.I. 3203]; pursuant to Rule 8007(a) of the Federal Rules of Bankruptcy Procedure;[1] and it appearing that notice of the Motion to Stay was goodand sufficient under the circumstances and that no other or further notice need be given; and the Court having considered the Motion to Stay and any responses thereto; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that

1. The Motion for Stay is **DENIED.**

**Dated: February 17th, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Motion to Stay.