# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC., *et al.*,[1]<br><br>                           Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered<br><br>**Objection Deadline: March 9, 2021, at 4:00 p.m. (ET)**<br>Hearing Date:  Scheduled only if Necessary |

## NOTICE OF FEE APPLICATION

**PLEASE TAKE NOTICE** that on February 17, 2021, Pachulski Stang Ziehl & Jones LLP, counsel for the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases, filed the *Thirty First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from October 1, 2020 through October 31, 2020* (the "Application") seeking compensation for the reasonable and necessary services rendered to the Committee in the amount of $57,270.00, and reimbursement for actual and necessary expenses in the amount of $992.86.  A copy of the Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing, and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market Street, 3rd Floor,

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

Wilmington, Delaware 19801, on or before **March 9, 2021 at 4:00 p.m. (prevailing Eastern Time)**.

The Application is submitted pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* entered by this Court on April 17, 2018 [Docket No. 247] (the "Administrative Order").

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Debtors, 3 Times Square, 9th Floor, New York, New York 10036 (Attn: Robert Del Genio); (ii) counsel for the Debtors, (a) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq.); and (b) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins, Esq. and Paul N. Heath, Esq.); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Jane Leamy, Esq. and Hannah M. McCollum, Esq.); (iv) counsel to the DIP Agent and the Prepetition Agent, (a) Sidley Austin LLP, 555 West Fifth Street, Los Angeles, California 90013 (Attn: Jennifer C. Hagle, Esq.); and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, (Attn: Sean Beach, Esq.); and (v) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801 (Attn: Bradford J. Sandler, Esq.).

IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF THE EXPENSES

REQUESTED IN THE APPLICATION MAY BE PAID PURSUANT TO THE ADMINISTRATIVE ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT.

IF A TIMELY OBJECTION IS FILED AND SERVED, THEN PAYMENT WILL BE MADE ACCORDING TO THE PROCEDURES SET FORTH IN THE ADMINISTRATIVE ORDER.

A HEARING ON THE APPLICATION WILL BE HELD ONLY IF OBJECTIONS OR RESPONSES ARE TIMELY FILED.

Dated: February 17, 2021     PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
James I. Stang (CA Bar No. (CA Bar No. 94435)
Robert J. Feinstein (NY Bar No. 1767805)
Debra I. Grassgreen (CA Bar No. 169978)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  jstang@pszjlaw.com
         rfeinstein@pszjlaw.com
         dgrassgreen@pszjlaw.com
         bsandler@pszjlaw.com
         crobinson@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*