# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*, | : | Case No. 18-10601 (MFW) |
| Debtors.[1] | : | (Jointly Administered) |
|  | : | **Re: D.I. 3203** |

## NOTICE OF EFFECTIVE DATE AND ENTRY OF ORDER CONFIRMING PLAN PROPONENTS' FIFTH AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION

PLEASE TAKE NOTICE that, on January 20, 2021, the above-captioned debtors (the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee") appointed in their chapter 11 cases filed the *Fifth Amended Joint Chapter 11 Plan of Liquidation* [D.I. 3182 & 3195] (as amended, modified or supplemented, the "Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").[2]

PLEASE TAKE FURTHER NOTICE that, on January 26, 2021, the Court entered the *Order Confirming Plan Proponents' Fifth Amended Joint Chapter 11 Plan of Liquidation* [D.I. 3203] (the "Confirmation Order").

PLEASE TAKE FURTHER NOTICE that the Plan has been substantially consummated and the Effective Date of the Plan occurred on February 18, 2021.

PLEASE TAKE FURTHER NOTICE that, except as otherwise provided in the Initial Bar Date Order or the Plan, requests for payment of Administrative Expense Claims must be filed with the Court and served on the Liquidation Trustee and its counsel at the following address: TWC Liquidation Trust, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801 (Attn: Colin R. Robinson, Esq.) and the Office of the United States Trustee for the District of Delaware at the following address: 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Jane M. Leamy, Esq. and Hannah McCollum, Esq.) **on or before April 5, 2021 at 5:00 p.m. (prevailing Eastern Time)**. **Any Administrative Expense Claims that are not asserted in accordance herewith and with Section 3.7.1 of the Plan shall be deemed disallowed under the Plan and shall be forever barred against the Debtors, their estates, the Liquidation Trust, or any of their assets or property, and the holder thereof shall be enjoined from commencing or continuing any action, employment of process or act to collect, offset, recoup, or recover such claim and shall be subject to the injunction provision**.

PLEASE TAKE FURTHER NOTICE that each Bankruptcy Professional requesting compensation for services rendered and reimbursement for expenses incurred during the period from the Petition Date through the Effective Date must (i) file and serve a properly noticed final fee application **on or before April 5, 2021** and (ii)

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are 3837. The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/twc.

[2] Capitalized terms used in this Confirmation Order but not otherwise defined shall have the same meaning as in the Plan.

be paid solely from the Liquidation Trust (a) the full unpaid amount as is Allowed by the Court within 7 days after the date that such Claim is Allowed by Order of the Court or (b) upon such other terms as may be mutually agreed upon between the Holder of such an Allowed Professional Fee Claim and the Liquidation Trustee. **Any Professional Fee Claim that is not asserted in accordance herewith and with Section 3.8 of the Plan shall be deemed disallowed under the Plan and shall be forever barred against the Debtors, their estates, the Liquidation Trust, or any of their assets or property, and the holder thereof shall be enjoined from commencing or continuing any action, employment of process or act to collect, offset, recoup, or recover such claim and shall be subject to the injunction provision**. Any Holder of a Claim or Interest (or their representative, including, but not limited to, the Committee) or the Liquidation Trustee may object to the allowance of Professional Fee Claims.

PLEASE TAKE FURTHER NOTICE that, in accordance with Section 8.1 of the Plan, on the Effective Date, except as otherwise provided in the Plan, or the Confirmation Order, and except for executory contracts and unexpired leases which the Debtors either have assumed, have rejected or have filed a motion to assume or reject prior to the Confirmation Date and which remains pending as of the Confirmation Date, all executory contracts and unexpired leases for goods, services, or premises used in connection with Debtors' business operations shall be deemed rejected by the Debtors on the Effective Date. In accordance with Section 8.2 of the Plan, Claims created by the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Court and served on the Liquidation Trustee and its counsel, Colin R. Robinson, Esq. of Pachulski Stang Ziehl & Jones LLP, by email at crobinson@pszjlaw.com, **on or before March 22, 2021 at 5:00 p.m. (prevailing Eastern Time)**. **Any Claims for rejection of executory contracts or unexpired leases pursuant to the Plan for which a proof of claim is not filed and served within such time will be forever barred and shall not be enforceable against the Debtors or their Estates, assets, properties, or interests in property, or against the Liquidation Trust**.

PLEASE TAKE FURTHER NOTICE that, if you are a contract counterparty to an executory contract that has been rejected and believe that the Debtors are in possession of physical assets that relate to your film or development project, please contact the Liquidation Trust's advisor, Kyle Herman of Exigent Partners at kherman@exigentpartners.com.

PLEASE TAKE FURTHER NOTICE that the Plan, Confirmation Order and all other documents and pleadings filed in the Debtors' chapter 11 cases may be viewed free of charge at *https://dm.epiq11.com/case/twc/info*, or for a fee on the Court's website at *http://www.deb.uscourts.gov*.

February 18, 2021
Wilmington, Delaware

| | |
|---|---|
| */s/ David T. Queroli* | |
| **RICHARDS, LAYTON & FINGER, P.A.** | **CRAVATH, SWAINE & MOORE LLP** |
| Mark D. Collins (No. 2981) | Paul H. Zumbro (admitted *pro hac vice*) |
| Paul N. Heath (No. 3704) | Lauren A. Moskowitz (admitted *pro hac vice*) |
| David T. Queroli (No. 6318) | Salah M. Hawkins (admitted *pro hac vice*) |
| One Rodney Square | Worldwide Plaza |
| 920 North King Street | 825 Eighth Avenue |
| Wilmington, Delaware 19801 | New York, New York 10019 |
| Telephone: (302) 651-7700 | Telephone: (212) 474-1000 |
| Facsimile: (302) 651-7701 | Facsimile: (212) 474-3700 |
| Email: queroli@rlf.com | |

*Attorneys for Former Chapter 11 Debtors*