# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY<br>HOLDINGS LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>No. 18-10601-MFW<br><br>(Jointly Administered) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 5, 2021, Louisette Geiss (the "Movant") filed an Application for Compensation for Services Rendered and Reimbursement of Expenses Rendered as a Substantial Contribution in These Cases under 11 U.S.C. § 503(B)(3)(D) (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Application is scheduled to be heard on **May 6, 2021 at 10:30 a.m. (prevailing Eastern Time)** before The Honorable Mary F. Walrath, United States Bankruptcy Judge. The hearing to consider the Application will be heard via Zoom.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Application must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court on or before **April 29, 2021 at 4:00 p.m. (prevailing Eastern Time)**. At the same time, you must also serve a copy of any objection or response upon the Movant's counsel:

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are 3837. The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc

2

| | |
|---|---|
| Jeffrey R. Waxman (No. 4159)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>Email: jwaxman@morrisjames.com<br><br>**BROWN RUDNICK LLP**<br>Sigmund S. Wissner-Gross, Esquire<br>Seven Times Square<br>New York, NY 10036<br>Email: SWissner-Gross@brownrudnick.com | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Steve W. Berman, Esquire<br>Shelby Smith, Esquire<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Email steve@hbsslaw.com<br>Email  shelby@hbsslaw.com<br><br>Whitney K. Siehl, Esquire<br>455 N. Cityfront Plaza Drive, Suite 2410<br>Chicago, Illinois 60611<br>Email: whitneys@hbsslaw.com |

Only properly and timely filed responses will be considered.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING**.

Dated: April 5, 2020                                  */s/ Jeffrey R. Waxman*_____
                                                                     Jeffrey R. Waxman

2