# EXHIBIT A

# (REDACTED)

REDACTED WITH REDACT-IT

# brown**rudnick**

LOUISETTE GEISS
C/O HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION
COUNSEL)
455 NORTH CITYFRONT PLAZA DRIVE, SUITE 2410
CHICAGO, IL 60611

| | |
|---|---|
| Invoice | 6915664 |
| Date | Apr 5, 2021 |
| Client | 034717 |

RE: WEINSTEIN COMPANY HOLDS LLC

## INVOICE

For professional services rendered in connection with the above captioned matter
through March 31, 2021:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 034717.0001 | WEINSTEIN COMPANY HOLDS LLC | 945,483.43 | 25,515.59 | 970,999.02 |
| | **Total** | **945,483.43** | **25,515.59** | **970,999.02** |

| | |
|---|---|
| Total Current Fees | $945,483.43 |
| Total Current Costs | $25,515.59 |
| **Total Invoice** | **$970,999.02** |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 2

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 4

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 5

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 6

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 7

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 8

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)          Invoice 6915664
RE: WEINSTEIN COMPANY HOLDS LLC                                              Page 9
April 5, 2021

| Date | Professional | Description | Hours | Value |
| --- | --- | --- | --- | --- |

REDACTED WITH REDACT-IT



| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)          Invoice 6915664
RE: WEINSTEIN COMPANY HOLDS LLC                                                          Page 11
April 5, 2021

| Date | Professional | Description | Hours | Value |
| --- | --- | --- | --- | --- |



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 13

| Date | Professional | Description | Hours | Value |
| --- | --- | --- | --- | --- |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)    Invoice 6915664
RE: WEINSTEIN COMPANY HOLDS LLC                              Page 14
April 5, 2021

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 15

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 16

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 17

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)          Invoice 6915664
RE: WEINSTEIN COMPANY HOLDS LLC                                            Page 19
April 5, 2021

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 20

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 21

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 22

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)     Invoice 6915664
RE: WEINSTEIN COMPANY HOLDS LLC                            Page 23
April 5, 2021

| Date | Professional | Description | Hours | Value |
| --- | --- | --- | --- | --- |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 24

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 25

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 26

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 27

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 28

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| **Total Hours and Fees** | | | **799.60** | **945,483.43** |

## C O S T   D E T A I L

| Date | Description | Value |
|------|-------------|-------|
| 05/16/18 | COPIES | 0.10 |
| 05/25/18 | TELEPHONE | 0.68 |
| 05/25/18 | COPIES | 2.10 |
| 05/25/18 | COPIES | 1.70 |
| 05/25/18 | TELEPHONE | 0.68 |
| 05/30/18 | COPIES | 1.00 |
| 05/30/18 | COPIES | 0.30 |
| 05/31/18 | COURT CALL - 05/15/18; VENDOR: AMERICAN EXPRESS; INVOICE#: 051718CE; DATE: 5/17/2018 | 128.00 |
| 06/01/18 | TELEPHONE | 0.68 |
| 06/03/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 268.00 |
| 06/03/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 06/04/18 | COPIES | 1.00 |
| 06/04/18 | COPIES | 0.90 |
| 06/04/18 | COPIES | 0.90 |
| 06/04/18 | COPIES | 0.90 |
| 06/04/18 | COPIES | 1.70 |
| 06/04/18 | COPIES | 0.20 |
| 06/04/18 | COPIES | 0.20 |
| 06/04/18 | COPIES | 0.30 |
| 06/04/18 | COPIES | 2.40 |
| 06/04/18 | COPIES | 1.00 |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 29

| Date | Description | Value |
|------|-------------|------:|
| 06/04/18 | COPIES | 1.90 |
| 06/04/18 | COPIES | 6.20 |
| 06/04/18 | COPIES | 0.20 |
| 06/04/18 | COPIES | 1.20 |
| 06/04/18 | COPIES | 2.20 |
| 06/04/18 | COPIES | 13.80 |
| 06/04/18 | COPIES | 0.10 |
| 06/04/18 | COPIES | 0.10 |
| 06/04/18 | COPIES | 0.10 |
| 06/04/18 | DOCUMENT PRODUCTION | 87.00 |
| 06/04/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 06/04/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 38.11 |
| 06/04/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 06/04/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 40.00 |
| 06/04/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 198.00 |
| 06/06/18 | TELEPHONE | 1.36 |
| 06/07/18 | TELEPHONE | 1.36 |
| 06/07/18 | COPIES | 1.80 |
| 06/07/18 | COPIES | 2.60 |
| 06/07/18 | COPIES | 0.60 |
| 06/08/18 | TELEPHONE | 2.72 |
| 06/08/18 | COPIES | 0.90 |
| 06/08/18 | COPIES | 0.90 |
| 06/08/18 | DOCUMENT PRODUCTION | 15.00 |
| 06/08/18 | TELEPHONE | 2.72 |
| 06/08/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 113.00 |
| 06/08/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 06/08/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 30.00 |
| 06/12/18 | TELEPHONE | 0.68 |
| 06/13/18 | TELEPHONE | 0.68 |
| 06/13/18 | COPIES | 0.30 |
| 06/13/18 | COPIES | 0.30 |
| 06/14/18 | COPIES | 0.70 |
| 06/18/18 | COPIES | 0.30 |
| 06/18/18 | COPIES | 0.30 |
| 06/18/18 | COPIES | 1.20 |
| 06/18/18 | COPIES | 0.20 |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 30

| Date | Description | Value |
|------|-------------|------:|
| 06/18/18 | COPIES | 0.40 |
| 06/18/18 | COPIES | 0.20 |
| 06/19/18 | COPIES | 0.10 |
| 06/19/18 | COPIES | 0.20 |
| 06/19/18 | COPIES | 14.70 |
| 06/19/18 | COPIES | 1.50 |
| 06/19/18 | COPIES | 8.60 |
| 06/19/18 | COPIES | 0.20 |
| 06/19/18 | COPIES | 0.10 |
| 06/19/18 | COPIES | 14.70 |
| 06/19/18 | COPIES | 1.10 |
| 06/19/18 | COPIES | 2.00 |
| 06/19/18 | COPIES | 0.20 |
| 06/19/18 | COPIES | 0.20 |
| 06/19/18 | COPIES | 0.10 |
| 06/19/18 | COPIES | 2.00 |
| 06/19/18 | COPIES | 2.40 |
| 06/19/18 | COPIES | 14.70 |
| 06/19/18 | COPIES | 0.60 |
| 06/19/18 | COPIES | 0.80 |
| 06/19/18 | COPIES | 0.20 |
| 06/19/18 | COPIES | 1.10 |
| 06/19/18 | COPIES | 0.20 |
| 06/19/18 | COPIES | 0.20 |
| 06/19/18 | COPIES | 0.70 |
| 06/19/18 | COLOR COPIES | 0.20 |
| 06/19/18 | COLOR COPIES | 7.80 |
| 06/19/18 | COLOR COPIES | 5.70 |
| 06/19/18 | COLOR COPIES | 10.40 |
| 06/19/18 | COLOR COPIES | 11.60 |
| 06/19/18 | COLOR COPIES | 0.70 |
| 06/19/18 | COLOR COPIES | 0.60 |
| 06/19/18 | COLOR COPIES | 0.30 |
| 06/19/18 | COLOR COPIES | 0.40 |
| 06/19/18 | COLOR COPIES | 0.30 |
| 06/19/18 | COLOR COPIES | 0.10 |
| 06/19/18 | COLOR COPIES | 0.70 |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 31

| Date | Description | Value |
|------|-------------|------:|
| 06/19/18 | COLOR COPIES | 2.70 |
| 06/19/18 | COLOR COPIES | 0.20 |
| 06/19/18 | COLOR COPIES | 0.10 |
| 06/19/18 | COLOR COPIES | 0.70 |
| 06/19/18 | DOCUMENT PRODUCTION | 90.00 |
| 06/19/18 | DOCUMENT PRODUCTION | 45.00 |
| 06/19/18 | TELECONFERENCING | 4.60 |
| 06/20/18 | COPIES | 0.20 |
| 06/20/18 | COPIES | 0.20 |
| 06/20/18 | COPIES | 0.10 |
| 06/20/18 | COPIES | 0.20 |
| 06/20/18 | COPIES | 0.10 |
| 06/20/18 | DOCUMENT PRODUCTION | 3.00 |
| 06/21/18 | COPIES | 0.70 |
| 06/21/18 | COPIES | 2.20 |
| 06/21/18 | COPIES | 3.10 |
| 06/21/18 | COPIES | 3.90 |
| 06/21/18 | DOCUMENT PRODUCTION | 6.00 |
| 06/22/18 | COPIES | 8.70 |
| 06/22/18 | COPIES | 14.00 |
| 06/22/18 | COLOR COPIES | 44.00 |
| 06/22/18 | COLOR COPIES | 0.30 |
| 06/22/18 | DOCUMENT PRODUCTION | 69.00 |
| 06/25/18 | COPIES | 0.10 |
| 06/25/18 | COPIES | 1.50 |
| 06/25/18 | COLOR COPIES | 0.10 |
| 06/25/18 | COLOR COPIES | 0.10 |
| 06/25/18 | DOCUMENT PRODUCTION | 7.50 |
| 06/26/18 | COPIES | 1.60 |
| 06/26/18 | COPIES | 0.10 |
| 06/26/18 | COPIES | 2.00 |
| 06/26/18 | COPIES | 2.50 |
| 06/26/18 | COPIES | 3.80 |
| 06/26/18 | COPIES | 6.40 |
| 06/26/18 | COPIES | 2.70 |
| 06/26/18 | DOCUMENT PRODUCTION | 3.00 |
| 06/26/18 | DOCUMENT PRODUCTION | 18.00 |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 32

| Date | Description | Value |
|------|-------------|-------|
| 06/26/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 06/26/18 | TELECONFERENCING | 3.81 |
| 06/27/18 | COPIES | 2.90 |
| 06/28/18 | COPIES | 0.30 |
| 06/28/18 | COPIES | 0.20 |
| 06/28/18 | COPIES | 0.30 |
| 06/28/18 | COPIES | 0.30 |
| 07/01/18 | PACER | 104.60 |
| 07/01/18 | PACER | 16.00 |
| 07/01/18 | PACER | 14.40 |
| 07/01/18 | PACER | 8.00 |
| 07/01/18 | PACER | 27.50 |
| 07/01/18 | PACER | 12.70 |
| 07/03/18 | COURT CALL - VENDOR: AMERICAN EXPRESS; INVOICE#: 071618HC; DATE: 7/16/2018 | 30.00 |
| 07/05/18 | COPIES | 0.80 |
| 07/05/18 | COPIES | 0.20 |
| 07/05/18 | COPIES | 5.60 |
| 07/05/18 | COPIES | 1.50 |
| 07/05/18 | COPIES | 4.10 |
| 07/05/18 | COPIES | 2.40 |
| 07/05/18 | COPIES | 0.20 |
| 07/05/18 | COPIES | 0.20 |
| 07/05/18 | COPIES | 0.70 |
| 07/05/18 | COPIES | 0.10 |
| 07/05/18 | COPIES | 0.10 |
| 07/05/18 | DOCUMENT PRODUCTION | 39.00 |
| 07/10/18 | COPIES | 1.40 |
| 07/12/18 | TELECONFERENCING | 1.88 |
| 07/13/18 | TELECONFERENCING | 2.02 |
| 07/17/18 | COLOR COPIES | 0.10 |
| 07/18/18 | TELEPHONE | 0.68 |
| 07/18/18 | COLOR COPIES | 0.50 |
| 07/19/18 | TELEPHONE | 3.74 |
| 07/19/18 | TELEPHONE | 2.04 |
| 07/19/18 | TELEPHONE | 1.70 |
| 07/20/18 | COPIES | 0.30 |



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 33

| Date | Description | Value |
|------|-------------|------:|
| 07/20/18 | COPIES | 11.50 |
| 07/20/18 | COPIES | 0.10 |
| 07/20/18 | COPIES | 0.20 |
| 07/23/18 | COPIES | 0.20 |
| 07/27/18 | DOCUMENT PRODUCTION | 22.50 |
| 07/31/18 | TELEPHONE | 3.40 |
| 07/31/18 | COPIES | 1.90 |
| 07/31/18 | COPIES | 3.20 |
| 07/31/18 | COPIES | 2.40 |
| 07/31/18 | COPIES | 0.60 |
| 08/01/18 | PACER | 6.10 |
| 08/01/18 | PACER | 45.30 |
| 08/01/18 | PACER | 42.90 |
| 08/01/18 | PACER | 2.40 |
| 08/01/18 | PACER | 41.10 |
| 08/01/18 | PACER | 4.40 |
| 08/02/18 | TELEPHONE | 1.36 |
| 08/02/18 | COPIES | 25.80 |
| 08/02/18 | COPIES | 29.40 |
| 08/02/18 | COPIES | 4.20 |
| 08/02/18 | COPIES | 2.40 |
| 08/02/18 | COPIES | 34.20 |
| 08/02/18 | COPIES | 0.90 |
| 08/02/18 | COPIES | 78.60 |
| 08/02/18 | COPIES | 1.50 |
| 08/02/18 | COPIES | 0.30 |
| 08/02/18 | DOCUMENT PRODUCTION | 67.50 |
| 08/02/18 | DOCUMENT PRODUCTION | 6.00 |
| 08/02/18 | TELEPHONE | 3.40 |
| 08/03/18 | TELEPHONE | 3.40 |
| 08/03/18 | TELEPHONE | 0.68 |
| 08/03/18 | COPIES | 0.30 |
| 08/03/18 | COPIES | 4.20 |
| 08/03/18 | COPIES | 2.40 |
| 08/03/18 | COPIES | 8.10 |
| 08/07/18 | TELEPHONE | 0.68 |
| 08/07/18 | TELECONFERENCING | 0.94 |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 34

| Date | Description | Value |
|------|-------------|-------|
| 08/08/18 | TELEPHONE | 3.40 |
| 08/08/18 | COPIES | 0.60 |
| 08/08/18 | COPIES | 1.50 |
| 08/08/18 | COPIES | 0.90 |
| 08/08/18 | COPIES | 0.60 |
| 08/08/18 | COPIES | 0.60 |
| 08/08/18 | COPIES | 0.60 |
| 08/08/18 | DOCUMENT PRODUCTION | 33.00 |
| 08/08/18 | DOCUMENT PRODUCTION | 3.00 |
| 08/09/18 | COPIES | 0.60 |
| 08/09/18 | DOCUMENT PRODUCTION | 15.00 |
| 08/09/18 | DOCUMENT PRODUCTION | 4.50 |
| 08/14/18 | COPIES | 5.40 |
| 08/14/18 | COPIES | 5.70 |
| 08/14/18 | DOCUMENT PRODUCTION | 4.50 |
| 08/15/18 | COPIES | 8.40 |
| 08/15/18 | COPIES | 7.20 |
| 08/15/18 | COPIES | 1.20 |
| 08/15/18 | COPIES | 6.90 |
| 08/15/18 | COPIES | 4.50 |
| 08/15/18 | COPIES | 1.50 |
| 08/15/18 | COPIES | 3.00 |
| 08/15/18 | COPIES | 0.60 |
| 08/15/18 | COPIES | 0.60 |
| 08/15/18 | COPIES | 3.30 |
| 08/15/18 | COPIES | 2.10 |
| 08/15/18 | COPIES | 1.80 |
| 08/15/18 | COPIES | 3.60 |
| 08/15/18 | COPIES | 0.30 |
| 08/15/18 | COPIES | 0.60 |
| 08/15/18 | COPIES | 2.40 |
| 08/15/18 | COPIES | 4.80 |
| 08/15/18 | COPIES | 0.30 |
| 08/15/18 | COPIES | 8.10 |
| 08/15/18 | COPIES | 46.20 |
| 08/15/18 | DOCUMENT PRODUCTION | 229.50 |
| 08/16/18 | COPIES | 0.30 |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 35

| Date | Description | Value |
|------|-------------|-------|
| 08/16/18 | COPIES | 0.30 |
| 08/16/18 | COPIES | 2.10 |
| 08/16/18 | COPIES | 0.60 |
| 08/16/18 | COPIES | 1.80 |
| 08/16/18 | COPIES | 25.80 |
| 08/16/18 | DOCUMENT PRODUCTION | 331.50 |
| 08/21/18 | COPIES | 10.50 |
| 08/22/18 | TELEPHONE | 1.70 |
| 09/01/18 | PACER | 24.90 |
| 09/01/18 | PACER | 5.70 |
| 09/04/18 | COPIES | 0.60 |
| 09/04/18 | COPIES | 0.60 |
| 09/04/18 | COPIES | 0.30 |
| 09/04/18 | COPIES | 0.30 |
| 09/04/18 | COPIES | 1.20 |
| 09/04/18 | COPIES | 10.50 |
| 09/06/18 | COPIES | 0.60 |
| 09/06/18 | COPIES | 4.80 |
| 09/06/18 | COPIES | 17.70 |
| 09/06/18 | COPIES | 0.30 |
| 09/06/18 | COPIES | 5.70 |
| 09/06/18 | DOCUMENT PRODUCTION | 6.00 |
| 09/06/18 | DOCUMENT PRODUCTION | 19.50 |
| 09/06/18 | DOCUMENT PRODUCTION | 3.00 |
| 09/06/18 | ACCUROUTE SCAN | 0.20 |
| 09/10/18 | COPIES | 67.80 |
| 09/10/18 | COPIES | 10.50 |
| 09/10/18 | COPIES | 1.50 |
| 09/10/18 | COPIES | 10.50 |
| 09/10/18 | COPIES | 1.50 |
| 09/10/18 | COPIES | 0.30 |
| 09/10/18 | COPIES | 6.00 |
| 09/10/18 | COPIES | 31.20 |
| 09/10/18 | COPIES | 0.60 |
| 09/10/18 | COPIES | 34.80 |
| 09/10/18 | COPIES | 31.20 |
| 09/10/18 | COPIES | 0.30 |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 36

| Date | Description | Value |
|------|-------------|------:|
| 09/10/18 | COPIES | 0.30 |
| 09/10/18 | COPIES | 0.90 |
| 09/10/18 | COPIES | 3.00 |
| 09/10/18 | COPIES | 4.20 |
| 09/10/18 | COLOR COPIES | 1.80 |
| 09/10/18 | COLOR COPIES | 7.20 |
| 09/10/18 | COLOR COPIES | 3.60 |
| 09/10/18 | COLOR COPIES | 3.60 |
| 09/10/18 | COLOR COPIES | 14.40 |
| 09/10/18 | COLOR COPIES | 37.80 |
| 09/10/18 | COLOR COPIES | 43.20 |
| 09/10/18 | COLOR COPIES | 37.80 |
| 09/10/18 | COLOR COPIES | 1.80 |
| 09/10/18 | COLOR COPIES | 16.20 |
| 09/10/18 | COLOR COPIES | 3.60 |
| 09/10/18 | COLOR COPIES | 3.60 |
| 09/10/18 | COLOR COPIES | 3.60 |
| 09/10/18 | COLOR COPIES | 3.60 |
| 09/10/18 | COLOR COPIES | 3.60 |
| 09/10/18 | DOCUMENT PRODUCTION | 90.00 |
| 09/10/18 | DOCUMENT PRODUCTION | 270.00 |
| 09/11/18 | DOCUMENT PRODUCTION | 22.50 |
| 09/13/18 | COPIES | 35.70 |
| 09/14/18 | DOCUMENT PRODUCTION | 3.00 |
| 09/17/18 | TELEPHONE | 19.38 |
| 09/17/18 | COPIES | 0.30 |
| 09/17/18 | COPIES | 1.20 |
| 09/17/18 | DOCUMENT PRODUCTION | 3.00 |
| 09/21/18 | COPIES | 0.30 |
| 09/21/18 | COPIES | 1.50 |
| 09/25/18 | COPIES | 0.30 |
| 09/25/18 | COPIES | 3.90 |
| 09/26/18 | COPIES | 34.50 |
| 09/26/18 | COPIES | 1.50 |
| 09/26/18 | COPIES | 0.30 |
| 09/26/18 | COPIES | 20.70 |
| 09/26/18 | COPIES | 20.70 |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 37

| Date | Description | Value |
|------|-------------|------:|
| 09/26/18 | COPIES | 0.30 |
| 09/26/18 | COPIES | 0.60 |
| 09/27/18 | TELECONFERENCING | 3.36 |
| 09/28/18 | COLOR COPIES | 3.60 |
| 10/02/18 | COPIES | 1.20 |
| 10/02/18 | COPIES | 1.20 |
| 10/02/18 | DOCUMENT PRODUCTION | 12.00 |
| 10/03/18 | COPIES | 0.30 |
| 10/03/18 | DOCUMENT PRODUCTION | 94.50 |
| 10/04/18 | TELEPHONE | 0.68 |
| 10/04/18 | COPIES | 0.60 |
| 10/04/18 | COPIES | 0.60 |
| 10/04/18 | COPIES | 1.20 |
| 10/04/18 | DOCUMENT PRODUCTION | 231.00 |
| 10/08/18 | TELEPHONE | 10.54 |
| 10/08/18 | COPIES | 0.90 |
| 10/08/18 | COPIES | 0.60 |
| 10/08/18 | COPIES | 0.30 |
| 10/08/18 | COPIES | 0.60 |
| 10/08/18 | COPIES | 0.60 |
| 10/08/18 | COPIES | 8.70 |
| 10/08/18 | COPIES | 8.70 |
| 10/08/18 | COPIES | 8.70 |
| 10/08/18 | DOCUMENT PRODUCTION | 321.00 |
| 10/08/18 | DOCUMENT PRODUCTION | 10.50 |
| 10/09/18 | TELEPHONE | 13.60 |
| 10/09/18 | COPIES | 14.10 |
| 10/09/18 | COPIES | 1.20 |
| 10/09/18 | COPIES | 1.20 |
| 10/09/18 | COPIES | 0.60 |
| 10/09/18 | COPIES | 0.60 |
| 10/09/18 | COPIES | 0.30 |
| 10/09/18 | COPIES | 0.60 |
| 10/09/18 | COPIES | 16.80 |
| 10/09/18 | COPIES | 16.80 |
| 10/09/18 | COPIES | 16.80 |
| 10/09/18 | COPIES | 5.10 |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 38

| Date | Description | Value |
|------|-------------|------:|
| 10/09/18 | COPIES | 0.60 |
| 10/09/18 | COPIES | 0.60 |
| 10/09/18 | COPIES | 1.20 |
| 10/09/18 | COPIES | 1.20 |
| 10/09/18 | COPIES | 0.60 |
| 10/09/18 | COPIES | 0.30 |
| 10/09/18 | COPIES | 0.30 |
| 10/09/18 | COPIES | 0.30 |
| 10/09/18 | COPIES | 0.60 |
| 10/09/18 | COPIES | 0.90 |
| 10/09/18 | DOCUMENT PRODUCTION | 255.00 |
| 10/09/18 | DOCUMENT PRODUCTION | 6.00 |
| 10/09/18 | DOCUMENT PRODUCTION | 112.50 |
| 10/10/18 | COURT CALL - 07/17/18; VENDOR: AMERICAN EXPRESS; INVOICE#: 081618DKRC; DATE: 10/10/2018 | 51.00 |
| 10/10/18 | COURT CALL - 07/24/18; VENDOR: AMERICAN EXPRESS; INVOICE#: 081618DKRC; DATE: 10/10/2018 | 30.00 |
| 10/10/18 | COURT CALL - 08/04/18; VENDOR: AMERICAN EXPRESS; INVOICE#: 081618DKRC; DATE: 10/10/2018 | 30.00 |
| 10/10/18 | COURT CALL - 08/04/18; VENDOR: AMERICAN EXPRESS; INVOICE#: 081618DKRC; DATE: 10/10/2018 | 30.00 |
| 10/10/18 | COURT CALL - 09/10/18; VENDOR: AMERICAN EXPRESS; INVOICE#: 091618HC; DATE: 9/16/2018 | 58.00 |
| 10/10/18 | COPIES | 5.70 |
| 10/10/18 | COPIES | 2.40 |
| 10/10/18 | COPIES | 0.60 |
| 10/10/18 | COPIES | 1.20 |
| 10/10/18 | COPIES | 0.60 |
| 10/10/18 | COPIES | 1.20 |
| 10/10/18 | COPIES | 1.20 |
| 10/10/18 | COPIES | 0.90 |
| 10/10/18 | COPIES | 0.30 |
| 10/10/18 | COPIES | 17.10 |
| 10/10/18 | COPIES | 2.40 |
| 10/10/18 | COPIES | 1.20 |
| 10/10/18 | COPIES | 17.10 |
| 10/10/18 | DOCUMENT PRODUCTION | 33.00 |
| 10/10/18 | DOCUMENT PRODUCTION | 3.00 |
| 10/10/18 | DOCUMENT PRODUCTION | 33.00 |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)          Invoice 6915664
RE: WEINSTEIN COMPANY HOLDS LLC                                Page 39
April 5, 2021

| Date | Description | Value |
|------|-------------|-------|
| 10/10/18 | DOCUMENT PRODUCTION | 4.50 |
| 10/11/18 | COPIES | 17.40 |
| 10/11/18 | COPIES | 8.40 |
| 10/11/18 | COPIES | 8.40 |
| 10/11/18 | COPIES | 15.00 |
| 10/11/18 | COPIES | 17.40 |
| 10/11/18 | COPIES | 0.60 |
| 10/11/18 | COPIES | 16.80 |
| 10/11/18 | COPIES | 8.40 |
| 10/11/18 | COLOR COPIES | 2,520.00 |
| 10/11/18 | DOCUMENT PRODUCTION | 187.50 |
| 10/12/18 | DOCUMENT PRODUCTION | 126.00 |
| 10/16/18 | COPIES | 0.90 |
| 10/16/18 | COPIES | 4.20 |
| 10/16/18 | COPIES | 0.90 |
| 10/16/18 | COPIES | 3.90 |
| 10/16/18 | COPIES | 0.90 |
| 10/16/18 | COPIES | 4.50 |
| 10/16/18 | COPIES | 0.90 |
| 10/16/18 | COPIES | 3.90 |
| 10/16/18 | COPIES | 0.90 |
| 10/16/18 | COPIES | 3.90 |
| 10/16/18 | DOCUMENT PRODUCTION | 39.00 |
| 10/16/18 | DOCUMENT PRODUCTION | 105.00 |
| 10/16/18 | DOCUMENT PRODUCTION | 21.00 |
| 10/16/18 | COURT CALL - 09/27/18; VENDOR: AMERICAN EXPRESS; INVOICE#: 101618HC; DATE: 10/16/2018 | 58.00 |
| 10/17/18 | DOCUMENT PRODUCTION | 36.00 |
| 10/18/18 | COPIES | 3.00 |
| 10/19/18 | COPIES | 2.40 |
| 10/19/18 | COPIES | 0.60 |
| 10/19/18 | DOCUMENT PRODUCTION | 6.00 |
| 10/19/18 | DOCUMENT PRODUCTION | 21.00 |
| 10/19/18 | DOCUMENT PRODUCTION | 3.00 |
| 10/23/18 | TELEPHONE | 2.04 |
| 10/24/18 | COPIES | 1.20 |
| 10/24/18 | DOCUMENT PRODUCTION | 244.50 |



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 40

| Date | Description | Value |
|------|-------------|------:|
| 10/25/18 | COPIES | 1.80 |
| 10/25/18 | DOCUMENT PRODUCTION | 258.00 |
| 10/26/18 | DOCUMENT PRODUCTION | 4.50 |
| 10/26/18 | DOCUMENT PRODUCTION | 4.50 |
| 10/26/18 | TELECONFERENCING | 4.51 |
| 10/29/18 | DOCUMENT PRODUCTION | 45.00 |
| 10/30/18 | COPIES | 0.30 |
| 10/30/18 | COPIES | 1.50 |
| 10/30/18 | COPIES | 5.40 |
| 10/30/18 | COPIES | 0.90 |
| 10/30/18 | COPIES | 2.70 |
| 10/30/18 | COPIES | 3.60 |
| 10/30/18 | COPIES | 46.20 |
| 10/30/18 | COPIES | 1.80 |
| 10/30/18 | DOCUMENT PRODUCTION | 156.00 |
| 10/30/18 | DOCUMENT PRODUCTION | 22.50 |
| 10/30/18 | DOCUMENT PRODUCTION | 18.00 |
| 10/30/18 | DOCUMENT PRODUCTION | 25.50 |
| 10/30/18 | TELECONFERENCING | 6.83 |
| 10/31/18 | COPIES | 11.40 |
| 10/31/18 | COPIES | 8.10 |
| 10/31/18 | COPIES | 1.80 |
| 10/31/18 | COPIES | 6.30 |
| 10/31/18 | COPIES | 6.30 |
| 10/31/18 | DOCUMENT PRODUCTION | 4.50 |
| 10/31/18 | DOCUMENT PRODUCTION | 15.00 |
| 10/31/18 | DOCUMENT PRODUCTION | 7.50 |
| 10/31/18 | DOCUMENT PRODUCTION | 4.50 |
| 10/31/18 | TELECONFERENCING | 10.06 |
| 11/01/18 | DOCUMENT PRODUCTION | 6.00 |
| 11/01/18 | DOCUMENT PRODUCTION | 7.50 |
| 11/01/18 | PACER | 9.00 |
| 11/01/18 | PACER | 11.00 |
| 11/02/18 | TELEPHONE | 1.36 |
| 11/02/18 | COPIES | 0.60 |
| 11/02/18 | COPIES | 0.30 |
| 11/02/18 | COPIES | 0.90 |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 41

| Date | Description | Value |
|------|-------------|------:|
| 11/02/18 | COPIES | 0.90 |
| 11/02/18 | COPIES | 2.40 |
| 11/02/18 | DOCUMENT PRODUCTION | 241.50 |
| 11/05/18 | TELEPHONE | 0.68 |
| 11/05/18 | COPIES | 3.00 |
| 11/05/18 | COPIES | 0.30 |
| 11/05/18 | COPIES | 3.00 |
| 11/05/18 | COPIES | 2.40 |
| 11/05/18 | COPIES | 1.80 |
| 11/05/18 | COPIES | 12.00 |
| 11/05/18 | COPIES | 2.70 |
| 11/05/18 | COPIES | 0.90 |
| 11/05/18 | COPIES | 3.00 |
| 11/05/18 | COPIES | 3.00 |
| 11/05/18 | COPIES | 0.90 |
| 11/05/18 | COPIES | 1.80 |
| 11/05/18 | COPIES | 0.60 |
| 11/05/18 | COPIES | 1.20 |
| 11/05/18 | COPIES | 0.60 |
| 11/05/18 | COPIES | 0.90 |
| 11/05/18 | COPIES | 3.00 |
| 11/05/18 | COPIES | 10.50 |
| 11/05/18 | COPIES | 2.10 |
| 11/05/18 | COPIES | 79.20 |
| 11/05/18 | COPIES | 1.80 |
| 11/05/18 | COPIES | 1.80 |
| 11/05/18 | COPIES | 0.30 |
| 11/05/18 | COPIES | 1.50 |
| 11/05/18 | COPIES | 0.30 |
| 11/05/18 | COPIES | 4.50 |
| 11/05/18 | COPIES | 8.40 |
| 11/05/18 | COPIES | 8.40 |
| 11/05/18 | COPIES | 4.50 |
| 11/05/18 | COPIES | 1.50 |
| 11/05/18 | COPIES | 2.10 |
| 11/05/18 | COPIES | 0.30 |
| 11/05/18 | COPIES | 0.30 |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 42

| Date | Description | Value |
|------|-------------|------:|
| 11/05/18 | COPIES | 0.30 |
| 11/05/18 | DOCUMENT PRODUCTION | 180.00 |
| 11/05/18 | DOCUMENT PRODUCTION | 19.50 |
| 11/05/18 | DOCUMENT PRODUCTION | 432.00 |
| 11/05/18 | DOCUMENT PRODUCTION | 45.00 |
| 11/06/18 | COPIES | 0.30 |
| 11/06/18 | COPIES | 103.50 |
| 11/06/18 | COPIES | 4.50 |
| 11/06/18 | COPIES | 30.00 |
| 11/06/18 | DOCUMENT PRODUCTION | 90.00 |
| 11/06/18 | DOCUMENT PRODUCTION | 160.50 |
| 11/06/18 | DOCUMENT PRODUCTION | 90.00 |
| 11/06/18 | DOCUMENT PRODUCTION | 945.00 |
| 11/07/18 | COPIES | 9.00 |
| 11/07/18 | COPIES | 0.30 |
| 11/07/18 | DOCUMENT PRODUCTION | 135.00 |
| 11/07/18 | DOCUMENT PRODUCTION | 112.50 |
| 11/07/18 | DOCUMENT PRODUCTION | 3.00 |
| 11/07/18 | DOCUMENT PRODUCTION | 540.00 |
| 11/08/18 | COPIES | 0.90 |
| 11/08/18 | COPIES | 0.30 |
| 11/08/18 | TELEPHONE | 7.82 |
| 11/09/18 | COPIES | 4.80 |
| 11/12/18 | COPIES | 1.20 |
| 11/12/18 | COPIES | 4.50 |
| 11/12/18 | COPIES | 3.60 |
| 11/12/18 | DOCUMENT PRODUCTION | 19.50 |
| 11/12/18 | DOCUMENT PRODUCTION | 7.50 |
| 11/12/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 15.00 |
| 11/12/18 | OVERNIGHT DELIVERY | 30.00 |
| 11/13/18 | COPIES | 0.30 |
| 11/13/18 | DOCUMENT PRODUCTION | 1.50 |
| 11/15/18 | COPIES | 1.20 |
| 11/15/18 | COPIES | 6.90 |
| 11/15/18 | COPIES | 7.20 |
| 11/16/18 | TELEPHONE | 6.12 |
| 11/18/18 | MEALS - MEALS 11/06/18 VENDOR: SEAMLESSWEB NORTH AMERICA LLC; | 518.97 |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 43

| Date | Description | Value |
|------|-------------|-------|
| | INVOICE#: 3032054; DATE: 11/18/2018  -  MEALS NY | |
| 11/18/18 | MEALS - MEALS 11/07/18 VENDOR: SEAMLESSWEB NORTH AMERICA LLC; INVOICE#: 3032054; DATE: 11/18/2018  -  MEALS NY | 524.10 |
| 11/19/18 | COPIES | 1.20 |
| 11/19/18 | COPIES | 50.70 |
| 11/19/18 | COPIES | 2.70 |
| 11/19/18 | COPIES | 2.40 |
| 11/19/18 | COPIES | 3.90 |
| 11/19/18 | COPIES | 2.40 |
| 11/19/18 | COPIES | 3.90 |
| 11/19/18 | COPIES | 5.40 |
| 11/19/18 | COPIES | 0.90 |
| 11/19/18 | COPIES | 3.00 |
| 11/19/18 | COPIES | 3.30 |
| 11/19/18 | DOCUMENT PRODUCTION | 39.00 |
| 11/19/18 | DOCUMENT PRODUCTION | 4.50 |
| 11/19/18 | DOCUMENT PRODUCTION | 87.00 |
| 11/19/18 | DOCUMENT PRODUCTION | 19.50 |
| 11/19/18 | DOCUMENT PRODUCTION | 4.50 |
| 11/20/18 | COPIES | 2.40 |
| 11/20/18 | COPIES | 2.40 |
| 11/26/18 | COPIES | 1.20 |
| 11/27/18 | COPIES | 2.10 |
| 11/27/18 | COPIES | 5.10 |
| 11/27/18 | COPIES | 6.00 |
| 11/27/18 | COPIES | 0.60 |
| 11/27/18 | COPIES | 1.80 |
| 11/27/18 | COPIES | 5.40 |
| 11/27/18 | COPIES | 1.80 |
| 11/27/18 | COPIES | 5.40 |
| 11/27/18 | DOCUMENT PRODUCTION | 4.50 |
| 11/27/18 | DOCUMENT PRODUCTION | 16.50 |
| 12/01/18 | PACER | 1.10 |
| 12/01/18 | PACER | 3.00 |
| 12/01/18 | PACER | 0.50 |
| 12/01/18 | PACER | 15.60 |
| 12/03/18 | TELEPHONE | 8.84 |



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 44

| Date | Description | Value |
|------|-------------|------:|
| 12/03/18 | COPIES | 6.60 |
| 12/03/18 | COPIES | 6.00 |
| 12/03/18 | COPIES | 0.60 |
| 12/03/18 | COPIES | 0.90 |
| 12/03/18 | COPIES | 6.00 |
| 12/03/18 | COPIES | 3.60 |
| 12/03/18 | COPIES | 0.30 |
| 12/03/18 | COPIES | 6.90 |
| 12/03/18 | COPIES | 0.60 |
| 12/03/18 | COPIES | 0.90 |
| 12/03/18 | COPIES | 6.00 |
| 12/03/18 | COPIES | 2.10 |
| 12/03/18 | COPIES | 3.30 |
| 12/03/18 | COPIES | 0.30 |
| 12/03/18 | DOCUMENT PRODUCTION | 4.50 |
| 12/03/18 | DOCUMENT PRODUCTION | 9.00 |
| 12/03/18 | DOCUMENT PRODUCTION | 97.50 |
| 12/03/18 | DOCUMENT PRODUCTION | 13.50 |
| 12/03/18 | DOCUMENT PRODUCTION | 3.00 |
| 12/03/18 | DOCUMENT PRODUCTION | 1.50 |
| 12/03/18 | ACCUROUTE SCAN | 1.20 |
| 12/03/18 | TELECONFERENCING | 8.23 |
| 12/03/18 | TELECONFERENCING | 1.55 |
| 12/03/18 | TELECONFERENCING | 7.58 |
| 12/04/18 | COPIES | 0.30 |
| 12/04/18 | COPIES | 0.30 |
| 12/04/18 | COPIES | 6.90 |
| 12/04/18 | COPIES | 6.90 |
| 12/04/18 | COPIES | 0.30 |
| 12/04/18 | COPIES | 3.30 |
| 12/04/18 | COPIES | 0.30 |
| 12/04/18 | COPIES | 7.20 |
| 12/04/18 | COPIES | 7.20 |
| 12/04/18 | COPIES | 6.90 |
| 12/04/18 | COPIES | 2.40 |
| 12/04/18 | COPIES | 3.30 |
| 12/04/18 | COPIES | 0.30 |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 45

| Date | Description | Value |
|------|-------------|-------|
| 12/04/18 | DOCUMENT PRODUCTION | 46.50 |
| 12/04/18 | DOCUMENT PRODUCTION | 51.00 |
| 12/04/18 | DOCUMENT PRODUCTION | 3.00 |
| 12/04/18 | DOCUMENT PRODUCTION | 31.50 |
| 12/06/18 | COPIES | 0.90 |
| 12/06/18 | COPIES | 4.80 |
| 12/06/18 | DOCUMENT PRODUCTION | 82.50 |
| 12/07/18 | TELEPHONE | 1.36 |
| 12/07/18 | COPIES | 0.60 |
| 12/07/18 | COPIES | 17.70 |
| 12/07/18 | DOCUMENT PRODUCTION | 13.50 |
| 12/07/18 | DOCUMENT PRODUCTION | 22.50 |
| 12/07/18 | DOCUMENT PRODUCTION | 10.50 |
| 12/07/18 | DOCUMENT PRODUCTION | 3.00 |
| 12/10/18 | COPIES | 2.70 |
| 12/10/18 | COPIES | 0.30 |
| 12/10/18 | COPIES | 17.10 |
| 12/10/18 | COPIES | 0.30 |
| 12/10/18 | COPIES | 3.90 |
| 12/10/18 | COPIES | 0.90 |
| 12/10/18 | COPIES | 2.70 |
| 12/10/18 | COPIES | 2.70 |
| 12/10/18 | DOCUMENT PRODUCTION | 4.50 |
| 12/10/18 | DOCUMENT PRODUCTION | 9.00 |
| 12/10/18 | DOCUMENT PRODUCTION | 60.00 |
| 12/10/18 | DOCUMENT PRODUCTION | 10.50 |
| 12/10/18 | DOCUMENT PRODUCTION | 15.00 |
| 12/10/18 | DOCUMENT PRODUCTION | 3.00 |
| 12/11/18 | DOCUMENT PRODUCTION | 300.00 |
| 12/11/18 | DOCUMENT PRODUCTION | 1,080.00 |
| 12/12/18 | DOCUMENT PRODUCTION | 45.00 |
| 12/12/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 12/12/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 15.00 |
| 12/12/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 12/12/18 | DOCUMENT PRODUCTION | 1,080.00 |
| 12/12/18 | OUTSIDE COPIES - VENDOR: RELIABLE COPY SERVICE INC.; INVOICE#: WL082027; DATE: 12/12/2018  -  OUTSIDE COPIES | 81.60 |



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)     Invoice 6915664
RE: WEINSTEIN COMPANY HOLDS LLC                             Page 46
April 5, 2021

| Date | Description | Value |
|------|-------------|------:|
| 12/13/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 8.00 |
| 12/13/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 1,401.00 |
| 12/14/18 | DOCUMENT PRODUCTION | 55.50 |
| 12/14/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 12/14/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 104.00 |
| 12/14/18 | TAXI - C HEPBURN TAXI 12/11/18 VENDOR: GSL LIMOUSINES CORP; INVOICE#: 54439; DATE: 12/14/2018  -  NY TAXI | 110.44 |
| 12/14/18 | TAXI - C HEPBURN TAXI 12/12/18 VENDOR: GSL LIMOUSINES CORP; INVOICE#: 54439; DATE: 12/14/2018  -  NY TAXI | 110.44 |
| 12/16/18 | MEALS - S WISSNER-GROSS MEALS 12/12/18 VENDOR: SEAMLESSWEB NORTH AMERICA LLC; INVOICE#: 3049283; DATE: 12/16/2018  -  MEALS NY | 512.98 |
| 12/16/18 | MEALS - S WISSNER-GROSS MEALS 12/10/18 VENDOR: SEAMLESSWEB NORTH AMERICA LLC; INVOICE#: 3049283; DATE: 12/16/2018  -  MEALS NY | 547.56 |
| 12/17/18 | COPIES | 1.20 |
| 12/19/18 | COPIES | 0.30 |
| 12/19/18 | COPIES | 3.00 |
| 12/19/18 | DOCUMENT PRODUCTION | 6.00 |
| 12/20/18 | COPIES | 0.60 |
| 12/20/18 | COPIES | 0.60 |
| 12/22/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 12/22/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 168.00 |
| 12/22/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 396.00 |
| 12/23/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 12/23/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 25.00 |
| 12/23/18 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 01/02/19 | COPIES | 46.50 |
| 01/02/19 | DOCUMENT PRODUCTION | 3.00 |
| 01/03/19 | MEALS - MEALS 10/11/18 VENDOR: SEAMLESSWEB NORTH AMERICA LLC; INVOICE#: 3013371; DATE: 1/3/2019  -  NY MEALS | 335.24 |
| 01/07/19 | TELEPHONE | 0.68 |
| 01/07/19 | COPIES | 1.80 |
| 01/08/19 | COURT CALL - 11/27/18; VENDOR: AMERICAN EXPRESS; INVOICE#: 121618CE; DATE: 12/16/2018 | 44.00 |
| 01/08/19 | COURT CALL - 11/27/18; VENDOR: AMERICAN EXPRESS; INVOICE#: 121618CE; DATE: 12/16/2018 | 44.00 |
| 01/08/19 | TELEPHONE | 3.06 |
| 01/09/19 | COPIES | 0.60 |
| 01/09/19 | COPIES | 0.60 |
| 01/09/19 | COPIES | 0.60 |
| 01/09/19 | COPIES | 0.60 |



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)  Invoice 6915664
RE: WEINSTEIN COMPANY HOLDS LLC                          Page 47
April 5, 2021

| Date | Description | Value |
|------|-------------|------:|
| 01/09/19 | COPIES | 0.60 |
| 01/09/19 | DOCUMENT PRODUCTION | 18.00 |
| 01/09/19 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 01/09/19 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 243.00 |
| 01/09/19 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 01/09/19 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 01/09/19 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 01/10/19 | TAXI - VENDOR: EMILY KORUDA; INVOICE#: 011119; DATE: 1/11/2019 | 17.91 |
| 01/11/19 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 01/11/19 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 69.00 |
| 01/16/19 | DOCUMENT PRODUCTION | 10.50 |
| 01/22/19 | COPIES | 1.50 |
| 01/24/19 | COPIES | 3.60 |
| 01/24/19 | DOCUMENT PRODUCTION | 3.00 |
| 01/25/19 | TELEPHONE | 3.74 |
| 01/25/19 | COPIES | 3.00 |
| 01/29/19 | COLOR COPIES | 1.80 |
| 01/29/19 | COLOR COPIES | 97.20 |
| 01/29/19 | DOCUMENT PRODUCTION | 30.00 |
| 01/30/19 | TELEPHONE | 5.10 |
| 01/30/19 | TELEPHONE | 2.04 |
| 01/30/19 | TELEPHONE | 17.68 |
| 01/30/19 | TELECONFERENCING | 1.95 |
| 01/31/19 | TELECONFERENCING | 5.56 |
| 02/05/19 | TELECONFERENCING | 1.37 |
| 02/06/19 | TELEPHONE | 1.02 |
| 02/14/19 | TELEPHONE | 4.08 |
| 02/25/19 | COURT CALL - 01/10/19; VENDOR: AMERICAN EXPRESS; INVOICE#: 011619HCRC; DATE: 1/16/2019 | 30.00 |
| 03/01/19 | PACER | 3.40 |
| 03/01/19 | PACER | 80.20 |
| 03/15/19 | COPIES | 12.60 |
| 03/15/19 | COPIES | 0.90 |
| 03/15/19 | COPIES | 0.60 |
| 03/15/19 | COPIES | 4.20 |
| 04/01/19 | PACER | 2.00 |
| 04/01/19 | PACER | 152.60 |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 48

| Date | Description | Value |
|------|-------------|-------|
| 04/01/19 | PACER | 87.80 |
| 04/01/19 | PACER | 5.00 |
| 04/01/19 | PACER | 23.00 |
| 04/05/19 | TELEPHONE | 15.98 |
| 04/16/19 | TELEPHONE | 3.40 |
| 04/16/19 | TELEPHONE | 2.04 |
| 04/17/19 | COPIES | 3.90 |
| 04/17/19 | COPIES | 11.10 |
| 04/17/19 | COPIES | 1.80 |
| 04/17/19 | TELECONFERENCING | 1.58 |
| 04/22/19 | TELEPHONE | 8.50 |
| 04/22/19 | COPIES | 1.80 |
| 04/22/19 | DOCUMENT PRODUCTION | 7.50 |
| 04/22/19 | DOCUMENT PRODUCTION | 10.50 |
| 04/22/19 | DOCUMENT PRODUCTION | 3.00 |
| 05/01/19 | PACER | 22.90 |
| 05/08/19 | TELEPHONE | 34.68 |
| 05/10/19 | TELEPHONE | 0.68 |
| 05/10/19 | TELEPHONE | 65.96 |
| 05/13/19 | TELEPHONE | 0.68 |
| 05/14/19 | COPIES | 0.30 |
| 05/14/19 | COPIES | 1.30 |
| 05/14/19 | COLOR COPIES | 0.10 |
| 05/14/19 | DOCUMENT PRODUCTION | 10.50 |
| 05/14/19 | DOCUMENT PRODUCTION | 3.00 |
| 05/14/19 | DOCUMENT PRODUCTION | 22.50 |
| 05/14/19 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 05/14/19 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 197.00 |
| 05/15/19 | COPIES | 6.00 |
| 05/15/19 | COPIES | 3.60 |
| 05/15/19 | COPIES | 6.00 |
| 05/15/19 | DOCUMENT PRODUCTION | 3.00 |
| 05/15/19 | DOCUMENT PRODUCTION | 28.50 |
| 05/15/19 | DOCUMENT PRODUCTION | 3.00 |
| 05/15/19 | DOCUMENT PRODUCTION | 7.50 |
| 05/15/19 | DOCUMENT PRODUCTION | 25.50 |
| 05/15/19 | DOCUMENT PRODUCTION | 10.50 |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 49

| Date | Description | Value |
|------|-------------|-------|
| 05/15/19 | TELEPHONE | 2.04 |
| 05/15/19 | DOCUMENT PRODUCTION | 70.50 |
| 05/16/19 | COPIES | 1.20 |
| 05/16/19 | COPIES | 3.30 |
| 05/16/19 | DOCUMENT PRODUCTION | 3.00 |
| 05/16/19 | DOCUMENT PRODUCTION | 3.00 |
| 05/16/19 | TELEPHONE | 0.68 |
| 05/16/19 | TELEPHONE | 6.80 |
| 05/16/19 | TELEPHONE | 0.68 |
| 05/16/19 | COPIES | 0.60 |
| 05/21/19 | TELECONFERENCING | 1.34 |
| 05/22/19 | COPIES | 2.50 |
| 05/22/19 | DOCUMENT PRODUCTION | 1.50 |
| 05/22/19 | DOCUMENT PRODUCTION | 7.50 |
| 05/28/19 | DOCUMENT PRODUCTION | 22.50 |
| 05/29/19 | COPIES | 0.70 |
| 05/29/19 | COPIES | 6.00 |
| 05/29/19 | COPIES | 0.70 |
| 05/29/19 | DOCUMENT PRODUCTION | 90.00 |
| 05/29/19 | TELECONFERENCING | 14.97 |
| 05/30/19 | COPIES | 2.70 |
| 05/30/19 | DOCUMENT PRODUCTION | 6.00 |
| 05/30/19 | ACCUROUTE SCAN | 0.10 |
| 05/30/19 | ACCUROUTE SCAN | 0.10 |
| 06/02/19 | MEALS - VENDOR: SEAMLESSWEB NORTH AMERICA LLC; INVOICE#: 3138206; DATE: 6/2/2019  -  NY MEALS | 938.24 |
| 06/07/19 | DOCUMENT PRODUCTION | 3.00 |
| 06/19/19 | TELECONFERENCING | 1.66 |
| 06/20/19 | TELEPHONE | 1.70 |
| 06/20/19 | TELEPHONE | 0.68 |
| 06/24/19 | TELEPHONE | 2.38 |
| 06/25/19 | DOCUMENT PRODUCTION | 3.00 |
| 06/27/19 | COPIES | 2.70 |
| 06/27/19 | COPIES | 3.60 |
| 06/27/19 | COPIES | 0.70 |
| 06/27/19 | DOCUMENT PRODUCTION | 3.00 |
| 06/27/19 | TELECONFERENCING | 6.20 |

REDACTED WITH REDACT-IT



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 50

| Date | Description | Value |
|------|-------------|-------|
| 06/27/19 | TELECONFERENCING | 1.03 |
| 07/01/19 | PACER | 7.70 |
| 07/01/19 | PACER | 5.60 |
| 07/09/19 | COURT CALL - 05/24/19; VENDOR: AMERICAN EXPRESS; INVOICE#: 061619HC; DATE: 6/16/2019  -  H COHEN AMEX 06/16/19 | 44.00 |
| 07/09/19 | COURT CALL - 05/24/19; VENDOR: AMERICAN EXPRESS; INVOICE#: 061619HC; DATE: 6/16/2019  -  H COHEN AMEX 06/16/19 | 44.00 |
| 07/11/19 | COPIES | 4.40 |
| 07/11/19 | DOCUMENT PRODUCTION | 3.00 |
| 07/12/19 | TELEPHONE | 1.36 |
| 07/12/19 | COPIES | 0.10 |
| 07/12/19 | COPIES | 16.40 |
| 07/12/19 | DOCUMENT PRODUCTION | 34.50 |
| 07/12/19 | DOCUMENT PRODUCTION | 3.00 |
| 07/12/19 | TELECONFERENCING | 44.27 |
| 07/14/19 | TELECONFERENCING | 9.00 |
| 08/01/19 | PACER | 42.20 |
| 08/01/19 | PACER | 13.50 |
| 08/14/19 | COPIES | 2.50 |
| 08/14/19 | DOCUMENT PRODUCTION | 3.00 |
| 08/14/19 | DOCUMENT PRODUCTION | 15.00 |
| 08/21/19 | DOCUMENT PRODUCTION | 3.00 |
| 09/25/19 | COURT CALL - 07/01/19; VENDOR: AMERICAN EXPRESS; INVOICE#: 071619HCRC; DATE: 9/25/2019 | 30.00 |
| 10/01/19 | PACER | 1.90 |
| 10/01/19 | PACER | 4.30 |
| 10/09/19 | COURT CALL - 07/17/19; VENDOR: AMERICAN EXPRESS; INVOICE#: 081619HCRC; DATE: 10/9/2019 | 30.00 |
| 10/09/19 | COURT CALL - 07/17/19; VENDOR: AMERICAN EXPRESS; INVOICE#: 081619HCRC; DATE: 10/9/2019 | 37.00 |
| 11/01/19 | PACER | 7.20 |
| 12/13/19 | COPIES | 3.60 |
| 12/13/19 | COPIES | 2.10 |
| 12/13/19 | COPIES | 17.10 |
| 02/01/20 | PACER | 2.40 |
| 03/01/20 | PACER | 0.10 |
| 03/03/20 | COPIES | 14.40 |
| 03/03/20 | DOCUMENT PRODUCTION | 3.00 |
| 05/01/20 | PACER | 0.40 |



HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS ACTION COUNSEL)
RE: WEINSTEIN COMPANY HOLDS LLC
April 5, 2021

Invoice 6915664
Page 51

| Date | Description | Value |
|------|-------------|------:|
| 07/16/20 | COURT CALL - VENDOR: AMERICAN EXPRESS; INVOICE#: 071620HC; DATE: 7/16/2020 | 22.50 |
| 08/01/20 | PACER | 39.80 |
| 09/01/20 | PACER | 27.50 |
| 09/01/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 09/01/20 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 25.00 |
| 09/01/20 | PACER | 10.50 |
| | **Total Costs** | **25,515.59** |

## COST SUMMARY

| Description | Value |
|-------------|------:|
| COLOR COPIES | 2,895.70 |
| COPIES | 2,146.50 |
| COURT CALL | 740.50 |
| DOCUMENT PRODUCTION | 10,737.00 |
| MEDIATION MEALS | 3,377.09 |
| OUTSIDE COPIES | 81.60 |
| OVERNIGHT DELIVERY | 30.00 |
| PACER | 936.20 |
| TAXI | 238.79 |
| TELECONFERENCING | 144.30 |
| TELEPHONE | 295.80 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 3,892.11 |
| **Total Costs** | **25,515.59** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200