# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                            :
                                            :
                                            :     Chapter 11
                                            :
THE WEINSTEIN COMPANY HOLDINGS              :
LLC, et al.,                                :     Case No. 18-10601 (MFW)
                                            :
            Debtors.[1]                     :     (Jointly Administered)
                                            :
                                            :     Hearing Date: May 6, 2021 at 10:30 a.m. (ET)
                                            :     Obj. Deadline: April 26, 2021 at 4:00 p.m. (ET)
                                            :
------------------------------------------------------------x
```

**COMBINED THIRTY-FOURTH MONTHLY, ELEVENTH INTERIM
AND FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION FOR (I) THE MONTHLY PERIOD FROM
JANUARY 1, 2021 THROUGH FEBRUARY 18, 2021, (II) THE INTERIM PERIOD
FROM OCTOBER 1, 2020 THROUGH FEBRUARY 18, 2021 AND
(III) THE FINAL PERIOD FROM MARCH 19, 2018 THROUGH FEBRUARY 18, 2021**

| | |
|---|---|
| Name of Applicant: | Richards, Layton & Finger, P.A. |
| Authorized to Provide Professional Services to: | the above-captioned debtors and debtors in possession |
| Date of Retention: | April 23, 2018 *nunc pro tunc* to March 19 2018 |
| Monthly Compensation Period for which compensation and reimbursement are sought: | January 1, 2021 through February 18, 2021 |
| Amount of monthly compensation sought as actual, reasonable, and necessary: | $115,824.00 (80% of $144,780.00) |
| Amount of monthly expense reimbursement sought as actual, reasonable, and necessary: | $373.46 |

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

| | |
|---|---|
| Interim Compensation Period for which compensation and reimbursement is sought: | October 1, 2020 through February 18, 2021 |
| Amount of interim compensation sought as actual, reasonable, and necessary: | $390,244.50 |
| Amount of interim expense reimbursement sought as actual, reasonable, and necessary: | $3,882.70 |
| Final Compensation Period for which compensation and reimbursement is sought: | March 19, 2018 through February 18, 2021 |
| Amount of final compensation sought as actual, reasonable, and necessary:[2] | $4,827,332.00[3,4] |
| Amount of final expense reimbursement sought as actual, reasonable, and necessary: | $105,084.97 |

This is a(n):  X  monthly     X   interim  X      final application

---

[2] The fees set forth in this cover sheet and application, **do not** reflect the five percent reduction in fees agreed upon between the Debtors, Richards, Layton & Finger, P.A. ("**RL&F**") and the Debtors' other estate professionals. Such agreed-upon fee reduction will be reflected in the form of order presented to the Court at the hearing to consider this final application and/or in any supplement to this application filed by RL&F.

[3] RL&F has rendered and anticipates rendering additional services and has incurred and anticipates incurring additional reimbursable expenses following the Effective Date (as defined herein) in connection with (i) fee application matters for professionals to the Debtors and (ii) implementation of the Plan. RL&F intends to seek payment for such fees and expenses either in connection with this final fee application or such other agreement between the RL&F and the Liquidation Trustee (as defined in the Plan (as defined herein)) appointed under the Debtors' Plan. RL&F will true-up all fees and expenses incurred following the Effective Date prior to the hearing to consider approval of this final fee application and will reflect its actual, reconciled, compensation figures in the form of order presented to the Court at the hearing to consider this final application. RL&F will file appropriate time and expense detail with the Court with respect to its fees and expenses incurred following the Effective Date.

[4] After giving effect to an agreed reduction in the amount of $211.50 (the "**Agreed Reduction**") to resolve informal comments that RL&F received from the U.S. Trustee in respect of the first monthly fee application.

Summary of fee applications for the compensation period:

| Date Filed and Docket No. | Period Covered | Total Amount Requested | | Total Amount Approved to Date via Certification of No Objection | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 20%) |
| 12/8/20 [Docket No. 3124] | 10/1/20 – 10/31/20 | $76,945.50 | $426.30 | $61,556.40 | $426.30 | $15,389.10 |
| 1/27/21 [Docket No. 3212] | 11/1/20 – 11/30/20 | $66,792.00 | $699.80 | $53,433.60 | $699.80 | $13,358.40 |
| 2/16/21 [Docket No. 3248] | 12/1/20 – 12/31/20 | $101,727.00 | $2,382.84 | $81,381.60 | $2,382.84 | $20,345.40 |
| **Total:** | | **$245,464.50** | **$3,508.94** | **$196,371.60** | **$3,508.94** | **$49,092.90** |

Summary of any objections to fee applications: None.

**MONTHLY COMPENSATION BY PROFESSIONAL**
**JANUARY 1, 2021 THROUGH FEBRUARY 18, 2021**

| Name of Professional Individual | Position, year assumed position, year of obtaining relevant license to practice[1] | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Paul N. Heath | Joined firm as associate in 1999. Director in 2007. Member of DE Bar since 1998. | $925 | 74.6 | $69,005.00 |
| Brett M. Haywood | Joined firm as associate in 2015. Member of MA Bar since 2014. Member of DE Bar since 2015. | $620 | 2.5 | $1,550.00 |
| David T. Queroli | Joined firm as associate in 2016.  Member of DE Bar since 2016. | $600 | 99.1 | $59,460.00 |
| Chandler R. Elliott-Fehle | Joined firm as associate in 2020. | $425 | 5.8 | $2,465.00 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $300 | 2.1 | $630.00 |
| M. Lynzy McGee | Paralegal since 2007. Joined firm in 2016. | $300 | 33.9 | $10,170.00 |
| Ann Jerominski | Paralegal since 1995. Joined firm in 2000. | $300 | 2.0 | $600.00 |
| Rebecca V. Speaker | Paralegal since 2002. Joined firm in 2001. | $300 | 3.0 | $900.00 |
| **TOTAL** | | | **223.0** | **$144,780.00** |

| | |
|---|---|
| Grand Total | $144,780.00 |
| Attorney Compensation | $132,480.00 |
| Total Attorney Hours | 182.0 |
| Blended Rate | $727.91 |

---

[1] Unless otherwise noted, the professionals listed are members of RL&F's Bankruptcy and Corporate Restructuring Department.

## INTERIM COMPENSATION BY PROFESSIONAL
## OCTOBER 1, 2020 THROUGH FEBRUARY 18, 2021

| Name of Professional Individual | Position, year assumed position, year of obtaining relevant license to practice[1] | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Paul N. Heath | Joined firm as associate in 1999. Director in 2007. Member of DE Bar since 1998. | $875 $925 | 82.5 74.6 | $72,187.50 $69,005.00 |
| Robert C. Maddox | Joined firm as associate in 2009. Counsel in 2021. Member of DE Bar since 2009. | $665 | 0.7 | $465.50 |
| Brett M Haywood | Joined firm as associate in 2015. Member of MA Bar since 2014. Member of DE Bar since 2015. | $620 | 2.5 | $1,550.00 |
| David T. Queroli | Joined firm as associate in 2016.  Member of DE Bar since 2016. | $550 $600 | 248.0 99.1 | $136,400.00 $59,460.00 |
| Garrett S. Eggen | Joined firm as associate in 2019. Member of DE Bar since 2019. | $400 | 23.9 | $9,560.00 |
| Chandler R. Elliott-Fehle | Joined firm as associate in 2020. | $400 $425 | 23.1 5.8 | $9,240.00 $2,465.00 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $295 $300 | 5.0 2.1 | $1,475.00 $630.00 |
| Susan A. Sherman | Paralegal since 1999. Joined firm in 2019. | $295 | 2.6 | $767.00 |
| M. Lynzy McGee | Paralegal since 2007. Joined firm in 2016. | $295 $300 | 46.7 33.9 | $13,776.50 $10,170.00 |
| Ann Jerominski | Paralegal since 1995. Joined firm in 2000. | $295 $300 | 2.3 2.0 | $678.50 $600.00 |
| Rebecca V. Speaker | Paralegal since 2002. Joined firm in 2001. | $295 $300 | 3.1 3.0 | $914.50 $900.00 |
| **TOTAL** | | | **660.9** | **$390,244.50** |

|  |  |
|---|---|
| Grand Total | $390,244.50 |
| Attorney Compensation | $360,333.00 |
| Total Attorney Hours | 560.0 |
| Blended Rate | $643.22 |

---

[1] Unless otherwise noted, the professionals listed are members of RL&F's Bankruptcy and Corporate Restructuring Department.

**FINAL COMPENSATION BY PROFESSIONAL**
**MARCH 19, 2018 THROUGH FEBRUARY 18, 2021**

| Name of Professional Individual | Position, year assumed position, year of obtaining relevant license to practice[1] | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark D. Collins | Joined firm as associate in 1993. Director in 1998. Member of DE Bar since 1991. | $925 | 32.5 | $30,062.50 |
| William J. Haubert | Corporate Advisory Department. Joined firm as associate in 1992.  Director in 1999. Member of DE Bar since 1992. | $925 | 56.3 | $52,077.50 |
| Russell C. Silberglied | Joined firm as associate in 1995. Director in 2002. Member of PA Bar since 1996. Member of DE Bar since 1996. | $850 Travel 1/2 $425 $900 | 756.2 7.5 7.8 | $461,297.00 $3,187.50 $7,020.00 |
| Daniel J. DeFranceschi | Joined firm as associate in 1990. Director in 2000. Member of DE Bar since 1989. | $875 | 0.3 | $262.50 |
| Paul N. Heath | Joined firm as associate in 1999.  Director in 2010. Member of DE Bar since 1998. | $750 $800 $875 $925 | 1,310.5 519.7 341.8 74.6 | $982,875.00 $415,760.00 $299,075.00 $69,005.00 |
| Blake K. Rohrbacher | Corporate Advisory Department. Joined firm as associate in 2006.  Director in 2012.  Member of DE Bar since 2005. | $750 | 0.7 | $525.00 |
| Elisa Erlenbach Maas | Business Department. Joined firm as associate in 1998.  Director in 2006. Member of DE Bar since 1999. | $725 | 20.0 | $14,500.00 |

---

[1] Unless otherwise noted, the professionals listed are members of RL&F's Bankruptcy and Corporate Restructuring Department.

| Name of Professional Individual | Position, year assumed position, year of obtaining relevant license to practice[1] | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Marcos A. Ramos | Joined firm as associate in 2002. Director in 2010. Member of NY Bar since 1995. Member of CA Bar since 1998. Member of MD Bar since 2001. Member of DE Bar since 2003. | $710<br>$810 | 4.6<br>7.8 | $3,266.00<br>$6,318.00 |
| John D. Seraydarian | Business Department. Joined firm as associate in 2002.  Director in 2011. Member of DE Bar since 2003. | $675 | 0.2 | $135.00 |
| Joshua J. Novak | Business Department. Joined firm as associate in 2007.  Director since 2015. Member of DE Bar since 2008. | $625 | 0.5 | $312.50 |
| Jason M. Madron | Joined firm as associate in 2003. Counsel in 2011. Member of DE Bar since 2003. | $625 | 0.2 | $125.00 |
| Zachary I. Shapiro | Joined firm as associate in 2007. Director in 2019. Counsel in 2016. Member of DE Bar since 2008. | $610<br>Travel ½<br>$305<br>$675<br>$725 | 429.7<br>4.5<br><br>41.9<br>4.1 | $364,510.00<br>$1,372.50<br><br>$26,766.50<br>$2,972.50 |
| Stanford L. Stevenson, III | Tax Department. Joined firm as Director in 2007. Member of DE Bar and PA Bar since 1995. | $595 | 0.2 | $119.00 |
| Robert C. Maddox | Joined firm as associate in 2009. Counsel in 2020. Member of DE Bar since 2009. | $595<br>$625<br>$665 | 437.5<br>17.2<br>33.8 | $260,312.50<br>$10,750.00<br>$22,477.00 |
| Stephanie Norman | Corporate Advisory Department. Joined firm as associate in 2011. Member of DE Bar since 2011. | $560 | 6.9 | $3,864.00 |

| Name of Professional Individual | Position, year assumed position, year of obtaining relevant license to practice[1] | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Joseph C. Barsalona II | Joined firm as associate in 2014. Member of NJ Bar since 2012. Member of NY Bar since 2013. Member of DE Bar since 2015. | $480 | 309.0 | $148,320.00 |
| Brendan J. Schlauch | Joined firm as associate in 2014. Member of DE Bar since 2015. | $480 | 0.3 | $144.00 |
| Brett M. Haywood | Joined firm as associate in 2015. Member of MA Bar since 2014. Member of DE Bar since 2015. | $450<br>$505<br>$620 | 494.6<br>35.7<br>2.5 | $222,570.00<br>$18,028.50<br>$1,550.00 |
| David T. Queroli | Joined firm as associate in 2016. Member of DE Bar since 2016. | $385<br>$470<br>$550<br>$600 | 746.8<br>380.4<br>530.9<br>99.1 | $287,518.00<br>$178,788.00<br>$291,995.00<br>$59,460.00 |
| Christopher M. De Lillo | Joined firm as associate in 2016. Member of DE Bar since 2017. | $385 | 153.6 | $59,136.00 |
| Christine E. Bealer | Business Department. Joined firm as associate in 2016. Member of DE Bar since 2017. | $385 | 1.0 | $385.00 |
| Megan E. Kenney | Joined firm as associate in 2017. Member of DE Bar since 2017. | $320 | 35.4 | $11,328.00 |
| Travis J. Cuomo | Joined firm as associate in 2017. Member of DE Bar since 2018. | $320<br>$485 | 147.2<br>4.0 | $47,104.00<br>$1,940.00 |
| Brian S. Yu | Joined firm as associate in 2017. Member of DE Bar since 2017. | $320 | 23.5 | $7,520.00 |
| Sarah E. Silveira | Joined firm as associate 2018. Member of DE Bar since 2018. | $320<br>$350 | 6.8<br>1.6 | $2,176.00<br>$560.00 |
| J. Zachary Noble | Joined firm as associate in 2019. Member of DE Bar since 2019. | $250<br>$350 | 2.3<br>1.6 | $575.00<br>$560.00 |
| Garrett S. Eggen | Joined firm as associate in 2019. Member of DE Bar since 2019. | $250<br>$350<br>$400 | 11.6<br>0.3<br>47.5 | $2,900.00<br>$105.00<br>$19,000.00 |

| Name of Professional Individual | Position, year assumed position, year of obtaining relevant license to practice[1] | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Chandler R. Elliott-Fehle | Joined firm as associate in 2020. | $400 | 23.1 | $9,240.00 |
|  |  | $425 | 5.8 | $2,465.00 |
| Ann Jerominski | Paralegal since 1995. Joined firm in 2000. | $255 | 42.0 | $10,710.00 |
|  |  | $265 | 10.3 | $2,729.50 |
|  |  | $295 | 8.7 | $2,566.50 |
|  |  | $300 | 2.0 | $600.00 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $255 | 31.9 | $8,134.50 |
|  |  | $265 | 10.4 | $2,756.00 |
|  |  | $295 | 6.6 | $1,947.00 |
|  |  | $300 | 2.1 | $630.00 |
| Rebecca V. Speaker | Paralegal since 2002. Joined firm in 2001. | $255 | 70.5 | $17,977.50 |
|  |  | $265 | 22.6 | $5,989.00 |
|  |  | $295 | 6.1 | $1,799.50 |
|  |  | $300 | 3.0 | $900.00 |
| Cynthia S. McMenamin | Paralegal since 2003. Joined firm in 2015. | $255 | 52.1 | $13,285.50 |
| M. Lynzy McGee | Paralegal since 2007. Joined firm in 2016. | $255 | 650.6 | $165,903.00 |
|  |  | $265 | 249.8 | $66,197.00 |
|  |  | $295 | 187.4 | $55,283.00 |
|  |  | $300 | 33.9 | $10170.00 |
| Susan A Sherman | Paralegal since 1999. Joined firm in 2019. | $265 | 50.8 | $13,462.00 |
|  |  | $295 | 35.8 | $10,561.00 |
| Tesia S. Smith | Case Management Assistant since 2016. | $135 | 48.9 | $6,601.50 |
|  |  | $140 | 18.9 | $2,646.00 |
|  |  | $150 | 0.9 | $135.00 |
| Daniel D. White | MIS Department.  Joined firm in 2009. | $275 | 7.0 | $1,925.00 |
| Gregory J. Nequist | Senior Practice Support Analyst, MIS Department. Joined firm in 2015. | $275 | 38.8 | $10,670.00 |
| Benjamin J. Cohen | MIS Department. Joined firm in 2005. | $220 | 1.0 | $220.00 |
| Scott A. Benson | Litigation Support.  Joined firm in 2018. | $260 | 3.1 | $806.00 |
| Carlos B. Terreforte | Litigation Support.  Joined firm in 2015. | $260 | 2.4 | $624.00 |
| **TOTAL** |  |  | **8,779.2** | **$4,827,543.50[2]** |

---

[2] This amount *does not* reflect the Agreed Reduction.

| | |
|---|---|
| Grand Total | $4,827,543.50[3] |
| Attorney Compensation | $4,412,315.00 |
| Total Attorney Hours | 7,181.6 |
| Blended Rate | $614.39 |

---

[3] This amount ***does not*** reflect the Agreed Reduction.

**MONTHLY COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2021 THROUGH FEBRUARY 18, 2021**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration (A) | 4.0 | $1472.50 |
| Creditor Inquiries (B) | 0.0 | $0.00 |
| Meetings (C) | 0.0 | $0.00 |
| Executory Contracts/Unexpired Leases (D) | 1.1 | $725.00 |
| Automatic Stay/Adequate Protection (E) | 0.0 | $0.00 |
| Plan of Re-Organization/Disclosure Statement (F) | 116.0 | $79,730.00 |
| Use, Sale, Lease of Assets (G) | 10.6 | $6,432.50 |
| Cash Collateral/DIP Financing (H) | 0.0 | $0.00 |
| Claims Administration (I) | 2.3 | $1,802.50 |
| Court Hearings (J) | 45.1 | $29,402.50 |
| General Corporate/Real Estate (K) | 0.0 | $0.00 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 1.3 | $760.00 |
| Employee Issues (M) | 0.0 | $0.00 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 5.7 | $3,517.50 |
| Litigation/Adversary Proceedings (P) | 17.4 | $11,487.50 |
| RL&F Retention (Q-1) | 0.0 | $0.00 |
| Retention of Others (Q-2) | 0.1 | $92.50 |
| RL&F Fee Applications (R-1) | 5.0 | $2,130.00 |
| Fee Applications of Others (R-2) | 14.4 | $7,227.50 |
| Vendor/Supplies (S) | 0.0 | $0.00 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 0.0 | $0.00 |
| Insurance (V) | 0.0 | $0.00 |
| HW Production (Z) | 0.0 | $0.00 |
| **TOTAL** | **223.0** | **$144,780.00** |

**INTERIM COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1, 2020 THROUGH FEBRUARY 18, 2021**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (A) | 21.4 | $10,365.50 |
| Creditor Inquiries (B) | 0.4 | $220.00 |
| Meetings (C) | 0.0 | $0.00 |
| Executory Contracts/Unexpired Leases (D) | 11.3 | $6,597.50 |
| Automatic Stay/Adequate Protection (E) | 4.2 | $1,927.50 |
| Plan of Re-Organization/Disclosure Statement (F) | 335.6 | $204,521.00 |
| Use, Sale, Lease of Assets (G) | 79.6 | $46,503.50 |
| Cash Collateral/DIP Financing (H) | 0.0 | $0.00 |
| Claims Administration (I) | 3.3 | $2,505.50 |
| Court Hearings (J) | 76.3 | $46,230.50 |
| General Corporate/Real Estate (K) | 0.1 | $87.50 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 3.6 | $1,867.50 |
| Employee Issues (M) | 0.0 | $0.00 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 6.4 | $3,902.50 |
| Litigation/Adversary Proceedings (P) | 68.1 | $43,908.00 |
| RL&F Retention (Q-1) | 0.0 | $0.00 |
| Retention of Others (Q-2) | 0.1 | $92.50 |
| RL&F Fee Applications (R-1) | 18.3 | $6,920.50 |
| Fee Applications of Others (R-2) | 32.2 | $14,595.00 |
| Vendor/Supplies (S) | 0.0 | $0.00 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 0.0 | $0.00 |
| Insurance (V) | 0.0 | $0.00 |
| HW Production (Z) | 0.0 | $0.00 |
| **TOTAL** | **660.9** | **$390,244.50** |

## FINAL COMPENSATION BY PROJECT CATEGORY
## MARCH 19, 2018 THROUGH FEBRUARY 18, 2021

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration (A) | 402.6 | $178,860.50 |
| Creditor Inquiries (B) | 8.8 | $4,021.00 |
| Meetings (C) | 39.0 | $25,008.00 |
| Executory Contracts/Unexpired Leases (D) | 609.9 | $341,659.50 |
| Automatic Stay/Adequate Protection (E) | 162.1 | $97,019.00 |
| Plan of Re-Organization/Disclosure Statement (F) | 683.7 | $416,712.00 |
| Use, Sale, Lease of Assets (G) | 1,013.4 | $565,136.00 |
| Cash Collateral/DIP Financing (H) | 105.7 | $61,928.00 |
| Claims Administration (I) | 487.9 | $268,800.00 |
| Court Hearings (J) | 1,396.3 | $665,261.50 |
| General Corporate/Real Estate (K) | 133.5 | $109,085.50 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 312.4 | $148,919.50 |
| Employee Issues (M) | 67.0 | $34,861.50 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 11.4 | $7,196.50 |
| Litigation/Adversary Proceedings (P) | 2,218.3 | $1,402,932.50 |
| RL&F Retention (Q-1) | 40.8 | $17,803.50 |
| Retention of Others (Q-2) | 241.3 | $119,207.50 |
| RL&F Fee Applications (R-1) | 302.2 | $104,931.50 |
| Fee Applications of Others (R-2) | 386.5 | $141,846.50 |
| Vendor/Supplies (S) | 8.1 | $5,211.00 |
| Non-Working Travel (T) | 12 | $4,560.00 |
| Utilities (U) | 5.2 | $1,644.50 |
| Insurance (V) | 127.8 | $102,133.00 |
| HW Production (Z) | 3.3 | $2,805.00 |
| **TOTAL** | **8,779.2** | **$4,827,543.50[1]** |

---

[1] This amount *does not* reflect the Agreed Reduction.

**MONTHLY EXPENSE SUMMARY**
**JANUARY 1, 2021 THROUGH FEBRUARY 18, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | $0.00 |
| Conference Calling | | $8.71 |
| Long Distance Telephone | | $0.00 |
| In-House Reproduction (Duplication/Printing) | Duplicating: 0 @ $.10 pg. Printing: 48 @ $.10 pg. | $4.80 |
| Outside Reproduction | | $0.00 |
| Legal Research | | $100.00 |
| Filing/Court Fees | | $0.00 |
| Court Reporting | Reliable | $145.50 |
| Travel Expenses | | $0.00 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | | $6.40 |
| Postage | | $29.95 |
| Binding | | $0.00 |
| Business Meals | | $0.00 |
| Document Retrieval | | $78.40 |
| Record Retrieval | | $0.00 |
| Professional Services | | $0.00 |
| Overtime | | $0.00 |
| Room Rental | | $0.00 |
| Stationery Supplies | | $0.00 |
| RL&F Service Corp. | | $0.00 |
| **TOTAL** | | **$373.76** |

**INTERIM EXPENSE SUMMARY**
**OCTOBER 1, 2020 THROUGH FEBRUARY 18, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | $0.00 |
| Conference Calling | | $97.21 |
| Long Distance Telephone | | $0.00 |
| In-House Reproduction (Duplication/Printing) | Duplicating: 0 @ $.10 pg. Printing: 91 @ $.10 pg. | $9.10 |
| Outside Reproduction | | $174.95 |
| Legal Research | | $2,812.89 |
| Filing/Court Fees | | $0.00 |
| Court Reporting | | $354.30 |
| Travel Expenses | | $0.00 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | | $19.30 |
| Postage | | $33.55 |
| Binding | | $0.00 |
| Business Meals | | $0.00 |
| Document Retrieval | | $381.40 |
| Record Retrieval | | $0.00 |
| Professional Services | | $0.00 |
| Overtime | | $0.00 |
| Room Rental | | $0.00 |
| Stationery Supplies | | $0.00 |
| RL&F Service Corp. | | $0.00 |
| **TOTAL** | | **$3,882.70** |

**FINAL EXPENSE SUMMARY**
**MARCH 19, 2018 THROUGH FEBRUARY 18, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | $0.00 |
| Conference Calling | | $3,161.47 |
| Long Distance Telephone | | $485.98 |
| In-House Reproduction (Duplication/Printing) | Duplicating: 128,865 @ $.10 pg. Printing: 249,901 @ $.10 pg. | $37,876.60 |
| Outside Reproduction | | $1,714.92 |
| Legal Research | | $27,305.04 |
| Filing/Court Fees | | $1,087.00 |
| Court Reporting | | $4,836.60 |
| Travel Expenses | | $4,107.94 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | | $4,337.01 |
| Postage | | $122.14 |
| Binding | | $32.50 |
| Business Meals | | $11,525.59 |
| Document Retrieval | | $3,997.20 |
| Record Retrieval | | $0.00 |
| Professional Services | | $0.00 |
| Overtime | | $1,917.62 |
| Room Rental | | $2,147.20 |
| Stationery Supplies | | $430.16 |
| RL&F Service Corp. | | $0.00 |
| **TOTAL** | | **$105,084.97** |

**CUSTOMARY AND COMPARABLE COMPENSATION
DISCLOSURES FOR THE INTERIM COMPENSATION
PERIOD OF OCTOBER 1, 2020 THROUGH FEBRUARY 18, 2021[1]**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide for preceding year (2020)[2] | Billed October 1, 2020 through February 18, 2021 |
| Partner | $825.25 | $898.74 |
| Counsel | $642.31 | $665.00 |
| Associate | $469.03 | $543.42 |
| Paralegal | $269.29 | $297.04 |
| Aggregated | $604.61 | $590.47 |

---

[1] This chart represents information solely relating to the interim period from October 1, 2020 through February 18, 2021 (the "**Interim Compensation Period**").  The information for the period from March 19, 2018 through September 30, 2020 is set forth in the previously filed interim fee applications.

[2] The billable rates for RL&F attorneys are adjusted on January 1 of each year.  The data in this column excludes 2020 blended hourly rate information for the Bankruptcy and Corporate Restructuring Department at RL&F.

RLF1 24954579v.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------x
                                        :
                                        :
                                        :    Chapter 11
                                        :
THE WEINSTEIN COMPANY HOLDINGS          :
LLC, et al.,                            :    Case No. 18-10601 (MFW)
                                        :
                 Debtors.[1]            :    (Jointly Administered)
                                        :
------------------------------------------------------------x
```

**BUDGET FOR RICHARDS, LAYTON & FINGER, P.A.,**
**COUNSEL FOR DEBTORS FOR THE PERIOD**
**OCTOBER 1, 2020 THROUGH FEBRUARY 18, 2021[2]**

Date Retention Approved:  April 23, 2018 *nunc pro tunc* to March 19, 2018

Date Budget Approved by Client:   This budget reflects an aggregation of budgets that were provided to the Debtors and certain other estate professionals on a rolling basis throughout the interim period.

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[3] |
|---|---:|---:|
| Case Administration | 20.0 | $12,140.00 |
| Creditor Inquiries | 0.0 | $0.00 |
| Meetings | 0.0 | $0.00 |
| Executory Contracts/Unexpired Leases | 10.0 | $6,070.00 |
| Automatic Stay/Adequate Protection | 0.0 | $0.00 |

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837).  The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] This budget may be amended to reflect changed circumstances or unexpected developments.  Any such amended budget will be provided to the Debtors.

[3] The estimated fees for each project category were calculated by multiplying the estimated number of hours by approximately 607.00, which is the approximate average hourly rate for the RL&F attorneys that were expected to work on the matter during the budget period as set forth in the accompanying Staffing Plan.

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES3 |
|---|---:|---:|
| Plan of Reorganization/Disclosure Statement | 350.0 | $212,450.00 |
| Use, Sale, Lease of Assets | 75.0 | $45,525.00 |
| Cash Collateral/DIP Financing (Combined for all Debtors) | 0.0 | $0.00 |
| Claims Administration | 0.0 | $0.00 |
| Court Hearings | 70.0 | $42,490.00 |
| General Corporate/Real Estate | 0.0 | $0.00 |
| Schedules/SOFA/U.S. Trustee Reports | 0.0 | $0.00 |
| Employee Issues | 0.0 | $0.00 |
| Environmental | 0.0 | $0.00 |
| Tax Issues | 5.0 | $3,035.00 |
| Litigation/Adversary Proceedings | 50.0 | $30,350.00 |
| RL&F Retention | 0.0 | $0.00 |
| Retention of Others | 0.0 | $0.00 |
| RL&F Fee Applications | 20.0 | $12,500.00 |
| Fee Applications of Others | 25.0 | $15,440.00 |
| Vendor/Suppliers | 0.0 | $0.00 |
| Non-Working Travel | 0.0 | $0.00 |
| Utilities | 0.0 | $0.00 |
| Insurance | 0.0 | $0.00 |
| HW Production | 0.0 | $0.00 |
| **TOTAL** | **625.0** | **$380,000.00** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
:
:        Chapter 11
THE WEINSTEIN COMPANY HOLDINGS
LLC, *et al.*,                        :        Case No. 18-10601 (MFW)
:
Debtors.[1]        :        (Jointly Administered)
:
---------------------------------------------------------------x

**STAFFING PLAN FOR RICHARDS, LAYTON & FINGER, P.A.,
COUNSEL FOR DEBTORS FOR THE PERIOD
OCTOBER 1, 2020 THROUGH FEBRUARY 18, 2021[2]**

Date Retention Approved:  April 23, 2018 *nunc pro tunc* to March 19, 2018

Date Budget Approved by Client:  This staffing plan reflects an aggregation of staffing plans that were provided to the Debtors and certain other estate professionals on a rolling basis throughout the interim period.

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners | 1 | $900.00 |
| Counsel | 0 | $0.00 |
| Associates | 5 | $523.86 |
| Paralegals | 5 | $297.50 |

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837).  The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] This staffing plan may be amended to reflect changed circumstances or unexpected developments.  Any such amended staffing plan will be provided to the Debtors.

RLF1 24954579v.1

**SUMMARY OF FEES/HOURS BUDGETED COMPARED WITH
FEE/HOURS BILLED FOR THE INTERIM COMPENSATION PERIOD
OCTOBER 1, 2020 THROUGH FEBRUARY 18, 2021[1]**

| Project Category | Budgeted Hours | Billed Hours | Budgeted Fees | Billed Fees |
|---|---|---|---|---|
| Case Administration | 20.0 | 21.4 | $12,140.00 | $10,365.50 |
| Creditor Inquiries | 0.0 | 0.4 | $0.00 | $220.00 |
| Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| Executory Contracts/Unexpired Leases | 10.0 | 11.3 | $6,070.00 | $6,597.50 |
| Automatic Stay/Adequate Protection | 0.0 | 4.2 | $0.00 | $1,927.50 |
| Plan of Reorganization/Disclosure Statement | 350.0 | 335.6 | $212,450.00 | $204,521.00 |
| Use, Sale, Lease of Assets | 75.0 | 79.6 | $45,525.00 | $46,503.50 |
| Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| Claims Administration | 0.0 | 3.3 | $0.00 | $2,505.50 |
| Court Hearings | 70.0 | 76.3 | $42,490.00 | $46,230.50 |
| General Corporate/Real Estate | 0.0 | 0.1 | $0.00 | $87.50 |
| Schedules/SOFA/U.S. Trustee Reports | 0.0 | 3.6 | $0.00 | $1,867.50 |
| Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| Tax Issues | 5.0 | 6.4 | $3,035.00 | $3,902.50 |
| Litigation/Adversary Proceedings | 50.0 | 68.1 | $30,350.00 | $43,908.00 |
| RL&F Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| Retention of Others | 0.0 | 0.1 | $0.00 | $92.50 |
| RL&F Fee Applications | 20.0 | 18.3 | $12,500.00 | $6,920.50 |
| Fee Applications of Others | 25.0 | 32.2 | $15,440.00 | $14,595.00 |

---

[1]  This chart represents information solely relating to the Interim Compensation Period.  The information for the period from March 19, 2018 through September 30, 2020 is set forth in previously filed interim fee applications.

| Project Category | Budgeted Hours | Billed Hours | Budgeted Fees | Billed Fees |
|---|---|---|---|---|
| Vendor/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| HW Production | 0.0 | 0.0 | $0.00 | $0.00 |
| **TOTAL** | **625.0** | **660.9** | **$380,000.00** | **$390,244.50** |

RLF1 24954579v.1

**ADDITIONAL INFORMATION RELATED TO INTERIM COMPENSATION
PERIOD (OCTOBER 1, 2020 THROUGH FEBRUARY 18, 2021)
WITHIN FINAL FEE APPLICATION**

| | |
|---|---|
| Rates for Interim Period are Higher than those Approved or Disclosed at Retention? | Yes.[1] |
| Total Compensation Requested for the Interim Period:[2] | $394,127.20 |
| Compensation Sought in this Final Application Approved to Date for the Interim Period Pursuant to the Interim Compensation Order: | $199,880.54 |
| Compensation Sought in this Final Application Already Paid for the Interim Period Pursuant to the Interim Compensation Order: | $0.00 |
| Compensation Sought in this Final Application Not Yet Paid: | $394,127.20 |
| Number of Professionals Included in this Final Application for the Interim Period: | 11 |
| If Applicable, Number of Professionals in this Final Application Not Included in the Staffing Plan for the Interim Period Approved by Client: | 0 |
| If Applicable, Difference Between Fees Budgeted and Compensation Sought for the Interim Compensation Period: | $10,244.50 |

---

[1] On January 1, 2021, RL&F, as part of its customary practice, increased the hourly billing rates of its professionals due to a periodic increase. The potential for such periodic increase was disclosed in the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Bankruptcy Co-Counsel* Nunc Pro Tunc *to the Petition Date* [Docket No. 128].

[2] Total compensation includes both fees of, and expenses incurred by, RL&F.

RLF1 24954579v.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x

|  |  |  |
|---|---|---|
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al*., | : : : : : | Chapter 11 |
|  | : | Case No. 18-10601 (MFW) |
| Debtors.[1] | : : | (Jointly Administered) |
|  | : : | **Hearing Date: May 6, 2021 at 10:30 a.m. (ET)** **Obj. Deadline: April 26, 2021 at 4:00 p.m. (ET)** |

-----------------------------------------------------------x

**COMBINED THIRTY-FOURTH MONTHLY, ELEVENTH INTERIM AND FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR (I) THE MONTHLY PERIOD FROM JANUARY 1, 2021 THROUGH FEBRUARY 18, 2021, (II) THE INTERIM PERIOD FROM OCTOBER 1, 2020 THROUGH FEBRUARY 18, 2021 AND <u>(III) THE FINAL PERIOD FROM MARCH 19, 2018 THROUGH FEBRUARY 18, 2021</u>**

Pursuant to, *inter alia*, sections 330 and 331 of Title 11 of the United States Code, §§ 101-1532 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated April 17, 2018 [Docket No. 247] (the "**Interim Compensation Order**"), and the *Order Confirming Plan Proponents' Fifth Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 3203] (the "**Confirmation Order**"), Richards, Layton & Finger, P.A. ("**RL&F**") hereby files this *Combined Thirty-Fourth Monthly, Eleventh Interim and Final*

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

*Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors-in-Possession for (I) the Monthly Period from January 1, 2021 through February 18, 2021, (II) the Interim Period from October 1, 2020 through February 18, 2021 and (III) the Final Period from March 19, 2018 through February 18, 2021* (the "**Application**"). By the Application, RL&F seeks a monthly allowance with respect to the sums of $144,780.00 as compensation and $373.46 for reimbursement of actual and necessary expenses, for a total of $145,153.46 for the monthly period of January 1, 2021 through February 18, 2021 (the "**Monthly Compensation Period**"); an interim allowance with respect to the sums of $390,244.50 as compensation and $3,882.70 for reimbursement of actual and necessary expenses, for a total of $394,127.20 for the interim period of October 1, 2020 through February 18, 2021 (the "**Interim Compensation Period**") and final allowance with respect to the sums of $4,827,332.00 as compensation and $105,084.97 for reimbursement of actual and necessary expenses, for a total of $4,932,416.97 for the period from March 19, 2018 through and including February 18, 2021 (the "**Final Compensation Period**").[2] In support of this Application, RL&F submits the attorney certification attached hereto as **Exhibit A** (the "**Certification**").  In further support of this Application, RL&F respectfully represents as follows:

---

[2] RL&F has rendered and anticipates rendering additional services and has incurred and anticipates incurring additional reimbursable expenses following the Effective Date (as defined herein) in connection with (i) fee application matters for professionals to the Debtors and (ii) implementation of the Plan.  RL&F intends to seek payment for such fees and expenses either in connection with this final fee application or such other agreement between the RL&F and the Liquidation Trustee (as defined in the Plan (as defined herein)) appointed under the Debtors' Plan.  RL&F will true-up all fees and expenses incurred following the Effective Date prior to the hearing to consider approval of this final fee application and will reflect its actual, reconciled, compensation figures in the form of order presented to the Court at the hearing to consider this final application. RL&F will file appropriate time and expense detail with the Court with respect to its fees and expenses incurred following the Effective Date.

## BACKGROUND

1.      On March 19, 2018 (the "**Petition Date**"), The Weinstein Company Holdings LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.      RL&F was retained effective as of the Petition Date by this Court's order, dated April 23, 2018 [Docket No. 288] (the "**Retention Order**").   The Retention Order authorized RL&F to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

3.      On January 26, 2021, the Court entered the Confirmation Order confirming the *Fifth Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 3182 & 3195] (the "**Plan**").   The Plan became effective by its terms on February 18, 2021 (the "**Effective Date**"). *See* Docket No. 3258.

## COMPENSATION PAID AND ITS SOURCE

4.      All services for which compensation is requested by RL&F were performed for or on behalf of the Debtors.

5.      Except to the extent of the retainer funds paid to RL&F prior to the Petition Date, all as described in the application (and the attachments, exhibits and declarations thereto) seeking approval of RL&F's employment by the Debtors, RL&F has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between RL&F and any other person other than the directors of RL&F for the sharing of compensation to be received for services rendered in these cases.

## FEE STATEMENTS

6.      The fee statement for the Monthly Compensation Period is attached hereto as **Exhibit B.**   The fee statements for the Interim Compensation Period and the Final Compensation Period were attached as Exhibit A to each of the previously filed monthly fee applications.  These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Monthly Compensation Period, the Interim Compensation Period and the Final Compensation Period.  To the best of RL&F's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the applicable Local Rules, and RL&F believes that this Application also constitutes a reasonable effort to comply with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "**U.S. Trustee Guidelines**").

## ACTUAL AND NECESSARY EXPENSES

7.      A summary of actual and necessary expenses and daily logs of expenses incurred by RL&F during the Monthly Compensation Period is attached hereto as **Exhibit C**.  A summary of actual and necessary expenses and daily logs of expenses incurred by RL&F during the Interim Compensation Period and the Final Compensation Period were attached as Exhibit B to each of the previously filed monthly fee applications.  RL&F charges all of its bankruptcy clients $0.10 per page for photocopying expenses and $0.10 per page for printing jobs.  Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

8.      Regarding providers of on-line legal research (*e.g.,* WESTLAW), RL&F charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal RL&F's actual cost.  RL&F adjusts the standard

usage rates each fiscal year in an attempt to meet actual cost with respect to such charges. RL&F currently is under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows RL&F to cover adequately the monthly flat fees it must pay to these types of providers.

9.      RL&F believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, RL&F believes that such charges are in accordance with the American Bar Association's ("**ABA**") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## SUMMARY OF SERVICES RENDERED

10.      The director and associates of RL&F who have rendered professional services in these cases for the Monthly Compensation Period are as follows: Paul N. Heath, Brett M. Haywood, David T. Queroli and Chandler R. Elliott-Fehle. The paraprofessionals of RL&F who have provided service to these attorneys in these cases for the Monthly Compensation Period are as follows: Barbara J. Witters, M. Lynzy McGee, Ann Jerominski and Rebecca V. Speaker.

11.      The director, counsel and associates of RL&F who have rendered professional services in these cases for the Interim Compensation Period are as follows: Paul N. Heath, Robert C. Maddox, Brett M. Haywood, David T. Queroli, Chandler R. Elliott-Fehle and Garrett S. Eggen. The paraprofessionals of RL&F who have provided service to these attorneys in these cases for the Interim Compensation Period are as follows: Barbara J. Witters, Susan A. Sherman, M. Lynzy McGee, Ann Jerominski and Rebecca V. Speaker.

12.     The directors, counsel and associates of RL&F who have rendered professional services in these cases for the Final Compensation Period are as follows: Mark D. Collins, William J. Haubert, Russell C. Silberglied, Daniel J. Silberglied, Paul N. Heath, Blake K. Rohrbacher, Elisa Erlenbach Maas, Marcos A. Ramos, John D. Seraydarian, Joshua J. Novak, Jason M. Madron, Zachary I. Shapiro, Stanford L Stevenson, III, Robert C. Maddox, Stephanie Norman, Joseph C. Barsalona II, Brendan J. Schlauch, Brett M. Haywood, David T. Queroli, Chandler R. Elliott-Fehle, Christopher M. De Lillo, Christine E. Bealer, Megan E. Kenney, Travis J. Cuomo, Brian S. Yu, Sarah E. Silveira, J. Zachary Noble and Garrett S. Eggen.

13.     The paraprofessionals of RL&F who have provided service to these attorneys in these cases for the Final Compensation Period are as follows: Barbara J. Witters, Susan A. Sherman, M. Lynzy McGee, Ann Jerominski, Rebecca V. Speaker, Cynthia S. McMenamin, Tesia S. Smith, Daniel D. White, Gregory J. Nequist, Benjamin J. Cohen, Scott A. Benson and Carlos B. Terreforte.

14.     RL&F, by and through the above-named persons, has prepared and/or assisted in the preparation of various motions, applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described below.

## SUMMARY OF SERVICES BY PROJECT

15.     The services rendered by RL&F during the Monthly Compensation Period, the Interim Compensation Period and the Final Compensation Period can be grouped into the categories set forth below.  These categories are generally described below, with a more detailed identification of the actual services provided set forth on **Exhibit B** attached hereto and Exhibit A attached to each of the previously filed monthly fee applications.  The attorneys and

paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in **Exhibit B** attached hereto and Exhibit A attached to each of the previously filed monthly fee applications.

A.    Case Administration/Miscellaneous Matters

Monthly Compensation Period: Fees: $1,472.50    Total Hours: 4.0

Interim Compensation Period:  Fees:  $10,365.50    Total Hours: 21.4

Final Compensation Period: Fees: $178,860.50    Total Hours: 402.6

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, review of work in process reports, review of notices of appearance and maintaining service lists.

B.    Creditor Inquiries

Monthly Compensation Period: Fees: $0.00    Total Hours: 0.0

Interim Compensation Period:  Fees:  $220.00    Total Hours: 0.4

Final Compensation Period: Fees: $4,021.00    Total Hours: 8.8

This category includes all matters related to responding to creditor inquiries.

C.    Meetings

Monthly Compensation Period: Fees: $0.00    Total Hours: 0.0

Interim Compensation Period:  Fees:  $0.00    Total Hours: 0.0

Final Compensation Period: Fees: $25,008.00    Total Hours: 39.0

This category includes all matters related to preparing for and attending meetings with Debtors, the Committee, individual creditors, the U.S. Trustee, co-counsel and the Debtors' other professionals.

D.       Executory Contracts/Unexpired Leases

Monthly Compensation Period: Fees: $725.00          Total Hours: 1.1

Interim Compensation Period:  Fees:  $6,597.50          Total Hours: 11.3

Final Compensation Period: Fees: $341,659.50          Total Hours: 609.9

This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

E.       Automatic Stay/Adequate Protection

Monthly Compensation Period: Fees: $0.00          Total Hours: 0.0

Interim Compensation Period:  Fees:  $1,927.50          Total Hours: 4.2

Final Compensation Period: Fees: 97,019.00          Total Hours: 162.1

This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay or pending matters, and all other types of actions where adequate protection is the central issue.

F.       Plan of Reorganization/Disclosure Statement

Monthly Compensation Period: Fees: $79,730.00          Total Hours: 116.0

Interim Compensation Period:  Fees:  $204,521.00          Total Hours: 335.6

Final Compensation Period: Fees: $416,712.00          Total Hours: 683.7

This category includes all matters related to review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements, and related corporate documentation and research relating thereto.

G.     Use, Sale, Lease of Assets

Monthly Compensation Period: Fees: $6,432.50          Total Hours: 10.6

Interim Compensation Period:  Fees:  $46,503.50          Total Hours: 79.6

Final Compensation Period: Fees: $565,136.00          Total Hours: 1,013.40

This category includes all matters relating to acquisitions, dispositions and other postpetition uses of property of the estate.

H.     Cash Collateral/DIP Financing

Monthly Compensation Period: Fees: $0.00          Total Hours: 0.0

Interim Compensation Period:  Fees:  $0.00          Total Hours: 0.0

Final Compensation Period: Fees: $61,928.00          Total Hours: 105.7

This category includes all matters related to the negotiation and documentation of debtors in possession financing and post-confirmation financing, all cash collateral issues, and related pleadings.

I.     Claims Administration

Monthly Compensation Period: Fees: $1,802.50          Total Hours: 2.3

Interim Compensation Period:  Fees:  $2,505.50          Total Hours: 3.3

Final Compensation Period: Fees: $268,800.00          Total Hours: 487.9

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters.

J.     Court Hearings

Monthly Compensation Period: Fees: $29,402.50          Total Hours: 45.1

Interim Compensation Period:  Fees:  $46,230.50          Total Hours: 76.3

Final Compensation Period: Fees: $665,261.50          Total Hours: 1,396.3

This category includes all matters related to preparation for and attendance at court hearings.

K.      General Corporate/Real Estate

Monthly Compensation Period: Fees: $0.00          Total Hours: 0.0

Interim Compensation Period:  Fees:  $87.50          Total Hours: 0.1

Final Compensation Period: Fees: $109,085.50          Total Hours: 133.5

This category includes all matters relating to transactional, corporate governance and related matters involving the Debtors' business operations that are not part of a plan of reorganization or disclosure statement.

L.      Schedules/SOFA/U.S. Trustee Reports

Monthly Compensation Period: Fees: $760.00          Total Hours: 1.3

Interim Compensation Period:  Fees:  $1,867.50          Total Hours: 3.6

Final Compensation Period: Fees: $148,919.50          Total Hours: 312.4

This category includes preparation of schedules and amendments, statements of financial affairs and amendments, operating reports and other reports required by the U.S. Trustee or the Bankruptcy Court.

M.      Employee Issues

Monthly Compensation Period: Fees: $0.00          Total Hours: 0.0

Interim Compensation Period:  Fees:  $0.00          Total Hours: 0.0

Final Compensation Period: Fees: $34,861.50          Total Hours: 67.0

This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA, and retirement benefits.

N.    Environmental

Monthly Compensation Period: Fees: $0.00      Total Hours: 0.0

Interim Compensation Period:  Fees: $0.00      Total Hours: 0.0

Final Compensation Period: Fees:  $0.00      Total Hours: 0.0

This category includes all environmental matters, other than environmental aspects of the plan of reorganization.

O.    Tax Issues

Monthly Compensation Period: Fees: $3,517.50      Total Hours: 5.7

Interim Compensation Period:  Fees: $3,902.50      Total Hours: 6.4

Final Compensation Period: Fees:  $7,196.50      Total Hours: 11.4

This category includes all federal and state income, property, employment, excise and other tax matters, other than the tax aspects of the plan of reorganization.

P.    Litigation/Adversary Proceedings

Monthly Compensation Period: Fees: $11,487.50      Total Hours: 17.4

Interim Compensation Period:  Fees: $43,908.00      Total Hours: 68.1

Final Compensation Period: Fees: $1,402,932.50      Total Hours: 2,218.3

This category includes all matters related to litigation and adversary proceedings.

Q-1.   RL&F Applications

Monthly Compensation Period: Fees: $0.00      Total Hours: 0.0

Interim Compensation Period:  Fees:  $0.00      Total Hours: 0.0

Final Compensation Period: Fees: $17,803.50      Total Hours: 40.8

This category includes all matters related to preparing applications to retain RL&F and supplements thereto.

Q-2.    Retention of Others

Monthly Compensation Period: Fees: $92.50          Total Hours: 0.1

Interim Compensation Period: Fees: $92.50          Total Hours: 0.1

Final Compensation Period: Fees: $119,207.50          Total Hours: 241.3

This category includes time spent reviewing applications for retention of other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

R-1.    RL&F Fee Applications

Monthly Compensation Period: Fees: $2,130.00          Total Hours: 5.0

Interim Compensation Period: Fees: $6,920.50          Total Hours: 18.3

Final Compensation Period: Fees: $104,931.50          Total Hours: 302.2

This category includes all time spent preparing, reviewing, filing and circulating monthly invoices and fee applications for RL&F.

R-2.    Fee Applications of Others

Monthly Compensation Period: Fees: $7,227.50          Total Hours: 14.4

Interim Compensation Period: Fees: $14,595.00          Total Hours: 32.2

Final Compensation Period: Fees: $141,846.50          Total Hours: 386.5

This category includes time spent reviewing invoices or applications of other professionals, objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

S.    Vendor/Suppliers

Monthly Compensation Period: Fees: $0.00          Total Hours: 0.0

Interim Compensation Period: Fees: $0.00          Total Hours: 0.0

Final Compensation Period: Fees: $5,211.00          Total Hours: 8.1

This category includes all matters related to vendors and suppliers, including reclamation issues.

T.      Non-Working Travel

Monthly Compensation Period: Fees: $0.00          Total Hours: 0.0

Interim Compensation Period:  Fees:  $0.00          Total Hours: 0.0

Final Compensation Period: Fees: $4,560.00          Total Hours: 12.0

This category includes all travel time not otherwise chargeable.

U.      Utilities

Monthly Compensation Period: Fees: $0.00          Total Hours: 0.0

Interim Compensation Period:  Fees:  $0.00          Total Hours: 0.0

Final Compensation Period: Fees: $1,644.50          Total Hours: 5.2

This category includes all matters related to utility issues.

V.      Insurance

Monthly Compensation Period: Fees: $0.00          Total Hours: 0.0

Interim Compensation Period:  Fees:  $0.00          Total Hours: 0.0

Final Compensation Period: Fees: $102,133.00          Total Hours: 127.8

This category includes all matters related to insurance policies or coverage.

Z.      HW Production

Monthly Compensation Period: Fees: $0.00          Total Hours: 0.0

Interim Compensation Period:  Fees:  $0.00          Total Hours: 0.0

Final Compensation Period: Fees: $2,805.00          Total Hours: 3.3

In accordance with the Discovery Protocol Order, dated June 5, 2018 [Docket No.

976], this category includes all matters related to the review and production of documents to Harvey Weinstein.

### VALUATION OF SERVICES

16.    Attorneys and paraprofessionals of RL&F have expended a total of 223 hours in connection with this matter during Monthly Compensation Period, as follows:

### MONTHLY COMPENSATION PERIOD

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Paul N. Heath | 74.6 | $925 |
| Brett M. Haywood | 2.5 | $620 |
| David T. Queroli | 99.1 | $600 |
| Chandler R. Elliott-Fehle | 5.8 | $425 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Barbara J. Witters | 2.1 | $300 |
| M. Lynzy McGee | 33.9 | $300 |
| Ann Jerominski | 2.0 | $300 |
| Rebecca V. Speaker | 3.0 | $300 |

17.    Attorneys and paraprofessionals of RL&F have expended a total of 660.9 hours in connection with this matter during Interim Compensation Period, as follows:

### INTERIM COMPENSATION PERIOD

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Paul N. Heath | 82.5 | $875 |
| Paul N. Heath | 74.6 | $925 |
| Robert C. Maddox | 0.7 | $665 |
| Brett M. Haywood | 2.5 | $620 |
| David T. Queroli | 248.0 | $550 |
| David T. Queroli | 99.1 | $600 |
| Garrett S. Eggen | 23.9 | $400 |
| Chandler R. Elliott-Fehle | 23.1 | $400 |
| Chandler R. Elliott-Fehle | 5.8 | $425 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Barbara J. Witters | 5.0 | $295 |
| Barbara J. Witters | 2.1 | $300 |
| Susan A. Sherman | 2.6 | $295 |
| M. Lynzy McGee | 46.7 | $295 |

| | | |
|---|---|---|
| M. Lynzy McGee | 33.9 | $300 |
| Ann Jerominski | 2.3 | $295 |
| Ann Jerominski | 2.0 | $300 |
| Rebecca V. Speaker | 3.1 | $295 |
| Rebecca V. Speaker | 3.0 | $300 |

18.    Attorneys and paraprofessionals of RL&F have expended a total of 8,779.2 hours in connection with this matter during Final Compensation Period, as follows:

### FINAL COMPENSATION PERIOD

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Mark D. Collins | 32.5 | $925 |
| William J. Haubert | 56.3 | $925 |
| Russell C. Silberglied | 756.2 | $850 |
| Russell C. Silberglied | 7.5 | $425 ½ Travel |
| Russell C. Silberglied | 7.8 | $900 |
| Daniel J. DeFranceschi | 0.3 | $875 |
| Paul N. Heath | 1310.5 | $750 |
| Paul N. Heath | 519.7 | $800 |
| Paul N. Heath | 341.8 | $875 |
| Paul N. Heath | 74.6 | $925 |
| Blake K. Rohrbacher | 0.7 | $750 |
| Elisa Erlenbach Maas | 20.0 | $725 |
| Marcos A. Ramos | 4.6 | $710 |
| Marcos A. Ramos | 7.8 | $810 |
| John D. Seraydarian | 0.2 | $675 |
| Joshua J. Novak | 0.5 | $625 |
| Jason M. Madron | 0.2 | $625 |
| Zachary I. Shapiro | 429.7 | $610 |
| Zachary I. Shapiro | 4.5 | $305 ½ Travel |
| Zachary I. Shapiro | 41.9 | $675 |
| Zachary I. Shapiro | 4.1 | $725 |
| Stanford L. Stevenson, III | 0.2 | $595 |
| Robert C. Maddox | 437.5 | $595 |
| Robert C. Maddox | 17.2 | $625 |
| Robert C. Maddox | 33.8 | $665 |
| Stephanie Norman | 6.9 | $560 |
| Joseph C. Barsalona II | 309.0 | $480 |
| Brendan J. Schlauch | 0.3 | $480 |
| Brett M. Haywood | 494.6 | $450 |
| Brett M. Haywood | 35.7 | $505 |
| Brett M. Haywood | 2.5 | $620 |
| David T. Queroli | 746.8 | $385 |
| David T. Queroli | 380.4 | $470 |

| | | |
|---|---|---|
| David T. Queroli | 530.9 | $550 |
| David T. Queroli | 99.1 | $600 |
| Garrett S. Eggen | 11.6 | $250 |
| Garrett S. Eggen | 0.3 | $350 |
| Garrett S. Eggen | 47.5 | $400 |
| Chandler R. Elliott-Fehle | 23.1 | $400 |
| Chandler R. Elliott-Fehle | 5.8 | $425 |
| Christine E. Bealer | 1.0 | $385 |
| Megan E. Kenney | 35.4 | $320 |
| Travis J. Cuomo | 147.2 | $320 |
| Travis J. Cuomo | 4.0 | $485 |
| Brian S. Yu | 23.5 | $320 |
| Sarah E. Silveira | 6.8 | $320 |
| Sarah E. Silveira | 1.6 | $350 |
| J. Zachary Noble | 2.3 | $250 |
| J. Zachary Noble | 1.6 | $350 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Barbara J. Witters | 31.9 | $255 |
| Barbara J. Witters | 10.4 | $265 |
| Barbara J. Witters | 6.6 | $295 |
| Barbara J. Witters | 2.1 | $300 |
| Susan A. Sherman | 50.8 | $265 |
| Susan A. Sherman | 35.8 | $295 |
| M. Lynzy McGee | 650.6 | $255 |
| M. Lynzy McGee | 249.8 | $265 |
| M. Lynzy McGee | 187.4 | $295 |
| M. Lynzy McGee | 33.9 | $300 |
| Ann Jerominski | 42.0 | $255 |
| Ann Jerominski | 10.3 | $265 |
| Ann Jerominski | 8.7 | $295 |
| Ann Jerominski | 2.0 | $300 |
| Rebecca V. Speaker | 70.5 | $255 |
| Rebecca V. Speaker | 22.6 | $265 |
| Rebecca V. Speaker | 6.1 | $295 |
| Rebecca V. Speaker | 3.0 | $300 |
| Cynthia S. McMenamin | 52.1 | $255 |
| Tesia S. Smith | 48.9 | $135 |
| Tesia S. Smith | 18.9 | $140 |
| Tesia S. Smith | 0.9 | $150 |
| Daniel D. White | 7.0 | $275 |
| Gregory J. Nequist | 38.8 | $275 |
| Benjamin J. Cohen | 1.0 | $220 |
| Scott A. Benson | 3.1 | $260 |
| Carlos B. Terreforte | 2.4 | $260 |

The nature of the work performed by these persons is fully set forth in **Exhibit B** attached hereto and Exhibit A to each of the previously filed monthly fee applications.   These are RL&F's normal hourly rates for work of this character.   The reasonable value of the services rendered by RL&F to the Debtor during Monthly Compensation Period is $144,780.00, during the Interim Compensation Period is $390,244.50 and during the Final Compensation Period is $4,827,332.00.

19.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RL&F is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services other than in a case under this title.   Moreover, RL&F submits that this Application is compliant with Local Rule 2016-2.

## DISCLOSURES PURSUANT TO THE U.S. TRUSTEE GUIDELINES

20.    Section C.5 of the U.S. Trustee Guidelines requires an applicant to respond to six questions relating to its fee application.   RL&F's disclosures in response to the six questions are contained in the Certification attached hereto as **Exhibit A.**

## NOTICE

21.    The Debtors shall provide notice of this Application on the date hereof via U.S. first class mail to: (i) the Office of the United States Trustee for the District of Delaware; and (ii) all parties who filed a request for service of notices under Bankruptcy Rule 2002. The Debtors submit that no further notice is necessary under the circumstances.

WHEREFORE, RL&F respectfully requests that the Court authorize that for the period March 19, 2018 through February 18, 2021, a final allowance be made to RL&F pursuant to the terms of the Interim Compensation Order and the Confirmation Order with respect to the sum of $4,827,332.00[3] as compensation for necessary professional services rendered, and the sum of $105,084.97 as reimbursement of actual necessary costs and expenses, for a total of $4,932,416.97 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: April 5, 2021
      Wilmington, Delaware

          */s/ David T. Queroli*
          **RICHARDS, LAYTON & FINGER, P.A.**
          Mark D. Collins (No. 2981)
          Paul N. Heath (No. 3704)
          Zachary I. Shapiro (No. 5103)
          Brett M. Haywood (No. 6166)
          David T. Queroli (No. 6318)
          One Rodney Square
          920 North King Street
          Wilmington, Delaware 19801
          Telephone: (302) 651-7700
          Facsimile: (302) 651-7701
          Email: queroli@rlf.com

          *Attorneys for the Debtors*

---

[3] RL&F has rendered and anticipates rendering additional services and has incurred and anticipates incurring additional reimbursable expenses following the Effective Date in connection with (i) fee application matters for professionals to the Debtors and (ii) implementation of the Plan. RL&F intends to seek payment for such fees and expenses either in connection with this final fee application or such other agreement between the RL&F and the Liquidation Trustee appointed under the Debtors' Plan. RL&F will true-up all fees and expenses incurred following the Effective Date prior to the hearing to consider approval of this final fee application and will reflect its actual, reconciled, compensation figures in the form of order presented to the Court at the hearing to consider this final application. RL&F will file appropriate time and expense detail with the Court with respect to its fees and expenses incurred following the Effective Date.