IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered |

**Objection Deadline: April 26, 2021, at 4:00 p.m. (ET)**
**Hearing Date: May 6, 2021 at 10:30 a.m. (ET)**

**COVERSHEET FOR FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
THE PERIOD FROM MARCH 28, 2018 THROUGH FEBRUARY 18, 2021**

| **Name of Applicant:** | **Pachulski Stang Ziehl & Jones LLP** |
|---|---|
| Name of client: | The Official Committee of Unsecured Creditors |
| Time period covered by this final application: | March 28, 2018 - February 18, 2021 |
| Total compensation sought this final period: | $5,182,763.70[2] |
| Total expenses sought this final period: | $166,947.83 |
| Petition date: | March 19, 2018 |
| Retention date: | *Nunc Pro Tunc* to March 28, 2018 |
| Date of order approving employment: | April 24, 2018 |

---

[1]  The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2]  PSZ&J billed a total of $5,455,541.50 in fees during these chapter 11 cases through February 18, 2021. However, the amount requested herein reflects a voluntary reduction of 5% of PSZ&J's fees in the amount of $272,777.8.  PSZ&J's final fee amount also includes $1,125.00 in prior reductions previously agreed to by the Firm and the U.S. Trustee.

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Total fees approved by interim order to date: | $5,268,449.00 |
| Total expenses approved by interim order to date: | $163,986.45 |
| Total allowed fees paid to date: | $4,862,116.00 |
| Total allowed expenses paid to date: | $159,445.25 |
| Blended rate in this application for all timekeepers: | $777.76 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | N/A |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | N/A |
| Number of professionals included in this application: | 32 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period: | 10 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application: | No. |

This is a:      ☐ monthly      ☐ interim      ☒ final application.

The total time expended for fee application preparation is approximately 15.00 hours and the corresponding compensation requested is approximately $5,520.00.

## PRIOR MONTHLY FEE APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/23/18 | 03/28/18 – 4/30/18 | $909,537.50 | $18,626.71 | $727,630.00 | $18,626.71 |
| 08/03/18 | 05/01/18 – 05/31/18 | $715,514.75 | $45,122.02 | $572,411.80 | $45,122.02 |
| 08/14/18 | 06/01/18 – 06/30/18 | $481,072.75 | $9,185.49 | $384,858.20 | $9,185.49 |
| | **1st Quarterly Application** | **$2,106,125.00** | **$72,934.22** | **$2,106,125.00** | **$71,434.22[3]** |
| 08/31/18 | 07/01/18 – 07/31/18 | $462,111.25 | $5,809.59 | $369,689.00 | $5,809.59 |
| 10/12/18 | 08/01/18 – 08/31/18 | $250,146.00 | $14,413.23 | $200,116.80 | $14,413.23 |
| 11/14/18 | 09/01/18 – 09/30/18 | $162,630.50 | $4,067.46 | $130,104.40 | $4,067.46 |
| | **2nd Quarterly Application** | **$874,887.75** | **$24,290.28** | **$874,887.75** | **$24,290.28** |
| 12/14/18 | 10/01/18 – 10/31/18 | $143,982.50 | $3,782.49 | $115,186.00 | $3,782.49 |
| 01/17/19 | 11/01/18 – 11/30/18 | $173,157.00 | $4,111.73 | $138,525.60 | $4,111.73 |
| 02/14/19 | 12/01/18 – 12/31/18 | $133,401.00 | $913.99 | $106,720.80 | $913.99 |
| | **3rd Quarterly Application** | **$450,540.50** | **$8,808.21** | **$449,415.50[4]** | **$8,808.21** |
| 04/24/19 | 01/01/19 – 01/31/19 | $127,157.00 | $5,343.75 | $101,725.60 | $5,343.75 |
| 05/14/19 | 02/01/19 – 02/28/19 | $258,910.50 | $12,300.59 | $207,128.40 | $12,300.59 |
| 05/14/19 | 03/01/19 – 03/31/19 | $168,497.75 | $11,553.52 | $134,798.20 | $11,553.52 |
| | **4th Quarterly Application** | **$554,565.25** | **$29,197.86** | **$554,565.25** | **$29,197.86** |
| 07/01/19 | 04/01/19 – 04/30/19 | $48,932.50 | $2,143.62 | $39,146.00 | $2,143.62 |
| 08/14/19 | 05/01/19 – 05/31/19 | $146,058.50 | $4,632.83 | $116,846.80 | $4,632.83 |
| 08/14/19 | 06/01/19 – 06/30/19 | $115,595.50 | $1,380.03 | $92,476.40 | $1,380.03 |
| | **5th Quarterly Application** | **$310,586.50** | **$8,156.48** | **$310,586.50** | **$8,156.48** |
| 11/18/19 | 07/01/19 – 07/31/19 | $73,570.50 | $822.33 | $58,856.40 | $822.33 |
| 11/18/19 | 08/01/19 – 08/31/19 | $57,984.00 | $1,267.79 | $46,387.20 | $1,267.79 |
| 11/18/19 | 09/01/19 – 09/30/19 | $29,118.00 | $1,234.91 | $23,294.40 | $1,234.91 |
| | **6th Quarterly Application** | **$160,672.50** | **$3,325.03** | **$160,672.50** | **$3,325.03** |
| 02/10/20 | 10/01/19 – 10/31/19 | $19,957.00 | $888.35 | $15,965.60 | $888.35 |
| 02/10/20 | 11/01/19 – 11/30/19 | $17,619.00 | $1,839.00 | $14,095.20 | $1,839.00 |
| 02/10/20 | 12/01/19 – 12/31/19 | $13,930.00 | $297.50 | $11,144.00 | $297.50 |
| | **7th Quarterly Application** | **$51,506.00** | **$3,024.85** | **$51,506.00** | **$3,024.85** |
| 05/19/20 | 01/01/20 – 01/31/20 | $62,493.00 | $318.81 | $49,994.40 | $318.81 |
| 05/19/20 | 02/01/20 – 02/29/20 | $55,559.00 | $1,984.82 | $44,447.20 | $1,984.82 |

[3] Reflects a reduction of expenses in the amount of $1,500.00 pursuant to an agreement with the U.S. Trustee.

[4] Reflects a reduction of fees in the amount of $1,125.00 pursuant to an agreement with the U.S. Trustee.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 05/19/20 | 03/01/20 – 03/31/20 | $76,402.50 | $444.88 | $61,122.00 | $444.88 |
| | **8th Quarterly Application** | **$194,454.50** | **$2,748.51** | **$194,454.50** | **$2,748.51** |
| 06/18/20 | 04/01/20 – 04/30/20 | $62,424.50 | $4,927.51 | $49,939.60 | $4,927.51 |
| 06/18/20 | 05/01/20 – 05/31/20 | $50,064.50 | $2,074.40 | $40,051.60 | $2,074.40 |
| 07/22/20 | 06/01/20 – 06/30/20 | $47,414.00 | $330.90 | $37,931.20 | $330.90 |
| | **9th Quarterly Application** | **$159,903.00** | **$7,332.81** | **$159,903.00** | **$7,332.81** |
| 11/20/20 | 07/01/20 – 07/31/20 | $58,161.00 | $676.45 | $46,528.80 | $676.45 |
| 11/20/20 | 08/01/20 – 08/31/20 | $35,046.50 | $1,642.64 | $28,037.20 | $1,642.64 |
| 11/20/20 | 09/01/20 – 09/30/20 | $67,969.50 | $831.80 | $54,375.60 | $831.80 |
| | **10th Quarterly Application** | **$161,177.00** | **$3,150.89** | **$161,177.00** | **$3,150.89** |
| 02/17/21 | 10/01/20 – 10/31/20 | $57,270.00 | $992.86 | $45,816.00 | $992.86 |
| 02/17/21 | 11/01/20 – 11/30/20 | $71,018.00 | $1,145.55 | $56,814.40 | $1,145.55 |
| 02/17/21 | 12/01/20 – 12/31/20 | $116,868.00 | $378.90 | $93,494.40 | $378.90 |
| | **11th Quarterly Application** | **$245,156.00** | **$2,517.31** | **$245,156.00** | **$2,517.31** |

**SUMMARY OF TIME CHARGED AND HOURLY RATES BY PROFESSIONAL FOR THE FINAL FEE PERIOD FROM MARCH 28, 2018 THROUGH FEBRUARY 18, 2021**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Richard M. Pachulski | Partner 1983; Member CA Bar 1979 | $1,345.00 | 0.80 | $1,076.00 |
| Robert J. Feinstein | Partner 2001; Member NY Bar since 1982; Member MA Bar since 1982 | $1,395.00 | 18.80 | $26,226.00 |
| Robert J. Feinstein | Partner 2001; Member NY Bar since 1982; Member MA Bar since 1982 | $1,245.00 | 102.50 | $127,612.50 |
| Robert J. Feinstein | Partner 2001; Member NY Bar since 1982; Member MA Bar since 1982 | $1,145.00 | 170.70 | $195,451.50 |
| Robert J. Feinstein | Partner 2001; Member NY Bar since 1982; Member MA Bar since 1982 | $1,095.00 | 332.80 | $363,540.00 |
| Robert J. Feinstein | Travel Rate | $622.50 | 1.00 | $622.50 |
| Robert J. Feinstein | Travel Rate | $572.50 | 7.00 | $4,007.50 |
| Robert J. Feinstein | Travel Rate | $547.50 | 10.00 | $5,475.00 |
| James I. Stang | Partner 1983; Member CA Bar since 1980 | $1,245.00 | 1.40 | $1,673.00 |
| James I. Stang | Partner 1983; Member CA Bar since 1980 | $1,195.00 | 3.90 | $4,660.50 |
| James I. Stang | Partner 1983; Member CA Bar since 1980 | $1,145.00 | 26.00 | $29,770.00 |
| James I. Stang | Partner 1983; Member CA Bar since 1980 | $1,095.00 | 363.20 | $397,704.00 |
| James I. Stang | Travel Rate | $547.50 | 41.50 | $22,721.25 |
| James I. Stang | No Charge | $0.00 | 0.90 | $0.00 |
| Jeffrey H. Davidson | Partner | $1,245.00 | 7.90 | $9,835.50 |
| Isaac M. Pachulski | Partner 2014; Member CA Bar since 1974 | $1,295.00 | 3.90 | $5,050.50 |
| Alan J. Kornfeld | Partner 1996; Member CA Bar since 1987; Member DC Bar since 2002; Member NY Bar since 2004 | $1,095.00 | 93.50 | $102,382.50 |
| Alan J. Kornfeld | Partner 1996; Member CA Bar since 1987; Member DC Bar since 2002; Member NY Bar since 2004 | $1,050.00 | 243.40 | $255,570.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Alan J. Kornfeld | Travel Rate | $547.50 | 14.60 | $7,993.50 |
| Alan J. Kornfeld | Travel Rate | $525.00 | 27.00 | $14,175.00 |
| Alan J. Kornfeld | No Charge | $0.00 | 3.00 | $0.00 |
| Andrew W. Caine | Partner 1989; Member CA Bar 1983 | $1,245.00 | 4.10 | $5,104.50 |
| Andrew W. Caine | Partner 1989; Member CA Bar 1983 | $1,095.00 | 34.40 | $37,668.00 |
| Andrew W. Caine | Partner 1989; Member CA Bar 1983 | $995.00 | 0.90 | $895.50 |
| Debra I. Grassgreen | Partner 1997; Member FL Bar since 1992; Member CA Bar since 1994 | $1,295.00 | 26.60 | $34,447.00 |
| Debra I. Grassgreen | Partner 1997; Member FL Bar since 1992; Member CA Bar since 1994 | $1,095.00 | 67.20 | $73,584.00 |
| Debra I. Grassgreen | Partner 1997; Member FL Bar since 1992; Member CA Bar since 1994 | $1,050.00 | 102.90 | $108,045.00 |
| Debra I. Grassgreen | Partner 1997; Member FL Bar since 1992; Member CA Bar since 1994 | $995.00 | 489.70 | $487,251.50 |
| Debra I. Grassgreen | Travel Rate | $525.00 | 19.00 | $9,975.00 |
| Debra I. Grassgreen | Travel Rate | $497.50 | 55.00 | $27,362.50 |
| Jeremy V. Richards | Partner | $1,050.00 | 31.20 | $32,760.00 |
| Bradford J. Sandler | Partner 2010; Member of the DE Bar since 2001; Member of the PA Bar since 1996; Member of the NJ Bar since 1996; and Member of the NY Bar since 2008 | $1,050.00 | 0.10 | $105.00 |
| Bradford J. Sandler | Partner 2010; Member of the DE Bar since 2001; Member of the PA Bar since 1996; Member of the NJ Bar since 1996; and Member of the NY Bar since 2008 | $975.00 | 8.80 | $8,580.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradford J. Sandler | Partner 2010; Member of the DE Bar since 2001; Member of the PA Bar since 1996; Member of the NJ Bar since 1996; and Member of the NY Bar since 2008 | $925.00 | 175.20 | $162,060.00 |
| Bradford J. Sandler | Travel Rate | $462.50 | 6.00 | $2,775.00 |
| Bradford J. Sandler | No Charge | $0.00 | 1.70 | $0.00 |
| Henry C. Kevane | Partner 1997; Member CA Bar since 1986 | $1,025.00 | 1.90 | $1,947.50 |
| Iain A. W. Nasatir | Partner 1998; Member NY Bar since 1983; Member CA Bar since 1990 | $975.00 | 15.30 | $14,917.50 |
| Iain A. W. Nasatir | Partner 1998; Member NY Bar since 1983; Member CA Bar since 1990 | $925.00 | 223.90 | $207,107.50 |
| Iain A. W. Nasatir | Travel Rate | $462.50 | 9.00 | $4,162.50 |
| Kenneth H. Brown | Partner 2001; Member CA Bar since 1981 | $975.00 | 5.10 | $4,972.50 |
| Kenneth H. Brown | Partner 2001; Member CA Bar since 1981 | $925.00 | 250.20 | $231,435.00 |
| Kenneth H. Brown | No Charge | $0.00 | 1.00 | $0.00 |
| Linda F. Cantor | Partner | $975.00 | 0.80 | $780.00 |
| Maxim B. Litvak | Partner 2004; Member CA Bar since 2001; Member TX Bar since 1997 | $950.00 | 4.50 | $4,275.00 |
| Maxim B. Litvak | Partner 2004; Member CA Bar since 2001; Member TX Bar since 1997 | $875.00 | 176.60 | $154,525.00 |
| James E. O'Neill | Partner 2005; Member of the DE Bar since 2001 | $850.00 | 0.20 | $170.00 |
| Jason H. Rosell | Partner 2020; Member CA Bar since 2010; Member NY Bar since 2011 | $845.00 | 85.00 | $71,825.00 |
| Jason H. Rosell | Partner 2020; Member CA Bar since 2010; Member NY Bar since 2011 | $725.00 | 439.10 | $318,347.50 |
| Jason H. Rosell | Partner 2020; Member CA Bar since 2010; Member NY Bar since 2011 | $695.00 | 439.90 | $305,730.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jason H. Rosell | Partner 2020; Member CA Bar since 2010; Member NY Bar since 2011 | $680.00 | 0.30 | $204.00 |
| Jason H. Rosell | Partner 2020; Member CA Bar since 2010; Member NY Bar since 2011 | $595.00 | 453.20 | $269,654.00 |
| Jason H. Rosell | Travel Rate | $347.50 | 42.50 | $14,768.75 |
| Jason H. Rosell | Travel Rate | $297.50 | 14.00 | $4,165.00 |
| Jason H. Rosell | No Charge | $0.00 | 10.50 | $0.00 |
| Jason S. Pomerantz | Partner 2020; Member of CA Bar since 1991 | $825.00 | 31.70 | $26,152.50 |
| Jason S. Pomerantz | Partner 2020; Member of CA Bar since 1991 | $775.00 | 253.70 | $196,617.50 |
| Jason S. Pomerantz | No Charge | $0.00 | 14.80 | $0.00 |
| Ilan D. Scharf | Partner 2010; Member NY Bar since 2002 | $795.00 | 0.40 | $318.00 |
| Harry D. Hochman | Of Counsel; Member CA Bar 1987 | $1,095.00 | 7.30 | $7,993.50 |
| Harry D. Hochman | Of Counsel 2004; Member of CA Bar since 1987 | $925.00 | 7.90 | $7,307.50 |
| Harry D. Hochman | Of Counsel 2004; Member of CA Bar since 1987 | $850.00 | 7.10 | $6,035.00 |
| Colin R. Robinson | Of Counsel 2012; Member of DE Bar since 2010; Member of NJ and PA Bars since 2001 | $925.00 | 15.30 | $14,152.50 |
| Colin R. Robinson | Of Counsel 2012; Member of DE Bar since 2010; Member of NJ and PA Bars since 2001 | $825.00 | 25.30 | $20,872.50 |
| Colin R. Robinson | Of Counsel 2012; Member of DE Bar since 2010; Member of NJ and PA Bars since 2001 | 795 | 76.30 | $60,658.50 |
| Colin R. Robinson | Of Counsel 2012; Member of DE Bar since 2010; Member of NJ and PA Bars since 2001 | $750.00 | 351.30 | $263,475.00 |
| Malhar S. Pagay | Of Counsel 2003; Member of CA Bar since 1997 | $825.00 | 30.90 | $25,492.50 |
| Gail S. Greenwood | Of Counsel 2009; Member of CA Bar since 1994 | $795.00 | 22.50 | $17,887.50 |
| Maria A. Bove | Of Counsel | $795.00 | 35.90 | $28,540.50 |
| Miriam Manning | Of Counsel 2008; Member of CA Bar since 1995 | $795.00 | 5.60 | $4,452.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gina F. Brandt | Of Counsel 2000; Member of CA Bar since 1976 | $775.00 | 4.30 | $3,332.50 |
| Peter J. Keane | Of Counsel 2018; Member of DE and NH Bars since 2010; Member of PA Bar since 2008 | $695.00 | 2.40 | $1,668.00 |
| Peter J. Keane | Of Counsel 2018; Member of DE and NH Bars since 2010; Member of PA Bar since 2008 | $625.00 | 11.40 | $7,125.00 |
| Cia H. Mackle | Of Counsel 2007; Member of FL Bar since 2006 | $650.00 | 28.50 | $18,525.00 |
| Hayley R. Winograd | Associate 2020; Member of NY Bar since 2017 | $695.00 | 9.40 | $6,533.00 |
| Hayley R. Winograd | Associate 2020; Member of NY Bar since 2017 | $625.00 | 80.90 | $50,562.50 |
| Steven W. Golden | Associate 2016; Member NY and MD Bars 2015; Member TX Bar 2016 | $575.00 | 11.10 | $6,382.50 |
| Steven W. Golden | Associate 2016; Member NY and MD Bars 2015; Member TX Bar 2016 | $495.00 | 173.00 | $85,635.00 |
| Steven W. Golden | Travel Rate | $247.50 | 3.00 | $742.50 |
| Steven W. Golden | No Charge | $0.00 | 17.40 | $0.00 |
| Joseph M. Mulvihill | Associate 2010; Member DE Bar since 2014 | $575.00 | 7.00 | $4,025.00 |
| Joseph M. Mulvihill | Associate 2010; Member DE Bar since 2014 | $495.00 | 6.20 | $3,069.00 |
| Leslie A. Forrester | Law Library Director 2003 | $450.00 | 2.10 | $945.00 |
| Leslie A. Forrester | Law Library Director | $425.00 | 0.50 | $212.50 |
| Leslie A. Forrester | Law Library Director 2003 | $395.00 | 37.00 | $14,615.00 |
| Elizabeth C. Thomas | Paralegal 2016 | $460.00 | 3.10 | $1,426.00 |
| Elizabeth C. Thomas | Paralegal 2016 | $425.00 | 26.80 | $11,390.00 |
| Elizabeth C. Thomas | Paralegal 2016 | $395.00 | 38.30 | $15,128.50 |
| Elizabeth C. Thomas | Paralegal 2016 | $375.00 | 43.50 | $16,312.50 |
| La Asia S. Canty | Paralegal 2017 | $460.00 | 33.50 | $15,410.00 |
| La Asia S. Canty | Paralegal 2017 | $425.00 | 187.60 | $79,730.00 |
| La Asia S. Canty | Paralegal 2017 | $395.00 | 130.30 | $51,468.50 |
| La Asia S. Canty | Paralegal 2017 | $375.00 | 242.60 | $90,975.00 |
| La Asia S. Canty | No Charge | $0.00 | 1.50 | $0.00 |
| Patricia J. Jeffries | Paralegal 1999 | $425.00 | 1.80 | $765.00 |
| Patricia J. Jeffries | Paralegal 1999 | $395.00 | 0.50 | $197.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Patricia J. Jeffries | Paralegal 1999 | $375.00 | 26.20 | $9,825.00 |
| Patricia E. Cuniff | Paralegal 2000 | $425.00 | 1.40 | $595.00 |
| Cheryl A. Knotts | Paralegal 2000 | $395.00 | 2.30 | $908.50 |
| Melisa DesJardien | Other | $395.00 | 0.20 | $79.00 |
| Beatrice M. Koveleski | Case Management Assistant | $350.00 | 14.10 | $4,935.00 |
| Beatrice M. Koveleski | Case Management Assistant | $325.00 | 16.50 | $5,362.50 |
| Beatrice M. Koveleski | Case Management Assistant | $295.00 | 22.90 | $6,755.50 |
| Charles J. Bouzoukis | Case Management Assistant | $375.00 | 7.60 | $2,850.00 |
| Charles J. Bouzoukis | Case Management Assistant | $350.00 | 31.70 | $11,095.00 |
| Charles J. Bouzoukis | Case Management Assistant | $325.00 | 55.30 | $17,972.50 |
| Charles J. Bouzoukis | Case Management Assistant | $295.00 | 80.50 | $23,747.50 |
| Karen S. Neil | Case Management Assistant | $350.00 | 13.90 | $4,865.00 |
| Karen S. Neil | Case Management Assistant | $325.00 | 17.00 | $5,525.00 |
| Karen S. Neil | Case Management Assistant | $295.00 | 40.50 | $11,947.50 |
| L. Sheryle Pitman | Case Management Assistant | $350.00 | 1.80 | $630.00 |
| L. Sheryle Pitman | Case Management Assistant | $325.00 | 10.90 | $3,542.50 |
| L. Sheryle Pitman | Case Management Assistant | $295.00 | 12.30 | $3,628.50 |

| | |
|---|---|
| Grand Total: | $5,455,541.50 |
| Total Hours: | 7,014.40 |
| Blended Rate: | $777.76 |

### SUMMARY OF TIME CHARGED BY CATEGORY FOR THE FINAL
### FEE PERIOD FROM MARCH 28, 2018 THROUGH FEBRUARY 18, 2021

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Appeals | 14.60 | $14,911.00 |
| Asset Analysis/Recovery | 60.50 | $51,280.50 |
| Asset Disposition | 1,403.60 | $1,156,676.50 |
| Avoidance Actions | 49.00 | $43,945.00 |
| Bankruptcy Litigation | 617.50 | $544,384.50 |
| Business Operations | 22.60 | $21,385.50 |
| Case Administration | 662.20 | $362,729.00 |
| Claims Admin/Objections | 341.60 | $257,357.50 |
| Compensation of Professionals/Others | 33.50 | $22,584.50 |
| Employee Benefit/Pension | 22.00 | $16,988.50 |
| Executory Contracts | 234.70 | $175,576.50 |
| Fee/Employment Application | 0.20 | $150.00 |
| Financial Filings | 8.70 | $6,157.50 |
| Financing | 272.70 | $236,339.50 |
| General Creditors Committee | 64.70 | $50,531.00 |
| Hearing | 247.80 | $177,538.50 |
| Insurance Coverage | 265.60 | $251,602.50 |
| Insurance Issues | 74.40 | $74,927.00 |
| Litigation (Non-Bankruptcy) | 19.00 | $16,121.50 |
| Management Issues | 93.30 | $88,845.00 |
| Meeting of Creditors | 369.70 | $300,829.00 |
| Non-Working Travel | 245.60 | $116,606.00 |
| Operations | 1.30 | $1,070.50 |
| Outbound Claims Analysis | 437.00 | $365,078.50 |
| Plan & Disclosure Statement | 840.80 | $751,272.00 |
| Plan Implementation | 1.90 | $2,460.50 |
| PSZ&J Compensation | 416.60 | $180,348.00 |
| PSZ&J Retention | 12.00 | $8,417.50 |
| Retention of Professionals | 91.50 | $82,535.00 |
| Stay Litigation | 81.90 | $70,316.50 |
| Tax Issues | 0.20 | $185.00 |
| Travel | 7.70 | $6,391.50 |
| **Grand Total** | **7,014.40** | **$5,455,541.50** |

**EXPENSE SUMMARY FOR THE <u>FINAL FEE PERIOD</u>**
**<u>FROM MARCH 28, 2018 THROUGH FEBRUARY 18, 2021</u>**

| Expense Category | Service Provider[1] (if applicable) | Total Expenses |
|---|---|---|
| Air Fare | Coach Rate – American Airlines, United Airlines, Alaska Airlines, Southwest | $28,145.41 |
| Airport Parking | LAX Airport Parking | $246.00 |
| Auto Travel Expense | JTL Management Taxi Service, NYC Taxi, Uber Transportation Service, MTA Public Transportation, KLS Transportation Services, Curb Taxi, Triple J. Transport, Lyft Transportation Services, Lolly Taxi Cab, Sunny's Transportation Service, Elite | $8,629.74 |
| Bloomberg – Online Research | | $802.95 |
| Conference Calls | CourtCall, AT&T | $4,507.88 |
| CourtLink – Court Research | | $190.22 |
| Delivery/ Courier Service | Legal Vision Atty Mess Service, Advita | $18,263.24 |
| Fax Transmittal | | $31.00 |
| Federal Express | | $600.90 |
| Filing Fee | USDC | $152.50 |
| Guest Parking | | $363.00 |
| Hotel Expense | The Beverly Hilton Hotel, DuPont Hotel, Lotte NY Palace, Gramercy Park Hotel, London Hotel, Peninsula Hotel, The James NY | $21,782.52 |
| Lexis/Nexis – Legal Research | | $2,943.29 |
| Outside Services | Roadrunner Express, Inc., Maconachy Investigative Group, Everlaw, Doodle (meeting scheduler), Maconachy Investigative Group | $10,007.98 |
| Pacer – Court Research | | $9,805.50 |
| Postage | | $5,064.80 |
| Reproduction Expense | | $16,371.10 |
| Reproduction/ Scan Copy | | $14,480.10 |
| Research | Parasec, Everlaw, Inc. | $8,409.67 |
| Transcript | Reliable, TSG Reporting, Veritext | $11,911.29 |
| Travel Expense | Amtrak, GoGoAir, Inflight wifi service, Mileage | $4,110.28 |
| Working Meals | | $128.46 |
| **Total** | | **$166,947.83** |

---

[1] PSZ&J may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS LLC., *et al.*, [1] | Case No. 18-10601 (MFW) |
| Debtors. | Jointly Administered |

**Objection Deadline: April 26, 2021, at 4:00 p.m. (ET)**
**Hearing Date: May 6, 2021 at 10:30 a.m. (ET)**

**FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>FOR THE PERIOD FROM MARCH 28, 2018 THROUGH FEBRUARY 18, 2021</u>**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "<u>Bankruptcy Rules</u>") and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on April 17, 2018 [Docket No. 247] (the "<u>Interim Compensation Order</u>"), Pachulski Stang Ziehl & Jones LLP ("<u>PSZ&J</u>" or the "<u>Firm</u>"), counsel for the Official Committee of Unsecured Creditors (the "<u>Committee</u>") in the bankruptcy cases of the above-captioned debtors (the "<u>Debtors</u>"), hereby submits its *Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from March 28, 2018 Through February 18, 2021* (the "<u>Final Application</u>").

---

[1]  The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

By this Final Application PSZ&J seeks a final allowance of compensation in the amount of $5,182,763.70[2] as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $165,447.83[3] for a total allowance of $5,348,211.53 and payment of the unpaid amount of such fees and expenses for the period March 28, 2018 Through February 18, 2021 (the "Final Fee Period").  In support of this Application, PSZ&J respectfully represents as follows:

## Background

1.     On March 19, 2018 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these cases.

2.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.     On March 28, 2018, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee [Docket No. 122].  The members appointed to the Committee are: (i) Louisette Geiss; (ii) Sandeep Rehal; (iii) Access Digital

---

[2] PSZ&J billed a total of $5,455,541.50 in fees during these chapter 11 cases through February 18, 2021.  However, the amount requested herein reflects a voluntary reduction of 5% of PSZ&J's fees in the amount of $272,777.8. PSZ&J's final fee amount also includes $1,125.00 in prior reductions previously agreed to by the Firm and the U.S. Trustee.

[3] This amount reflects a prior reduction of expenses in the amount of $1,500.00 pursuant to an agreement with the U.S. Trustee.

Cinema Phase 2 Corp c/o Cinedigm; (iv) Light Chaser Animation; and (v) William Morris Endeavor Entertainment.

4.      On April 17, 2018, the Court signed the Interim Compensation Order, authorizing certain Retained Professionals and members of any official committee ("Professionals") to submit monthly fee applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein.  The Interim Compensation Order provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within twenty (20) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.  Beginning with the period ending June 30, 2018, and at three-month intervals or such other intervals convenient to the Court, each Professional shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

5.      Pursuant to the Interim Compensation Order also, attorneys retained pursuant to sections 327 or 1103 of the Bankruptcy Code (other than Ordinary Course Professionals) are required to comply with certain requirements of the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330 by Attorneys in Larger Chapter 11 Cases* (the "Revised UST Guidelines"). The Office of the United States Trustee has promulgated forms to aid in compliance with the Revised UST Guidelines.  Charts and tables based on such forms are attached hereto as exhibits

and filled out with data to the extent relevant to these cases:  **Exhibit "A"**, Customary and

Comparable Compensation Disclosures with Fee Applications; **Exhibit "B"**, Summary of

Timekeepers Included in this Fee Application, **Exhibit "C-1"**, Budget; **Exhibit "C-2"**, Staffing

Plan; **Exhibit "D-1"**, Summary of Compensation Requested by Project Category; **Exhibit "D-2"**, Summary of Expense Reimbursement Requested by Category; and **Exhibit "E"**, Summary

Cover Sheet of Fee Application.

6.      The retention of PSZ&J, as counsel to the Committee, was approved

effective as of March 28, 2018, by this Court's *Order Authorizing and Approving the Retention*

*of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured*

*Creditors Nunc Pro Tunc to March 28, 2018*, signed on May 29, 2018 [Docket No. 942] (the

"Retention Order").  The Retention Order authorized PSZ&J to be compensated on an hourly

basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### PSZ&J'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Fee Application for Stub Period of January 1, 2021 to February 18, 2021

7.      The monthly invoice for the period from January 1, 2021 to February 18,

2021 (the "Stub Period") is attached hereto as **Exhibit F**.  This statement contains the daily time

logs describing the time spent by each attorney and paraprofessional during the Stub Period.  To

the best of PSZ&J's knowledge, this Final Application complies with sections 330 and 331 of the

Bankruptcy Code, the Bankruptcy Rules and the Compensation Procedures Order.  PSZ&J's

time reports are initially handwritten by the attorney or paralegal performing the described

services.  The time reports are organized on a daily basis.  PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports.  PSZ&J's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.  PSZ&J has reduced its charges related to any non-working travel time to fifty percent (50%) of PSZ&J's standard hourly rate.  To the extent it is feasible, PSZ&J professionals attempt to work during travel.

8.    A summary of actual and necessary expenses incurred by PSZ&J for the Stub Period is attached hereto as part of **Exhibit F**.  PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as this, arising in Delaware.  PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier.  PSZ&J summarizes each client's photocopying charges on a daily basis.

9.    PSZ&J charges $0.25 per page for out-going facsimile transmissions.  There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services.  PSZ&J does not charge the Committee for the receipt of faxes in this case.

10.     With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research.  PSZ&J bills its clients the actual amounts charged by such services, with no premium.  Any volume discount received by PSZ&J is passed on to the client.

11.     PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, PSZ&J believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered for Stub Period of January 1, 2021 to February 18, 2021

12.     The names of the timekeepers of PSZ&J who have rendered professional services in this case during Stub Period are set forth in the attached **Exhibit F**.  PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below.  PSZ&J's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

13.     The services rendered by PSZ&J during the Stub Period can be grouped into the categories set forth below.  PSZ&J attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another

category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached **Exhibit F**.

**Exhibit F** identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

A.    **Asset Disposition**

14.    This category includes work related to the sale and other disposition of assets.  During the Stub Period, the Firm: (i) analyzed the *de minimis* asset sales list and conferred and corresponded with parties regarding the same; (ii) reviewed and analyzed the Spyglass motion to compel, Satarco's response thereto, and correspondence regarding the same; and (iii) conducted research with respect to the Spyglass and PFC stipulation and corresponded with parties regarding the same.

Fees:  $4,860.50          Total Hours:  5.50

B.    **Appeals**

15.    During the Stub Period, the Firm, among other things: (i) reviewed and analyzed the motion for stay pending appeal, reviewed and analyzed leadings in connection therewith, and conferred and corresponded with parties regarding the same; (ii) conducted research in connection with motion to stay and opposition thereto (iii) drafted the Committee's opposition to the motion to stay; and (iv) reviewed and analyzed the reply to motion to stay and order denying the motion to stay and corresponded with parties regarding the same.

Fees:  $14,663.5          Total Hours:  14.30

**C.**     **Case Administration**

16.     This category relates to work regarding administration of these cases. During the Stub Period, the Firm, among other things:  (i) reviewed correspondences and pleadings and forwarded them to appropriate parties; (ii) maintained a memorandum of critical dates; (iii) maintained service lists; and (iv) communicated with estate professionals regarding case status..

Fees:  $1,997.50          Total Hours:  5.10

**D.**     **Claims Administration/ Objection**

17.     This category relates to claims filed against the Debtors' estates.  During the Stub Period, the Firm: (i) continued its review and analysis of proofs of claims, including tort claims, assessed potential objections thereto, conducted research regarding the same, and conferred and corresponded with parties regarding issues with respect to the same; (ii) prepared additional tort claim withdrawals, analyzed the same, and corresponded with claimants with respect to the same; (iii) prepared a report for the Court; (iv) analyzed documentation with respect to non-tort claims; (v) reviewed and analyzed the claims register; (vi) updated the claims tracking chart; and (vii) conferred and corresponded with the claims agent regarding claims.

Fees:  $25,825.00          Total Hours:  28.80

**E.**     **Executory Contracts**

18.     During the Stub Period, the Firm: (i) conferred and corresponded with parties regarding the PFC stipulation, analyzed revisions thereto, and reviewed the order approving the same; and (ii) analyzed a settlement agreement with Lesia Anson.

              Fees:  $2,450.50              Total Hours:  2.90

**F.**     **Financing**

        19.     During the Stub Period, the Firm conferred and corresponded with HSBC counsel regarding release of funds.

              Fees:  $2,281.50              Total Hours:  2.70

**G.**     **Hearing**

        20.     Time billed to this category includes work related to the various hearings. During the Stub Period, the firm prepared for and participated in the Court hearings.

              Fees:  $5,842.50              Total Hours:  9.00

**H.**     **PSZ&J Compensation**

        21.     During the Stub Period, the Firm prepared its three monthly fee statements and prepared its 11th interim fee application.

              Fees:  $15,966.50          Total Hours:  33.80

**I.**     **Plan & Disclosure Statement**

        22.     Time billed to this category relates to research and correspondence regarding a combined plan/disclosure statement.  During the Stub Period, the Firm: (i) conferred and corresponded with parties regarding the plan, confirmation, and various issues with respect thereto; (ii) analyzed voting issues and ballots and conferred and corresponded with parties regarding the same; (iii) reviewed, analyzed, and revised the voting report and voting declaration; (iv) review plan objection; (v) reviewed and revised the confirmation brief and conferred and corresponded with parties regarding the same; (vi) conducted research with respect

to confirmation issues; (vii) prepared for and attended confirmation hearing, including, witness

preparation and conference calls; (viii) prepared for and participated in a transition call; (ix)

revised the liquidation trust agreement and consultant agreements; and (x) addressed post

confirmation issues.

Fees:  $108,335.50          Total Hours:  105.50

**J.     Plan Implementation**

23.     During the Stub, the firm discussed steps with respect to plan

implementation and the appeal.

Fees:  $2,460.50          Total Hours:  1.90

**Valuation of Services During the Stub Period**

24.     Attorneys and paraprofessionals of PSZ&J expended a total of **210.70**

hours in connection with the representation of the Committee during the Stub Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Robert J. Feinstein | Partner 2001; Member NY Bar since 1982; Member MA Bar since 1982 | $1,395.00 | 18.80 | $26,226.00 |
| Andrew W. Caine | Partner 1989; Member CA Bar 1983 | $1,245.00 | 4.10 | $5,104.50 |
| Debra I. Grassgreen | Partner 1997; Member FL Bar since 1992; Member CA Bar since 1994 | $1,295.00 | 26.60 | $34,447.00 |
| Jason H. Rosell | Partner 2020; Member CA Bar since 2010; NY Bar since 2011 | $845.00 | 85.00 | $71,825.00 |
| Harry D. Hochman | Of Counsel; Member CA Bar 1987 | $1,095.00 | 7.30 | $7,993.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Colin R. Robinson | Of Counsel 2012; Member of DE Bar since 2010; Member of NJ and PA Bars since 2001 | $925.00 | 15.30 | $14,152.50 |
| Hayley R. Winograd | Associate 2020; Member of NY Bar since 2017 | $695.00 | 9.40 | $6,533.00 |
| Elizabeth C. Thomas | Paralegal 2016 | $460.00 | 3.10 | $1,426.00 |
| La Asia S. Canty | Paralegal 2017 | $460.00 | 33.50 | $15,410.00 |
| Charles J. Bouzoukis | Case Management Assistant | $375.00 | 7.60 | $2,850.00 |

| | |
|---|---|
| **Grand Total:** | **$185,967.50** |
| **Total Hours:** | **210.70** |
| **Blended Rate:** | **$882.62** |

25.    The nature of work performed by these persons is fully set forth in **Exhibit I**, hereto.  These are PSZ&J's normal hourly rates for work of this character.  The reasonable value of the services rendered by PSZ&J for the Committee during the Stub Period is $185,967.50.

### **Statement from PSZ&J**

26.    Pursuant to the *Appendix B Guidelines for Reviewing Application for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases*, PSZ&J responds to the following questions regarding the Final Application:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | | No | |

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | | | N/A |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | No | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | | No | |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | | No | |
| If the fee application includes any rate increases since retention in these Cases:<br><br>i. Did your client review and approve those rate increases in advance?<br><br>ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | | | The terms of the Firm's engagement provides that the Firm may periodically adjust its billing rates. |

**Requested Relief**

27.     By this Final Application, PSZ&J requests that the Court approve payment

of one-hundred percent (100%) of the fees and expenses incurred by PSZ&J during the Final Fee

Period of March 28, 2018 through February 18, 2021.

28.     At all relevant times, PSZ&J has not represented, and does not represent,

any party having an interest adverse to the case.

29.     All services for which PSZ&J requests compensation were performed for or on behalf of the Official Committee of Unsecured Creditors.

30.     PSZ&J has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in these cases.  PSZ&J did not receive a retainer in these cases.

31.     The professional services and related expenses for which PSZ&J requests final allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of PSZ&J's professional responsibilities as attorneys for the Committee in these chapter 11 cases.  PSZ&J's services have been necessary and beneficial to the Committee, the Debtors' estates, and creditors and other parties in interest.

32.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Compensation Procedures Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that the Court enter an order, in the form attached hereto, providing that a final allowance be made to PSZ&J for the period from March 28, 2018 through February 18, 2021 in the sum of $5,182,763.70[4] as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $165,447.83[5] for a total final allowance of $5,348,211.53; that the Debtors be authorized and directed to pay to PSZ&J the outstanding amount of such sums; and for such other and further relief as may be just and proper.

Dated: April 5, 2021                    PACHULSKI STANG ZIEHL & JONES LLP

                                        */s/ Colin R. Robinson*
                                        Robert J. Feinstein (admitted *pro hac vice*)
                                        Debra I. Grassgreen (admitted *pro hac vice*)
                                        Jason H. Rosell (admitted *pro hac vice*)
                                        Colin R. Robinson (DE Bar No. 5524)
                                        919 North Market Street, 17th Floor
                                        P.O. Box 8705
                                        Wilmington, DE  19899 (Courier 19801)
                                        Telephone: 302-652-4100
                                        Facsimile:  302-652-4400
                                        E-mail:  rfeinstein@pszjlaw.com
                                                 dgrassgreen@pszjlaw.com
                                                 jrosell@pszjlaw.com
                                                 crobinson@pszjlaw.com

                                        *Counsel for the Official Committee of Unsecured Creditors*

---

[4] PSZ&J billed a total of $5,455,541.50 in fees during these chapter 11 cases through February 18, 2021.  However, the amount requested herein reflects a voluntary reduction of 5% of PSZ&J's fees in the amount of $272,777.8. PSZ&J's final fee amount also includes $1,125.00 in prior reductions previously agreed to by the Firm and the U.S. Trustee.

[5] This amount reflects a prior reduction of expenses in the amount of $1,500.00 pursuant to an agreement with the U.S. Trustee.

## **DECLARATION**

STATE OF CALIFORNIA          :
                             :
COUNTY OF SAN FRANCISCO   :

      Jason H. Rosell, after being duly sworn according to law, deposes and says:

      a)      I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted *pro hac vice* to appear before this Court.

      b)      I am familiar with many of the legal services rendered by Pachulski Stang Ziehl & Jones LLP as counsel to the Committee.  Capitalized terms used in this Declaration have the same meanings ascribed in the *Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from March 28, 2018 Through February 18, 2021* (the "Application").

      c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Interim Compensation Order signed on or about April 17, 2018, and submit that the Application substantially complies with such rule and orders.

                              */s/ Jason H. Rosell*
                              Jason H. Rosell