IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | : | Case No. 18-10601 (MFW) |
| | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | **Re: Docket Nos. 3304, 3309, 3310, 3311, 3313, 3314, 3315, 3316, 3337 & 3338** |

### OMNIBUS ORDER AWARDING FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

Upon consideration of the final applications (each, a "**Final Application**," and collectively, the "**Final Applications**") of those professionals referenced on **Exhibit 1** attached hereto (collectively, the "**Applicants**"), pursuant to sections 330(a) and 331 of title 11 of the United States Code and rule 2016 of the Federal Rules of Bankruptcy Procedure, for final allowance of compensation and reimbursement of expenses for professional services rendered and expenses incurred during the period from March 19, 2018 through and including February 18, 2021 (the "**Compensation Period**"), filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 247] and the *Order Confirming Plan Proponents' Fifth Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 3203] (the "**Confirmation Order**");[2] the Court having reviewed the Final Applications; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to such terms in the Confirmation Order.

RLF1 24962260v.1

to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Applications was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Applications; and upon the full record of all proceedings in these cases; and sufficient cause having been shown therefor,

**IT IS HEREBY ORDERED THAT:**

1. Each Final Application is GRANTED and APPROVED as set forth herein.

2. Each of the Applicants is allowed compensation for services rendered during the Compensation Period and reimbursement for actual and necessary expenses incurred during the Compensation Period in the amounts set forth on **Exhibit 1** hereto, including any and all holdbacks.

3. The Liquidation Trustee is authorized to pay each of the Applicants one-hundred percent (100%) of any and all fees and one-hundred percent (100%) of any and all expenses listed on **Exhibit 1** hereto that have not yet been paid in satisfaction of the allowed fees for services rendered and expenses incurred during the Compensation Period.

4. This Order shall be deemed a separate order with respect to each of the Final Applications. Any stay of this Order pending appeal with respect to any one Applicant shall only apply to the particular Applicant that is the subject of such appeal, and shall not operate to stay the applicability and/or finality of this Order with respect to any other of the Applicants.

5. All fees and expenses are allowed on a final basis.

6. This Order shall be effective immediately upon its entry.

7. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: May 5th, 2021
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

RLF1 24962260v.1