## **EXHIBIT 1**

**In re The Weinstein Company Holdings LLC, et al. - Case No. 18-10601 (MFW)**
**Final Fee Period**

| Applicant, Application D.I., & Applicant's Role in Cases | Final Period | Fees Requested | Expenses Requested | Agreed Reductions | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|
| Berkeley Research Group, LLC [D.I. 3304] Financial Advisor to the Official Committee of Unsecured Creditors | 3/30/18 – 2/18/21 | $2,536,084.00 | $28,124.17 | $0.00 (fees) $0.00 (expenses | $2,536,084.00 | $28,124.17 |
| Seyfarth Shaw LLP [D.I. 3309] Special Litigation Counsel to the Debtors and Debtors in Possession | 6/18/18 – 2/18/21 | $1,407,812.50 | $6,599.98 | $0.00 (fees) $0.00 (expenses) | $1,407,812.50 | $6,599.98 |
| WithumSmith+Brown, PC [D.I. 3310] Tax Services Provider to the Debtors and Debtors in Possession | 6/18/18- 2/18/21 | $801,138.50 | $657.22 | $0.00 (fees) $0.00 (expenses | $801,138.50 | $657.22 |
| Epiq Corporate Restructuring, LLC [D.I. 3311] Administrative Advisor to the Debtors and Debtors in Possession | 3/19/18 – 2/18/21 | $44,156.65 | $0.00 | $0.00 (fees) $0.00 (expenses | $44,156.65 | $0.00 |
| Cravath, Swaine & Moore LLP [D.I. 3313 & 3337] Counsel to the Debtors and Debtors in Possession | 3/19/18 – 2/18/21[1] | $12,187,411.54 | $206,436.00 | $0.00 (fees) $0.00 (expenses | $12,187,411.54 | $206,436.00 |

---

[1] The Applicant filed a supplement to its Final Application [Docket No. 3337]. The amount of fees and expenses reflected herein includes the (i) amount of fees and expenses requested in the supplement and (ii) the five (5%) agreed-upon reduction to the Applicant's final fees set forth in the Applicant's Final Application.

RLF1 24962260v.1

| Applicant, Application D.I., & Applicant's Role in Cases | Final Period | Fees Requested | Expenses Requested | Agreed Reductions | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|
| Richards, Layton & Finger, P.A. [D.I. 3314 & 3338] Co-Counsel to the Debtors and Debtors in Possession | 3/19/18 – 2/18/21[2] | $4,629,511.03 | $105,402.07 | $0.00 (fees) $0.00 (expenses | $4,629,511.03 | $105,402.07 |
| Bernstein Litowitz Berger & Grossman LLP [D.I. 3315] Special Litigation Counsel to the Debtors and Debtors in Possession | 5/1/19 – 2/18/21 | $400,000.00 | $1,864.54 | $0.00 (fees) $0.00 (expenses | $400,000.00 | $1,864.54 |
| Pachulski Stang Ziehl & Jones LLP [D.I. 3316] Counsel to the Official Committee of Unsecured Creditors | 3/28/18 – 2/18/21 | $5,182,763.70 | $166,947.83 | $0.00 (fees) $0.00 (expenses) | $5,182,763.70 | $166,947.83 |

---

[2] The Applicant filed a supplement to its Final Application [Docket No. 3338]. The amount of fees and expenses reflected herein includes the (i) amount of fees and expenses requested in the supplement and (ii) the five (5%) agreed-upon reduction to the Applicant's final fees set forth in the Applicant's Final Application.

RLF1 24962260v.1