# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Weinstein Company Holdings LLC, *et al.*[1] | ) | Case No. 18-10601 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATE

The undersigned hereby certifies that:

1. Enclosed herewith is an order (the "Omnibus Hearing Order") that states with specificity the time and date of each omnibus hearing presently scheduled, subject to Court approval.

2. Dean A. Ziehl, the Liquidation Trustee (the "Liquidation Trustee") of the TWC Liquidation Trust (the "Liquidation Trust"), hereby requests the Court to enter the Omnibus Hearing Order.

3. Upon entry of the Omnibus Hearing Order, the Liquidation Trustee will serve the same upon (i) the Office of the United States Trustee, and (ii) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

Dated: May 20, 2021        PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　*/s/ Colin R. Robinson*
　　　　　　　　　　　　　　　Robert J. Feinstein (NY Bar No. 1767805)
　　　　　　　　　　　　　　　Debra I. Grassgreen (CA Bar No. 169978*)*
　　　　　　　　　　　　　　　Jason H. Rosell (CA Bar No. 269126)
　　　　　　　　　　　　　　　Colin R. Robinson (DE Bar No. 5524)
　　　　　　　　　　　　　　　919 N. Market Street, 17th Floor, P O Box 8705
　　　　　　　　　　　　　　　Wilmington, DE 19899 (Courier 19801)
　　　　　　　　　　　　　　　Tel:  (302) 652-4100
　　　　　　　　　　　　　　　Fax: (302) 652-4400
　　　　　　　　　　　　　　　E-mail:   rfeinstein@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　dgrassgreen@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　jrosell@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　crobinson@pszjlaw.com

　　　　　　　　　　　　　　　*Attorneys for the Liquidation Trustee*

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). A complete list of the Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, can be found on the claims agent website: http://dm.epiq11.com/#/case/TWC.