## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,[1] | ) | Case No. 18-10601 (MFW) |
| | ) | |
| | ) | **Ref. Docket No. 3330** |
| Debtor. | ) | |
| Tax I.D. No. 20-2183837 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AVENGING EAGLE SPV, LLC, | ) | Case No. 18-10602 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 90-1005301 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BRANDED PARTNERS LLC, | ) | Case No. 18-10607 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 37-1755273 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHECK HOOK LLC, | ) | Case No. 18-10610 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 30-0818682 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CTHD 2 LLC, | ) | Case No. 18-10615 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 36-4781963 | ) | |

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

DOCS_LA:336483.3 92767/001

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CUES TWC (ASCAP), LLC, | ) | Case No. 18-10619 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 35-2563372 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CURRENT WAR SPV, LLC, | ) | Case No. 18-10623 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 30-0951862 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DRT FILMS, LLC, | ) | Case No. 18-10627 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 26-2034184 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DRT RIGHTS MANAGEMENT LLC, | ) | Case No. 18-10631 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 26-2097672 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FFPAD, LLC, | ) | Case No. 18-10634 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 20-2458846 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HRK FILMS, LLC, | ) | Case No. 18-10639 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 20-2296902 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INDIRECTIONS LLC, | ) | Case No. 18-10642 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 20-2847713 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTELIPARTNERS LLC, | ) | Case No. 18-10644 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 20-2681196 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ISED, LLC, | ) | Case No. 18-10645 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 20-2458807 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MARCOTWO, LLC, | ) | Case No. 18-10647 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 61-1748823 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ONE CHANCE LLC, | ) | Case No. 18-10650 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 32-0382300 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PA ENTITY 2017, LLC, | ) | Case No. 18-10652 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 35-2602654 | ) | |

DOCS_LA:336483.3 92767/001

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PADDINGTON 2, LLC, | ) | Case No. 18-10653 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 36-4841924 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PS POST LLC, | ) | Case No. 18-10654 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 61-1789935 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SCREAM 2 TC BORROWER, LLC, | ) | Case No. 18-10655 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 38-4005429 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SMALL SCREEN PRODUCTIONS LLC, | ) | Case No. 18-10604 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 38-3980103 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SMALL SCREEN TRADES LLC, | ) | Case No. 18-10605 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 32-0468004 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPY KIDS TV BORROWER, LLC, | ) | Case No. 18-10609 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 35-2536426 | ) | |

DOCS_LA:336483.3 92767/001

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TEAM PLAYERS LLC, | ) | Case No. 18-10612 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 20-2681152 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE ACTORS GROUP LLC, | ) | Case No. 18-10614 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 20-2847607 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE GIVER SPV, LLC, | ) | Case No. 18-10617 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 90-0997518 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE WEINSTEIN COMPANY LLC, | ) | Case No. 18-10620 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 20-2652523 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TULIP FEVER LLC, | ) | Case No. 18-10622 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 35-2508512 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC BORROWER 2016, LLC, | ) | Case No. 18-10625 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 37-1835284 | ) | |

5

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC DOMESTIC LLC, | ) | Case No. 18-10628 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 45-2525846 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC FEARLESS BORROWER, LLC, | ) | Case No. 18-10630 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 35-2540069 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC LIBRARY SONGS (BMI), LLC, | ) | Case No. 18-10633 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 30-0941804 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC LOOP LLC, | ) | Case No. 18-10636 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 30-0477919 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC MIST, LLC, | ) | Case No. 18-10638 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 30-0879820 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC POLAROID SPV, LLC, | ) | Case No. 18-10641 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 36-4855440 | ) | |

DOCS_LA:336483.3 92767/001

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC PRODUCTION-ACQUISITION BORROWER 2016, LLC, | ) | Case No. 18-10643 (MFW) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 61-1807940 | | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC PRODUCTION, LLC, | ) | Case No. 18-10646 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 35-2510008 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC REPLENISH BORROWER, LLC, | ) | Case No. 18-10648 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 30-0958741 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC SHORT FILMS, LLC, | ) | Case No. 18-10649 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 35-2597345 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC UNTOUCHABLE SPV, LLC, | ) | Case No. 18-10651 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 61-1805815 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC WACO SPV, LLC, | ) | Case No. 18-10603 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 30-0848853 | ) | |

7

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWENTY O FIVE HOLDINGS, LLC, | ) | Case No. 18-10606 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 20-2183748 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W ACQUISITION COMPANY LLC, | ) | Case No. 18-10608 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 20-2183837 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WC FILM COMPLETIONS, LLC, | ) | Case No. 18-10611 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 84-1705962 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WEINSTEIN BOOKS, LLC, | ) | Case No. 18-10613 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 32-0206597 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WEINSTEIN DEVELOPMENT LLC, | ) | Case No. 18-10616 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 20-3382998 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WEINSTEIN GLOBAL FUNDING CORP., | ) | Case No. 18-10618 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 84-1705967 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WEINSTEIN GLOBAL FILM CORP., | ) | Case No. 18-10621 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 20-3903711 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WEINSTEIN PRODUCTIONS LLC, | ) | Case No. 18-10624 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 20-3383045 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WEINSTEIN TELEVISION LLC, | ) | Case No. 18-10626 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 36-4810983 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WTV GUANTANAMO SPV, LLC, | ) | Case No. 18-10629 (MFW) |
| | ) | |
| Debtor. | ) | |
| No Tax I.D. No. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WTV JCP BORROWER 2017, LLC, | ) | Case No. 18-10632 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 30-0986034 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WTV KALIEF BROWDER BORROWER, LLC, | ) | Case No. 18-10635 (MFW) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 37-1829363 | | |

DOCS_LA:336483.3 92767/001

Case 18-10601-MFW    Doc 3356    Filed 05/25/21    Page 10 of 13

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| WTV SCREAM 3 SPV, LLC, | ) | Case No. 18-10637 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 37-1869288 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WTV YELLOWSTONE SPV, LLC, | ) | Case No. 18-10640 (MFW) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 30-0994451 | ) | |

### ORDER AND FINAL DECREE CLOSING CERTAIN OF THE CHAPTER 11 CASES, WAIVING REQUIREMENT OF FURTHER POST-CONFIRMATION REPORTING IN CHAPTER 11 CASES TO BE CLOSED AND CHANGING CASE CAPTION

The Liquidation Trustee in the above-captioned matter having filed a motion (the "Motion"),[2] seeking a final decree closing fifty-four (54) of the fifty-five (55) above-captioned cases pursuant to section 350(a) of chapter 11, title 11 of the United States Code as amended (the "Bankruptcy Code") and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), waiving the requirement of further post-confirmation reporting in the Chapter 11 cases to be closed and requesting a change in the caption of these cases; and it appearing that the Closed Cases (defined below) have been fully administered as required by Bankruptcy Code section 350(a) and Bankruptcy Rule 3022, making no further administration necessary; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the following cases be closed (the "Closed Cases"), effective as of the entry of this Order:

---

[2] All capitalized terms not otherwise defined herein, shall have the meanings ascribed to them in the Motion.

10

DOCS_LA:336483.3 92767/001

| Case Name | Case Number |
|---|---|
| AVENGING EAGLE SPV, LLC | Case No. 18-10602 |
| BRANDED PARTNERS LLC | Case No. 18-10607 |
| CHECK HOOK LL | Case No. 18-10610 |
| CTHD 2 LLC | Case No. 18-10615 |
| CUES TWC (ASCAP), LLC | Case No. 18-10619 |
| CURRENT WAR SPV, LLC | Case No. 18-10623 |
| DRT FILMS, LLC | Case No. 18-10627 |
| DRT RIGHTS MANAGEMENT LLC | Case No. 18-10631 |
| FFPAD, LLC | Case No. 18-10634 |
| HRK FILMS, LLC | Case No. 18-10639 |
| INDIRECTIONS LLC | Case No. 18-10642 |
| INTELIPARTNERS LLC | Case No. 18-10644 |
| ISED, LLC | Case No. 18-10645 |
| MARCOTWO, LLC | Case No. 18-10647 |
| ONE CHANCE LLC | Case No. 18-10650 |
| PA ENTITY 2017, LLC | Case No. 18-10652 |
| PADDINGTON 2, LLC | Case No. 18-10653 |
| PS POST LLC | Case No. 18-10654 |
| SCREAM 2 TC BORROWER, LLC | Case No. 18-10655 |
| SMALL SCREEN PRODUCTIONS LLC | Case No. 18-10604 |
| SMALL SCREEN TRADES LLC | Case No. 18-10605 |
| SPY KIDS TV BORROWER, LLC | Case No. 18-10609 |
| TEAM PLAYERS LLC | Case No. 18-10612 |
| THE ACTORS GROUP LLC | Case No. 18-10614 |
| THE GIVER SPV, LLC | Case No. 18-10617 |
| THE WEINSTEIN COMPANY LLC | Case No. 18-10620 |
| TULIP FEVER LLC | Case No. 18-10622 |
| TWC BORROWER 2016, LLC | Case No. 18-10625 |
| TWC DOMESTIC LLC | Case No. 18-10628 |
| TWC FEARLESS BORROWER, LLC | Case No. 18-10630 |
| TWC LIBRARY SONGS (BMI), LLC | Case No. 18-10633 |
| TWC LOOP LLC | Case No. 18-10636 |
| TWC MIST, LLC | Case No. 18-10638 |
| TWC POLAROID SPV, LLC | Case No. 18-10641 |
| TWC PRODUCTION-ACQUISITION BORROWER 2016, LLC | Case No. 18-10643 |
| TWC PRODUCTION, LLC | Case No. 18-10646 |
| TWC REPLENISH BORROWER, LLC | Case No. 18-10648 |
| TWC SHORT FILMS, LLC | Case No. 18-10649 |
| TWC UNTOUCHABLE SPV, LL | Case No. 18-10651 |
| TWC WACO SPV, LLC, | Case No. 18-10603 |

| | |
|---|---|
| TWENTY O FIVE HOLDINGS, LLC | Case No. 18-10606 |
| W ACQUISITION COMPANY LLC | Case No. 18-10608 |
| WC FILM COMPLETIONS, LLC | Case No. 18-10611 |
| WEINSTEIN BOOKS, LLC | Case No. 18-10613 |
| WEINSTEIN DEVELOPMENT LLC | Case No. 18-10616 |
| WEINSTEIN GLOBAL FUNDING CORP. | Case No. 18-10618 |
| WEINSTEIN GLOBAL FILM CORP. | Case No. 18-10621 |
| WEINSTEIN PRODUCTIONS LLC | Case No. 18-10624 |
| WEINSTEIN TELEVISION LLC | Case No. 18-10626 |
| WTV GUANTANAMO SPV, LLC | Case No. 18-10629 |
| WTV JCP BORROWER 2017, LLC | Case No. 18-10632 |
| WTV KALIEF BROWDER BORROWER, LLC | Case No. 18-10635 |
| WTV SCREAM 3 SPV, LLC | Case No. 18-10637 |
| WTV YELLOWSTONE SPV, LLC | Case No. 18-10640 |

and it is further

ORDERED that the requirement to file further post-confirmation reports for the

Closed Cases shall be and hereby is waived.  All further reporting shall occur in Case Number

18-10601 (MFW), In re TWC Liquidation Trust, LLC; and it is further

ORDERED that to the extent not already paid, the fees required to be paid to the

U.S. Trustee pursuant to 28 U.S.C. § 1930(a)(6) shall be paid as soon as reasonably practicable

after the date of entry of this Order; and it is further

ORDERED that the Clerk of the Court shall enter this Order and Final Decree

individually on each of the dockets of the Closed Cases and thereafter such dockets shall be

marked as "Closed"; and it is further

ORDERED that the remaining Pending Matters shall be administered through

Case No. 18-10601 (MFW), In re TWC Liquidation Trust, LLC; and it is further

ORDERED that the caption of these cases is changed to:

DOCS_LA:336483.3 92767/001

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| TWC Liquidation Trust, LLC,[1] | ) | Case No. 18-10601 (MFW) |
| | ) | |
| Debtor. | ) | |

---

[1] The mailing address for TWC Liquidation Trust, LLC is _____.

and it is further

ORDERED that the Clerk shall put a notation on the docket in each of the Closed Cases that the case is closed and the docket in case No. 18-10601 (MFW) should be consulted for all matters affecting the Remaining Case.

ORDERED that any objections to claims brought by the Liquidation Trust may be filed in the Remaining Case and closure of the Closed Cases shall not prejudice the rights of the Liquidation Trust in connection with any claim objections filed regardless of the entity against which the claims are filed; and it is further

ORDERED this Order shall be effective and enforceable immediately upon entry hereof; and it is further

ORDERED that the Court shall retain jurisdiction pursuant to Bankruptcy Code section 350(b), to reopen the Closed Cases to administer assets, to accord relief to the Liquidation Trustee, or for other cause, and pursuant to and to the extent necessary to enforce the provisions of the Plan, the Confirmation Order, or this Order.

**Dated: May 25th, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

13