# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*[1] | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered)<br><br>**RE: Docket Nos. 3307, 3340, 3341, 3352** |

## REPLY IN SUPPORT OF APPLICATION OF LOUISETTE GEISS, CO-CHAIR OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES RENDERED AS A SUBSTANTIAL CONTRIBUTION IN THESE CASES UNDER 11 U.S.C. § 503(b)(3)(D)

Louisette Geiss ("Ms. Geiss"), Co-Chair of the Official Committee of Unsecured Creditors, hereby files this reply in support of the application ("Application")[2] pursuant to Sections 503(b)(3)(D) and 503(b)(4) of Title 11 of the United States Code (the "Bankruptcy Code") seeking payment of professional fees and expenses incurred by Hagens Berman Sobol Shapiro LLP and its co-counsel Fegan Scott LLC (collectively, "Hagens Berman") and Brown Rudnick LLP ("Brown Rudnick," and together with Hagens Berman, "Creditor's Counsel"), based on the substantial contributions made for the benefit of the Debtors' estates in the above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases"); and in support thereof, states as follows:

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are 3837. The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Plan.

1.      Ms. Geiss timely filed her Application on April 5, 2021 [D.I. 3307] for fees and costs incurred by Brown Rudnick and Hagens Berman with respect to the mediation and negotiation that ultimately contributed to the confirmed Debtor's Fifth Amended Chapter 11 Plan of Liquidation [D.I. 3195] ("Fifth Amended Plan" or "Plan").

2.      On April 29, 2021, Jane Doe III, Jane Doe IV, and Jane Doe V filed a limited objection [D.I. 3341] to the Application, arguing that any substantial contribution should not invade the Sexual Misconduct Claims Fund, a condition Creditors Counsel's Application itself includes.

3.      Also on April 29, 2021, Thomas P. Giuffra, counsel to Plaintiff Alexandra Canosa, filed a declaration [D.I. 3340] objecting to the Application, arguing that the parties' mediation efforts were in his view insufficiently successful and insufficiently connected to the bankruptcy proceedings specifically to qualify as substantial contributions.

4.      On May 18, 2021 (in accordance with an agreed extension), the United States Trustee filed an objection [D.I. 3352] to the Application, arguing that 11 U.S.C. § 503(b)(3)(F) and (b)(4) do not authorize committee members to be reimbursed for attorney fees and separately that there was insufficient documentation for the fees and expenses sought.

5.      As detailed in the forthcoming *Stipulation Resolving the Substantial Contribution Application of Louisette Geiss Pursuant to Section 503(b)(3)(D) of the Bankruptcy Code* ("Stipulation"), the Liquidation Trustee and Counsel have agreed to reimburse Creditor's Counsel for expenses incurred in support of the mediation. While Creditor's Counsel disputes the contentions made in the Objections that have been filed, Creditor's Counsel, as reflected in the Stipulation, has resolved the pending Application with the Liquidation Trustee on the terms set

forth in the Stipulation. Creditor's Counsel are hereby withdrawing their request for reimbursement of any fees related to the mediation.

6. The costs subject to the Stipulation include: (i) $89,961.00 paid by Hagens Berman to JAMS for the services of mediator Jed Melnick on behalf of all unsecured creditors for the right of the Unsecured Creditors Committee, including Creditor's Counsel, to participate in the mediation, (ii) $6,452.82 owed to JAMS for the same purpose, and (iii) $21,672.19 incurred by Brown Rudnick for mediation-related expenses, including costs associated with Brown Rudnick hosting four days of omnibus mediation sessions attended by numerous counsel and client representatives.

7. The recovery of costs incurred by Creditor's Counsel will not invade or impact in any respect the Sexual Misconduct Claims Fund (as defined in the Plan), which addresses many of the concerns reflected in the remaining objections.

## **CONCLUSION**

WHEREFORE, for the reasons set forth above, Ms. Geiss respectfully requests that this Court: (i) approve the Application, as amended pursuant to the terms of the Stipulation; (ii) enter an order authorizing and directing the Disbursing Agent to pay Brown Rudnick $21,672.19 and Hagens Berman $96,413.82 for mediation-related expenses based on their substantial contribution to these Chapter 11 Cases; and (iii) grant such other and further relief as is just and proper.

Dated: June 30, 2021                    Respectfully submitted,

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: (302) 888-6800
jwaxman@morrisjames.com


HAGENS BERMAN SOBOL SHAPIRO LLP

Steve W. Berman
Shelby Smith
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com
shelby@hbsslaw.com

Whitney K. Siehl
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
Tel: (708) 628-4949
whitneys@hbsslaw.com


BROWN RUDNICK LLP

Sigmund S. Wissner-Gross (*Pro Hac Vice*)
Seven Times Square
New York, NY 10036
Tel: 212-209-4930
SWissner-Gross@brownrudnick.com

*Attorneys for Louisette Geiss, Co-Chair of the Official Committee of Unsecured Creditors*