**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TWC Liquidation Trust, LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 18-10601 (MFW) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 13th day of July, 2021, a true and correct copy of the following:

- **ROBERT WEINSTEIN'S FIRST SET OF INTERROGATORIES TO SPYGLASS MEDIA GROUP, LLC**

was caused to be served upon the following counsel via E-Mail.

**VIA EMAIL**
PEPPER HAMILTON LLP
David B. Stratton
David M. Fournier
Evelyn J. Meltzer
Hercules Plaza Ste 5100; 1313 N Market St
Wilmington, DE 19801
Email: strattond@pepperlaw.com
fournierd@pepperlaw.com
meltzere@pepperlaw.com

**VIA EMAIL**
AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer
Stephen B. Kuhn
Meredith A. Lahaie,
One Bryant Park; Bank of America Tower
New York, NY 10036
Email: mstamer@akingump.com
skuhn@akingump.com
mlahaie@akingump.com
nmoss@akingump.com

**VIA EMAIL**
DLA PIPER LLP (US)
R. Craig Martin
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Email: craig.martin@dlapiper.com

**VIA EMAIL**
DLA PIPER LLP (US)
Rachel Erlich Albanese
1251 Avenue of the Americas
New York, Ny 10020
Email: rachel.albanese@dlapiper.com

**VIA EMAIL**
DLA PIPER LLP (US)
Rachel Nanes
200 South Biscayne Blvd, Suite 2500
Email: rachel.nanes@dlapiper.com

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). A complete list of the Debtors in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, can be found on the claim's agent website: http://dm.epiq11.com/#/case/TWC.

Dated: July 15, 2021
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Matthew R. Pierce (No. 5946)
919 North Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: 302.467.4400
Facsimile: 302.467.4450
E-mail:landis@lrclaw.com
mumford@lrclaw.com
pierce@lrclaw.com

-and-

**SAUER & WAGNER LLP**
Robert S. Chapman
1801 Century Park E
Los Angeles, California 90067
Telephone: 310.712.8100
Email: rchapman@swattys.com

*Counsel to Robert Weinstein*