# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TWC Liquidation Trust, LLC,<br><br>           Debtor. | Chapter 11<br><br>Case No. 18-10601-MFW<br><br>**Re: Docket Nos. 543, 572, 578, 585, 588, 589, 600, 607, 668, 1040, 1042, 1045, 1046, 1048, 1049, 1050, 1055, 1058, 1059, 1063, 1066, 1274, 1498** |

**NOTICE OF WITHDRAWAL OF OBJECTIONS, RESPONSES AND RESERVATION OF RIGHTS FILED BY KANZEON CORP. AND DAVID O. RUSSELL; POTTER, INC. AND BRAD PITT; BRUCE COHEN PRODUCTIONS AND BRUCE COHEN; DYNAMIC '88 PRODUCTIONS, GEORGE CLOONEY, GOOD LIE, INC., AND GRANT HESLOV; 22ND AND INDIANA INC. AND BRADLEY COOPER; MERYL STREEP; CANAL PRODUCTIONS, INC. AND ROBERT DE NIRO; WILLIE LUMP LUMP ENTERPRISES AND BILL MURRAY; SABAJKA PRODUCTIONS II, INC. AND JULIA ROBERTS; JENNIFER LAWRENCE AND FLOFFIN INC.; DONNA GIGLIOTTI; JERRY'S BROTHER, INC. AND DAVID ZUCKER; JON GORDON PRODUCTIONS, INC. AND JON GORDON**

    **PLEASE TAKE NOTICE** that Kanzeon Corp. and David O. Russell; Potter, Inc. and Brad Pitt; Bruce Cohen Productions and Bruce Cohen; Dyamic '88 Productions, George Clooney, Good Lie, Inc. and Grant Heslov; 22nd and Indiana Inc. and Brandley Cooper; Meryl Street; Canal Productions, Inc. and Robert De Niro; Willie Lump Lump Enterprises and Bill Murray; Sabajka Productions II, Inc. and Julia Roberts; Jennifer Lawrence and Floffin Inc.; Donna Gigliotti; Jerry's Brother, Inc. and David Zucker; Jon Gordon Productions, Inc. and Jon Gordon (each, a "Talent Party," and collectively, the "Talent Parties") hereby withdraw, the (1) *Objection to Proposed: (A) Cure Amount and (B) Assumption and Assignment of Executory Contracts; and Reservation of Rights of Jennifer Lawrence and Floffin, Inc. Concerning the Film Silver Linings Playbook* [Docket No. 543]; (2) *Objection of Jerry's Brother, Inc. and David S. Zucker to: (A) Proposed Cure Amounts and (B) Assumption and Assignment of Executory Contracts; (C) Transfer of Rights*

*Relating to Scary Movie 4 Without Assumption and Assignment of all Agreements Relating to that Film; and Reservation of Rights* [Docket No. 572]; (3) *Response and Reservation of Rights By Dynamic '88 Productions, Inc., George Clooney, Good Lie, Inc., and Grant Heslov Regarding: (A) Proposed Cure Amounts; and (B) Assumption and Assignment of Executory Contracts* [Docket No. 578]; (4) *Objection of Sabajka Productions II, Inc. and Julia Roberts to: (A) Proposed Cure Amounts and (B) Assumption and Assignment of Executory Contracts; and Reservation of Rights* [Docket No. 585]; (5) *Objection of Meryl Streep to: (A) Proposed Cure Amounts and (B) Assumption and Assignment of Executory Contracts; and Reservation of Rights* [Docket No. 588]; (6) *Objection of Potter, Inc. and Brad Pitt to: (A) Proposed Cure Amounts and (B) Assumption and Assignment of Executory Contracts; and Reservation of Right* [Docket No. 600]; (7) *Objection of Bruce Cohen Productions and Bruce Cohen to: (A) Proposed Cure Amounts and (B) Assumption and Assignment of Executory Contracts; and Reservation of Rights* [Docket No. 607]; (8) *Objection of Contract Counterparties to the Debtors' Sale Motion, Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases and Proposed Cure Thereof* [Docket No. 668]; (9) *Objection of Kanzeon Corp. and David O. Russell to Debtors Statement Regarding Contracts to be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment; and Reservation of Right* [Docket No. 1040]; (10) *Objection of Potter, Inc., and Brad Pitt to Debtors' Statement Regarding Contracts to be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment; and Reservation of Rights* [Docket No. 1042]; (11) *Objection of Bruce Cohen Productions and Bruce Cohen to Debtors' Statement Regarding Contracts to be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment; and Reservation of Right*s [Docket No. 1045]; (12) *Objection of Dynamic '88 Productions, Inc., George Clooney, Good Lie, Inc., and Grant Heslov to Debtors' Statement Regarding Contracts to be Transferred Pursuant to the Asset Purchase Agreement with Lantern*

*Entertainment; and Reservation of Rights* [Docket No. 1046]; (13) *Objection of 22nd and Indiana Inc. and Bradley Cooper to Debtors' Statement Regarding Contracts to be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC* [Docket No. 1048]; (14) *Objection of Meryl Streep to Debtors' Statement Regarding Contracts to be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment; and Reservation of Rights* [Docket No. 1049]; (15) *Objection of Canal Productions, Inc., and Robert De Niro to Debtors' Statement Regarding Contracts to be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment; and Reservation of Rights* [Docket No. 1050]; (16) *Objection of Willie Lump Lump Enterprises, Inc. and Bill Murray to Debtors' Statement Regarding Contracts to be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment; and Reservation of Rights* [Docket No. 1055]; (17) *Objection of Sabajka Productions II, Inc., and Julia Roberts to Debtors' Statement Regarding Contracts to be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment; and Reservation of Rights* [Docket No. 1058]; (18) *Joinder to the Objections Filed by (i) Kanzeon Corp. and David O. Russell, (ii) 22nd and Indiana Inc. and Bradley Cooper, and (iii) Canal Productions, Inc., and Robert DeNiro to Debtors Statement Regarding Contracts to be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights* [Docket No. 1059]; (19) *Objection of Donna Gigliotti to Debtors' Statement Regarding Contracts to be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment; and Reservation of Rights* [Docket No. 1063]; (20) *Objection of Jerry's Brother, Inc. and David Zucker to Debtors' Statement Regarding Contracts to be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment; and Reservation of Rights* [Docket No. 1066]; (21) *Objection of Jon Gordon and Jon Gordon Productions, Inc. to: (A) Proposed Cure Amount and (B) Assumption and Assignment of Executory Contract; and Reservation of Rights* [Docket No. 1274]; and (22) *Objection of Jon*

*Gordon and Jon Gordon Productions, Inc. to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order; and Reservation of Rights* [Docket No. 1498], each of which was filed with the United States Bankruptcy Court for the District of Delaware on the docket of the above-captioned case.

| | |
|---|---|
| Dated: July 20, 2021 | CROSS & SIMON, LLC |
| | */s/ Kevin S. Mann*<br>Christopher P. Simon (DE No. 3697)<br>Kevin S. Mann (DE No. 4576)<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>(302) 777-4200<br>csimon@crosslaw.com<br>kmann@crosslaw.com |
| | -and- |
| | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>Michael I. Gottfried, Esq.<br>Roye Zur, Esq.<br>10345 W Olympic Blvd<br>Los Angeles, CA 90064<br>(310) 746-4400<br>MGottfried@elkinskalt.com<br>Rzur@elkinskalt.com |
| | *Attorneys for the Talent Parties* |

4216063