# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TWC Liquidation Trust, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered)<br><br>Hearing Date: August 5, 2021 at 10:30 a.m. (ET)<br>Objection Deadline: August 4, 2021 at 4:00 p.m. (ET) |

## NOTICE OF MOTION

TO: The following parties: (a) the Office of the United States Trustee; (b) the Liquidating Trustee; (c) Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) and (d) any party requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on July 29, 2021, Robert Weinstein filed the *Motion to Compel Response to Robert Weinstein's First Set of Interrogatories to Spyglass Media Group, LLC* (the "Motion").

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 2nd Floor, Wilmington, Delaware 19801, on or before **August 4, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on August 4, 2021.**

A HEARING ON THE MOTION WILL BE HELD ON **AUGUST 5, 2021 AT 10:30 A.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The mailing address for TWC Liquidation Trust, LLC is c/o Dean Ziehl, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067.

{1202.001-W0065439.}

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 29, 2021
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri K. Mumford*
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Matthew R. Pierce (No. 5946)
919 North Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: 302.467.4400
Facsimile: 302.467.4450
E-mail: landis@lrclaw.com
      mumford@lrclaw.com
      pierce@lrclaw.com

-and-

**SAUER & WAGNER LLP**
Robert S. Chapman
1801 Century Park E
Los Angeles, California 90067
Telephone: 310.712.8100
Email: rchapman@swattys.com

*Counsel to Robert Weinstein*