## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC Liquidation Trust, LLC,[1] | ) | Case No. 18-10601 (MFW) |
| | ) | |
| Debtor. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON AUGUST 5, 2021 AT 10:30 A.M. (PREVAILING EASTERN TIME)
BEFORE THE HONORABLE MARY F. WALRATH**

> **PLEASE TAKE NOTICE: Until further notice, all hearings scheduled before Judge Walrath will be conducted entirely over Zoom. All participants are required to register prior to the hearing using the Zoom link provided below. You must register with your full name or you will not be permitted into the Zoom hearing.**
>
> **Zoom link:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItc-yqrjwjG5mS5GE685jHOahnBYHrlXU**

### STATUS CONFERENCE:

1.  Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Filed 3/20/18] (Docket No. 8)

    Cure Objections, Assumption and Assignment Objections, and Other Related Objections / Response Deadline:

    Re Notice at Docket No. 216: April 30, 2018 at 4:00 p.m. (ET); extended until May 3, 2018 at 4:00 p.m. (ET) for Nu Image, Inc., Sony, Bunim/Murray Productions, Universal Music Enterprises, a division of UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal Tunes, a division of Songs of Universal Inc., Capitol Christian Music Group, and CMG Publishing, Interscope Records, a division of UMG Recordings,

---

[1] The mailing address for TWC Liquidation Trust, LLC is c/o Dean Ziehl, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067.

Inc., and any other Universal Music entity, Angry Blonde Productions, Inc., Shady Records, Inc., Shroom Shady Music, LLC, and Marshall B. Mathers (entities as part of a transaction with Interscope Records, a Universal entity); extended for Walt Disney Pictures ("WDP")

Re Notice at Docket No. 282: May 3, 2018 at 4:00 p.m. (ET); extended until May 7, 2018 at 4:00 p.m. (ET) for A&E Television Networks, LLC (and its related entities, including Lifetime Entertainment Services); extended for WDP

Re Notice at Docket No. 482: May 7, 2018 at 4:00 p.m. (ET); extended until May 15, 2018 at 4:00 p.m. (ET) for Saving Santa The Movie, Ltd. and until May 16, 2018 at 4:00 p.m. (ET) for Jeff Abbott; extended for WDP

<u>Cure Objections, Assumption and Assignment Objections, and Other Related Objections Received</u>: See <u>Exhibit A</u> attached hereto.

<u>Related Documents</u>:

A.  Notice of Second Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Filed 4/27/18] (<u>Docket No. 482</u>)

B.  [Signed] Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief [Filed 5/9/18] (<u>Docket No. 846</u>)

C.  Notice of Filing of Final List of Potentially Assume Contracts and Leases [Filed 5/10/18] (<u>Docket No. 860</u>)

D.  [Signed] Order Approving Amendment to Asset Purchase Agreement Entered Into By and Between the Debtors and Lantern Entertainment LLC [Filed 7/11/18] (<u>Docket No. 1220</u>)

E.  Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Filed 9/5/18] (<u>Docket No. 1457</u>)

F.  Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Filed 9/20/18] (<u>Docket No. 1512</u>)

G.  Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Filed 11/5/18] (<u>Docket No. 1665</u>)

H.  Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Filed 11/8/18] (<u>Docket No. 1695</u>)

<u>Status</u>: A status conference on this matter will be going forward.  The status of the remaining outstanding cure objections, assumption and assignment objections, and other related objections received is noted on Exhibit A attached hereto.

2.  Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Filed 6/8/18] ([Docket No. 1003](#))

<u>Objection / Response Deadline</u>: June 18, 2018 at 4:00 p.m. (ET); extended for WDP; extended for certain of the parties listed on <u>Exhibit B</u> attached hereto.

<u>Objections / Responses Received</u>: See <u>Exhibit B</u> attached hereto.

<u>Related Documents</u>:  None.

<u>Status</u>: A status conference on this matter will be going forward.  The status of the outstanding objections received is noted on <u>Exhibit B</u> attached hereto.

3.  Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Filed 9/5/18] ([Docket No. 1457](#))

<u>Objection / Response Deadline</u>: September 17, 2018 at 4:00 p.m. (ET); extended by agreement for Portfolio Funding Company LLC I ("<u>PFC</u>") to June 17, 2019 at 5:00 p.m. (PT)/8:00 p.m. (ET) with respect to the Notices at Docket Nos. 1457, 1512, 1665 and 1695; extended for WDP

<u>Objections / Responses Received</u>:    See <u>Exhibit C</u> attached hereto.

<u>Related Documents</u>:

  A.  Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Filed 9/20/18] ([Docket No. 1512](#))

  B.  Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Filed 11/5/18] ([Docket No. 1665](#))

  C.  Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Filed 11/8/18] ([Docket No. 1695](#))

<u>Status</u>: A status conference on this matter will be going forward.  The status of the remaining outstanding objections received is noted on <u>Exhibit C</u> attached hereto.

**MATTERS GOING FORWARD:**

4.  Motion of Robert Weinstein for Entry of an Order Enforcing the Sale Order and Granting Related Relief [Filed 6/16/21] (Docket No. 3363)

    Response Deadline: June 29, 2021 at 4:00 p.m. (ET).  Extended for Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) to July 23, 2021.

    Responses Received:

    A.  Objection of Spyglass to Motion of Robert Weinstein for Entry of an Order Enforcing the Sale Order and Granting Related Relief [Filed 7/23/21] (Docket No. 3387)

    Related Documents:

    A.  Reply of Robert Weinstein to the Objection of Spyglass to Motion of Robert Weinstein for Entry of an Order Enforcing the Sale Order and Granting Related Relief [Filed 8/3/21] (Docket No. 3395)

    Status: This matter will go forward.  The *Declaration of Andrew Wark* [Docket No. 3363-4] was filed in support of the motion and Mr. Wark will be in attendance at the hearing via Zoom and available to testify.  In addition, the *Declaration of Kristen Esposito* [Docket No. 3387-2] and the *Declaration of Stephen B. Kuhn* [Docket No. 3387-3] were filed in support of the objection to the motion and both declarants will be in attendance at the hearing via Zoom and available to testify.

5.  Motion to Compel Response to Robert Weinstein's First Set of Interrogatories to Spyglass Media Group, LLC [Filed 7/29/21] (Docket No. 3391)

    Response Deadline: August 4, 2021 at 4:00 p.m. (ET).

    Responses Received: None as of filing of the Agenda.

    Related Documents: None as of filing of the Agenda

    Status:  This matter will be going forward.

Dated:  August 3, 2021              PACHULSKI STANG ZIEHL & JONES LLP

/s/ Colin R. Robinson
Robert J. Feinstein (NY Bar No. 1767805)
Debra I. Grassgreen (CA Bar No. 169978)
Jason H. Rosell (CA Bar No. 269126)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor, P O Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel:  (302) 652-4100
Fax: (302) 652-4400
E-mail:  rfeinstein@pszjlaw.com
          dgrassgreen@pszjlaw.com
          jrosell@pszjlaw.com
          crobinson@pszjlaw.com

*Attorneys for the Liquidation Trustee*