IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TWC Liquidation Trust, LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered)<br>**D.I. 3307, 3340 3341, 3342, and 3372** |

### ORDER APPROVING STIPULATION RESOLVING, IN PART, THE SUBSTANTIAL CONTRIBUTION APPLICATION OF LOUISETTE GEISS PURSUANT TO SECTION 503(B)(3)(D) OF THE BANKRUPTCY CODE

Upon the Application (the "<u>Application</u>") of Louisette Geiss ("<u>Ms. Geiss</u>"), Co-Chair of the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses Rendered as a Substantial Contribution in These Cases Under 11 U.S.C. § 503(b)(3)(d) [Docket No. 3307], and the subsequently filed stipulation [Docket No. 3372] (the "<u>Stipulation</u>") between Ms. Geiss and her counsel and Dean A. Ziehl, the Liquidation Trustee of the TWC Liquidation Trust (the "<u>Liquidation Trustee</u>") resolving, in part, the Application; the Court finding that notice was appropriate under the circumstances, after notice and an opportunity for hearing; and the Court having held a hearing to consider the request of Ms. Geiss and the Liquidating Trustee, the Court having determined that cause exists to approve the Stipulation, it is hereby:

ORDERED THAT the Stipulation, a copy of which is attached hereto as Exhibit "A," is APPROVED; and it is further

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). A complete list of the Debtors in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, can be found on the claim's agent website: http://dm.epiq11.com/#/case/TWC.

ORDERED THAT all objections to the approval of the Stipulation are overruled.

Dated: August 10th, 2021  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE