**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC Liquidation Trust, LLC, | ) | Case No. 18-10601 (MFW) |
| | ) | |
| Debtor. | ) | |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned matter:

**DATE**              **TIME**

December 20, 2021     2:00 p.m. (Eastern Time) (Omnibus Hearing)

**Dated: November 23rd, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:234479.4 92767/001