# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC Liquidation Trust, LLC,[1] | ) | Case No. 18-10601 (MFW) |
| | ) | |
| Debtor. | ) | **Objection Deadline: February 23, 2022 at 4:00 p.m. (ET)** |
| | ) | |

**NOTICE OF [PROPOSED] OMNIBUS ORDER DENYING AND OVERRULING THE REMAINING CONTRACT COUNTERPARTY OBJECTIONS TO THE SALE OF THE DEBTORS' ASSETS TO SPYGLASS MEDIA GROUP, LLC**

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS ON SCHEDULE 1 ATTACHED HERETO AND READ THE CONTENTS OF THIS NOTICE CAREFULLY.**

**PLEASE TAKE NOTICE** that on April 6, 2018, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief* [Docket No. 190] (the "Bid Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed the following Notices (as defined below) which attached an exhibit listing certain contracts and leases that the Debtors may potentially assume and assign as part of the sale contemplated by the Bid Procedures Order (the "Sale"), together with associated asserted cure amounts: (i) *Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* [Docket No. 216] (the

---

[1] The mailing address for TWC Liquidation Trust, LLC is c/o Dean Ziehl, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067.

"First Notice"); (ii) *Notice of Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* [Docket No. 282] (the "Supplemental Notice"); and (iii) *Notice of Second Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* [Docket No. 482] (the "April 27 Notice").

**PLEASE TAKE FURTHER NOTICE** that on May 9, 2018, the Court entered its *Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* [Docket No. 846] (the "Sale Order"), which *inter alia* approved the sale of substantially all of the Debtors' assets to Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) ("Spyglass").

**PLEASE TAKE FURTHER NOTICE** that on May 10, 2018, the Debtors filed the *Notice of Final List of Potentially Assumed Contracts and Leases* [Docket No. 860] (the "May 10 Notice"). On July 11, 2018, the Court entered its *Order Approving Amendment to Asset Purchase Agreement Entered Into By and Between the Debtors and Lantern Entertainment LLC* [Docket No. 1220] (the "APA Amendment Order"). On September 5, 2018, the Debtors filed their *Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 846]* [Docket No. 1457] (the "September 5 Notice"). On November 5, 2018, the Debtors filed their *Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 846]* [D.I. 1665] (the "November 5 Notice"). On November 8, 2018, the Debtors filed their *Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 846]* [Docket No. 1695] (the "November 8 Notice" and, together with the First Notice, the

Supplemental Notice, the April 27 Notice, the September 5 Notice, the November 5 Notice, and the November 8 Notice, the "Notices").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures Order and in response to the Notices, certain contract counterparties filed objections, reservations of rights or otherwise responded (collectively, the "Counterparty Responses") to the Sale and/or assumption by Spyglass of their respective contract(s).

**PLEASE TAKE FURTHER NOTICE** that Spyglass has confirmed that it has determined that any remaining Counterparty Responses are moot or withdrawn and no further action is required, as set forth on **Schedule 1** attached hereto with respect to each of the remaining Counterparty Responses.

**PLEASE TAKE FURTHER NOTICE** that the Liquidation Trustee, in consultation with Spyglass, seeks the entry of an omnibus order (the "Omnibus Order") overruling and denying any of the remaining Counterparty Responses as set forth on **Schedule 1** attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any party seeking to object to the entry of the Omnibus Order must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' chapter 11 cases and is served upon (i) the undersigned and (ii) counsel to Spyglass, DLA Piper LLP US, 1251 Avenue of the Americas, New York, New York 10020 (Attn: Rachel Ehrlich Albanese, rachel.albanese@us.dlapiper.com; and Matthew Sarna, matthew.sarna@us.dlapiper.com) no later than **February 23, 2022 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline"). Only those responses that are timely filed, served, and received will be considered at any hearing, if necessary.

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed as to a particular Counterparty Response, the remaining Counterparty Responses listed on Schedule 1 attached hereto shall be deemed overruled and denied in their entirety, with prejudice.

Dated: February 2, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*

Robert J. Feinstein (NY Bar No. 1767805)
Debra I. Grassgreen (CA Bar No. 169978*)*
Jason H. Rosell (CA Bar No. 269126)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor, P O Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: rfeinstein@pszjlaw.com
       dgrassgreen@pszjlaw.com
       jrosell@pszjlaw.com
       crobinson@pszjlaw.com

*Attorneys for the Liquidation Trustee*