# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TWC Liquidation Trust, LLC, | : | Case No. 18-10601 (MFW) |
| | : | |
| Debtor. | : | **Related D.I.: 771 & 3445** |
| | : | |

## RESPONSE OF SPYGLASS MEDIA GROUP, LLC (F/K/A LANTERN ENTERTAINMENT LLC) TO OBJECTION OF ARCLIGHT FILMS TO SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS AND NOTICE OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND CURE AMOUNTS

Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) ("Spyglass"), by and through its undersigned counsel, DLA Piper LLP (US), hereby submits this response (this "Response"), in conjunction with the Notice of Remaining Objections (defined below), to the *Objection of Arclight Films to Proposed Sale of Substantially All of the Debtors' Assets [D.I. 8], to Notice of Potential Assumption and Assignment of Executory Contracts and Cure Amounts [D.I. 216] and to Notice of Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [D.I. 282]* [Docket No. 771] (the "Objection"), filed by Arclight Films ("Arclight"). In support of this Response, Spyglass respectfully states as follows:

## INTRODUCTION

1. Spyglass closed on its purchase of substantially all of the assets of The Weinstein Company Holdings LLC and its affiliated debtors (collectively, the "Debtors") over three and a half years ago. Since then, Spyglass has endeavored to resolve the myriad objections and contested matters arising therefrom, all with an eye toward finally achieving the "free and clear" sale it sought back in 2018. Arclight's Objection is one of the few remaining obstacles in the way.

EAST\188372228.4

2. Despite the passage of time, Arclight has failed to prosecute its Objection, and thus this Court should overrule the Objection or deem it moot. Accordingly, the Arclight Contracts (defined below) may be assumed and assigned to Spyglass as part of the Sale (defined below) under section 365 of the Bankruptcy Code.

**BACKGROUND**

3. On March 19, 2018, the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

4. On March 20, 2018, the Debtors filed a motion for approval of the sale of substantially all of their assets to Spyglass (the "Sale") free and clear under section 363 of the Bankruptcy Code [Docket No. 8] (the "Sale Motion") pursuant to that certain Asset Purchase Agreement [Docket No. 1202]. The Sale Motion also sought approval of the assumption and assignment of certain executory contracts and unexpired leases under section 365 of the Bankruptcy Code.

5. In connection with the Sale, the Debtors filed the following notices regarding the *potential* assumption and assignment of certain executory contracts and unexpired leases (collectively, the "Initial Notices"):

- Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 216]

- Notice of Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 282]

- Notice of Second Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 482]

6. On May 4, 2018, Arclight objected to the Sale Motion and the Initial Notices on the grounds that (i) Arclight believed proposed cure amounts for its contracts should not be $0.00;

2

and (ii) the Debtors had not provided Arclight with adequate assurance of future performance with respect to the Sale to Spyglass. The seven (7) contracts listed in the Objection are as follows:

|  | Debtor(s) | Contract Counterparty | Contract Title | Cure Amount |
|---|---|---|---|---|
| 408 | The Weinstein Company LLC | Arclight Films | Acquisition License Agreement Effective Date: 5/15/2017 | $0.00 |
| 409 | The Weinstein Company LLC | Arclight Films International | License Agreement Effective Date: 3/13/2006 | $0.00 |
| 410 | The Weinstein Company LLC | Arclight Films International Pty Ltd | Exclusive License Agreement Effective Date: 4/18/2011 | $0.00 |
| 954 | The Weinstein Company LLC | Arclight Films International Limited | Addendum to First Look Agreement Re: First Look Agreement DTD 7/10/2002 Effective Date: 12/23/2004 | $0.00 |
| 955 | The Weinstein Company LLC | Arclight Films International Limited | Amendment to Exclusive License Agreement Amends Exclusive License Agreement DTD 12/23/2004 Effective Date: 1/17/2005 | $0.00 |
| 956 | The Weinstein Company LLC | Arclight Films International Limited | Exclusive License Agreement Effective Date: 12/23/2004 | $0.00 |
| 957 | The Weinstein Company LLC | Arclight Films International Pty Ltd | 14 Blades Exclusive License Agreement Effective Date: 4/26/2004 | $0.00 |

7. On May 9, 2018, the Court entered an order approving the Sale to Spyglass [Docket No. 846]. On May 10, 2018, the Debtors filed the *Notice of Final List of Potential Assumed Contracts and Leases* [Docket No. 860], which **amended and superseded** the Initial Notices of *potential* assumption and assignment, and which listed the following eight (8) contracts associated with Arclight:

| Contract No. | Debtor(s) | Contract Counterparty | Contract Title | Cure Amount |
|---|---|---|---|---|
| 1359 | The Weinstein Company LLC | Arclight Beach Cities 16 | Master Theatrical Exhibition License Agreement | $0.00 |
| 1360 | The Weinstein Company LLC | Arclight Films | Acquisition License Agreement Effective Date: 5/15/2017 | $0.00 |
| 1361 | The Weinstein Company LLC | Arclight Films International | License Agreement Effective Date: 3/13/2006 | $0.00 |
| 1362 | The Weinstein Company LLC | Arclight Films International Limited | Addendum to First Look Agreement re: First Look Agreement DTD 7/10/2002 Effective Date: 12/23/2004 | $0.00 |
| 1363 | The Weinstein Company LLC | Arclight Films International Limited | Amendment to Exclusive License Agreement | $0.00 |

3

| | | | Amends Exclusive License Agreement DTD 12/23/2004 Effective Date: 1/17/2005 | |
|---|---|---|---|---|
| 1364 | The Weinstein Company LLC | Arclight Films International Limited | Exclusive License Agreement Effective Date: 12/23/2004 | $0.00 |
| 1365 | The Weinstein Company LLC | Arclight Films International Pty Ltd | 14 Blades Exclusive License Agreement Effective Date: 4/26/2004 | $0.00 |
| 1366 | The Weinstein Company LLC | Arclight Films International Pty Ltd | Exclusive License Agreement Effective Date: 4/18/2011 | $0.00 |

8. The Sale closed on July 13, 2018 (the "Closing"). Post-Closing, the Debtors filed the following notices regarding the *actual* assumption and assignment of certain executory contracts and unexpired leases as part of the Sale (collectively, the "Final Notices"), each of which listed certain contracts associated with Arclight or one of its affiliates (collectively, the "Arclight Contracts"):

Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1457]

| Contract No. [Docket No. 860] | Debtor(s) | Contract Counterparty | Contract Title | Effective Date | Cure Amount |
|---|---|---|---|---|---|
| 1359 | The Weinstein Company LLC | Arclight Beach Cities 16 | Master Theatrical Exhibition License Agreement | | $0.00 |

Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1665]

| Contract No. [Docket No. 860] | Debtor(s) | Contract Counterparty | Contract Title | Effective Date | Cure Amount |
|---|---|---|---|---|---|
| 1365 | The Weinstein Company LLC | Arclight Films International Pty | 14 Blades Exclusive License Agreement | 4/26/2010 | $0.00 |

Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1695]

| Contract No. [Docket No. 860] | Debtor(s) | Contract Counterparty | Contract Title | Effective Date | Cure Amount |
|---|---|---|---|---|---|
| 1361 | The Weinstein Company LLC | Arclight Films International | License Agreement | 3/13/2006 | $0.00 |
| 1366 | The Weinstein Company LLC | Arclight Films International Pty Ltd | Exclusive License Agreement | 4/18/2011 | $0.00 |

4

| | | | | | |
|---|---|---|---|---|---|
| N/A[1] | The Weinstein Company LLC | Arclight Films International | Exclusive License Agreement (Dragon Squad) | 3/13/2006 | $0.00 |
| N/A | The Weinstein Company LLC | Arclight Films International Ltd | Exclusive License Agreement | 10/30/2005 | $0.00 |
| N/A | The Weinstein Company LLC | Arclight Films International Ltd | Exclusive License Agreement | 10/31/2005 | $0.00 |

9. Notwithstanding the Closing of the Sale in July 2018, a number of objections to the Sale and the Initial Notices and Final Notices, including the Objection, remain outstanding.

10. On January 26, 2021, the Court entered an order confirming the Debtors' *Fifth Amended Joint Chapter 11 Plan of Liquidation* (the "Plan") [Docket No. 3203]. Among other things, the Plan established the TWC Liquidation Trust, to be administered by Dean A. Ziehl (the "Liquidation Trustee").

11. As successor-in-interest to the Debtors' estates, the Liquidation Trustee has been working with Spyglass to resolve all the outstanding objections to the Sale. To that end, on February 2, 2022, the Liquidation Trustee, in consultation with Spyglass, filed the *Notice of [Proposed] Omnibus Order Denying and Overruling the Remaining Contract Counterparty Objections to the Sale of the Debtors' Assets to Spyglass Media Group, LLC* [Docket No. 3445] (the "Notice of Remaining Objections").

12. While Exhibit A to the Notice of Remaining Objections sets forth that the Liquidation Trustee and Spyglass believe that the majority of remaining objections are moot, it provides the following status with respect to Arclight and its Objection:

> Spyglass has advised the TWC Liquidating Trust that it has been in communications with the objector's counsel and hopes to resolve this objection consensually. To the extent the parties are unable to resolve this matter, Spyglass will file a response to the objection on or before the objection deadline set forth in the accompanying notice.

---

[1] The Arclight Contracts listed in Docket No. 1695 are designated as "Previously Omitted Contracts to be Assumed".

13. To date, Spyglass has been unable to engage meaningfully with Arclight regarding the resolution of its Objection and, therefore, is filing this Response.

## RELIEF REQUESTED

14. Spyglass respectfully requests that this Court overrule or otherwise deem Arclight's Objection moot. Spyglass submits that the Arclight Contracts should be deemed validly assumed and assigned to Spyglass under section 365 of the Bankruptcy Code.

## BASIS FOR RELIEF REQUESTED

**A. Arclight has failed to prosecute its Objection, and the Objection should be deemed moot or overruled.**

15. Arclight has failed to take any action with respect to the Objection since filing it in May 2018. In May 2021, counsel to Spyglass contacted Arclight's counsel of record and expressed an interest in resolving the Objection in an effort to clean up the Court's docket and assist the Liquidating Trustee in moving toward closing these chapter 11 cases. Receiving no response, counsel to Spyglass followed up with Arclight's counsel of record in June 2021 and noted that unless Spyglass or its counsel heard otherwise, Spyglass would inform the Liquidating Trustee that the matter is moot. Again, Spyglass's counsel received no response.

16. At the same time, as set forth in the *Declaration of Cheryl Rodman in Support of Spyglass Response* (the "Rodman Declaration"), attached to this Response as **Exhibit A**, Spyglass principals communicated with Arclight's principals throughout 2021 in an attempt to resolve the Objection. Rodman Decl. ¶ 3. Spyglass provided detailed information to Arclight regarding the various Arclight titles included in the Sale and the related agreements, and requested that Arclight confirm its Objection is now moot. *Id.* For the past four months, however, Spyglass has been unable to schedule a call with Arclight and communication has effectively broken down on this front. *Id.* at ¶ 4.

6

17. Because Spyglass has provided all of Arclight's requested information, and Arclight has subsequently failed to prosecute its Objection, the Objection should be deemed moot or overruled.

**B. The Arclight Contracts may be assumed and assigned to Spyglass.**

18. As Arclight correctly states in the Objection, in order to assume and assign an executory contract, a debtor is required to "cure any and all defaults under such contract or provide adequate assurance that such defaults will be cured, and the proposed assignee must also provide adequate assurance of future performance. Obj. ¶ 7.

19. The Final Notices included a proposed cure amount for each of the Arclight Contracts of $0.00 and made clear which Arclight Contracts were being assumed and assigned to Spyglass. To the extent Arclight remained confused about which contracts were to be assumed and assigned and what the relevant cure amounts were, Spyglass provided additional information to Arclight throughout 2021. This information presumably resolved those questions, as Spyglass has not heard from Arclight since.

20. Further, Arclight's contention regarding adequate assurance of future performance is now moot. The Closing occurred roughly three and a half years ago, during which time Spyglass has been successfully operating a premium content development, production, financing, and distribution company.

21. Under the circumstances, Spyglass has met its burden with respect to the assumption and assignment of the Arclight Contracts.

7

**WHEREFORE**, Spyglass respectfully requests that this Court overrule or otherwise deem moot Arclight's Objection and grant such other and further relief as this Court deems just and proper.

Dated: February 23, 2022
      Wilmington, Delaware

    */s/ R. Craig Martin*
R. Craig Martin (DE No. 5032)
Matthew S. Sarna (DE No. 6578)
DLA PIPER LLP (US)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: craig.martin@dlapiper.com
        matthew.sarna@us.dlapiper.com

- and -

Rachel Ehrlich Albanese (admitted *pro hac vice*)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: rachel.albanese@dlapiper.com

*Counsel to Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC)*