# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC Liquidation Trust, LLC, | ) | Case No. 18-10601 (MFW) |
| | ) | |
| Debtor. | ) | |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned matter:

**DATE**                **TIME**

April 20, 2022          10:30 a.m. (Eastern Time) (Omnibus Hearing)

**Dated: March 15th, 2022**                    **MARY F. WALRATH**
**Wilmington, Delaware**                        **UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:234479.5 92767/001