IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TWC Liquidation Trust, LLC, ) | Case No. 18-10601 (MFW) |
| ) | |
| Debtor. ) | **Ref. Docket Nos. 8, 216, 282, 771 and 3468** |
| ) | |

**ORDER OVERRULING AND DENYING OBJECTION OF ARCLIGHT FILMS TO PROPOSED SALE OF SUBSTANTIALLY ALL OF THE DEBTORS ASSETS [D.I. 8], TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND CURE AMOUNTS [D.I. 216] AND TO NOTICE OF SUPPLEMENTAL POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNTS [D.I. 282]**

Upon consideration of the *Certification of Counsel* filed by the Liquidation Trustee; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Notice in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The *Objection of Arclight Films to Proposed Sale of Substantially All of the Debtors Assets [D.I. 8], to Notice of Potential Assumption and Assignment of Executory Contracts and Cure Amounts [D.I. 216] and to Notice of Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [D.I. 282]* [Docket No. 771] is hereby denied and overruled with prejudice.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: April 22nd, 2022  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE