# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC Liquidation Trust, LLC,[1] | ) | Case No. 18-10601 (MFW) |
| | ) | |
| Debtor. | ) | **Hearing Date: May 24, 2022 at 10:30 a.m. (ET)** |
| | ) | **Objection Deadline: May 17, 2022 at 4:00 p.m. (ET)** |
| | ) | |

### NOTICE OF LIQUIDATION TRUSTEE'S FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN: (A) AMENDED AND SUPERSEDED CLAIMS; (B) DUPLICATE CLAIMS; (C) NO LIABILITY CLAIMS; AND (D) MISCLASSIFIED CLAIMS

**PLEASE TAKE NOTICE**, on April 22, 2022, Dean A. Ziehl (the "Liquidation Trustee"), solely in his capacity as Liquidation Trustee of the TWC Liquidation Trust formed pursuant to the *Fifth Amended Joint Chapter 11 Plan of Liquidation* of The Weinstein Company Holdings LLC and its affiliated debtors (collectively, the "Debtors") filed the attached ***Liquidation Trustee's First Omnibus Objection (Non-Substantive) to Certain: (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) No Liability Claims; and (D) Misclassified Claims*** (the "First Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court"), objecting to your claim(s) in these bankruptcy cases. **Substantive rights may be affected. Your claim(s) may be disallowed, expunged, reclassified and/or reduced as a result of the First Omnibus Objection. Therefore, you should read the First Omnibus Objection carefully.** If you do not want the Court to disallow, expunge, reclassify and/or reduce your claim(s), as applicable, then you or your attorney must (i) file a written response (a "Response") to the First Omnibus Objection with the Court, as set forth in the First Omnibus Objection, and (ii) serve the Response so that it is actually received by the undersigned counsel to the Liquidation Trustee on or before **May 17, 2022 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that if no Response to the First Omnibus Objection is timely filed, served, and received in accordance with the above procedures, an order may be entered granting the relief requested in the First Omnibus Objection without further notice or hearing. If a Response to the First Omnibus Objection is timely filed, served and received in accordance with the above procedures, a hearing on the First Omnibus Objection and the Response will be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge, at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **May 24, 2022 at 10:30 a.m. (ET)** (the "Hearing"). Only a Response made in writing and timely filed and received will be considered by the Court at the Hearing.

---

[1] The mailing address for TWC Liquidation Trust, LLC is c/o Dean Ziehl, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067.

8225813

**IF YOU FAIL TO FILE A RESPONSE IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE FIRST OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date:   April 22, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Andrew W. Caine (admitted *pro hac vice*)
Jason H. Rosell (admitted *pro hac vice*)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Email: acaine@pszjlaw.com
          jrosell@pszjlaw.com
          crobinson@pszjlaw.com

*Attorneys for Dean A. Ziehl, solely in his capacity as Liquidation Trustee of the TWC Liquidation Trust*

2

8225813