**<u>EXHIBIT A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC Liquidation Trust, LLC,[1] | ) | Case No. 18-10601 (MFW) |
| | ) | |
| Debtor. | ) | **Ref. Docket No. ___** |

## ORDER SUSTAINING LIQUIDATION TRUSTEE'S FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN: (A) AMENDED AND SUPERSEDED CLAIMS; (B) DUPLICATE CLAIMS; (C) NO LIABILITY CLAIMS; AND (D) MISCLASSIFIED CLAIMS

Upon consideration of the *Liquidation Trustee's First Omnibus Objection (Non-Substantive) to Certain: (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) No Liability Claims; and (D) Misclassified Claims* (the "First Omnibus Objection");[2] and the Court having considered the Declaration in support of thereof; and the Court having found that it has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334 and the Plan; and the Court having found that this a core proceeding under 28 U.S.C. § 157(b); and the Court having found that venue is proper under 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Liquidation Trustee provided appropriate notice of the First Omnibus Objection and the opportunity for a hearing under the circumstances and that no further notice need be given; and the Court having reviewed the First Omnibus Objection, the claims listed on **Schedules 1**, **2**, **3** and **4** attached hereto, and any responses filed to the First Omnibus Objection; and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1] The mailing address for TWC Liquidation Trust, LLC is c/o Dean Ziehl, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067.

[2] Capitalized terms not otherwise defined shall have the meanings ascribed to them in the First Omnibus Objection.

1.     Any response to the First Omnibus Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled.

2.     The official claims register in these chapter 11 cases shall be modified in accordance with this Order.

3.     The Amended and Superseded Claims listed on **Schedule 1** attached to this Order are hereby disallowed and expunged in their entirety.

4.     Duplicate Claims listed on **Schedule 2** attached to this Order are hereby disallowed and expunged in their entirety.

5.     The No Liability Claims listed on **Schedule 3** attached to this Order are hereby disallowed and expunged in their entirety.

6.     The Misclassified Claims identified on **Schedule 4** attached to this Order are hereby reclassified as set forth in the column titled "Modified Priority" on **Schedule 4**.

7.     The Liquidation Trustee's right to amend, modify or supplement the First Omnibus Objection, to file additional objections to any other claims (filed or not) which may be asserted, and to seek further reduction of any claim to the extent such claim has been paid, or for any other reasons, are reserved and preserved.

8.     All rights of the Liquidation Trustee to object to any claim at a later date, including the claims that are the subject of this First Omnibus Objection, on any basis whatsoever, substantively or non-substantively, are reserved and preserved.

9.     The Liquidation Trustee further reserves all rights to use any available defenses under section 502 of the Bankruptcy Code, or otherwise, to setoff or recoup against or otherwise reduce all or any part of any claim.  Further, any and all affirmative claims are specifically reserved and preserved and are not adversely affected by this Order.

2

10.     Each claim and the applicable objection thereto as set forth on **Schedules 1**, **2**, **3**

and **4** to this Order constitutes a separate contested matter as contemplated by Bankruptcy Rule

9014.  This Order shall be deemed a separate Order with respect to each of the claims.

11.     The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

12.     The Liquidation Trustee is authorized to take all actions necessary to effectuate

the relief granted pursuant to this Order and to seek additional relief as is necessary in the future.

13.     The Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation or interpretation of this Order.

## Schedule 1

**Amended and Superseded Claims**

Schedule 1
Amended and Superseded Claims

| Claimant | Amended Claim No. to be Disallowed | Surviving Claim No. | Priority | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY – IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346<br><br>DEPARTMENT OF THE TREASURY – IRS<br>L. JIGGETTS, BANKRUPTCY SPECIALIST<br>31 HOPKINS PLAZA, RM 1150<br>BALTIMORE, MD 21201 | 15 | 127 | Priority | $5,000.00 | The Surviving Claim amends and supersedes the Amended Claim. |
| DEPARTMENT OF THE TREASURY – IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346<br><br>DEPARTMENT OF THE TREASURY – IRS<br>L. JIGGETTS, BANKRUPTCY SPECIALIST<br>31 HOPKINS PLAZA, RM 1150<br>BALTIMORE, MD 21201 | 68 | 218 | Priority<br>Unsecured | $407,524.63<br>$25,000.00 | The Surviving Claim amends and supersedes the Amended Claim. |
| DEPARTMENT OF THE TREASURY – IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346<br><br>DEPARTMENT OF THE TREASURY – IRS<br>L. JIGGETTS, BANKRUPTCY SPECIALIST<br>31 HOPKINS PLAZA, RM 1150<br>BALTIMORE, MD 21201 | 73 | 218 | Priority<br>Unsecured | $407,524.63<br>$25,000.00 | The Surviving Claim amends and supersedes the Amended Claim. |
| DEPARTMENT OF THE TREASURY – IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346<br><br>DEPARTMENT OF THE TREASURY – IRS<br>L. JIGGETTS, BANKRUPTCY SPECIALIST<br>31 HOPKINS PLAZA, RM 1150<br>BALTIMORE, MD 21201 | 117 | 218 | Priority<br>Unsecured | $407,524.63<br>$24,360.00 | The Surviving Claim amends and supersedes the Amended Claim. |

DOCS_DE:237900.4 92767/002

Schedule 1
Amended and Superseded Claims

| Claimant | Amended Claim No. to be Disallowed | Surviving Claim No. | Priority | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY – IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346<br><br>DEPARTMENT OF THE TREASURY – IRS<br>L. JIGGETTS, BANKRUPTCY SPECIALIST<br>31 HOPKINS PLAZA, RM 1150<br>BALTIMORE, MD 21201 | 119 | 218 | Priority<br>Unsecured | $143,966.00<br>$21,840.00 | The Surviving Claim amends and supersedes the Amended Claim. |
| DEPARTMENT OF THE TREASURY – IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346<br><br>DEPARTMENT OF THE TREASURY – IRS<br>L. JIGGETTS, BANKRUPTCY SPECIALIST<br>31 HOPKINS PLAZA, RM 1150<br>BALTIMORE, MD 21201 | 217 | 218 | Priority<br>Unsecured | $143,966.00<br>$16,840.00 | The Surviving Claim amends and supersedes the Amended Claim. |
| EMJAG PRODUCTIONS INC<br>C/O FREEDMAN + TAITELMAN, LLP<br>ATTN BRYAN FREEDMAN; STEVEN FORMAKER<br>1901 AVE OF THE STARS, STE 500<br>LOS ANGELES, CA 90067 | 20242 | 20351 | Priority<br>Unsecured | $12,850.00<br>$3,237,150.00 | The Surviving Claim amends and supersedes the Amended Claim. |
| INVENTURE STUDIOS INC.<br>CHRIS PAGE, CEO<br>11320 MAGNOLIA BLVD<br>NORTH HOLLYWOOD, CA 91601 | 20016 | 80002 | Administrative<br>Unsecured | $7,870.00<br>$38,072.50 | The Surviving Claim amends and supersedes the Amended Claim. |
| LA COUNTY TREASURER AND TAX COLLECTOR<br>OSCAR ESTRADA<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | 20001 | 20088 | Priority | $3,503.54 | The Surviving Claim amends and supersedes the Amended Claim. |
| LA COUNTY TREASURER AND TAX COLLECTOR<br>OSCAR ESTRADA<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | 20088 | 20370 | Secured<br>Priority | $5,860.01<br>$5,860.01 | The Surviving Claim amends and supersedes the Amended Claim. |

Schedule 1
Amended and Superseded Claims

| Claimant | Amended Claim No. to be Disallowed | Surviving Claim No. | Priority | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| MISSISSIPPI DEPARTMENT OF REVENUE BANKRUPTCY SECTION NIKESHIA AGEE, BANKRUPTCY ADMINISTRATOR PO BOX 22808 JACKSON, MS 39225 | 28 | 128 | Priority | $530.00 | The Surviving Claim amends and supersedes the Amended Claim. |
| SHOWTIME NETWORKS INC. C/O GLICKFIELD FIELDS & JACOBSON LLP ATTN LA WRENCE M JACOBSON 8383 WILSHIRE BLVD STE 408 BEVERLY HILLS, CA 90211-2435 | 60003 | 60004 | Administrative | Unliquidated | The Surviving Claim amends and supersedes the Amended Claim. |
| TENNESSEE DEPARTMENT OF REVENUE C/O ATTORNEY GENERAL PO BOX 20207 NASHVILLE, TN 37202-0207 TENNESSEE DEPARTMENT OF REVENUE DEBORAH MCALISTER, ACCOUNT TECH I 500 DEADRICK STREET NASHVILLE, TN 37242-9718 | 7 | 152 | Priority | $579.00 | The Surviving Claim amends and supersedes the Amended Claim. |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION LYDIA ANN HEWETT, ACCOUNTS EXAMINER PO BOX 12548, MC-008 AUSTIN, TX 78711 | 12 | 215 | Priority | $87,800.00 | The Surviving Claim amends and supersedes the Amended Claim. |

## **Schedule 2**

**Duplicative Claims**

Schedule 2
Duplicate Claims

| Claimant | Duplicate Claim No. to be Disallowed | Surviving Claim No. | Priority | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| ARKANSAS DEPARTMENT OF FINANCE AND ADMIN ATTN DFA-REVENUE LEGAL COUNSEL PO BOX 1272 LITTLE ROCK, AR 72203 | 40150 | 40149 | Administrative | $279,935.38 | The Duplicate Claim is duplicative of the Surviving Claim. |
| BRULL LAW FIRM, THE RICHARD P. BRULL 10250 CONSTELLATION BLVD., SUITE 100 LOS ANGELES, CA 90067 | 60016 | 60106 | Administrative | $4,200.00 | The Duplicate Claim is duplicative of the Surviving Claim. |
| FRANCHISE TAX BOARD ATTN BANKRUPTCY SECTION MS A340 REBECCA ESTONILO, FTB CLAIMS AGENT PO BOX 2952 SACRAMENTO, CA 95812-2952 | 106 | 97 | Priority Unsecured | $1,630.19 $88.00 | The Duplicate Claim is duplicative of the Surviving Claim. |
| FRANCHISE TAX BOARD ATTN BANKRUPTCY SECTION MS A340 REBECCA ESTONILO, FTB CLAIMS AGENT PO BOX 2952 SACRAMENTO, CA 95812-2952 | 107 | 96 | Priority | $800.00 | The Duplicate Claim is duplicative of the Surviving Claim. |
| FRANCHISE TAX BOARD ATTN BANKRUPTCY SECTION MS A340 REBECCA ESTONILO, FTB CLAIMS AGENT PO BOX 2952 SACRAMENTO, CA 95812-2952 | 108 | 95 | Priority Unsecured | $800.00 $250.00 | The Duplicate Claim is duplicative of the Surviving Claim. |
| FRANCHISE TAX BOARD ATTN BANKRUPTCY SECTION MS A340 REBECCA ESTONILO, FTB CLAIMS AGENT PO BOX 2952 SACRAMENTO, CA 95812-2952 | 109 | 104 | Priority Unsecured | $2,503.21 $520.25 | The Duplicate Claim is duplicative of the Surviving Claim. |
| FRANCHISE TAX BOARD ATTN BANKRUPTCY SECTION MS A340 REBECCA ESTONILO, FTB CLAIMS AGENT PO BOX 2952 SACRAMENTO, CA 95812-2952 | 110 | 102 | Priority Unsecured | $1,471.18 $71.15 | The Duplicate Claim is duplicative of the Surviving Claim. |

1

Schedule 2
Duplicate Claims

| Claimant | Duplicate Claim No. to be Disallowed | Surviving Claim No. | Priority | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| FRANCHISE TAX BOARD ATTN BANKRUPTCY SECTION MS A340 REBECCA ESTONILO, FTB CLAIMS AGENT PO BOX 2952 SACRAMENTO, CA 95812-2952 | 111 | 101 | Priority | $800.00 | The Duplicate Claim is duplicative of the Surviving Claim. |
| FRANCHISE TAX BOARD ATTN BANKRUPTCY SECTION MS A340 REBECCA ESTONILO, FTB CLAIMS AGENT PO BOX 2952 SACRAMENTO, CA 95812-2952 | 112 | 105 | Priority Unsecured | $1,448.58 $129.43 | The Duplicate Claim is duplicative of the Surviving Claim. |
| FRANCHISE TAX BOARD ATTN BANKRUPTCY SECTION MS A340 REBECCA ESTONILO, FTB CLAIMS AGENT PO BOX 2952 SACRAMENTO, CA 95812-2952 | 114 | 98 | Priority Unsecured | $1,630.19 $88.00 | The Duplicate Claim is duplicative of the Surviving Claim. |
| FRANCHISE TAX BOARD ATTN BANKRUPTCY SECTION MS A340 REBECCA ESTONILO, FTB CLAIMS AGENT PO BOX 2952 SACRAMENTO, CA 95812-2952 | 115 | 103 | Priority Unsecured | $4,283.11 $14,795.79 | The Duplicate Claim is duplicative of the Surviving Claim. |
| FRANCHISE TAX BOARD ATTN BANKRUPTCY SECTION MS A340 REBECCA ESTONILO, FTB CLAIMS AGENT PO BOX 2952 SACRAMENTO, CA 95812-2952 | 116 | 99 | Priority Unsecured | $1,630.19 $88.00 | The Duplicate Claim is duplicative of the Surviving Claim. |
| FRANK MILLER INC. AND FRANK MILLER 400 GARDEN CITY PLZ STE 510 GARDEN CITY, NY 11530-3308 | 40022 | 40021 | Administrative | Unliquidated | The Duplicate Claim is duplicative of the Surviving Claim. |
| IMAGINATION WORLDWIDE, LLC C/O RICHARD G. GRANT, ESQ. CULHANE MEADOWS, PLLC 100 CRESCENT COURT, SUITE 700 DALLAS, TX 75201 | 60022 | 60021 | Administrative | Unliquidated | The Duplicate Claim is duplicative of the Surviving Claim. |

DOCS_DE:237900.4 92767/002

Schedule 2
Duplicate Claims

| Claimant | Duplicate Claim No. to be Disallowed | Surviving Claim No. | Priority | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| INVENTURE STUDIOS INC<br>CHRIS PAGE, CEO<br>11320 MAGNOLIA BLVD<br>NORTH HOLLYWOOD, CA 91601 | 40001 | 80002 | Administrative | $840.00 | The Duplicate Claim is duplicative of the Surviving Claim. |
| MINNESOTA DEPARTMENT OF REVENUE TAXES<br>ATTN COLLECTION DIVISION<br>SARA WESTLY<br>PO BOX 64447 - BKY<br>ST PAUL, MN 55164-0447 | 40146 | 40145 | Administrative | $4,333.65 | The Duplicate Claim is duplicative of the Surviving Claim. |
| OREGON DEPARTMENT OF REVENUE<br>ATTN RICHARD HENNESSEY<br>955 CENTER ST NE<br>SALEM, OR 97301-2555 | 40147 | 40148 | Administrative | $162.67 | The Duplicate Claim is duplicative of the Surviving Claim. |
| OUAKNINE, LAURENT<br>23917 PASATIEMPO LN<br>HARBOR CITY, CA 90710-1424 | 20047 | 87 | Priority | $490,000.00 | The Duplicate Claim is duplicative of the Surviving Claim. |
| STATE OF MINNESOTA DEPARTMENT OF REVENUE<br>SARA WESTLY<br>PO BOX 64447-BKY<br>ST PAUL, MN 55164-0447 | 134 | 133 | Priority | $5,692.44 | The Duplicate Claim is duplicative of the Surviving Claim. |

DOCS_DE:237900.4 92767/002

## **Schedule 3**

**No Liability Claims**

Schedule 3
No Liability Claims

| Claimant | Disputed Claim No. | Priority | Amount | Reason for Disallowance |
|---|---|---|---|---|
| 2929 PRODUCTIONS LLC<br>C/O JESSICA RODDY<br>11601 WILSHIRE BLVD, STE 210<br>LOS ANGELES, CA 90025 | 156 | Priority | Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| 2929 PRODUCTIONS LLC<br>C/O JESSICA RODDY<br>11601 WILSHIRE BLVD, STE 210<br>LOS ANGELES, CA 90025 | 157 | Priority | Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| 2929 PRODUCTIONS LLC<br>C/O JESSICA RODDY<br>JASON SACHS, CAO<br>11601 WILSHIRE BLVD, STE 210<br>LOS ANGELES, CA 90025 | 158 | Priority | Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| ALABAMA DEPARTMENT OF REVENUE<br>50 N RIPLEY ST<br>MONTGOMERY, AL 36130-1001 | Schedule No. 620006130 | Priority | $508.00 | No record of liability on Debtors' books and records. |
| ARKANSAS DEPARTMENT OF FINANCE AND ADMIN<br>ATTN DFA-REVENUE LEGAL COUNSEL<br>MICHELLE BAKER, MANAGING ATTORNEY<br>PO BOX 1272<br>LITTLE ROCK, AR 72203 | 40149 | Administrative | $279,935.38 | No record of liability in Debtors' books and records.   A return indicating "No Tax Due" was filed.  Disputed Claim filed after administrative bar date. |
| AUTOMATIC DATA PROCESSING LIMITED<br>C/O ADP - AUTOMATIC DATA PROCESSING<br>SYWARD PLACE<br>40-48 PYRCROFT RD,<br>CHERTSEY KT16 9JT<br>UNITED KINGDOM | 60102 | Administrative | $3,449.02 | No supporting documentation and no record of liability in Debtors' books and records.  Disputed Claim filed after administrative bar date. |
| BAUER MARTINEZ STUDIOS<br>KAREN BEHR<br>611 S FORT HARRISON AVENUE # 369<br>CLEARWATER, FL 33756 | 20311 | Secured | Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |

1

Schedule 3
No Liability Claims

| Claimant | Disputed Claim No. | Priority | Amount | Reason for Disallowance |
|---|---|---|---|---|
| BBP GOLD LLC<br>C/O BLACK BEAR PICTURES<br>ATTN MICHAEL HEIMLER<br>1739 BERKELEY STREET<br>SANTA MONICA, CA 90404 | 60069 | Administrative | Unliquidated | No record of liability in Debtors' books and records. The film is unrecouped and no participations are owed to the Claimant. |
| BBP IMITATION LLC<br>C/O BLACK BEAR PICTURES<br>ATTN MICHAEL HEIMLER<br>1739 BERKELEY STREET<br>SANTA MONICA, CA 90404 | 60071 | Administrative | Unliquidated | No record of liability in Debtors' books and records. The film is unrecouped and no participations are owed to the Claimant. |
| COYNE, HEIDI<br>D/B/A LA STYLES<br>205 ENGLISH VILLAGE<br>LAKE HAVASU CITY, AZ 86403 | 60103 | Administrative | $52,224.00 | No record of liability in Debtors' books and records. The Disputed Claim was filed after administrative bar date. Insufficient documentation attached to support administrative priority and to validate claim. |
| COYNE, HEIDI<br>D/B/A LA STYLES<br>205 ENGLISH VILLAGE<br>LAKE HAVASU CITY, AZ 86403 | 60104 | Administrative | $8,222.22 | No record of liability in Debtors' books and records. The Disputed Claim was filed after administrative bar date. Insufficient documentation attached to support administrative priority and to validate claim. |
| DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX<br>P.O. BOX 898<br>DOVER, DE 19903 | Schedule No. 620049070 | Priority | $20,100.00 | No record of liability in Debtors' books and records. |
| DI BONAVENTURA PICTURES INC<br>C/O LANDAU GOTTFRIED BERGER LLP<br>ATTN MICHAEL GOTTFRIED<br>1880 CENTURY PARK E STE 1101<br>LOS ANGELES, CA 90067-1608 | 40027 | Administrative | Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| DYNAMIC '88 PRODUCTIONS INC / GEORGE CLOONEY<br>C/O LANDAU GOTTFRIED BERGER LLP<br>ATTN MICHAEL GOTTFRIED<br>1801 CENTURY PARK EAST STE 700<br>LOS ANGELES, CA 90067 | 40029 | Administrative | Unliquidated | No record of liability in Debtors' books and records. The film is unrecouped and no participations are owed to the Claimant. |

Schedule 3
No Liability Claims

| Claimant | Disputed Claim No. | Priority | Amount | Reason for Disallowance |
|---|---|---|---|---|
| FADE TO BLACK PRODUCTIONS, INC.<br>ATTN: JEFFREY S. SABIN, ESQ.<br>VENABLE LLP<br>1270 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10200 | 60018 | Administrative | Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| FRANK MILLER INC. AND FRANK MILLER<br>400 GARDEN CITY PLZ STE 510<br>GARDEN CITY, NY 11530-3308 | 40021 | Administrative | Unliquidated | No record of liability in Debtors' books and records.  The film is unrecouped and no participations are owed to the Claimant. |
| GOOD LIE INC / GRANT HESLOV<br>C/O LANDAU GOTTFRIED BERGER LLP<br>ATTN MICHAEL GOTTFRIED<br>1801 CENTURY PARK EAST STE 700<br>LOS ANGELES, CA 90067 | 40028 | Administrative | Unliquidated | No record of liability in Debtors' books and records.  The film is unrecouped and no participations are owed to the Claimant. |
| HIPPODROME ARTS CENTRE<br>ANNA R. SCOTT, PRESIDENT<br>PO BOX 22<br>215 CEDAR ST<br>JULESBURG, CO 80737 | 40004 | Administrative | Unliquidated | No record of liability in Debtors' books and records.  No documentation attached to validate claim. |
| IL DEPT OF REVENUE BANKRUPTCY SECTION<br>MARY ALBERT<br>PO BOX 19035<br>SPRINGFIELD, IL 62794 | 20064 | Priority | $3,144.00 | No record of liability in Debtors' books and records.  No documentation attached to validate claim. |
| IMAGINATION WORLDWIDE, LLC<br>C/O RICHARD G. GRANT, ESQ<br>CULHANE MEADOWS, PLLC<br>100 CRESCENT COURT, SUITE 700<br>DALLAS, TX 75201 | 60021 | Administrative | Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| JPC ENTERPRISES, INC.<br>C/O LANDAU GOTTFRIED BERGER LLP<br>ATTN ROYE ZUR<br>1801 CENTURY PARK EAST STE 700<br>LOS ANGELES, CA 90067 | 80086 | Secured | $92,779.00 | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| KENTUCKY DEPT OF REVENUE<br>501 HIGH ST<br>FRANKFORT, KY 40601-2103 | Schedule No. 20096130 | Priority | $6,025.00 | No record of liability in Debtors' books and records. |

Schedule 3
No Liability Claims

| Claimant | Disputed Claim No. | Priority | Amount | Reason for Disallowance |
|---|---|---|---|---|
| LA COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | 20370 | Secured<br>Priority | $5,075.12<br>$5,075.12 | No record of liability in Debtors' books and records. Disputed Claim asserts taxes owed on a lease that was terminated post-petition. |
| MCCLEAN, BRENNAN<br>1724 E JORDAN ST<br>PENSACOLA, FL 32503-5453 | 60000 | Administrative | Unliquidated | No record of liability in Debtors' books and records.  No documentation attached to validate claim. |
| MINNESOTA DEPT OF REVENUE<br>ATTN COLLECTION DIVISION<br>SARA WESTLY<br>PO BOX 64447 - BKY<br>ST PAUL, MN 55164-0447 | 40145 | Administrative | $4,333.65 | No record of liability in Debtors' books and records.  Pursuant to the Debtors' books and records, and upon information and belief, the claim was paid in full. |
| NEW YORK STATE DEPARTMENT OF LABOR<br>ATTN CORY SHIMKUS<br>STATE OFFICE CAMPUS, BUILDING #12<br>ROOM #256<br>ALBANY, NY 12240 | 9 | Priority | Unliquidated | No record of liability in Debtors' books and records.  No documentation attached to validate claim. |
| NEWSOM, JENNIFER SIEBEL<br>7640 TOBIA WAY<br>FAIR OAKS, CA 95628 | 60109 | Administrative | Unliquidated | No record of liability in Debtors' books and records.  No documentation attached to validate claim.  Claim filed after administrative bar date. |
| NH DEPARTMENT OF REVENUE ADMINISTRATION<br>DEREK E. KLINE<br>PO BOX 454<br>CONCORD, NH 03302-0454 | 20054 | Priority | $1.00 | No record of liability in Debtors' books and records. No documentation attached to validate claim. |
| NM TAXATION & REVENUE DEPARTMENT<br>LISA ELN, TAX EXAMINER<br>PO BOX 8575<br>ALBUQUERQUE, NM 87198-8575 | 74 | Priority<br>Unsecured | $1,871.71<br>$252.00 | No record of liability in Debtors' books and records. Insufficient documentation attached to validate claim. |
| NYC DEPARTMENT OF FINANCE<br>TAX AUDIT & ENFORCEMENT DIVISION<br>ATTN BANKRUPTCY SECTION<br>345 ADAMS ST, 10TH LF<br>BROOKLYN, NY 11201 | 135 | Administrative | $249,924.99 | No record of liability in Debtors' books and records.  Insufficient documentation attached to validate claim. Claimant admitted in writing that the Disputed Claim amount is incorrect. |

4

Schedule 3
No Liability Claims

| Claimant | Disputed Claim No. | Priority | Amount | Reason for Disallowance |
|---|---|---|---|---|
| ORCA THEATERS INC<br>KRIS PHILLIPS, PRESIDENT<br>PO BOX 23<br>PAYSON, UT 84651 | 40002 | Administrative | Unliquidated | No record of liability in Debtors' books and records.  No documentation attached to validate claim. |
| OUTERBANKS ENTERTAINMENT/K. WILLIAMSON<br>ATTN: JEFFREY S. SABIN<br>VENABLE LLP<br>1270 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | 60020 | Administrative | Unliquidated | No record of liability in Debtors' books and records.  This film and related films are unrecouped and no participations are owed to the Claimant. |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>NICOLE AMOISCH, CHIEF<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 8 | Secured | $719.89 | No record of liability in Debtors' books and records.  No documentation attached to validate secured claim. |
| RILEY, JOHN<br>1821 BOAZ AVE<br>SAINT LOUIS, MO 63122-3412 | 80007 | Priority | $10,000.00 | No record of liability in Debtors' books and records.  No documentation attached to validate claim. |
| SHOWTIME NETWORKS INC<br>C/O GLICKFIELD FIELDS & JACOBSON LLP<br>ATTN LA WRENCE M JACOBSON<br>8383 WILSHIRE BLVD STE 408<br>BEVERLY HILLS, CA 90211-2435 | 60004 | Administrative | Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| STATE OF HAWAII, DEPT OF TAX<br>ATTN BANKRUPTCY UNIT<br>JANESSA BONIFACIO (el)<br>PO BOX 259<br>HONOLULU, HI 96809 | 159 | Priority | Unliquidated | No record of liability in Debtors' books and records.  No documentation attached to validate claim. |
| STATE OF NEW JERSEY, DIVISION OF TAXATION<br>ATTN BANKRUPTCY<br>ERICA HAMLIN, INVESTIGATOR<br>PO BOX 245<br>TRENTON, NJ 08695 | 167 | Priority | $25,054.00 | No record of liability in Debtors' books and records. Pursuant to the Debtors' books and records, and upon information and belief, the claim was paid in full. |

5

Schedule 3
No Liability Claims

| Claimant | Disputed Claim No. | Priority | Amount | Reason for Disallowance |
|---|---|---|---|---|
| THE OHIO DEPARTMENT OF TAXATION<br>30 E BROAD ST<br>COLUMBUS, OH 43215-3414<br><br>THE OHIO DEPARTMENT OF TAXATION<br>REBECCA L. DAUM<br>PO BOX 530<br>COLUMBUS, OH 43216 | 20057 | Priority<br>Unsecured | $88,448.23<br>$235,736.35 | No record of liability in Debtors' books and records.  The Disputed Claim is estimated with no supporting calculation detail included. |
| VIEW ASKEW PRODUCTIONS INC<br>C/O POLSINELLI PC<br>ATTN SHANTI M KATONA<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 | 60006 | Administrative | Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| WILD BUNCH S.A.<br>C/O PILLSBURY WINTHROP SHAW<br>ATTN KATHY A JORRIE<br>725 S FIGUEROA STREET, STE 2800<br>LOS ANGELES, CA 90067 | 168 | Administrative | Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| WILD BUNCH S.A.<br>C/O PILLSBURY WINTHROP SHAW<br>ATTN KATHY A JORRIE<br>725 S FIGUEROA STREET, STE 2800<br>LOS ANGELES, CA 90067 | 169 | Administrative | Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| WILD BUNCH S.A.<br>C/O PILLSBURY WINTHROP SHAW<br>ATTN KATHY A JORRIE<br>725 S FIGUEROA STREET, STE 2800<br>LOS ANGELES, CA 90067 | 170 | Administrative | Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| WILD BUNCH S.A.<br>C/O PILLSBURY WINTHROP SHAW<br>ATTN KATHY A JORRIE<br>725 S FIGUEROA STREET, STE 2800<br>LOS ANGELES, CA 90067 | 171 | Administrative | Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |

Schedule 3
No Liability Claims

| Claimant | Disputed Claim No. | Priority | Amount | Reason for Disallowance |
|----------|--------------------|----------|--------|------------------------|
| WILD BUNCH S.A.<br>C/O PILLSBURY WINTHROP SHAW<br>ATTN KATHY A JORRIE<br>725 S FIGUEROA STREET, STE 2800<br>LOS ANGELES, CA 90067 | 172 | Administrative | Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| WILD BUNCH S.A.<br>C/O PILLSBURY WINTHROP SHAW<br>ATTN KATHY A JORRIE<br>725 S FIGUEROA STREET, STE 2800<br>LOS ANGELES, CA 90067 | 173 | Administrative | Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| WILD BUNCH S.A.<br>C/O PILLSBURY WINTHROP SHAW<br>ATTN KATHY A JORRIE<br>725 S FIGUEROA STREET, STE 2800<br>LOS ANGELES, CA 90067 | 174 | Administrative | Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| WILD BUNCH S.A.<br>C/O PILLSBURY WINTHROP SHAW<br>ATTN KATHY A JORRIE<br>725 S FIGUEROA STREET, STE 2800<br>LOS ANGELES, CA 90067 | 175 | Administrative | Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| WILD BUNCH S.A.<br>C/O PILLSBURY WINTHROP SHAW<br>ATTN KATHY A JORRIE<br>725 S FIGUEROA STREET, STE 2800<br>LOS ANGELES, CA 90067 | 176 | Administrative | Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| WILLIE LUMP LUMP ENTERPRISES INC AND BILL MURRAY; C/O ZIFFREN BRITTENHAM LLP<br>ATTN DAVID NOCHIMSON, ESQ<br>1801 CENTRY PARK WEST<br>LOS ANGELES, CA 90067 | 40031 | Administrative | Unliquidated | No record of liability in Debtors' books and records.  The film is unrecouped and no participations are owed to the Claimant. |

DOCS_DE:237900.4 92767/002

## <u>Schedule 4</u>

**Misclassified Claims**

Schedule 4
Misclassified Claims

| Name of Claimant | Claim No. | Asserted Claim Amount | | | | | Basis for Modification | Modified Priority | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Admin | Unsecured | Total | | Secured | Priority | Admin | Unsecured | Total |
| ABBOTT, JEFF<br>C/O DIAMOND MCCARTHY LLP<br>ATTN SHERYL GUIGLIANO<br>295 MADISON AVE, 27TH FL<br>NEW YORK, NY 10017 | 124 | $0.00 | $12,850.00 | $0.00 | UNLIQ. | **$12,850.00** | The Claimant is not an individual that was employed by the Debtors. The Asserted Claim is related to a prepetition contract, but there is no basis for a priority claim for services under §507(a)(4). | $0.00 | $0.00 | $0.00 | $12,850.00 | **$12,850.00** |
| ACKER, EMILY<br>C/O INDUSTRY ENTERTAINMENT<br>ATTN MICAH KLATZKER<br>955 S CARILLO DR, 3RD FL<br>LOS ANGELES, CA 90048 | 20073 | $0.00 | $12,850.00 | $0.00 | $150.00 | **$13,000.00** | The Claimant is not an individual that was employed by the Debtors. The Asserted Claim is related to a prepetition contract, but there is no basis for a priority claim for services under §507(a)(4). | $0.00 | $0.00 | $0.00 | $13,000.00 | **$13,000.00** |
| AMBASSADOR<br>LAURENT STEPHANE, CEO<br>97 RUE EDOUARD VAILLANT<br>LEVALLOIS 92300<br>FRANCE | 40006 | $0.00 | | $73,122.59 | $0.00 | **$73,122.59** | The Asserted Claim is related to a prepetition invoice. | $0.00 | $0.00 | $0.00 | $73,122.59 | **$73,122.59** |
| BROWN, ROBERT<br>KEANE EYES GALLERY<br>349 GEARY ST<br>SAN FRANCISCO, CA 94102 | 40142 | $0.00 | | $10,000.00 | $0.00 | **$10,000.00** | The Asserted Claim is related to a prepetition invoice. | $0.00 | $0.00 | $0.00 | $10,000.00 | **$10,000.00** |
| CENTAURES<br>LAURENT STEPHANE, CEO<br>97 RUE EDOUARD VAILLANT<br>LEVALLOIS 92300<br>FRANCE | 40007 | $0.00 | | $10,753.41 | $0.00 | **$10,753.41** | The Asserted Claim is related to a prepetition invoice. | $0.00 | $0.00 | $0.00 | $10,753.41 | **$10,753.41** |
| DIGITAL CINEMA PARTNERS LLC<br>MICHAEL DOSTALER<br>PO BOX 725 | 20213 | $0.00 | $3,754.50 | $0.00 | $7,500.00 | **$11,254.50** | The Claimant is not an individual that was employed by the Debtors; | $0.00 | $0.00 | $0.00 | $11,254.50 | **$11,254.50** |

Schedule 4
Misclassified Claims

| Name of Claimant | Claim No. | Asserted Claim Amount | | | | | Basis for Modification | Modified Priority | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Admin | Unsecured | Total | | Secured | Priority | Admin | Unsecured | Total |
| BELLPORT, NY 11713 | | | | | | | no basis for a priority claim for services under §507(a)(4). | | | | | |
| EMJAG PRODUCTIONS INC C/O FREEDMAN + TAITELMAN LLP ATTN BRYAN J FREEDMAN/STEVEN E FORMAKER 1901 AVE OF THE STARS, STE 500 LOS ANGELES, CA 90067 | 20351 | $0.00 | $12,850.00 | $0.00 | $3,237,150.00 | **$3,250,000.00** | The Claimant is not an individual that was employed by the Debtors; no basis for a priority claim for services under §507(a)(4). | $0.00 | $0.00 | $0.00 | $3,250,000.00 | **$3,250,000.00** |
| GERRIT KINKEL PRODUCTIONS LLC 21559 IGLESIA DR WOODLAND HILLS, CA 91364 | 80019 | $0.00 | $24,200.00 | $0.00 | $0.00 | **$24,200.00** | The Claimant is not an individual that was employed by the Debtors; no basis for a priority claim for services under §507(a)(4). | $0.00 | $0.00 | $0.00 | $24,200.00 | **$24,200.00** |
| HANBY, DANA 312 E 3RD AVE COVINGTON, LA 70433 | 80038 | $0.00 | $3,000.00 | $0.00 | $627.45 | **$3,627.45** | The Claimant is not an individual that was employed by the Debtors; no basis for a priority claim for services under §507(a)(4). | $0.00 | $0.00 | $0.00 | $3,627.45 | **$3,627.45** |
| ICM PARTNERS RICHARD LEVY, PARTNER & GENERAL COUNSEL 10250 CONSTELLATION BLVD, STE 32-50 LOS ANGELES, CA 90067 | 118 | $0.00 | $25,000.00 | $0.00 | $0.00 | **$25,000.00** | The Claimant is not an individual that was employed by the Debtors; no basis for a priority claim for services under §507(a)(4). | $0.00 | $0.00 | $0.00 | $25,000.00 | **$25,000.00** |

2

Schedule 4
Misclassified Claims

| Name of Claimant | Claim No. | Asserted Claim Amount | | | | | Basis for Modification | Modified Priority | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Admin | Unsecured | Total | | Secured | Priority | Admin | Unsecured | Total |
| INDEPENDENT MARKETING EDGE<br>DAN KLUSMAN, OWNER<br>638 S FERGUSON AVE STE 3<br>BOZEMAN, MT 59718-6405 | 40003 | $0.00 | | $1,800.00 | $0.00 | **$1,800.00** | The Asserted Claim is related to a prepetition invoice. | $0.00 | $0.00 | $0.00 | $1,800.00 | **$1,800.00** |
| MCLEAN, JULIA<br>910 MALTMAN AVE<br>LOS ANGELES, CA 90026 | 80057 | $0.00 | $10,980.00 | $0.00 | $10,980.00 | **$10,980.00** | The Asserted Claim is related to a prepetition contract, but there is no basis for a priority claim for services under §507(a)(4); no evidence of unpaid compensation provided. | $0.00 | $0.00 | $0.00 | $10,980.00 | **$10,980.00** |
| METAL RABBIT MEDIA, LLC<br>BRYCE TOM, FOUNDER<br>1220 N MARKET ST STE 808<br>WILMINGTON, DE 19801-2595 | 80039 | $0.00 | $12,850.00 | $0.00 | $288,650.00 | **$301,500.00** | The Claimant is not an individual that was employed by the Debtors; no basis for a priority claim for services under §507(a)(4). | $0.00 | $0.00 | $0.00 | $301,500.00 | **$301,500.00** |
| OUAKNINE, LAURENT<br>11622 AVIATION BLVD APT 431<br>INGLEWOOD, CA 90304 | 87 | $0.00 | $490,000.00 | $0.00 | $0.00 | **$490,000.00** | The Asserted Claim is based on a prepetition agreement and is not entitled to priority. | $0.00 | $0.00 | $0.00 | $490,000.00 | **$490,000.00** |

3