# **EXHIBIT B**

**Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC Liquidation Trust, LLC,[1] | ) | Case No. 18-10601 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DECLARATION OF DEAN A. ZIEHL IN SUPPORT OF
LIQUIDATION TRUSTEE'S FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE)
TO CERTAIN: (A) AMENDED AND SUPERSEDED CLAIMS; (B) DUPLICATE
CLAIMS; (C) NO LIABILITY CLAIMS; AND (D) MISCLASSIFIED CLAIMS**

I, Dean A. Ziehl, hereby declare under penalty of perjury:

1. I am a partner in the law firm of Pachulski Stang Ziehl & Jones LLP and serve as the liquidation trustee of the TWC Liquidation Trust formed pursuant to the *Fifth Amended Joint Chapter 11 Plan of Liquidation* of The Weinstein Company Holdings LLC and its affiliated debtors. I am authorized to make this Declaration in support of the *Liquidation Trustee's First Omnibus Objection (Non-Substantive) to Certain: (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) No Liability Claims; and (D) Misclassified Claims* (the "First Omnibus Objection")[2].

2. I have reviewed the First Omnibus Objection, and I am directly, or through other personnel, agents and attorneys acting on my behalf, familiar with the information contained therein, and in the exhibits and schedules attached thereto. To the best of my knowledge, information and belief, the information contained in the First Omnibus Objection and the exhibits/schedules thereto is true and accurate.

---

[1] The mailing address for TWC Liquidation Trust, LLC is c/o Dean Ziehl, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067.

[2] Capitalized terms not otherwise defined shall have the meanings ascribed to them in the First Omnibus Objection.

1

### A. Amended and Superseded Claims

3. To the best of my knowledge and belief, and based upon the information and records available to me, the claims listed in the column entitled "Amended Claim to be Disallowed" on Schedule 1 to the proposed order to the First Omnibus Objection are claims that have been amended and superseded by a later-filed claim with respect to the same liability, and thus should be disallowed and expunged.

### B. Duplicative Claims

4. To the best of my knowledge and belief, and based on the information and records available to me, the Duplicative Claims listed on Schedule 2 to the proposed order to the First Omnibus Objection replicate, are subsumed within (in whole or in part), or otherwise assert the same alleged liability as other proofs of claim filed by the same claimant. Without limiting the generality of the foregoing, I and/or my advisors have reviewed the underlying claims, the supporting information and documents provided therewith, and the Debtors' Books and Records for information related to such claims. Upon such review, as explained in the supplemental explanation shown in the "Reason for Disallowance" column of Schedule 2 to the proposed order to the First Omnibus Objection, I believe that the Duplicative Claims listed on Schedule 2 should be disallowed and expunged in their entirety.

### C. No Liability Claims

5. To the best of my knowledge and belief, and based on the information and records available to me, the Debtors' estates have no liability with respect to the No Liability Claims listed on Schedule 3 to the proposed order to the First Omnibus Objection. Without limiting the generality of the foregoing, I and/or my advisors have reviewed the underlying claims, the supporting information and documents provided therewith, and the Debtors' Books

and Records for information related to such claims. Upon such review, as explained in the supplemental explanation shown in the "Reason for Disallowance" column of Schedule 3 to the proposed order to the First Omnibus Objection, I believe that the Debtors' estates have no liability with respect to the No Liability Claims. Therefore, the claims listed on Schedule 3 to the proposed order to the First Omnibus Objection should be disallowed and expunged in their entirety.

### D. Misclassified Claims

6. To the best of my knowledge and belief, and based on the information and records available to me, the Misclassified Claims listed on Schedule 4 to the proposed order to the First Omnibus Objection have been asserted in the wrong classification or priority. Without limiting the generality of the foregoing, I and/or my advisors have reviewed the underlying claims, the supporting information and documents provided therewith, and the Debtors' Books and Records for information related to such claims. Upon such review, as explained in the supplemental explanation shown in the "Reason for Reclassification" column of Schedule 4 to the proposed order to the First Omnibus Objection, I believe that the Misclassified Claims have no basis for the priority status asserted in the Misclassified Claims. For this reason, the Misclassified Claims should be reclassified as shown in the "Modified Priority" column of Schedule 4 of the proposed order to the First Omnibus Objection.

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and belief, and based on the information and records available to me.

Dated: April 22, 2022                                                    */s/ Dean A. Ziehl*
                                                                                        Dean A. Ziehl