## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC Liquidation Trust, LLC,[1] | ) | Case No. 18-10601 (MFW) |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

     I, Colin R. Robinson, hereby certify that on the 22nd day of April, 2022, I caused

a copy of the following to be served on the attached service lists in the manner indicated.

**Liquidation Trustee's First Omnibus Objection (Non-Substantive)
to Certain: (A) Amended and Superseded Claims; (B) Duplicate Claims;
(C) No Liability Claims; and (D) Misclassified Claims**

Dated: April 22, 2022          PACHULSKI STANG ZIEHL & JONES LLP

          */s/ Colin R. Robinson*
          Colin R. Robinson (DE Bar No. 5524)
          919 N. Market Street, 17th Floor
          P O Box 8705
          Wilmington, DE 19899 (Courier 19801)
          Tel:  (302) 652-4100
          Fax: (302) 652-4400
          E-mail:  crobinson@pszjlaw.com

          *Attorneys for the Liquidation Trustee*

---

[1] The mailing address for TWC Liquidation Trust, LLC is c/o Dean Ziehl, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067.

**Weinstein Supplemental Service List**
**Claimants 1st Omnibus Claims Objection**
**DE Doc # 239020**
**File No. 92767.001**
**63—FIRST CLASS MAIL**
**03—FOREIGN FIRST CLASS MAIL**

*VIA FIRST CLASS MAIL*
Metal Rabbit Media, LLC
Bryce Tom, Founder
1220 N Market St Ste 808
Wilmington, DE 19801-2595

*VIA FIRST CLASS MAIL*
View Askew Productions Inc.
c/o Polsinelli PC
Attn: Shanti M Katona
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

*VIA FIRST CLASS MAIL*
2929 Productions LLC
c/o Jessica Roddy
11601 Wilshire Blvd, Ste 210
Los Angeles, CA  90025

*VIA FIRST CLASS MAIL*
Jeff Abbott
c/o Diamond McCarthy LLP
Attn: Sheryl Guigliano
295 Madison Ave, 27th Fl
New York, NY  10017

*VIA FIRST CLASS MAIL*
Emily Acker
c/o Industry Entertainment
Attn: Micah Klatzker
955 S Carillo Dr, 3rd Fl
Los Angeles, CA 90048

*VIA FIRST CLASS MAIL*
Alabama Department Of Revenue
50 N. Ripley Street
Montgomery, AL  36104

*VIA FIRST CLASS MAIL*
Arkansas Department of Finance and Admin
Attn: DFA-Revenue Legal Counsel
Michelle Baker, Managing Attorney
P.O. Box 1272
Little Rock, AR  72203

*VIA FIRST CLASS MAIL*
Bauer Martinez Studios
Karen Behr
611 S Fort Harrison Avenue # 369
Clearwater, FL  33756

*VIA FIRST CLASS MAIL*
BBP Gold LLC
c/o Black Bear Pictures
Attn: Michael Heimler
1739 Berkeley Street
Santa Monica, CA  90404

*VIA FIRST CLASS MAIL*
BBP Imitation LLC
c/o Black Bear Pictures
Attn: Michael Heimler
1739 Berkeley Street
Santa Monica, CA 90404

*VIA FIRST CLASS MAIL*
Robert Brown
Keane Eyes Gallery
349 Geary St
San Francisco, CA  94102

*VIA FIRST CLASS MAIL*
The Brull Law Firm
Richard P. Brull
10250 Constellation Blvd., Suite 100
Los Angeles, CA  90067

*VIA FIRST CLASS MAIL*
Heidi Coyne
d/b/a La Styles
205 English Village
Lake Havasu City, AZ  86403

*VIA FIRST CLASS MAIL*
Delaware Secretary of State
Division Of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

*VIA FIRST CLASS MAIL*
Department of the Treasury
P.O. Box 7346
Philadelphia, PA 19101-7346

*VIA FIRST CLASS MAIL*
Di Bonaventura Pictures Inc
c/o Landau Gottfried Berger LLP
Attn: Michael Gottfried
1880 Century Park E
Suite 1101
Los Angeles, CA 90067-1608

*VIA FIRST CLASS MAIL*
Digital Cinema Partners LLC
Michael Dostaler
P.O. Box 725
Bellport, NY  11713

*VIA FIRST CLASS MAIL*
Dynamic '88 Productions Inc/
George Clooney
C/O Landau Gottfried Berger LLP
Attn Michael Gottfried
1880 Century Park E Ste 1101
Los Angeles, CA  90067-1608

*VIA FIRST CLASS MAIL*
Emjag Productions Inc.
C/O Freedman + Taitelman, LLP
Attn: Bryan Freedman; Steven Formaker
1901 Ave of the Stars, Ste 500
Los Angeles, CA  90067

*VIA FIRST CLASS MAIL*
Fade To Black Productions, Inc.
Attn:: Jeffrey S. Sabin, Esq.
Venable LLP

1270 Avenue Of The Americas
New York, NY 10200

*VIA FIRST CLASS MAIL*
Franchise Tax Board
Attn: Bankruptcy Section MS A340
Rebecca Estonilo, FTB Claims Agent
P.O. Box 2952
Sacramento, CA  95812-2952

*VIA FIRST CLASS MAIL*
Frank Miller Inc. and Frank Miller
400 Garden City Plaza
Ste 510
Garden City, NY 11530-3308

*VIA FIRST CLASS MAIL*
Gerrit Kinkel Productions LLC
21559 Iglesia Dr
Woodland Hills, CA  91364

*VIA FIRST CLASS MAIL*
Good Lie Inc / Grant Heslov
c/o Landau Gottfried Berger LLP
Attn: Michael Gottfried
1801 Century Park East Ste 700
Los Angeles, CA  90067

*VIA FIRST CLASS MAIL*
Dana Hanby
312 E 3rd Ave
Covington, LA  70433

*VIA FIRST CLASS MAIL*
Laura J. Henneman
4420 Los Feliz Blvd #206
Los Angeles, CA  90027

*VIA FIRST CLASS MAIL*
Hippodrome Arts Centre
Anna R. Scott, President
P.O. Box 22
215 Cedar St
Julesburg, CO  80737

*VIA FIRST CLASS MAIL*
ICM Partners
Richard Levy, Partner & General Counsel
10250 Constellation Blvd, Ste 32-50
Los Angeles, CA  90067

*VIA FIRST CLASS MAIL*
IL Dept of Revenue Bankruptcy Section
Mary Albert
P.O. Box 19035
Springfield, IL  62794

*VIA FIRST CLASS MAIL*
Imagination Worldwide, LLC
c/o Richard G. Grant, Esq.
Culhane Meadows, PLLC
100 Crescent Court, Suite 700
Dallas, TX  75201

*VIA FIRST CLASS MAIL*
Independent Marketing Edge
Dan Klusman, Owner
638 S Ferguson Ave, Ste 3
Bozeman, MT  59718-6405

*VIA FIRST CLASS MAIL*
Inventure Studios Inc.
Chris Page, CEO
11320 Magnolia Blvd
North Hollywood, CA  91601

*VIA FIRST CLASS MAIL*
JPC Enterprises, Inc.
c/o Landau Gottfried Berger LLP
Attn: Roye Zur
1801 Century Park East
Suite 700
Los Angeles, CA  90067

*VIA FIRST CLASS MAIL*
Kentucky Dept of Revenue
501 High Street
Frankfort, KY  40601

*VIA FIRST CLASS MAIL*
LA County Treasurer And Tax Collector

Attn: Oscar Estrada
P.O. Box 54110
Los Angeles, CA  90054-0110

*VIA FIRST CLASS MAIL*
Brennan McLean
1724 E Jordan St
Pensacola, FL  32503-5453

*VIA FIRST CLASS MAIL*
Julia McLean
910 Maltman Ave
Los Angeles, CA 90026

*VIA FIRST CLASS MAIL*
Minnesota Dept Of Revenue
Attn: Collection Division
Sara Westly
P.O. Box 64447 - Bky
St Paul, MN  55164-0447

*VIA FIRST CLASS MAIL*
Mississippi Department Of Revenue
Bankruptcy Section
Nikeshia Agee, Bankruptcy Administrator
P.O. Box 22808
Jackson, MS  39225

*VIA FIRST CLASS MAIL*
New York State Department of Labor
Attn: Cory Shimkus
State Office Campus, Building #12
Room #256
Albany, NY 12240

*VIA FIRST CLASS MAIL*
Jennifer Siebel Newsom
7640 Tobia Way
Fair Oaks, CA  95628

*VIA FIRST CLASS MAIL*
NH Department of Revenue Administration
Derek E. Kline
P.O. Box 454
Concord, NH  03302-0454

*VIA FIRST CLASS MAIL*
NM Taxation & Revenue Department
Lisa Eln, Tax Examiner
P.O. Box 8575
Albuquerque, NM  87198-8575

*VIA FIRST CLASS MAIL*
NYC Department of Finance
Tax Audit & Enforcement Division
Attn: Bankruptcy Section
345 Adams St, 10th Floor
Brooklyn, NY  11201

*VIA FIRST CLASS MAIL*
Orca Theaters Inc.
Kris Phillips, President
P.O. Box 23
Payson, UT  84651

*VIA FIRST CLASS MAIL*
Oregon Department of Revenue
Attn: Richard Hennessey
955 Center St NE
Salem, OR  97301-2555

*VIA FIRST CLASS MAIL*
Laurent Ouaknine
23917 Pasatiempo Ln
Harbor City, CA  90710-1424

*VIA FIRST CLASS MAIL*
Laurent Ouaknine
11622 Aviation Blvd
Apt 431
Inglewood, CA  90304

*VIA FIRST CLASS MAIL*
Outerbanks Entertainment/K. Williamson
Attn: Jeffrey S. Sabin
Venable LLP
1270 Avenue of the Americas
New York, NY  10020

*VIA FIRST CLASS MAIL*
Pennsylvania Department of Revenue

Bankruptcy Division
Nicole Amoisch, Chief
P.O. Box 280946
Harrisburg, PA  17128-0946

*VIA FIRST CLASS MAIL*
John Riley
1821 Boaz Ave
Saint Louis, MO  63122-3412

*VIA FIRST CLASS MAIL*
Showtime Networks Inc
c/o Glickfield Fields & Jacobson LLP
Attn: Lawrence M Jacobson
8383 Wilshire Blvd Ste 408
Beverly Hills, CA  90211-2435

*VIA FIRST CLASS MAIL*
State of Hawaii
Dept. of Tax
Attn: Bankruptcy Unit
Janessa Bonifacio (el)
P.O. Box 259
Honolulu, HI 96809

*VIA FIRST CLASS MAIL*
State of New Jersey, Division
of  Taxation
Attn: Bankruptcy
Erica Hamlin, Investigator
P.O. Box 245
Trenton, NJ  08695

*VIA FIRST CLASS MAIL*
Tennessee Department of Revenue
C/O Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

*VIA FIRST CLASS MAIL*
Texas Comptroller of Public Accounts
Office Of Attorney General
Bankruptcy & Collections Division
Lydia Ann Hewett, Accounts Examiner

P.O. Box 12548, Mc-008
Austin, TX 78711

***VIA FIRST CLASS MAIL***
The Ohio Department Of Taxation
30 E Broad St
Columbus, Oh  43215-3414

***VIA FIRST CLASS MAIL***
Wanda Pictures (Hong Kong) Co., Ltd
Ruben Igielko-Herrlich
11264 Playa Court
Culver City, Ca  90230

***VIA FIRST CLASS MAIL***
Wild Bunch S.A.
C/O Pillsbury Winthrop Shaw
Attn: Kathy A Jorrie
725 S Figueroa Street, Ste 2800
Los Angeles, CA  90067

***VIA FIRST CLASS MAIL***
Willie Lump Lump Enterprises Inc., Bill
Murray
c/o Ziffren Brittenham LLP
Attn: David Nochimson, Esq.
1801 Centry Park West
Los Angeles, CA  90067

***VIA FIRST CLASS MAIL***
Joshua Wilmott
2161 Stanley Hills Drive
Los Angeles, CA  90046

***VIA FIRST CLASS MAIL***
Department of the Treasury – IRS
L. Jiggetts, Bankruptcy Specialist

31 Hopkins Plaza, Rm 1150
Baltimore, MD 21201

***VIA FIRST CLASS MAIL***
Tennessee Department of Revenue
Deborah Mcalister, Account Tech I
500 Deadrick Street
 Nashville, TN 37242-9718

***VIA FIRST CLASS MAIL***
 The Ohio Department Of Taxation
 Rebecca L. Daum
 PO Box 530
 Columbus, OH 43216

***VIA FOREIGN FIRST CLASS MAIL***
Ambassador
97 Rue Edouard Vaillant
Levallois
92300
France

***VIA FOREIGN FIRST CLASS MAIL***
Automatic Data Processing Limited
c/o  ADP - Automatic Data Processing
Syward Place
40-48 Pyrcroft Rd,
Chertsey
KT16 9JT
United Kingdom

***VIA FOREIGN FIRST CLASS MAIL***
Centaures
97 Rue Edouard Vaillant
Levallois
92300
France

The Weinstein Company
2002 Expedited List
Case No. 18-10601 (MFW)
Document No. 218703.2
06 – First Class Mail
216 – Electronic Mail

*(Counsel to Official Committee of
Unsecured Creditors)*
Bradford J. Sandler, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
**Email:  bsandler@pszjlaw.com;
crobinson@pszjlaw.com**

***FIRST CLASS MAIL***
Jay W. Hurst, Assistant Attorney General
Comptroller of Public Accounts of the State
of Texas
Bankruptcy & Collections Division MC 008
PO Box 12548
Austin, TX  78711-2548

***FIRST CLASS MAIL***
American Express Travel Related Services
Co., Inc.
c/o Becket & Lee LLP
16 General Warren Blvd,
Malvern, PA  19355-0701

***FIRST CLASS MAIL***
The People Of The State Of New York
The Capitol
Albany, NY  12224-0341

***FIRST CLASS MAIL***
State Of California Attorney General
Attn: Xavier Becerra
1300 I Street, Ste 1740
Sacramento, CA  95814

***FIRST CLASS MAIL***
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

***FIRST CLASS MAIL***
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101

***ELECTRONIC MAIL***
*(Counsel to Daimler Trust)*
Janet Z. Carlton, Esquire
Chase N. Miller, Esquire
McCabe, Weisberg & Conway, LLC
Foulkstone Plaza, Suite 204
1407 Foulk Road
Wilmington, DE  19803
**Email:  jcharlton@mwc-law.com;
cmiller@mwc-law.com**

***ELECTRONIC MAIL***
*(Counsel to Official Committee of
Unsecured Creditors)*
James I. Stang, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
**Email:  jstang@pszjlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Official Committee of
Unsecured Creditors)*
Debra I. Grassgreen, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA  94111
**Email:  dgrassgreen@pszjlaw.com**

*ELECTRONIC MAIL*
*(Counsel to Official Committee of
Unsecured Creditors)*
Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017
**Email: rfeinstein@pszjlaw.com**

*ELECTRONIC MAIL*
*(Counsel to the Counterparties)*
Keith C. Owens, Esq.
Venable
2049 Century Park E, Suite 2300
Los Angeles, CA 90067
**Email: kcowens@venable.com**

*ELECTRONIC MAIL*
*(United States Trustee)*
Hannah M. McCollum, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
**Email: hannah.mccollum@usdoj.gov**

*ELECTRONIC MAIL*
*(State Attorney General)*
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE 19801
**Email: attorney.general@delaware.gov**

*ELECTRONIC MAIL*
Christina Rojas, Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE 19801
**Email: fasnotify@delaware.gov**

*ELECTRONIC MAIL*
*(United States Attorney)*
David C. Weiss
United States Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street
Wilmington, DE 19801
**Email: usade.ecfbankruptcy@usdoj.gov**

*ELECTRONIC MAIL*
*(United States Attorney General)*
Eric H. Holder, Jr., Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC 20530-0001
**Email: askdoj@usdoj.gov**

*ELECTRONIC MAIL*
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
PO Box 898
401 Federal Street (Zip 19901)
Dover, DE 19903
**Email: DOSDOC_ftax@delaware.gov**

*ELECTRONIC MAIL*
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904
**Email: statetreasurer@state.de.us**

*ELECTRONIC MAIL*
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20554
**Email: SECBankruptcy-OGC-
ADO@SEC.GOV;
secbankruptcy@sec.gov**

***ELECTRONIC MAIL***
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103
**Email: philadelphia@sec.gov**

***ELECTRONIC MAIL***
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY 10281
**Email: bankruptcynoticeschr@sec.gov;**
**NYROBankruptcy@SEC.GOV**

***ELECTRONIC MAIL***
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005
**Email: efile@pbgc.gov**

***ELECTRONIC MAIL***
*(Co-Counsel for the Debtors)*
Mark D. Collins, Esquire
Paul N, Heath, Esquire
Zachary I. Shapiro, Esquire
Brett M. Haywood, Esquire
David T. Queroli, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
**Email: collins@rlf.com; heath@rlf.com;**
**shapiro@rlf.com; haywood@rlf.com;**
**queroli@rlf.com**

***ELECTRONIC MAIL***
*(Counsel to the Debtors)*
Paul Zumbro, Esquire
George E. Zobitz, Esquire
Karin A. DeMasi, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
**Email: pzumbro@cravath.com;**
**jzobitz@cravath.com;**
**kdemasi@cravath.com**

***ELECTRONIC MAIL***
*(Counsel to Directors Guild of America,*
*Inc., Etc)*
Joseph A. Kohanski, Esquire
David E. Ahdoot, Esquire
Kirk Prestergard, Esquire
Kiel Ireland, Esquire
Bush Gottlieb
801 North Brand Boulevard, Suite 950
Glendale, CA 91203
**Email: jkohanski@bushgottlieb.com;**
**dahdoot@bushgottlieb.com;**
**kprestegard@bushgottlieb.com;**
**kireland@bushgottlieb.com**

***ELECTRONIC MAIL***
*(Counsel to Directors Guild of America,*
*Inc., Etc)*
Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 N. Market Street, Suite 460
Wilmington, DE 19801
**Email: skaufman@skaufmanlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Spyglass Media Group (f/k/a Lantern Entertainment LLC))*
David B. Stratton, Esquire
David M. Fournier, Esquire
Evelyn J. Meltzer, Esquire
TROUTMAN PEPPER
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
**Email: david.stratton@troutman.com;**
**david.fournier@troutman.com;**
**evelyn.meltzer@troutman.com**

***ELECTRONIC MAIL***
*(Counsel to Spyglass Media Group (f/k/a Lantern Entertainment LLC))*
Stephen B. Kuhn, Esquire
Meredith A. Lahaie, Esquire
Michael S. Stamer, Esquire
Naomi Moss, Esquire
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
Bank Of America Tower
New York, NY 10036
**Email: mstamer@akingump.com;**
**skuhn@akingump.com;**
**mlahaie@akingump.com;**
**nmoss@akingump.com**

***ELECTRONIC MAIL***
*(Counsel to Viacom International Inc.)*
Derek C. Abbott, Esquire
Daniel B. Blutz, Esquire
Matthew B. Harvey, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16Th Floor
Wilmington, DE 19899
**Email: dabbott@mnat.com;**
**dbutz@mnat.com; mharvey@mnat.com**

***ELECTRONIC MAIL***
*(Counsel to Viacom International Inc.)*
Michael Luskin, Esquire
Richard Stern, Esquire
Stephan Hornung, Esquire
Luskin, Stern & Eisler LLP
50 Main Street
White Plains, NY 10606
**Email: luskin@lsellp.com;**
**stern@lsellp.com; hornung@lsellp.com**

***ELECTRONIC MAIL***
*(Counsel to East West Bank)*
David F. Staber, Esquire
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
**Email: dstaber@akingump.com**

***ELECTRONIC MAIL***
*(Counsel to MUFG Union Bank, N.A.)*
J. Cory Falgowski, Esquire
Burr & Forman LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
**Email: jfalgowski@burr.com**

***ELECTRONIC MAIL***
*(Counsel to MUFG Union Bank, N.A.)*
Jennifer C. Hagle, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
**Email: jhagle@sidley.com;**

***ELECTRONIC MAIL***
*(Counsel to MUFG Union Bank, N.A.)*
Robert S. Brady, Esquire
Sean M. Beach, Esquire
Elizabeth S. Justison, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
**Email: rbrady@ycst.com;**
**sbeach@ycst.com; ejustison@ycst.com**

*ELECTRONIC MAIL*
*(Counsel to AI International Holdings*
*(BVU) Ltd.)*
*(Counsel to AI International Holdings*
*(BVU) Ltd.)*
Gregory T. Donilon, Esquire
Montgomery McCracken Walker & Rhoads
LLP
1105 N Market Street, 15th floor
Wilmington, DE  19801
**Email:  gdonilon@mmwr.com**

*ELECTRONIC MAIL*
*(Counsel to AI International Holdings*
*(BVU) Ltd.)*
Susheel Kirpalani, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
**Email:**
**susheelkirpalani@quinnemanuel.com**

*ELECTRONIC MAIL*
*(Counsel to AI International Holdings*
*(BVU) Ltd.)*
Bennett Murphy, Esquire
Quinn Emanuel Urqhuart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
**Email:**
**bennettmurphy@quinnemanuel.com**

*ELECTRONIC MAIL*
*(Counsel to Cinedigm)*
James S. Carr, Esquire
Kristen S. Elliot, Esquire
Kelly Drye & Warren LLP
101 Park Avenue
New York, NY  10178
**Email:  kelliott@kelleydrye.com;**
**kdwbankruptcydepartment@kelleydrye.c**
**om**

*ELECTRONIC MAIL*
*(Counsel to BRB Internacional S.A. & Apolo*
*Films Sl)*
Aaron R. Cahn, Esquire
John Michael Griem, Jr., Esquire
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY  10005-2072
**Email:  cahn@clm.com;**
**griem@clm.com**

*ELECTRONIC MAIL*
*(Counsel to Creative Artists Agency, Warner*
*Bros., Kanbar, Hoodwinked, Annapurna*
*Pictures, Wanda Pictures, 22nd and Indiana*
*Inc. & Bradley Cooper)*
Christopher P. Simon, Esquire
Kevin S. Mann, Esquire
Cross & Simon, LLC
1105 N Market Street, 9th Floor
Wilmington, DE  19801
**Email:  csimon@crosslaw.com;**
**kmann@crosslaw.com**

*ELECTRONIC MAIL*
*(Counsel to Creative Artists Agency, Warner*
*Bros., Kanbar, Hoodwinked, Annapurna*
*Pictures, Wanda Pictures, 22nd and Indiana*
*Inc. & Bradley Cooper)*
John P. Reitman, Esquire
Jon L.R. Dalberg, Esquire
Peter J. Gurfein, Esquire
Landau Law LLP
2338 Manning Avenue
Los Angeles, CA  90064
**Email:  jreitman@landaufirm.com;**
**jdalberg@landaufirm.com;**
**pgurfein@landaufirm.com**

***ELECTRONIC MAIL***
*(Counsel to A+E Television Networks, LLC)*
Andrew R. Remming, Esquire
Matthew O. Talmo, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
PO Box 1347
Wilmington, DE  19899-1347
**Email:  aremming@mnat.com;**
**mtalmo@mnat.com**

***ELECTRONIC MAIL***
*(Counsel to A+E Television Networks, LLC)*
David L. Yohai, Esquire
David N. Griffiths, Esquire
Theodore E. Tsekrides, Esquire
Weil, Gothsal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119
**Email:  david.yohai@weil.com;**
**david.griffiths@weil.com;**
**theodore.tsekerides@weil.com**

***ELECTRONIC MAIL***
*(Counsel to Sartraco, Inc.)*
Geoffrey G. Grivner, Esquire
BUCHANAN INGERSOLL & ROONEY
PC
500 Delaware Avenue
Suite 720
Wilmington, DE  19801-7407
**Email: Geoffrey.grivner@bipc.com**

***ELECTRONIC MAIL***
*(Counsel to Sartraco, Inc.)*
Mark Pfeiffer, Esquire
BUCHANAN INGERSOLL & ROONEY
PC
50 S. 16th Street, Suite 200
Philadelphia, PA  19102
**Email: mark.pfeiffer@bipc.com**

***ELECTRONIC MAIL***
*(Counsel to Sartraco, Inc.)*
Justin Leto, Esquire
Larry Bassuk, Esquire
Leto Bassuk
200 SE 1st Street, Suite 703
Miami, FL  33131
**Email:  jleto@letobassuk.com;**
**lbassuk@letobassuk.com**

***ELECTRONIC MAIL***
*(Counsel to Philadelphia Media Network)*
James W. Adelman, Esquire
Morris & Adelman, P.C.
201 N. Presidential Boulevard, Suite 100
PO Box 2235
Bala Cynwyd, PA  19004-6235
**Email:  mail@morrisadelman.com**

***ELECTRONIC MAIL***
*(Counsel to BOA, N.A. & First Republic*
*Bank and Black Bear Pictures)*
Attn:Andrew V. Tenzer, Esquire
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
**Email:  andrewtenzer@paulhastings.com**

***ELECTRONIC MAIL***
*(Counsel to BOA, N.A. & First Republic*
*Bank and Black Bear Pictures)*
Susan Williams, Esquire
Paul Sagan, Esquire
Paul Hastings LLP
1999 Avenue Of The Stars
Los Angeles, CA  90067
**Email:**
**susanwilliams@paulhastings.com;**
**paulsagan@paulhastings.com**

***ELECTRONIC MAIL***
(Counsel to Black Bear Pictures)
Michael W. Yurkewicz
KLEHR HARRISON HARVEY
BRANZBURG LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Email:  **myurkewicz@klehr.com**

***ELECTRONIC MAIL***
*(Counsel to BOA, N.A. & First Republic*
*Bank, J.C. Penney Corporation)*
William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Don A. Beskrone, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8Th Floor
PO Box 1150
Wilmington, DE  19899-1150
**Email:  wbowden@ashbygeddes.com;**
**gtaylor@ashbygeddes.com;**
**dbeskrone@ashbygeddes.com**

***ELECTRONIC MAIL***
*(Counsel to Technicolor)*
Rachel B. Mersky, Esquire
Monzack Mersky Mclaughlin And Browder,
P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
**Email:  rmersky@monlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Hotel Mumbai Ltd. and Related*
*Affiliates)*
Michael Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE  19801
**Email: mbusenkell@gsbblaw.com**

***ELECTRONIC MAIL***
*(Counsel to Speedee Distribution, LLC)*
Victoria A. Guilfoyle, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE  19801
**Email: Guilfoyle@BlankRome.com**

***ELECTRONIC MAIL***
(Counsel to Wind River Productions, LLC,
Acacia Filmed Entertainment, LLC, and
Bank Hapoalim)
Matthew P. Ward, Esquire
Morgan L. Patterson, Esquire
Womble Bond Dickinson (US) LLP
1313 N Market Street
Wilmington, DE  19801
**Email: matthew.ward@wbd-us.com;**
**morgan.patterson@wbd-us.com**

***ELECTRONIC MAIL***
*(Counsel to Lions Gate Entertainment Corp.*
*and Anchor Bay Entertainment LLC)*
Mark Minuti, Esq.
SAUL EWING ARNSTEIN LEHR LLP
1201 North Market Street, Suite 2300
Wilmington, DE  19801
**Email: mark.minuti@saul.com**

***ELECTRONIC MAIL***
*(Counsel to Hotel Mumbai Ltd. and Related*
*Affiliates)*
Susan K. Seflin, Esquire
Jessica L. Bagdanov, Esquire
Brutzkus Gubner
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
**Email: sseflin@bg.law;**
**jbagdanov@bg.law**

**ELECTRONIC MAIL**
*(Counsel to Speedee Distribution, LLC)*
Rick Antonoff, Esquire
Blank Rome LLP
1271 Avenue of the Americas
New York, NY  10020
**Email: RAntonoff@BlankRome.com**

**ELECTRONIC MAIL**
*(Counsel for Turner Entertainment Networks, Inc.)*
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216-1008
**Email: tscobb@vorys.com**

**ELECTRONIC MAIL**
*(Counsel to Lions Gate Entertainment Corp. and Anchor Bay Entertainment LLC)*
Marie Siena, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
**Email: marie.siena@kattenlaw.com**

**ELECTRONIC MAIL**
*(Counsel to Bank Hapoalim B.M.)*
Stephen B. Selbst
Andrew C. Gold
Herrick, Feinstein LLP
2 Park Avenue
New York, NY  10016
**Email: sselbst@herrick.com;
agold@herrick.com**

**ELECTRONIC MAIL**
*(Counsel for Alfred Siegel, Chapter 7 Trustee for Genius Products, LLC, OWN and the Tarantino Parties)*
James P. Menton, Jr., Esquire
Robins Kaplan LLP
2049 Century Park E, Suite 3400
Los Angeles, CA  90067
**Email:  jmenton@robinskaplan.com;**

**ELECTRONIC MAIL**
*(Counsel to Content Partners)*
William E. Chipman, Jr., Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza, Suite 5400
1313 N. Market Street
Wilmington, DE  19801-6101
**Email: chipman@chipmanbrown.com**

**ELECTRONIC MAIL**
*(Counsel to Content Partners)*
Debra A. Riley, Esquire
Allen Matkins Leck Gamble Mallory & Natsis LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, CA  92101-0903
**Email: driley@allenmatkins.com**

**ELECTRONIC MAIL**
*(Counsel for The Walt Disney Company and all of their affiliates)*
Jeremy W. Ryan, Esquire
D. Ryan Slaugh, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, Sixth Floor
Wilmington, DE  19801
**Email: jryan@potteranderson.com;
rslaugh@potteranderson.com**

**ELECTRONIC MAIL**
*(Counsel to Harvey Weinstein*)
Julia Klein, Esquire
Klein, LLC
919 N. Market Street, Suite 600
Wilmington, DE  19801
**Email: klein@kleinllc.com**

***ELECTRONIC MAIL***
*(Attorneys for Fremantle Media Limited)*
Mark Minuti, EsqUIRE
Saul Ewing Arnstein & Lehr LLP
1201 North Market Street, Suite 2300
PO Box 1266
Wilmington, DE  19899
**Email: mark.minuti@saul.com**

***ELECTRONIC MAIL***
*(Counsel to Netflix)*
Law Office of Curtis A. Hehn
1007 N. Orange Street, 4th Floor
Wilmington, DE  19801
**Email: curtishehn@comcast.net**

***FIRST CLASS MAIL***
*(Counsel to 180 Varick LLC)*
Charles E. Boulbol, Esquire
Charles E. Boulbol, P.C.
26 Broadway, 17th Floor
New York, NY  10004
**Email: rtrack@msn.com**

***ELECTRONIC MAIL***
(Creditor and Party in Interest)
Wayne M. Smith, Esquire
Warner Bros. Entertainment Inc.
4000 Warner Boulevard
Building 156 So., Room 5120
Burbank, CA  91522
**Email: wayne.smith@warnerbros.com**

***ELECTRONIC MAIL***
*(Counsel for Digital Cinema Implementation Partners, LLC)*
Karl E. Block
Vadim J. Rubinstein
Dylan J. Smith
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA  90067
**Email: kblock@loeb.com,
vrubinstein@loeb.com**

***ELECTRONIC MAIL***
*(Counsel for Digital Cinema Implementation Partners, LLC)*
Michael Politi
Digital Cinema Implementation Partners, LLC
100 Enterprise Drive, Suite 505
Rockaway, NJ  07866-2140
**Email: mike@dcip.com**

***ELECTRONIC MAIL***
*(Counsel for The Walt Disney Company and all of their affiliates)*
Andrew Goldman, Esq.
Wilmer Cutler Pickering Hale And Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
**Email:
andrew.goldman@wilmerhale.com**

***ELECTRONIC MAIL***
*(Counsel for The Walt Disney Company and all of their affiliates)*
Christopher Hampson, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
**Email: chris.hampson@wilmerhale.com**

***ELECTRONIC MAIL***
*(Counsel for theUMG Entities and the Shady Records Entities)*
Ellen Friedman, Esquire
Friedman & Springwater LLP
350 Sansome Street, Suite 21
San Francisco, CA  94194
**Email:  efriedman@friedmanspring.com**

***ELECTRONIC MAIL***
*(Attorneys for Interested Parties Studiocanal*
*S.A.S, Wild Bunch S.A., and Gaumont S.A)*
Kathy A. Jorrie, Esquire
David Minnick, Esquire
Jeffrey Wexler, Esquire
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
**Email: kathy.jorrie@pillsburylaw.com;**
**dminnick@pillsburylaw.com;**
**jeffrey.wexler@pillsburylaw.com**

**ELECTRONIC MAIL**
*(Counsel to Netflix)*
Thomas E. Patterson, Esquire
Julian I. Gurule, Esquire
Klee, Tuchin, Bogdanoff & Stern LLP
1801 Century Park East, 26th Floor
Los Angeles, CA  90067
**Email: tpatterson@ktbslaw.com;**
**jgurule@ktbslaw.com**

***ELECTRONIC MAIL***
*(Counsel to Timur Bekmambetov, Bazelevs*
*U.S., Inc., Tengri, Inc., Mirsand Limited,*
*Leonard DiCaprio,Birkin Productions, Inc.,*
*Jennifer Lawrence, Floffin, Inc., Company*
*Men Productions, Inc., Jennifer Aniston and*
*Two Eleven Productions)*
Jennifer R. Hoover, Esquire
Kevin M. Capuzzi, Esquire
Benesch, Friedlander, Coplan & Aronoff
LLP
222 Delaware Avenue, Suite 801
Wilmington, DE  19801
**Email: jhoover@beneschlaw.com;**
**kcapuzzi@beneschlaw.com**

***ELECTRONIC MAIL***
*(Counsel for OWN, LLC and Tarantino*
*Parties)*
Matthew G. Summers, Esquire
Laurel D. Roglen, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801
**Email: summersm@ballardspahr.com;**
**roglenl@ballardspahr.com**

***ELECTRONIC MAIL***
*(Counsel for OWN, LLC)*
Michael T. Delaney
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH  44114
**Email: mdelaney@bakerlaw.com**

***ELECTRONIC MAIL***
*(Counsel to the Pippin Owners and the In*
*the Heights Owners)*
David M. Klauder, Esquire
Bielli & Klauder LLC
1204 N. King Street
Wilmington, DE  19801
**Email: dklauder@bk-legal.com**

***ELECTRONIC MAIL***
(Counsel to the People of the State of New
York)
Enid Nagler Stuart, Esquire
Assistant Attorneys General
New York State Office of the Attorney
General
28 Liberty Street
New York, NY  10005
**Email:  enid.stuart@ag.ny.gov;**
***ELECTRONIC MAIL***
TN Dept of Revenue
Attn: Laura McCloud
c/oTN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207
**Email:  AGBankDelaware@ag.tn.gov**

*ELECTRONIC MAIL*
*(Counsel to Timur Bekmambetov, Bazelevs U.S., Inc., Tengri, Inc., Mirsand Limited, Leonard DiCaprio,Birkin Productions, Inc., Jennifer Lawrence, Floffin, Inc., Company Men Productions, Inc., Jennifer Aniston and Two Eleven Productions)*
Thomas M. Geher, Esquire
David M. Poitras, Esquire
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-4308
**Email: tgeher@jmbm.com;
dmp@jmbm.com**

*ELECTRONIC MAIL*
*(Counsel to the Pippin Owners and the In the Heights Owners)*
P. Bradley O'Neil, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
**Email: boneill@kramerlevin.com**

*ELECTRONIC MAIL*
*(Counsel to IP Management, Inc. and IPW, LLC and Lesia Anson)*
Marc Toberoff
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA  90265
**Email:
mtoberoff@toberoffandassociates.com**

*ELECTRONIC MAIL*
*(Counsel to Creditor Seyfarth Shaw LLP)*
William E. Chipman, Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza, Suite 540
1315 N. Market Street
Wilmington, DE  19801
**Email:
CHIPMAN@CHIPMANBROWN.COM**

*ELECTRONIC MAIL*
*(Counsel to Unionbancal Equities, Inc.)*
Robert S. Brady, Esquire
Sean M. Beach, Esquire
Elizabeth S. Justison, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE  19801
**Email:  RBRADY@YCST.COM;
SBEACH@YCST.COM;
EJUSTISON@YCST.COM**

*ELECTRONIC MAIL*
*(Counsel to Snoogans Inc. And View Askew Productions Inc.)*
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801
**Email:  skatona@polsinelli.com**

*ELECTRONIC MAIL*
*(Counsel to Lesia Anson)*
Michael Busenkell, Esquire
Amy Brown, Esquire
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE  19801
**Email:  mbusenkell@gsbblaw.com;
abrown@gsbblaw.com**

*ELECTRONIC MAIL*
*(Counsel to Nu Image, Inc.)*
Matthew P. Ward, Esquire
Ericka F. Johnson, Esquire
Morgan L. Patterson, Esquire
Womble Bond Dickinson (US) LLP
200 Delaware Avenue, Suite 1501
Wilmington, DE  19801
**Email:  matthew.ward@wbd-us.com;
ericka.johnson@wbd-us.com;
morgan.patterson@wbd-us.com**

**ELECTRONIC MAIL**
*(Counsel to Safety Facility Services)*
Anthony F. Giuliano, Esquire
Pryor & Mandelup, LLP
675 Old Country Road
Westbury, NY  11590
**Email:  afg@pryormandelup.com**

**ELECTRONIC MAIL**
*(Counsel to Inclusion Media, LLC)*
Garvan F. McDaniel, Esquire
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE  19806
**Email:  gfmcdaniel@dkhogan.com**

**ELECTRONIC MAIL**
*(Counsel to Inclusion Media, LLC)*
Shemmy Mishaan, Esquire
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY  10019
**Email:  amishaan@kasowitz.com**

**ELECTRONIC MAIL**
*(Creditor)*
Edward M. Fox
Seyfarth Shaw LLP
620 8th Avenue
New York, NY  10018
**Email:  EMFOX@SEYFARTH.COM**

**ELECTRONIC MAIL**
*(Counsel to Optimum Releasing Ltd)*
Kathy A. Jorrie, Esquire
David Minnick, Esquire
Jeffrey Wexler, Esquire
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
**Email:  kathy.jorrie@pillsburylaw.com;
dminnick@pillsburylaw.com;
jeffrey.wexler@pillsburylaw.com**

**ELECTRONIC MAIL**
*(Counsel to Jeff Abbott)*
Sheryl P. Giugliano, Esquire
Diamond McCarthy LLP
295 Madison Avenue
27th Floor
New York, NY 10017
**Email:
sgiugliano@diamondmccarthy.com**

**ELECTRONIC MAIL**
*(Counsel to UnionBancal Equities, Inc.)*
William B. Freeman, Esquire
Jerry L. Hall, Esquire
Katten Muchin Rosenman LLP
515 S. Flower Street, Suite 1000
Los Angeles, CA  90071-2212
**Email:  bill.freeman@katten.com;
jerry.hall@katten.com**

**ELECTRONIC MAIL**
*(Counsel to Daimler Trust)*
Attn: Ed Gezel, Agent
BK Servicing, LLC
PO Box 131265
Saint Paul, MN  55113-0011
**Email:  notices@bkservicing.com**

**ELECTRONIC MAIL**
*(Counsel to the McClatchy Company, at al.)*
Paul J. Pascuzzi, Esquire
Felderstein Fitzgerald Willoughby &
Pascuzzi LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
**Email:  ppascuzzi@ffwplaw.com**

**ELECTRONIC MAIL**
*(Creditor)*
Joseph Corrigan
Iron Mountain Information Management,
LLC
One Federal Street
Boston, MA  02110
**Email:  Bankruptcy2@ironmountain.com**

***ELECTRONIC MAIL***
*(Counsel to Nu Image, Inc.)*
Carrie V. Hardman, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166
**Email:  chardman@winston.com**

***ELECTRONIC MAIL***
*(Counsel to S.Carter Enterprizes LLC &*
*Shawn C. Carter a/k/a Jay Z)*
James F. Harker, Esq.
Cohen, Seglias, Pallas, Greenhall & Furman,
PC
1007 N. Orange St, Ste 1130
Wilmington, DE  19801
**Email:  jharker@cohenseglias.com**

***ELECTRONIC MAIL***
*(Counsel to Jackpot Productions Limited*
*f/s/o J.Whitehall & J.Graham)*
Dennis A. Meloro, Esq.
Greenberg Traurig LLP
The Nemours Bldg.
1007 N. Orange St, Ste. 1200
Wilmington, DE  19801
**Email:  melorod@gtlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Sony Pictures Entertainment*
*Inc., Et Al.)*
Deirdre M. Richards, Esq.
Fineman Krekstein & Harris PC
1300 N. King Street
Wilmington, DE  19801
**Email:  drichards@finemanlawfirm.com**

***ELECTRONIC MAIL***
*(Counsel to Spyglass Media Group (f/k/a*
*Lantern Entertainment LLC))*
R. Craig Martin
DLA Piper LLP (US)
1201 N. Market Street, Suite 2100
Wilmington, DE  19801
**Email:  craig.martin@dlapiper.com**

***ELECTRONIC MAIL***
*(Counsel to Paul Tudor Jones)*
Joseph H. Huston, Jr. & Evan B. Coren
Stevens & Lee, P.C.
919 N. Market Street, 13th Floor
Wilmington, DE  19801
**Email:  jhh@stevenslee.com;**
**ebc@stevenslee.com**

***ELECTRONIC MAIL***
*(Counsel to Toyota Motor Sales, USA, Inc.*
*&Toyota Motor Corporation and BBC*
*Worldwide Limited)*
Eric J. Monzo, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
**Email:  emonzo@morrisjames.com**

***ELECTRONIC MAIL***
*(Counsel to L.Geiss, K.Kendall, Z.Brock,*
*S.A.Thomas, M.Sagemiller & N.Klatt)*
Jeffrey R. Waxman, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
Email:  jwaxman@morrisjames.com

***ELECTRONIC MAIL***
*(Counsel to See-Saw Films Pty. Ltd.)*
Michael Weiss
Weiss & Spees, LLP
8581 Santa Monica Blvd, #4
West Hollywood, CA  90069
**Email:  lm@weissandspees.com;**
**mw@weissandspees.com**

***ELECTRONIC MAIL***
*(Counsel to Jackpot Productions Limited*
*f/s/o J.Whitehall & J.Graham)*
Ryan A. Wagner
Greenberg Traurig, LLP
Metlife Bldg.
200 Park Avenue
New York, NY  10166
**Email:  wagnerr@gtlaw.com**

*ELECTRONIC MAIL*
*(Counsel to BMG)*
Jeffrey W. Levitan, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY  10036
**email:  jlevitan@proskauer.com**

*ELECTRONIC MAIL*
*(Counsel to Snoogans Inc. and View Askew Productions Inc.)*
Karen Park, Esq.
Parklaw LLC
200 Park Avenue, 17th Floor
New York, NY  10166
**Email:  karen@parklawllc.com**

*ELECTRONIC MAIL*
*(Counsel to Spyglass Media Group (f/k/a Lantern Entertainment LLC))*
Rachel Elrich Albanese, Esq.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY  10020
**Email:  rachel.albanese@dlapiper.com**

*ELECTRONIC MAIL*
*(Counsel to Spyglass Media Group (f/k/a Lantern Entertainment LLC))*
Rachel Nanes, Esq.
DLA Piper LLP (US)
200 South Biscayne Blvd., Suite 2500
Miami, FL  33131
**Email:  rachel.nanes@dlapiper.com**

*ELECTRONIC MAIL*
*(Counsel to Paul Tudor Jones)*
Daniel A. Lowenthal & James V. Masella, III
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Email:  dalowenthal@pbwt.com;
**jmasella@pbwt.com**

*ELECTRONIC MAIL*
*(Counsel to L.Geiss, K.Kendall, Z.Brock, S.A.Thomas, M.Sagemiller & N.Klatt)*
Edward S. Weisfelner Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036
**Email:  eweisfelner@brownrudnick.com**

*ELECTRONIC MAIL*
*(Counsel to L.Geiss, K.Kendall, Z.Brock, S.A.Thomas, M.Sagemiller & N.Klatt)*
Steve W. Berman & Shelby Smith, Esqs.
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
**Email:  steve@hbsslaw.com**

*ELECTRONIC MAIL*
*(Counsel to L.Geiss, K.Kendall, Z.Brock, S.A.Thomas, M.Sagemiller & N.Klatt)*
Emily Brown, Esq.
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Ste 2410
Chicago, IL  60611
**Email:  emilyb@hbsslaw.com**

*ELECTRONIC MAIL*
*(Counsel to Cinedigm)*
James S. Carr & Kristen S. Elliott, Esqs.
Kelley Drye & Warren LLP
101 Park Ave
New York, NY  10178
**Email:  kelliott@kelleydrye.com;
kdwbankruptcydepartment@kelleydrye.com**

*ELECTRONIC MAIL*
*(Counsel to Tim Sarnoff)*
Marvin S. Putnam & Laura R. Washington, Esqs
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA  90067
**Email:  marvin.putnam@lw.com;
laura.washington@lw.com**

*ELECTRONIC MAIL*
*(Counsel to Tim Sarnoff)*
Ted A. Dillman
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA  90071-1560
**Email:  ted.dillman@lw.com**

*ELECTRONIC MAIL*
*(Counsel to Toyota Motor Sales, USA, Inc.*
*& Toyota Motor Corporation and BBC*
*Worldwide Limited)*
Walther H. Curchack
Bethany D. Simmons
Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154
**Email:  wcurchack@loeb.com;**
**bsimmons@loeb.com**

*ELECTRONIC MAIL*
*(Counsel to Ally Bank)*
David E. Lemke & Melissa W. Jones, Esqs.
Waller Lansden Dortch & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN  37219
**Email:  david.lemke@wallerlaw.com;**
**melissa.jones@wallerlaw.com**

*ELECTRONIC MAIL*
*(Counsel to A+E Television Networks, LLC)*
David L. Yohai, Esquire
David N. Griffiths, Esquire
Theodore E. Tsekerides, Esquire
Weil, Gothsal & Manges LLP
767 Fifth Ave
New York, NY  10153-0119
**Email:  david.yohai@weil.com;**
**david.griffiths@weil.com;**
**theodore.tsekerides@weil.com**

*ELECTRONIC MAIL*
Light Chaser Animation Studios
Attn: Zhou Yu
Section D, Art Base One, Shumbai Rd
Chaoyang District
Beijing, 100103 CHINA
**Email:  gary@lightchaseranimation.com**

*ELECTRONIC MAIL*
*(Counsel to Investment Counterparties)*
Michael R. Nestor, Esquire
Andrew L. Magaziner, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
**Email:  mnestor@ycst.com**
**amagaziner@ycst.com;**
**bankfilings@ycst.com**

*ELECTRONIC MAIL*
*(Counsel to Investment Counterparties)*
Robert A. Klyman, Esquire
Matthew G. Bouslog, Esquire
Eric Thomas Haitz, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071
**Email:  rklyman@gibsondunn.com;**
**mbouslog@gibsondunn.com;**
**ehaitz@gibsondunn.com**

*ELECTRONIC MAIL*
*(Counsel to Portfolio Funding Company*
*LLC I)*
Christopher M. Samis, Esquire
L. Katherine Good, Esquire
Aaron H. Stulman, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE  19801
**Email:  csamis@potteranderson.com;**
**kgood@potteranderson.com;**
**astulman@potteranderson.com**

*ELECTRONIC MAIL*
*(Counsel to Portfolio Funding Company LLC I)*
David P. Simonds, Esquire
Edward McNeilly, Esquire
Hogan Lovells US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
**Email: david.simonds@hoganlovells.com;
edward.mcneilly@hoganlovells.com**

*ELECTRONIC MAIL*
(Counsel to United States of America on behalf of the Internal Revenue Service)
Elisabeth M. Bruce, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 227
Washington, DC  20044
**Email: Elisabeth.M.Bruce@usdoj.gov**

*ELECTRONIC MAIL*
*(Counsel to Cross City Films, LLC and Bank of America, N.A.)*
William P. Bowden, Esquire
Ricardo Palacio, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8Th Floor
PO Box 1150
Wilmington, DE  19899-1150
**Email: wbowden@ashbygeddes.com;
rpalacio@ashbygeddes.com**

*ELECTRONIC MAIL*
**(**Counsel to The Bully Project, LLC and Lee Hirsch; JPC Enterprises, Inc., New Crime Productions, LLC, Cusack Enterprises, LLC, and John Cusack; Jerry's Brother, Inc., and David S. Zucker; Dynamic '88 Productions, Inc., Good Lie, Inc., George Clooney, and Grant Heslov; Estate of Wes Craven; Sabajka Productions II, Inc., and Julia Roberts; PC Films, LLC, Peter Chernin, Willie Lump Lump Enterprises, Inc., Bill Murray, Goldenlight Films, Inc., and Ted Melfi; Meryl Streep; Bruce Cohen Productions and Bruce Cohen; Jon Gordon and Jon Gordon Productions, Inc.; Kanzeon Corp. and David O. Russell; Canal Productions, Inc., and Robert De Niro; Donna Gigliotti)
Christopher P. Simon,Esquire
Kevin S. Mann, Esquire
Nancy McClendon , Equire
CROSS & SIMON, LLC
1105 NMarket Street, Suite 901
Wilmington, DE  19801
**Email:  csimon@crosslaw.com;
kmann@crosslaw.com; NMcClendon
@crosslaw.com**

*ELECTRONIC MAIL*
*(Counsel to the Counterparties)*
Daniel A. O'Brien, Esquire
VENABLE LLP
1201 N. Market St. Suite 1400
Wilmington, DE  19801
**Email: daobrien@venable.com**

*ELECTRONIC MAIL*
*(Counsel to Arclight Films)*
Michael Busenkell, Esquire
Amy D. Brown, Esquire
GELLERT SCALI BUSENKELL & BROWN LLC
1201 N. Orange Street, Suite 300
Wilmington, DE  19801
**Email: mbusenkell@gsbblaw.com;
abrown@gsbblaw.com**

*ELECTRONIC MAIL*
*(Attorneys for Visiona Romantica, Inc. and Quentin Tarantino)*
Matthew G. Summers, Esquire
Laurel D. Roglen, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801
**Email: summersm@ballardspahr.com;
roglenl@ballardspahr.com**

*ELECTRONIC MAIL*
*(Counsel for Cross City Films, LLC)*
Michael H. Weiss
WEISS & SPEES, LLP
6310 San Vicente Boulevard, Suite 401
Los Angeles, CA  90048
**Email:  mw@weissandspees.com**

*ELECTRONIC MAIL*
*(Counsel to The Bully Project, LLC and Lee Hirsch)*
John P. Reitman, Esquire
Jon L.R. Dalberg, Esquire
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, CA  90067
**Email:  jreitman@lgbfirm.com;
jdalberg@lgbfirm.com**

*ELECTRONIC MAIL*
*(Counsel for JPC Enterprises, Inc., New Crime Productions, LLC, Cusack Enterprises, LLC, and John Cusack; Jerry's Brother, Inc., and David S. Zucker; Dynamic '88 Productions, Inc., Good Lie, Inc., George Clooney, and Grant Heslov; Estate of Wes Craven; Sabajka Productions II, Inc., and Julia Roberts; PC Films, LLC, Peter Chernin, Willie Lump Lump Enterprises, Inc., Bill Murray, Goldenlight Films, Inc., and Ted Melfi; Meryl Streep; Bruce Cohen Productions and Bruce Cohen; Jon Gordon and Jon Gordon Productions, Inc.; Kanzeon Corp. and David O. Russell; Canal Productions, Inc., and Robert De Niro; Donna Gigliotti)*
Sarah Richmond, Esquire
Victoria Edwards, Esquire
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, CA  90067
**Email:  srichmond@lgbfirm.com;
vedwards@lgbfirm.com**

*ELECTRONIC MAIL*
*(Counsel for Bank of America, N.A.)*
David Botter, Esquire
Alexis Freeman
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY  10036
**Email: dbotter@akingump.com**

*ELECTRONIC MAIL*
*(Counsel to the Counterparties)*
Jeffrey S. Sabin, Esquire
VENABLE LLP
270 Avenue of the Americas
New York, NY  10020
**Email: jssabin@venable.com**

***ELECTRONIC MAIL***
*(Counsel to Arclight Films)*
Larry W. Gabriel, Esquire
Susan K. Seflin, Esquire
BRUTZKUS GUBNER
21650 Oxnard Street
Woodland Hills, CA 91367
**Email: lgabriel@bg.law; sseflin@bg.law**