# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC Liquidation Trust, LLC,[1] | ) | Case No. 18-10601 (MFW) |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 22nd day of April, 2022, I caused a copy of the following to be served on the attached service lists in the manner indicated.

*Liquidation Trustee's Objection To The Claim of Redrover Co. Ltd, through its agent, Fintage*

Dated: April 22, 2022    PACHULSKI STANG ZIEHL & JONES LLP

  */s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: crobinson@pszjlaw.com

*Attorneys for the Liquidation Trustee*

---

[1] The mailing address for TWC Liquidation Trust, LLC is c/o Dean Ziehl, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067.

DOCS_DE:233977.17 92767/001

**Weinstein Supplemental Service List**
**Re Objection to Redrover Claim**
**DE Doc #239041**
**01-Electronic Mail**

*ELECTRONIC MAIL*
(Counsel to Redrover)
Hiller Law, LLC
Adam Hiller, Esq.
300 Delaware Avenue
Suite 210, #227
Wilmington, Delaware 19801
Email: ahiller@adamhillerlaw.com

The Weinstein Company
2002 Expedited List
Case No. 18-10601 (MFW)
Document No. 218703.2
06 – First Class Mail
216 – Electronic Mail

*(Counsel to Official Committee of Unsecured Creditors)*
Bradford J. Sandler, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
**Email:  bsandler@pszjlaw.com; crobinson@pszjlaw.com**

*FIRST CLASS MAIL*
Jay W. Hurst, Assistant Attorney General
Comptroller of Public Accounts of the State of Texas
Bankruptcy & Collections Division MC 008
PO Box 12548
Austin, TX  78711-2548

*FIRST CLASS MAIL*
American Express Travel Related Services Co., Inc.
c/o Becket & Lee LLP
16 General Warren Blvd,
Malvern, PA  19355-0701

*FIRST CLASS MAIL*
The People Of The State Of New York
The Capitol
Albany, NY  12224-0341

*FIRST CLASS MAIL*
State Of California Attorney General
Attn: Xavier Becerra
1300 I Street, Ste 1740
Sacramento, CA  95814

*FIRST CLASS MAIL*
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101

*ELECTRONIC MAIL*
*(Counsel to Daimler Trust)*
Janet Z. Carlton, Esquire
Chase N. Miller, Esquire
McCabe, Weisberg & Conway, LLC
Foulkstone Plaza, Suite 204
1407 Foulk Road
Wilmington, DE  19803
**Email:  jcharlton@mwc-law.com; cmiller@mwc-law.com**

*ELECTRONIC MAIL*
*(Counsel to Official Committee of Unsecured Creditors)*
James I. Stang, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
**Email:  jstang@pszjlaw.com**

*ELECTRONIC MAIL*
*(Counsel to Official Committee of Unsecured Creditors)*
Debra I. Grassgreen, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA  94111
**Email:  dgrassgreen@pszjlaw.com**

**ELECTRONIC MAIL**
*(Counsel to Official Committee of Unsecured Creditors)*
Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY  10017
**Email:  rfeinstein@pszjlaw.com**

**ELECTRONIC MAIL**
*(Counsel to the Counterparties)*
Keith C. Owens, Esq.
Venable
2049 Century Park E, Suite 2300
Los Angeles, CA  90067
**Email: kcowens@venable.com**

**ELECTRONIC MAIL**
*(United States Trustee)*
Hannah M. McCollum, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
**Email:  hannah.mccollum@usdoj.gov**

**ELECTRONIC MAIL**
*(State Attorney General)*
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801
**Email:  attorney.general@delaware.gov**

**ELECTRONIC MAIL**
Christina Rojas, Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801
**Email:  fasnotify@delaware.gov**

**ELECTRONIC MAIL**
*(United States Attorney)*
David C. Weiss
United States Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street
Wilmington, DE  19801
**Email:  usade.ecfbankruptcy@usdoj.gov**

**ELECTRONIC MAIL**
*(United States Attorney General)*
Eric H. Holder, Jr., Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC  20530-0001
**Email:  askdoj@usdoj.gov**

**ELECTRONIC MAIL**
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
PO Box 898
401 Federal Street (Zip 19901)
Dover, DE  19903
**Email:  DOSDOC_ftax@delaware.gov**

**ELECTRONIC MAIL**
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904
**Email:  statetreasurer@state.de.us**

**ELECTRONIC MAIL**
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC  20554
**Email:  SECBankruptcy-OGC-ADO@SEC.GOV;
secbankruptcy@sec.gov**

***ELECTRONIC MAIL***
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103
**Email: philadelphia@sec.gov**

***ELECTRONIC MAIL***
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY 10281
**Email: bankruptcynoticeschr@sec.gov;
NYROBankruptcy@SEC.GOV**

***ELECTRONIC MAIL***
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005
**Email: efile@pbgc.gov**

***ELECTRONIC MAIL***
*(Co-Counsel for the Debtors)*
Mark D. Collins, Esquire
Paul N, Heath, Esquire
Zachary I. Shapiro, Esquire
Brett M. Haywood, Esquire
David T. Queroli, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
**Email: collins@rlf.com; heath@rlf.com;
shapiro@rlf.com; haywood@rlf.com;
queroli@rlf.com**

***ELECTRONIC MAIL***
*(Counsel to the Debtors)*
Paul Zumbro, Esquire
George E. Zobitz, Esquire
Karin A. DeMasi, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
**Email: pzumbro@cravath.com;
jzobitz@cravath.com;
kdemasi@cravath.com**

***ELECTRONIC MAIL***
*(Counsel to Directors Guild of America, Inc., Etc)*
Joseph A. Kohanski, Esquire
David E. Ahdoot, Esquire
Kirk Prestergard, Esquire
Kiel Ireland, Esquire
Bush Gottlieb
801 North Brand Boulevard, Suite 950
Glendale, CA 91203
**Email: jkohanski@bushgottlieb.com;
dahdoot@bushgottlieb.com;
kprestegard@bushgottlieb.com;
kireland@bushgottlieb.com**

***ELECTRONIC MAIL***
*(Counsel to Directors Guild of America, Inc., Etc)*
Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 N. Market Street, Suite 460
Wilmington, DE 19801
**Email: skaufman@skaufmanlaw.com**

DOCS_DE:218703.2 92766/002                 3

**ELECTRONIC MAIL**
*(Counsel to Spyglass Media Group (f/k/a Lantern Entertainment LLC))*
David B. Stratton, Esquire
David M. Fournier, Esquire
Evelyn J. Meltzer, Esquire
TROUTMAN PEPPER
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
**Email: david.stratton@troutman.com; david.fournier@troutman.com; evelyn.meltzer@troutman.com**

**ELECTRONIC MAIL**
*(Counsel to Spyglass Media Group (f/k/a Lantern Entertainment LLC))*
Stephen B. Kuhn, Esquire
Meredith A. Lahaie, Esquire
Michael S. Stamer, Esquire
Naomi Moss, Esquire
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
Bank Of America Tower
New York, NY 10036
**Email: mstamer@akingump.com; skuhn@akingump.com; mlahaie@akingump.com; nmoss@akingump.com**

**ELECTRONIC MAIL**
*(Counsel to Viacom International Inc.)*
Derek C. Abbott, Esquire
Daniel B. Blutz, Esquire
Matthew B. Harvey, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16Th Floor
Wilmington, DE 19899
**Email: dabbott@mnat.com; dbutz@mnat.com; mharvey@mnat.com**

**ELECTRONIC MAIL**
*(Counsel to Viacom International Inc.)*
Michael Luskin, Esquire
Richard Stern, Esquire
Stephan Hornung, Esquire
Luskin, Stern & Eisler LLP
50 Main Street
White Plains, NY 10606
**Email: luskin@lsellp.com; stern@lsellp.com; hornung@lsellp.com**

**ELECTRONIC MAIL**
*(Counsel to East West Bank)*
David F. Staber, Esquire
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
**Email: dstaber@akingump.com**

**ELECTRONIC MAIL**
*(Counsel to MUFG Union Bank, N.A.)*
J. Cory Falgowski, Esquire
Burr & Forman LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
**Email: jfalgowski@burr.com**

**ELECTRONIC MAIL**
*(Counsel to MUFG Union Bank, N.A.)*
Jennifer C. Hagle, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
**Email: jhagle@sidley.com;**

**ELECTRONIC MAIL**
*(Counsel to MUFG Union Bank, N.A.)*
Robert S. Brady, Esquire
Sean M. Beach, Esquire
Elizabeth S. Justison, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
**Email: rbrady@ycst.com; sbeach@ycst.com; ejustison@ycst.com**

**ELECTRONIC MAIL**
*(Counsel to AI International Holdings (BVU) Ltd.)*
*(Counsel to AI International Holdings (BVU) Ltd.)*
Gregory T. Donilon, Esquire
Montgomery McCracken Walker & Rhoads LLP
1105 N Market Street, 15th floor
Wilmington, DE  19801
**Email:  gdonilon@mmwr.com**

**ELECTRONIC MAIL**
*(Counsel to AI International Holdings (BVU) Ltd.)*
Susheel Kirpalani, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
**Email: susheelkirpalani@quinnemanuel.com**

**ELECTRONIC MAIL**
*(Counsel to AI International Holdings (BVU) Ltd.)*
Bennett Murphy, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
**Email: bennettmurphy@quinnemanuel.com**

**ELECTRONIC MAIL**
*(Counsel to Cinedigm)*
James S. Carr, Esquire
Kristen S. Elliot, Esquire
Kelly Drye & Warren LLP
101 Park Avenue
New York, NY  10178
**Email:  kelliott@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com**

**ELECTRONIC MAIL**
*(Counsel to BRB Internacional S.A. & Apolo Films Sl)*
Aaron R. Cahn, Esquire
John Michael Griem, Jr., Esquire
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY  10005-2072
**Email:  cahn@clm.com; griem@clm.com**

**ELECTRONIC MAIL**
*(Counsel to Creative Artists Agency, Warner Bros., Kanbar, Hoodwinked, Annapurna Pictures, Wanda Pictures, 22nd and Indiana Inc. & Bradley Cooper)*
Christopher P. Simon, Esquire
Kevin S. Mann, Esquire
Cross & Simon, LLC
1105 N Market Street, 9th Floor
Wilmington, DE  19801
**Email:  csimon@crosslaw.com; kmann@crosslaw.com**

**ELECTRONIC MAIL**
*(Counsel to Creative Artists Agency, Warner Bros., Kanbar, Hoodwinked, Annapurna Pictures, Wanda Pictures, 22nd and Indiana Inc. & Bradley Cooper)*
John P. Reitman, Esquire
Jon L.R. Dalberg, Esquire
Peter J. Gurfein, Esquire
Landau Law LLP
2338 Manning Avenue
Los Angeles, CA  90064
**Email:  jreitman@landaufirm.com; jdalberg@landaufirm.com; pgurfein@landaufirm.com**

**ELECTRONIC MAIL**
*(Counsel to A+E Television Networks, LLC)*
Andrew R. Remming, Esquire
Matthew O. Talmo, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
PO Box 1347
Wilmington, DE  19899-1347
**Email:  aremming@mnat.com;
mtalmo@mnat.com**

**ELECTRONIC MAIL**
*(Counsel to A+E Television Networks, LLC)*
David L. Yohai, Esquire
David N. Griffiths, Esquire
Theodore E. Tsekrides, Esquire
Weil, Gothsal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119
**Email:  david.yohai@weil.com;
david.griffiths@weil.com;
theodore.tsekrides@weil.com**

**ELECTRONIC MAIL**
*(Counsel to Sartraco, Inc.)*
Geoffrey G. Grivner, Esquire
BUCHANAN INGERSOLL & ROONEY PC
500 Delaware Avenue
Suite 720
Wilmington, DE  19801-7407
**Email: Geoffrey.grivner@bipc.com**

**ELECTRONIC MAIL**
*(Counsel to Sartraco, Inc.)*
Mark Pfeiffer, Esquire
BUCHANAN INGERSOLL & ROONEY PC
50 S. 16th Street, Suite 200
Philadelphia, PA  19102
**Email: mark.pfeiffer@bipc.com**

**ELECTRONIC MAIL**
*(Counsel to Sartraco, Inc.)*
Justin Leto, Esquire
Larry Bassuk, Esquire
Leto Bassuk
200 SE 1st Street, Suite 703
Miami, FL  33131
**Email:  jleto@letobassuk.com;
lbassuk@letobassuk.com**

**ELECTRONIC MAIL**
*(Counsel to Philadelphia Media Network)*
James W. Adelman, Esquire
Morris & Adelman, P.C.
201 N. Presidential Boulevard, Suite 100
PO Box 2235
Bala Cynwyd, PA  19004-6235
**Email:  mail@morrisadelman.com**

**ELECTRONIC MAIL**
*(Counsel to BOA, N.A. & First Republic Bank and Black Bear Pictures)*
Attn:Andrew V. Tenzer, Esquire
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
**Email:  andrewtenzer@paulhastings.com**

**ELECTRONIC MAIL**
*(Counsel to BOA, N.A. & First Republic Bank and Black Bear Pictures)*
Susan Williams, Esquire
Paul Sagan, Esquire
Paul Hastings LLP
1999 Avenue Of The Stars
Los Angeles, CA  90067
**Email:
susanwilliams@paulhastings.com;
paulsagan@paulhastings.com**

***ELECTRONIC MAIL***
*(Counsel to Black Bear Pictures)*
Michael W. Yurkewicz
KLEHR HARRISON HARVEY BRANZBURG LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Email:  **myurkewicz@klehr.com**

***ELECTRONIC MAIL***
*(Counsel to BOA, N.A. & First Republic Bank, J.C. Penney Corporation)*
William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Don A. Beskrone, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8Th Floor
PO Box 1150
Wilmington, DE  19899-1150
**Email:  wbowden@ashbygeddes.com; gtaylor@ashbygeddes.com; dbeskrone@ashbygeddes.com**

***ELECTRONIC MAIL***
*(Counsel to Technicolor)*
Rachel B. Mersky, Esquire
Monzack Mersky Mclaughlin And Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
Email:  **rmersky@monlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Hotel Mumbai Ltd. and Related Affiliates)*
Michael Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE  19801
**Email: mbusenkell@gsbblaw.com**

***ELECTRONIC MAIL***
*(Counsel to Speedee Distribution, LLC)*
Victoria A. Guilfoyle, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE  19801
**Email: Guilfoyle@BlankRome.com**

***ELECTRONIC MAIL***
*(Counsel to Wind River Productions, LLC, Acacia Filmed Entertainment, LLC, and Bank Hapoalim)*
Matthew P. Ward, Esquire
Morgan L. Patterson, Esquire
Womble Bond Dickinson (US) LLP
1313 N Market Street
Wilmington, DE  19801
**Email: matthew.ward@wbd-us.com; morgan.patterson@wbd-us.com**

***ELECTRONIC MAIL***
*(Counsel to Lions Gate Entertainment Corp. and Anchor Bay Entertainment LLC)*
Mark Minuti, Esq.
SAUL EWING ARNSTEIN LEHR LLP
1201 North Market Street, Suite 2300
Wilmington, DE  19801
**Email: mark.minuti@saul.com**

***ELECTRONIC MAIL***
*(Counsel to Hotel Mumbai Ltd. and Related Affiliates)*
Susan K. Seflin, Esquire
Jessica L. Bagdanov, Esquire
Brutzkus Gubner
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
**Email: sseflin@bg.law; jbagdanov@bg.law**

**ELECTRONIC MAIL**
*(Counsel to Speedee Distribution, LLC)*
Rick Antonoff, Esquire
Blank Rome LLP
1271 Avenue of the Americas
New York, NY  10020
**Email: RAntonoff@BlankRome.com**

**ELECTRONIC MAIL**
*(Counsel for Turner Entertainment Networks, Inc.)*
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216-1008
**Email: tscobb@vorys.com**

**ELECTRONIC MAIL**
*(Counsel to Lions Gate Entertainment Corp. and Anchor Bay Entertainment LLC)*
Marie Siena, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
**Email: marie.siena@kattenlaw.com**

**ELECTRONIC MAIL**
*(Counsel to Bank Hapoalim B.M.)*
Stephen B. Selbst
Andrew C. Gold
Herrick, Feinstein LLP
2 Park Avenue
New York, NY  10016
**Email: sselbst@herrick.com;
agold@herrick.com**

**ELECTRONIC MAIL**
*(Counsel for Alfred Siegel, Chapter 7 Trustee for Genius Products, LLC, OWN and the Tarantino Parties)*
James P. Menton, Jr., Esquire
Robins Kaplan LLP
2049 Century Park E, Suite 3400
Los Angeles, CA  90067
**Email:  jmenton@robinskaplan.com;**

**ELECTRONIC MAIL**
*(Counsel to Content Partners)*
William E. Chipman, Jr., Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza, Suite 5400
1313 N. Market Street
Wilmington, DE  19801-6101
**Email: chipman@chipmanbrown.com**

**ELECTRONIC MAIL**
*(Counsel to Content Partners)*
Debra A. Riley, Esquire
Allen Matkins Leck Gamble Mallory & Natsis LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, CA  92101-0903
**Email: driley@allenmatkins.com**

**ELECTRONIC MAIL**
*(Counsel for The Walt Disney Company and all of their affiliates)*
Jeremy W. Ryan, Esquire
D. Ryan Slaugh, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, Sixth Floor
Wilmington, DE  19801
**Email: jryan@potteranderson.com;
rslaugh@potteranderson.com**

**ELECTRONIC MAIL**
*(Counsel to Harvey Weinstein)*
Julia Klein, Esquire
Klein, LLC
919 N. Market Street, Suite 600
Wilmington, DE  19801
**Email: klein@kleinllc.com**

***ELECTRONIC MAIL***
*(Attorneys for Fremantle Media Limited)*
Mark Minuti, EsqUIRE
Saul Ewing Arnstein & Lehr LLP
1201 North Market Street, Suite 2300
PO Box 1266
Wilmington, DE  19899
**Email: mark.minuti@saul.com**

***ELECTRONIC MAIL***
*(Counsel to Netflix)*
Law Office of Curtis A. Hehn
1007 N. Orange Street, 4th Floor
Wilmington, DE  19801
**Email: curtishehn@comcast.net**

***FIRST CLASS MAIL***
*(Counsel to 180 Varick LLC)*
Charles E. Boulbol, Esquire
Charles E. Boulbol, P.C.
26 Broadway, 17th Floor
New York, NY  10004
**Email: rtrack@msn.com**

***ELECTRONIC MAIL***
(Creditor and Party in Interest)
Wayne M. Smith, Esquire
Warner Bros. Entertainment Inc.
4000 Warner Boulevard
Building 156 So., Room 5120
Burbank, CA  91522
**Email: wayne.smith@warnerbros.com**

***ELECTRONIC MAIL***
*(Counsel for Digital Cinema Implementation Partners, LLC)*
Karl E. Block
Vadim J. Rubinstein
Dylan J. Smith
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA  90067
**Email: kblock@loeb.com,
vrubinstein@loeb.com**

***ELECTRONIC MAIL***
*(Counsel for Digital Cinema Implementation Partners, LLC)*
Michael Politi
Digital Cinema Implementation Partners, LLC
100 Enterprise Drive, Suite 505
Rockaway, NJ  07866-2140
**Email: mike@dcip.com**

***ELECTRONIC MAIL***
*(Counsel for The Walt Disney Company and all of their affiliates)*
Andrew Goldman, Esq.
Wilmer Cutler Pickering Hale And Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
**Email:
andrew.goldman@wilmerhale.com**

***ELECTRONIC MAIL***
*(Counsel for The Walt Disney Company and all of their affiliates)*
Christopher Hampson, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
**Email: chris.hampson@wilmerhale.com**

***ELECTRONIC MAIL***
*(Counsel for theUMG Entities and the Shady Records Entities)*
Ellen Friedman, Esquire
Friedman & Springwater LLP
350 Sansome Street, Suite 21
San Francisco, CA  94194
**Email:  efriedman@friedmanspring.com**

**ELECTRONIC MAIL**
*(Attorneys for Interested Parties Studiocanal S.A.S, Wild Bunch S.A., and Gaumont S.A)*
Kathy A. Jorrie, Esquire
David Minnick, Esquire
Jeffrey Wexler, Esquire
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
**Email: kathy.jorrie@pillsburylaw.com; dminnick@pillsburylaw.com; jeffrey.wexler@pillsburylaw.com**

**ELECTRONIC MAIL**
*(Counsel to Netflix)*
Thomas E. Patterson, Esquire
Julian I. Gurule, Esquire
Klee, Tuchin, Bogdanoff & Stern LLP
1801 Century Park East, 26th Floor
Los Angeles, CA  90067
**Email: tpatterson@ktbslaw.com; jgurule@ktbslaw.com**

**ELECTRONIC MAIL**
*(Counsel to Timur Bekmambetov, Bazelevs U.S., Inc., Tengri, Inc., Mirsand Limited, Leonard DiCaprio,Birkin Productions, Inc., Jennifer Lawrence, Floffin, Inc., Company Men Productions, Inc., Jennifer Aniston and Two Eleven Productions)*
Jennifer R. Hoover, Esquire
Kevin M. Capuzzi, Esquire
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE  19801
**Email: jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com**

**ELECTRONIC MAIL**
*(Counsel for OWN, LLC and Tarantino Parties)*
Matthew G. Summers, Esquire
Laurel D. Roglen, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801
**Email: summersm@ballardspahr.com; roglenl@ballardspahr.com**

**ELECTRONIC MAIL**
*(Counsel for OWN, LLC)*
Michael T. Delaney
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH  44114
**Email: mdelaney@bakerlaw.com**

**ELECTRONIC MAIL**
*(Counsel to the Pippin Owners and the In the Heights Owners)*
David M. Klauder, Esquire
Bielli & Klauder LLC
1204 N. King Street
Wilmington, DE  19801
**Email: dklauder@bk-legal.com**

**ELECTRONIC MAIL**
(Counsel to the People of the State of New York)
Enid Nagler Stuart, Esquire
Assistant Attorneys General
New York State Office of the Attorney General
28 Liberty Street
New York, NY  10005
**Email:  enid.stuart@ag.ny.gov;**
***ELECTRONIC MAIL***
TN Dept of Revenue
Attn: Laura McCloud
c/oTN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207
**Email:  AGBankDelaware@ag.tn.gov**

**ELECTRONIC MAIL**
*(Counsel to Timur Bekmambetov, Bazelevs U.S., Inc., Tengri, Inc., Mirsand Limited, Leonard DiCaprio, Birkin Productions, Inc., Jennifer Lawrence, Floffin, Inc., Company Men Productions, Inc., Jennifer Aniston and Two Eleven Productions)*
Thomas M. Geher, Esquire
David M. Poitras, Esquire
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-4308
**Email: tgeher@jmbm.com;
dmp@jmbm.com**

**ELECTRONIC MAIL**
*(Counsel to the Pippin Owners and the In the Heights Owners)*
P. Bradley O'Neil, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
**Email: boneill@kramerlevin.com**

**ELECTRONIC MAIL**
*(Counsel to* IP Management, Inc. and IPW, LLC and Lesia Anson*)*
Marc Toberoff
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA  90265
**Email:
mtoberoff@toberoffandassociates.com**

**ELECTRONIC MAIL**
*(Counsel to Creditor Seyfarth Shaw LLP)*
William E. Chipman, Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza, Suite 540
1315 N. Market Street
Wilmington, DE  19801
**Email:
CHIPMAN@CHIPMANBROWN.COM**

**ELECTRONIC MAIL**
*(Counsel to Unionbancal Equities, Inc.)*
Robert S. Brady, Esquire
Sean M. Beach, Esquire
Elizabeth S. Justison, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE  19801
**Email:  RBRADY@YCST.COM;
SBEACH@YCST.COM;
EJUSTISON@YCST.COM**

**ELECTRONIC MAIL**
*(Counsel to Snoogans Inc. And View Askew Productions Inc.)*
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801
**Email:  skatona@polsinelli.com**

**ELECTRONIC MAIL**
*(Counsel to Lesia Anson)*
Michael Busenkell, Esquire
Amy Brown, Esquire
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE  19801
**Email:  mbusenkell@gsbblaw.com;
abrown@gsbblaw.com**

**ELECTRONIC MAIL**
*(Counsel to Nu Image, Inc.)*
Matthew P. Ward, Esquire
Ericka F. Johnson, Esquire
Morgan L. Patterson, Esquire
Womble Bond Dickinson (US) LLP
200 Delaware Avenue, Suite 1501
Wilmington, DE  19801
**Email:  matthew.ward@wbd-us.com;
ericka.johnson@wbd-us.com;
morgan.patterson@wbd-us.com**

***ELECTRONIC MAIL***
*(Counsel to Safety Facility Services)*
Anthony F. Giuliano, Esquire
Pryor & Mandelup, LLP
675 Old Country Road
Westbury, NY  11590
**Email:  afg@pryormandelup.com**

***ELECTRONIC MAIL***
*(Counsel to Inclusion Media, LLC)*
Garvan F. McDaniel, Esquire
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE  19806
**Email:  gfmcdaniel@dkhogan.com**

***ELECTRONIC MAIL***
*(Counsel to Inclusion Media, LLC)*
Shemmy Mishaan, Esquire
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY  10019
**Email:**  amishaan@kasowitz.com

***ELECTRONIC MAIL***
*(Creditor)*
Edward M. Fox
Seyfarth Shaw LLP
620 8th Avenue
New York, NY  10018
**Email:  EMFOX@SEYFARTH.COM**

***ELECTRONIC MAIL***
*(Counsel to Optimum Releasing Ltd)*
Kathy A. Jorrie, Esquire
David Minnick, Esquire
Jeffrey Wexler, Esquire
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
**Email:  kathy.jorrie@pillsburylaw.com; dminnick@pillsburylaw.com; jeffrey.wexler@pillsburylaw.com**

***ELECTRONIC MAIL***
*(Counsel to Jeff Abbott)*
Sheryl P. Giugliano, Esquire
Diamond McCarthy LLP
295 Madison Avenue
27th Floor
New York, NY 10017
**Email:  sgiugliano@diamondmccarthy.com**

***ELECTRONIC MAIL***
*(Counsel to UnionBancal Equities, Inc.)*
William B. Freeman, Esquire
Jerry L. Hall, Esquire
Katten Muchin Rosenman LLP
515 S. Flower Street, Suite 1000
Los Angeles, CA  90071-2212
**Email:  bill.freeman@katten.com; jerry.hall@katten.com**

***ELECTRONIC MAIL***
*(Counsel to Daimler Trust)*
Attn: Ed Gezel, Agent
BK Servicing, LLC
PO Box 131265
Saint Paul, MN  55113-0011
**Email:  notices@bkservicing.com**

***ELECTRONIC MAIL***
*(Counsel to the McClatchy Company, at al.)*
Paul J. Pascuzzi, Esquire
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
**Email:  ppascuzzi@ffwplaw.com**

***ELECTRONIC MAIL***
*(Creditor)*
Joseph Corrigan
Iron Mountain Information Management, LLC
One Federal Street
Boston, MA  02110
**Email:  Bankruptcy2@ironmountain.com**

***ELECTRONIC MAIL***
*(Counsel to Nu Image, Inc.)*
Carrie V. Hardman, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166
**Email:  chardman@winston.com**

***ELECTRONIC MAIL***
*(Counsel to S.Carter Enterprizes LLC & Shawn C. Carter a/k/a Jay Z)*
James F. Harker, Esq.
Cohen, Seglias, Pallas, Greenhall & Furman, PC
1007 N. Orange St, Ste 1130
Wilmington, DE  19801
**Email:  jharker@cohenseglias.com**

***ELECTRONIC MAIL***
*(Counsel to Jackpot Productions Limited f/s/o J.Whitehall & J.Graham)*
Dennis A. Meloro, Esq.
Greenberg Traurig LLP
The Nemours Bldg.
1007 N. Orange St, Ste. 1200
Wilmington, DE  19801
**Email:  melorod@gtlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Sony Pictures Entertainment Inc., Et Al.)*
Deirdre M. Richards, Esq.
Fineman Krekstein & Harris PC
1300 N. King Street
Wilmington, DE  19801
**Email:  drichards@finemanlawfirm.com**

***ELECTRONIC MAIL***
*(Counsel to Spyglass Media Group (f/k/a Lantern Entertainment LLC))*
R. Craig Martin
DLA Piper LLP (US)
1201 N. Market Street, Suite 2100
Wilmington, DE  19801
**Email:  craig.martin@dlapiper.com**

***ELECTRONIC MAIL***
*(Counsel to Paul Tudor Jones)*
Joseph H. Huston, Jr. & Evan B. Coren
Stevens & Lee, P.C.
919 N. Market Street, 13th Floor
Wilmington, DE  19801
**Email:  jhh@stevenslee.com;
ebc@stevenslee.com**

***ELECTRONIC MAIL***
*(Counsel to Toyota Motor Sales, USA, Inc. &Toyota Motor Corporation and BBC Worldwide Limited)*
Eric J. Monzo, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
**Email:  emonzo@morrisjames.com**

***ELECTRONIC MAIL***
*(Counsel to L.Geiss, K.Kendall, Z.Brock, S.A.Thomas, M.Sagemiller & N.Klatt)*
Jeffrey R. Waxman, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
Email:  **jwaxman@morrisjames.com**

***ELECTRONIC MAIL***
*(Counsel to See-Saw Films Pty. Ltd.)*
Michael Weiss
Weiss & Spees, LLP
8581 Santa Monica Blvd, #4
West Hollywood, CA  90069
**Email:  lm@weissandspees.com;
mw@weissandspees.com**

***ELECTRONIC MAIL***
*(Counsel to Jackpot Productions Limited f/s/o J.Whitehall & J.Graham)*
Ryan A. Wagner
Greenberg Traurig, LLP
Metlife Bldg.
200 Park Avenue
New York, NY  10166
**Email:  wagnerr@gtlaw.com**

**ELECTRONIC MAIL**
*(Counsel to BMG)*
Jeffrey W. Levitan, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY  10036
**email:  jlevitan@proskauer.com**

**ELECTRONIC MAIL**
*(Counsel to Snoogans Inc. and View Askew Productions Inc.)*
Karen Park, Esq.
Parklaw LLC
200 Park Avenue, 17th Floor
New York, NY  10166
**Email:  karen@parklawllc.com**

**ELECTRONIC MAIL**
*(Counsel to Spyglass Media Group (f/k/a Lantern Entertainment LLC))*
Rachel Elrich Albanese, Esq.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY  10020
**Email:  rachel.albanese@dlapiper.com**

**ELECTRONIC MAIL**
*(Counsel to Spyglass Media Group (f/k/a Lantern Entertainment LLC))*
Rachel Nanes, Esq.
DLA Piper LLP (US)
200 South Biscayne Blvd., Suite 2500
Miami, FL  33131
**Email:  rachel.nanes@dlapiper.com**

**ELECTRONIC MAIL**
*(Counsel to Paul Tudor Jones)*
Daniel A. Lowenthal & James V. Masella, III
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Email:  dalowenthal@pbwt.com; **jmasella@pbwt.com**

**ELECTRONIC MAIL**
*(Counsel to L.Geiss, K.Kendall, Z.Brock, S.A.Thomas, M.Sagemiller & N.Klatt)*
Edward S. Weisfelner Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036
**Email:  eweisfelner@brownrudnick.com**

**ELECTRONIC MAIL**
*(Counsel to L.Geiss, K.Kendall, Z.Brock, S.A.Thomas, M.Sagemiller & N.Klatt)*
Steve W. Berman & Shelby Smith, Esqs.
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
**Email:  steve@hbsslaw.com**

**ELECTRONIC MAIL**
*(Counsel to L.Geiss, K.Kendall, Z.Brock, S.A.Thomas, M.Sagemiller & N.Klatt)*
Emily Brown, Esq.
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Ste 2410
Chicago, IL  60611
**Email:  emilyb@hbsslaw.com**

**ELECTRONIC MAIL**
*(Counsel to Cinedigm)*
James S. Carr & Kristen S. Elliott, Esqs.
Kelley Drye & Warren LLP
101 Park Ave
New York, NY  10178
**Email:  kelliott@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com**

**ELECTRONIC MAIL**
*(Counsel to Tim Sarnoff)*
Marvin S. Putnam & Laura R. Washington, Esqs
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA  90067
**Email:  marvin.putnam@lw.com; laura.washington@lw.com**

*ELECTRONIC MAIL*
*(Counsel to Tim Sarnoff)*
Ted A. Dillman
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
**Email: ted.dillman@lw.com**

*ELECTRONIC MAIL*
*(Counsel to Toyota Motor Sales, USA, Inc. & Toyota Motor Corporation and BBC Worldwide Limited)*
Walther H. Curchack
Bethany D. Simmons
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
**Email: wcurchack@loeb.com;**
**bsimmons@loeb.com**

*ELECTRONIC MAIL*
*(Counsel to Ally Bank)*
David E. Lemke & Melissa W. Jones, Esqs.
Waller Lansden Dortch & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219
**Email: david.lemke@wallerlaw.com;**
**melissa.jones@wallerlaw.com**

*ELECTRONIC MAIL*
*(Counsel to A+E Television Networks, LLC)*
David L. Yohai, Esquire
David N. Griffiths, Esquire
Theodore E. Tsekerides, Esquire
Weil, Gothsal & Manges LLP
767 Fifth Ave
New York, NY 10153-0119
**Email: david.yohai@weil.com;**
**david.griffiths@weil.com;**
**theodore.tsekerides@weil.com**

*ELECTRONIC MAIL*
Light Chaser Animation Studios
Attn: Zhou Yu
Section D, Art Base One, Shumbai Rd
Chaoyang District
Beijing, 100103 CHINA
**Email: gary@lightchaseranimation.com**

*ELECTRONIC MAIL*
*(Counsel to Investment Counterparties)*
Michael R. Nestor, Esquire
Andrew L. Magaziner, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
**Email: mnestor@ycst.com**
**amagaziner@ycst.com;**
**bankfilings@ycst.com**

*ELECTRONIC MAIL*
*(Counsel to Investment Counterparties)*
Robert A. Klyman, Esquire
Matthew G. Bouslog, Esquire
Eric Thomas Haitz, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
**Email: rklyman@gibsondunn.com;**
**mbouslog@gibsondunn.com;**
**ehaitz@gibsondunn.com**

*ELECTRONIC MAIL*
*(Counsel to Portfolio Funding Company LLC I)*
Christopher M. Samis, Esquire
L. Katherine Good, Esquire
Aaron H. Stulman, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801
**Email: csamis@potteranderson.com;**
**kgood@potteranderson.com;**
**astulman@potteranderson.com**

*ELECTRONIC MAIL*
*(Counsel to Portfolio Funding Company LLC I)*
David P. Simonds, Esquire
Edward McNeilly, Esquire
Hogan Lovells US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
**Email: david.simonds@hoganlovells.com; edward.mcneilly@hoganlovells.com**

*ELECTRONIC MAIL*
(Counsel to United States of America on behalf of the Internal Revenue Service)
Elisabeth M. Bruce, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 227
Washington, DC  20044
**Email: Elisabeth.M.Bruce@usdoj.gov**

*ELECTRONIC MAIL*
*(Counsel to Cross City Films, LLC and Bank of America, N.A.)*
William P. Bowden, Esquire
Ricardo Palacio, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8Th Floor
PO Box 1150
Wilmington, DE  19899-1150
**Email: wbowden@ashbygeddes.com; rpalacio@ashbygeddes.com**

*ELECTRONIC MAIL*
**(**Counsel to The Bully Project, LLC and Lee Hirsch; JPC Enterprises, Inc., New Crime Productions, LLC, Cusack Enterprises, LLC, and John Cusack; Jerry's Brother, Inc., and David S. Zucker; Dynamic '88 Productions, Inc., Good Lie, Inc., George Clooney, and Grant Heslov; Estate of Wes Craven; Sabajka Productions II, Inc., and Julia Roberts; PC Films, LLC, Peter Chernin, Willie Lump Lump Enterprises, Inc., Bill Murray, Goldenlight Films, Inc., and Ted Melfi; Meryl Streep; Bruce Cohen Productions and Bruce Cohen; Jon Gordon and Jon Gordon Productions, Inc.; Kanzeon Corp. and David O. Russell; Canal Productions, Inc., and Robert De Niro; Donna Gigliotti)
Christopher P. Simon,Esquire
Kevin S. Mann, Esquire
Nancy McClendon , Equire
CROSS & SIMON, LLC
1105 NMarket Street, Suite 901
Wilmington, DE  19801
**Email:  csimon@crosslaw.com; kmann@crosslaw.com; NMcClendon @crosslaw.com**

*ELECTRONIC MAIL*
*(Counsel to the Counterparties)*
Daniel A. O'Brien, Esquire
VENABLE LLP
1201 N. Market St. Suite 1400
Wilmington, DE  19801
**Email: daobrien@venable.com**

*ELECTRONIC MAIL*
*(Counsel to Arclight Films)*
Michael Busenkell, Esquire
Amy D. Brown, Esquire
GELLERT SCALI BUSENKELL & BROWN LLC
1201 N. Orange Street, Suite 300
Wilmington, DE  19801
**Email: mbusenkell@gsbblaw.com; abrown@gsbblaw.com**

*ELECTRONIC MAIL*
*(Attorneys for Visiona Romantica, Inc. and Quentin Tarantino)*
Matthew G. Summers, Esquire
Laurel D. Roglen, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
**Email: summersm@ballardspahr.com; roglenl@ballardspahr.com**

*ELECTRONIC MAIL*
*(Counsel for Cross City Films, LLC)*
Michael H. Weiss
WEISS & SPEES, LLP
6310 San Vicente Boulevard, Suite 401
Los Angeles, CA 90048
**Email: mw@weissandspees.com**

*ELECTRONIC MAIL*
*(Counsel to The Bully Project, LLC and Lee Hirsch)*
John P. Reitman, Esquire
Jon L.R. Dalberg, Esquire
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, CA 90067
**Email: jreitman@lgbfirm.com; jdalberg@lgbfirm.com**

*ELECTRONIC MAIL*
*(Counsel for JPC Enterprises, Inc., New Crime Productions, LLC, Cusack Enterprises, LLC, and John Cusack; Jerry's Brother, Inc., and David S. Zucker; Dynamic '88 Productions, Inc., Good Lie, Inc., George Clooney, and Grant Heslov; Estate of Wes Craven; Sabajka Productions II, Inc., and Julia Roberts; PC Films, LLC, Peter Chernin, Willie Lump Lump Enterprises, Inc., Bill Murray, Goldenlight Films, Inc., and Ted Melfi; Meryl Streep; Bruce Cohen Productions and Bruce Cohen; Jon Gordon and Jon Gordon Productions, Inc.; Kanzeon Corp. and David O. Russell; Canal Productions, Inc., and Robert De Niro; Donna Gigliotti)*
Sarah Richmond, Esquire
Victoria Edwards, Esquire
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, CA 90067
**Email: srichmond@lgbfirm.com; vedwards@lgbfirm.com**

*ELECTRONIC MAIL*
*(Counsel for Bank of America, N.A.)*
David Botter, Esquire
Alexis Freeman
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
**Email: dbotter@akingump.com**

*ELECTRONIC MAIL*
*(Counsel to the Counterparties)*
Jeffrey S. Sabin, Esquire
VENABLE LLP
270 Avenue of the Americas
New York, NY 10020
**Email: jssabin@venable.com**

*ELECTRONIC MAIL*
*(Counsel to Arclight Films)*
Larry W. Gabriel, Esquire
Susan K. Seflin, Esquire
BRUTZKUS GUBNER
21650 Oxnard Street
Woodland Hills, CA 91367
**Email: lgabriel@bg.law; sseflin@bg.law**