**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | **)** | Chapter 11 |
| | **)** | |
| TWC Liquidation Trust, LLC,[1] | **)** | Case No. 18-10601 (MFW) |
| | **)** | |
| Debtor. | **)** | **Ref. Docket No. 3475** |
| | **)** | |

**ORDER APPROVING STIPULATION BY AND AMONG TWC LIQUIDATION
TRUST AND NBCUNIVERSAL MEDIA, LLC REGARDING SETTLEMENT OF
ADMINISTRATIVE CLAIMS**

Upon consideration of the *Stipulation by and among TWC Liquidation Trust and NBCUniversal Media, LLC Regarding Settlement of Administrative Claims* (the "Stipulation") filed by the Liquidation Trustee and NBCUniversal Media, LLC; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1.      The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

---

[1] The mailing address for TWC Liquidation Trust, LLC is c/o Dean Ziehl, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067.

2.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: May 9th, 2022                                   MARY F. WALRATH
Wilmington, Delaware                              UNITED STATES BANKRUPTCY JUDGE