## RESPONSES TO OMNIBUS OBJECTIONS

i.    Court: In The United States Bankruptcy Court for The District of Delaware
Debtors: TWC Liquidation Trust LLC, Debtor
Case No. 18-10601 (MFW)
Title of Objection: No record of liability

ii.    Claimant: Coyne, Heidi D/B/A LA Styles
Disputed Claim No. 60104
Abuse and cowing from Weinstein production including their lawyers and Louis G. Friedman resulted in a loss to the claimant's business. Weinstein production shut down the channel's waterways, roads, and parking lot where the claimant's store was located resulting in a loss of business during peak season.

iii.    The claimant objects to the omnibus objection of not being on record of liability or filing passed the administrative bar date. The claimant submitted their small claims court documents of abuse and harassment of the Weinstein company to TWC Liquidation in a timely manner based on when they received documentation to file. The claimant received documents from TWC Liquidation that the claimant was on file and on time. In addition, the claimant provided plenty of documentation supporting their claim.

iv.    Attached are exhibits of proof of claim and the amounts asserted:
- Rent
- Sample of Inventory
- Small claims court
- Further Proof of Claim

v.    Heidi Coyne DBA LA Styles
205 English Village
Lake Havasu City, AZ 86403
928-221-1751



**London Bridge RESORT**
1477 Queens Bay, Lake
Havasu City, AZ 86403
(928) 855-0888

**Heidi Coyne**
208 English Village
Lake Havasu, AZ 86403
**LA Styles Statement**

| | | | |
|---|---|---|---|
| 5/21/2008 | Month to Month Lease Payment | **$1650** | Paid |
| 7/6/2008 | Month to Month Lease Payment July | **$1650** | Paid |
| 1/8/2009 | Month to Month Lease Payment January | **$1650** | Paid |
| 2/5/2009 | Month to Month Lease Payment February | **$1650** | Paid |
| 3/19/2009 | Month to Month Lease Payment March | **$1650** | Paid |
| 4/13/2009 | Month to Month Lease Payment April | **$1650** | Paid |
| 5/6/2009 | Month to Month Lease Payment May | **$1650** | Paid |
| 6/8/2009 | Month to Month Lease Payment June | **$1650** | Paid |
| 7/8/2009 | Month to Month Lease Payment July | **$1650** | Paid |

## II. Small Claims Court

AZTEC - [Register of Actions]

Screens  Edit  HotKeys  Options  View  Reports  Windows  Help

Case Number: **S** CRC4 CV CI200967054  COYNE VS PIRANHA 3D PRODUCTIO

Party: 

View Payment History Only? N          Event Category:           View Major Events Only (Y/N): N

Order By Most Recent? N          Beginning Date:           Ending Date: 

Hrng Date: 06-29-2009    Type: SMALL CLAIMS          Case Status: CLOSED
Judge: JILL DAVIS          Status Date: 04-28-2013

| Date | Sq | Ini | P | No | Event | Description | Void | Doc | Receipt No. | Amount | R | Requestor Description | Result |
|------|----|----|----|----|----|----|------|-----|----|----|----|----|----|
| 06-29-2009 | 01 | | P | 001 | 108 | SMALL CLAIMS | | | | 23.00 | | | |
| 06-29-2009 | 02 | | P | 001 | 934 | COPY FEE | | | | 1.00 | | | |
| 06-29-2009 | 03 | | P | 001 | 973 | NOTARY SERVICES POSTAGE FEE | | | | 4.00 | | | |
| 06-29-2009 | 21 | Y | P | 001 | 108 | DC SMALL CLAIMS + LTR's FEE | | | A000095337 | 23.00 | | | |
| 06-29-2009 | 22 | Y | P | 001 | 934 | COPY FEE | | | A000095337 | 1.00 | | | |
| 06-29-2009 | 23 | Y | P | 001 | 973 | NOTARY SERVICES POSTAGE FEE | | | A000095337 | 4.00 | | | |
| 07-07-2009 | 01 | Y | D | 001 | 284 | LETTER RECEIVED | | | | | | | |
| 07-07-2009 | 02 | Y | | | 555 | ORDER | | | | | | | |
| 07-08-2009 | 01 | Y | | | 258 | CERTIFICATE OF SERVICE | | | | | | | |
| 07-13-2009 | 01 | | D | 001 | 250 | SMALL CLAIMS ANSWER | | | | 13.00 | | | |
| 07-13-2009 | 01 | Y | D | 001 | 931 | DC SMALL CLAIMS ANSWER | | | A000095399 | 13.00 | | | |
| 07-14-2009 | 01 | Y | | | 40 | NOTICE | | | | | | | |
| 07-14-2009 | 02 | Y | | | 270 | MEDIATION CALENDAR | | | | | | | |
| 07-14-2009 | 21 | Y | | | 284 | LETTER RECEIVED | | | | | | | |
| 07-29-2009 | 01 | Y | | | 318 | MEDIATION | | | | | | | |
| 07-29-2009 | 02 | Y | | | 40 | NOTICE | | | | | | | |
| 07-29-2009 | 03 | Y | | | 262 | TRIAL HEARING CALENDARED | | | | | | | |
| 09-29-2009 | 01 | | P | 001 | 973 | NOTARY SERVICES POSTAGE FEE | | | | 4.00 | | | |
| 09-21-2009 | 02 | Y | | | 655 | VOLUNTARY DISMISSAL | | | | | | | |
| 09-29-2009 | 01 | Y | P | 001 | 973 | NOTARY SERVICES POSTAGE FEE | | | A000093562 | 4.00 | | | |
| 03-07-2013 | 01 | Y | | | 668 | CASE PURGED | | | | | | | |

Enter Court Type  Esc=Abort

## III. Original Letter on Harassment and Cowing

To Whom It May Concern,

I, and my business LA Styles, were both directly impacted by the unethical tactics of Weinstein and his company during the spring of 2009. I had a thriving high-end fashion boutique at the world-famous London Bridge in Lake Havasu City Arizona and during my best month of May during Memorial weekend, which is a make-or-break month (business-wise), the Weinstein's set up shop filming "Piranha 3-D" which halted and slowed down foot-traffic and therefore sales during those weeks. I was originally told it was going to be only two weeks of filming, but it was pushed to eight weeks of shoots. The lead producer of the film Louis G. Friedman and I came to an agreement to open up areas to park and send people (e.g. on the cast and crew) to shop at the store to make up for lost business, however, they broke this agreement and none of it ever happened.

They completely shut down the locations surrounding the London Bridge where my store was located. And this location is where a lot of money comes through on boats, cars, and foot traffic. When I asked how much longer, I was dismissed and filming kept going. I raised concerns about the negative impact on my business (in total my business was down 30% from the previous year that month) which resulted in retaliation by the Weinstein company.

I filed a claim at the courthouse (attached) but wasn't able to come to mediation before being scared out of it. The lead producer, Louis G. Friedman, came into my store yelling and screaming. Then I was harassed on the phone by Weinstein's lawyers. They told me "he could put me out of business" and to drop the lawsuit. And that's why I dismissed it afterward in September of 2009.

I was bullied, harassed, and coerced into a negative situation by Weinstein's lead producer, Louis G. Friedman, and Weinstine's lawyers. They even got my property manager in on it too, as he contacted me saying to "stop making disruptions". I was bullied into submission with nothing to show for it but my worst months in sales for what is usually my best month. The emotional trauma of being yelled out and abused verbally also took a toll during those months.

The total money owed with interest over the last decade has come to $52,224. This amount does not include psychology damages from the harassment and intimidation along with threats.

Best regards,
Heidi Coyne
928-221-1751

## IV. Proof of Business in Lake Havasu City





## V. Sample of Inventory: Michael Stars Inventory May 20th, 2009
### More documentation of inventory can be provided upon request.

| STORE: | | LA STYLES | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **STYLE** | | **COLOR** | **O/S** | **XS** | **S** | **M** | **L** | **UNITS** | **$** | **TOTAL** | |
| WNT42 | | lake | | | 1 | 1 | 1 | 3 | 67/148 | | $201 |
| WNT42 | | poppy | | | 1 | 1 | 1 | 3 | 67/148 | | $201 |
| DCP24 | | atlas | | | 1 | 1 | 1 | 3 | 67/148 | | $201 |
| | 6264 | pearl glam | 3 | | | | | 3 | 27/58 | | $81 |
| | 6264 | red clay | 3 | | | | | 3 | 27/58 | | $81 |
| | 6264 | varsity | 3 | | | | | 3 | 27/58 | | $81 |
| 0588 | | black | 3 | | | | | 3 | 45/98 | | $135 |
| 0300 | | admiral | 3 | | | | | 3 | 22/48 | | $66 |
| 0300 | | volt | 3 | | | | | 3 | 22/48 | | $66 |
| 0300 | | charm | 3 | | | | | 3 | 22/48 | | $66 |
| | 3985 | black | | 1 | 1 | 1 | 1 | 4 | 45/98 | | $135 |
| | 2460 | atlas | | | 1 | 1 | 1 | 3 | 33/72 | | $99 |
| **GRAND TOTAL** | | | | | | | | 37 | | | **$1,413** |

| ACCESSORIES | | | | | | |
|---|---|---|---|---|---|---|
| **STYLE** | **DESCRIPTIONS** | **COLOR** | **UNITS** | **$** | **TOTAL** | |
| MSW0097 | AMBER | MLT | 3 | 45/98 | $135.00 | |
| MSW0082 | TRACEY | ADM STRIPE | 2 | 36/78 | $72 | |
| MSW00122 | ROMY | CHALK | 2 | 36/78 | $72 | |
| MSS00135 | ROONEY | CHK | 2 | 22/48 | $44 | |
| MSH00101 | AZALEA | BLK | 2 | 25/54 | $50 | |
| MSH00105 | GABBI | BLK | 2 | 27/58 | $54 | |
| MS21159 | LA SKYLINE WRAP | BLK | 2 | 29.50/64 | $59 | |
| MS21168 | WILD THINGS VEST | MLT | 2 | 29.50/64 | $59 | |
| MS21168 | WILD THINGS VEST | BLK | 2 | 29.50/64 | $59 | |
| MS21180 | BEADED & TASSELED WRAP | ELD | 2 | 22/48 | $44 | |
| MS21187 | SUNSETS & SANDALS SARONG | PNK | 2 | 24.50/54 | $49 | |
| MS21187 | SUNSETS & SANDALS SARONG | BLK | 2 | 24.50/54 | $49 | |
| **GRAND TOTAL** | | | 25 | | $746.00 | |

## VI.    Piranha Production Permit Location

Shows that Piranha's production set up shop next to the claimant's store in Queens Bay
(the same address as the claimants rent ledger shows)



Permits    Owners    About    News

Owners ▸ By Location ▸ The United States ▸ Arizona ▸ Lake Havasu City ▸ Piranha Productions Inc.

# Piranha Productions Inc. Film Site Permits

*Listed as: PIRANHA PRODUCTIONS INC*

| Overview<br>Piranha Productions Inc. | Map<br>📍 | Permits<br>1 | Nearby<br>3<br>Owners |
|---|---|---|---|

### Piranha Productions Inc.
*1477 Queens Bay*
*Lake Havasu City, Arizona 86403*

Piranha Productions Inc. is a corporation applicant based in
Lake Havasu City, Arizona for 1 closed permit.

### Quick Facts

- Piranha Productions Inc. is a corporation entity
- Named as a applicant in the listed permits
- Piranha Productions Inc. is listed with 1 total permits
- 1 permits are closed



**Piranha
Productions
Inc. of Lake
Havasu City,
Arizona | 1 Film
Permit**

Click to open an
interactive map

## Film Site Permits

| Serial Number | Ownership Status | Disposition | Year Authorized | Percent Interest | Commodity | Interest Relationship | Acres | Case Type | County | Last Assessed | Last Action | Last Action Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AZA 035002 | Prior | Closed | 2009 | - | Filming | Applicant | 2 | Film Permit Section 302 Federal Land Policy and Management Act (FLPMA) | Mohave, AZ | - | Case Closed | 1/5/2010 |

## VII.    Email Response about Claimant's File

RE: TWC Liquidation Trust, LLC (f/k/a The Weinstein Company Holdings LLC) – Request for Information  Inbox ×

**Streany, Diane** dstreany@epiqglobal.com       Jun 28, 2021 11:23 AM
to me ▾

Good afternoon Ms. Coyne –

Thank you for your emails regarding the TWC Liquidation Trust, LLC

At this time  we do not have any further updates regarding distributions to claimants.  Your claim nos  20367, 60103  60104  and 90029 are still active on the Claims Register and do not show that any action has been taken on them as yet.

Regards

Diane Streany
Epiq  Senior Case Manager
Phone  +1 646 282 2546
Mobile +1 917 873 0967
Email  dstreany@epiqglobal.com

United States Bankruptcy Court for the District of Delaware

# Proof of Claim (Official Form 410)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

04/16

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim): Heidi Coyne DBA LA STYLES

Other names the creditor used with the debtor: LA STYLES

**2. Has this claim been acquired from someone else?** ☑ No ☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- |
| Name Heidi Coyne DBA LA STYLES | Name _____ |
| Address 205 English Village | Address _____ |
| 2224 Littler Lane #22 | _____ |
| 205 English Village, 205/206 | _____ |
| City Lake Havasu City | City _____ |
| State AZ    ZIP Code 86406 | State _____ ZIP Code _____ |
| Country (if International): United States | Country (if International): _____ |
| Phone: 9282211751 | Phone: _____ |
| Email: lastyles630@gmail.com | Email: _____ |

| **4. Does this claim amend one already filed?** | **5. Do you know if anyone else has filed a proof of claim for this claim?** |
| --- | --- |
| ☑ No | ☑ No |
| ☐ Yes. | ☐ Yes. |
| Claim number on court claims register (if known) _____ | Who made the earlier filing? |
| Filed on _____ | _____ |
| MM / DD / YYYY | |

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes.

Last 4 digits of the debtor's account or any number you use to identify the debtor:

6000

**7. How much is the claim?**

$ 52,224.00

**Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Indemnification (Non-Employee)

---

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe:

_____

**Basis for perfection:**

_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate (when case was filed)** _____ %

☐ Fixed  ☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of petition.

$ _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property:

_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☐ No

☑ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☑ Other. Specify subsection of 11 U.S.C. § 507 (a) ( 507(a)(2) ) that applies.

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$ _____

$ _____

$ _____

$ _____

$ _____

$ 52,224.00

---

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9): $ _____

| | |
|---|---|
| **Part 3:** | **Sign Below** |

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Heidi Coyne*                                     10/28/2020 18:05:49

Signature                                          Date

**Provide the name and contact information of the person completing and signing this claim:**

| | |
|---|---|
| Name | Heidi Coyne |
| Address | 2224 Littler Ln Apt 22 |
| | 205 English Village |
| City | Lake Havasu City |
| State | AZ                    Zip  86406-7644 |
| Country (in international) | United States |
| Phone | 9282211751 |
| Email | lastyles630@gmail.com |

Screens   Edit   Hot Keys   Options   View   Reports   Windows   Help

Session Criteria

Case Number [1] 0804 CV 020090'054 COYNE VS PIRANHA 3-D PRODUCTIO

Party

View Major Events Only? (Y/N) N

View Payment History Only? N        Event Category

Order By Most Recent? N        Beginning Date  -  -        Ending Date  -  -

Case Information
Filing Date  06-29-2009    Type  SMALL CLAIMS        Case Status  CLOSED
Judge  JILL DAVIS                        Status Date  04-28-2018

| Date | Sq | Int | P | No. | Cd | Event | Description | Void | Doc | Receipt No | Amount | R | Requestor Description | Result |
|------|----|----|----|-----|----|-------|-------------|------|-----|-----------|--------|---|----------------------|--------|
| 06-29-2009 | 01 |   | P | 001 | 103 | SMALL CLAIMS |  |  |  | 23 00 |  |  |  |
| 06-29-2009 | 02 |   | P | 001 | 934 | COPY FEE |  |  |  | 1 00 |  |  |  |
| 06-29-2009 | 03 |   | P | 001 | 975 | NOTARY SERVICES/POSTAGE FEE |  |  |  | 4 00 |  |  |  |
| 06-29-2009 | 01 | Y | P | 001 | 950 | JC SMALL CLAIMS FILING FEE |  |  | A000095337 | -23 00 |  |  |  |
| 06-29-2009 | 02 | Y | P | 001 | 934 | COPY FEE |  |  | A000095337 | -1 00 |  |  |  |
| 06-29-2009 | 03 | Y | P | 001 | 975 | NOTARY SERVICES/POSTAGE FEE |  |  | A000095337 | -4 00 |  |  |  |
| 07-07-2009 | 01 | Y | D | 001 | 284 | LETTER RECEIVED |  |  |  |  |  |  |  |
| 07-07-2009 | 02 | Y |   |   | 555 | ORDER |  |  |  |  |  |  |  |
| 07-08-2009 | 01 | Y |   |   | 258 | CERTIFICATE OF SERVICE |  |  |  |  |  |  |  |
| 07-13-2009 | 01 |   | D | 001 | 250 | SMALL CLAIMS ANSWER |  |  |  | 13 00 |  |  |  |
| 07-13-2009 | 01 | Y | D | 001 | 951 | JC SMALL CLAIMS ANSWER |  |  | A000095799 | -13 00 |  |  |  |
| 07-14-2009 | 01 | Y |   |   | 740 | NOTICE |  |  |  |  |  |  |  |
| 07-14-2009 | 02 | Y |   |   | 270 | MEDIATION CALENDAR |  |  |  |  |  |  |  |
| 07-14-2009 | 03 | Y |   |   | 284 | LETTER RECEIVED |  |  |  |  |  |  |  |
| 07-29-2009 | 01 | Y |   |   | 318 | MEDIATION |  |  |  |  |  |  |  |
| 07-29-2009 | 02 | Y |   |   | 740 | NOTICE |  |  |  |  |  |  |  |
| 07-29-2009 | 03 | Y |   |   | 262 | TRIAL/HEARING CALENDARED |  |  |  |  |  |  |  |
| 09-23-2009 | 01 |   | P | 001 | 975 | NOTARY SERVICES/POSTAGE FEE |  |  |  | 4 00 |  |  |  |
| 09-23-2009 | 02 | Y |   |   | 655 | VOLUNTARY DISMISSAL |  |  |  |  |  |  |  |
| 09-23-2009 | 03 | Y | P | 001 | 975 | NOTARY SERVICES/POSTAGE FEE |  |  | A000098562 | -4 00 |  |  |  |
| 02-07-2015 | 01 | Y |   |   | 668 | CASE PURGED |  |  |  |  |  |  |  |

To Whom It May Concern,

I, and my business LA Styles, were both directly impacted by the unethical tactics of Weinstein and his company during the spring of 2009. I had a thriving high-end fashion boutique at the world-famous London Bridge in Lake Havasu City Arizona and during my best month of May during Memorial weekend, which is a make-or-break month (business-wise), the Weinstein's set up shop filming "Piranha 3-D" which halted and slowed down foot-traffic and therefore sales during those weeks. I was originally told it was going to be only two weeks of filming, but it was pushed to eight weeks of shoots. The lead producer of the film Louis G. Friedman and I came to an agreement to open up areas to park and send people (e.g. on the cast and crew) to shop at the store to make up for lost business, however, they broke this agreement and none of it ever happened.

They completely shut down the locations surrounding the London Bridge where my store was located. And this location is where a lot of money comes through on boats, cars, and foot traffic. When I asked how much longer, I was dismissed and filming kept going. I raised concerns about the negative impact on my business (in total my business was down 30% from the previous year that month) which resulted in retaliation by the Weinstein company.

I filed a claim at the courthouse (attached) but wasn't able to come to mediation before being scared out of it. The lead producer, Louis G. Friedman, came into my store yelling and screaming. Then I was harassed on the phone by Weinstein's lawyers. They told me "he could put me out of business" and to drop the lawsuit. And that's why I dismissed it afterward in September of 2009.

I was bullied, harassed, and coerced into a negative situation by Weinstein's lead producer, Louis G. Friedman, and Weinstine's lawyers. They even got my property manager in on it too, as he contacted me saying to "stop making disruptions". I was bullied into submission with nothing to show for it but my worst months in sales for what is usually my best month. The emotional trauma of being yelled out and abused verbally also took a toll during those months.

The total money owed with interest over the last decade has come to $52,224. This amount does not include psychology damages from the harassment and intimidation along with threats.

Best regards,
Heidi Coyne
928-221-1751







# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- x
                                              :
In re:                                        :      Chapter 11
                                              :
THE WEINSTEIN COMPANY HOLDINGS,               :      Case No. 18-10601 (MFW)
LLC, et al.,                                  :
                                              :      (Jointly Administered)
                        Debtors.¹             :
                                              :
                                              :
-------------------------------------------------- x
```

## PROOF OF CLAIM FORM SOLELY WITH RESPECT TO POTENTIAL TORT CLAIMS HELD BY POTENTIAL TORT CLAIMANTS

## TORT CLAIMS BAR DATE
## IS OCTOBER 15, 2020 AT 5:00 P.M. (EASTERN TIME)

---

**PLEASE CAREFULLY REVIEW THIS FORM IN ITS ENTIRETY. PLEASE COMPLETE AND SUBMIT THIS FORM IF YOU BELIEVE YOU HAVE A TORT CLAIM, AS DEFINED ON THE FOLLOWING PAGE, AGAINST THE WEINSTEIN COMPANY HOLDINGS, LLC OR ANY OF ITS DEBTOR AFFILIATES. YOU MAY EITHER MAIL THIS FORM TO THE ADDRESS SET FORTH ON THE FOLLOWING PAGE OR SUBMIT IT ELECTRONICALLY AT WWW.WEINSTEINCLAIMS.COM.|**

***ALL HARASSMENT PROOFS OF CLAIM WILL BE KEPT CONFIDENTIAL***

---

1.     Name of claimant (will be kept confidential):

Heidi V Coyne VS Weinstein Company

2.     Dates employed by Debtors, if applicable:

---

¹ The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are 3837. The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

"Tort Claims" are any claims that arise out of or connect or relate in any way to, any actual or alleged conduct of Harvey Weinstein, which shall include, without limitation: (i) actual or alleged sexual misconduct, nonconsensual interactions, harassment (including sexual harassment), uninvited or unwelcome conduct, predatory conduct, inappropriate conduct, degrading conduct, coercive or intimidating behavior, humiliation, tort, hostile work environment, sexual assault, rape, intentional infliction of emotional distress, negligence, negligent infliction of emotional distress, battery, assault, gender violence, false imprisonment, false arrest or detention, sexual abuse, sex trafficking or discrimination based on sex or gender or any similar or related actions, or (ii) defamation, witness tampering, mail fraud, wire fraud, negligent hiring, negligent supervision, negligent retention, negligence, failure to prevent harassment or ratification whether based on direct or vicarious liability, whether domestic or foreign, whether based on breach of fiduciary (or other) duty or intentional or negligent conduct, including but not limited to allegations of failure to prevent or remedy, failure to disclose, aiding and abetting or efforts or conspiracy to prevent the disclosure, or cover up, of any of the preceding.

## [✔] CHECK THIS BOX IF YOU HAVE A TORT CLAIM (AS DEFINED ABOVE).

You may submit this form electronically at www.weinsteinclaims.com or by mailing it to:

The Weinstein Company Holdings, LLC, Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4419
Beaverton, Oregon, 97076-4419

Date: 10/28/2020 18:12:20
    0000090029

Signature: *Heidi Coyne*
Address: 2224 Littler Ln Apt 22

Lake Havasu City    AZ    86403
United States
Phone Number: 9282211751
Email: lastyles630@gmail.com

2

To Whom It May Concern,

I, and my business LA Styles, were both directly impacted by the unethical tactics of Weinstein and his company during the spring of 2009. I had a thriving high-end fashion boutique at the world-famous London Bridge in Lake Havasu City Arizona and during my best month of May during Memorial weekend, which is a make-or-break month (business-wise), the Weinstein's set up shop filming "Piranha 3-D" which halted and slowed down foot-traffic and therefore sales during those weeks. I was originally told it was going to be only two weeks of filming, but it was pushed to eight weeks of shoots. The lead producer of the film Louis G. Friedman and I came to an agreement to open up areas to park and send people (e.g. on the cast and crew) to shop at the store to make up for lost business, however, they broke this agreement and none of it ever happened.

They completely shut down the locations surrounding the London Bridge where my store was located. And this location is where a lot of money comes through on boats, cars, and foot traffic. When I asked how much longer, I was dismissed and filming kept going. I raised concerns about the negative impact on my business (in total my business was down 30% from the previous year that month) which resulted in retaliation by the Weinstein company.

I filed a claim at the courthouse (attached) but wasn't able to come to mediation before being scared out of it. The lead producer, Louis G. Friedman, came into my store yelling and screaming. Then I was harassed on the phone by Weinstein's lawyers. They told me "he could put me out of business" and to drop the lawsuit. And that's why I dismissed it afterward in September of 2009.

I was bullied, harassed, and coerced into a negative situation by Weinstein's lead producer, Louis G. Friedman, and Weinstine's lawyers. They even got my property manager in on it too, as he contacted me saying to "stop making disruptions". I was bullied into submission with nothing to show for it but my worst months in sales for what is usually my best month. The emotional trauma of being yelled out and abused verbally also took a toll during those months.

The total money owed with interest over the last decade has come to $52,224. This amount does not include psychology damages from the harassment and intimidation along with threats.

Best regards,
Heidi Coyne
928-221-1751



Screens  Edit  Hot Keys  Options  View  Reports  Windows  Help

**Search Criteria**

Case Number [D] 0804 CV 020090054 COYNE VS PIRANHA 3-D PRODUCTIO

Party [        ]                                    View Major Events Only? (Y/N) [N]

View Payment History Only? [N]      Event Category [        ]

Order By Most Recent? [N]      Beginning Date [ - - ]      Ending Date [ - - ]

**Case Information**

Filing Date: 06-29-2009   Type: SMALL CLAIMS        Case Status: CLOSED

Judge: JILL DAVIS                                   Status Date: 04-28-2013

| Date | Sq | Int | P | No | Cu | Event | Description | Void | Doc | Receipt No | Amount | H | Requestor Description | Result |
|------|----|----|----|----|----|-------|-------------|------|-----|-----------|--------|---|----------------------|--------|
| 06-29-2009 | 01 |  | P | 001 |  | 108 | SMALL CLAIMS |  |  |  | 23.00 |  |  |  |
| 06-29-2009 | 02 |  | P | 001 |  | 934 | COPY FEE |  |  |  | 1.00 |  |  |  |
| 06-29-2009 | 03 |  | P | 001 |  | 973 | NOTARY SERVICES/POSTAGE FEE |  |  |  | 4.00 |  |  |  |
| 06-29-2009 | 01 | Y | P | 001 |  | 930 | JC SMALL CLAIMS FILING FEE |  |  | A000095337 | -23.00 |  |  |  |
| 06-29-2009 | 02 | Y | P | 001 |  | 934 | COPY FEE |  |  | A000095337 | -1.00 |  |  |  |
| 06-29-2009 | 03 | Y | P | 001 |  | 973 | NOTARY SERVICES/POSTAGE FEE |  |  | A000095337 | -4.00 |  |  |  |
| 07-07-2009 | 01 | Y | D | 001 |  | 284 | LETTER RECEIVED |  |  |  |  |  |  |  |
| 07-07-2009 | 02 | Y |  |  |  | 559 | ORDER |  |  |  |  |  |  |  |
| 07-03-2009 | 01 | Y |  |  |  | 258 | CERTIFICATE OF SERVICE |  |  |  |  |  |  |  |
| 07-13-2009 | 01 |  | D | 001 |  | 250 | SMALL CLAIMS ANSWER |  |  |  | 13.00 |  |  |  |
| 07-13-2009 | 01 | Y | D | 001 |  | 931 | JC SMALL CLAIMS ANSWER |  |  | A000095799 | -13.00 |  |  |  |
| 07-14-2009 | 01 | Y |  |  |  | 740 | NOTICE |  |  |  |  |  |  |  |
| 07-14-2009 | 02 | Y |  |  |  | 270 | MEDIATION CALENDAR |  |  |  |  |  |  |  |
| 07-14-2009 | 03 | Y |  |  |  | 284 | LETTER RECEIVED |  |  |  |  |  |  |  |
| 07-29-2009 | 01 | Y |  |  |  | 318 | MEDIATION |  |  |  |  |  |  |  |
| 07-29-2009 | 02 | Y |  |  |  | 740 | NOTICE |  |  |  |  |  |  |  |
| 07-29-2009 | 03 | Y |  |  |  | 262 | TRIAL/HEARING CALENDARED |  |  |  |  |  |  |  |
| 09-23-2009 | 01 | Y | P | 001 |  | 973 | NOTARY SERVICES/POSTAGE FEE |  |  |  | 4.00 |  |  |  |
| 09-23-2009 | 02 | Y |  |  |  | 655 | VOLUNTARY DISMISSAL |  |  |  |  |  |  |  |
| 09-23-2009 | 01 | Y | P | 001 |  | 973 | NOTARY SERVICES/POSTAGE FEE |  |  | A000093562 | -4.00 |  |  |  |
| 02-01-2015 | 01 | Y |  |  |  | 668 | CASE PURGED |  |  |  |  |  |  |  |

