# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC Liquidation Trust, LLC, | ) | Case No.: 18-10601 (MFW) |
| | ) | |
| Debtor. | ) | Re: Docket No. 3470 |

## ILLINOIS DEPARTMENT OF REVENUE'S RESPONSE
## TO LIQUIDATION TRUSTEE'S FIRST OMNIBUS OBJECTION

The Illinois Department of Revenue ("IDOR"), by its attorney, Kwame Raoul, Illinois Attorney General, responds to the *LIQUIDATION TRUSTEE'S FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN: (A) AMENDED AND SUPERSEDED CLAIMS; (B) DUPLICATE CLAIMS; (C) NO LIABILITY CLAIMS; AND (D) MISCLASSIFIED CLAIMS* (Doc. 3470), and in support of its proof of claim states the following:

### BACKGROUND

1. On April 22, 2022, the Liquidation Trustee filed their First Omnibus Objection to certain claims. One category of objection was that certain claims have no basis in the Debtors' books and records and the Liquidation Trustee therefore requests that those "No Liability Claims" be disallowed and expunged in their entirety.

2. Among the claims identified as "No Liability Claims" is IDOR's Claim No. 20064, an unsecured priority tax claim in the amount of $3,144.

3. The stated reason for disallowance of IDOR's priority claim is "No record of liability on the Debtors' books and records. No documentation attached to validate claim."

## THE IDOR CLAIM

4. On December 13, 2018, IDOR timely filed its proof of claim for taxes owed in the amount of $3,144 with Epiq. A copy of the claim is attached as **Exhibit A**.

5. The claim is for 2017 Illinois Income Taxes due on the Debtor's Illinois Partnership Replacement Tax return (Form IL-1065). The computed tax liability was admitted on the Debtor's return.

6. While the Debtor initially filed the 2017 showing no amount owed, the Debtor initially claimed credits from a prior year on its return to cover the tax liability that IDOR's records did not show as available. As such, IDOR issued a Return Correction Notice informing the Debtor that no credits were available and that $3,144 in tax was due. IDOR also requested that the Debtor provide proof of any payment or credit the Debtor was seeking to claim. A copy of the Return Correction Notice is attached as **Exhibit B**.

7. No response was received, and on January 11, 2019, IDOR issued a Notice of Tax Due for the 2017 taxes, in the amount of $3,144 plus penalty and interest, a copy of which is attached as **Exhibit C**.

8. The Debtor's confusion over their available credits appears to originate from the 2013 tax year, in which the Debtor claimed a refund of a credit in the amount of $23,412. However, in 2014 the Debtor attempted to claim the same refunded $23,412 amount as a credit carry-forward.

9. In each subsequent year, the Debtor continued to make claims to a portion this previously refunded credit, and each year the claimed credit was disallowed. Ultimately, the Debtor paid the resulting underpayment, plus applicable penalty and interest, for each tax years 2014, 2015, and 2016.

10. For 2018, which was marked as a "Final Return," the Debtor claimed a refund of the remaining credit. This was likewise denied, as there was no credit to refund.

**The Objection**

11. The Debtor's Objection to the IDOR claim is that the liability is not reflected in their books and records. The Debtor also alleges that there is no documentation attached to validate the IDOR claim.

12. IDOR acknowledges that its standard claim attachment appears to have been omitted from its filing through Epiq. Attached as **Exhibit D** is the proof of claim attachment that was contemporaneously generated at the time the claim was filed with Epiq, and which was intended to accompany its claim.

13. The Debtor alleges that the failure by IDOR to attach supporting documentation to its claim deprives the claim of *prima facie* validity. The Debtor is mistaken.

14. Rule 3002(c)(1) does not require any documentation to be attached to a statutory tax claim, as the tax claim is not "based upon a writing." *See State Bd. of Equalization v. L.A. Int'l Airport Hotel Assocs. (In re L.A. Int'l Airport Hotel Assocs.)*, 106 F.3d 1479, 1480 (9th Cir. 1997).

15. Since IDOR's tax claim was not "based upon a writing" and IDOR was not *required* to attach documentation to the claim under Rule 3002(c)(1), the IDOR claim is entitled to *prima facie* validity. *Lampe v. Lampe*, 665 F.3d 506, 515 (3d Cir. 2011).

16. The Debtor's "Books and Records" argument fails to overcome the validity of the IDOR claim.

WHEREFORE, IDOR requests that the Court overrule the objection to IDOR claim 20064.

                                          Illinois Department of Revenue
                                          By:    Kwame Raoul
                                          Illinois Attorney General

                                          By: _/s/ Robert O. Lynch_
                                                  Robert O. Lynch
                                                  Assistant Attorney General
                                                  Revenue Litigation Bureau
                                                  100 W. Randolph Street
                                                  Chicago, IL 60601
                                                  T: (312) 814-5195
                                                  F: (312) 814-3985
                                                  Robert.Lynch2@Illinois.gov

## CERTIFICATE OF SERVICE

       I, Robert Lynch, certify that on May 17, 2022, a true copy of the foregoing was served on all parties registered for electronic service through the Court's CM/ECF system, including, but not limited to, the following counsel for the Liquidating Trustee:

Colin R. Robinson    crobinson@pszjlaw.com

Dated: May 17, 2022                                */s/ Robert O. Lynch*

# Exhibit A

IDOR Claim 20064

| United States Bankruptcy Court for the District of Delaware | | |
|---|---|---|
| **Name of Debtor:** The Weinstein Company Holdings LLC | **For Court Use Only** | |
| | Claim Number: | 0000020064 |
| **Case Number:** 18-10601 | File Date: | 12/13/2018 16:58:34 |

# Proof of Claim (Official Form 410)

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

04/16

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): IL Dept of Revenue Bankruptcy Section

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?** ☑ No ☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name: IL Dept of Revenue Bankruptcy Section | Name: |
| Address: IL Dept of Revenue Bankruptcy Section | Address: |
| PO Box 19035 | |
| City: Springfield | City: |
| State: IL  ZIP Code: 62794 | State:  ZIP Code: |
| Country (if International): | Country (if International): |
| Phone: 217-557-9474 | Phone: |
| Email: Rev.Bankruptcy@Illinois.gov | Email: |

**4. Does this claim amend one already filed?**
☑ No
☐ Yes.
   Claim number on court claims register (if known) _____
   Filed on _____
         MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes.
   Who made the earlier filing? _____

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:
3837
___ ___ ___ ___

**7. How much is the claim?**

$ 3,144.00

**Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Tax Claims

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____
Amount of the claim that is unsecured: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed ☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of petition.
$_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property:
_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☐ No
☑ Yes. Check one:

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$ 3,144.00

$_____

$_____

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No
☐ Yes. Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9): $_____

| Part 3: | Sign Below |
|---|---|

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Mary Albert*          12/13/2018 16:58:34

Signature          Date

**Provide the name and contact information of the person completing and signing this claim:**

Name: Mary Albert
Address: PO Box 19035
City: Springfield
State: IL    Zip: 62794
Country (in international): USA
Phone: 217-557-9474
Email: Mary.Hobbs@Illinois.gov

# Exhibit B

2017 Return Correction Notice

# Return Correction Notice



**STATE OF Illinois**
**DEPARTMENT OF REVENUE**
tax.illinois.gov

#BWNKMGV
#CNXX XX88 96X6 4487#
THE WEINSTEIN COMPANY HOLDINGS LLC
99 HUDSON STREET
NEW YORK NY  10013

November 26, 2018

**Letter ID:** CNXXXX8896X64487

**Account ID:**
**FEIN:** 20-2183837
**Reporting period:** December 2017

## We have found problems with your Form IL-1065, Partnership Replacement Tax Return.

- We changed the amount of total payments and credits you claimed on your return. Our records indicate that you have the following amounts available:

    - Credit for previous year overpayment*                    $0.00
    - Estimated payments (516 Payments Included)               $0.00
    - IL-505-B prepayments                                     $0.00
    - Pass-Through Withholding Credit                          $0.00
    - Illinois gambling Withholding                            $0.00

*The amount listed may include credit from your previous year Form IL-1023-C.
The payments we have on file are listed below. If you disagree, please send us a copy of the front and back of each missing cancelled check or money order you issued, or any electronic confirmation you received to make your payments.

| NUMBER ON CHECK | DATE | AMOUNT |
|---|---|---|

No payments have posted for this reporting period.

 *If you have an amount due, send us your payment with the voucher on the enclosed Taxpayer Statement.*

 *If a response or missing documentation is required, send it to us within 30 days with a copy of this notice.*

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19004
SPRINGFIELD IL 62794-9004

For questions, visit our website at tax.illinois.gov or call us weekdays between 8:00 a.m. and 4:00 p.m. at the telephone number listed below.

1 800-732-8866
217 782-3336
TDD 1 800 544-5304

# Account Notice



#BWNKMGV
#CNXX X142 6477 36X8#
THE WEINSTEIN COMPANY HOLDINGS LLC
99 HUDSON STREET
NEW YORK NY  10013

November 26, 2018

**Letter ID:** CNXXX142647736X8

**Account ID:**
**Reporting period:**  December 2017

### Here is information about your December 2017 Form IL-1065, Partnership Replacement Tax Return.

- You did not make full payment by the required due date.

**As a result we have assessed the amounts shown below.**

|  | Liability | Payments/Credit | Unpaid Balance |
|---|---:|---:|---:|
| Tax | 3,144.00 | 0.00 | 3,144.00 |
| Late-Payment Penalty | 314.40 | 0.00 | 314.40 |
| Interest | 89.67 | 0.00 | 89.67 |
| **Totals** | 3,548.07 | 0.00 | **$3,548.07** |

If you believe you do not owe an amount identified above or have any questions, please call one of the numbers listed below.

1 800 732-8866
217 782-3336
TDD 1 800 544-5304

**Note:** If you are under bankruptcy protection, see the "Bankruptcy Information" section on the following pages of this notice for additional information and instructions.

IDOR-1-OA (R-05/17)

P-000189

# Exhibit C

2017 Notice of Tax Due

# Notice of Tax Due



**STATE OF Illinois**
**DEPARTMENT OF REVENUE**
tax.illinois.gov

#BWNKMGV
#CNXX X187 6369 52X4#
THE WEINSTEIN COMPANY HOLDINGS LLC
99 HUDSON ST FL 4
NEW YORK NY 10013-2858

January 11, 2019

**Letter ID:** CNXXX187636952X4

**Account ID:**
**Reporting period:** December 2017

### Here is information about your December 2017 Form IL-1065, Partnership Replacement Tax Return.

- You did not make full payment by the required due date.

**As a result we have assessed the amounts shown below.**

To avoid cost of collection fees, additional penalties and interest for this assessment, you must pay on or before February 11, 2019. Please use the voucher on the enclosed Taxpayer Statement to make your payment

|  | Liability | Payments/Credit | Unpaid Balance |
|---|---|---|---|
| Tax | 3,144.00 | 0.00 | 3,144.00 |
| Late-Payment Penalty | 314.40 | 0.00 | 314.40 |
| Interest | 110.42 | 0.00 | 110.42 |
| **Assessment Total** | **$3,568.82** | **$0.00** | **$3,568.82** |

If you believe you do not owe an amount identified above or have any questions, please call one of the numbers listed below.

1 800 732-8866
217 782-3336
TDD 1 800 544-5304

**Note:** If you are under bankruptcy protection, see the "Bankruptcy Information" section on the following pages of this notice for additional information and instructions.

IDOR-2-BILL (R-12/17)

P-000091

# Exhibit D

Proof of Claim Attachment



# Illinois Department of Revenue
# Attachment to Proof of Claim
# Bankruptcy 18-10601 filed 19-Mar-2018 by
# THE WEINSTEIN COMPANY HOLDINGS LLC

| Period | Assessed* | Tax Type | Tax ID | Calculated To Bankruptcy Petition Date | | | Lien | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Tax | Penalty | Interest | Date | County |
| 12/31/2017 | | IL Business Income Tax | 0848 | $3,144.00 | $0.00 | $0.00 | | |

* If "Assessed" = "Priority" then equitable tolling applies
IDOR-7-BC (R-11/15) - 410 Attachment