**<u>EXHIBIT B</u>**

**Proof of Claim**

**RECEIVED**

FEB 1 4 2019

**LEGAL SERVICES**

| Fill in this information to identify the case: |
|---|

Debtor 1    THE WEINSTEIN COMPANY, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   District of Delaware

Case number   18-10620 (MFW)

Filed: USBC - District of Delaware
The Weinstein Company Holdings LLC, et al., (B10)
18-10601 (MFW)

**TWC**

0000000188

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Wanda Pictures (Hong Kong) Co., Ltd
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Ruben Igielko-Herrlich, Propaganda GEM
Name

11264 Playa Court
Number    Street

Culver City      CA      90230
City          State      ZIP Code

Contact phone (310) 397-2300

Contact email ruben@propagandagem.com

Where should payments to the creditor be sent? (if different)

Wanda Pictures (Hong Kong) Co., Ltd
Name

See paragraph 10 of Addendum
Number    Street

City          State      ZIP Code

Contact phone (310) 397-2300

Contact email ruben@wandamedia.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/___  MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing?

Official Form 410                        Proof of Claim                        page 1

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. **How much is the claim?** $_____16,337,421.00_. Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Amounts due under Financing and Distribution Agreement

9. **Is all or part of the claim secured?**

☐ No

☑ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe:   See Addendum to Proof of Claim

**Basis for perfection:**   See Addendum to Proof of Claim

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $_____

Amount of the claim that is secured:   $_16,337,421.00_

Amount of the claim that is unsecured:   $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_16,337,421.00_

Annual Interest Rate (when case was filed)_5.60_ %

☐ Fixed

☑ Variable

10. **Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

11. **Is this claim subject to a right of setoff?**

☐ No

☑ Yes. Identify the property: See Addendum to Proof of Claim

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   02/08/2019
                   MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Ruben Igielko-Herrlich | | |
| | First name | Middle name | Last name |
| Title | Chief Executive Officer & Co-Founder | | |
| Company | Propaganda GEM | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer | | |
| Address | 11264 Playa Court | | |
| | Number        Street | | |
| | Culver City, CA 90230 | CA | 90230 |
| | City | State | ZIP Code |
| Contact phone | (310) 869-5036 | Email | ruben@propagandagem.com |

## ADDENDUM TO PROOF OF CLAIM

1. Claimant Wanda Pictures (Hong Kong) Ltd. ("Wanda") and debtor The Weinstein Company, LLC ("TWC") are parties to a Financing and Distribution Agreement dated as of January 28, 2014. A copy of the Financing and Distribution Agreement is attached hereto as Exhibit 1. The Financing and Distribution Agreement was modified and supplemented by a letter agreement dated as of January 28, 2014, a copy of which is attached hereto as Exhibit 2. The Financing and Distribution Agreement as modified and supplemented by the January 28, 2014 letter agreement are hereinafter jointly referred to as the "Financing Agreement."

2. Pursuant to the Financing Agreement, Wanda provided funding to TWC in connection with the production of the motion picture "Southpaw."

3. TWC is obligated to make payments to Wanda under the Financing Agreement. TWC's payment obligations under the Financing Agreement are secured by a Security Agreement (the "Security Agreement") dated "March __, 2014" between TWC, Check Hook LLC (a subsidiary of TWC), and Wanda, a copy of which is attached hereto as Exhibit 3. Wanda has filed UCC Financing Statements to perfect its rights under the Security Agreement copies of which are collectively attached hereto as Exhibit 4.

4. TWC failed to make all of the payments due and owing to Wanda under the Financing Agreement.

5. As set forth in a written accounting provided by TWC to Wanda on or about October 16, 2017, a copy of which is attached hereto as Exhibit 5, as of September 30, 2017, TWC owed Wanda $16,337,421. This amount was due and owing to Wanda as of the filing of TWC's chapter 11 petition (the "Petition Date") and remains due and owing to Wanda as of the date of this response.

6. TWC's Schedule E/F, filed April 23, 2018, [Dkt. No. 320 at Page 153] lists Wanda as an unsecured creditor owed $14,407,220.54 (the "TWC Scheduled Amount") as of the Petition Date. The TWC Scheduled Amount is listed as not subject to offset and not contingent, unliquidated or disputed.

7. The difference between the TWC Accounting Amount and the TWC Scheduled Amount appears to relate to an agreement among TWC, Weinstein Global Film Corp. ("Weinstein Global") and Wanda contained in a certain "Wanda-Lion Side Letter," dated February 1, 2017, pursuant to which TWC, Weinstein Global and Wanda agreed that TWC could apply and credit against amounts TWC owes to Wanda in connection with the Financing Agreement the amounts Wanda owed to Weinstein Global in connection with an agreement between Weinstein Global and Wanda related to the motion picture "Lion."

8. TWC reserves the right to amend and/or supplement this Proof of Claim at any time and in any manner. TWC also reserves the right to file additional proofs of claim or requests for payment for the amounts claimed or asserted herein and/or for any other claim which may be based on or relate to any or all of the Debtor's post-petition obligations under the Agreement or otherwise. The filing of this Proof of Claim shall not be deemed a waiver of any such claims or amounts. TWC reserves the right to assert any rights, claims, remedies or defenses it may have against Lantern Entertainment, LLC under the Financing Agreement, the Security Agreement or any related documents or agreements at law, or in equity.

9. The filing of this Proof of Claim shall not constitute (a) a waiver of any of Wanda's rights, claims remedies or defenses under the Financing Agreement, the Security Agreement or any related documents or agreements at law, or in equity, against any person, entity or property all of which rights claims and defenses are expressly reserved; (b) a waiver or release of

Wanda's right to have any and all final orders in any and all non-core matters entered only after

*de novo* review by a United States District Court; (c) a consent by Wanda to the jurisdiction of

this Court for any purpose other than with respect to this Proof of Claim; (d) an election of a

remedy; (e) a waiver or release of any rights which Wanda may have to a jury trial; (f) an

election pursuant to 11 U.S.C. § 1111(b); or (g) a waiver of the right to move to withdraw the

reference with respect to the subject matter of this Proof of Claim, any objection thereto or any

other proceedings which may be commenced in this case against or otherwise involving Wanda,

including without limitation, any adversary proceeding that was or may be commenced by any

party, committee, or ad hoc committee in this case.

      10. Payments on the Proof of Claim should be made by wire transfer to Wanda Pictures

(Hong Kong) Co., Limited as follows:

> Beneficiary name: Wanda Pictures (Hong Kong) Co., Limited
> Banker's name: Bank of China (Hong Kong) Limited
> Banker's address: 10/F, Bank of China Tower, 1 Garden Road, Hong Kong
> Account number: ████████
> Swift code: BKCHHKHHXXX
> Bank code: 012
> Branch code: 875

# Exhibit 1

## FINANCING AND DISTRIBUTION AGREEMENT
融资与发行协议

THIS BINDING FINANCING AND DISTRIBUTION AGREEMENT ("AGREEMENT") PROVIDES THE TERMS OF THE AGREEMENT BETWEEN THE WEINSTEIN COMPANY, LLC ("TWC") AND WANDA PICTURES (HONG KONG) CO., LTD. ("WANDA"), REGARDING THE FINANCING AND DISTRIBUTION OF THAT CERTAIN MOTION PICTURE DESCRIBED HEREIN.

本具有约束力的融资与发行协议（"<u>协议</u>"）规定了 THE WEINSTEIN COMPANY, LLC（"<u>TWC</u>"）与 WANDA PICTURES (HONG KONG) CO., LTD.（"<u>万达</u>"）之间就本协议所述的电影影片的融资与发行所达成的协议条款。

| | | |
|---|---|---|
| 1. | **Date:** | As of January 28, 2014 |
| | 日期： | 于 2014 年 1 月 28 日 |
| 2. | **Parties:** | TWC; and |
| | 双方： | <u>TWC</u>: 以及 |
| | | Wanda |
| | | <u>万达</u> |
| 3. | **Picture:** | The theatrical motion picture currently entitled *Southpaw*, starring Jake Gyllenhaal and directed by Antoine Fuqua (the "**Picture**"). TWC shall provide the following elements to Wanda for the Picture ("Submission Package") as soon as reasonably practicable (but in no event later than fourteen (14) days prior to commencement of funding by Wanda): (a) screenplay, (b) Production Budget (as defined below) top sheet and cash flow schedule, (c) proposed director, (d) proposed principal cast members, (e) third party participations to the extent known at the time and an estimate of additional third party gross participations to be granted, (f) anticipated start date, (g) anticipated Production Benefits (as defined below), (h) anticipated delivery date, (i) anticipated initial theatrical release date, (j) preliminary budget for prints and advertising costs relating to the initial theatrical release of the Picture in the U.S., and (k) sales estimates for territories outside of the U.S. reflecting estimated sales totaling approximately seventy-two percent (72%) of the Production Budget for the Picture. TWC will involve Wanda in the preparation process for elements of the Submission Package that are currently works-in-progress. If a Material Changed Element occurs in respect of the Picture after the applicable Submission Package is submitted to Wanda and prior to the commencement of pre-production in respect of the Picture, then Wanda shall have the right, in its sole discretion, to cancel its rights and obligations under this Agreement with respect to the Picture. For purposes of the preceding sentence, a "**Material Changed Element**" in respect of the Picture shall mean: (i) Jake Gyllenhaal and/or Antoine Fuqua is/are replaced; (ii) the Production Budget for |
| | 影片： | |



2

the Picture increases by more than twenty percent (20%); (iii) an additional five percent (5%) of first dollar gross participations are incurred in connection with the Picture; and (iv) the aggregate sales estimates for the Picture decrease by more than ten percent (10%). In the event of any Material Changed Element occurring after the applicable Submission Package is submitted to Wanda and prior to the commencement of pre-production of the Picture, TWC shall promptly advise Wanda with written notice setting forth the Material Changed Element, and Wanda shall have ten (10) business days from receipt of such notice to notify TWC in writing whether Wanda elects to cancel its obligations under this Agreement with respect to the Picture. If Wanda fails to notify TWC within such period, then Wanda shall be deemed to have elected not to cancel its rights and obligations under this Agreement with respect to the Picture. Amounts advanced by Wanda with respect to the Picture as of the date of such cancellation notice, if any, shall be promptly repaid to Wanda.

目前名称为 Southpaw（由 Jake Gyllenhaal 主演并由 Antoine Fuqua 执导）的影院电影影片（"影片"）。TWC 应在合理实际可行的最短时间内（但无论如何应在万达开始提供资金之前提前至少十四（14）日）就影片向万达提供下列内容（"提交的文件包"）：(a) 剧本，(b) 制作预算（定义见下）的首页和现金流量表，(c) 拟选用的导演，(d) 拟选用的主要演员，(e) 当时所知的第三方参与分红的情况以及预计将允许的额外的第三方参与毛收入分配的情况，(f) 预计启动日期，(g) 预期的制作收益（定义见下），(h) 预计交付日期，(i)预计的首次院线上映日期，(j) 与影片在美国首次院线上映有关的宣发成本的初步预估，以及(k) 美国境外地区的销售额预估（显示的预估销售额合计约占影片制作预算的百分之七十二（72%））。TWC 将邀请万达参与目前正在进行的提交的文件包内容的准备过程。如果在相关提交的文件包提交给万达之后并在影片前期制作启动之前，影片发生重大变动因素，则万达有权自行决定取消其在本协议项下有关影片的权利和义务，为期一（1）日的。影片的"重大变动因素"指：(i)Jake Gyllenhaal 和/或 Antoine Fuqua 被替换；(ii)影片的制作预算增加了超过百分之二十（20%）；(iii)影片的毛收入参与分配额增加了额外百分之五（5%）；和(iv)影片的总销售额预估下降了超过百分之十（10%）。如果在相关提交的文件包提交给万达之后并在影片前期制作启动之前发生任何重大变动因素，TWC 应及时书面通知万达，该等通知中应列明重大变动因素，万达应在收到该等通知后十（10）个工作日内书面通知 TWC。万达是否选择取消其在本协议项下有关影片的义务。如果万达未在该等期间内通知 TWC，则视为万达选择不取消其在本协议项下有关影片的权利与义务。截至该等取消通知之日万达为影片预付的余额（如果有）应及时退回万达。

| | |
|---|---|
| **4. Production Budgets:**<br>制作预算： | The estimated cost to produce, complete and deliver the Picture, including development costs, bond fees, the TWC Producer Fee, the Wanda Producer Fee, and a ten percent (10%) contingency ("Production Budget") that is submitted to Wanda in the applicable Submission Package shall not exceed US$25mm. The final |



Production Budget for the Picture shall not exceed US$30mm (inclusive of any percentage variation in the Production Budget that does not constitute a Material Changed Element, i.e. an increase of up to twenty percent (20%) of the Production Budget) without Wanda's prior written consent.

在相关提交的文件包中呈交给万达的关于制作、完成和交付影片的成本、包括开发成本、溢证金、TWC 制片人费、万达制片人费和百分之十（10%）的或有费用（"制作预算"），不得超过 2500 万美元。未经万达事先书面批准，影片的最终制作预算不得超过 3000 万美元（包括不构成重大变动因素的制作预算中的任何百分比变更，即制作预算增加不超过百分之二十（20%））。

| | |
|---|---|
| 5. **Production Financing:** | Upon full execution of this Agreement and provided that with |
| 制作融资： | respect to the Picture (i) Wanda has received the Submission |

Package, (ii) the producer's completion agreement (the "Completion Agreement") between TWC and the completion guarantor relating to the Completion Guaranty (as defined below) has been executed by the parties and the completion guarantor has undertaken to oversee and monitor the production of the Picture pursuant to the Completion Agreement, (iii) counsel for TWC's facility lender has approved chain-of-title, and (iv) Wanda has been granted the Security Interest (as defined below) (collectively, the "Funding Conditions"), then, subject only to the Pre-Completion Guaranty Funding Cap (as defined below) until such time that the Completion Guaranty is put in place, Wanda shall advance one hundred percent (100%) of the production costs for the Picture up to the amount of the Production Budget ("**Budgeted Production Costs**"). Such amount (less cash deposits actually received from distribution sales which shall be credited against the Budgeted Production Costs) shall be advanced by Wanda not later than the commencement of pre-production of the Picture into an escrow account established by the completion guarantor for the production and from which the completion guarantor shall advance sums to TWC to be spent pursuant to the bonded cash flow schedule. The only conditions to the funding of (and release of funds from) such escrow account (but only up to the Pre-Completion Guaranty Funding Cap until such time that the Completion Guaranty is put in place) shall be the Funding Conditions; provided however, upon the commencement of funding by Wanda and during all periods thereafter, TWC shall comply with all of the terms, conditions and requirements of the Completion Agreement as required by the completion guarantor and TWC shall take all steps necessary to ensure that all amounts advanced by Wanda will be credited toward the "strike price" pursuant to the Completion Agreement. TWC shall consult with Wanda regarding the bonded cash flow schedule and delivery date for the Picture. TWC or the completion guarantor shall be responsible for funding all cost overruns ("**Overbudget Amounts**") excluding Enhancements (as defined below). All Budgeted Production Costs, First Level Enhancement Costs (as defined below), Second Level Enhancement Costs (as defined below) and Overbudget Amounts, plus interest thereon calculated at



∂m 3/42

an annual rate equal to one hundred twenty-five percent (125%) of the prime rate of interest as published in The Wall Street Journal from time to time ("Interest"), shall be recouped in accordance with Exhibits B and C hereto. Interest shall accrue from the time a cost is incurred until the time such cost is recouped; provided, however, that Interest on development costs shall be capped at thirty-six (36) months. Production Budget underages shall promptly be returned to Wanda. For purposes of this Agreement, the total amount of Budgeted Production Costs, First Level Enhancement Costs (if any) and Second Level Enhancement Costs (if any) advanced by Wanda in connection with the Picture shall be collectively referred to herein as the"Wanda Investment".

在本协议签署后且就影片而言下述条件满足后，并且在影片担保到位之前受制于完片担保前出资限额（如下文所定义），万达应为影片预付百分之百（100%）的制作成本，但金额最高不超过制作预算（"预算内制作成本"）：(i)万达已收到提交的文件包，(ii) TWC 与完片担保人之间有关完片担保（定义见下）的制片人完片协议（"完片协议"）已向双方签署，且完片担保人已承诺根据完片协议对影片的制作进行监督和监管，(iii) TWC 的融资贷款人的律师已认可 TWC 制作该影片的权利（产权链文件），并且(iv)万达已获授担保权益（定义见下）（统称为"出资条件"）。该等金额（减掉从发行销售中实际收到的现金存款（该等现金存款应充抵预算内制作成本）应由万达在不晚于影片开始前期制作时存入完片担保人为影片制作而设立的一个托管账户，并且完片担保人应从该账户向 TWC 预付金额以依照经完片担保人批准的现金流量表进行花销。向该托管账户提供资金以及从中支取资金（但在完片担保到位之前，其金额应以完片担保前出资限额为限）均应遵守出资条件，但是，在万达开始提供资金后并在之后的所有期间内，TWC 应遵守完片担保人在完片协议中要求的一切条款、条件和要求，并且 TWC 应采取一切必要措施确保万达预付的所有金额将根据完片协议用于抵扣"融资额"。TWC 应与万达商讨经完片担保人批准的现金流量表和影片交付日期。TWC 或完片担保人应负责提供除改进（定义见下）以外的所有成本超支部分（"超预算金额"）。所有预算内制作成本、一级改进成本（定义见下）、二级改进成本（定义见下）和超预算金额及其利息（利息按照《华尔街日报》不时公布的最优惠利率的百分之一百二十五（125%）的年利率计算（"利息"））应按照本协议附件 B 和附件 C 回收。利息应自成本发生之日开始计算，直到该等成本回收之日为止；但是，开发成本的利息计算应以三十六（36）个月为限。制作预算的结余应及时退还给万达。为本协议之目的，万达为影片预付的预算内制作成本、一级改进成本（如果有）和二级改进成本（如果有）在本协议中合称为"万达投资"。

| | | |
|---|---|---|
| **6.** | **Production Matters:** | TWC or an affiliate shall be responsible for producing, completing and delivering the Picture, and TWC shall manage and control all creative, business and other matters relating to such production. Wanda shall have the opportunity to consult with TWC's greenlighting committee regarding its decision process in respect of greenlighting the Picture (including the screenplay's development |
| | 制作事宜： | |

4



history and changes to the screenplay). TWC shall provide or make available to Wanda (to the extent they are available) cost reports and ledgers concerning the cash flow and general financial status of the Picture (including, without limitation, "estimated final cost" and "cost to complete" reports). TWC shall consult with Wanda with regard to key creative and business elements of the Picture, and shall give good faith consideration to Wanda's suggestions or recommendations regarding the potential incorporation of Chinese elements (including cast and crew). If TWC in its sole discretion uses Chinese cast or crew in connection with the production of the Picture, then TWC and Wanda shall have joint approval of such Chinese cast and crew, provided that in the event of disagreement, Wanda's decision shall be final and controlling. TWC shall not include any scene in the Picture that is critical of the Chinese government, Chinese history, or Chinese culture. In addition, TWC shall consult with Wanda on any scene, visual or audio, with Chinese elements regarding Wanda's concerns (if any) about politically or culturally sensitive depictions in the Picture. TWC shall involve Wanda in periodic meetings or updates with creative, finance and production departments concerning the Picture, and Wanda shall have the right at its sole cost and expense to have its own representative present during the pre-production, production and post-production periods of the Picture (including without limitation on the set and at locations during production). Without limiting the foregoing provisions of this <u>Section 6</u>, Wanda shall have the consultation rights in respect of the pre-production and production of the Picture as set forth on <u>Exhibit A</u> hereto.

<u>TWC</u> 或其关联方应负责制作、完成和交付<u>影片</u>，且 <u>TWC</u> 应管理并控制与该等制作相关的一切创意、业务及其它事宜。<u>万达</u>应有机会就 <u>TWC</u> 的制片决策委员会审查通过<u>影片</u>的决策流程向该等委员会进行咨询（包括剧本开发历史和对剧本的改动）。<u>TWC</u> 应向<u>万达</u>提供或使<u>万达</u>可获得（在可获得的范畴内）有关<u>影片</u>的现金流和整体财务状况的成本报告和账目（包括但不限于"预期最终成本"和"完片尚需成本"报告）。<u>TWC</u> 应就<u>影片</u>的核心创意元素与商业元素征询<u>万达</u>的意见，并应本着诚信原则考虑<u>万达</u>提出的、有关加入中国元素（包括演员和剧组工作人员）之可能性的建议或推荐意见。如果 <u>TWC</u> 自行决定在<u>影片</u>的制作中使用<u>中国</u>演员或剧组工作人员，则 <u>TWC</u> 和<u>万达</u>应对该等<u>中国</u>演员和剧组工作人员作出批准，但是，在无法达成一致意见的情况下，<u>万达</u>的决定为最终决定并以该决定为准。<u>TWC</u> 不得在<u>影片</u>中包含批评<u>中国</u>政府、<u>中国</u>历史或<u>中国</u>文化的任何场景。此外，对于包含<u>中国</u>元素的场景（视频或音频），如果<u>万达</u>担心在<u>影片</u>中的体现会涉及政治或文化上敏感的问题，<u>TWC</u> 应与<u>万达</u>进行商讨。<u>TWC</u> 应安排<u>万达</u>参与就<u>影片</u>与创意、财务和制作部门的定期会议或最新进展报告，且<u>万达</u>有权在<u>影片</u>的前期制作、制作和后期制作期间内自担成本和费用派代表到现场（包括但不限于在制作现场和制作期间的地点）。在不限制本<u>第 6 条</u>前述规定的前提下，<u>万达</u>享有本协议<u>附件 A</u> 所规定的与<u>影片</u>的前期制作和制作相关的商讨权。

In connection with the Picture, (i) TWC shall be entitled to a



budgeted producing fee of US$1.5mm (the **"TWC Producer Fee"**) and (ii) Wanda shall be entitled to a budgeted producing fee of US$250,000 (the "Wanda Producer Fee"). Subject to the approval of the completion guarantor and provided the following setoff does not reduce the Production Benefits in respect of the Picture, Wanda shall have the right to receive the Wanda Producer Fee for the Picture by offsetting the amount of such Wanda Producer Fee against (and thereby reducing by an equal amount) the amount of Budgeted Production Costs to be funded by Wanda for the Picture.

就影片而言，(i)TWC 有权获得一笔金额为 150 万美元的预算内制作费（"TWC 制片人费"）；并且(ii)万达有权获得一笔金额为 250,000 美元的预算内制作费（"万达制片人费"）。在获得完片担保人批准后并在下列抵扣不会减少影片的制作收益的前提下，万达有权通过用万达制片人费抵扣万达应为影片出资的预算内制作成本（并因而从中扣减相同金额）的方式收取影片的万达制片人费。

Wanda shall have the right to apply for U.S.-China co-production status for the Picture and TWC shall cooperate reasonably and in good faith with Wanda with respect to such application, it being understood and agreed that TWC shall have no obligation to make any material change in respect of the Picture to enable such co-production status, and TWC shall have no liability if the Picture fails to obtain such co-production status.

万达有权为影片申请中美联合制作身份且 TWC 应就该等申请与万达诚信合理协作。双方理解并同意，TWC 没有义务对影片作出重大变动以使其获得该等联合制作身份，且如果影片无法取得该等联合制作身份，TWC 也不承担任何责任。

7.   **Enhancements:**
     改进：

TWC shall consult with Wanda with respect to so-called "enhancements" to the Picture not contemplated by the applicable Production Budget ("Enhancements"), and TWC shall give good faith consideration to Wanda's suggestions. Each of Wanda and TWC shall have the right (but not the obligation) to fund the costs of Enhancements, and such costs shall be recouped in accordance with Exhibits B and C. For purposes of recoupment, the cost of Enhancements up to an amount equal to ten percent (10%) of the Production Budget is referred to herein as "**First Level Enhancement Costs**" and the cost of Enhancements in excess of such amount is referred to herein as "**Second Level Enhancement Costs.**" In no event shall the aggregate amount of First Level Enhancement Costs and Second Level Enhancement Costs exceed twenty percent (20%) of the Production Budget without the prior written approval of Wanda (such approval not to be unreasonably withheld, delayed, or conditioned).

TWC 应就未在相关制作预算中提及的对影片的所谓"改进"（"改进"）征询万达的意见，TWC 应本着诚信原则考虑万达的建议。万达和 TWC 均有权（但非义务）为改进的成本提供资金，该等成本应按照附件 B 和附件 C 的规定回收。为回收成本之目的，金额不超过制作预算的百分之十（10%）的改进成本在本协议中称为"一级改进成



本", 超过该等金额的改进成本在本协议中称为"二级改进成本"。未经万达事先书面批准（该等批准不得被不合理地拒绝、拖延或被设定条件），在任何情况下，一级改进成本和二级改进成本的总额不应超过制作预算的百分之二十（20%）。

| 8. | Completion Guaranty;<br>Production Benefits:<br><br>完片担保；制作收益： | The completion and delivery of the Picture shall be bonded by a completion guarantor reasonably acceptable to Wanda and TWC (Film Finances and ProSight Specialty Management Company are hereby pre-approved) and pursuant to a completion guaranty (the "Completion Guaranty") inform and substance reasonably acceptable to Wanda, naming Wanda as a beneficiary up to the amount of the Wanda Investment in the Picture (and the Completion Agreement relating to such Completion Guaranty shall be a condition to Wanda's funding obligation in respect of the Picture). Wanda and TWC shall negotiate and execute the Completion Guaranty and relevant documents with the completion guarantor immediately after the execution of this Agreement. Provided Wanda is not in breach or default of its funding obligations under this Agreement, until the Completion Guaranty has been issued in favor of Wanda, TWC shall be obligated to repay the Wanda Investment to Wanda if the Picture is not completed and timely delivered in accordance with the screenplay, production schedule and delivery date, subject only to "Excluded Risks" that are usual and customary in completion guaranties in the entertainment industry (but not subject to (i) any Excluded Risks which are within the control of TWC, e.g. the failure to obtain or maintain various insurance for the Picture, etc., or (ii) Wanda's failure to fund in excess of the Pre-Completion Guaranty Funding Cap until such time that the Completion Guaranty is put in place). TWC will cooperate in good faith with the requests of Wanda and the completion guarantor to ensure that the Completion Guaranty is put in place as soon as reasonably practicable, and notwithstanding anything contained in Section 5 above, in no event shall Wanda be obligated to fund any amount greater than US$5mm ("**Pre-Completion Guaranty Funding Cap**") before the Completion Guaranty has been issued to Wanda.   At Wanda's request, the completion guarantor shall provide Wanda with a cut-through endorsement to its insurance carrier for the full amount of the Wanda Investment in the Picture. As producer, TWC shall arrange for production subsidies, rebates, and other incentives ("**Production Benefits**") in its good faith business judgment, provided that TWC shall use commercially reasonable efforts to ensure throughout the production of the Picture that Production Budget expenditures for the Picture qualify so that the Production Benefits that will become payable to Wanda shall equal or exceed at least twenty percent (20%) of the Production Budget for the Picture. All Production Benefits shall be paid without deduction of any kind to Wanda within thirty (30) days after receipt and such Production Benefits shall be applied to recoup the Wanda Investment in the Picture. TWC shall keep *Wanda regularly apprised of the status of the eligibility of Production Budget expenditures for receipt of Production Benefits and* |
|---|---|---|

7



2m 7/42

reasonably apprised of any applications or certifications required to
be provided to the governmental body furnishing such Production
Benefits. As between Wanda and TWC, TWC shall be responsible
for all of the foregoing with respect to the Production Benefits. At
Wanda's written request, TWC shall obtain an opinion relating to
anticipated Production Benefits in respect of the Picture from Global
Incentives or other entity reasonably acceptable to Wanda, and/or
TWC shall arrange for such Production Benefits to be bonded by
the completion guarantor (and the cost of such opinion and
Completion Guaranty shall be included in the Production Budget).

影片的完成与交付应由一个完片担保人进行担保，该等完片担保人应
为万达和 TWC 可合理接受的担保人（Film Finances 和 ProSight
Specialty Management Company 公司在此被预先批准），并且担保
应按照格式与内容为万达可合理接受的完片担保书（"完片担保"）
进行，担保书须以万达为受益人，担保金额上限为影片的万达投资
（且签署与该等完片担保相关的完片协议应为万达就影片履行出资义
务的一个前提条件）。万达和 TWC 应当在本协议签署后立即与担保
人协商签订完片担保及相关文件。如果万达没有违反或不履行其在本
协议项下的出资义务，在对万达有利的完片担保被出具之前，若未按
照剧本、制作时间表和交付日期完成并及时交付影片，则 TWC 有义
务向万达偿还万达投资，该义务仅受限于在娱乐行业完片担保中常见
且常规的"除外风险"（但不受限于：（i）在 TWC 控制范围内的任何
"除外风险"，例如，未能为影片取得或保持各类保险等；或（ii）在
完片担保到位之前，万达未能就超出完片担保前出资限额的部分提供
资金）。TWC 将本着诚信就万达与完片担保人所提出的要求予以配
合，以确保完片担保在合理可行的情况下尽快到位；并且，不论上文
第 5 条如何规定，万达在任何情况下均无义务在完片担保被出具给万
达之前提供超过 500 万美元（"完片担保前出资限额"）的出资。应
万达之要求，完片担保人应向万达提供其保险承保人的直通式保险背
书，根据该等背书，保险承保人应直接向万达支付影片中的全部万达投
资金额。作为制作人，TWC 应按其诚信商业判断就制作补贴、返利
和其它激励措施（"制作收益"）作出安排，但条件是 TWC 应尽商业
上合理的努力确保在影片的整个制作过程中，影片的制作预算的开支
合格，从而使应向万达支付的制作收益等于或大于影片的制作预算的
至少百分之二十（20%）。所有制作收益均应在收讫后三十（30）
日内不作任何类型的扣减即支付给万达，且该等制作收益应用于回收
影片中的万达投资。TWC 应定期告知万达（为获得制作收益之目
的）有关制作预算开支的合格状态，并合理告知万达应向提供该等制
作收益的政府机构提交的任何申请或证书。就万达和 TWC 之间而
言，TWC 应负责有关制作收益的所有上述内容。应万达的书面请
求，TWC 应取得 Global Incentives 或者可为万达合理接受的其它机
构就影片提供的、关于预期制作收益的意见，并且/或者 TWC 应安排
完片担保人为该等制作收益提供担保（该等意见和完片担保的成本应
包括在制作预算中）。



9.  **Insurance:**

    保险：

The production and distribution of the Picture shall be insured by TWC with all customary insurance consistent in all material respects with the insurance obtained by TWC for its wholly-owned theatrical motion pictures including, without limitation, errors and omissions, cast, negative, comprehensive general and automobile liability, third party property damage and worker's compensation; the parties hereto acknowledge that TWC will not self-insure the Picture. Wanda and such additional persons or entities as Wanda shall designate shall be added as additional insureds on TWC's policies of insurance with respect to the Picture. All premiums on each policy shall be included as Budgeted Production Costs or Distribution Expenses, as applicable.

TWC 应为影片的制作和发行投保所有常规保险（该保险应与 TWC 为其全资拥有的影院电影影片所投保的保险在所有主要方面相一致），包括但不限于错误及疏漏、演员、胶片、一般综合及机动车责任、第三方财产损害和劳工赔偿；本协议双方确认，TWC 不会为影片进行自保。万达和万达指定的其他人士或实体应被加为 TWC 为影片投保的保险的附加被保险人。每份保险的所有保险费均应包括在预算内制作成本或发行费用（视情形而定）中。

10.  **Distribution of Picture:**

    影片发行：

TWC: TWC shall be the worldwide distributor (other than in China) of the Picture and shall have the right to distribute the Picture in any and all media now known or hereafter devised throughout the world in perpetuity. Such distribution rights shall include the right to exploit ancillary rights in the Picture (i.e., merchandising, soundtrack, music and print publishing rights) throughout the world excluding China. TWC shall have final decision making authority over all marketing and distribution decisions with respect to distribution of the Picture in all territories other than China. TWC will distribute the Picture (including expending amounts for prints and advertising for the Picture) in a non-discriminatory manner commensurate with the treatment of motion pictures owned and/or financed solely by TWC. TWC shall give the Picture a "wide" theatrical release (i.e., on at least 1,000 screens during the initial theatrical run of the Picture) in North America, and the initial theatrical release date for the Picture shall occur by the date that is twelve (12) months after the completion and delivery of the Picture. TWC shall consult with Wanda regarding any changes in the initial theatrical release date for the Picture. TWC shall be responsible for advancing all theatrical releasing costs (including prints and advertising) and other distribution expenses (collectively, "**Distribution Expenses**") in connection with its distribution of the Picture in the U.S., and shall recoup such Distribution Expenses plus Interest thereon in accordance with Exhibit B. Theatrical releasing costs (including prints and advertising) for the Picture shall be at least US$10mm and not more than US$30mm without Wanda's prior written consent. Upon Wanda's request, TWC shall provide such financial assurances that Wanda reasonably requests in connection with TWC's commitment to expend such minimum amounts. Such financial assurances may take the form of an acknowledgment from TWC's facility lender that the Picture qualifies for inclusion under



2m 9/42

such facility.

TWC：TWC 应为影片的全球（不包括中国）发行人，并应永久有权在全球范围内在任何及所有目前已知或今后设计出的媒介上发行影片。该等发行权应包括在中国以外全球任何地区开发利用影片附属权利（即商品化、配乐(soundtrack)、音乐和印刷出版权）的权利。TWC 应就影片在中国境外所有地区发行的所有营销与发行决策具有最终决定权。TWC 将以与 TWC 为其自己拥有的和/或自行提供资金而摄制的电影影片相同的待遇、无差别的方式发行影片（包括为影片支出宣发费用）。TWC 应将影片在北美"全而"院线上映（即在影片首次进入院线时应在至少 1,000 块屏幕上映），且影片的首次院线上映日应在影片完成和交付后十二（12）个月内。TWC 应就影片首次院线上映日期的任何变动与万达协商。TWC 应负责预付与其在美国发行影片有关的所有院线上映成本（包括宣发成本）及其它发行费用（统称"发行费用"），并应按照附件 B 回收该等发行费用及其利息。未经万达事先书面同意，影片的院线上映成本（包括宣发成本）应不低于1000 万美元但不超过 3000 万美元。应万达的要求，TWC 应就其花费该等最低金额的承诺提供万达所合理要求的财务保证。该等财务保证可以通过由 TWC 的融资贷款人提供确认函确认影片具备纳入该等融资贷款的资格的方式作出。

TWC shall provide Wanda with a marketing plan in respect of the U.S. initial theatrical release of the Picture by the date that is ninety (90) days before the Picture's initial theatrical release date, and TWC shall involve Wanda in periodic meetings or updates with *marketing and distribution departments concerning the Picture.* Without limiting the foregoing provisions of this Section 10, Wanda shall have the consultation rights in respect of the distribution of the Picture set forth on Exhibit A hereto. TWC shall not sublicense the theatrical exploitation of the Picture in the U.S.

TWC 应在影片在美国首次院线上映日之前提前九十（90）日向万达提供影片在美国首次院线上映的营销计划，并且 TWC 应安排万达参与就影片与营销和发行部门的定期会议或最新进展报告。在不限制本第 10 条前述规定的前提下，万达应对影片的发行享有本协议附件 A 所列的商讨权。TWC 不得将影片在美国的院线开发利用权进行分许可。

TWC shall make and administer sales and licenses of the Picture in territories outside of the U.S. and on a regular basis from time to time TWC shall furnish to Wanda sales sheets and contract summaries in connection with such sales and licenses to the extent such materials are created and maintained by TWC for the Picture. All pre-delivery deposits with respect to such sales shall be applied to reduce the amount of the Wanda Investment required to be funded by Wanda. If and to the extent the sum of the aggregate value of the contracted minimum guarantees (the "MG's") for the Picture in respect of territories outside of the U.S., plus the value of all Production Benefits anticipated to be received based on the Final Cost Statement (as defined below) for the Picture, in each case, as

10



of the date that is four (4) months after the Picture's initial theatrical release, is <u>less than</u> the amount of the Wanda Investment for the Picture (plus Interest thereon) that has not yet been recouped by Wanda as of such date (a "Production **Cost** Deficit"), <u>then</u> such Production Cost Deficit (plus Interest thereon) may be recouped by Wanda from TWC Gross Receipts in accordance with <u>Exhibit B</u> hereto. The Production Cost Deficit shall be increased from time to time if and to the extent the MG's in respect of territories outside of the U.S. are not collected by TWC within one hundred twenty (120) days after the date such amounts are contractually due. TWC shall not settle or compromise with any distributor in respect of territories outside of the U.S. for less than the MG's for such territory or materially alter or extend the due date for the payment of such MG's, in each case without Wanda's prior written approval (such approval not to be unreasonably withheld, delayed, or conditioned). TWC will include and license the Picture under any TWC output license agreements for which the Picture qualifies on a non-discriminatory basis with TWC's other comparable motion pictures. To the extent that TWC enters into any transactions under this Agreement with its affiliates, TWC shall do so and shall perform its obligations and enforce its rights thereunder upon terms consistent with those upon which TWC customarily conducts business at such time with non-affiliates.

<u>TWC</u> 应在美国境外的地区开展非管理<u>影片</u>的销售及许可，且 <u>TWC</u> 应定期随时向<u>万达</u>提供与该等销售和许可相关的销售单据及合同摘要（但仅限于在该等材料是由 <u>TWC</u> 为<u>影片</u>创建并保存的情况下）。所有与该等销售相关的交付前存款均应用于抵销应由<u>万达</u>出资的<u>万达投资款</u>。在截至<u>影片</u>首次院线上映后四（4）个月之日，如果且仅在<u>影片</u>在美国境外地区的合同最低保证总额（"<u>最低保证额</u>"）与<u>影片</u>依最终成本很紧（定义见下）预计将会收到的所有<u>制作收益</u>之和低于<u>万达</u>截至该日尚未回收的就该<u>影片</u>的<u>万达投资金</u>额（及其<u>利息</u>）（"<u>制作成本亏空</u>"）的情况下，则该等<u>制作成本亏空</u>（及其<u>利息</u>）可由<u>万达</u>按照本协议<u>附件 B</u> 从 <u>TWC</u> 总收入中回收。如果 <u>TWC</u> 未在美国境外地区的<u>最低保证额</u>该合同到期后一百二十（120）日内收回该等金额，则<u>制作成本亏空</u>可能被不时增加。未经<u>万达</u>事先书面批准（该等批准不得被不合理地拒绝、拖延或被设定条件），<u>TWC</u> 不得与美国境外地区的任何发行人就美国境外地区低于<u>最低保证额</u>的事项达成和解或受协，或实质改变或延长该等<u>最低保证额</u>的到期日。如果<u>影片</u>符合资质，<u>TWC</u> 将与其他共有可比性的电影影片一样无差别地把<u>影片</u>包括在任何 <u>TWC</u> 影片符放多片许可协议（output license agreements）中并根据该协议进行许可。如果 <u>TWC</u> 根据本<u>协议</u>与其关联方达成任何交易，则 <u>TWC</u> 应依照后时 <u>TWC</u> 与非关联方开履常规业务活动所适用之条款相一致的条款达成该等交易、履行其在该等交易项下的义务及强制执行其在该等交易下的权利。

<u>Wanda</u>: Wanda shall be the distributor of the Picture in any and all media now known or hereafter devised throughout the territory of mainland China ("China") in perpetuity. Such distribution rights shall include the right to exploit ancillary rights in the Picture (i.e.,



∂n 11/42

merchandising, soundtrack, music and print publishing rights)throughout China. Subject to applicable government restrictions and approvals, Wanda will distribute the Picture (including expending amounts for prints and advertising for the Picture) in a non-discriminatory manner commensurate with the treatment of comparable motion pictures owned and/or financed solely by Wanda. Wanda shall be responsible for advancing all Distribution Expenses (other than P&R) in connection with its distribution of the Picture in China, and shall recoup such Distribution Expenses plus Interest thereon in accordance with Exhibit C hereto. The initial theatrical release of the Picture in China shall not occur before the initial theatrical release of the Picture in the U.S. Wanda shall involve TWC in periodic meetings or updates with marketing and distribution departments concerning the Picture. Wanda shall consult with TWC on all advertising and marketing plans for the initial theatrical release of the Picture in China, as well as material distribution decisions. Wanda shall also consult with TWC on all plans for submission of the Picture for consideration at film festivals and competitions in China. In connection with its exploitation of the Picture, Wanda shall have the right to edit and make such alterations to the Picture as are necessary to comply with local censorship and legal requirements.

万达：万达应是中国大陆（"中国"）在任何及所有目前已知或今后设计出的媒介上发行影片的永久发行人。该等发行权应包括在全中国开发利用影片附属权利（即商品化、配乐(soundtrack)、音乐和印刷出版权）的权利。在遵守相关政府的限制与批准的前提下，万达将以与万达为其自己拥有的和/或自行提供资金拍摄的、并且具有可比性的电影影片相同的待遇、无差别的方式发行影片（包括为影片支出宣发费用）。万达应负责预付与其在中国发行影片有关的所有发行费用（不包括参与份额与重播费），并应按照本协议附件 C 回收该等发行费用及其利息。影片在中国的首次院线上映日不得早于影片在美国的首次院线上映日。万达应安排 TWC 参与就影片与营销和发行部门的定期会议或最新进展报告。万达应就影片在中国首次影院上映的所有广告与营销计划以及重大发行决策与 TWC 进行商讨。万达还应就将影片送报在中国的电影节和奖项角逐的所有提交计划与 TWC 进行商讨。就开发利用影片而言，万达有权在为符合当地审查制度和法律要求将原必需的范围内对影片进行编辑并作出修改。

TWC shall deliver to Wanda (or provide Wanda with access to) delivery elements and materials pursuant to a customary delivery schedule to be negotiated by the parties in good faith. TWC shall use commercially reasonable efforts to require that key cast of the Picture is contractually required to render, at Wanda's election, a reasonable amount of publicity and promotion services in connection with the marketing and promotion of the Picture in China, provided that Wanda shall be responsible for advancing all expenses associated with such services as its Distribution Expenses.

TWC 应依照待此双方本着诚信原则协商的常规交付时间表向万达呈



交（或使万达可以获得）交付元素与资料。TWC 应尽商业上合理的努力要求影片的主要演员负有按照万达的选择为影片在中国的营销和推广提供合理数量的宣传与推广服务的合同义务，但条件是万达应负责预付与该等服务有关的一切费用（该等费用属于万达的发行费用）。

Wanda shall be given an opportunity to acquire the distribution rights in the Picture in respect of the territories of Hong Kong, Macao, and Taiwan. If Wanda and TWC are unable to agree upon the terms of such distribution within a fifteen (15) day period following the commencement of such negotiations, then TWC shall be free to sell or license such distribution rights to one or more third parties without any further obligations to Wanda, other than those obligations that are expressly set forth in this Agreement. For clarification, the territories of Hong Kong, Macao, and Taiwan shall not be considered to be within or part of the territory of "China" for purposes of this Agreement.

万达应有机会获得影片在香港、澳门和台湾的发行权。如果万达和 TWC 无法在就有关发行条款的谈判启动后十五（15）日的期间内就该等发行的条款达成一致，则 TWC 可以向一位或多位第三方自由出售或许可该发行权而不再对万达承担任何义务（但本协议明确规定的义务除外）。为明确起见，为本协议之目的，香港、澳门和台湾不应被视为在中国境内或是中国的一部分。

**11.  Distribution Fees:**

　　**发行费：**

TWC: TWC shall be entitled to receive a distribution fee (the "TWC Fee") equal to ten percent (10%) of TWC Gross Receipts (as defined below) from the Picture, but the TWC Fee shall be deferred until the earlier of (a) such time as Wanda has recouped an amount equal to the Wanda Investment for the Picture plus Interest thereon, and (b) the sum of the value of the MG's for the Picture in respect of territories outside of the U.S., plus the value of all Production Benefits for the Picture anticipated to be received based on the Final Cost Statement, is equal to or greater than the amount of the Wanda Investment for the Picture (plus Interest thereon) that has not yet been recouped by Wanda at such time. The TWC Fee shall be in addition to (and not inclusive of) third party fees, except that the TWC Fee in respect of TWC Gross Receipts from the exploitation of the Picture (i) outside of the U.S., shall be inclusive of sub-sales agent fees (if any) and (ii) with respect to theatrical distribution in the U.S., the license of SVOD rights to Netflix and free television distribution, shall be inclusive of any third party distribution fees charged. Wanda acknowledges that TWC currently subdistributes home entertainment rights in the U.S. and that subdistribution fees related to such media are currently seven and one-half percent (7½%) in respect of physical goods (e.g., DVD, Blu-ray) and five percent (5%) in respect of digital distribution (e.g., VOD).

TWC：TWC 应有权就影片获得一笔金额等于影片的 TWC 总收入（定义见下）的百分之十（10%）的发行费（"TWC 发行费"），但



An 13/42

TWC 发行费应递延至以下时间支付（以下述两者中较早的时间为准）：(a) 万达已回收了其为影片的万达投资及其利息之时，或(b) 影片在美国境外地区的最低保证额与影片依最终成本报表预计将会收到的所有制作收益之和等于或大于万达届时尚未回收的对影片的万达投资（及其利息）。TWC 发行费应在第三方费用之外另计（且不包括第三方费用），且(i)就在美国境外开发利用影片而收到的 TWC 总收入而言，TWC 发行费应包括分销代理费（如果有），并且(ii)就美国的影院发行、向 Netflix 许可 SVOD 权利和免费电视发行开发利用影片而收到的 TWC 总收入的第三方，TWC 发行费应包括所收的第三方发行费用。万达确认，TWC 目前在美国分销家庭娱乐权，且与该等媒介相关的分销费就有型商品（如 DVD、Blu-ray）而言目前为百分之七点五（7½%），就数字发行（如 VOD）而言目前为百分之五（5%）。

Wanda: Wanda shall be entitled to receive a distribution fee (the"Wanda Fee") equal to ten percent (10%) of the Wanda Gross Receipts (as defined below) from the Picture.

万达：万达应就该影片获得一笔金额等于影片的万达总收入（定义见下）的百分之十（10%）的发行费（"万达发行费"）。

| 12. | Participations and Residuals:<br>参与份额与重播费： | TWC shall advance all residuals and third party participations, including bonuses, deferments and other contingent compensation (collectively, "P&R") on a worldwide basis, and shall recoup such P&R plus Interest thereon in accordance with Exhibits B and C hereto. Wanda shall cooperate with TWC and shall provide TWC with all necessary information regarding the exploitation of the Picture in China in a timely manner so as to allow TWC to calculate P&R on a worldwide basis. |
|---|---|---|

TWC 应在全球范围内预付所有付给演员、作者和导演等的重播费及第三方参与份额，包括奖金、延期付款和其它或有报酬（统称"参与份额与重播费"），并应按照本协议附件 B 和附件 C 回收该等参与份额与重播费及其利息。万达应与 TWC 合作并应及时向 TWC 提供在中国开发利用影片有关的一切必要信息，以供 TWC 计算全球参与份额和重播费。

| 13. | Application of Gross Receipts:<br>总收入的分配： | All amounts received by or credited to TWC in connection with its distribution and exploitation of the Picture (including music contained therein) throughout the world excluding China, including non-returnable MG's and deposits (other than pre-delivery deposits which shall be applied to reduce the Production Budget and the amounts required to be advanced by Wanda) (collectively, "TWC Gross Receipts") shall be applied and disbursed in accordance with Exhibit B hereto. |
|---|---|---|

TWC 就其在全球（不包括中国）发行和开发利用影片（包括其中的音乐）而收到的或记入其名下的所有金额（包括不可退还的最低保证额和存款（但不包括用于扣减制作预算的交付前存款和要求万达预付的金额））（统称"TWC 总收入"）应依照本协议附件 B 分配和支

14



付。

All amounts received by or credited to Wanda in connection with its distribution and exploitation of the Picture (including music contained therein) throughout China (collectively, "**Wanda Gross Receipts**") shall be applied and disbursed in accordance with Exhibit C attached hereto.

万达就其在中国发行和开发利用影片（包括其中的音乐）而收到的或记入其名下的所有金额（统称"万达总收入"）应依照本协议附件 C 分配和支付。

The parties agree to cooperate in good faith to minimize withholding taxes payable on TWC Gross Receipts and Wanda Gross Receipts from the exploitation of the Picture, including but not limited to the potential use of foreign licensing intermediaries. All TWC Gross Receipts received from territories other than the U.S. shall be placed in a segregated bank account at a bank mutually approved by the parties (East West Bank, HSBC, and Wells Fargo are hereby pre-approved) and over which Wanda shall have a Security Interest. Such bank account shall be subject to an account control agreement in favor of Wanda that permits Wanda to exercise control over such account if the amounts on deposit in such account are applied and disbursed in contradiction to Exhibit B hereto.

双方同意本着诚信det此合作，从而将有关开发利用影片的 TWC 总收入和万达总收入的应付预提税降到最低（包括但不限于可能利用在国外设立的中间实体进行影片许可以达到节税的目的）。所有来自美国境外的 TWC 总收入应存入在双方一致同意的一家银行的一个单独银行账户中（在此预先对华美银行、汇丰银行和富国银行作出批准）且万达应对其享有担保权益。该等银行账户应受制于对万达有利的账户控制协议，如该账户的存款金额的分配和支付违反本协议附件 B，该协议允许万达对该等账户进行控制。

For the avoidance of doubt, the Production Benefits and proceeds thereof shall not constitute TWC Gross Receipts or Wanda Gross Receipts for purposes hereof.

为避免歧义且为本协议之目的，制作收益及其收入不构成 TWC 总收入或万达总收入。

| | |
|---|---|
| **14.  Accountings and Audits:**<br><br>会计与审计： | The parties shall account to each other with respect to the Picture on a quarterly basis for the first twenty-four (24) months following their initial theatrical release of the Picture, then semi-annually for the next twenty-four (24) months, and then annually thereafter. Accounting statements shall be rendered within sixty (60) days after the end of the applicable accounting period and shall be accompanied by payment of all amounts shown to be due on such statement. In addition, TWC shall provide Wanda with a flash accounting and an "ultimates" statement for the Picture six (6) weeks after the Picture is initially theatrically released, which ultimates shall be prepared on the same basis on which TWC |



2n 1/42

prepares ultimates for its own motion pictures and for its financiers and banks. TWC shall also provide Wanda with a copy of any production cost statements ("Final Cost Statement") submitted by TWC in respect of the Picture to the issuer of any Production Benefit relating to the Picture at the same time as such submission is made to such issuer, provided that such Final Cost Statement submitted to Wanda shall (i) be provided no later than sixty (60) days after completion and initial delivery of the Picture, (ii) be verified by TWC's head of production accounting, and(iii) contain a detailed cost statement of all of the Budgeted Production Costs, First Level Enhancement Costs (if any), Second Level Enhancement Costs (if any) and Overbudget Amounts (if any) for the Picture. Each party shall have customary rights to audit and inspect the books and records of the other party in respect of the Picture.

在影片首次院线上映后的第一个二十四（24）个月期间内，双方应按季度就影片互相报账，之后的二十四（24）个月期间内每半年一次互相报账。而之后则按年报账。会计报表应在相关会计期间结束后六十（60）天内提供，且该等报表显示到期应付的所有金额部应一并予以支付。此外，TWC 应在影片首次院线上映六（6）周后向万达提供影片的会计状况及"最终报表"，该等最终报表应按照 TWC 为自己的影片及其融资人和银行准备最终报表时的相同基准准备。TWC 还应在就影片向相关制作收益签发人提供与影片相关的制作成本报表（"最终成本报表"）时，同时向万达提供其复印件，但条件是该等提供给万达的最终成本报表应：(i)在不晚于影片完片和首次交付后六十（60）日内提供，(ii)经 TWC 制作会计部主管验证，以及(iii)包括影片所有预算内制作成本、一级改进成本（如果有）、二级改进成本（如果有）和超资金额（如果有）的详细成本报表。每一方应有权对对方影片的账簿记录进行审计和审查。

| | |
|---|---|
| **15.   Ownership:**<br>所有权： | TWC shall own the copyright in the Picture and all elements contained therein throughout the world, except that Wanda shall own the copyright in the Picture in China. For clarification, all derivative production rights relating to the Picture and the elements contained therein shall be owned and controlled by TWC throughout the world, but shall be subject to Wanda's rights set forth in <u>Section 19</u> below.<br><br>TWC 应对影片及影片所含的所有元素在全球范围内用拥有版权，但万达应拥有影片在中国的版权。为澄清之目的，在全球范围内的、与影片和影片中所含元素相关的所有衍生制作权均由 TWC 拥有并控制，但应受制于下文<u>第 19 条</u>所述万达的权利。 |
| **16.   Credits:**<br>字幕署名： | Logo: TWC and Wanda shall each receive a logo credit for the Picture on-screen (which may be animated) and in all paid advertising issued by TWC or Wanda or their licensees, with TWC's logo in first position and Wanda's logo in second position in all territories other than China (where Wanda's logo will be in first position and TWC's logo will be in second position). |

16



标识：TWC 和万达均有权在影片的播映版本中和所有 TWC 或万达或二者的被许可人发布的付费广告中拥有一个显示其标识的署名（可以是动画形式），在中国以外所有地区均为 TWC 的标识排在第一位、万达的标识排在第二位（在中国境内则万达的标识排在第一位、TWC 的标识排在第二位）。

Presentation: TWC and Wanda shall receive a joint presentation credit on-screen, on a shared card in the main titles of the Picture, and in the billing block portion of all paid advertising issued by TWC or Wanda or their licensees.

出品：TWC 和万达有权获得在播映版本中的联合出品署名（该署名应在影片的片头字幕的同一幅画面中出现），同时还获得在 TWC 或万达或二者的被许可人发布的所有付费广告的排名表(billing block portion)中的联合出品署名。

Distributor: TWC shall receive a distributor credit on-screen as the last card in the end crawl of the Picture in all territories other than China; and Wanda shall receive a distributor credit on-screen as the last card in the end crawl of the Picture in China.

发行人：在中国以外所有区域内，TWC 有权获得在播映版本中的发行人署名，该署名应在影片片尾的最后一幅画面中出现；在中国境内，万达有权获得在播映版本中的发行人署名，该署名应在影片片尾的最后一幅画面中出现。

Producer: TWC shall be entitled to designate up to two (2) producer credits and up to three (3) executive producer credits for the Picture, and Wanda shall be entitled to designate up to one (1) Wanda executive or representative to receive producer credit and up to three (3) Wanda executives or representatives to receive executive producer credits for the Picture. Such credits shall appear on-screen and in the billing block portion of all paid advertising issued by TWC or Wanda or their licensees.

制片人：TWC 有权就影片指定最多两（2）名制片人署名及最多三（3）名行政制片人署名，万达有权就影片指定最多一名（1）万达高管或代表获得制片人署名及最多三（3）名万达高管或代表获得行政制片人署名。该等署名应出现在播映版本中以及 TWC 或万达或二者的被许可人发布的所有付费广告的排名表中。

The credits accorded above by each party to the other shall be in the same size of type as the credit of the party according such credit. If the Picture is nominated for an Academy Award in the category of "Best Picture," then TWC shall include the Wanda-designated producer for the Picture on the list of producers submitted to the Academy of Motion Picture Arts & Sciences as being eligible to accept such award.

每一方依照上文给予另一方的字幕署名应按照一方在该字幕署名时的相同类型规格。如果影片获得奥斯卡奖"最佳电影"提名，则 TWC 应



2n 17/42

将万达指定的影片的制片人列入向美国电影艺术与科学学院（the Academy of Motion Picture Arts & Sciences）提交的、有资格接受该等奖项的制片人名单。

**17. Security Interest:**

**担保权益：**

As a condition to Wanda making the Wanda Investment for the Picture, Wanda shall be entitled to receive a first priority (i) security interest in (and copyright mortgage over) the Picture's distribution rights and the proceeds thereof in respect of territories outside of the U.S. and TWC's rights under distribution contracts and the proceeds thereof relating to such rights in order to secure recoupment of an amount equal to the Wanda Investment for the Picture plus Interest thereon and (ii) security interest in the Production Benefits for the Picture and all of the proceeds thereof (collectively, the "Security Interest"). Such Security Interest shall be granted to Wanda pursuant to a security agreement between Wanda and TWC which shall provide Wanda with, among other things, secured party remedies with respect to such foregoing collateral in the event of a material payment breach by TWC, an insolvency of TWC, or other customary defaults to be negotiated by the parties in good faith. Wanda shall release its Security Interest in the distribution rights on a territory-by-territory basis upon payment in full by the applicable distributor of the MG's in respect of such territory (it being understood that Wanda shall retain its Security Interest in TWC's rights (including the right to receive all proceeds) under distribution contracts relating to such distribution rights until Wanda recoups an amount equal to the Wanda Investment for the Picture plus Interest thereon). TWC shall not grant to any other party any lien or security interest with respect to the distribution rights or contracts for the Picture in respect of territories outside of the U.S. (or the proceeds thereof, including the MG's) or the Production Benefits (or proceeds thereof) for the Picture until such time that Wanda has been repaid in full the Wanda Investment in the Picture.

作为<u>万达</u>为<u>影片</u>提供<u>万达投资</u>的前提条件，<u>万达</u>应就如下事项享有第一顺位优先权：(i)就<u>影片</u>在美国境外的发行权和相关收益以及 <u>TWC</u> 与该等权利相关的在发行合同项下的权利和相关收益的担保权益（以及对其版权抵押），从而保证其回收对<u>影片</u>的<u>万达投资</u>及其利息；以及(ii)<u>影片</u>的<u>制作收益</u>和所有相关收入的担保权益（统称为"<u>担保权益</u>"）。该等<u>担保权益</u>应根据<u>万达</u>和 <u>TWC</u> 签订的一份担保协议授予<u>万达</u>，该等协议应在发生 <u>TWC</u> 重大支付违约、<u>TWC</u> 资不抵债或其它双方本着诚信原则协商的其它常规不履行情形时就前述该等担保权益向<u>万达</u>提供担保方救济等。在相关发行人就某区域全额支付了<u>最低保证额</u>后，<u>万达</u>应按区域解除其就发行权的<u>担保权益</u>。（双方理解，就 <u>TWC</u> 在发行合同项下与该等发行权相关的权利（包括收取所有收入的权利），<u>万达</u>应保持对该等权利的<u>担保权益</u>直到<u>万达</u>回收对<u>影片</u>的<u>万达投资及其利息</u>）。在<u>万达</u>全额收回对<u>影片</u>的<u>万达投资前</u>，<u>TWC</u> 不得就<u>影片</u>在美国境外地区的发行权或合同（或其收入（包括<u>最低保证额</u>））或影片的<u>制作收益</u>（或其收入）向任何其他方授予抵押权或

18



担保权益。

**18. TWC Guaranty:**
**TWC 提供的担保：**

If, as of the date that is twelve (12) months after the initial theatrical release date for the Picture, Wanda has not recouped seventy percent (70%) of the Wanda Investment for the Picture plus Interest thereon pursuant Section 13 above, then TWC shall pay the amount of such deficit ("**TWC Guaranty Payment**") to Wanda on or before the date ("**Payment Date**") that is thirty (30) days after the date the accounting in respect of such period is rendered to Wanda pursuant to Section 14 above (and the calculation of the TWC Guaranty Payment shall take into account all amounts that are paid to Wanda pursuant to such accounting). Thereafter, any and all amounts of TWC Gross Receipts and Wanda Gross Receipts otherwise payable to Wanda in respect of the Picture (including pursuant to Section 13, above, but excluding Wanda Gross Receipts payable to Wanda to recoup its Distribution Expenses) shall first be paid to TWC until TWC has recouped the TWC Guaranty Payment from such amounts, and thereafter shall be paid to Wanda.

如果截至影片首次院线上映日后满十二（12）个月之日，万达尚未依照上述第 13 条回收影片的万达投资的百分之七十（70%）及其利息，则 TWC 应向万达支付该等缺口金额（"**TWC 担保付款**"），付款日期为依照上述第 14 条向万达提供了有关该等期间的会计报表后三十（30）日当日或该日之前（"付款日"）（计算 TWC 担保付款时应将根据该等会计报表已支付给万达的所有金额考虑在内）。在这之后，与影片有关的、本应支付给万达的 TWC 总收入和万达总收入中任何及所有金额（包括依照上述第 13 条应作的支付，但不包括应支付给万达用于回收其发行费用的万达总收入）应首先支付给 TWC，直到 TWC 从该等金额中回收了 TWC 担保付款，之后则应支付给万达。

**19. Subsequent Productions:**
**后续制作：**

If TWC proposes to produce any remake, prequel, sequel or television project based on the Picture (a "**Subsequent Production**") within seven (7) years after TWC's initial release of the Picture, then TWC shall provide Wanda with a Submission Package in respect of such Subsequent Production and Wanda shall be given a right of first negotiation to finance the production of such Subsequent Production. If such Subsequent Production is intended for initial theatrical release, then Wanda shall have the right to finance such Subsequent Production on the terms set forth in this Agreement (except that Section 18 hereof shall not apply to such Subsequent Production). If Wanda elects not to finance such Subsequent Production or the parties are unable to agree upon the terms of such financing in writing within a thirty (30) day period commencing upon Wanda's receipt of the Submission Package in respect of such Subsequent Production, then Wanda shall not have any further rights in such Subsequent Production or any other

Subsequent Production based on the Picture, except that if such Subsequent Production undergoes any Subsequent Production Material Changed Element prior to the earlier of (a) the commencement of principal photography of such Subsequent Production, and (b) such time as such Subsequent Production is set-up with a third party, then TWC shall present such Subsequent Production Material Changed Element(s) to Wanda and Wanda shall have an additional fifteen (15) day period to agree upon the terms of such financing in writing with TWC. A "**Subsequent Production Material Changed Element**") means a material change in any element of the Submission Package. For purposes of the preceding sentence, a "material change" shall mean: (a) with respect to a screenplay, a material change in the basic plot line or genre; (b) with respect to a budget, an increase of more than ten percent (10%); (c) the replacement of the director or any "essential element" cast; (d) with respect to third party participations, an additional five percent (5%) of first dollar gross participations; (e) with respect to a date, a delay of more than six (6) months; (f) with respect to Production Benefits, a decrease of more than ten percent (10%) of the aggregate amount of Production Benefits described in the applicable Submission Package; and (g) with respect to sales estimates, a decrease of more than ten percent (10%) in aggregate sales estimates described in the applicable Submission Package.

如果 TWC 在影片首次上映后七（7）年内提议制作基于影片的翻拍片、前传、续集或电视节目（"后续制作"），TWC 应向万达提供有关该等后续制作的提交的文件包，且万达应获得为该后续制作的制作提供融资的优先谈判权。如果拟将该后续制作用于首次院线上映，则万达有权依照本协议列明的条款为后续制作提供融资（但本协议第18条不适用于该等后续制作）。如果万达选择不为该后期制作提供融资或双方无法在万达收到有关后续制作的提交的文件包后三十（30）日的期限内就等融资条款达成书面一致意见，则万达对该等后续制作或基于影片的任何其它后续制作将不再存任何权利，但如果在以下情况发生前（以两者中较早发生者为准）：(a) 开始该后续制作的主要拍摄，以及 (b)已确定与第三方进行后续制作时，后续制作出现任何后续制作重大变动因素，则 TWC 应告知万达该等后续制作重大变动因素，万达有额外十五（15）日的时间就该等融资条款与 TWC 达成书面一致。"后续制作重大变动因素"指提交的文件包中的任何因素发生重大变动。为前一句之目的，"重大变动"指：(a) 就剧本而言，指基于该等节目线或体裁发生变化；(b)就预算而言，指增加幅度超过百分之十（10%）；(c)替换导演或任何"核心元素"演员；(d)就第三方参与分红而言，指额外增加百分之五（5%）的全部毛收入参与分配额；(e)就日期而言，指迟延超过六（6）个月；(f) 就制作收益而言，指相关提交的文件包所述的制作收益总额下降超过百分之十（10%）；以及(g) 就销售预估而言，指相关提交的文件包所述的总销售预估下降超过百分之十（10%）。

Subject to third party contractual restrictions and obligations, Wanda shall be given a right of first negotiation to produce and distribute local language Subsequent Productions in China. If Wanda and

20



an 20/42

TWC are unable to agree upon the terms of such production and distribution within a thirty (30) day period following the commencement of such negotiations, then Wanda shall have no further rights in any such Subsequent Production or any other local language Subsequent Production based on the Picture.

在遵守与第三方合同的限制与义务的前提下，万达应获得在中国制作发行当地语言后续制作的优先谈判权。如果万达和 TWC 无法在开始该等谈判后三十（30）日内就该等制作及发行条款达成一致，则万达对以影片为基础的任何后续制作或后续制作的任何其它当地语言版本均不再具有任何权利。

| | | |
|---|---|---|
| 20. | **Premieres/Awards:**<br>首映式/奖项： | TWC shall provide Wanda with ten (10) tickets to all celebrity premieres of the Picture and shall give good faith consideration to hosting a celebrity premiere for the Picture in China. If the Picture is nominated for a Golden Globe or an Oscar and TWC receives two (2) or more invitations to the applicable awards ceremony, TWC shall furnish half the number of such invitations (up to a maximum of four (4)) to Wanda to attend each such ceremony.<br><br>TWC 应就影片的所有名人首映式为万达提供十（10）张门票，并应本着诚信考虑为影片在中国举行一次名人首映式。如果影片获得金球奖或奥斯卡奖提名，且 TWC 收到相关颁奖典礼的两（2）份或两（2）份以上邀请，则 TWC 应将出席该等典礼的邀请的半数（最多为四（4）份）提供给万达。 |
| 21. | **Confidentiality:**<br>保密： | No party hereto shall directly or indirectly communicate or disclose (whether orally, in writing or otherwise) to any third party (other than their respective directors, officers, managers, representatives, agents, professional advisors, lenders and other financing sources, insurers, accountants, auditors, attorneys and employees, in their capacity as such, "Representatives") any information with respect to the terms of this Agreement or any Confidential Information (as defined below),except: (a) to the extent necessary to comply with law or applicable regulation, the valid order of a court of competent jurisdiction body, administrative body, taxing authority or other governmental body, or at the request or demand of any banking, securities, securities exchange or other regulatory or self-regulatory organization or authority having jurisdiction over such party or its Representatives, in which event the party making such disclosure shall, to the extent permitted by law, so notify the other and shall seek confidential treatment of such information; (b) as part of its normal reporting or review procedure to its parent company and affiliates, its partners, its accountants, its auditors and its attorneys; and (c) in order to enforce its rights pursuant to this Agreement in a legal proceeding. "Confidential Information" shall mean any confidential, proprietary or other information of a party provided, made available or otherwise disclosed to, or obtained or otherwise received by, the other party or any of its Representatives (to the extent permitted under this Agreement) pursuant to the terms of this Agreement, including, but not limited to, motion picture screenplays, deal memos, production budgets, marketing budgets, financial |



Jn, 21/42

schedules and financial information, any ultimates or other information provided under <u>Section 14</u> hereof, production information, documents, agreements and any other information of a similar nature, whether or not reduced to writing or other tangible form, and any other non-public business information relating to the financing, production and distribution of motion pictures and any analyses, compilations, studies, reports, presentations or other documents prepared by a party or its Representatives containing, incorporating or reflecting any Confidential Information, in each case whether or not reduced to writing or other tangible form. Notwithstanding the preceding sentence, "Confidential Information" shall not include any information that: (i) at the time of disclosure or thereafter is generally available to and known by the public (other than a result of a disclosure directly or indirectly by in violation of this Agreement); (ii) was available to the receiving party or its Representatives on a non-confidential basis from a source other than the disclosing party or its Representatives that was not bound by a confidentiality obligation owed to the disclosing party; or (iii) has been independently acquired or developed by the receiving party or its Representatives without violating this <u>Section 21</u>.

本协议之任何一方均不得直接或间接与任何第三方（不包括双方各自的董事、管理人员、经理、代表、代理、专业顾问、贷款人和其它融资来源、保险人、会计师、审计师、律师和雇员，均在以其该身份行事时，简称为"<u>代表</u>"）就本<u>协议</u>条款或任何<u>保密信息</u>（定义见下），无论以口头、书面还是其它形式，进行交流沟通或向该第三方作出披露，但以下情况除外：(a) 为遵守法律或适用法规、相关司法管辖区法院、行政机关、税务机关或其它政府机构之有效命令，或依照任何银行、证券、证券交易所或其它对该方或其<u>代表</u>有管辖权的监管司或自我监管组织或机构的请求或要求，在该等情况下作出披露的一方应在法律许可的范围内通知另一方并寻求对该等信息予以保密处理；(b) 属于向母公司相关联方、合伙人、会计师、审计师和律师的正常报告或审核程序的一部分；以及(c)为在法律程序中依照本<u>协议</u>强制执行其权利之目的。"<u>保密信息</u>"指依照本<u>协议</u>条款向另一方提供的、可供获得或以其它方式披露的，或另一方或其任何<u>代表</u>收到的或以其它方式获取的（在本<u>协议</u>允许的范围内）一方的保密、专有或其它信息，包括但不限于电影剧本、交易备忘录、制作预算、营销预算、财务报表和财务信息、根据本<u>协议第 14 条</u>提供的任何最终报表或其它信息、制作信息、文件、协议和任何其它性质类似的信息（无论是否以书面或其它有形形式）以及任何其它与电影影片的融资、制作和发行有关的非公开业务信息，同时还包括任何一方或其<u>代表</u>制作的包括、含有或体现任何<u>保密信息</u>的分析、汇编、研究、报告、介绍或其它文件（无论是否以书面或其它有形形式）。但尽管有前一句的规定，"<u>保密信息</u>"不包括任何如下信息：(i) 披露时或披露后已为公众所知的信息（但非因违反本<u>协议</u>而作出的直接或间接披露造成）；(ii) 接收方或其<u>代表</u>从披露方或其<u>代表</u>之外的渠道在无需保密的条件下获得的信息，而该等渠道并不对披露方承担任何保密义务；或(iii)由接收方或其<u>代表</u>在不违反本<u>第 21 条</u>的前提下独立获取或开发的信息。



22. **Press Releases /Publicity:**

新闻发布/宣传：

Without limiting the generality of <u>Section 21</u> above, neither party will issue any press release or publicity announcing the matters contemplated herein unless and until such press release has been mutually approved by TWC and Wanda.

在不限制上文<u>第 21 条</u>的一般性规定的前提下，除非且直至 TWC 和万达对新闻发布作出一致批准，否则任何一方不得作出任何有关公布本协议所述事项的新闻发布或宣传。

23. **Costs:**

成本：

Each party will be responsible for and bear all of its own costs and expenses (including any broker's or finder's fees and the expenses of its representatives) incurred at any time in connection with pursuing or consummating this Agreement or the transaction contemplated herein.

每一方应自行负责并承担其自身与进行或完成本协议或本协议预期的交易有关而在任何时间发生的成本与费用（包括任何中介或中间人费用及其代表的费用）。

24. **Assignment:**

转让：

Neither party may assign its rights or delegate its obligations under this Agreement without the prior written consent of the other party, except that a party may assign this Agreement to any entity that succeeds to substantially all of such party's assets, whether by merger, acquisition, reorganization, or otherwise. Notwithstanding the foregoing, TWC shall be entitled to assign and pledge the U.S. distribution rights in the Picture and the products and proceeds thereof for purposes of financing theatrical releasing costs relating to the Picture; provided, however, that TWC shall cause the lender to acknowledge and agree in writing to Wanda's right to receive TWC Gross Receipts from the exploitation of the Picture in the U.S. in accordance with <u>Exhibit B</u> hereto. In addition, each party shall have the right to assign this Agreement to one of its affiliates that is reasonably acceptable to the other party taking into consideration the ability and wherewithal of the proposed assignee to perform and discharge all of the assignor's obligations and liabilities under this Agreement in a full and timely manner.

未经另一方事面同意，任何一方不得将其在本<u>协议</u>项下的权利或义务转让给他人，但一方可将本<u>协议</u>转让给实质上承继（无论是通过合并、收购、重组还是其它方式）其全部资产的任何实体。尽管有前述规定，<u>TWC</u> 应有权为<u>影片</u>院线上映融资目的而转让并质押<u>影片</u>的美国发行权及其产品和收益，但是，<u>TWC</u> 应促使贷款方书面确认并同意<u>万达</u>根据本<u>协议</u>的<u>附件 B</u> 从在美国开发利用<u>影片</u>中收取 <u>TWC 总收入</u>的权利。此外，一方有权将本<u>协议</u>转让给其一家关联方，该等关联方应为对方在考虑下列因素后可合理接受：拟议受让人全面及时履行和行使转让人在本<u>协议</u>项下所有义务与责任的能力及财力。

25. **Governing Law; Venue:**

管辖法律；审理地点：

This Agreement will be governed by the laws of the State of New York without regard to its choice of law or conflict of law provisions. All disputes between the parties arising from or in connection with this Agreement shall be resolved exclusively through an arbitration proceeding conducted in New York, New York, in accordance with

23



𝒟n 23/42

the Commercial Arbitration Rules of the American Arbitration Association ("AAA") then in effect. The initiating party must serve a written notice of intention to arbitrate (the "**Notice of Arbitration**") on the respondent, and shall file a copy with the New York office of the AAA, along with the required fee. Within twenty (20) days of service of the Notice of Arbitration on the respondent, each party shall select a party arbitrator and shall serve and file a notice of appointment. Within twenty (20) days thereafter, the party arbitrators shall confer and select a neutral arbitrator. No person may serve as a neutral or party arbitrator unless he or she is either a retired state or federal judge, or a practicing lawyer with at least twenty (20) years of experience, including at least ten (10) years of experience in entertainment law. The dispute shall be heard by all three (3) arbitrators, i.e., the neutral arbitrator and the two party arbitrators (collectively, "**Arbitrators**"),and all procedural matters and the final decision and award shall be decided by a majority of them. If a party fails to designate a party arbitrator within twenty (20) days of service of the Notice of Arbitration on the respondent, then the AAA shall select the arbitrator for and on behalf of that party as its designated party arbitrator. If the party arbitrators cannot agree on a neutral arbitrator, then the AAA shall select a neutral arbitrator, who shall meet the qualifications set forth above and shall conduct the arbitration along with the party arbitrators. Within fifteen (15) days of the selection of the neutral arbitrator, the Arbitrators shall confer with the parties to set the arbitration schedule. Except for good cause, the arbitration hearing shall be within one hundred twenty (120) days of the selection of the neutral arbitrator. The parties shall be entitled to conduct discovery in accordance with the Federal Rules of Civil Procedure, provided that(i) the Arbitrators must authorize all such discovery in advance based on findings that the material sought is relevant to the issues in dispute and that the nature and scope of such discovery is reasonable under the circumstances and (ii) discovery shall be limited to depositions and production of documents unless the Arbitrators find that another method of discovery is the most reasonable and cost efficient method of obtaining the information sought. The Arbitrators shall issue a written decision and award (the "**Decision and Award**") within forty five(45) days of the submission of the final, post-hearing memoranda. This Decision and Award shall be signed and dated by the Arbitrators and shall set forth the Arbitrators' reasoning in support of each issue necessary to their decision. The parties agree to pay the fees and costs of the arbitration relating to their designated party arbitrator. All fees and costs relating to the neutral arbitrator will be paid by the parties in equal shares, except that the Arbitrators may award such fees and costs to the prevailing party. Each party's attorneys' fees and costs shall be borne by that party, except that if the Arbitrators determine a party's position on any claim to be without substantial justification, they shall award attorneys' fees and costs to the other party with respect to that position,

本协议受纽约州法律管辖，但不适用其下的法律选择或冲突法规则。



In 14/41

双方之间因本协议引起或与本协议有关的一切争议应排他性地在纽约州纽约市通过仲裁程序解决，仲裁应按照届时有效的《美国仲裁协会（"美国仲裁协会"）商事仲裁规则》进行。申请人必须向被申请人提交关于仲裁意愿的书面通知（"仲裁通知"），并应向美国仲裁协会纽约办事处提交仲裁通知副本并支付要求的费用。在向被申请人送达仲裁通知后二十（20）日内，每一方应选择一名仲裁员并应送达、呈交任命通知。之后二十（20）日内，双方任命的仲裁员应协商选定中立仲裁员。但任中立仲裁员或一方指定的仲裁员的必须是具备至少二十（20）年经验（包括至少十（10）年娱乐方面法律经验）的州或联邦退休法官或执业律师。争议由全体三（3）名仲裁员审理，即中立仲裁员和双方指定的仲裁员（统称为"仲裁员"），且所有程序性问题、最终决定和裁决均应由其多数作出裁决。如一方未在向被申请人送达仲裁通知后二十（20）日内指定该方之仲裁员，则美国仲裁协会应为该方并代表该方选定一名仲裁员担任该方指定的仲裁员。如果仲裁员之间无法就中立仲裁员达成一致意见，则应由美国仲裁协会挑选中立仲裁员，该等仲裁员应符合上述资格要求并应与双方选定的仲裁员一起进行仲裁。在选定中立仲裁员之后十五（15）日内，仲裁员应与双方协商仲裁时间表，除非有合理的理由，否则仲裁应讯应在选定中立仲裁员后一百二十（120）日内进行。双方有权根据《联邦民事诉讼规则》进行证据开示，但前提是：(i)仲裁员必须提于下列原因事先对该等证据开示作出批准：要求的材料与争议标的事宜相关且该等证据开示的性质和范围在相关情况下属于合理范围，以及(ii)证据开示应以证言和提供文件为限，除非仲裁员发现另一证据开示方式对于获得要求的信息而言最符合理且最符合成本效益。仲裁员应在提交最终聆讯后备忘录后四十五（45）日内出具书面决定与裁决（"决定与裁决"）。仲裁员应在决定与裁决上签字、标注日期并应说明作出该等决定的理由。双方应就支付与其指定的仲裁员相关的费用与成本。所有与中立仲裁员相关的费用和成本等由双方平摊，但仲裁员可以裁决向胜诉方支付该等成本与费用。每一方应自行负担其律师费用与成本，但如果仲裁员就某一方对任一索赔的立场实质上没有正当理由，则仲裁员可以裁决就该等立场向另一方支付律师费用与成本。

**26. Representations and Warranties:**

**陈述与保证：**

(1) Each party hereby represents, warrants and agrees as follows:

(1) 每一方陈述、保证并同意如下：

(a) Such party (i) is duly organized, validly existing and, to the extent material to the performance of its obligations under this Agreement, is qualified to conduct business in and is in good standing under the laws of each applicable jurisdiction in which it conducts its business; (ii) has all necessary power and authority to carry on its business as now being conducted; and (iii) has the necessary power and authority to execute, deliver and perform this Agreement and any related agreements to which it is a party.

(a) 该方：(i) 系合法组建、有效存续，且在与履行本协议项下义务存在重大关联的范畴内，具备根据其开展业务所在相关司法管辖区法律开展业务活动所需的资格并资质完备；(ii) 具备开展其目前开展的业

25



务所必需的一切权力与授权；并且(iii)具备签署、交付并履行本协议和其为一方的任何相关协议的权力与授权。

(b) The execution, delivery and performance of this Agreement and any related agreements by such party has been duly and validly authorized by all necessary action on the part of such party. This Agreement constitutes the legal, valid and binding obligation of such party. enforceable against such party in accordance with its terms except as such enforceability may be limited by bankruptcy, insolvency, reorganization, moratorium and other similar laws and equitable principles relating to or limiting creditors' rights generally.

(b)该方签署、交付和履行本协议和任何相关协议已经该方所有必要行动予以正当有效授权。本协议构成该方合法、有效、具有约束力的义务、可依照其条款对该方强制执行，但该等可强制执行性可能因破产、资不抵债、重组、延期偿付和其它整体与债权人权利有关或限制债权人权利的类似法律和衡平法原则而受到限制。

(c) The execution, delivery and performance of this Agreement and any related agreements by such party will not violate or constitute a breach or default (whether upon lapse of time and/or the occurrence of any act or event or otherwise) under (i) the charter documents of such party; (ii) any laws, rules and regulations applicable to the party or any conduct, transaction, or covenant contemplated by this Agreement, including all applicable common law and equitable principles; all provisions of all applicable state, federal and foreign constitutions, statutes, rules, regulations and orders of any governmental body (as defined below), and all orders, judgments and decrees of all courts and arbitrators. to which such party is subject; or (iii) any contract to which such party is a party that is material to the financial condition. results of operations or conduct of the business of such party.

(c) 该方签署、交付与履行本协议和任何相关协议不会违反以下文件、或构成以下文件下的违约或不履行（无论经时间推移和/或因任何行为或事件或其它情况）：(i)该方之章程性文件；(ii)适用于一方或本协议规定的任何行为、交易或承诺的法律、规定和法规，包括所有适用的普通法和衡平法原则；所有相关各州、联邦和外国宪法、法令、规定、法规的所有规定和任何政府机构（定义如下）的命令，以及一方需遵守的所有法院和仲裁员作出的所有命令、判决和判令；或者(iii)该方为一方且对该方的财务状况、经营成果或业务行为有重大影响的任何合同。

(2) TWC further represents, warrants and covenants that:

(2) TWC 的进一步陈述、保证并承诺：

(a) TWC is and will be the sole and absolute owner (except to the extent of any rights granted to Wanda) of the exclusive right to exhibit, distribute and exploit the Picture and all underlying and ancillary rights related thereto, in all media throughout the universe.



JH 26/42

(a) <u>TWC</u> 目前是且将来亦是全球范围内在一切媒介上放映、发行和开发利用<u>影片</u>的排他性权利以及其所有相关和附带权利的唯一且绝对的所有权人（任何授予<u>万达</u>的权利除外）。

(b) TWC owns and controls all motion picture, performance and all other rights in and to the Picture and the underlying materials and all the soundtracks thereof throughout the universe, and has obtained, or will obtain, all necessary licenses required for the production, synchronization, exhibition, performance, distribution, marketing and exploitation of the Picture for all purposes and by every means, method and device now or hereafter known.

(b) <u>TWC</u> 在全球范围内拥有和控制者<u>影片</u>中的所有电影影片、表演和所有其他权利以及相关素材和其所有配乐(soundtracks)，且已经或将会取得为所有目的而以各种目前或今后为人所知的手段、方法和策略制作、同步、放映、表演、发行、营销和开发利用<u>影片</u>所需的一切必要许可。

(c) No element of the Picture, nor any part thereof, nor any materials contained therein or synchronized therewith, nor the title thereof, nor any advertising, publicity or promotional materials created by or for TWC, its subsidiaries or its affiliates with respect thereto, nor the exercise of any right, license or privilege by TWC, its subsidiaries or affiliates, violates or will violate, or infringes or will infringe, any trademark, copyright (whether common law or statutory), patent, contract, personal, private, property or privacy right or "moral rights of authors" or any other right of, or slander, defame or libel, any person or entity.

(c)<u>影片</u>的任何元素、其任何部分、其中含有的或与之同步的任何素材、其权利、由 <u>TWC</u>、其子公司或关联方或他人代表 <u>TWC</u>、其子公司或关联方制作的任何相关广告、宣传或推广材料、<u>TWC</u>、其子公司或关联方对任何权利、许可或特权的行使均来违反或将违反，或侵犯或侵犯任何人或实体的任何商标、版权（无论是在普通法还是成文法项下）、专利、合同、人身权利、私有权利、财产权或隐私权或"作者的精神权利"或任何其他权利，或诋毁、诽谤或中伤任何人或实体。

(d) The copyright in the Picture and sufficient rights to enable TWC and Wanda or their subsidiaries or affiliates to distribute and otherwise exploit the Picture and the literary, dramatic and musical material upon which it is based or which is contained in the Picture, is or will be owned or controlled by TWC and will be valid and subsisting in the U.S. and throughout the world for as long as legally permitted.

(d)<u>影片</u>中的版权和使 <u>TWC</u> 和<u>万达</u>或其子公司或关联方能够发行并以其他方式开发利用<u>影片</u>的充分权利以及<u>影片</u>所依据或所含有的文学、戏剧和音乐素材由或将由 <u>TWC</u> 所拥有或控制，且在法律允许的范围时间内，将在美国和全球范围内保持有效和存在。

27



(e) TWC has complied with (or will cause the appropriate entity to comply with) all applicable material third party obligations (including material credit obligations) imposed on TWC, its subsidiaries and its affiliates with respect to the Picture and, at all times will (or will cause the appropriate entity to) comply therewith, including, without limitation, that all material salaries, royalties, license fees, service charges, laboratory charges and the like, shall have been or shall be fully paid or discharged by TWC, its subsidiaries or its affiliates or designees in a timely fashion. It is expressly understood that Wanda has not assumed (and will not assume) any obligations under any contracts entered into by TWC, its subsidiaries or its affiliates.

(e)TWC 已遵守了（或将促使相关实体遵守）就影片对 TWC、其子公司和其关联方规定的所有适用的重大第三方义务（包括重大信用义务），且将始终遵守（或将始终促使相关实体遵守）该等义务，包括但不限于所有重大工资、提成费、许可费、服务费、实验费用及类似费用已由或应由 TWC、其子公司或其关联方或被指定人及时足额支付或清偿。双方明确谅解，万达没有承担（且亦不会承担）TWC、其子公司或其关联方所订立的任何合同项下的任何义务。

(f) There is no pending or, to the knowledge of TWC, threatened, action, suit, investigation, litigation or proceeding affecting the Picture or the ability of TWC or its subsidiaries or affiliates to produce and/or distribute the Picture in accordance with, and as contemplated by, this Agreement.

(f)不存在影响影片或 TWC、其子公司或关联方根据本协议或如本协议所规定制作和/或发行影片的能力的任何未决的行动、起诉、调查、诉讼或程序，且就 TWC 所知不存在被威胁的该等行动、起诉、调查、诉讼或程序。

(3) Wanda further represents, warrants and covenants that:

(3) 万达进一步陈述、保证和承诺：

(a) Wanda has complied with (or will cause the appropriate entity to comply with) all applicable material third party obligations (including material credit obligations) imposed on Wanda, its subsidiaries and its affiliates with respect to the Picture and, at all times will (or will cause the appropriate entity to) comply therewith, including, without limitation, that all material salaries, royalties, license fees, service charges, laboratory charges and the like, paid or payable by Wanda or its subsidiaries, or its affiliates or designees, shall have been or shall be fully paid or discharged by Wanda, such subsidiaries or such affiliates or designees in a timely fashion. It is expressly understood that TWC has not assumed (and will not assume) any obligations under any contracts entered into by Wanda, its subsidiaries or its affiliates.

(a)万达已遵守了（或将促使相关实体遵守）就影片对万达、其子公司和其关联方规定的所有适用的重大第三方义务（包括重大信用义

28



务），且将始终遵守（或将始终促使相关实体遵守）该等义务，包括但不限于所有重大工资、提成费、许可费、服务费、实验费用及类似费用应由或应由<u>万达</u>、其子公司或其关联方或被指定人及时足额支付或清偿。双方明确理解，<u>TWC</u> 没有承担（且亦不会承担）<u>万达</u>、其子公司或其关联方所订立的任何合同项下的任何义务。

(b) There is no pending or, to the knowledge of Wanda, threatened, action, suit, investigation, litigation or proceeding affecting the ability of Wanda or its subsidiaries or affiliates to distribute the Picture in accordance with, and as contemplated by, this Agreement.

(b)不存在影响<u>万达</u>、其子公司或关联方根据本<u>协议</u>或如本<u>协议</u>所规定发行<u>影片</u>的能力的任何未决的行动、起诉、调查、诉讼或程序，且就<u>万达</u>所知不存在被威胁的该等行动、起诉、调查、诉讼或程序。

| 27. | Indemnification: 补偿: | |

Each party (the "Indemnitor") shall indemnify, defend and hold the other party (the "Indemnitee"), and all of its employees, agents, officers, directors, parents, subsidiaries, owners, shareholders, affiliates, licensees, successors and assigns, harmless from and against any third party claim, loss, liability, judgment, cost or expense, including reasonable attorneys' fees and disbursements (individually and collectively "Claims"), suffered or incurred as a result of or by reason of: (i) any breach by the Indemnitor of any of its representations, warranties, covenants or other obligations set forth in this Agreement other than for Claims suffered or incurred as a result of the gross negligence or willful misconduct of the Indemnitee; (ii) in the case where TWC is the Indemnitor, in connection with the development, production and distribution (other than in China) of the Picture and with respect to any and all P&R obligations, or the accounting or payment thereof; and (iii) in the case where Wanda is the Indemnitor, in connection with the distribution in China of the Picture. All indemnities contained in this <u>Section 27</u> shall survive the expiration or earlier termination of this Agreement.

每一方（"<u>补偿人</u>"）应就另一方（"<u>受偿人</u>"）及其所有雇员、代理、管理人员、董事、母公司、子公司、所有权人、股东、关联方、被许可人、接任者和受让人出于以下原因所遭受或承担的任何第三方索赔、损失、责任、判决、费用或支出（包括合理的律师费和开销）（单称及合称为"<u>索赔</u>"）予以补偿、为其抗辩并使之免受损害：(i)<u>补偿人</u>对其在本<u>协议</u>项下的任何陈述、保证、承诺或其他义务的任何违反（因<u>受偿人</u>的重大过失或故意不当行为而遭受或承担的<u>索赔</u>除外）；(ii)在 <u>TWC</u> 作为<u>补偿人</u>的情况下，与<u>影片</u>的开发、制作和发行（在<u>中国</u>境内进行的除外）相关，且与任何和所有<u>参与份额与重播费</u>义务、或其核算或支付有关；和(iii)在<u>万达</u>作为<u>补偿人</u>的情况下，与<u>影片</u>在<u>中国</u>的发行相关。本<u>第 27 条</u>中所含的一切补偿规定在本<u>协议</u>到期或提前终止后依旧有效。

| 28. | Further Assurances: | |

Each party agrees to execute and deliver such additional documents and instruments and to perform such additional acts as may be necessary or appropriate to effectuate, carry out and



Jn 29/42

进一步保证：

perform the terms, provisions and conditions of this Agreement and the transactions contemplated hereby including, but not limited to, such documents required in order to grant to Wanda the copyright interest contemplated by Section 15 hereof and the Security Interest contemplated by Section 17 hereof.

每一方同意为下列目的签署非交付必要或适当的额外文件和文书并采取必要或适当的额外行动：使本协议的条款、规定和条件以及本协议规定的交易生效并执行和履行本协议的条款、规定和条件以及本协议规定的交易，包括但不限于为向万达授予本协议第 15 条规定的版权权益和本协议第 17 条规定的担保权益所需的文件。

29. Notices:

通知：

Any notice by either party to the other shall be in writing and given by delivery, mailing or fax transmission (with confirmation copy by mail).Either party may hereafter designate a substitute address by written notice to the other. All notices to either party hereunder shall be presently addressed as follows:

任何一方向另一方发出的通知均应以书面形式，并通过递送、邮寄或传真方式（带邮寄确认函）作出。任何一方今后可以书面通知另一方指定一个替代地址。对任何一方的所有通知目前应发至如下地址：

If to TWC:

如果发给 TWC：

The Weinstein Company, LLC
375 Greenwich St.
New York, NY 10013
Attention: Chief Operating Officer
Facsimile: (917) 368-7094

收件人：首席运营官

传真：(917) 368-7094

With a copy to:

抄送：

The Weinstein Company, LLC
9100 Wilshire Blvd., Suite 700W
Beverly Hills, CA 90212
Attention: President, Business & Legal Affairs & General Counsel
Facsimile: (310) 550-5759

收件人：总裁，业务与法律事务与总法律顾问

传真：(310) 550-5759

With a courtesy copy to:

礼节性抄送：

30

O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Attention: Matthew Erramouspe, Esq.
Facsimile: (310) 246-6779

收件人：Matthew Erramouspe 先生

传真：(310) 246-6779

If to Wanda:

如果发给万达：

Beijing Wanda Cultural Industry Group
Wanda Plaza, Block B, 11th Floor
93 Jianguo Rd., Chaoyang District
Beijing 100022
Attention: Jerry Ye, Vice President
Facsimile: +86 10 8558 7619

北京万达文化产业集团有限公司
北京市朝阳区建国路 93 号
万达广场 B 座 11 层
邮编：100022
收件人：叶宁，副总裁

传真：86 10 8558 7619

And to:

并发送：

Wanda Media Co., Ltd.
20th Floor, No.12 Building, Wanda Plaza
No.93 Jianguo Road, Chaoyang District
Beijing 100022
Attention: Gillian Zhao, General Manager
Facsimile: +86 10 8558 7619

万达影视传媒有限公司
北京市朝阳区建国路 93 号
万达广场 12 号楼 20 层
邮编：100022
收件人：赵方，总经理
传真：86 10 8558 7619

With a copy to:

抄送：

Wanda Media Co., Ltd.
20th Floor, No.12 Building, Wanda Plaza

31

No.93 Jianguo Road, Chaoyang District
Beijing 100022
Attention: Cary Cheng and Abe Kwong, Deputy General Managers
Facsimile: +86 10 8558 7619

万达影视传媒有限公司
北京市朝阳区建国路 93 号
万达广场 12 号楼 20 层
邮编：100022
收件人：郑剑锋和邝文伟，副总经理
传真：86 10 8558 7619

With a courtesy copy to:

礼节性抄送：

Dalian Wanda Group, Investment Management Center
Wanda Plaza, Block B, 21 Floor
93 Jianguo Rd., Chaoyang District
Beijing 100022
Attention: Jonathan Garrison
Facsimile: +86 10 8585 3095

大连万达集团投资管理中心
北京市朝阳区建国路 93 号
万达广场 B 座 21 层
邮编：100022
收件人：Jonathan Garrison
传真：86 10 8585 3095

And with a courtesy copy to:

并礼节性抄送：

Reed Smith LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Attention: Tom K. Ara, Esq.
Facsimile: (310) 734-5299

收件人：Tom K. Ara 先生

传真：(310) 734-5299

| | | |
|---|---|---|
| 30. | **Cure Periods:** | Neither party shall be in breach or default of its obligations under this Agreement unless and until it shall have received written notice of such potential breach or default from the other party and shall have failed to cure such potential breach or default within fifteen (15) days after receipt of such notice (or within five (5) days after receipt of such notice if such potential breach or default relates to the failure to make any payment by the date required hereunder). |
| | 纠正期： | 任何一方均不视为违反或违背其在本协议项下的义务，除非且直到其 |

32

收到另一方有关该等潜在违反或违背的书面通知，并且在收到该等通知后十五（15）日内未能纠正该等潜在违反或违背（在潜在的违反或违背是有关在本协议规定的日期前付款的情况下，则为五（5）日内）。

31. **Formal Agreement**
    正式的协议：

This Agreement (including the exhibits hereto, which are incorporated herein by reference) shall constitute the final, formal, binding and enforceable agreement between the parties and shall supersede any prior negotiations and communications, whether written or oral.

本协议（包括本协议的附件，该附件经引述纳入本协议）应在双方之间构成最终、正式、具有约束力并可强制执行的协议，并应取代无论口头还是书面的之前的一切谈判与交流。

32. **Language:**
    语言：

This Agreement is made in both English and Chinese. In case of any inconsistency, incompatibility, conflict or discrepancy between the two language versions, the English version shall prevail and control.

本协议以中英文书就。如两个语言版本存在任何不一致、不相符之处或存在冲突或差异，应以英文版本为准。

*[remainder of page intentionally left blank; signatures follow]*

*[本页剩余部分刻意留白；签字页附后]*



2n 33/42

The parties have duly executed this Agreement as of the date first written above.

双方于本协议文首规定日期正式签署本协议。

| THE WEINSTEIN COMPANY, LLC | WANDA PICTURES (HONG KONG) CO., LTD. |
|---|---|
| By /签字: | By /签字: |
| Its / 职务: COO / 首席运营官 | Its / 职务: |

Exhibit A

附件 A

Wanda Consultation Rights

万达商讨权

**A.    Pre-Production Period of the Picture:**

影片前期制作期间:

Wanda to assign one Wanda executive or representative as a producer and three Wanda executives or representatives as executive producers (collectively, the "Wanda Producers") to the Picture. Subject to their reasonable availability and exigencies of pre-production and production, the Wanda Producers shall be included on any decision making committees (formal or informal) established by TWC and meetings regarding key creative and business matters, including committees responsible for script changes, budget changes, and all decisions with respect to the selection or replacement of talent for the Picture. All of the Wanda Producers should have consultative involvement and should be copied on all material and non-confidential production, distribution, and marketing correspondence and emails.

就影片，万达指定一（1）名万达高管或代表担任制片人及三（3）名万达高管或代表担任行政制片人（统称为"万达制片人"）。取决于万达制片人是否可合理出席及前期制作和制作的迫切性，万达制片人应被邀请参加 TWC 成立的任何决策委员会（正式或非正式）及有关核心创意和业务事宜的会议，包括负责剧本变动、预算变动以及一切与影片明星的甄选与替换相关决策的委员会。所有万达制片人均应可参与商讨，并且所有有关于制作、发行和营销的重大非架密往来信函和电子邮件均应抄送万达制片人。

TWC shall provide weekly routine status reports (which may be given telephonically) to the Wanda Producers with respect to the Picture.

TWC 应就影片向万达制片人提供每周日常状态报告（可通过电话提供）。

The shooting script and final budget for the Picture shall be delivered to the Wanda Producers not later than ten (10) days prior to commencement of principal photography of the Picture.

影片的拍摄剧本和最终预算应在影片开始主要拍摄前至少提前十（10）日交付万达制片人。

Wanda Producers to be invited to attend all press and publicity events controlled by TWC. TWC shall be responsible for arranging all logistics and scheduling of such events. Wanda should be credited as a producer on all press and publicity materials for the Picture that are both issued by TWC and credit TWC as a producer.

万达制片人应受邀出席由 TWC 控制的各新闻发布和宣传活动。TWC 应负责安排该等活动的一切后勤和行程。在由 TWC 发布的且将 TWC 署名为制片人的影片所有新闻发布和宣传资料中，万达均应被署名为制片人。

TWC will provide Wanda with pre-production plans for the Picture (including wardrobe, story board, special effects, etc.) on a regular basis.

TWC 将定期向万达提供影片前期制作计划（包括服装、故事板、特效等）。



Wanda must be consulted on all publicity and promotion plans for TWC's initial theatrical release of the Picture in the U.S.

TWC 必须就 TWC 在美国首次影院上映影片的所有宣传推广计划与万达进行商讨。

**B.  Production Period of the Picture:**

影片制作期间：

Subject to their reasonable availability, the Wanda Producers should be included in any pre-production or kick-off events for the Picture.

取决于其是否可合理出席，影片的任何预前期制作或启动活动均应包括万达制片人。

The Wanda Producers shall at all times during production have reasonable access to the set for the Picture. The Wanda Producers shall have the right, subject to the DGA Minimum Basic Agreement and all third party contractual restrictions, to view dailies of the Picture.

制作期间，万达制片人应始终可以合理进入影片拍摄场地。受制于《美国导演公会最低基本协议》（DGA Minimum Basic Agreement）和所有第三方合同限制，万达制片人应有权查看影片的工作样片。

On a weekly basis, TWC shall send Wanda rough footage of the Picture for review.

TWC 应每周向万达提供影片的未剪辑胶片供审阅。

Wanda shall receive weekly account reports of production expenditures for the Picture.

应向万达提供影片的每周制作开支账目报告。

**C.  Post-Production Period of the Picture:**

影片后期制作期间：

TWC shall consult with Wanda on the creation of all versions of the Picture, including without limitation the rough cut and any producers cut of the Picture. If TWC has the right to exercise final cut with respect to the Picture, TWC shall consult with Wanda regarding the exercise of such right.

TWC 应与万达商讨影片各个版本的制作，包括但不限于影片的粗剪和制片人剪辑。如果 TWC 有权对影片行使终剪权，则 TWC 在行使该等权利时应与万达商讨。

TWC shall provide to and consult with Wanda on all post-production schedules and plans, including editing, CGI, music and acoustic design.

TWC 应向万达提供并与万达商讨所有后期制作时间安排和计划，包括编辑、计算机合成图像（CGI）、音乐和音效设计。

**D.  Marketing and Distribution of Picture:**

影片的营销发行：

TWC shall consult with Wanda on all advertising and marketing plans for the initial theatrical release of the Picture in the U.S., as well as material distribution decisions.



TWC 应就影片在美国首次影院上映的所有广告与营销计划以及重大发行决策与万达进行商讨。

TWC shall consult with Wanda on all plans for submission of the Picture for consideration at film festivals and competitions.

TWC 应就将影片送报电影节和奖项角逐的所有提交计划与万达进行商讨。

Without limiting its obligations set forth in the Agreement, Wanda shall have final decision making authority over all marketing and distribution decisions with respect to distribution of the Picture in China.

在不限制本协议所规定的万达的义务的前提下，万达应就影片在中国发行的所有营销与发行决策具有最终决定权。

TWC shall make available to Wanda all elements created for delivery to foreign distributors of the Picture, on the same terms as such foreign distributors.

TWC 应向万达提供为向外国发行人交付影片而准备的所有元素，并且应按照与该等外国发行人的同等条款提供。

Wanda shall exercise its rights hereunder promptly and in a reasonable manner so as not to delay or interfere with the pre-production, production, or distribution of the Picture. No casual or inadvertent failure of TWC to comply with the terms of this Exhibit A shall constitute a breach of the Agreement.

万达应及时并以合理方式行使其在本协议项下的权利，以免对影片的前期制作、制作或发行造成延误或妨碍。TWC 不经意或因疏忽而未能遵守附件 A 的规定不构成对本协议的违反。

3



Exhibit B

附件 B

Application of TWC Gross Receipts

TWC 总收入的分配

1.　　　　U.S. Territory. TWC Gross Receipts from the exploitation of the Picture in the U.S. will be applied on an ongoing, continuous, cumulative and non-cross-collateralized basis as follows:

　　　　美国。在美国开发利用影片获得的 TWC 总收入将按照以下顺序以持续、累计且无相互担保的方式分配:

　　　　(a)　　　　First, TWC shall be entitled to deduct and retain the TWC Fee calculated on such TWC Gross Receipts (it being understood and agreed that the TWC Fee shall accrue on all such TWC Gross Receipts but shall be deferred until the earlier of (i) such time as Wanda has recouped an amount equal to the Wanda Investment for the Picture plus Interest thereon, and (ii) the sum of the value of the MG's for the Picture in respect of territories outside of the U.S., plus the value of all Production Benefits for the Picture anticipated to be received based on the Final Cost Statement, is equal to or greater than the amount of the Wanda Investment for the Picture (plus Interest thereon) which Wanda has not yet recouped at such time;

　　　　第一，TWC 有权扣除并保留基于该 TWC 总收入计算的 TWC 发行费(双方理解并同意，TWC 发行费应就所有该等 TWC 总收入进行累计，但应递延至以下时间支付(以下述两者中较早的时间为准)：(i)万达已回收了其为影片的万达投资及其利息之时，或(ii)影片在美国境外地区的最低保证额与影片依最终成本报表预计将会收到的所有制作收益之和等于或大于万达届时尚未回收的对影片的万达投资(及其利息)；

　　　　(b)　　　　Second, TWC shall be entitled to recoup all P&R attributable to the U.S. territory in connection with the Picture that have accrued and have been paid or are payable within the ensuing six (6) months plus Interest thereon;

　　　　第二，TWC 应有权回收所有已经在随后六(6)个月期间内计提并支付或应付的、属于美国地区的、有关影片的所有参与份额与重播费及其利息；

　　　　(c)　　　　Third, all remaining TWC Gross Receipts shall be paid pro-rata and pari passu to TWC and Wanda to recoup TWC's Distribution Expenses plus Interest thereon and Wanda's Production Cost Deficit (if any) plus Interest thereon in connection with the Picture;

　　　　第三，所有剩余的 TWC 总收入应按比例平等地支付给 TWC 和万达，以回收与影片相关的 TWC 的发行费用及其利息以及万达的制作成本亏空(如有)及其利息；

　　　　(d)　　　　Fourth, TWC shall be entitled to recoup all of its unrecouped contribution to First Level Enhancement Costs (if any) and Second Level Enhancement Costs (if any) for the Picture;

　　　　第四，TWC 应有权回收其尚未回收的为影片的一级改进成本(如果有)和二级改进成本(如果有)所作的出资；



2n 28/42

(e)　　　Fifth, all remaining TWC Gross Receipts shall be paid to TWC and/or the completion guarantor, as applicable, to recoup all if its/their unrecouped contributions to Overbudget Amounts (if any) for the Picture; and

第五，所有剩余的 TWC 总收入应支付给 TWC 和/或完片担保人（视情形而定），以回收其所有未回收的为影片的超预算金额（如果有）所作的出资；以及

(f)　　　Sixth, all remaining TWC Gross Receipts shall be paid 90% to TWC and 10% to Wanda.

第六，所有剩余的 TWC 总收入的 90%应支付给 TWC，10%支付给万达。

2.　　　Rest of World. TWC Gross Receipts from the exploitation of the Picture in all territories (other than the U.S. and China) shall be applied on an ongoing, continuous, cumulative and non-cross-collateralized basis as follows:

世界其他地区．在所有区域（美国和中国除外）开发利用影片获得的 TWC 总收入应按照以下顺序以持续、累计和无相互抵保的方式分配：

(a)　　　First, TWC shall be entitled to deduct and retain the TWC Fee calculated on such TWC Gross Receipts (it being understood and agreed that the TWC Fee shall accrue on all such TWC Gross Receipts but shall be deferred until the earlier of (i) such time as Wanda has recouped an amount equal to the Wanda Investment for the Picture plus Interest thereon, and (ii) the sum of the value of the MG's for the Picture in respect of territories outside of the U.S., plus the value of all Production Benefits for the Picture anticipated to be received based on the Final Cost Statement, is equal to or greater than the amount of the Wanda Investment for the Picture (plus Interest thereon) which Wanda has not yet recouped at such time;

第一，TWC 有权扣除并保留基于该 TWC 总收入计算的 TWC 发行费（双方理解并同意，TWC 发行费应就所有该等 TWC 总收入进行累计，但应递延至以下时间支付（以下述两者中较早的时间为准）：(i) 万达已回收了其为影片的万达投资及其利息之时，或(ii)影片在美国境外地区的最低保证额与影片依最终成本报表预计将会收到的所有制作收益之和等于或大于万达届时尚未回收的对影片的万达投资（及其利息）。

(b)　　　Second, TWC shall be entitled to recoup all P&R attributable to territories outside of the U.S. in connection with the Picture that have accrued and have been paid or are payable within the ensuing six (6) months plus Interest thereon;

第二，TWC 应有权回收所有已经在随后六（6）个月期间内计提并支付或应付的、属于美国境外区域的、有关影片的所有参与份额与重播费及其利息；

(c)　　　Third, TWC shall be entitled to recoup its sales expenses in connection with the Picture up to a cap of US$250,000;

第三，TWC 应有权回收上限为 250,000 美元的其就影片的销售费用；

(d)　　　Fourth, all remaining TWC Gross Receipts shall be paid pro-rata and pari passu to Wanda and TWC until Wanda has recouped an amount equal to all of its unrecouped Wanda Investment for the Picture (plus Interest thereon), and TWC has recouped all of its unrecouped contribution (if any) to the First Level Enhancement Costs for the Picture plus Interest thereon;



第四，所有剩余的 TWC 总收入应按比例平等地支付给万达和 TWC，直至万达回收了其所有尚未回收的为影片的万达投资（及其利息），且 TWC 已回收了其全部尚未回收的、对影片的一级改进成本的出资（如果有）及其利息；

(e)    Fifth, TWC shall be entitled to recoup all Distribution Expenses and all of its unrecouped contribution (if any) to the Second Level Enhancements for the Picture plus Interest thereon from all remaining TWC Gross Receipts;

第五，TWC 应有权从所有剩余的 TWC 总收入中回收所有发行费用及其所有尚未回收的对影片的二级改进成本的出资（如果有）及其利息；

(f)    Sixth, all remaining TWC Gross Receipts shall be paid to TWC and/or the completion guarantor, as applicable, to recoup all of its/their unrecouped contributions to Overbudget Amounts (if any) for the Picture; and

第六，所有剩余的 TWC 总收入应支付给 TWC 和/或完片担保人（视情形而定）以回收其所有尚未回收的为影片的超预算金额（如果有）所作的出资；以及

(g)    Seventh, all remaining TWC Gross Receipts shall be paid 90% to TWC and 10% to Wanda.

第七，所有剩余的 TWC 总收入的 90%应支付给 TWC，10%应支付给万达。

3



.

Exhibit C

附件 C

Application of Wanda Gross Receipts

万达总收入的分配

Wanda Gross Receipts with respect to the Picture will be applied on an ongoing, continuous, cumulative and non-cross-collateralized basis as follows:

影片的万达总收入将按照以下顺序以持续、累计且无相互担保的方式分配：

    (i)    <u>First</u>, Wanda will be entitled to deduct and retain the Wanda Fee calculated on such Wanda Gross Receipts;

第一，万达将有权扣除并保留基于该万达总收入计算的万达发行费；

    (ii)    <u>Second</u>, all remaining Wanda Gross Receipts shall be paid to TWC until TWC recoups all P&R attributable to the China territory in connection with the Picture that have accrued and have been paid or are payable within the ensuing six (6) months plus Interest thereon;

第二，所有剩余万达总收入应支付给 TWC，直到 TWC 收回已经在随后六（6）个月期间内计提并支付或应付的、属于中国的、有关影片的所有参与份额与重播费；

    (iii)    <u>Third</u>, Wanda shall be entitled to recoup all of its unrecouped Distribution Expenses in connection with the Picture plus Interest thereon;

第三，万达有权回收与影片有关的所有其尚未回收的发行费用及其利息；

    (iv)    <u>Fourth</u>, all remaining Wanda Gross Receipts shall be paid pro-rata and pari passu to Wanda and TWC until Wanda has recouped an amount equal to all of its unrecouped Wanda Investment for the Picture (plus Interest thereon), and TWC has recouped all of its unrecouped contribution (if any) to the First Level Enhancement Costs for the Picture plus Interest thereon;

第四，所有剩余的万达总收入应按比例平等地支付给万达和 TWC，直至万达回收了其所有尚未回收的为影片的万达投资（及其利息）．且 TWC 已回收了其全部尚未回收的、对影片的一级改进成本的出资（如果有）及其利息；

    (v)    <u>Fifth</u>, TWC shall be entitled to recoup all of its unrecouped contribution (if any) to the Second Level Enhancements for the Picture plus Interest thereon from all remaining Wanda Gross Receipts;

第五，TWC 应有权从所有剩余的万达总收入中回收其所有尚未回收的对影片的二级改进成本的出资（如果有）及其利息；

    (vi)    <u>Sixth</u>, all remaining Wanda Gross Receipts shall be paid to TWC and/or the completion guarantor, as applicable, to recoup all of its/their unrecouped contributions to Overbudget Amounts (if any) for the Picture; and

第六，所有剩余的万达总收入应支付给 TWC 和/或完片担保人（视情形而定）以回收其所有尚未回收的为影片的超预算金额（如果有）所作的出资；以及



2A 41/41

(vii)     Seventh, all remaining Wanda Gross Receipts shall be paid 50% to Wanda and 50% to TWC.

第七。所有剩余的万达总收入的 50%应支付给万达。另 50%应支付给 TWC。

21

Exhibit 2

<u>CONFIDENTIAL AND NON-PRECEDENTIAL</u>
<u>保密且不作为先例</u>

THE WEINSTEIN COMPANY, LLC
375 Greenwich St.
New York, New York 10013

As of January 28, 2014
于 2014 年 1 月 28 日

Wanda Pictures (Hong Kong) Co., Ltd.
c/o Beijing Wanda Cultural Industry Group
Wanda Plaza, Block B, 11th Floor
93 Jianguo Rd., Chaoyang District
Beijing 100022
Attention: Jerry Ye, Vice President

Wanda Pictures (Hong Kong) Co., Ltd.
由北京万达文化产业集团有限公司转交
北京市朝阳区建国路 93 号
万达广场 B 座 11 层
邮编：100022
收件人：叶宁，副总裁

Ladies and Gentlemen:
女士们，先生们：

Reference is made to that certain Financing and Distribution Agreement dated as of the date hereof("<u>Agreement</u>") between The Weinstein Company, LLC ("<u>TWC</u>"), and Wanda Pictures (Hong Kong) Co., Ltd.("<u>Wanda</u>"), regarding the financing and distribution of the motion picture currently entitled "Southpaw" (the "<u>Picture</u>"). Capitalized terms used herein and not defined herein shall have the meanings ascribed to such terms in the Agreement.

本协议与 The Weinstein Company, LLC（"<u>TWC</u>"）与 Wanda Pictures (Hong Kong) Co., Ltd.（"<u>万达</u>"）为目前名称为"Southpaw"的电影影片（"<u>影片</u>"）的融资和发行事宜而于本协议签署之日签订的<u>融资与发行协议</u>（"<u>协议</u>"）相关。本协议带下划线但未予定义的术语具有<u>协议</u>中赋予其的含义。

Wanda has expressed to TWC its strong desire to be associated with Academy Award films. TWC has indicated to Wanda that it intends that the Picture will be given consideration for the2015 Academy



Janver 28 1/5

(if at all) by written notice to TWC not later than thirty (30) days after the public announcement by the Academy of Motion Picture Arts and Sciences of the nominations for the 2015 Academy Awards, and the Payment Date for such Non-Qualifying Picture Repayment shall be the date that is thirty (30) days after the date the initial accounting in respect of the Picture is rendered to Wanda pursuant to <u>Section 14</u> of the Agreement(and the calculation of such Non-Qualifying Picture Repayment shall take into account all amounts that are paid to Wanda pursuant to such accounting). If and only if Wanda makes such election, then from and after Wanda's receipt of the Non-Qualifying Picture Repayment for the Picture, TWC shall have no further obligation to pay to Wanda (and Wanda shall have no further right to receive) any additional amounts of TWC Gross Receipts from the exploitation of the Picture (including pursuant to <u>Exhibit B</u> of the Agreement), provided that Wanda will continue to be entitled to receive, after taking into the account the Non-Qualifying Picture Repayment, any amounts of Wanda Gross Receipts that it is entitled to receive pursuant to <u>Exhibit C</u> of the Agreement. For clarity, Wanda's election to receive the Non-Qualifying Picture Repayment shall not affect any of the other rights or entitlements of Wanda pursuant to the Agreement with respect to the Picture.

除前述规定以外（但不与前述规定相度复），如果<u>影片</u>来由 <u>TWC</u> 及时在影院公映以具备按前述约定角逐 2015 年奥斯卡奖评选的资格，则根据<u>万达</u>的自行选择，<u>TWC</u> 应有义务向<u>万达</u>偿还对<u>影片</u>的<u>万达</u>投资的全部未回收金额的 100%（而不是 70%）及其利息（"<u>非适格影片偿还额</u>"）。<u>万达</u>如作出收取非适格影片偿还额的选择，其必须在美国电影艺术与科学学院（the Academy of Motion Picture Arts & Sciences）公开宣布 2015 年奥斯卡奖提名之后不晚于三十（30）日内书面通知 <u>TWC</u> 该等选择，并且该等<u>非适格影片偿还额</u>的<u>付款</u>日应为根据<u>协议</u>第 14 条向<u>万达</u>提供了有关<u>影片</u>的首次会计报表之日后的第三十（30）日（计算该等<u>非适格影片偿还额</u>时应将根据该等会计报表已支付给<u>万达</u>的所有金额考虑在内）。在且只有在<u>万达</u>作出该等选择的情况下，自<u>万达</u>收到<u>影片</u>的非适格影片偿还额起并在<u>万达</u>收到<u>影片</u>的非适格影片偿还额之后，<u>TWC</u> 不再有任何义务（包括依照<u>协议</u>附件 B 的规定）向<u>万达</u>支付（<u>万达</u>也不再有任何权利收取）因开发利用<u>影片</u>产生的 TWC 总收入中的任何额外金额，但<u>万达</u>依旧有权在将<u>非适格影片偿还额</u>考虑在内后获得其根据<u>协议</u>附件 C 有权获得的<u>万达</u>总收入中的任何金额。为明确之目的，<u>万达</u>收取非适格影片偿还额的选择不应影响<u>万达</u>根据<u>协议</u>就影片享有的任何其他权利或权限。

(3)    TWC and Wanda will be deemed to have made all of their respective representations and warranties set forth in <u>Section 26(1)</u> of the Agreement with respect to their respective obligations and undertakings set forth herein. The terms of this letter agreement shall have no precedential value, and shall be subject to the confidentiality provisions of <u>Section 21</u> of the Agreement, and the governing law and venue provisions of <u>Section 25</u> of the Agreement. Neither party may assign its rights or delegate its obligations under this Agreement, except in connection with a permitted assignment of the Agreement.

<u>TWC</u> 和<u>万达</u>将被视为已就本协议所规定的其各自的义务及承诺做出<u>协议</u>第 26(1)条所规定的各自所有的陈述和保证。本协议不应具有任何先例意义，并应遵守<u>协议</u>第 21 条的保密规定以及<u>协议</u>第 25 条中有关管辖法律和审理地点的规定。任何一方均不得将其在本协议项下的权利进行转让或将其在本协议项下的义务委托给他人，除非与该允许的<u>协议</u>的转让有关。

(4)    This Side Letter is made in both English and Chinese.  In case of any inconsistency, incompatibility, conflict, or discrepancy between the two language versions, the English version shall

3



prevail and control.

本协议以中英文书就。如两个语言版本有在任何不一致、不相符之处或存在冲突或差异，应以英文版本为准。

*[remainder of page intentionally left blank: signatures follow]*

*[本页其余部分刻意留白: 签字页附后]*

4

Please indicate your acceptance of, and agreement with, the foregoing by signing in the space provided below and returning an executed copy to TWC.

请在下方签字并将签署的副本返还给 TWC，以示贵司对上述内容的接受与同意。

Sincerely,

此致

敬礼

THE WEINSTEIN COMPANY, L.L.C.

By / 签字：

Its / 职务：  COO / 首席运营官

ACCEPTED AND AGREED:

接受并同意：

WANDA PICTURES (HONG KONG) CO., LTD.

By / 签字：

Its / 职务：



Exhibit 3

## SECURITY AGREEMENT

### 担保协议

THIS SECURITY AGREEMENT (as it may from time to time be amended, supplemented, modified, restated or amended and restated, this "**Agreement**") is dated as of March__, 2014, between each of THE WEINSTEIN COMPANY LLC, a Delaware limited liability company ("**TWC**"), and Check Hook LLC, a Delaware limited liability company and wholly-owned subsidiary of TWC ("**TWC Production Company**" and together with TWC, collectively the "**Debtors**" and each a "**Debtor**"), on the one hand, and WANDA PICTURES (HONG KONG) CO., LTD., a _____ ("**Secured Party**"), on the other hand.

本担保协议（可随时被修订、补充、修改、重述或被修订与重述，以下称本"协议"）由以下各方于2014年3月___日签订：（i）THE WEINSTEIN COMPANY LLC，一家特拉华州的有限责任公司（以下称"TWC"）和 Check Hook LLC，一家特拉华州的有限责任公司、TWC 的全资子公司（"TWC 制作公司"，该 TWC 制作公司与 TWC 以下合称为并单独称为"债务人"）作为一方；和（ii）WANDA PICTURES (HONG KONG) CO., LTD.，一家_____的公司（"担保权人"）作为另一方。

### R E C I T A L S

### 序言

A.    Pursuant to a Financing and Distribution Agreement, dated as of January 28, 2014, by and between TWC and Secured Party (together with all exhibits thereto, in each case as amended, supplemented, restated, amended and restated or otherwise modified from time to time, the "**Financing Agreement**"), and for the purposes specified therein, Secured Party has agreed, among other things, to provide financing, including the Wanda Investment, to TWC to be used by TWC and TWC Production Company to pay for, among other things, a portion of the cost of producing, completing and delivering a feature length motion picture currently entitled *Southpaw* (by whatever title such motion picture may now or hereafter be known, the "**Picture**").

根据 TWC 和担保权人于 2014 年 1 月 28 日签订的《融资发行协议》（及其所有附件（包括随时作出的修订、补充、重述、修订与重述，或以其他方式所作的修改）合称为"融资协议"），并为该等融资协议所述之目的，担保权人同意，包括其他事项在内，向 TWC 提供包括万达投资在内的融资，供 TWC 和 TWC 制作公司用以支付，包括其他事项在内，制作、完成和交付一部目前名为 Southpaw（无论该影片目前或今后使用何名称，称为"影片"）的正片影片的部分费用。

B.    TWC and Secured Party are also party to a letter agreement, dated as of January 28, 2014 (the "**Letter Agreement**" and together with the Financing Agreement and all other documents entered into at any time pursuant to or in connection with the Financing Agreement and/or the Letter Agreement, the "**Financing Documents**") that supplements and modifies the provisions of the Financing Agreement and pursuant to which TWC has agreed to make certain payments to Secured Party (specifically, the "**Repayment**" and the "**Non-Qualifying Picture Repayment**" obligations defined therein) upon the terms and subject to the conditions with

*Lawrence Lee 1/31*

respect thereto set forth therein (such conditional payment obligations the "**Contingent Payment Obligations**").

TWC 和担保权人还均为 2014 年 1 月 28 日签署的一份附属协议（称为"附属协议"，并与融资协议以及在任何时间根据融资协议和/或附属协议签署或与之相关的所有其他文件合称为"融资文件"）的缔约方，该附属协议对融资协议的条款作出了补充和修改，并且根据该附属协议，TWC 同意按照其条款和条件向担保权人支付某些款项（特指该附属协议所定义的"偿还额"和"非适格影片偿还额"的义务）（这等条件性支付义务称为"附条件付款义务"）。

C.    TWC Production Company is an affiliate of TWC and, as such, will derive substantial benefit by reason of Secured Party making financing (including the Wanda Investment) available to TWC and/or TWC Production Company pursuant to the Financing Documents.

TWC 制作公司是 TWC 的关联公司，因此，其将从担保权人根据融资文件向 TWC 和/或 TWC 制作公司提供的融资中获取重大利益。

D.    As an inducement to Secured Party to make financing (including the Wanda Investment) available to TWC pursuant to the Financing Documents, Debtors desire to secure the Secured Party's recoupment of the Wanda Investment plus Interest thereon pursuant to and in accordance with the Financing Agreement and the Letter Agreement (the "**Obligations**").

为促使担保权人根据融资文件向 TWC 提供融资（包括万达投资），债务人希望确保担保权人根据融资协议和附属协议收回万达投资及其利息。（"义务"）。

E.    Each Debtor has determined that it is in its best interest and in pursuit of its legitimate business purposes to induce Secured Party to perform its obligations under the Financing Agreement by entering into this Agreement.

各债务人均已确定，为促使担保权人履行其在融资协议项下的义务而签署本协议符合债务人的最佳利益及其合法的商业目的。

NOW, THEREFORE, for valuable consideration, the receipt, adequacy and legal sufficiency of which Debtor hereby acknowledges, each Debtor hereby agrees with Secured Party for its sole benefit as follows:

有鉴于此，基于具有价值的对价（该对价的收讫及其在法律上的充分性得到债务人的确认），各债务人在此与担保权人仅为担保权人的利益达成以下协议：

# AGREEMENT
## 协议

1. **Certain Definitions.** If not defined herein, all initially capitalized terms shall have the meanings given them in the Financing Agreement and the Letter Agreement as the case may

TWC/Southpaw Security Agreement

be and other, unless defined herein, terms shall, to the extent defined therein and as the context provides, have the meanings given to them in Article 9 of the Uniform Commercial Code of New York ("New York UCC"). The following initially capitalized terms used herein shall have the following meanings:

定义。未在本条中定义的所有其他粗体术语应与融资协议和附属协议中所定义的术语具有相同的含义；其他术语应具有《纽约州统一商法典》（"纽约州 UCC"）第 9 条所规定的含义，前提是纽约州 UCC 对其作出了定义且符合上下文语境，但本协议下另有定义的除外。本协议中以下粗体术语应定义如下：

1.1.　"**Foreign Ancillary Rights**" has the meaning set forth in Exhibit A attached hereto.

"境外附属权利"具有本协议<u>附件A</u>中所规定的含义。

1.2.　"**Foreign Distribution Contracts**" has the meaning set forth in Exhibit A attached hereto.

"境外发行合同" 具有本协议<u>附件A</u>中所规定的含义。

1.3.　"**Foreign Distribution Collateral**" has the meaning set forth in Exhibit A attached hereto.

"境外发行担保物" 具有本协议<u>附件A</u>中所规定的含义。

1.4.　"**Foreign Distribution Rights**" has the meaning set forth in Exhibit A attached hereto.

"境外发行权"具有本协议<u>附件A</u>中所规定的含义。

1.5.　"**Lien**" means any lien, mortgage, deed of trust, pledge, hypothecation, charge, or security interest.

"抵押" 指任何留置权、抵押、信托契约、质押、担保、押记或担保权益。

1.6.　"**Permitted Liens**" means (a) the Liens granted to the Secured Party under this Agreement; (b) the Liens granted to distributors by TWC in the Foreign Distribution Collateral in the territories in which such distributor is obtaining the rights to distribute the Picture, provided such Liens are limited to the rights licensed to the Distributor and the Lien is subordinate to the Lien and rights of the Secured Party under this Agreement and the other Financing Documents until payment of the subject "minimum guarantee" or "advance"; (c) the Lien of the completion guarantor ("Completion Guarantor") under the Completion Agreement in respect of the Picture ("Completion Agreement") provided such Lien is contractually subordinated to the rights of the Secured Party under this Agreement until the Obligations are fully satisfied and performed; (d) Liens granted in favor of a talent guild to secure payment of residuals arising only from the exploitation of the Picture provided such Liens are contractually subordinated to the rights of the Secured Party under this Agreement (but only to the extent the relevant guilds agree to subordinate their Liens, if at all) until the Obligations are fully satisfied

-3-

and performed; (e) customary Liens granted to laboratories holding materials for the Picture; provided such laboratory is, if requested by Secured Party, party to a laboratory pledgeholder agreement for Secured Party's benefit and provided further that such Liens occur in the ordinary course of making the Picture and secure an aggregate amount not at any time exceeding $50,000; (f) Liens subject to an intercreditor agreement with and reasonably satisfactory in form and substance to Secured Party, (g) Liens arising by virtue of any statutory or common law provision relating to banker's liens, rights of setoff or similar rights with respect to the Collection Account(s), and in such case solely to the extent permitted by any deposit account control agreements for Secured Party's benefit that are entered into pursuant to this Agreement with respect to such Collection Account(s); (h) mechanics, workmen's, materialmen's and repairmen's or other like Liens that arise in the ordinary course of the production of the Picture as a matter of law, provided that such Liens are for an aggregate amount that does not at any time exceed $50,000 and the obligations secured by which are not in default or are being contested in good faith by Debtors; (i) (i) as to both Debtors, Liens for taxes, assessments or other governmental charges or levies the validity or amount of which is not yet determined or due and (ii) solely as to TWC, Liens for taxes that are being contested in good faith by appropriate proceedings, and in each case for which the failure to timely pay would not reasonably be expected to materially impair the value of, or Secured Party's Security Interest in, the Collateral; and (j) solely as to TWC, Liens arising out of attachments, judgments or awards, which could not reasonably be expected to materially impair the value of, or Secured Party's Security Interest in, the Collateral.

"允许的抵押"指：（a）在本协议项下授予担保权人的抵押；（b）TWC授予发行商的、对在该发行商获得发行影片的权利的区域内的境外发行担保物的抵押，但前提是该抵押仅限于授予发行商的权利，并且该抵押在相关"最低保证额"或"预付款"支付以前，应次于担保权人在本协议和其他融资文件项下的抵押和权利；（c）完片担保人（"完片担保人"）在影片的完片协议（"完片协议"）项下的抵押，但前提是该抵押在所有义务履行完毕之前，从合同角度次于担保权人在本协议项下的权利；（d）授予演艺工会的抵押，用于担保支付仅就使用影片而产生的向工会支付的款项，但前提是该抵押在所有义务履行完毕之前，从合同角度次于担保权人在本协议项下的权利（但仅限于相关演艺工会同意使其抵押居于次位且仅在其同意的范围内）；（e）给予持有影片材料的实验室的惯常抵押，但前提是如担保权人要求，该实验室应为了担保权人之利益，作为一方订立实验室质押持有人协议，且该抵押系产生于制作影片的正常营业过程中并且其担保的总金额始终不超过$50,000；（f）与担保权人间的、在形式和实质上均令担保权人合理满意的债权人协议项下的抵押，（g）根据任何成文法规定或普通法规定，就收益账户的银行抵押、抵消权或类似权利设置的抵押，但应仅限于根据本协议就每一该等收益账户所订立的、为了担保权人利益的任何存款账户控制协议下所允许的范围；（h）在制作影片的正常过程中，依法授予机修工、技工、材料供应人员及维修工的抵押或其他类似抵押（但前提是该抵押的担保总金额始终不超过$50,000并且该抵押所担保的义务没有被违反或债务人正在善意地进行抗辩）；（i）（i）就两位债务人而言，针对有效性或金额尚未确定或尚未到期的应付的税收、税费或其他政府性收费或课税所设的抵押，（ii）仅就TWC而言，针对其正在善意地通过适当的程序进行质疑的税款所设的抵押，且在每一前述情况下，未及时支付该等款项在合理的情况下不会被认为将实质性地损害担保物的价值或担保权人对担保物所享有的担保权益；以及（j）仅就TWC而言，根据扣押令、判决或裁决设置的抵押，且该等抵押在合理的情况下不会被认为将实质性地损害担保物的价值或担保权人对担保物所享有的担保权益。

-4-

1.7.   **"Person"** means any natural person, corporation, partnership, joint venture, association, trust or unincorporated organization or any other judicial entity, or a nation, state, government entity or any agency or political subdivision thereof.

"人士"指任何自然人、公司、合伙、合营、联合、信托或非法人组织，或任何其他司法实体，或国家、州、政府机关或其任何代理或从属政治机构。

1.8. **"Tax Credit Collateral"** means all **"Production Benefits"** (as defined in the Letter Agreement) and other tax credits, rebates, subsidies or other amounts issued by the State of New York and/or any other state, jurisdiction (foreign or domestic), taxing authority or agency or other governmental agency, body or entity, in each case obtained with respect to the Picture.

"税收抵免"指就影片所获得的所有"制作利益"（见附属协议中的定义）以及影片所获取的其他税收抵免、返还、补助或由纽约州和/或任何其他州、（境外或境内的）管辖区、税务当局或机构或其他政府机构、组织或实体在每一种情形下授予的其他款项。

1.9.   **"TWC Foreign Territories"** means all territories throughout the world other than the United States of America and mainland China.

"TWC境外区域"指的是在全球范围内除美利坚合众国和中国大陆以外的所有其他区域。

2.     **Grant of Security Interest.** As security for the full and timely payment and performance, whether direct or indirect, absolute or contingent, or now or hereafter due or arising, of all the Obligations, each Debtor hereby mortgages, assigns, transfers, sets over, conveys, grants and delivers to Secured Party a continuing first priority security interest, copyright mortgage and lien (such continuing first priority security interest, copyright mortgage and lien are collectively referred to herein as the **"Security Interest"**) in and to all of such Debtor's rights in, to and under: (i) the Foreign Distribution Collateral, (ii) the Foreign Distribution Contracts, (iii) the Tax Credit Collateral, wherever located, whether now in existence or hereafter created, and whether now owned or hereafter acquired or created, (iv) each "account" (as such term is defined in Article 9 of the New York UCC) arising from or relating to any of the foregoing, (v) each Collection Account, and (vi) all proceeds of any of the foregoing (such collateral is collectively referred to herein as the **"Collateral"**). In connection with the foregoing, each Debtor shall execute and deliver to Secured Party: (i) a Copyright Mortgage and Assignment in substantially the form attached hereto as <u>Exhibit C</u> and (ii) a deposit account control agreement in form and substance reasonably satisfactory to Secured Party with respect to each Collection Account.

担保权益的授予。为了确保全额、按时地履行所有义务（而无论该等义务是直接的或间接的、绝对的或偶然的、或者目前或将来到期的或产生的），各债务人在此针对该债务人在下列事项中的全部权利，向担保权人抵押、转让、让与、移交、转移、授予并交付持续具有第一优先权的担保权益、版权抵押和留置（该持续具有第一优先权的担保权益、版权抵押和留置合称为"担保权益"）：（i）境外发行担保物，（ii）境外发行合同，（iii）税收抵免，而无论位于何处、是现存的或今后产生的、是目前已拥有的或今后获得或产生的，（iv）由前述任何各项所产生的、或与其相关的每一"应收账

款"（其定义在纽约州 UCC 第 9 条中予以规定），（v）每一收益账户，以及（vi）上述任何各项的所有收益（该担保物在本协议中合称为"担保物"）。就前述规定，各债务人应签署并向担保权人交付：（i）与本协议附件 C 中的文件格式实质性相同的版权抵押和转让协议；和（ii）在形式和实质上均令担保权人合理满意的、就每一收益账户所订立的存款账户控制协议。

3. **Covenants, Representations and Warranties of Debtor.** In order to induce Secured Party to enter into this Agreement and to make amounts (including the Wanda Investment) available to TWC pursuant to the Financing Agreement, each Debtor hereby represents, warrants and covenants the following as to itself to and for the benefit of Secured Party:

债务人的承诺、陈述和保证。为促使担保权人签署本协议并根据融资协议向 TWC 提供相关款项（包括万达投资），各债务人在此就其自身并为了担保权人的利益作出下列陈述、保证和承诺：

3.1. Each Debtor is a limited liability company, duly organized and validly existing and in good standing under the laws of the State of Delaware, and each Debtor has full power, authority and legal right, and all requisite governmental licenses, permits and franchises, required for it to own the Collateral and to grant the Security Interest to Secured Party in all the Collateral that it has rights in;

各债务人均为有限责任公司，根据特拉华州法律合法设立、有效存续并且资质完备，各债务人具有其为拥有担保物和就其对担保物享有的权利向担保权人授予担保权益所需的充分权力、权限和法定权利，以及所有必需的政府执照、许可和特许；

3.2. The execution and delivery of this Agreement by such Debtor, and the grant of the Security Interest, have been duly authorized by all necessary action of such Debtor; this Agreement has been validly executed and delivered by such Debtor; and this Agreement is the legal, valid and binding obligation of such Debtor, enforceable against such Debtor in accordance with its terms except as may be limited by bankruptcy, insolvency, reorganization, moratorium or other similar laws of any applicable jurisdiction affecting the enforcement of creditors' rights in general and subject to general principles of equity (regardless of whether such enforceability is considered in a proceeding in equity or at law);

该债务人对本协议的签署和递交以及授予担保权益已经由该债务人一切必要的行动而取得正式授权；本协议由该债务人有效签署和递交；本协议构成该债务人合法、有效并具有约束力的义务，根据其条款可对该债务人进行强制执行，但受制于破产、资不抵债、重组、延期付款或任何适用的管辖区内会整体对债权人行使权利产生影响的其他类似法律，并受制于衡平法下的一般原则（而无论是在衡平法下还是在法律规定的程序中考虑强制执行力）；

3.3. Such Debtor's execution, delivery, and performance of this Agreement does not conflict with, or constitute a violation or breach of, or constitute a default under, or result in the creation or imposition of any Lien upon the property of such Debtor by reason of, the terms of (i) any contract, mortgage, lease, agreement, indenture, or instrument to which such

-6-

Debtor is a party or which is binding upon it, (ii) any judgment, law, statute, rule or governmental regulation applicable to such Debtor, or (iii) the certificate of formation or operating agreement of such Debtor;

　　　　该债务人对本协议的签署、递交和履行不会与下列各项内容的条款相冲突、或构成对下列各项内容的条款违约或违反，或在下列各项内容的条款下构成不履行行为、或因为下列各项内容的条款导致在该债务人财产上创设或设置任何抵押：（i）该债务人为缔约方或对该债务人具有约束力的任何合同、抵押、租赁、协议、契约或票据，（2）适用于该债务人的任何判决、法律、法规、条例或政府规章，或（iii）该债务人的设立证书或经营协议；

　　　　3.4.　The provisions of this Agreement are effective to grant to Secured Party a valid security interest in the Collateral securing payment and performance of the Obligations, enforceable against such Debtor in all of such Debtor's right, title and interest in and to the Collateral, subject to no Lien of any kind or nature in, to, of or upon any of the Collateral under applicable law, other than the Permitted Liens. Such Debtor has not granted and shall not grant, or suffer to exist, any Lien of any kind or nature, in, to, of or upon any of the Collateral to any Person, the effect of which would be to supersede, cause to be subordinated, take priority over, or participate on an even priority with, the Security Interest; and upon the due recordation of the Copyright Mortgage and Assignment (as defined herein) in the United States Copyright Office ("USCO") (together with the payment of all required recordation fees) and upon the filing of the Financing Statement (as defined herein) in the office of the Secretary of State of the State of Delaware (the "**Filing Office**"), (together with the payment of all required fees), the Security Interest granted to Secured Party hereunder will be perfected, to the extent a security interest in the Collateral can be perfected by the filing of a financing statement in the Filing Office and/or the recordation of the Copyright Mortgage and Assignment with the USCO; provided, however, that this covenant shall not be construed to be violated if a counterparty under a Foreign Distribution Contract grants or suffers to exist a Lien upon the rights and interests granted or licensed to such Person pursuant to such Foreign Distribution Contract to the extent permitted under the terms of such Foreign Distribution Contract.

　　　　本协议的条款有效地授予了担保权人针对担保物的有效担保权益，以确保义务的支付和履行，并可对债务人就担保物享有的一切权利、所有权和权益强制执行，而无需受制于在适用法律下对担保物的任何种类或性质的抵押，但允许的抵押除外。该债务人未曾并且不应向任何人士授予将会导致担保权益被替代、降级、优先级被超越或与其他权益具有同等优先级的、针对担保物的任何种类或性质的抵押，也不应允许该等抵押存在；在版权抵押和转让协议（定义如下文）在美国国家版权局（"美国版权局"）登记后（并支付所有必需的登记费用），并向特拉华州州务卿办公室（"登记备案处"）提交融资声明（定义如下文）后（并支付所有必需的费用），则完善了向担保权人授予本协议项下的担保权益，前提是担保物中的担保权益可以通过向登记备案处提交融资声明的方式和/或向美国版权局登记版权抵押和转让协议的方式完善；但如果境外发行合同下的相对方在该等境外发行合同所允许的范围内，针对根据该等境外发行合同授予或许可给该人士的权益设置抵押或允许其存在，不应被视为违反本条所述的承诺。

3.5.   Such Debtor shall pay when due and payable all taxes, assessments and other charges of every kind and nature which may be levied or assessed against the Collateral; provided that to the extent any good faith dispute exists with regard thereto, Debtor may diligently prosecute any such dispute and shall make appropriate reserves therefore in accordance with U.S. GAAP;

该债务人应支付到期应付的任何种类和性质的、针对担保物征收或核定的所有税收、税捐和其他费用；但是如对上述事宜存在善意的争议，债务人可勤勉地处理该等争议，并应根据美国通用会计准则为此作出适当的预留；

3.6.   Such Debtor shall promptly give written notice to Secured Party of any litigation or other proceedings filed or commenced affecting any of the Collateral or any Debtor's rights therein.  Such Debtor shall, at its own expense, appear and defend any and all actions and proceedings affecting any of the Collateral and/or such Debtor's rights therein and shall obtain and furnish to Secured Party from time to time, upon demand, such releases and subordinations of claims and Liens, which may be required to maintain the priority of Secured Party's rights and liens hereunder;

对于已经提出或已经开始的、会影响到任何担保物或该债务人对担保物所享有的权利的任何诉讼或其他程序，债务人应及时书面通知担保权人。该债务人应自行承担费用出席该等会影响任何担保物和/或该债务人对担保物所享有的权利的任何和所有法律程序，并为其抗辩，并且经要求，应随时获取并向担保权人提供维护担保权人在本协议项下的权利和抵押的级别所必要的权利主张和抵押的被解除及降级；

3.7.   Such Debtor shall not change its (i) legal name, or (ii) jurisdiction of organization, unless (A) Secured Party shall have received from such Debtor written notice of such change no later than thirty (30) days prior to the effective date of any such change and (B) prior to or upon the effective date of any such change, such Debtor shall have executed and delivered to Secured Party such documents for filing with the USCO, and authenticated such financing statements for filing in such filing offices in such jurisdictions, as Secured Party and its counsel may deem necessary to preserve the perfection and priority of the Security Interest;

该债务人不得变更其（i）法定名称，或（ii）设立的管辖地，除非（A）担保权人在不迟于任何该等变更生效日前三十（30）日收到该债务人就此所作的书面通知，并且（B）在该等变更生效日或之前，该债务人应已签署了为向美国版权局登记所必需的文件并将其递交至担保权人，并且在担保权人及其律师认为对维护担保权益的完善性和优先性而言是必需的情况下，为在相关司法管辖地的相关登记备案处进行登记而对融资声明进行认证；

3.8.   Such Debtor shall keep its place of business or, if it has more than one place of business, its chief executive office, and the offices where such Debtor keeps its books and records, at the address for such Debtor set forth in Section 17.2.2 hereof, or at such other locations of which Secured Party shall have received written notice from such Debtor not later than thirty (30) days prior to the effective date of any change to any of such other locations.

该债务人的营业地点（如果有多处营业地点，则为其主要行政办公室所在地）以及债务人存放账簿和记录的办公室地址应与本协议第17.2.2条中列明的地址相

符，或者若发生变更，则债务人应在地址变更生效前至少提前三十（30）日向担保权人发出书面通知说明变更后的地址。

3.9.    Such Debtor has had no corporate, partnership, limited liability company or other name, and no trade names, fictitious names, assumed names or "doing business as" names, in the United States or in any other jurisdiction in the past five years other than its current corporate, partnership, limited liability company or other name referenced herein, and if such Debtor has any of the foregoing on a prospective basis, then it shall promptly provide Secured Party with at least thirty (30) days prior written notice of the same until the Obligations have been paid and performed in full;

除了债务人在本协议中提及的其目前的公司、合伙、有限责任公司或其他名称以外，该债务人过去五年内在美国或任何其他管辖区内没有其他公司、合伙、有限责任公司或其他名称，亦无其他商号、虚名、化名或"业务"名称，并且在履行完全部义务之前，如果该债务人预期会有上述任何情形，应当立即至少提前三十（30）日向担保权人出具相关书面通知；

3.10.    Such Debtor, as debtor of record with respect to that certain UCC-1 Financing Statement (the "Financing Statement") consisting of a copy of <u>Exhibit B</u> attached hereto hereby authorizes the filing of the Financing Statement in the Filing Office, and in such other offices, in such jurisdictions, as Secured Party deems to be appropriate in order to perfect the Security Interest;

作为<u>附件 B</u> 中《UCC-1 Financing Statement》（"融资声明"）所记录的债务人，该债务人在此授权向登记备案处或担保权人认为完善授予担保权益所必需的、位于相关司法管辖地的其他适当的备案机构提交融资声明。

3.11.    The sale of the Collateral by Secured Party is not prohibited or regulated by any federal or state law or regulation or any agreement binding upon such Debtor and requires no registration or filing with, or consent or approval of, any governmental body, regulatory authority or securities exchange;

担保权人出售担保物不被任何联邦或州法律或法规或任何对该债务人有约束力的协议所禁止或管辖，并且无须向任何政府机构、监管部门或证券交易机构注册或备案或经其许可或批准；

3.12.    Except for Permitted Liens, such Debtor has not conveyed to any Person (other than to TWC with respect to TWC Production Company) any rights in or to the Picture (including, without limitation, the copyright and physical properties thereof and Foreign Distribution Rights and Foreign Ancillary Rights therein) or any Collateral or the proceeds thereof, and will not grant to any third party any rights in or to the Picture or other Collateral, in each case that are in any way inconsistent with or that materially interfere with Debtor's performance of the Obligations;

除了允许的抵押以外，该债务人未向任何人士（向 TWC 就 <u>TWC 制作公司</u>所作出的授予除外）授予影片的任何权利（包括但不限于，影片的版权和相关物权以及境外发行权和境外附属权利），或任何担保物或其收益，也不会向任何第三方授

-9-

予会与债务人履行义务不一致、或会严重妨碍债务人履行义务的对影片或其他担保物的任何权利。

3.13.    As to TWC Production Company, it is the owner of the copyright in the Picture and has licensed (or will license) the Foreign Distribution Rights and Foreign Ancillary Rights to TWC; and

对 TWC 制作公司而言，其系影片的版权所有人，且已经（或将会）把境外发行权和境外附属权利许可给 TWC；以及

3.14.    No litigation, suits, proceedings or claims are pending or, to the best of such Debtor's knowledge, are threatened relating to the Collateral or any rights therein or thereto, which would materially adversely affect the rights and Security Interest granted to Secured Party hereunder.

不存在与担保物或其任何权利相关的、可能会对本协议中授予担保权人的权利和担保权益造成重大不利影响的未决诉讼、起诉、程序或权利主张，尽该债务人所知也不存在被威胁的前述诉讼、起诉、程序或权利主张。

4.    **Further Assurances**.  Each Debtor shall from time to time at the request of Secured Party execute, acknowledge, have witnessed or otherwise formalize, and deliver, or cause to be executed, acknowledged, witnessed or otherwise formalized, and delivered, to Secured Party any and all documents and/or instruments (including, without limitation, deposit account control agreements with respect to all Collection Accounts), and otherwise take such actions, that Secured Party deems reasonably necessary or appropriate to further perfect, protect, evidence, effectuate, renew and/or continue the Security Interest.  If any Debtor fails to execute, acknowledge, have witnessed or otherwise formalize, and deliver any such documents or instruments provided to Debtor within ten (10) business days after Secured Party's request therefor, Secured Party may execute, acknowledge, have witnessed or otherwise formalize, and deliver such documents and instruments as such Debtor's appointed attorney-in-fact, which appointment for such purposes is hereby made irrevocably and coupled with an interest with full rights of substitution and delegation to execute, acknowledge, have witnessed or otherwise formalize, and deliver, any such documents in the name of Debtor.  Secured Party shall promptly furnish to Debtors copies of any documents or instruments executed pursuant to the foregoing power of attorney, provided that failure to do so shall not constitute a breach of this Agreement by Secured Party.

进一步保证。经担保权人要求，各债务人应随时签署、确认、见证或另行正式化并递交至担保权人任何和所有担保权人认为对担保权益的完善、保护、见证、生效、更新和/或存续所合理必要或适当的文件和/或票据（包括但不限于所有收益账户的存款账户控制协议），或促使该等文件和/或票据被签署、确认、见证或另行正式化并递交至担保权人，或采取担保权人认为对担保权益的完善、保护、见证、生效、更新和/或继续合理必要或适当的其他行动。如果任何债务人未能在担保权人要求后的十（10）个工作日内签署、确认、见证或另行正式化并递交至担保权人任何交给债务人的该等文件或票据，担保权人可作为该债务人委任的代理人，签署、承认、见证或另行正式化并递交该等文件和票据，出于上述目的的委任是不可撤销的，并且具有替换及委托的完全权利以债务人的名义签署、承认、见证或另行正式化并递交该等文件和票据。担保权人应及时

向债务人提供根据上述授权而签署的任何文件或票据的复印件，但是未能提供该等复印件不构成担保权人对本协议的违反。

5.    **Certain Payments and Actions.** If any Debtor fails to make any payment or to take any action that is an obligation of such Debtor secured hereunder, or fails to make any other payment or take any other action reasonably required under the circumstances to preserve the priority of Secured Party's Security Interest in the Collateral, then Secured Party may (but shall not be obligated to) make such payments and take such actions as Secured Party in its reasonable discretion under the circumstances deems necessary to protect the Security Interest in the Collateral, and if such Debtor has so failed to make payment or initiate action within five (5) business days (or such lesser time as Secured Party reasonably deems necessary under the circumstances) after Secured Party gives such Debtor written notice that such payment or action is required and has not been made or taken, then Secured Party is hereby authorized (without limiting the general nature of the authority hereinabove conferred) to pay, purchase, contest or compromise any security interest or lien which in Secured Party's reasonable discretion under the circumstances is or is reasonably likely to be prior or superior to, or of equal priority with, the Security Interest, or to pay, purchase, contest or compromise any security interest or lien which in Secured Party's reasonable discretion under the circumstances gives or is reasonably likely to give its holder, or any other Person, any right the exercise of which could adversely affect the priority and/or value of the Security Interest.

支付与行动。如果任何债务人未能根据该债务人在本协议项下所担保的义务支付任何款项或采取任何行动，或者未能在具体情形所合理要求的情况下支付任何其他款项或采取任何其他行动以维持担保权人在担保物中的担保权益的优先性，则担保权人可以（但非义务）根据情况合理决定支付必要的款项以及采取必要的行动以保护在担保物中的担保权益，并且如果在担保权人书面通知债务人其应该支付相关款项或采取相关行动但该等支付尚未进行或该等行动尚未采取后的五（5）个工作日内（或担保权人合理认为在当时情况下有必要的更短时间内），该债务人未能进行支付或采取行动，则担保权人在此被授权（同时不应限制前述授权的一般适用性）支付或购买担保权人在相关情况下依其自行合理判断认为是或有合理可能是优先于或优于或优先程度等于担保权益的任何担保权益或留置权，或就该等担保权益或留置权提出异议或达成和解，或支付或购买担保权人在相关情况下依其自行合理判断认为是给予了或有合理可能给予持有人或任何其他人士任何一旦行使即有可能对担保权益的优先权和/或价值产生不利影响的权利的任何担保权益或留置权，或就该等担保权益或留置权提出异议或达成和解。

6.    **Establishment of Collection Account(s): Duty To Turn-Over Collateral Proceeds.** The Debtors will establish and maintain one or more deposit accounts solely for the collection of proceeds from the Foreign Distribution Contracts ("**Collection Account(s)**") and shall direct and cause all such proceeds to be exclusively deposited into and maintained in such Collection Account(s) and disbursed strictly in accordance with the provisions of the Financing Agreement. If and to the extent, and at any time, that a Debtor or its Affiliate shall receive any such proceeds into any other bank account or otherwise, then it shall, within five (5) Business Days after receipt, forthwith deposit and/or credit such sums to the Collection Account(s) for disbursement in accordance with the provisions of the Financing Agreement.

开立收益账户：转交担保物收益的职责。债务人将开立并维护一个或多个存款账户仅用于收取境外发行合同下的收益（"**收益账户**"），并应促使所有该等收益

全部存入并保存在该等收益账户中，而后严格按照融资协议的规定进行支取。在任何情况下，如果债务人或其关联公司在任何其他银行账户或另行收到任何该等收益，其应该在收到后的五（5）个工作日内将其转存和/或贷记至收益账户中以根据融资协议的条款进行支取。

7. **Nondisturbance.** Secured Party agrees that it shall not take any action or exercise any right, remedy or claims under the Financing Documents or this Agreement that prevents, impedes, abrogates, adversely affects, disturbs, interferes with or terminates (a) the obligations of the Completion Guarantor to complete and deliver the Picture in accordance with the Completion Agreement (so long as the Completion Guarantor is not in breach of its obligations under the Completion Agreement or the related completion guarantee), (b) the free and unencumbered exercise and quiet enjoyment by counterparties to Foreign Distribution Contracts of any and/or all rights under such Foreign Distribution Contracts (including without limitation in connection with each such counterparty's exercise of any distribution or exploitation rights owned, controlled or licensed to such party in accordance with the terms of such Foreign Distribution Contracts) so long, in each instance, as such counterparty has timely paid in full the minimum guaranty payable pursuant to the terms of such Foreign Distribution Contract, or (c) the free and unencumbered exercise and quiet enjoyment by guilds and participants of their rights to receive P&R in accordance with the Financing Agreement.

不妨碍。担保权人同意，其不得依据融资文件或本协议采取任何行动或行使任何权利、救济或提出主张，以阻止、妨碍、撤销、负面影响、扰扰、干涉或终止：（a）完片担保人根据完片协议完成及交付影片的义务（但前提是完片担保人未违反其在完片协议或相关完片担保下的义务），（b）境外发行合同的相对方自由且不受妨碍的行使并享有其在相关境外发行合同项下的任何和/或所有权利（包括但不限于每一合同相对方依据该等境外发行合同行使其拥有的、控制的或被授予的任何发行权或开发利用权），但在每一情况下，前提是该等相对方及时全额支付了该境外发行合同项下应付的最低保证额，或（c）演艺工会及参与方自由且不受阻碍地行使并享有其依照融资协议收取参与份额和重播费的权利。

8. **Events of Default.** As used herein, the term "**Event of Default**" shall mean the occurrence of any of the following events prior to the payment and performance in full of the Obligations:

违约事件。在本协议中，"违约事件"指在义务被全部支付及履行完毕之前，出现下列事件：

8.1. TWC shall fail to timely and fully pay or perform any of the Obligations when due, payable or owing, or any of the representations and warranties of Debtor in this Agreement shall have been false in any material respect when made or deemed made; and/or

如果 TWC 未能及时、全部支付或履行任何到期、应付或欠缴的义务，或者债务人在本协议中的任何陈述和保证在作出或视为作出时，在任何实质方面不真实；及/或

8.2. Default in the due and timely observance or performance of any of the covenants, conditions or agreements of a Debtor contained in this Agreement or in any other

-12-

Financing Document related to the Picture or the Collateral which would adversely affect the validity, perfection or priority of the Security Interest of Secured Party in the Collateral; and/or

未能适当和及时地遵守或履行债务人在本协议或与影片或担保物相关的任何其他融资文件项下的任何承诺、条件或协议，且对担保权人对担保物所享有的担保权益的效力、完善或优先性产生不利影响；及/或

8.3. Any Debtor shall terminate, disaffirm, reject or repudiate, or attempt to terminate, disaffirm, reject or repudiate any of the Obligations, or this Agreement or any copyright mortgage, deposit account control agreement or other agreement, document or instrument entered into and/or prepared, delivered and/or recorded pursuant to this Agreement; and/or

任何债务人终止、取消、拒绝或放弃，或试图终止、取消、拒绝或放弃任何义务，或本协议，或根据本协议订立和/或制备、交付和/或登记的任何版权抵押协议、账户控制协议或其他协议、文件或文书；及/或

8.4. A bankruptcy (whether involuntary or voluntary), insolvency, reorganization or liquidation proceedings or other proceedings for relief under any bankruptcy law or any law for the relief of debtors shall be instituted against any Debtor and such proceeding shall not be dismissed within sixty (60) days after its commencement or an order for relief against such Debtor, shall have been entered in such proceeding, or any order, judgment or decree shall be entered against any Debtor decreeing its dissolution or division; and/or

针对任何债务人提起的破产（无论是非自愿的或自愿的）、资不抵债、重组或清算程序或其他根据任何破产法或任何债务人救济法提起的救济程序，并且该等程序未在提起后的六十（60）日内被驳回，或者在该等程序中下达了针对该债务人的救济令，或者针对任何债务人下达了法院令、判决或法令，命令其清算或解散；及/或

8.5. Any sale of, or agreement to sell, (in each case other than ordinary course licensing or selling of Foreign Distribution Rights and Foreign Ancillary Rights pursuant to Foreign Distribution Contracts and/or other transfers and assignments permitted under Section 24 of the Financing Agreement), any of the Collateral without the Secured Party's approval; and/or

未经担保权人批准，出售任何担保物或就此达成协议（在每一情况下均不包括在正常经营过程中，根据境外发行合同对境外发行权和境外附属权利所作出的许可或出售，和/或融资协议第24条下所允许的其他转让和受让）；及/或

8.6. Any Person, other than Secured Party, exercises or attempts or threatens to exercise its rights as a secured creditor against all or any portion of the Collateral; and/or

任何人士（担保权人除外）针对所有担保物或其任何部分行使，或企图或威胁行使作为担保权人的权利；及/或

8.7. Secured Party fails to have an enforceable and perfected first priority lien on or security interest in any portion of the Collateral (except to the extent Secured Party's

-13-

Security Interest has not been properly perfected in the first instance, or becomes unperfected or no longer has first priority, in each case due to any act or omission by Secured Party).

担保权人未能在担保物或其任何部分上设置可强制执行的、完善有效的、享有第一优先权的抵押或担保权益（但由于担保权人的任何行动或迟失使其担保权益在一开始就未能适当完善，或变得不再完善或不再享有第一优先权的情况除外）。

8.8.    (i) Any Debtor is the subject of an order for relief or any other order under any bankruptcy, reorganization, receivership, liquidation, insolvency, compromise, arrangement or moratorium statute, law or regulation, whether now in force or hereafter enacted, or (ii) any action of any nature whatsoever (whether voluntary or involuntary) is taken for any Debtor's relief under any bankruptcy, reorganization, receivership, liquidation, insolvency, compromise, arrangement or moratorium statute, law or regulation, whether now in force or hereafter enacted (which if involuntary is not dismissed within sixty (60) calendar days from the date such action is commenced), or (iii) any assignment is made for the benefit of the creditors of any Debtor, or (iv) any petition (whether voluntary or involuntary) is made or filed for the appointment of a receiver, liquidator, trustee or custodian for any of the assets of any Debtor (which if involuntary is not dismissed within sixty (60) calendar days), or if any receiver, liquidator, trustee or custodian for any of the assets of any Debtor is appointed, and such petition or such receiver, liquidator, trustee or custodian is not withdrawn or discharged within sixty (60) calendar days from the date of filing, making or appointment, or (v) the Collateral or any portion thereof in which any Debtor has any interest is attached or levied upon and such attachment or levy is not released within sixty (60) calendar days thereafter, or (vi) any Debtor becomes unable to pay its debts as they become due, or (vii) any Debtor is dissolved or its business is substantially terminated for any reason whatsoever.

(i) 任何债务人成为救济令或根据任何破产、重组、接管、清算、资不抵偿、和解、债务和解或延期偿付法规、法律或规定而颁布的任何其他法院令的目标，无论该等法规、法律或规定现行有效或将在之后生效；或者（ii）为了债务人在任何破产、重组、接管、清算、资不抵偿、和解、债务和解或延期偿付法规、法律或规定（无论该等法规、法律或规定现行有效或在之后生效）下获得救济而采取任何性质的行动（无论是自愿的或非自愿的，但如果是非自愿的，则必须在开始采取该等行动后的六十（60）个日历日内未被驳回）；或者（iii）为了任何债务人的债权人之利益而进行了转让；或者（iv）针对任何债务人的任何资产提交申请（无论是自愿的或非自愿的）委任接管人、清算人、受托人或监管人（如果是非自愿的，则必须在六十（60）个日历日内未被驳回），或者就任何债务人的任何资产委任了任何接管人、清算人、受托人或监管人并且该等申请或该等接管人、清算人、受托人或监管人在申请或委任后的六十（60）个日历日内未被撤回或被免职；或者（v）任何债务人享有权益的担保物或其任何部分被扣押或征缴，并且该等扣押或征缴未能在六十（60）个日历日后被解除；或者（vi）任何债务人在其债务到期时未能偿还；或者（vii）任何债务人被解散或其业务因任何原因而被实质终止。

9.    **Rights and Remedies Upon Event of Default.** Secured Party will have all rights of a secured party under the New York UCC and all other applicable laws and may pursue any and all remedies available to it hereunder or under any of the documents executed in connection herewith or any other remedy afforded to it by law or equity upon the occurrence and during the continuance of any Event of Default, all at the cost and expense of the Debtors, which amount (including, without limitation, court costs and attorneys' fees) so expended shall constitute costs

-14-

recoupable by Secured Party and shall constitute additional Obligations secured as provided herein. In this connection, each Debtor hereby designates, constitutes and appoints Secured Party as its true and lawful attorney-in-fact with the full power of substitution, either in Secured Party's name or in the name of such Debtor (which power shall be deemed coupled with an interest and shall be irrevocable until the Obligations have been fully satisfied), upon the occurrence and during the continuance of any Event of Default to:

发生违约事件时的权利和救济。在违约事件发生时及其持续期间，担保权人享有纽约州 UCC 以及其他适用法律所规定的作为担保权人所享有的全部权利，并有权寻求本协议、或与本协议相关的其他任何已签署文件所规定的任何及所有救济，以及其他法律或衡平法所赋予其的救济，相关所有费用及开支应由债务人承担，担保权人可在本协议下收回花费的该等费用（包括但不限于，法庭费用和律师费用），并且该等费用应构成本协议所担保的额外义务。据此，各债务人特此指定、任命并委派担保权人作为其真实且合法的、且有替换权的代理人（该代理应被视为附有利益的代理，且在义务被全部完成之前，该代理系不可撤销），在任何违约事件发生时及期间，以担保人或债务人的名义采取以下行动：

9.1.    Enter upon the premises where any of the Collateral may be, and take possession of the Collateral, and may demand and receive such possession from any Person who has possession thereof, and Secured Party may take such measures as it may deem reasonably necessary or proper for the care or protection thereof, including the right to remove, keep and/or store all or any portion of the Collateral or put a custodian in charge thereof; and/or

进入任何担保物可能所在的场所并占有该担保物，如相关担保物已由其他人士占有，则要求并收回对担保物的占有，担保权人还可以采取其认为合理或适当的措施，以妥善处理或保护担保物，包括对担保物全部或部分进行移动、保存和/或储存，或派保管人进行管理；和/或

9.2.    Endorse any notes, checks, drafts, money orders, or other evidences of payment payable to each Debtor relating to the Collateral that may come into the possession of Secured Party and obtain, take possession of, substitute Secured Party or any designee of Secured Party for each Debtor as the owner of, or signatory on, and otherwise apply in any manner, all deposit accounts, cash or cash equivalents, instruments and general intangibles of, relating to or derived from the Collateral, and all proceeds thereof including, but not limited to, interest, chattel paper, notes, certificates, writings, distributions, dividends, profits, rights, benefits, premiums and other payments and rights to payment, held by any Person for or in the name of Debtor; and/or

对担保权人可能占有的、与担保物有关的任何票据、支票、汇票或其他向各债务人进行支付的凭证进行背书；获取、占有担保物下的、与担保物相关的或由担保物而产生的所有存款、现金或现金等价物、票据以及一般无形资产和前述各项的所有收益（包括但不限于，利息、动产文据、支票、证书、作品、股利派息、分红、利润、权利、利益、溢价以及其他任何人士应对债务人进行的支付，或债务人名义下的支付权利），并将前述各项的所有人、签名人替换成担保权人或其指定人，或以其他方式使用前述各项；和/或

-15-

9.3.    With or without taking possession, sell, lease, license, or otherwise dispose of, at any time, and from time to time, as Secured Party may determine, any or all of the Collateral, in its present condition or following any commercially reasonable preparation or processing, in its entirety or in parcels, either at public or private disposition, on commercially reasonable terms. Secured Party may, if not prohibited by the New York UCC, be the purchaser, lessee, licensee or acquiror of any or all of the Collateral at any such disposition and shall be entitled, for the purpose of bidding and making settlement or payment of the price for all or any portion of the Collateral disposed of at any such disposition, to use and apply any of the Obligations as a credit on account of the price of any Collateral payable by Secured Party at such disposition. No Debtor shall have any right of redemption subsequent to any such disposition or Secured Party's entering into a contract for any such disposition, and each Debtor hereby expressly waives any such right; and/or

无论是否占有担保物，担保权人可以随时决定，按照担保物的现状、或对担保物进行合理商业准备或加工后，以商业上合理的条件，将全部或部分的担保物进行公开或私下的出售、出租、许可使用或进行其他处置。如纽约州 UCC 没有禁止性规定，在进行前述处置时，担保权人可成为全部或部分担保物的买方、承租人、被许可方或收购方，并且在对被处置的担保物全部或部分进行竞价、结算或支付时，可以用任何义务抵销担保权人应付的被处置的担保物的价款。前述处置完成后，或担保权人签订任何有关前述处置的协议后，债务人不再享有赎回权，且各债务人特此明确放弃此等权利；和/或

9.4.    Institute any proceeding at law, in equity, or otherwise for the foreclosure of the Collateral or any part thereof.  To the extent permitted by law, any disposition thereof shall be held in the same manner, with the same effect and subject to the same terms and conditions as specified in Section 9.3 hereof.  Secured Party may, in its sole discretion, from time to time, at any time and in any order, choose to institute a proceeding for foreclosure on some portion of the Collateral and a disposition under Section 9.3 hereof on other portions of the Collateral, without being deemed to have made an election of remedies or to have waived any other rights or remedies, and without in any other way limiting any rights or remedies which it may otherwise have; and/or

就全部或部分的担保物为强制拍卖提起法律、衡平法或其他诉讼。在法律允许的范围内，前述处置应按照与第 9.3 条相同的方式与效果进行，并适用与第 9.3 条相同的条款与条件。担保权人可以随时自行决定，对部分担保物提起强制拍卖程序，而对其它部分进行本协议第 9.3 条所规定的处置，但该等决定不得被视为已选择某一救济或放弃任何其他权利或救济方式，也不得对其他可能享有的任何权利或救济产生任何影响；和/或

9.5.    In its name or in the name of each Debtor, or otherwise, demand, sue for, collect or receive any money or property at any time payable or receivable on account of or in exchange for or make any compromise or settlement deemed desirable with respect to, any of the Collateral, but shall be under no obligation to do so, and Secured Party may extend the time of payment, arrange for payment in installments, or otherwise modify the terms of, or release, any of the Collateral, without thereby incurring responsibility to, or discharging or otherwise affecting any liability of, any Debtor; and/or

-16-

就任何担保物、或为了换取任何担保物、或就担保物而作出的任何被认为合理的妥协或安排，以自身、各债务人或其他名义，索要、诉请、收取或接受不时应付或应收的任何金钱或财产，但担保权人并无义务进行前述事项。且在不给任何债务人造成责任、或者履行或影响其责任的情况下，担保权人可以延长支付时间、安排分期付款，或就任何担保物另行修改或解除相关条款；和/或

6.6.     Enforce all of the Debtors' rights under and pursuant to all agreements with respect to the Collateral, all for the sole benefit of Secured Party, and to enter into such other agreements as may be necessary to complete the exploitation of the Foreign Distribution Collateral in the TWC Foreign Territories; and/or

仅为担保权人之利益，行使债务人依与担保物有关的所有协议而享有的权利，并签订为完成在 TWC 境外区域对境外发行担保物进行并发使用所必需的协议；和/或

6.7.     Enter into and perform such agreements as may be necessary in order to carry out the terms, covenants, and conditions of this Agreement which are required to be observed or performed by the Debtors or either of them; and/or

签订并履行债务人遵守或履行本协议的条款、保证和条件所必要的协议；和/或

6.8.     Petition any court for the appointment of a receiver for any part of or all of the Collateral, for the purpose of preserving, protecting and retaining the Collateral and the value of the Collateral, and for the purpose of facilitating Secured Party's exercise of any other of Secured Party's rights and remedies under this Agreement, the New York UCC and/or any other applicable law; and/or

为了保存、保护和保持担保物及其价值，或者为了协助担保权人实施其于本协议、纽约州 UCC 和/或任何其他适用法律下的其他权利和救济，而向法院就部分或全部担保物提出指定接管人的申请；和/或

6.9.     Do any and all other acts necessary and proper to carry out the intent of this Agreement;  provided, however, that nothing herein contained shall be construed as requiring or obligating Secured Party to make any demand, or to make any inquiry as to the nature or sufficiency of any payment received by it, or to present or file any claim or notice or take any action with respect to any of the Collateral or the money due or to become due thereunder or the property covered thereby, and no action taken or omitted to be taken by Secured Party with respect to any of the Collateral shall give rise to any defense, counterclaim or setoff in favor of any Debtor or to any claim or action against Secured Party. Neither Secured Party nor its attorneys will be liable for any acts or omissions or for any error of judgment or mistake of fact or law, except for and to the extent directly arising from their willful misconduct or grossly negligent acts. Secured Party shall provide Debtors with copies of any documents entered into pursuant to this Section, provided, however, that Secured Party's inadvertent failure to provide any such document to Debtors shall not be deemed a breach of this Agreement.

-17-

采取为执行本协议之意图而必要且合适的行动；但前提是本协议的任何内容均不得被解释为要求担保权人就其接收的任何款项的性质或数额，提出任何要求或进行任何调查，也不得被解释为要求担保权人就任何担保物、担保物下到期或即将到期的款项或其下所涉及的财产，提出或提交任何诉求、通知或采取任何措施；且担保权人就任何担保物的任何作为或不作为，不得构成有利于任何债务人的辩护、反诉或抵销，也不得构成针对担保权人的诉求。担保权人及其律师并不对任何行动或过失承担责任，也不对任何判断、事实或法律方面的错误承担责任，但其故意或严重过失行为直接造成的责任除外。担保权人应向债务人提供按照本条而签订的所有文件的副本，但是，担保权人由于非故意的失误而未能向债务人提供该等文件时，不得被视为违反本协议。

10.    **Security Interest Remains in Full Force and Effect.** All rights of Secured Party hereunder, the Security Interest, and all of the Obligations, shall be and remain in full force and effect irrespective of any change in the time, manner or place of payment or performance of, or in any other term of, all or any of the Obligations or any obligation the failure of performance of which is an Event of Default hereunder, or any other amendment or waiver of or any consent to any departure from this Agreement or the Financing Agreement, until such time, if any, as the Termination Date (as defined herein) shall have occurred.

担保权益保持完全效力。在终止日（如本协议所定义）发生之前，担保权人于本协议项下的全部权利、担保权益、以及所有的义务，在发生以下事件时，仍应具有并保持完全的效力：任何及所有义务以及不履行即构成本协议项下违约的事件的义务在支付、履行或其它方面发生时间、方式或地点的变化；或者对本协议或融资协议达成任何修订、弃权、或同意变更本协议或融资协议。

11.    **Waiver.** Neither Secured Party nor any other Person shall be required to take any action of any kind or nature against TWC, TWC Production Company or any other Person, or resort to any security held by Secured Party or any other Person, at any time before Secured Party may proceed against each of the Debtors under this Agreement. Each Debtor acknowledges and agrees that, Secured Party may from time to time waive or excuse various conditions or payments or installments constituting all or any portion or portions of the amount due under the Financing Agreement, this Agreement, any other Financing Document, or otherwise, or various other of the obligations of TWC or TWC Production Company; Secured Party may from time to time waive or excuse various breaches or defaults by TWC and/or TWC Production Company and/or any of their respective subsidiaries or affiliates, or any other Person, under the Financing Agreement, this Agreement, any other Financing Document, or otherwise; Secured Party may informally agree with TWC, TWC Production Company and/or any of TWC's other subsidiaries or affiliates, and/or any of TWC Production Company's subsidiaries or affiliates, or any other Person, to vary their performance under the Financing Agreement, this Agreement or any other Financing Document (as the case may be) from the express provisions of such agreement; and Secured Party may refrain from enforcing any or all of its rights or remedies from time to time available to it under the Financing Agreement, this Agreement or any other Financing Document; and as a result of any or all of the foregoing, any rights of the Debtors in the nature of subrogation or other claims against any other Debtor upon or following any exercise by Secured Party of any of its rights or remedies hereunder, may be unavailable to such Debtor, or may have been destroyed, or may otherwise be impaired, diminished or curtailed. Each Debtor expressly waives and agrees not to assert any claim, defense and/or excuse, including any suretyship defenses, and expressly waives and agrees not to assert any right or claim of offset, setoff,

-18-

reduction, modification or exoneration of or against the Security Interest or any claim for indemnification, contribution or subrogation against another Debtor, in each case based upon any event or matter described in the preceding sentence, or any other event or matter, whether similar or dissimilar to any of the events or matters described in the preceding sentence, upon which any Debtor might otherwise base any such claim, defense, or excuse, or right of offset, setoff, reduction, modification, exoneration, indemnification, contribution or subrogation. Without limiting the generality of the foregoing, each Debtor hereby expressly waives: (i) all of Debtor's rights of subrogation, reimbursement, indemnification and contribution and any other rights and defenses that are or may become available to such Debtor by reason of applicable law, until such time as the Obligations have been satisfied, (ii) notice of the acceptance of this Agreement by any Person, (iii) notice of the Obligations now existing or which may hereafter exist or be created, (iv) notice of any adverse change in the financial condition of TWC or of any other fact that might increase another Debtor's risk hereunder, and (v) notice of demand for payment or performance, or notice of default or nonpayment or nonperformance, under the Financing Documents or otherwise in respect of any of the Obligations.

弃权条款。在担保权人根据本协议向各债务人提起诉讼之前，担保权人及任何其它人士，均不得被要求采取任何性质或种类的针对 TWC、TWC 制作公司或任何其它人士的措施，或使用担保权人或任何其他人士所掌握的任何担保措施。各债务人承认并同意：担保权人可以不时放弃或免除各种条件或融资协议、本协议、任何其他融资文件或其他文件项下属于到期应付的全部或部分款项的支付义务或到期分期应付金额，也可以不时放弃或免除 TWC 或 TWC 制作公司的各种其他义务；担保权人可以不时放弃或免除 TWC、TWC 制作公司、和/或各自的任何子公司或关联公司、或任何其它人士于融资协议、本协议、任何其它融资文件及其它文件下的各种违约责任；担保权人可以非正式地与 TWC、TWC 制作公司、和/或各自的任何子公司或关联公司、或任何其它人士达成协议，对其于融资协议、本协议、或任何其它融资文件（视情况而定）下明确规定的履行义务进行变更；担保权人可以不时停止行使本融资协议、本协议、或任何其它融资文件下其可适用的任何及所有权利或救济；前述情况（之一或全部）发生后，当担保权人行使本协议项下的权利或救济时或之后，债务人可能不再拥有其具有代位权性质的任何权利以及针对其它任何债务人的诉求，或该等权利及诉求可能遭到破坏、损害、降低或减少。各债务人明确放弃并同意：不提出任何诉求、辩护和/或理由（包括担保辩护），且明确放弃并同意不针对担保权益提出任何扣除、抵销、减少、更改或免除诉求，不针对其它债务人提出赔偿、补偿或代位清偿的诉求，尽管在发生前述任何情况或事件时，或发生其他情况或事件时（不管是否与前述任何情况或事件相似），各债务人可以据此提出该等诉求，辩护，或理由，扣除权、抵销、减少、更改，免除诉求，赔偿、补偿或代位清偿。在不限制前述规定的普遍性的前提下，各债务人特此明确放弃以下权利：（i）债务人的所有代位求偿权、受偿权、补偿权和责任分担权，以及其它按照适用法律债务人享有或可能享有的任何权利和辩护，直到义务履行完毕；（ii）由任何人士发出的接受本协议的通知；（iii）现有或其后存在或产生的义务的通知；（iv）TWC 财务状况发生任何不利变化的通知，任何可能增加其它债务人本协议项下风险的情况通知；以及（v）融资文件下或与义务有关的，要求支付或履行义务的通知，违约、未支付或未履行义务的通知。

12.    **No Extinguishment, Release, Mitigation, Diminishment or Reduction of any Claim.** Neither Secured Party's acceptance of this Agreement and the Security Interest, nor any

-19-

exercise by Secured Party of any of its rights hereunder, (other than Secured Party's receipt of indefeasible payment in full and satisfaction of the Obligations), shall extinguish, release, mitigate, diminish or reduce in any manner whatsoever any claim, cause of action or other right or remedy Secured Party has, claims, or may at the date hereof or hereafter have or claim, against each Debtor or any other Person, whether arising out of this Agreement, or any alleged breach of this Agreement, or otherwise.

不得消灭、解除、减轻、减少或降低任何诉求。担保权人接受本协议和担保权益，或者担保权人行使其于本协议项下的任何权利（担保权人对不可取消的全额付款以及履行的义务所作出的接受除外），均不对以任何方式的消灭、解除、减轻、减少或降低；担保权人所拥有或提出的或在本协议之日或之后可能拥有或提出的、针对各债务人或任何其它人士的任何诉求、诉讼理由或其它权利或救济，无论是因本协议而产生，还是因违反本协议而导致，或因其他情况。

13.    **Duties of Secured Party; Debtor Remains Liable.**  The powers conferred on Secured Party hereunder are solely to protect its interests in the Collateral and shall not impose any duty upon it to exercise any such powers.  Provided that Secured Party complies with its obligations, if any, under New York UCC Section 9-207, Secured Party shall not otherwise be liable or responsible in any way or manner for: (i) the safekeeping of any of the Collateral; (ii) any loss or damage thereto occurring or arising in any manner or fashion or from any cause; (iii) any diminution in the value thereof; or (iv) any act or default of any carrier, warehouseman, bailee, forwarding agency, or other Person whomsoever.  Anything contained herein to the contrary notwithstanding, (a) each Debtor shall remain liable under any contracts and agreements included in the Collateral, to the extent set forth therein, to perform all of its duties and obligations thereunder to the same extent as if this Agreement had not been executed, (b) the exercise by Secured Party of any of its rights hereunder shall not release any Debtor from any of its duties or obligations under the contracts and agreements included in the Collateral, and (c) Secured Party shall not have any obligation or liability under any contracts, licenses, and agreements included in the Collateral by reason of this Agreement, nor shall Secured Party be obligated to perform any of the obligations or duties of any Debtor thereunder or to take any action to collect or enforce any claim for payment assigned hereunder.

担保权人的责任；债务人的责任。本协议授予担保权人的权力仅为保护其就担保物所享有的利益，但担保权人并无行使该等权力的责任。如果担保权人遵守了纽约州 UCC 第 9-207 条所规定的其应遵守的义务（如有），则不应以任何形式或方式对以下事项承担责任：（i）妥善保管担保物；（ii）以任何方式或形式发生或产生的担保物的任何损失或损害（无论是出于何种原因）；（iii）担保物任何价值减少；或者（iv）承运人、仓管员、受托人、运输代理人或其它任何人士的任何行为或违约。尽管本协议可能具有任何相反的规定，但是（a）各债务人对于担保物所涉及的合同及协议持续负有该等合同及协议所规定的责任，并应按照该等合同及协议的规定履行其全部责任和义务，且本协议的签订对此并不具有任何影响；（b）担保权人行使其于本协议项下的任何权利，并不解除任何债务人于担保物所涉及的合同及协议项下的任何责任和义务；且（c）担保权人并不由于签订本协议而对担保物所涉及的任何合同、许可或协议承担任何责任或义务，担保权人也无义务履行任何债务人于担保物所涉及的任何合同、许可或协议项下的任何责任或义务，或采取行动收取本协议项下的款项或就其进行任何索赔。

-20-

14.    **Damages; Expenses.** Each Debtor shall pay to Secured Party: (i) the amounts of all damages incurred by Secured Party arising out of the breach of any of the Obligations or the failure of any representation or warranty hereunder; and (ii) all fees, costs and expenses of any nature whatsoever, including reasonable outside attorneys' fees, of or arising out of the enforcement of any provisions of this Agreement after the occurrence of an Event of Default hereunder. Each Debtor shall indemnify Secured Party from and against any and all claims, losses and liabilities in any way relating to, arising out of or resulting from this Agreement and the transactions contemplated hereby (including, without limitation, enforcement of this Agreement), except to the extent such claims, losses or liabilities result solely from Secured Party's gross negligence or willful misconduct. The obligations of each of the Debtors in this Section 14 shall survive the termination of this Agreement and the Financing Documents and the discharge of the Debtors' other obligations under this Agreement.

損害賠償；开支。各债务人应支付担保权人。（ⅰ）担保权人由于违反义务或未能满足本协议项下的陈述或保证而产生的所有损失；和（ⅱ）发生违约事件后，为执行本协议的任何条款而产生的任何性质的所有费用、成本及开支（包括合理的外部律师费）。各债务人应对担保权人的以下事项进行补偿：与本协议及本协议所拟交易（包括但不限于执行本协议）有关的、因本协议及本协议所拟交易（包括但不限于执行本协议）而产生或导致的，担保权人的任何及所有（不包括完全由于担保权人的重大过失或故意不当行为而导致的）诉求、损失和责任。各债务人于本第 14 条下的义务在本协议和融资文件终止后，以及债务人于本协议项下的其它义务履行完毕后仍然具有效力。

15.    **No Delay.** No delay on the part of Secured Party in exercising any power or right hereunder shall operate as a waiver thereof; nor shall any single or partial exercise of any power or right hereunder preclude other or further exercise thereof or the exercise of any other power or right.

延迟和部分行使权力或权利。担保权人延迟行使其于本协议项下的任何权力或权利，并不构成其对相关权力或权利的放弃；担保权人行使其于本协议项下的任何权力或权利之一或部分，并不排除其另行或进一步行使该等权力或权利，或行使任何其它权力或权利。

16.    **Continuing Assignment and Security Interest; Partial Release; Termination.** This Agreement shall create a continuing collateral assignment of and security interest in all of the Collateral, and shall remain in full force and effect until the payment and performance in full of all of the Obligations (the "**Termination Date**"). Notwithstanding the preceding sentence, upon timely payment in full of the applicable "minimum guarantee" or "advance" by the obligor under a Foreign Distribution Contract ("**Payment Date**"), the Foreign Distribution Collateral subject to such Foreign Distribution Contract shall automatically be released from the Secured Party's Security Interest, provided however that Secured Party's Security Interest in such Foreign Distribution Contract, the related account(s) and all proceeds thereof shall continue thereupon in full force and effect without interruption. Upon the occurrence of the Termination Date (or applicable Payment Date), the Security Interest in the Collateral (or applicable Foreign Distribution Collateral) shall automatically terminate, whereupon Secured Party shall promptly execute such documents and instruments (including without limitation, UCC termination statements and a termination of the Copyright Mortgage and Assignment) as the Debtors shall

-21-

reasonably require to evidence and effect the termination and release of the Security Interest, at the Debtors' sole cost and expense.

持续转让和担保权益；部分解除；终止。在所有义务履行完毕（"终止日"）之前，本协议就所有担保物设有持续的担保物转让以及担保权益，应持续具有完全效力。尽管有上述规定，某一境外发行合同项下的义务人及时全额支付相关"最低保证额"或"预付款"之日（"支付日"），该境外发行合同项下的境外发行担保物应当自动从担保权人的担保权益中予以解除，但前提是担保权人对该等境外发行合同，相关款项和所有收益的担保权益应继续有效并具有执行力，而不受影响。担保物（或相关境外发行担保物）的担保权益在终止日（或相关支付日）应自动终止，届时，担保权人将应债务人的合理要求，及时签署能证明并实现解除担保权益的文件和协议（包括但不限于，UCC 终止声明和版权抵押和转让协议的终止），相关费用和开支应由债务人自行承担。

17.    **General. 一般条款。**

17.1.    **Governing Law, and Dispute Resolution. 适用法律以及争议解决。**

17.1.1 **GOVERNING LAW.** THE SUBSTANTIVE LAWS (AS DISTINGUISHED FROM THE CHOICE OF LAW RULES) OF THE STATE OF NEW YORK AND THE UNITED STATES OF AMERICA APPLICABLE TO CONTRACTS MADE AND PERFORMED ENTIRELY IN NEW YORK SHALL (EXCEPT AS OTHERWISE PROVIDED IN SECTIONS 9-301 TO 9-306, INCLUSIVE, OF THE NEW YORK UCC) GOVERN (A) THE VALIDITY AND INTERPRETATION OF THIS AGREEMENT, (B) THE PERFORMANCE BY THE PARTIES OF THEIR RESPECTIVE OBLIGATIONS HEREUNDER, AND (C) ALL OTHER CAUSES OF ACTION (WHETHER SOUNDING IN CONTRACT OR IN TORT) ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE TERMINATION OF THIS AGREEMENT.

适用法律。适用于完全在纽约州签订和履行的合同的纽约州和美国准据法（而非冲突规则）适用于以下事项，但不包括纽约州 UCC 第 9-301（含）至 9-306（含）条的规定：（A）本协议的有效性及解释；（B）各方履行其各自于本协议项下的义务；以及（C）因本协议、本协议的终止而产生的或与之相关的其它所有（不管是合同还是侵权方面的）诉讼理由。

17.1.2 **Jurisdiction.** Except as otherwise provided in Section 17.1.3 hereof, any legal action or proceeding with respect to this Agreement, the other Financing Documents or any other agreement, document or other instrument executed in connection herewith or therewith, or any action or proceeding to execute or otherwise enforce any judgment obtained against Debtor or any of its properties, may be brought in the courts of the state of New York in New York County, New York, United States of America, or in the federal courts of the United States for the Southern District of New York, or in any other court having jurisdiction over any Debtor, as Secured Party may elect, provided always that suit also may be brought in the courts of any country or place where any Debtor or any of its assets may be found, and, by execution and delivery of this Agreement, each Debtor irrevocably submits to each such jurisdiction. Each Debtor irrevocably waives any objection which it may now or hereafter have to the venue of any suit, action or proceeding, arising out of or relating to this Agreement, or any

-22-

other agreement, document or other instrument executed in connection herewith brought in the courts of the state of New York in New York County, New York, United States of America or in the federal courts of the United States for the Southern District of New York, and hereby further irrevocably waives any claim that any such suit, action or proceeding brought in any such court has been brought in an inconvenient forum.

管辖。除本协议第17.1.3条另有规定以外，就本协议、其他融资协议、或其它任何与其有关的协议、文件或文书而提起的诉讼或程序，为执行或实施针对债务人或其财产的判决而提起的诉讼或程序，可由担保权人选择，向位于美国纽约州纽约县的纽约州立法院，美国纽约南区联邦法院、或任何债务人具有管辖权的法院提出，但是，相关诉讼还可以向债务人或其任何资产所在地的法院提出，同时，各债务人签署并提交本协议后，即不可撤销地承认该等法院的管辖权。对于因本协议或签署的其它任何与其有关的协议、文件或文书而产生的或与之相关的，在位于美国纽约州纽约县的纽约州立法院、美国纽约的南区联邦法院提出的诉讼或程序，各债务人在此不可撤销地放弃其现在以及之后可能拥有对案件、诉讼或程序的审理地异议，并进一步不可撤销地放弃提出前述法院不便管辖该等案件、诉讼或程序的权利。

### 17.1.3 Arbitration 仲裁

All controversies, claims, disputes, or counterclaims between the parties hereto concerning, based in any way upon, arising under, relating to, or arising in connection with this Agreement, or any resulting transaction, including, but not limited to, their respective obligations hereunder, a disagreement about the meaning, interpretation, application performance, breach, termination, enforceability, or validity of this Agreement, and whether based on statute, tort, contract, common law or otherwise, shall be subject to and resolved by binding arbitration in accordance with the provisions of Section 25 of the Financing Agreement and the remaining provisions of this Section 17.1.3, which provisions are incorporated herein *mutatis mutandis* and, to the extent not otherwise covered above, the arbitration shall be conducted in accordance with Title 9 of the U.S. Code.

本协议双方之间关于、基于、产生于、有关、源于本协议或任何依据本协议而进行的交易的所有争议、主张、纠纷或反诉要求，包括但不限于本协议项下双方各自的义务、关于本协议的含义、解释、适用履行、违约、终止、执行性或有效性的不同意见，无论其基于法规、侵权责任、合同责任、普通法或其他任何法律，均应当根据融资协议第25条以及本第17.1.3条所包含的其他内容（细节方面做出必要调整后的内容包含于本协议中）提交仲裁并通过有约束力的仲裁解决，上述约定未能涵盖的，仲裁应当依据《美国法典》的第9章进行。

(a)     Each Debtor and Secured Party agrees to abide by any decision rendered in such arbitration, and that any court having jurisdiction may enforce such a decision.

每一债务人和担保权人均同意遵守该等仲裁作出的裁决，并同意任何有管辖权的法庭均有权执行该等裁决。

(b)     Nothing in this section shall prejudice the right Secured Party to exercise its non-judicial foreclosure rights and remedies in respect of the

-23-

Collateral, or prejudice the right of either party to obtain provisional relief or other equitable remedies as shall otherwise be available judicially pending the resolution of an arbitration proceeding provided in this Section.

本条的任何约定均不得妨碍担保权人就担保物行使其非司法性终止回赎权和救济，不得妨碍任何一方行使获得临时救济或在本条约定的仲裁程序作出裁决前获得司法提供的其他衡平法救济的权利。

17.1.4 **Waiver of Jury Trial, Etc.**  DEBTORS AND SECURED PARTY EACH HEREBY WAIVES ANY RIGHT TO TRIAL BY JURY.  Each of the parties expressly agrees that service of process in any judicial or other proceeding (including proceedings to judicially confirm any arbitration award) may be made in accordance with the provisions of Section 17.2 hereof and shall be deemed effective as provided therein.

放弃陪审团审判等。债务人和担保权人均在此放弃寻求陪审团审判的权利。每一方明确同意在任何司法程序或其他程序（包括司法确认仲裁裁决的程序）中的送达程序可以依据本协议第 17.2 条的约定进行，并且应当被据此视为有效送达。

17.2.  **Notices.**  All notices, statements, payments and other documents required or permitted to be given under this Agreement shall be in writing and shall be delivered to any party by delivery (a) to such party at the address or facsimile number set forth below for notice to such party, or (b) to such address or facsimile number as is hereafter supplied by such party to the delivering party by notice delivered pursuant to this Section 17.2, or (c) to any address to which such party in fact relocates or to any facsimile number which such party in fact maintains, either by personal delivery, by air courier, by fax (with hard copy concurrently sent by mail, postage prepaid) or as otherwise specifically provided for herein and addressed as follows:

通知。所有通知、陈述、支付文件和其他本协议要求或允许出具的文件应当以书面的形式作出，并且应当按以下约定递交至任何一方（a）该一方在下文中提供的通知地址或传真号码，或（b）该一方根据本 17.2 条的约定以通知方式后来向递交方提供的其他地址或传真号码，或（c）以专人递送、航空快递、传真（同时邮寄副本，邮资预付）或本协议另行明确规定的方式发至该一方实际更换的任何地址或实际使用的任何传真号码：

17.2.1  If to Secured Party, to:

若发至担保权人：

Beijing Wanda Cultural Industry Group
Wanda Plaza, Block B, 11th Floor
93 Jianguo Rd., Chaoyang District
Beijing 100022
Attention: Jerry Ye, Vice President
Facsimile: +86 10 8558 7619

-24-

北京万达文化产业集团有限公司
北京市朝阳区建国路 93 号
万达广场 B 座 11 层
邮编：100022
收件人：叶宁，副总裁
传真：86 10 8558 7619

And to:

并发送：

Wanda Media Co., Ltd.
20th Floor, No.12 Building, Wanda Plaza
No.93 Jianguo Road, Chaoyang District
Beijing 100022
Attention: Gillian Zhao, General Manager
Facsimile: +86 10 8558 7619
万达影视传媒有限公司
北京市朝阳区建国路 93 号
万达广场 12 号楼 20 层
邮编：100022
收件人：赵方，总经理
传真：86 10 8558 7619

With a copy to:

抄送：

Wanda Media Co., Ltd.
20th Floor, No.12 Building, Wanda Plaza
No.93 Jianguo Road, Chaoyang District
Beijing 100022
Attention: Cary Cheng and Abe Kwong, Deputy General Managers
Facsimile: +86 10 8558 7619
万达影视传媒有限公司
北京市朝阳区建国路 93 号
万达广场 12 号楼 20 层
邮编：100022
收件人：郑剑锋和邝文伟，副总经理
传真：86 10 8558 7619

With a courtesy copy to:

礼节性抄送：

-25-

Dalian Wanda Group, Investment Management Center
Wanda Plaza, Block B, 21 Floor
93 Jianguo Rd., Chaoyang District
Beijing 100022
Attention: Jonathan Garrison
Facsimile: +86 10 8585 3095
大连万达集团投资管理中心
北京市朝阳区建国路 93 号
万达广场 B 座 21 层
邮编：100022
收件人：Jonathan Garrison
传真：86 10 8585 3095


And with a courtesy copy to:

并礼节性抄送：

Reed Smith LLP
1901 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Attention: Tom K. Ara, Esq.
Fax No.: 310-734-5299

Reed Smith LLP
1901 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
收件人：Tom K. Ara 先生
传真号码：310-734-5299

17.2.2  If to Debtors, to:

若发至债务人：

The Weinstein Company, LLC
375 Greenwich Street
New York, NY 10013
Attention: Chief Operating Officer
Fax No.: (917) 368-7094

The Weinstein Company, LLC
375 Greenwich Street
New York, NY 10013
收件人：首席运营官
传真号码：(917) 368-7094

With a copy to:

抄送：

The Weinstein Company, LLC
9100 Wilshire Blvd., Suite 700W
Beverly Hills, CA 90212
Attention: President, Business & Legal Affairs & General Counsel
Fax No.: (310) 550-5759

The Weinstein Company, LLC
9100 Wilshire Blvd., Suite 700W
Beverly Hills, CA 90212
收件人：总裁，业务与法律事务与总法律顾问
传真号码：(310) 550-5759

With a courtesy copy to:

礼节性抄送：

O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Attention: Matthew Erramouspe, Esq.
Fax No.: (310) 246-6779

O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
收件人：Matthew Erramouspe 先生
传真号码：(310) 246-6779

The date of personal delivery, delivery by air courier, or fax transmission (on a business day, with hard copy concurrently therewith by mail) of such notice or payment shall be deemed the date of service of such notice or payment, unless otherwise specified herein; provided, however, that any notice which commences the running of any period of time for the exercise of any option or the performance of any other act by either party hereto must be served by hand or air courier and shall be deemed served when so delivered.

除非本协议另有约定，该等通知或支付文件通过专人、航空快递或传真（营业日发送，同时邮寄副本）递送的，递送之日应当被视为送达之日；但是，如果通知将导致本协议任何一方行使选择权或采取任何其他行动的期限开始计算，则该等通知必须由专人递送或通过航空快件递送，且在交付之时视为完成送达。

17.3. **Counterparts.**   This Agreement may be executed in two or more counterparts, all of which taken together shall constitute one instrument.

副本。本协议可签署两份或多份副本，所有文本一起应当构成同一份文件。

17.4. **Severability.** Whenever possible, each provision of this Agreement shall be interpreted in such a manner as to make such provision valid and enforceable under applicable law, but if any provision hereof shall be or become invalid or unenforceable under any applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only, without thereby invalidating the remainder of such provision or of any of the remaining provisions hereof.

可分性。如若可能，本协议的每一条款都应当以能够使得该等条款依据适用的法律为有效且可执行的条款的方式进行解释，但是，如果本协议的任何条款根据任何适用的法律为或变成无效或不可执行的条款，该等条款应当仅在该等无效性或不可执行性的影响程度内失去效力，该等条款的剩余内容或本协议的其他条款的效力不受影响。

17.5. **Remedies Cumulative.** No remedy conferred by any of the specific provisions of this Agreement is intended to be exclusive of any other remedy which is otherwise available at law, in equity, by statute, hereunder or otherwise, and each and every other remedy shall be cumulative and shall be in addition to every other remedy given hereunder or otherwise. The election of any one or more of such remedies shall not constitute a waiver of the right to pursue any other available remedies.

累积的救济。本协议任何特定条款提供的任何救济均不排除普通法、衡平法、成文法、本协议或其他文件提供的任何其他救济，每一救济措施均为可累积的措施，并且均为对本协议或其他文件提供的每一其他救济措施的补充。选择任何一种或多种该等救济不应视为放弃其寻求任何其他可获得的救济的权利。

17.6. **Limitation.** Anything contained in this Agreement to the contrary notwithstanding, the obligations of each Debtor hereunder shall be limited to a maximum aggregate amount equal to the greatest amount that would not render such Debtor's obligations hereunder subject to avoidance as a fraudulent transfer or conveyance under Section 548 of Title 11 of the United States Code or any provisions of applicable state law (collectively, the "**Fraudulent Transfer Laws**"), in each case after giving effect to all other liabilities of Debtor, contingent or otherwise, that are relevant under the Fraudulent Transfer Laws (specifically excluding, however, any liabilities of such Debtor under any unsecured indebtedness or indebtedness which is otherwise subordinated in right of payment to the obligations arising hereunder, if such indebtedness arises under an agreement which contains a limitation as to maximum amount similar to that set forth in this Section and such agreement also provides that the liability of such Debtor under this Agreement is included in the liabilities taken into account in determining the maximum amount of the obligations of such Debtor under such other agreement) and after giving effect as assets to the value (as determined under the applicable provisions of the Fraudulent Transfer Laws) of any rights to subrogation, contribution, reimbursement, indemnity or similar rights of such Debtor pursuant to (i) applicable law or (ii) any agreement providing for an equitable allocation by such Debtor of obligations arising under guaranties by such Debtor.

限制。无论本协议是否有任何相反规定，每一债务人在本协议下的义务应以不导致该债务人构成《美国法典》第 11 章第 548 节或任何适用的州法律（统称"欺诈性转让法"）下的欺诈性转让行为为限，以避免被宣布无效；在确定该等上限

TWC/Southpaw Security Agreement

时，均应考虑在每一情况下，（1）债务人在欺诈性转让法下相关的所有其他责任（无论是否偶然产生，但是如果相关协议中包含类似于本条规定的限额且规定在确定该等限额时需考虑该债务人在本协议下的责任，那么不应包括该债务人在该等相关协议下的无担保债务或者付款顺序次于本协议项下义务的债务）；以及（II）对该债务人依据：（i）适用的法律或；（ii）就该债务人提供的担保所引起的责任规定了公平分配条款的任何协议，而享有的任何代位求偿权、责任分担权、报销权、赔偿权或其他类似权利，按照欺诈性转让法的适用条款所确定的价值。

17.7.  **Transferees, Successors and Assigns.**  All terms and provisions of this Agreement shall be binding upon each party and its successors in interest and inure to the benefit of the other parties and their transferees, successors and assigns. No party may assign its rights or delegate its obligations under this Agreement, except in connection with a permitted assignment of the Financing Agreement and any purported assignment or delegation in violation of the terms of the Financing Agreement shall be void *ab initio.*

承让人、继承人和受让人。本协议的所有条款和条件应当对每一方及其利益继承人具有约束力，并且对其他各方及其承让人、继承人及受让人的利益有效。除就融资协议允许的转让以外，任何一方均不得转让其于本协议项下的权利和义务，且任何违反融资协议条款进行的转让或委托应自始无效。

17.8.  **Headings.**  Section or other headings contained in this Agreement are for reference purposes only and shall not affect in any way the meaning or interpretation thereof.

标题。本协议所包含的章节或其他标题仅供参考引用之目的，不应当以任何方式影响其含义或解释。

17.9.  **No Waiver.**  No breach of any provision of this Agreement may be waived unless in writing and the waiver of any one breach shall not be deemed to be a waiver of any other breach of the same or any other provision hereof.

无弃权。放弃追究本协议下的违约行为须以书面的方式作出，并且，对任何⋯次违约行为的弃权不应当被视为对任何其他相同违约行为或对违反本协议任何其他条款的弃权。

17.10. **Amendment.**  This Agreement may be amended only by a written agreement executed by all parties hereto.

修改。本协议仅可通过本协议各方签署书面协议的方式进行修改。

17.11.  **Recitals.**  The recitals to this Agreement are hereby incorporated into and made a part of this Agreement.

序言。本协议的序言部分纳入本协议，为本协议的一部分。

17.12.  **Entire Agreement.**  This Agreement and the other documents and instruments contemplated hereby embody the entire understanding and agreement of the parties with respect to the subject matter hereof, and there are no further or other agreements or

understandings, written or oral, in effect between the parties hereto relating to the subject matter hereof, unless expressly referred to herein or executed concurrently herewith. In the event of a conflict between this Agreement and any other agreements or documents required pursuant to this Agreement, this Agreement will prevail. This Agreement is made in both English and Chinese. In case of any inconsistency, incompatibility, conflict, or discrepancy between the two language versions, the English version shall prevail and control.

完整协议。本协议以及其他拟议的文件和文书体现了各方关于本协议主题事宜的全部理解和协议，除非本协议明确提及或与本协议同时签署，关于本协议主题事宜在各方之间不存在进一步的或其他的书面或口头的有效的协议或理解。若本协议与任何本协议要求的其他协议或文件之间存在不一致之处，则以本协议为准。本协议以英文和中文书就。若两种语言版本出现不一致、不相容、冲突或矛盾之处，应当以英文版本为准。

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

[本页剩余部分故意留作空白]

IN WITNESS WHEREOF, this Agreement is duly executed and delivered as of the day and year first above written.

有鉴于此，本协议于文首载明之日正式签署并交付。

"TWC"

THE WEINSTEIN COMPANY LLC,
a Delaware limited liability company
特拉华州有限责任公司

By /签署：
Name / 姓名： *Andrew Kim*
Title / 职务：
**CFO**

"TWC Production Company"
"TWC 制作公司"

CHECK HOOK LLC,

a Delaware limited liability company
特拉华州有限责任公司

By / 签署：
Name / 姓名： *Andrew Kim*
Title / 职务：
**CFO**

"Secured Party"
"担保权人"

WANDA PICTURES (HONG KONG) CO.,
LTD.

By / 签署：

Name / 姓名：
Title / 职务：

*[Signature Page to Accommodation Security Agreement]*

**EXHIBIT A**

附件 A

**COLLATERAL**

担保物

**"Foreign Ancillary Rights"** means all of Debtor's right, title and interest in and to all rights to sell, distribute, subdistribute, license, sublicense and otherwise exploit merchandising, soundtrack, music publishing, or print publishing rights in the Picture throughout the TWC Foreign Territories.

"境外附属权利" 是指债务人就在 TWC 境外区域对影片中的商业化权、配乐录音权、音乐发表权或印刷出版权进行出售、销售、分销、许可、分许可及以其他方式开发利用的一切权利所享有的一切权利、所有权和权益。

**"Foreign Distribution Collateral"** means all Debtors' right, title and interest in and to (i) all rights to release, sell, distribute, subdistribute, lease, sublease, market, license, sublicense, exhibit, broadcast, transmit, stream, download, reproduce, publicize or otherwise exploit the Picture in perpetuity throughout the TWC Foreign Territories in any manner and in any media whatsoever, including, without limitation, by projection, radio, all forms of television (including, without limitation, free, pay, toll, cable, sustaining subscription, sponsored and direct satellite broadcast), in theaters, non-theatrically, on cassettes, cartridges and discs, by streaming media and digital downloads, and by any and all other scientific, mechanical or electronic means, methods, processes or devices now known or hereafter conceived, devised or created (the "**Foreign Distribution Rights**"), and (ii) solely to the extent necessary or appropriate for the exploitation of the Foreign Distribution Rights, the following

"境外发行担保物" 是指所有债务人于以下各项或针对以下各项的权利、所有权和权益：（i）在整个 TWC 境外区域内永久性地发行、出售、销售、分销、出租、转租、营销、许可、分许可、展示、广播、传输、在线播放、下载、重制、公开或以其他方式利用影片的所有权利，无论以何种方式和媒介，包括但不限于通过放映、无线电、所有形式的电视（包括但不限于，免费的、付费的、收费的、有线电视、缴费订购的、赞助的及直播卫星系统的电视），在影院、非影院，用磁带、磁盘以及唱片，通过在线媒介和电子下载，和任何及所有其他目前已知的或今后发现、发明或创造的科学、机械或电子方式、方法、程序或工具（"境外发行权"），以及（ii）仅在行使境外发行权所必要或适当的范围内的下述权利：

       (a)     all rights of every kind or nature in and to any and all music and musical compositions created for, used in or to be used in connection with the Picture including, without limitation, all copyrights therein and all rights to perform, copy, record, re-record, produce, publish, reproduce or synchronize any or all of said music and musical compositions as well as all other rights to exploit such music including record, soundtrack recording, and music publishing rights;

-1-

为影片创作的、影片使用的或将用于影片的任何及所有音乐和音乐作品的所有任何种类或性质的权利，包括但不限于其包含的所有版权，以及所有表演、复制、录音、取录、制作、发行、重新制作或声像同步任何或所有上述音乐和音乐作品的权利，以及所有开发利用该等音乐的其他权利，包括录音、配乐录音以及发表音乐的权利；

      **(b)**    all insurance and insurance policies heretofore or hereafter placed upon the Picture or the insurable properties thereof solely with respect to the delivery or exploitation of the Picture and the proceeds thereof;

仅就交付或开发利用影片及其收入而就影片或其可投保财产投保的所有之前或之后的保险及保单；

      **(c)**    all contract rights, accounts and general intangibles, in each case with respect to the Picture, the Foreign Distribution Rights and the Foreign Distribution Contracts;

影片、境外发行权和境外发行合同项下的所有合同权利、款项和一般无形资产；

      **(d)**    all copyrights, rights in copyrights, interests in copyrights and renewals and extensions of copyrights heretofore or hereafter obtained upon the Picture or any part thereof, and the right (but not the obligation) to make publication thereof for copyright purposes, to register a claim under copyright, and the right (but not the obligation) to renew and extend such copyrights, and the right (but not the obligation) to sue in the name of Debtor or in the name of Secured Party for past, present and future infringements of copyright;

影片或其任何部分的所有版权、版权中的权利、利益，以及迄今已经或未来将会获得的该等权利的更新及展期，以及为版权之目的进行公开的权利（但非义务），依据版权登记主张的权利，以及更新非延长该等版权的权利（但非义务），以及以偿务人或担保权人名义就过去、目前及将来侵犯版权的行为提起诉讼的权利（但非义务）；

      **(e)**    all title or titles of the Picture and all of Debtors' rights to the exclusive use thereof including rights protected pursuant to trademark, service mark, unfair competition and/or other laws, rules or principles of law or equity;

影片全部所有权以及偿务人对该等权利进行排他性使用的所有权利，包括依据商标、服务标识、不正当竞争及/或其他方面的法律、规定、法律或衡平法的原则受到保护的权利；

      **(f)**    all inventions, processes, formulae, licenses, patents, patent rights, trademarks, trademark rights, service marks, service mark rights, trade names, trade name rights, logos, indicia, corporate and company names, business source or business identifiers and renewals and extensions thereof, domestic and foreign, whether now owned or hereafter acquired, and the accompanying good will and other like business property rights relating to the Picture, and the right (but not the obligation) to register claims under trademark or patent and to renew

-2-

and extend such trademarks or patents and the right (but not the obligation) to sue in the name of the Debtors or in the name of Secured Party for past, present or future infringement of trademark or patent; and

与影片相关的所有发明、程序、程式、许可、专利、专利权利、商标、商标权利、服务标识、服务标识权利、商号、商号权利、标志、标记、企业和公司名称、业务来源或业务标识符及其更新和展期，包括国内及国外的，无论其为目前拥有的或以后获得的，以及与之相随的商誉和其他类似商业财产权利，以及提起商标或专利索赔主张的权利（但非义务）、更新和延长该等商标或专利的权利，以及以债务人或担保权人名义就过去、目前及将来侵犯商标或专利权的行为提起诉讼的权利（但非义务）；及

(g)    all accessions to, substitutions for and replacements, proceeds arising from any of the foregoing.

任何上述各项的增加值、替代物、重置资产和收益。

"Foreign Distribution Contracts" means present and future contracts or agreements (whether or not earned by performance) pursuant to which any Debtor grants to any Person any Foreign Distribution Rights or Foreign Ancillary Rights.

"境外发行合同"指现有的以及将来签订的合同或协议（无论是否通过履行而获得该等合同或协议），且根据该合同或协议，任何债务人向任何人士授予任何境外发行权或境外附属权利。

-3-

**EXHIBIT B**
附件 B
**FINANCING STATEMENT**
融资声明

[See Attached.]

[见附件]

# EXHIBIT C

# 附件 C

## COPYRIGHT MORTGAGE AND ASSIGNMENT

## 版权抵押和转让协议

[See Attached.]

[见附件]

Exhibit 4

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Glaser Weil, LLP
c/o Steve Basileo
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

Delaware Department of State
U.C.C. Filing Section
Filed: 11:57 AM 10/24/2017
U.C.C. Initial Filing No: 2017 0668576

Service Request No:  20176757537

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Check Hook LLC,  a Delaware limited liability company | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o Corporation Serv. Co., 251 Little Falls Dr. | Wilmington | DE | 19808 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Wanda Pictures (Hong Kong) Co., Ltd. | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 20th Fl. No. 12 Bldg., Wanda Plaza No. 93 Jiango Rd., Chaoyang District | Beijing | | 100022 | China |

**4. COLLATERAL:** This financing statement covers the following collateral:

The Collateral described on Schedule A, attached hereto and incorporated herein by reference.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:    **6b.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility    ☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
Delaware ("Southpaw")

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

**SCHEDULE A**

**COLLATERAL**

All of the Debtor's right title and interest in, to, and under: (i) the Foreign Distribution Collateral; (ii) the Foreign Distribution Contracts; (iii) the Tax Credit Collateral, wherever located, whether now in existence or hereafter created, and whether now owned or hereafter acquired or created; (iv) Foreign Ancillary Rights, (v) each "account" (as such term is defined in Article 9 of the New York UCC) arising from or relating to any of the foregoing; (vi) each Collection Account, and (vii) all proceeds of any of the foregoing (such collateral collectively referred to herein as "Collateral").

The capitalized terms set forth above are defined as follows:

**"Foreign Ancillary Rights"** means all Debtors' right, title and interest in and to all rights to sell, distribute, subdistribute, license, sublicense and otherwise exploit merchandising, soundtrack, music publishing, or print publishing rights in the Picture throughout the TWC Foreign Territories.

**"Foreign Distribution Collateral"** means all Debtors' right, title and interest in and to (i) all rights to release, sell, distribute, subdistribute, lease, sublease, market, license, sublicense, exhibit, broadcast, transmit, stream, download, reproduce, publicize or otherwise exploit the Picture in perpetuity throughout the TWC Foreign Territories in any manner and in any media whatsoever, including, without limitation, by projection, radio, all forms of television (including, without limitation, free, pay, toll, cable, sustaining subscription, sponsored and direct satellite broadcast), in theaters, non-theatrically, on cassettes, cartridges and discs, by streaming media and digital downloads, and by any and all other scientific, mechanical or electronic means, methods, processes or devices now known or hereafter conceived, devised or created (the "Foreign Distribution Rights"), and (ii) solely to the extent necessary or appropriate for the exploitation of the Foreign Distribution Rights, the following:

(a) all rights of every kind or nature in and to any and all music and musical compositions created for, used in or to be used in connection with the Picture including, without limitation, all copyrights therein and all rights to perform, copy, record, re-record, produce, publish, reproduce or synchronize any or all of said music and musical compositions as well as other rights to exploit such music including record, soundtrack recording, and music publishing rights;

(b) all insurance and insurance policies heretofore or hereafter placed upon the Picture or the insurable properties thereof solely with respect to the delivery or exploitation of the Picture and the proceeds thereof;

(c) all contract rights, accounts and general intangibles, in each case with respect to the Picture, the Foreign Distribution Rights and the Foreign Distribution Contracts;

(d) all copyrights, rights in copyrights, interest in copyrights and renewals, and extensions of copyrights heretofore or hereafter obtained upon the Picture or any part thereof, and the right (but not the obligation) to make publication thereof for copyright purposes, to register a claim under copyright, and the right (but not the obligation) to renew and extend such copyrights, and the right (but not the obligation) to sue in the name of Debtor or in the name of Secured Party for past, present and future infringements of copyright;

(e)      all title or titles of the Picture and all of Debtors' rights to the exclusive use thereof including rights protected pursuant to trademark, service mark, unfair competition and/or other laws, rules or principles of law or equity;

(f)      all inventions, processes, formulae, licenses, patents, patent rights, trademarks, trademark rights, service marks, service mark rights, trade names, trade name rights, logos, indicia, corporate and company names, business source or business identifiers and renewals and extensions thereof, domestic and foreign, whether now owned or hereafter acquired, and the accompanying good will and other like business property rights relating to the Picture, and the right (but not the obligation) to register claims under trademark or patent and to renew and extend such trademarks or patents and the right (but not the obligation) to sue in the name of the Debtors or in the name of Secured Party for past, present or future infringement of trademark or patent; and

(g)      all accessions to, substitutions for and replacements, proceeds arising from any of the foregoing.

"**Foreign Distribution Contracts**" means present and future contracts or agreements (whether or not earned by performance) pursuant to which any Debtor grants to any Person any Foreign Distribution Rights or Foreign Ancillary Rights.

"**Tax Credit Collateral**" means all "Production Benefits" (as defined in the Letter Agreement) and other tax credits, rebates, subsidies or other amounts issued by the State of New York and/or any other state, jurisdiction (foreign or domestic), taxing authority or agency or other government agency, body or entity, in each case obtained with respect to the Picture.

"**Collection Accounts**" means one or more deposit accounts established by the Debtor solely for the collection of proceeds from the Foreign Distribution Contracts.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|

| B. E-MAIL CONTACT AT FILER (optional) |
|---|

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

```
Glaser Weil, LLP
c/o Steve Basileo
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
```

Delaware Department of State
U.C.C. Filing Section
Filed: 11:47 AM 10/24/2017
U.C.C. Initial Filing No: 2017 0668139

Service Request No:  20176757116

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| The Weinstein Company LLC, a Delaware limited liability company | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 375 Greenwich Street | New York | NY | 10013 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Wanda Pictures (Hong Kong) Co., Ltd. | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 20th Fl. No. 12 Bldg., Wanda Plaza No. 93 Jiango Rd., Chaoyang District | Beijing | | 100022 | China |

4. COLLATERAL: This financing statement covers the following collateral:

**The Collateral described on Schedule A, attached hereto and incorporated herein by reference.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**Delaware ("Southpaw")**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

## SCHEDULE A

## COLLATERAL

All of the Debtor's right title and interest in, to, and under: (i) the Foreign Distribution Collateral; (ii) the Foreign Distribution Contracts; (iii) the Tax Credit Collateral, wherever located, whether now in existence or hereafter created, and whether now owned or hereafter acquired or created; (iv) Foreign Ancillary Rights, (v) each "account" (as such term is defined in Article 9 of the New York UCC) arising from or relating to any of the foregoing; (vi) each Collection Account, and (vii) all proceeds of any of the foregoing (such collateral collectively referred to herein as "Collateral").

The capitalized terms set forth above are defined as follows:

**"Foreign Ancillary Rights"** means all Debtors' right, title and interest in and to all rights to sell, distribute, subdistribute, license, sublicense and otherwise exploit merchandising, soundtrack, music publishing, or print publishing rights in the Picture throughout the TWC Foreign Territories.

**"Foreign Distribution Collateral"** means all Debtors' right, title and interest in and to (i) all rights to release, sell, distribute, subdistribute, lease, sublease, market, license, sublicense, exhibit, broadcast, transmit, stream, download, reproduce, publicize or otherwise exploit the Picture in perpetuity throughout the TWC Foreign Territories in any manner and in any media whatsoever, including, without limitation, by projection, radio, all forms of television (including, without limitation, free, pay, toll, cable, sustaining subscription, sponsored and direct satellite broadcast), in theaters, non-theatrically, on cassettes, cartridges and discs, by streaming media and digital downloads, and by any and all other scientific, mechanical or electronic means, methods, processes or devices now known or hereafter conceived, devised or created (the "Foreign Distribution Rights"), and (ii) solely to the extent necessary or appropriate for the exploitation of the Foreign Distribution Rights, the following:

    (a) all rights of every kind or nature in and to any and all music and musical compositions created for, used in or to be used in connection with the Picture including, without limitation, all copyrights therein and all rights to perform, copy, record, re-record, produce, publish, reproduce or synchronize any or all of said music and musical compositions as well as other rights to exploit such music including record, soundtrack recording, and music publishing rights;

    (b) all insurance and insurance policies heretofore or hereafter placed upon the Picture or the insurable properties thereof solely with respect to the delivery or exploitation of the Picture and the proceeds thereof;

    (c)    all contract rights, accounts and general intangibles, in each case with respect to the Picture, the Foreign Distribution Rights and the Foreign Distribution Contracts;

    (d) all copyrights, rights in copyrights, interest in copyrights and renewals, and extensions of copyrights heretofore or hereafter obtained upon the Picture or any part thereof, and the right (but not the obligation) to make publication thereof for copyright purposes, to register a claim under copyright, and the right (but not the obligation) to renew and extend such copyrights, and the right (but not the obligation) to sue in the name of Debtor or in the name of Secured Party for past, present and future infringements of copyright;

(e)      all title or titles of the Picture and all of Debtors' rights to the exclusive use thereof including rights protected pursuant to trademark, service mark, unfair competition and/or other laws, rules or principles of law or equity;

(f)      all inventions, processes, formulae, licenses, patents, patent rights, trademarks, trademark rights, service marks, service mark rights, trade names, trade name rights, logos, indicia, corporate and company names, business source or business identifiers and renewals and extensions thereof, domestic and foreign, whether now owned or hereafter acquired, and the accompanying good will and other like business property rights relating to the Picture, and the right (but not the obligation) to register claims under trademark or patent and to renew and extend such trademarks or patents and the right (but not the obligation) to sue in the name of the Debtors or in the name of Secured Party for past, present or future infringement of trademark or patent; and

(g)      all accessions to, substitutions for and replacements, proceeds arising from any of the foregoing.

"**Foreign Distribution Contracts**" means present and future contracts or agreements (whether or not earned by performance) pursuant to which any Debtor grants to any Person any Foreign Distribution Rights or Foreign Ancillary Rights.

"**Tax Credit Collateral**" means all "Production Benefits" (as defined in the Letter Agreement) and other tax credits, rebates, subsidies or other amounts issued by the State of New York and/or any other state, jurisdiction (foreign or domestic), taxing authority or agency or other government agency, body or entity, in each case obtained with respect to the Picture.

"**Collection Accounts**" means one or more deposit accounts established by the Debtor solely for the collection of proceeds from the Foreign Distribution Contracts.

# Exhibit 5



## THE WEINSTEIN COMPANY

Picture Title: Southpaw
Release Date: July 24, 2015
Participant: Wanda Pictures

| | **Foreign** | |
| --- | --- | --- |
| | One year ending 9/30/17 | Inception To 9/30/17 |
| GROSS RECEIPTS | | |
| Foreign | $0 | $13,171,446 |
| Foreign Self Distribution (net) | $26,136 | $1,415,966 |
| Canada | - | 2,131,513 |
| TOTAL GROSS RECEIPTS | 26,136 | 16,718,925 |
| LESS: DEFERRED DISTRIBUTION FEES (10%) | $0 | - |
| LESS: Accounts Receivable | ($2,131,513) | - |
| LESS: Distribution costs | $0 | 250,000 |
| LESS: Residuals | 54,373 | 405,117 |
| BALANCE | 2,103,276 | 16,063,808 |
| **Wanda - TWC Investments** | | |
| Wanda Funding | 492,638 | 33,329,987 |
| TWC First Level Enhancements Contribution at 10% of initial $30m budget | 0 | 3,121,875 |
| **Wanda Pro-Rata Share until Investment** | **1,939,524** | **14,688,043** |
| **TWC Pro-Rata Share until Investment** | **163,752** | **1,375,765** |
| BALANCE | - | - |
| TWC Unrecouped Deferred Foreign Fee | 2,614 | 1,671,893 |
| Second Level Enhancement Contributions | - | 1,046,600 |
| **Total Overbudget and Foreign Fee** | **2,614** | **2,718,493** |
| 100% to TWC for Overbudget and Foreign Fee post Wanda Recoupment | 2,614 | 0 |
| Balance | (2,614) | 0 |
| **Wanda Share 10%** | **0** | **0** |
| **Previously Paid** | | 10,155,196 |
| **Previously Due** | $2,593,324 | |
| **Total to Wanda** | **$4,532,847** | **$4,532,847** |



## THE WEINSTEIN COMPANY

Picture Title: Southpaw
Release Date: July 24, 2015
Participant: Wanda Pictures

|  | One year ending 9/30/17 | Domestic Inception To 9/30/17 |
|---|---|---|
| GROSS RECEIPTS |  |  |
| U.S Theatrical | $66 | $20,926,287 |
| U.S. Home Video | ($231,531) | 15,535,999 |
| Pay TV (Netflix) | $1,147,043 | 1,147,043 |
| Pay TV (Showtime) | $1,985,020 | 5,955,061 |
| U.S. Network | $149,462 | 149,462 |
| Non-Theatrical | $66,614 | 1,976,270 |
| TOTAL GROSS RECEIPTS | 3,116,374 | 45,690,122 |
| LESS: DEFERRED DISTRIBUTION FEES (10%) | $0 | 0 |
| GROSS RECEIPTS AFTER DISTRIBUTION FEES | 3,116,374 | 45,690,122 |
| Less: Bonuses | $0 | 675,000 |
| Less: Participations | $121,949 | 1,295,534 |
| Less: Residuals | $220,518 | 487,305 |
| Total P&R | 342,467 | 2,457,839 |
| Balance | 2,773,907 | 43,232,283 |
| LESS: DISTRIBUTION COSTS |  |  |
| Advertising & Marketing | ($8,817) | 30,651,393 |
| Publicity and Promotion | ($16,441) | 1,779,402 |
| Post-Production | $1,106 | 92,577 |
| Prints and Shipping | $1,068 | 2,603,694 |
| Home Video Costs | $8,551 | 1,645,616 |
| Ratings & Copyright Fees | $0 | 0 |
| Checking Collections & Conversions | $0 | 0 |
| Taxes, Licenses, Insurance | $21,770 | 257,011 |
| Miscellaneous | $12 | 683,348 |
| Interest | $209,905 | 848,929 |
| TOTAL DISTRIBUTION COSTS | 217,175 | 38,561,968 |
| **TWC Unrecouped** | **217,175** | **38,561,968** |
| WANDA Investment + Interest | $492,638 | 33,329,987 |
| Less: Foreign Receipts | $1,939,524 | 14,688,043 |
| Less: Tax Credit Receipts | 5,436,351 | 5,436,351 |
| **Wanda Unrecouped** | **(6,883,236)** | **13,205,593** |
| Balance after P&R | 2,773,907 | 43,232,283 |
| TWC Pro-Rata Share | 2,318,585 | 31,427,710 |
| **Wanda Pro-Rata Share** | **455,322** | **11,804,573** |
| **Balance** | **0** | **0** |
| TWC Unrecouped Deferred Domestic Fee | $311,637 | $4,569,012 |
| Unrecouped First Level Enhancement Contributions ($3, | ($163,752) | $1,746,110 |
| Second Level Enhancement Contributions | $0 | $1,046,600 |
| Total Enhancements and Overbudget | ($163,752) | $2,792,710 |
| **Total Enhancements and Domestic Fee** | **147,885** | **7,361,722** |
| TWC Share 100% until Enhancements and Deferred D | $0 | $0 |
| Balance | $0 | $0 |
| Wanda Share 10% | $0 | $0 |
| Previously Due | $11,349,251 |  |
| **Total to Wanda** | **$11,804,573** | **$11,804,573** |

| Wanda Unrecouped | 33,329,987 |
|---|---|
| Tax Credits Paid at 9.30.17 | (5,436,351) |
| Foreign Paid at 9.30.17 | (10,155,190) |
| Domestic Paid at 9.30.17 | 0 |
| **Remaining Due to Wanda on Investment** | **17,738,446** |
| Domestic Due from 9.30.15 | ($5,670,138) |
| Domestic Due from 9.30.16 | ($5,470,114) |
| Domestic Due from 9.30.17 | (455,322) |
| Foreign Due from 9.30.16 | ($2,560,324) |
| Foreign Due from 9.30.17 | ($1,939,524) |
| **Total Due Now** | **$16,337,421** |
| Wanda Unrecouped at 9.30.17 Statement | 1,401,020 |

19
18 FEB 14 PM 3: 02

RECEIVED

H
A
N
D

D
E
L
I
V
E
R
Y

Brian Linscheid

| RECEIVED BY: | 02/14/2019 | 3:51 PM |
|---|---|---|
| | DATE | TIME |