IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC Liquidation Trust, LLC,[1] | ) | Case No. 18-10601 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Docket No. 3501 |
| | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING LIQUIDATION TRUSTEE'S OBJECTION TO CLAIM OF WANDA PICTURES (HONG KONG) CO., LTD.**

The undersigned hereby certifies the following:

1. On June 17, 2022, Dean A. Ziehl (the "Liquidation Trustee"), solely in his capacity as Liquidation Trustee of the TWC Liquidation Trust formed pursuant to the *Fifth Amended Joint Chapter 11 Plan of Liquidation* of The Weinstein Company Holdings LLC and its affiliated debtors (collectively, the "Debtors") in the above-captioned chapter 11 cases filed the *Liquidation Trustee's Objection to Claim of Wanda Pictures (Hong Kong) Co., LTD.* [Docket No. 3501] (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the notice of the Objection, objections were to be filed and served no later than 4:00 p.m. on July 20, 2022 (prevailing Eastern Time).

3. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Objection appears thereon.

---

[1] The mailing address for TWC Liquidation Trust, LLC is c/o Dean Ziehl, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067.

DOCS_DE:239917.1 92766/002

4. Counsel respectfully requests that the Order attached hereto as **Exhibit 1** be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: July 21, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Colin R. Robinson* |
| | Andrew W. Caine (admitted *pro hac vice*) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899 (Courier 19801) |
| | Telephone: 302-652-4100 |
| | Email: acaine@pszjlaw.com |
| |         jrosell@pszjlaw.com |
| |         crobinson@pszjlaw.com |
| | |
| | *Attorneys for Dean A. Ziehl, solely in his capacity as Liquidation Trustee of the TWC Liquidation Trust* |