# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC Liquidation Trust, LLC,[1] | ) | Case No. 18-10601 (MFW) |
| | ) | |
| Debtor. | ) | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 27, 2022 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH

**THE BELOW LISTED MATTERS HAVE BEEN RESOLVED OR ADJOURNED. THE COURT HAS CANCELLED THE HEARING.**

**RESOLVED MATTER:**

1. Liquidating Trustee's Objection to the Claim of Wanda Pictures (Hong Kong) Co., LTD. [Filed: 6/17/22] (Docket No. 3501).

   Response Deadline:  July 20, 2022, at 4:00 p.m.

   Responses Received:  None as of the date of this Notice of Agenda.

   Related Documents:

   A. [Proposed] Order Sustaining Liquidation Trustee's Objection to the Claim of Wanda Pictures (Hong Kong) Co., LTD. [Filed: 6/17/22] (Docket No. 3501, Exhibit A).

   B. Certification of No Objection Regarding Liquidating Trustee's Objection to the Claim of Wanda Pictures (Hong Kong) Co., LTD. [Filed: 7/21/22] (Docket No. 3513).

   C. [Signed] Order Sustaining Liquidation Trustee's Objection to the Claim of Wanda Pictures (Hong Kong) Co., LTD. [Filed: 7/22/22] (Docket No. 3514).

   Status:  The Court has entered an order on this matter.  No hearing is necessary.

---

[1] The mailing address for TWC Liquidation Trust, LLC is c/o Dean Ziehl, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067.

**ADJOURNED MATTER:**

2. Liquidation Trustee's First Omnibus Objection (Non-Substantive) to Certain: (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) No Liability Claims; and (D) Misclassified Claims [Filed 4/22/22] ([Docket No. 3470](#))

    Response Deadline: May 17, 2022 at 4:00 p.m. (ET).  Further extended for Showtime to a date to be determined.

    Responses Received:

    A. Response to Omnibus Objection to Claims Liquidation Trustee's First Omnibus Objection (Non-Substantive) Filed by Department of Taxation State of Hawaii [Filed 5/9/22] ([Docket No. 3476](#))

        Status: The Liquidating Trustee and the State of Hawaii have engaged in discussions to resolve the objection.  This matter is adjourned until the next omnibus hearing date.

    B. Response to Omnibus Objections Filed by Heidi Coyne DBA LA Styles [Filed 5/16/22] ([Docket No. 3483](#))

        Status: This matter has been resolved and will not go forward. The Liquidating Trustee has reached an agreement with claimant and will submit a stipulation resolving claimant's response.

    C. Illinois Department of Revenue's Response to Liquidation Trustee's First Omnibus Objection [Filed 5/17/22] ([Docket No. 3485](#))

        Status: This matter is adjourned until the next omnibus hearing date.

    D. Informal response of Arkansas Department of Finance and Administration

        Status: The Liquidating Trustee and State of Arkansas have resolved this objection subject to the filing of an amended return.

    E. Informal response of Showtime Networks Inc.

        Status: The Liquidating Trustee and Showtime have engaged in discussions to resolve the objection. This matter is adjourned until the next omnibus hearing date.

    Related Documents:

    A. Notice of Submission of Proofs of Claim in Connection with Liquidation Trustee's First Omnibus Objection (Non-Substantive) to Certain: (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) No Liability Claims; and (D)

        Misclassified Claims [Filed 5/10/22] ([Docket No. 3479](#))

B.    Certification of Counsel Regarding Liquidation Trustee's First Omnibus Objection (Non-Substantive) to Certain: (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) No Liability Claims; and (D) Misclassified Claims [Filed 5/23/22] ([Docket No. 3491](#))

C.    Certification of Counsel Regarding Liquidation Trustee's First Omnibus Objection (Non-Substantive) to Certain: (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) No Liability Claims; and (D) Misclassified Claims [Filed 6/15/22] ([Docket No. 3499](#))

D.    [Signed] Order Sustaining Liquidation Trustee's First Omnibus Objection (Non-Substantive) to Certain: (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) No Liability Claims; and (D) Misclassified Claims [Filed 6/16/22] ([Docket No. 3500](#))

<u>Status</u>: The hearing on the remaining claims is adjourned until the next omnibus hearing date.

Dated: July 25, 2022                  PACHULSKI STANG ZIEHL & JONES LLP

                                            */s/ Colin R. Robinson*
                                       Robert J. Feinstein (NY Bar No. 1767805)
                                       Debra I. Grassgreen (CA Bar No. 169978*)*
                                       Jason H. Rosell (CA Bar No. 269126)
                                       Colin R. Robinson (DE Bar No. 5524)
                                       919 N. Market Street, 17th Floor, P O Box 8705
                                       Wilmington, DE 19899 (Courier 19801)
                                       Tel:  (302) 652-4100
                                       Fax: (302) 652-4400
                                       E-mail:  rfeinstein@pszjlaw.com
                                                         dgrassgreen@pszjlaw.com
                                                         jrosell@pszjlaw.com
                                                         crobinson@pszjlaw.com

                                       *Attorneys for the Liquidation Trustee*