18-10601 TWC Liquidation Trust, LLC

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Brooks | Beisch | Brooks Beisch | |
| Matthew | Sarna | Spyglass | DLA Piper LLP (US) |
| Adrian | Butler | DGA, SA, WGA | Bush Gottlieb, A Law Corporation |
| Colin | Robinson | Liquidating Trustee | Pachulski Stang Ziehl & Jones LLP |
| Hannah | McCollum | U.S. Trustee | U.S. Trustee |
| CHARLENE | LATHAM | LATHAM | |
| Uday | Gorrepati | N/A (ABI Project) | |
| catherine | farrell | USBC | Chambers |