**EXHIBIT 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
                                            :
In re:                                      :     Chapter 11
                                            :
THE WEINSTEIN COMPANY HOLDINGS,             :     Case No. 18-10601 (MFW)
LLC, et al.,                                :
                                            :     (Jointly Administered)
                        Debtors.[1]         :
                                            :     Re: Docket No. 3149
                                            :
-------------------------------------------------------x
```

## ORDER APPROVING (I) STIPULATION BETWEEN THE DEBTORS, THE COMMITTEE AND PORTFOLIO FUNDING COMPANY LLC I AND (II) STIPULATION BETWEEN THE DEBTORS, PORTFOLIO FUNDING COMPANY LLC I AND VIACOM INTERNATIONAL, INC.

Upon consideration of the *Joint Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Fed. R. Bankr. P. 9019 for Approval of (I) Stipulation between the Debtors, The Committee and Portfolio Funding Company LLC I and (II) Stipulation Between the Debtors, Portfolio Funding Company LLC I and Viacom International, Inc.* (the "Motion");[2] and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion and the hearing was sufficient and proper; and (d) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

### IT IS HEREBY ORDERED THAT:

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are 3837. The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/twc.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion.

1.      The Motion is GRANTED.

2.      Pursuant to sections 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, the Stipulations are approved in their entirety and are incorporated herein by reference.[3]

3.      The Debtors, the Committee and PFC are hereby authorized to take any and all actions necessary to effectuate the terms of this Order and the Global Settlement Stipulation.

4.      Each of the Rejected Agreements is rejected under section 365(a) of the Bankruptcy Code with effect from the date of this Order.

5.      Nothing in this Order or the Global Settlement Stipulation shall (a) terminate any PFC License Agreement or affect the rights of any licensee under any PFC License Agreement, all of which shall remain in full force and effect, or (b) abrogate, disturb, impair or otherwise interfere with the rights of a licensee under a PFC License Agreement to continue to distribute, transmit, display, exhibit and exploit the PFC Rights in the PFC Pictures licensed to such licensee under such PFC License Agreement in accordance with the terms and conditions thereof.

6.      The Debtors, PFC and Viacom are hereby authorized to take any and all actions necessary to effectuate the terms of this Order and the Viacom Stipulation.

7.      Upon the Effective Date of the Global Settlement Stipulation, the Debtors' official claims agent is authorized to modify the official claims register in these chapter 11 cases to reflect the terms of the Global Settlement Stipulation as provided in paragraph 5 of the Global Settlement Stipulation.

---

[3] A true and correct copy of the Global Settlement Stipulation is attached hereto as **Exhibit 1**.  A true and correct copy of the Viacom Stipulation is attached hereto as **Exhibit 2**.

8.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order and the Stipulations.

Mary F. Walrath

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: January 8th, 2021**
**Wilmington, Delaware**

# **Exhibit 1 to Order**

## **Global Settlement Stipulation**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*, | : | Case No. 18-10601 (MFW) |
| | : | |
| | : | Jointly Administered |
| Debtors.[1] | : | |
| | : | |
| | : | |

-----------------------------------------------------------------x

## STIPULATION AMONG
## THE DEBTORS, PORTFOLIO FUNDING COMPANY LLC I
## AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

This stipulation (the "Stipulation") is made and entered into between and among (i) The Weinstein Company Holdings LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, (ii) Portfolio Funding Company LLC I ("PFC") and (iii) the Official Committee of Unsecured Creditors of The Weinstein Company Holdings LLC, *et* al. (the "Committee," and, together with the Debtors and PFC, the "Parties" and each, a "Party").

## RECITALS

**WHEREAS**, on March 19, 2018 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the

---

[1]    The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

United States Bankruptcy Court for the District of Delaware (the "Court");

**WHEREAS**, pursuant to a Sale and Contribution Agreement dated as of December 23, 2005 (the "2005 SCA") and certain periodic assignment agreements entered into from time to time prior to July 29, 2010, The Weinstein Company LLC ("TWC") and/or certain affiliates, as seller, transferred to PFC, as purchaser, certain rights (the "PFC Rights") to the motion pictures listed on Exhibit A attached hereto (by whatever name now known, or ever known, the "PFC Pictures");

**WHEREAS**, pursuant to a Master Distribution Agreement, dated as of December 23, 2005, between PFC and TWC (the "2005 MDA"), and certain periodic assignment agreements entered into from time to time prior to July 29, 2010 (the "2010 Effective Date"), PFC granted TWC an exclusive license to exploit each of the PFC Pictures for a defined term set forth in the 2005 MDA;

**WHEREAS**, pursuant to the authority granted under the 2005 MDA, and certain periodic assignment agreements entered into from time to time prior to the 2010 Effective Date, TWC (or, in certain cases, its affiliate Weinstein Global Film Corp. ("WGFC")), as sublicensor, entered into sublicense agreements with third-party licensees with respect to certain of the PFC Rights for one or more of the PFC Pictures (such sublicense agreements, collectively, the "Pre-July 2010 License Agreements");

**WHEREAS**, the Debtors and PFC are party to, among other things, (i) the Multi-Picture Distribution Services Agreement, dated as of July 29, 2010 and amended as of October 20, 2010, between TWC and PFC (the "PFC DSA"), (ii) the Master License Agreement, dated as of October 20, 2010 (and effective as of July 29, 2010), between TWC (as agent for PFC) and WGFC (the "Master License Agreement"), (iii) the Amended and Restated Master Account Agreement, dated as of January 24, 2012, among PFC, American Entertainment Investors, Inc., as Administrator of

2

PFC, TWC, WGFC and HSBC Bank USA, National Association ("HSBC"), as PFC Facility Collateral Agent and Account Bank (the "Master Account Agreement") and (iv) the Closing Agreement, dated as of July 29, 2010, among TWC, PFC and the direct or indirect members of PFC (the "Closing Agreement," and, together with the PFC DSA, the Master License Agreement and the Master Account Agreement, each as amended, restated, modified or otherwise supplemented from time to time, the "Rejected Agreements");

WHEREAS, as required by the PFC DSA, on July 29, 2010, TWC and WGFC assigned to PFC (to the extent not previously assigned), their respective contract rights under the Pre-July 2010 License Agreements;

WHEREAS PFC has alleged that the Debtors have breached their agreements with PFC, including, without limitation, the PFC DSA by, among other things: (i) failing to remit license payments from third party licensees to PFC with respect to licenses to such third parties of the PFC Rights in the PFC Pictures; (ii) offsetting, or permitting third parties to offset, amounts owed to PFC with respect to the PFC Rights in the PFC Pictures against amounts that the Debtors purportedly owe to such third parties for obligations unrelated to the PFC Rights in the PFC Pictures; (iii) entering into license agreements as principal with third parties to license rights to exploit the PFC Rights in the PFC Pictures, when the Debtors had authority only to act as sales agent for PFC with respect to licenses to third parties of the PFC Rights in the PFC Pictures; (iv) assigning to MUFG Union Bank, N.A., certain contractual rights, including, without limitation, the right to receive payments with respect to license agreements with third parties that relate to PFC Rights in one or more PFC Pictures; and (v) other alleged defaults more particularly described in the *Limited Objection and Reservation Rights of Portfolio Funding Company LLC I to the*

3

*Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief* [ECF No. 604] (collectively, the "Alleged Debtor Defaults");

**WHEREAS**, on February 15, 2019, PFC filed proofs of claim against TWC and WGFC (Claim Nos. 40017, 40018, 80075, and 80076) asserting, among other things, rights of setoff and recoupment arising out of the Alleged Debtor Defaults;

**WHEREAS**, on June 17, 2019, PFC filed the *Objection and Reservation of Rights of Portfolio Funding Company LLC I to the Assumed Contracts Schedules* [ECF No. 2421];

**WHEREAS**, controversy has arisen between the Parties as to the relative entitlements of the Debtors and PFC to funds in the Accounts (as defined below);

**WHEREAS**, the Parties desire to enter into this Stipulation to avoid the burden and expense associated with litigation relating to any disputes that may arise with respect to, among other things, the Rejected Agreements, the Alleged Debtor Defaults and the Accounts.

**NOW, THEREFORE**, the Parties stipulate and agree as follows:

1. The foregoing recitals are fully incorporated into and made an express part of this Stipulation.

\\LA - 764615/000001 - 2080576 v4
RLF1 24594590v.1

2.     This Stipulation shall be effective upon the last to occur of (a) its execution by each of the Parties and (b) the entry by the Court of an order approving this Stipulation (the "Order") (such date, the "Effective Date").  If the Court does not enter the Order, or the Order is appealed or does not otherwise become final, the Stipulation shall be null and void, and each of the Parties shall retain all of their respective rights and remedies.

3.     The Debtors shall retain all funds held in the "Theatrical Receipts Account" at HSBC (account number ending in 7141), which is maintained in the name of TWC, at the Calculation Date, as defined below.  PFC shall retain all of the Debtors' interests, if any, in the funds held in any of the following bank accounts at the Calculation Date: (a) the "Collection Account" established in PFC's name at HSBC (account number ending in 9292); (b) the "Other Ancillary US Deposits Account" established in PFC's name at HSBC (account number ending in 8407) and (c) the "Lock-Box Account" established in WGFC's name at HSBC (account number ending in 7133) (the "Lock-Box Account").  Upon the Effective Date, ownership of the Lock-Box Account shall be transferred to PFC.  The Debtors and PFC shall execute all documents reasonably necessary to effectuate such transfer.  The bank accounts listed in this Paragraph 3 are the "Accounts."  The "Calculation Date" is November 1, 2020.

4.     If, after the Calculation Date, the Debtors or any other Estate Representative (as defined below) receive (or have received) into any bank account controlled by the Debtors any payments from any licensee with respect to any license of any PFC Rights to such licensee, the Debtors shall, within forty-five (45) days from such receipt, pay all of such amounts to PFC.  If, after the Calculation Date, PFC receives (or has received) into any bank account controlled by PFC any payments from any licensee with respect to any license of any rights of the Debtors

5

(exclusive of any PFC Rights, the "Estate Rights") in any of the motion pictures set forth on

**Exhibit B** (the "Estate Pictures") to such licensee, PFC shall, within forty-five (45) days from such

receipt, pay any such amounts to the Debtors or other Estate Representative, as applicable. The

Parties' obligations to make payments under this Paragraph 4 shall remain in full force and effect

after a Cooperation Termination Event. If the Debtors sell any of the Estate Rights in any Estate

Picture(s) to any person that is not an affiliate of the Debtors, PFC shall, as soon as reasonably

practicable following the later of the closing of any such sale and PFC's receipt of a written request

therefor from the Debtors, sign a notice, in form and substance mutually satisfactory to PFC and

the Debtors, directing any licensee of such Estate Rights that has theretofore made license fee

payments with respect to such Estate Rights directly to PFC to make any future license fee

payments in respect of such Estate Rights to the third party purchaser of such Estate Rights.

Notwithstanding anything in this Stipulation to the contrary and except as provided in the *Order*

*Authorizing and Establishing Procedures for the Sale, Transfer or Abandonment of De Minimis*

*Assets* [ECF No. 3141] (the "De Minimis Asset Sale Order"), in no event shall the Debtors sell or

be authorized to sell any Estate Pictures that constitute Purchased Assets (the "Purchased Assets")

as such term is defined in Section 2.1 to the Asset Purchase Agreement among the Debtors and

Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) ("Spyglass"), dated March 19,

2018 (as amended, including on July 10, 2018, the "APA") and the corresponding Schedule 2.1 to

the APA; provided, however, that, unless as otherwise set forth in the De Minimis Asset Sale

Order, the Debtors may sell any Estate Rights in the Estate Pictures so long as (i) the Debtors own

such rights in the Estate Pictures and (ii) any such sale is consummated in accordance with the sale

procedures set forth in the De Minimis Asset Sale Order, including that Spyglass be provided with

6

notice of, and opportunity to object to, any proposed sale of Estate Pictures. Further, to the extent the Debtors have received or receive funds arising out of or related to Estate Pictures that constitute Purchased Assets, the Debtors (or the liquidating trustee, as applicable) shall promptly turn over to Spyglass such funds solely to the extent the Debtors (or the liquidating trustee, as applicable) are in possession or control of such funds, and the Debtors (or the liquidating trustee, as applicable) shall provide notice to, and demand funds be turned over to Spyglass from, any party that receives funds owed to Spyglass that were transferred out of the Debtors' estates to third parties or are otherwise not in the possession or control of the Debtors or the liquidating trustee.

5. On the Effective Date, (a) Claim No. 40018 shall be deemed allowed as a general unsecured claim against TWC in the amount of five million dollars ($5,000,000.00) (the "<u>Allowed PFC Claim</u>") and (b) all other proofs of claim and requests for administrative expenses, including, but not limited to, Claim Nos. 40017, 80075, and 80076 shall be deemed withdrawn with prejudice.

6. With effect from the Effective Date, the Rejected Agreements shall be deemed rejected pursuant to section 365(a) of the Bankruptcy Code.

7. Each of the Debtors and the Committee stipulates that:

(a) PFC has full right, title and interest in and to, and the Debtors do not have any right, title or interest in and to, the PFC Rights in the PFC Pictures;

(b) Prior to the Petition Date, the Debtors assigned to PFC all of their right, title and interest in and to the Pre-July 2010 License Agreements; and

(c) With respect to any license agreement with a third party for PFC Rights in PFC Pictures executed on or after July 29, 2010 (each, a "<u>Post-July 2010 License Agreement</u>" and, together with the Pre-July 2010 License Agreements, the "<u>PFC License Agreements</u>"), except for

7

any license agreement that relates to both the licensing of PFC Rights in PFC Pictures and the licensing of rights that are not PFC Rights (the "<u>Mixed License Agreements</u>"), PFC is the true licensor thereunder, and the Debtors acted solely as agent for PFC (not as principal) with respect to such Post-July 2010 License Agreement. With respect to the Mixed License Agreements, (a) the Estate Releasing Parties shall not have any right, title or interest in or to any Mixed License Agreement and (b) nothing in this Stipulation shall alter, impair or amend in any manner any of the Mixed License Agreements.

8. Notwithstanding Paragraphs 6 and 7, nothing in this Stipulation shall (a) terminate any PFC License Agreement or affect the rights of any licensee under any PFC License Agreement, all of which shall remain in full force and effect, or (b) abrogate, disturb, impair or otherwise interfere with the rights of a licensee under a PFC License Agreement to continue to distribute, transmit, display, exhibit and exploit the PFC Rights in the PFC Pictures licensed to such licensee under such PFC License Agreement in accordance with, and subject to, the terms and conditions thereof. As between PFC, on the one hand, and the Estate Releasing Parties, on the other hand, PFC, as licensor, shall be entitled to exercise the rights and remedies of the licensor under all such PFC License Agreements, except for the Mixed License Agreements. With respect to the Mixed License Agreements (a) the Estate Releasing Parties shall not have any right, title or interest in or to any Mixed License Agreement and (b) nothing in this Stipulation shall alter, impair or amend in any manner any of the Mixed License Agreements.

9. Except with respect to the Mixed License Agreements, the Debtors shall direct each licensee of any PFC Rights under any PFC License Agreement to (a) pay all amounts due with respect to any PFC Rights under any such PFC License Agreement directly to PFC, to such account

8

as PFC shall direct and (b) provide access to PFC to any materials as may be required under such PFC License Agreement.

10.　　In furtherance of Paragraphs 7 and 9, the Debtors shall execute and deliver to PFC, within five (5) business days from the Effective Date, a notice in substantially the form attached hereto as Exhibit C.

11.　　The Parties shall cooperate in good faith to effectuate the objectives of this Stipulation from and after the Effective Date until the first to occur of (a) confirmation of a plan of liquidation in the Debtors' chapter 11 cases; (b) conversion of the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code; and (c) dismissal of the Debtors' chapter 11 cases (each of the events described in the foregoing clauses (a) through (c), a "Cooperation Termination Event").

12.　　If PFC requests that the Debtors or the Committee, as applicable, provide any cooperation or documentation to or on behalf of PFC that the Debtors or the Committee, as applicable, are not required to provide under the Bankruptcy Code (each a "Cooperation Item"), then the Debtors or the Committee, as applicable, shall provide PFC with a written good faith estimate of the cost of such Cooperation Item.  The Debtors or the Committee, as applicable, shall only be required to provide such Cooperation Item if PFC prefunds the Cooperation Item in the amount of such written good faith estimate (the "Cooperation Item Deposit").  If PFC is willing to pay the Cooperation Item Deposit and remits the Cooperation Item Deposit to Debtors or the Committee, as applicable, the Debtors or the Committee, as applicable, shall promptly provide such Cooperation Item to PFC.  The Debtors or the Committee, as applicable, shall, provide to PFC a written invoice for the reasonable and documented out-of-pocket costs incurred by the

9

Debtors or the Committee, as applicable, with respect to any such Cooperation Item (the "Cooperation Item Cost") promptly after such Cooperation Item has been provided to PFC, which invoice shall reflect the application of the Cooperation Item Deposit up to the amount of the Cooperation Item Cost for such Cooperation Item. If the Cooperation Item Cost exceeds the amount of the Cooperation Item Deposit, the Debtors or the Committee, as applicable, shall promptly notify PFC of that fact and of the amount of such excess, evidenced by an invoice concurrently delivered to PFC. If PFC desires the Debtors or the Committee, as applicable, to continue to provide such Cooperation Item, PFC shall promptly pay the amount of such excess. If PFC declines to pay the amount of such excess, the Debtors or the Committee, as applicable, shall not be required to continue to provide such Cooperation Item. If the Cooperation Item Deposit exceeds the amount of the Cooperation Item Cost for such Cooperation Item, the Debtors or the Committee, as applicable, shall remit such excess to PFC concurrently with the delivery of such invoice to PFC. The Parties' obligations under this Paragraph 12 (exclusive of their obligations under the immediately preceding sentence, which shall survive a Cooperation Termination Event) shall terminate upon the occurrence of a Cooperation Termination Event.

13.     Upon the Effective Date, except as set forth in Paragraph 15, the Debtors irrevocably disclaim any right, title and interest of the Debtors or the Estates in and to (a) the PFC Rights; (b) any bank accounts established in the name of PFC; and (c) any and all "Distribution Fees," "Distribution Expenses," "Excluded Receipts" and/or "Acquisition Costs" (each as defined in the PFC DSA) (collectively, the "Estate Released Claims"). The Debtors and the Committee, for themselves, the Estates and their past, present, and future agents, representatives, employees, officers, directors, affiliates, subsidiaries, partners, predecessors and successors in interest,

10

attorneys, heirs, executors, representatives, successors and assigns (the "Estate Releasing Parties"), for and in consideration of the agreements set forth in this Stipulation, agree and hereby do fully release and forever discharge PFC and any of PFC's respective past, present, or future agents, representatives, employees, officers, directors, affiliates, subsidiaries, partners, predecessors and successors in interest, attorneys, heirs, executors, representatives, successors and assigns, and all persons acting for, by, through, under or in concert with any of them (collectively, the "PFC Released Parties"), from any claims, liabilities, demands, obligations, actions, causes of action, damages, costs, expenses, agreements, suits, debts, sums of money, grievances, defenses, controversies and compensations of any nature whatsoever, known or unknown, suspected or unsuspected (collectively, "Claims"), which the Estate Releasing Parties may have against PFC, including, without limitation, any Claims arising from, relating to, based upon, by reason of, or in any way involving, in whole or in part, the Estate Released Claims. For the avoidance of doubt, Spyglass is not an Estate Releasing Party.

14.    Upon the Effective Date, except as set forth in Paragraph 15, PFC, for itself and its past, present, and future agents, representatives, employees, officers, directors, affiliates, subsidiaries, partners, predecessors and successors in interest, attorneys, heirs, executors, representatives, successors and assigns (the "PFC Releasing Parties" and, together with the Estate Releasing Parties, the "Releasing Parties"), for and in consideration of the agreements set forth in this Stipulation, agree and hereby do fully release and forever discharge the Debtors, the Committee and each of their attorneys and representatives (collectively, the "Estate Released Parties" and, together with the Estate Released Parties, the "Released Parties"), from any Claims, which the PFC Releasing Parties may have against the Estate Released Parties, including, without

11

limitation, any Claims for rejection damages arising out of the rejection of the Rejected Agreements. For the avoidance of doubt, Spyglass is not an Estate Released Party.

15.     Notwithstanding the releases set forth in Paragraphs 13 and 14:

(a)     No Party shall be released from any liability for any breach of this Stipulation;

(b)     PFC does not release the Debtors from the Allowed PFC Claim;

(c)     To the maximum extent permitted by law, the releases set forth in Paragraphs 13 and 14 shall not affect (i) any rights or remedies that the PFC Releasing Parties may have against any person that is not an Estate Released Party (including, without limitation, the Debtors' successors and assigns, including, without limitation, Spyglass), other than any Estate Representative, and nothing herein in any way hinders or restricts PFC's right to assert any defenses or positions in any dispute or litigation between Spyglass, on the one hand, and PFC, on the other hand; (ii) PFC's rights under paragraph 58 of the *Order (I) Authorizing the Sale of All or Substantially All of the Debtors Assets Free and Clear of All Liens, Claims, Interests, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* [ECF No. 846]; or (iii) any rights or remedies that Spyglass has or may have against PFC Releasing Parties and/or the Estate Releasing Parties, and nothing herein in any way hinders or restricts Spyglass's right to assert any defenses or positions in any dispute or litigation between the PFC Releasing Parties or the Estate Releasing Parties, on the one hand, and Spyglass, on the other hand.  This paragraph 15(c) shall remain in full force and effect, including after confirmation of any plan of liquidation.

12

16.     Notwithstanding anything in this Stipulation to the contrary (except with respect to provisions relating to Spyglass in paragraphs 4 and 8), nothing in this Stipulation, express or implied, is intended to confer on any person or entity other than the Parties or their respective successors and permitted assigns, any rights, remedies, obligations or liabilities under or by reason of this Stipulation

17.     The validity, interpretation, and performance of this Stipulation shall be construed and interpreted according to the laws of the State of New York, except to the extent that (a) provisions of the Bankruptcy Code apply, in which event the Bankruptcy Code shall control; or (b) applicable federal law preempts state law.

18.     This Stipulation shall be binding on and inure to the benefit of the Parties and their respective agents, employees, affiliates, successors, and assigns (including any chapter 11 or chapter 7 trustee hereafter appointed or elected for the estates of any of the Debtors, an examiner appointed pursuant to section 1104 of the Bankruptcy Code, or any other fiduciary appointed as a legal representative of any Debtor or with respect to the property of the estate of any Debtor).  In addition, this Stipulation, including the releases provided in Paragraph 13, shall be binding on any and all representatives of the Debtors' bankruptcy estates, including, without limitation, any chapter 11, chapter 7 trustee, liquidating trustee or any party that has or is granted standing to pursue claims or causes of action on behalf of the Debtors' estates (each, an "Estate Representative").

19.     Nothing in this Stipulation shall be construed as an admission in any action (whether commenced by any Party, any of its respective affiliates or any third party) as to the correct interpretation of any provision of the Stipulation.  This Stipulation shall not be introduced

13

by any Party, and shall not be admissible for any purpose, in any action other than an action to enforce its terms.

20.     This Stipulation supersedes all prior and contemporaneous agreements between the Parties with respect to its subject matter and constitutes (along with the documents referred to in this Stipulation) a complete and exclusive statement of the terms of the agreement between the Parties with respect to its subject matter.  This Stipulation may not be amended except by written agreement executed by the Parties.

21.     The Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation.

*[Remainder of Page Intentionally Left Blank; Signature Pages Follow]*

14

IN WITNESS WHEREOF, the Parties have caused this Stipulation to be duly executed.

Date: January 8, 2021
Wilmington, Delaware


RICHARDS, LAYTON & FINGER, P.A.

By: */s/ David T. Queroli*
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

CRAVATH , SWAINE & MOORE LLP

Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Plaza
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for the Debtors and Debtors in Possession*

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Colin R. Robinson*
James I. Stang (admitted *pro hac vice*)
Robert J. Feinstein (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
Jason H. Rosell (admitted *pro hac vice*)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400 Email:

*Counsel for the Official Committee of Unsecured Creditors*


[*Signature Pages Continue on Next Page*]

POTTER ANDERSON & CORROON LLP

By: */s/ Christopher M. Samis*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email:  csamis@potteranderson.com
            kgood@potteranderson.com
            astulman@potteranderson.com

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP

David F. Staber (admitted *pro hac vice*)
2300 N. Field Street
Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email:  dstaber@akingump.com

-and-

HOGAN LOVELLS US LLP

David P. Simonds (admitted *pro hac vice*)
Edward J. McNeilly (admitted *pro hac vice*)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
Email:  david.simonds@hoganlovells.com
            edward.mcneilly@hoganlovells.com

*Counsel for Portfolio Funding Company LLC I*

\\LA - 764615/000001 - 2080576 v4
RLF1 24594590v.1

**Exhibit A**

**List of PFC Pictures**

<u>Exhibit A</u>

<u>List of PFC Pictures</u>

**<u>Title</u>**
1408
13: Game of Death
Afterwards
Alex Rider: Operation Stormbreaker
An Evening with Kevin Smith (aka Sold out: a Threevening with Kevin Smith aka. Kevin Smith's 37th Birthday)
Arthur & the Invisibles
Automaton Transfusion
Awake
Azur & Asmar (aka Azur & Asmar: The Princes' Quest)
Band's Visit, The
Battle of Wits
Beseiged Fortress
Black Christmas
Black Sheep
Blue Elephant aka Khan Kluay
Bobby
Born To Fight
Boy A
Breaking & Entering
Broken
Captain Mike Across America (aka Slacker Tour aka Slacker Uprising)
Casper's Scare School
Cassandra's Dream
Chestnut: Hero of Central Park
City of Violence
Clerks 2
Closing the Ring
Control
Crossing Over
Dante 01
Days of Glory (aka Indigènes)
Dead in Three Days
Death Defying Acts
Dedication
Derailed
Deuxieme Souffle
Diary of the Dead
Dirty Movie (aka Extreme Movie aka Parental Guidance Suggested)
DOA: Dead or Alive
Dog Bite Dog
Doogal (aka The Magic Roundabout)
Dorothy Mills
Dragon Heat (aka Dragon Squad)
Eden Lake
Elvis and Annabelle
Empress and the Warriors, An
Everything Put Together
Factory Girl
Fanboys (aka Fan Boys)
Fatal Contact

**Title**

Feast
Feast 2 (aka Feast II: Sloppy Seconds)
Feast 3 (aka Feast III: The Happy Finish)
Grace is Gone
Great Music Caper, The (aka Piccolo and Saxo)
Grindhouse: Death Proof[1]
Grindhouse: Planet Terror[2]
Halloween (2007 release, directed by Rob Zombie)
Halloween 2 (2009 release, directed by Rob Zombie)
Hannibal Rising
Have No Fear: The Life of Pope John Paul II
Hell Ride (aka Hellride aka QT Presents)
Hoodwinked! – *excluding US and Canada rights*
Hoodwinked 2 (aka Hoodwinked Too! Hood vs. Evil)
Hunting Party, The (aka Spring Break in Bosnia)
Hurricane Season
I Could Never Be Your Woman
I Want Someone to Eat Cheese With
I'm Not There
Infernal Affairs 2
Infernal Affairs 3
Inside
Invisible Target
Janky Promoters
Joy Division
Kill Buljo
Kill Shot (aka Killshot)
Kill Zone (aka SPL: Kill Zone)
Killing Grounds, The (aka Children of Wax)
King of the Hill (aka El Rey de la Montana)
Last Legion, The
Legacy
Legend of the Black Scorpion (aka The Banquet)
Lesbian Vampire Killers
Live!
Lou Reed's Berlin (aka Berlin)
Lovewrecked
Lucky Number Slevin
Make It Happen
Mandy Lane (aka All the Boys Love Mandy Lane)
Marie and Bruce
Martyrs
Matador, The
Meerkat Manor: The Story Begins
Meerkats, The (aka Meerkats: The Movie)
Miss Potter

---

[1] This motion picture is included both individually and as a separate double-feature package with "Grindhouse: Planet Terror."

[2] This motion picture is included both individually and as a separate double-feature package with "Grindhouse: Death Proof."

**<u>Title</u>**

Mistress of Spices
Mother of Tears
Mrs. Henderson Presents
Murderous Intent (aka Like Minds)
New Police Story
Night of the Living Dead (aka George A. Romero Presents: Night of the Living Dead)
Nightmare Detective
No Restraint (aka Matthew Barney: No Restraint)
Nomad (aka Nomad: The Warrior)
Nowhere Boy
Nutty Professor, The
Operation Valkyrie
Orphanage
Out of the Blue
Outlander
Persepolis
Pete Seeger: The Power of Song
Pirates of the Great Salt Lake
Prey
Protégé
PTU Police Tactical Unit
Pulse
Pulse 2
Pulse 3
Purple Violets
Razzle Dazzle
Revenge
Richard Pryor: Live and Smokin'
River Queen
Rob-B-Hood
Rogue
Roman Polanski: Wanted and Desired
Roundhouse (aka Michael Moore Live at the Roundhouse)
Scary Movie 4
School for Scoundrels
Seven Swords
Shut Up & Sing
Sicko
Single Man, A
Slingshot
Snow Cake
Solstice
Soul Men
Standing Still
Steel Trap
Steppin: The Movie
Storm Warning
Suburban Mayhem
Superhero Movie
Teeth
The Business
The Deal
The Ex (aka Fast Track)

**<u>Title</u>**

The Flight Before Christmas (2008 release, animated)
The Flock
The Gathering
The Girl in the Park
The Great Debaters
The Hammer (2007 release, directed by Charles Herman-Wurmfeld)
The Killing Gene (aka Waz)
The Longshots
The Mist
The Nanny Diaries
The Promotion (fka Quebec) (2008 release, directed by Steven Conrad)
The Protector (aka Tom Yum Goong)
The Reader
The Rebel
The Reef (aka Shark Bait)
The Road
The Silence
Thunderpants
TMNT (aka Teenage Mutant Ninja Turtles)
Tournament, The
Towelhead (aka Nothing is Private)
Toxic
Transamerica
Triloquist
True True Lie
Under the Same Moon (aka La Misma Luna)
Unstable Fables: 3 Pigs & a Baby
Unstable Fables: The Goldilocks and the 3 Bears Show
Unstable Fables: Tortoise vs. Hare
Vicky Cristina Barcelona
Walk All Over Me
Wasted (aka Farwell Bender)
Welcome to the Jungle
Where in the World is Osama Bin Laden?
Who's Your Caddy
Wizard of Gore
Wolf Creek
Wolfhound
Wordplay
Young Victoria
Youth in Revolt
Zack and Miri Make A Porno
Zombie Diaries

Total Number of Motion Pictures: 191

## Exhibit B

## List of Estate Pictures

## Film & Television Titles

After the Wedding

All the Boys Love Mandy Lane[1]

American Gun

Anonymous Hero(es), The

Apollo 18

Beautiful Ohio

Big Ang Season 1

Boxer From Shantung

Buddha's Palm

Capturing The Libertine

Chinese Boxer, The

Come Drink with Me

Creep

David the Gnome

Death Warmed Up

Deep Water

Devil's Nightmare, The

Digging To China

Dragon Fist

Duel Of The Iron Fist

Empty Box

Factotum

Finishing the Game

Flakes

Flying Dagger, The

Great Smokey Roadblock, The

Hannah Takes the Stairs

Hey Watch This (Cheech and Chong Documentary)

Hollywood Land (AKA Trust, Justice & the American Way)

Horror Of The Zombies

How to Rob a Bank

Invincible Fist, The

Kill the Poor

Killer Meteors, The

Land of Plenty

Last Winter

Libertine, The

Lonesome Jim

Love Asia

Man Of Iron

My Blueberry Nights

Oasis Of The Zombies

On The Run

One Chance

Out Of The Dark

Panic

Paranoid Park

Penelope

Pizza

Rebound, The

Requiem

Savage Grace

Snake People, The

Sorry Haters

Spiritual Kung Fu

SS-GB

To Kill With Intrigue

Twelve and Holding

Twin Sisters

Undercover

Underdogs (AKA Foosball)

Unreasonable Man

Vampire's Night Orgy, The

Van, The

Vengeance

Vengeance Of The Zombie

Werewolf Vs. Vampire Women

You Kill Me

## Development Titles

10 Commandments

Arclight

Atilla

Exodus

Freedom House

Genghis Khan

Mila 18

Omerta

Plus One

Porky's

Project Greenlight Sequel

Race

---

[1] The Debtors have, at most, domestic rights for *All The Boys Love Mandy Lane* for a limited time period. PFC may also hold domestic rights to this title.

## Exhibit C

## Form of Payment Direction Notice

As of [Effective Date of the Court Order]

Notice to Licensees

FROM:     The Weinstein Company LLC
          [Address]

          and

          Weinstein Global Film Corp.
          [Address]

TO:       Whom It May Concern

RE:       One or more agreements (collectively, as amended, supplemented or otherwise modified, renewed, restated or replaced from time to time, the "License Agreements"; and, individually, each a "License Agreement") between The Weinstein Company LLC ( "TWC") and/or Weinstein Global Film Corp. ("WGFC"), on the one hand, and you and/or one or more of your affiliates or other predecessor(s)-in-interest (collectively, "Licensee"), on the other hand. in each case that relate solely to the exploitation by Licensee of one or more of the motion pictures listed on Exhibit A attached hereto (by whatever title any such motion picture is now or may hereafter become known, each a "Film" and, collectively, the "Films")

Ladies & Gentlemen:

We are writing to you in your capacity as a Licensee under your License Agreement(s) for one or more of the Films.  We are writing to inform you that Portfolio Funding Company LLC I ("PFC"), and not TWC or WGFC, as applicable, is the licensor under the License Agreements for which you are Licensee with respect to the Films subject thereto.  We are also writing to instruct you to make payment and render performance to PFC under the License Agreements.  For the avoidance of doubt, this letter does not apply to or otherwise impact any license agreement entered into by you, in your capacity as a licensee, on the one hand, and TWC or WGFC, on the other hand, that relates to *both* (i) one or more Films *and* (ii) any other project that is not a Film.

As you may be aware, on March 19, 2018, TWC and certain of its affiliates, including WGFC (collectively, the "Debtors"), filed petitions for bankruptcy relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  We are issuing this Notice in accordance with an order of the Bankruptcy Court, dated [date of Court Order], a copy of which is attached hereto as Exhibit

1

B (the "<u>Bankruptcy Court Order</u>"), approving a stipulation between PFC and the Debtors, including this Notice.

 1. <u>PFC's Rights</u>. Each of TWC and WGFC hereby notifies Licensee that, with respect to any License Agreement that reflects TWC or WGFC as the purported licensor thereunder, PFC (and not TWC nor WGFC) is the actual licensor thereunder.

 2. <u>Instructions to Licensee</u>. Licensee is hereby notified and instructed to hereafter make payment and otherwise render performance under each License Agreement directly to (and for the benefit of) PFC. In furtherance of the foregoing:

 a. Licensee is hereby notified and instructed to pay all sums from time to time owing or due from Licensee pursuant to the License Agreement (and not yet previously paid by Licensee) (collectively, the "<u>Receipts</u>"), as and when due under such License Agreement, by wire transfer, to the following account:

> Account Name: Portfolio Funding Company LLC I
> – Other Ancillary US Deposits
> Account No.: 000148407
> Bank: HSBC Bank USA, National Association
> 452 Fifth Avenue
> New York, New York, 10018
> Contact: Corporate Trust Loan Agency /
> Jane Yang & Steven Zawatsky
> Phone: (213) 525-1320
> ABA No.: 021001088
> Swift Code: MRMDUS33

Licensee may discharge its obligation to pay the Receipts only by paying such amounts in accordance with this notice (this "<u>Notice</u>"). Licensee may not discharge that obligation by paying the Receipts to TWC, WGFC or any other person. If Licensee pays any of the Receipts in contravention of this Notice, Licensee will remain liable for payment of those amounts to PFC even if it means that Licensee may be liable for double payment of those amounts.

 b. Licensee is hereby notified and instructed to deliver all accounting statements, notices and other communications that hereafter from time to time are due from (or by) Licensee pursuant to any License Agreement to PFC at the following address (instead of to TWC or WGFC, as the case may be):

> Portfolio Funding Company LLC I
> c/o American Entertainment Investors, Inc.
> 6420 Wilshire Blvd, Suite 1020
> Los Angeles, CA 90048

\\LA - 764615/000001 - 2078459 v10

RLF1 24594801v.1

Attn: Joseph N. Cohen
Email: jcohen@americanent.net

    c.     Licensee is hereby notified and instructed to provide PFC with access to all delivery, dubbing, subtitling, and marketing materials provided to (or created by) Licensee pursuant to any License Agreement with respect to any Film, so that PFC can create duplicate copies thereof (at PFC's cost).

    3.     <u>Enforcement Rights</u>. PFC (as the licensor under a License Agreement) is entitled to (a) enforce the obligations of Licensee under each License Agreement relating to the Receipts, any Film or otherwise and (b) exercise the rights of TWC or WGFC (as the case may be) with respect to (i) the obligation of Licensee to make payment of the Receipts and (ii) any approvals, including but not limited to approval over the terms and conditions of any sub-license and/or sub-distribution agreement entered into by Licensee, and otherwise render performance to TWC or WGFC (as the case may be) under each License Agreement.

    This Notice shall be governed by the laws of the State of New York, applicable to agreements wholly executed and performed therein, and without giving effect to the principles of conflict of laws thereof. This Notice may be executed in one or more counterparts, each of which, when executed, shall be deemed an original, but all of which together shall constitute one and the same instrument. Any signature to this Notice delivered by facsimile machine or by email in Portable Document Format (PDF) shall be treated as an original, fully binding and with full legal force and effect.

    This Notice has been executed and delivered by a duly authorized representative of TWC and of WGFC as of the date set forth above.

[*Signature Page Follows*]

3

Sincerely,

[TWC signature block]

[WGFC signature block]

cc.    Portfolio Funding Company LLC I
       c/o American Entertainment Investors, Inc.
       6420 Wilshire Blvd Suite 1020
       Los Angeles, CA 90048
       Attn: Joseph N. Cohen ([jcohen@americanent.net](mailto:jcohen@americanent.net))

       Hogan Lovells US LLP
       1999 Avenue of the Stars, Suite 1400
       Los Angeles, CA 90067
       Attn: David P. Simonds ([david.simonds@hoganlovells.com](mailto:david.simonds@hoganlovells.com))
            Edward J. McNeilly ([edward.mcneilly@hoganlovells.com](mailto:edward.mcneilly@hoganlovells.com))

       Akin Gump Strauss Hauer & Feld LLP
       1999 Avenue of the Stars, 6th Floor
       Los Angeles, CA 90067
       Attn: Marissa Román Griffith ([mroman@akingump.com](mailto:mroman@akingump.com))

       Akin Gump Strauss Hauer & Feld LLP
       2300 N. Field Street, Suite 1800
       Dallas, TX 75201
       Attn: David F. Staber ([dstaber@akingump.com](mailto:dstaber@akingump.com))

4

<u>Exhibit A</u>

<u>List of Films</u>

**<u>Title</u>**
1408
13: Game of Death
Afterwards
Alex Rider: Operation Stormbreaker
An Evening with Kevin Smith (aka Sold out: a Threevening with Kevin Smith aka. Kevin Smith's 37th Birthday)
Arthur & the Invisibles
Automaton Transfusion
Awake
Azur & Asmar (aka Azur & Asmar: The Princes' Quest)
Band's Visit, The
Battle of Wits
Beseiged Fortress
Black Christmas
Black Sheep
Blue Elephant aka Khan Kluay
Bobby
Born To Fight
Boy A
Breaking & Entering
Broken
Captain Mike Across America (aka Slacker Tour aka Slacker Uprising)
Casper's Scare School
Cassandra's Dream
Chestnut: Hero of Central Park
City of Violence
Clerks 2
Closing the Ring
Control
Crossing Over
Dante 01
Days of Glory (aka Indigènes)
Dead in Three Days
Death Defying Acts
Dedication
Derailed
Deuxieme Souffle
Diary of the Dead
Dirty Movie (aka Extreme Movie aka Parental Guidance Suggested)
DOA: Dead or Alive
Dog Bite Dog
Doogal (aka The Magic Roundabout)
Dorothy Mills
Dragon Heat (aka Dragon Squad)
Eden Lake
Elvis and Annabelle

5

**Title**
Empress and the Warriors, An
Everything Put Together
Factory Girl
Fanboys (aka Fan Boys)
Fatal Contact
Feast
Feast 2 (aka Feast II: Sloppy Seconds)
Feast 3 (aka Feast III: The Happy Finish)
Grace is Gone
Great Music Caper, The (aka Piccolo and Saxo)
Grindhouse: Death Proof [1]
Grindhouse: Planet Terror [2]
Halloween (2007 release, directed by Rob Zombie)
Halloween 2 (2009 release, directed by Rob Zombie)
Hannibal Rising
Have No Fear: The Life of Pope John Paul II
Hell Ride (aka Hellride aka QT Presents)
Hoodwinked! – *excluding US and Canada rights*
Hoodwinked 2 (aka Hoodwinked Too! Hood vs. Evil)
Hunting Party, The (aka Spring Break in Bosnia)
Hurricane Season
I Could Never Be Your Woman
I Want Someone to Eat Cheese With
I'm Not There
Infernal Affairs 2
Infernal Affairs 3
Inside
Invisible Target
Janky Promoters
Joy Division
Kill Buljo
Kill Shot (aka Killshot)
Kill Zone (aka SPL: Kill Zone)
Killing Grounds, The (aka Children of Wax)
King of the Hill (aka El Rey de la Montana)
Last Legion, The
Legacy
Legend of the Black Scorpion (aka The Banquet)
Lesbian Vampire Killers
Live!
Lou Reed's Berlin (aka Berlin)
Lovewrecked
Lucky Number Slevin
Make It Happen
Mandy Lane (aka All the Boys Love Mandy Lane)

---

[1] This motion picture is included both individually and as a separate double-feature package with "Grindhouse: Planet Terror."

[2] This motion picture is included both individually and as a separate double-feature package with "Grindhouse: Death Proof."

\\LA - 764615/000001 - 2078459 v10

RLF1 24594801v.1

**Title**
Marie and Bruce
Martyrs
Matador, The
Meerkat Manor: The Story Begins
Meerkats, The (aka Meerkats: The Movie)
Miss Potter
Mistress of Spices
Mother of Tears
Mrs. Henderson Presents
Murderous Intent (aka Like Minds)
New Police Story
Night of the Living Dead (aka George A. Romero Presents: Night of the Living Dead)
Nightmare Detective
No Restraint (aka Matthew Barney: No Restraint)
Nomad (aka Nomad: The Warrior)
Nowhere Boy
Nutty Professor, The
Operation Valkyrie
Orphanage
Out of the Blue
Outlander
Persepolis
Pete Seeger: The Power of Song
Pirates of the Great Salt Lake
Prey
Protégé
PTU Police Tactical Unit
Pulse
Pulse 2
Pulse 3
Purple Violets
Razzle Dazzle
Revenge
Richard Pryor: Live and Smokin'
River Queen
Rob-B-Hood
Rogue
Roman Polanski: Wanted and Desired
Roundhouse (aka Michael Moore Live at the Roundhouse)
Scary Movie 4
School for Scoundrels
Seven Swords
Shut Up & Sing
Sicko
Single Man, A
Slingshot
Snow Cake
Solstice
Soul Men
Standing Still
Steel Trap

**Title**
Steppin: The Movie
Storm Warning
Suburban Mayhem
Superhero Movie
Teeth
The Business
The Deal
The Ex (aka Fast Track)
The Flight Before Christmas (2008 release, animated)
The Flock
The Gathering
The Girl in the Park
The Great Debaters
The Hammer (2007 release, directed by Charles Herman-Wurmfeld)
The Killing Gene (aka Waz)
The Longshots
The Mist
The Nanny Diaries
The Promotion (fka Quebec) (2008 release, directed by Steven Conrad)
The Protector (aka Tom Yum Goong)
The Reader
The Rebel
The Reef (aka Shark Bait)
The Road
The Silence
Thunderpants
TMNT (aka Teenage Mutant Ninja Turtles)
Tournament, The
Towelhead (aka Nothing is Private)
Toxic
Transamerica
Triloquist
True True Lie
Under the Same Moon (aka La Misma Luna)
Unstable Fables: 3 Pigs & a Baby
Unstable Fables: The Goldilocks and the 3 Bears Show
Unstable Fables: Tortoise vs. Hare
Vicky Cristina Barcelona
Walk All Over Me
Wasted (aka Farwell Bender)
Welcome to the Jungle
Where in the World is Osama Bin Laden?
Who's Your Caddy
Wizard of Gore
Wolf Creek
Wolfhound
Wordplay
Young Victoria
Youth in Revolt
Zack and Miri Make A Porno
Zombie Diaries

8

Total Number of Motion Pictures: 191

\\LA - 764615/000001 - 2078459 v10

RLF1 24594801v.1

Exhibit B

Bankruptcy Court Order

See attached.

\\LA - 764615/000001 - 2078459 v10

RLF1 24594801v.1

**Exhibit 2 to Order**

**Viacom Stipulation**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

------------------------------------------------------------x
             :
In re:                      :    Chapter 11
             :
THE WEINSTEIN COMPANY HOLDINGS   :    Case No. 18-10601 (MFW)
LLC, *et al.*,              :
             :    Jointly Administered
          Debtors.[1]   :
             :
             :
------------------------------------------------------------x

## STIPULATION AMONG
## THE DEBTORS, PORTFOLIO FUNDING COMPANY LLC I
## AND VIACOM INTERNATIONAL INC.

This stipulation (the "<u>Stipulation</u>") is made and entered into between and among (i) The Weinstein Company Holdings LLC and its affiliated debtors and debtors in possession (collectively, the "<u>Debtors</u>") in the above-captioned chapter 11 cases, (ii) Portfolio Funding Company LLC I ("<u>PFC</u>") and (iii) Viacom International Inc. (collectively, with its affiliates, including Black Entertainment Television LLC, "<u>Viacom</u>" and, together with the Debtors and PFC, the "<u>Parties</u>" and each, a "<u>Party</u>").

## RECITALS

**WHEREAS**, before the Petition Date (as defined below), PFC asserts that the Debtors assigned to PFC certain of their rights in, among other things, motion pictures (each such motion picture, by whatever name it is now or may hereafter become known, a "<u>Viacom PFC Title</u>" and,

---

[1]    The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/twc.

collectively, the "Viacom PFC Titles") that were purportedly subsequently licensed by Debtor

The Weinstein Company LLC ("TWC") to Viacom under the motion picture license agreements

listed on **Exhibit A** to this Stipulation (as amended, amended and restated, supplemented or

otherwise modified from time to time, collectively, the "Viacom PFC Licenses");

        **WHEREAS**, PFC, on the one hand, and TWC and Weinstein Global Film Corp., on the

other hand, were party to several agreements, including, among others, the Multi-Picture

Distribution Services Agreement, by and between PFC and TWC, dated as of July 29, 2010

(together with all amendments thereto, the "PFC DSA");

        **WHEREAS**, before July 29, 2010, PFC asserts that TWC had assigned to PFC its rights

as licensor under the Viacom PFC Licenses executed before July 29, 2010;

        **WHEREAS,** PFC has disputed that the Debtors had the right or authority to enter into

the Viacom PFC Licenses executed on or after July 29, 2010 as licensor (as opposed to as sales

agent for PFC) in relation to the Viacom PFC Titles;

        **WHEREAS**, on or around March 8, 2018, PFC asserts that it delivered to Viacom a

notice that, among other things, (i) informed Viacom that PFC, not TWC, was the licensor (and

TWC was acting in its capacity as sales agent for PFC) with respect to the Viacom PFC Titles

and (ii) instructed Viacom to make all license fee payments in respect of Viacom PFC Titles to a

bank account designated by PFC in that notice;

        **WHEREAS**, on March 19, 2018 (the "Petition Date"), the Debtors commenced these

voluntary chapter 11 cases in the United States Bankruptcy Court for the District of Delaware

(the "Court");

\\LA - 764615/000001 - 2026692 v12
RLF1 24524336v.1

**WHEREAS**, on March 20, 2018, the Debtors filed a motion [Docket No. 8] for approval of the sale (the "Sale") of substantially all of the Debtors' assets to Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) ("Spyglass"), pursuant to the Asset Purchase Agreement, dated as of March 19, 2018, by and among TWC, certain parties listed on schedule 1 thereto, and Spyglass [Docket No. 1202];

**WHEREAS**, on May 9, 2018, the Court entered its *Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* [Docket No. 846] (the "Sale Order"), approving the Sale to Spyglass;

**WHEREAS**, on July 13, 2018, the Sale closed [Docket No. 1247];

**WHEREAS**, on July 8, 2019, the Debtors and Spyglass filed the *Motion of the Debtors and Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) Pursuant to Bankruptcy Rule 9019 for an Order Approving Settlement Agreement By and Among the Debtors, Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC), and Viacom International Inc. Regarding Assumption and Assignment of Certain Viacom Agreements* [Docket No. 2463] (the "Viacom Rule 9019 Motion");

**WHEREAS**, the Viacom Rule 9019 Motion sought approval of a settlement agreement among the Debtors, Spyglass and Viacom, dated as of July 1, 2019 (the "Settlement Agreement"), pursuant to which, among other things, (i) Viacom agreed (A) to withdraw its objections to the assumption by the Debtors and assignment to Spyglass of certain motion picture licenses (which did not include the Viacom PFC Licenses) and (B) to make a settlement payment

\\LA - 764615/000001 - 2026692 v12
RLF1 24524336v.1

to Spyglass (the "<u>Settlement Payment</u>"), (ii) the Debtors and Viacom resolved claims of Viacom against the Debtors' estates, (iii) the Debtors and Spyglass acknowledged certain rights of Viacom with respect to certain specified agreements, (iv) Viacom, the Debtors and Spyglass agreed to reserve rights in favor of PFC with respect to certain titles and agreements that were the subject of the Settlement Agreement and Viacom reserved rights with respect to PFC titles not addressed by the Settlement Agreement and (v) Spyglass agreed to escrow a portion of the Settlement Payment pertaining to four licenses (which are not the Viacom PFC Licenses) containing PFC titles pending adjudication or resolution of those issues (the "<u>Settlement Agreement Licenses</u>");

**WHEREAS**, on July 18, 2019, the Court entered an order granting the Viacom Rule 9019 Motion and approving the Settlement Agreement [Docket No. 2515] (the "<u>Viacom Rule 9019 Order</u>");

**WHEREAS**, the Viacom Rule 9019 Order does not apply to the Viacom PFC Licenses, which have not been assumed by the Debtors and assigned to Spyglass;

**WHEREAS**, PFC has alleged that it has not received all of the amounts owed to PFC under the Viacom PFC Licenses because, among other things, Viacom has (i) offset amounts owed to PFC under the Viacom PFC Licenses against amounts allegedly owed by the Debtors to Viacom, which amounts PFC asserts are wholly unrelated to PFC, the Viacom PFC Titles and/or the Viacom PFC Licenses (collectively, "<u>Alleged Debtor Defaults</u>") and (ii) withheld payment of amounts owed to PFC under the Viacom PFC Licenses because of Alleged Debtor Defaults;

**WHEREAS**, the full amount of the Alleged Debtor Defaults is presently unknown to PFC;

4

**WHEREAS**, the Parties desire to enter into this Stipulation to avoid the burden and expense associated with litigation relating to any disputes that may arise with respect to, among other things, the Viacom PFC Titles, the Viacom PFC Licenses and/or any license fees payable by Viacom with respect to the Viacom PFC Licenses.

**NOW, THEREFORE**, the Parties stipulate and agree as follows:

1.    The foregoing recitals are fully incorporated into and made an express part of this Stipulation.

2.    Within 7 days after entry of the Order, Viacom shall pay to PFC, to such account as PFC shall designate to Viacom in writing, an amount equal to $1,093,750 (the "<u>Viacom Payment</u>") in full and final satisfaction of all claims, liabilities, demands, obligations, actions, causes of action, damages, costs, expenses, agreements, suits, debts, sums of money, grievances, defenses, controversies and compensations of any nature whatsoever, which PFC may currently have (collectively, "<u>Claims</u>") against Viacom, arising from, relating to, based upon, by reason of, or in any way involving, in whole or in part (i) the Debtors; (ii) the PFC DSA; (iii) the Viacom PFC Titles; (iv) the Viacom PFC Licenses and any other prepetition contractual agreements (other than (A) the Settlement Agreement Licenses and (B) the Disputed Funds (as defined in the Settlement Agreement)) between Viacom and any Debtor; and (v) any license fees payable under the Viacom PFC Licenses whether due prior to, or on or after, the Effective Date (collectively, the "<u>Settled Claims</u>").

3.    This Stipulation shall be effective upon the last to occur of (i) its execution by each of the Parties, (ii) the entry by the Court of an order approving this Stipulation (the "<u>Order</u>") (iii) the receipt by PFC of the Viacom Payment from Viacom and (iv) entry by the Court of a

non-appealable final order approving the stipulation, filed contemporaneously herewith, among the Debtors, the Official Committee of Unsecured Creditors of The Weinstein Company Holdings LLC, *et al*. (the "Committee") and PFC with respect to a global resolution of the matters between the Debtors, the Committee and PFC (such date, the "Effective Date"). If the Effective Date does not occur, this Stipulation shall be null and void and each of the Parties shall retain all of their respective rights and remedies.

4.      From and after the Effective Date, PFC, and not TWC, shall be deemed to be, and shall have all of the rights of, "TWC" or the "Grantor" (as applicable) under the Viacom PFC Licenses. The Viacom Payment shall be deemed to satisfy all of Viacom's payment obligations to the Debtors and PFC (as applicable) under the Viacom PFC Licenses. After the Effective Date, Viacom shall be entitled to continue to distribute, transmit, display, exhibit and exploit the Viacom PFC Titles covered by the Viacom PFC Licenses identified on Exhibit B to this Stipulation in accordance with the terms and conditions of the applicable Viacom PFC License. Viacom acknowledges that, except as set forth on **Exhibit B** to this Stipulation, there are no remaining license periods for any Viacom PFC Title under any Viacom PFC License and Viacom shall not assert anything to the contrary in any forum. Viacom represents that, to the best of Viacom's knowledge, after due inquiry, Viacom made all license fee payments due and payable under Viacom PFC Licenses prior to the Petition Date other than any such payments (i) under agreements terminated prior to the Petition Date, (ii) setoff by Viacom prior to the Petition Date, or (iii) that are being satisfied by the Viacom Payment.

5.      Upon the Effective Date, except as set forth in Paragraph 6, each of PFC and Viacom, for itself and its past, present, and future agents, representatives, employees, officers,

\\LA - 764615/000001 - 2026692 v12
RLF1 24524336v.1

directors, affiliates, subsidiaries, partners, predecessors and successors in interest, attorneys, heirs, executors, representatives, successors and assigns, for and in consideration of the agreements set forth in this Stipulation, agrees and hereby does fully release and forever discharge each other and the Debtors and any of their respective past, present, or future agents, representatives, employees, officers, directors, affiliates, subsidiaries, partners, predecessors and successors in interest, attorneys, heirs, executors, representatives, successors and assigns, and all persons acting for, by, through, under or in concert with any of them, from any and all Claims of any nature whatsoever, which they may currently have, arising from, relating to, based upon, by reason of, or in any way involving, in whole or in part:  (a) the Viacom Payment or (b) the Settled Claims.

6.      Notwithstanding the releases set forth in <u>Paragraph 5</u> and subject to the stipulations set forth in <u>Paragraph 4</u>:

(a)      Each Viacom PFC License remains in full force and effect and nothing in this Stipulation releases or discharges PFC or Viacom from Claims under any Viacom PFC License that arise on or after the Effective Date; and

(b)      No Party shall be released from any liability for any breach of this Stipulation.

7.      Upon the Effective Date, the Debtors irrevocably disclaim any right, title and interest in and to (i) the Viacom PFC Titles; (ii) the Viacom PFC Licenses; (iii) the Viacom Payment; (iv) the Settlement Agreement Licenses; (v) the Disputed Funds (v) any and all "Distribution Fees," "Distribution Expenses" or "Acquisition Costs" (each as defined in the PFC DSA) arising out of or in connection with the Viacom Payment, the Viacom PFC Licenses, the

7

Disputed Funds or the Settlement Agreement Licenses (collectively, the "Debtor PFC DSA Claims"). The Debtors, for themselves and their past, present, and future agents, representatives, employees, officers, directors, affiliates, subsidiaries, partners, predecessors and successors in interest, attorneys, heirs, executors, representatives, successors and assigns, for and in consideration of the agreements set forth in this Stipulation, agree and hereby do fully release and forever discharge PFC, Viacom and any of PFC's and Viacom's respective past, present, or future agents, representatives, employees, officers, directors, affiliates, subsidiaries, partners, predecessors and successors in interest, attorneys, heirs, executors, representatives, successors and assigns, and all persons acting for, by, through, under or in concert with any of them, from any Claims of any nature whatsoever, which the Debtors may have, arising from, relating to, based upon, by reason of, or in any way involving, in whole or in part, the Debtor PFC DSA Claims.

8.     Notwithstanding anything in this Stipulation to the contrary, nothing in this Stipulation, express or implied, is intended to confer on any person or entity other than the Parties or their respective successors and permitted assigns, any rights, remedies, obligations or liabilities under or by reason of this Stipulation.

9.     The validity, interpretation, and performance of this Stipulation shall be construed and interpreted according to the laws of the State of New York, except to the extent that (a) provisions of title 11 of the United States Code (the "Bankruptcy Code") apply, in which event the Bankruptcy Code shall control; or (b) applicable federal law preempts state law.

10.    This Stipulation shall be binding on and inure to the benefit of the Parties and their respective agents, employees, affiliates, successors, and assigns (including any chapter 11

8

or chapter 7 trustee hereafter appointed or elected for the estates of any of the Debtors, an examiner appointed pursuant to section 1104 of the Bankruptcy Code, or any other fiduciary appointed as a legal representative of any Debtor or with respect to the property of the estate of any Debtor). In addition, this Stipulation, including the releases provided in <u>Section 7</u> above, shall be binding on any and all representatives of the Debtors' bankruptcy estates, including any chapter 11 or chapter 7 trustee or any party that has or is granted standing to pursue claims or causes of action on behalf of the Debtors' estates.

11.     Nothing in this Stipulation shall be construed as an admission in any action (whether commenced by any Party, any of its respective affiliates or any third party) as to the correct interpretation of any provision of the Stipulation. This Stipulation shall not be introduced by any Party, and shall not be admissible for any purpose, in any action other than an action to enforce its terms.

12.     This Stipulation supersedes all prior and contemporaneous agreements between the Parties with respect to its subject matter and constitutes (along with the documents referred to in this Stipulation) a complete and exclusive statement of the terms of the agreement between the Parties with respect to its subject matter. This Stipulation may not be amended except by written agreement executed by the Parties.

13.     The Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation.

*[Remainder of Page Intentionally Left Blank; Signature Pages Follow]*

9

IN WITNESS WHEREOF, the Parties have caused this Stipulation to be duly executed.

Date:  January 8, 2021
       Wilmington, Delaware


RICHARDS, LAYTON & FINGER, P.A.

By: */s/ David T. Queroli*
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

CRAVATH , SWAINE & MOORE LLP

Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Plaza
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for the Debtors and Debtors in*
*Possession*


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
Matthew B. Harvey (No. 5186)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@mnat.com
       dbutz@mnat.com
       mharvey@mnat.com

**-**and-

LUSKIN, STERN & EISLER LLP

Michael Luskin (admitted *pro hac vice*)
Richard Stern (admitted *pro hac vice*)
Stephan E. Hornung (admitted *pro hac vice*)
Eleven Times Square
New York, New York 10036
Telephone: (212) 597-8200
Facsimile: (212) 974-3205
Email: luskin@lsellp.com
       stern@lsellp.com
       hornung@lsellp.com

*Counsel for Viacom International Inc. and its*
*Affiliates*


[*Signature Pages Continue on Next Page*]

POTTER ANDERSON & CORROON LLP

By: */s/ Christopher M. Samis*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: csamis@potteranderson.com
        kgood@potteranderson.com
        astulman@potteranderson.com

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP

David F. Staber (admitted *pro hac vice*)
2300 N. Field Street
Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: dstaber@akingump.com

-and-

HOGAN LOVELLS US LLP

David P. Simonds (admitted *pro hac vice*)
Edward J. McNeilly (admitted *pro hac vice*)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
Email: david.simonds@hoganlovells.com
        edward.mcneilly@hoganlovells.com

*Counsel for Portfolio Funding Company LLC I*

2

**Exhibit A**

**Viacom PFC Licenses**

1. TWC-BET Nine Picture Broadcast License Agreement between Black Entertainment Television LLC and The Weinstein Company LLC, dated as of September 1, 2008

2. Amendment dated 7/31/12 (Scary Movie 4)

3. Program License Agreement between Black Entertainment Television LLC and The Weinstein Company LLC, dated as of March 16, 2015

4. Viacom Media Networks Program License Agreement between Viacom International Inc. and The Weinstein Company LLC, dated as of July 6, 2015

5. 1408 and The Mist 2-Picture Viacom Media Networks Program License Agreement, between Viacom International Inc. and The Weinstein Company LLC, dated as of March 11, 2016

6. 1408 and The Mist 2-Picture Viacom Media Networks Program License Agreement, between Viacom International Inc. and The Weinstein Company LLC, dated as of October 14, 2016

7. 1408 Viacom Media Networks Program License Agreement, between Viacom International Inc. and The Weinstein Company LLC, dated as of October 14, 2016

8. Viacom Media Networks Program License Agreement between Viacom International Inc. and The Weinstein Company LLC, dated as of November 16, 2016

**Exhibit B**

**Viacom PFC Titles With Remaining License Periods**

| License Agreement | Title | Remaining License Periods | Exhibition Days Used In License Period | Exhibition Days Remaining In License Period |
|---|---|---|---|---|
| 1408 and The Mist 2-Picture Viacom Media Networks Program License Agreement, dated as of March 11, 2016 | • *1408*<br>• *The Mist* | • 6/22/2021 through 8/31/2021<br>• 12/23/2020 through 1/31/2021 | N/A | • 6 Exhibition / 15 FVOD<br>• 6 Exhibition / 15 FVOD |
| 1408 and The Mist 2-Picture Viacom Media Networks Program License Agreement, dated as of October 14, 2016 | • *1408*<br>• *The Mist* | • 6/1/2023 through 6/30/2023<br>• 6/22/2023 through 7/21/2023 | N/A | • 3 Exhibition / 8 FVOD<br>• 3 Exhibition / 8 FVOD |
| 1408 Viacom Media Networks Program License Agreement, dated as of October 14, 2016 | *1408* | • 1/1/2022 through 1/31/2022<br>• 2/1/2023 through 5/31/2023 | N/A | • 3 Exhibition / 8 FVOD<br>• 12 Exhibition / 32 FVOD |