**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC Liquidation Trust, LLC,[1] | ) | Case No. 18-10601 (MFW) |
| | ) | |
| Debtor. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JANUARY 10, 2023 AT 11:30 A.M. (PREVAILING EASTERN TIME)
BEFORE THE HONORABLE MARY F. WALRATH**

---

**PLEASE TAKE NOTICE: Until further notice, all hearings scheduled before Judge Walrath will be conducted entirely over Zoom. All participants are required to register prior to the hearing using the Zoom link provided below.  You must register with your full name or you will not be permitted into the Zoom hearing.**

**Zoom link:**

**https://debuscourts.zoomgov.com/meeting/register/vJItf-6vqT4qG_aX1U7r7_BMONtq5WRHMMM**

---

**MATTER GOING FORWARD:**

1. Liquidation Trustee's First Omnibus Objection (Non-Substantive) to Certain: (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) No Liability Claims; and (D) Misclassified Claims [Filed: 4/22/22] (Docket No. 3470)

   Response Deadline: May 17, 2022 at 4:00 p.m. (ET).  Further extended for Showtime to a date to be determined.

   Responses Received:

   A. Response to Omnibus Objection to Claims Liquidation Trustee's First Omnibus Objection (Non-Substantive) Filed by Department of Taxation State of Hawaii [Filed: 5/9/22] (Docket No. 3476)

---

[1] The mailing address for TWC Liquidation Trust, LLC is c/o Dean Ziehl, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067.

   Status: The Liquidating Trustee and the State of Hawaii have engaged in discussions to resolve the objection. This matter is adjourned until February 7, 2023 at 11:30 a.m.

B. Response to Omnibus Objections Filed by Heidi Coyne DBA LA Styles [Filed: 5/16/22] (Docket No. 3483)

   Status: This matter has been resolved and will not go forward. The Liquidating Trustee has reached an agreement with claimant and will submit a stipulation resolving claimant's response.

C. Illinois Department of Revenue's Response to Liquidation Trustee's First Omnibus Objection [Filed: 5/17/22] (Docket No. 3485)

   Status: This matter is adjourned until February 7, 2023 at 11:30 a.m.

D. Informal response of Arkansas Department of Finance and Administration

   Status: The Liquidating Trustee and State of Arkansas have resolved this objection subject to the filing of an amended return.

E. Informal response of Showtime Networks Inc.

   Status: The Liquidating Trustee and Showtime have engaged in discussions to resolve the objection. This matter is adjourned until February 7, 2023 at 11:30 a.m.

F. Ohio Department of Taxation's Response and Opposition to Liquidation Trustee's Notice of Supplemental Declaration [Filed: 1/3/23] (Docket No. 3567)

   Status: The Liquidating Trustee and the Ohio Department of Taxation are engaged in discussions to resolve the objection. The parties have agreed to adjourn this matter until February 7, 2023 at 11:30 a.m.

Related Documents:

A. Notice of Submission of Proofs of Claim in Connection with Liquidation Trustee's First Omnibus Objection (Non-Substantive) to Certain: (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) No Liability Claims; and (D) Misclassified Claims [Filed: 5/10/22] (Docket No. 3479)

B. Certification of Counsel Regarding Liquidation Trustee's First Omnibus Objection (Non-Substantive) to Certain: (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) No Liability Claims; and (D) Misclassified Claims [Filed: 5/23/22] (Docket No. 3491)

C. Certification of Counsel Regarding Liquidation Trustee's First Omnibus

  Objection (Non-Substantive) to Certain: (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) No Liability Claims; and (D) Misclassified Claims [Filed: 6/15/22] (Docket No. 3499)

D.  [Signed] Order Sustaining Liquidation Trustee's First Omnibus Objection (Non-Substantive) to Certain: (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) No Liability Claims; and (D) Misclassified Claims [Filed: 6/16/22] (Docket No. 3500)

E.  Notice of Filing of Liquidation Trustee's Supplemental Declaration in Support of First Omnibus Objection (Non-Substantive) to Certain: (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) No Liability Claims; and (D) Misclassified Claims [Filed: 12/9/22] (Docket No. 3564)

  i.  Notice of Filing of Exhibit "A" to Supplemental Declaration of Kyle Herman in Support of Liquidation Trustee's First Omnibus Objection (Non- Substantive) to Certain: (A) Amended and Superseded Claims; (B) Duplicate Claims; (C) No Liability Claims; and (D) Misclassified Claims [Filed: 12/14/22] (Docket No. 3566)

F.  Certification of Counsel [Filed: TBD] (Docket No. TBD)

Status:  This matter will go forward, except as indicated above.  This matter is adjourned with respect to the response of the Ohio Department of Taxation.  The Liquidation Trustee received no other responses to the supplemental notice and declaration.  The Liquidation Trustee will submit a revised order under certification of counsel prior to the hearing.  No hearing is necessary unless the Court has any questions.

Dated: January 6, 2023    PACHULSKI STANG ZIEHL & JONES LLP

     */s/ Colin R. Robinson*
     Robert J. Feinstein (NY Bar No. 1767805)
     Debra I. Grassgreen (CA Bar No. 169978*)*
     Jason H. Rosell (CA Bar No. 269126)
     Colin R. Robinson (DE Bar No. 5524)
     919 N. Market Street, 17th Floor, P O Box 8705
     Wilmington, DE 19899 (Courier 19801)
     Tel:  (302) 652-4100
     Fax: (302) 652-4400
     E-mail:  rfeinstein@pszjlaw.com
        dgrassgreen@pszjlaw.com
        jrosell@pszjlaw.com
        crobinson@pszjlaw.com

     *Attorneys for the Liquidation Trustee*