**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TWC LIQUIDATION TRUST, LLC, | ) ) | Case No. 18-10601 (MFW) |
| Debtor. | ) ) ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JUNE 21, 2023 AT 3:00 P.M. (PREVAILING EASTERN TIME)
<u>BEFORE THE HONORABLE MARY F. WALRATH</u>**

> **PLEASE TAKE NOTICE: Until further notice, all hearings scheduled before Judge Walrath will be conducted entirely over Zoom. All participants are required to register prior to the hearing using the Zoom link provided below. You must register with your full name or you will not be permitted into the Zoom hearing.**
>
> **Zoom link:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsfuCsrzwuHrgeBgGGquVBj4s_mYfNg94

**<u>UNCONTESTED MATTER FOR WHICH A CNO HAS BEEN FILED:</u>**

1. Liquidation Trustee's Second Omnibus Objection (Non-Substantive) to Certain: (A) Amended and Superseded Claims; (B) No Liability Claims; and (C) Misclassified Claims [Filed: 5/22/23] (Docket No. 3604)

   Response Deadline: June 14, 2023, at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. [Proposed] Order Granting Liquidation Trustee's Second Omnibus Objection (Non-Substantive) to Certain: (A) Amended and Superseded Claims; (B) No Liability Claims; and (C) Misclassified Claims [Filed: 5/22/23] (Docket No. 3604, Exhibit A)

   B. Notice of Submission of Proofs of Claim in Connection with Liquidation Trustee's Second Omnibus Objection (Non-Substantive) to Certain: (A) Amended

and Superseded Claims; (B) No Liability Claims; and (C) Misclassified Claims [Filed: 6/7/23] ([Docket No. 3610](#))

C.  Certification of No Objection Regarding Liquidation Trustee's Second Omnibus Objection (Non-Substantive) to Certain: (A) Amended and Superseded Claims; (B) No Liability Claims; and (C) Misclassified Claims [Filed: 6/16/23] ([Docket No. 3611](#))

Status: No parties have objected to the relief requested in the Objection.  Accordingly, the Liquidation Trustee has filed a certification of no objection and respectfully requests the entry of the order attached to the Motion.  No hearing will be necessary unless the Court has any questions.

**MATTER GOING FORWARD:**

2.  Objection of the TWC Liquidation Trust to Claim Nos. 80062, 80063 and 80064 Filed By First Republic Bank [Filed: 5/2/23] ([Docket No. 3602](#))

   Response Deadline: May 16, 2023, at 4:00 p.m. (*extended to June 6, 2023 at 4:00 p.m. for First Republic Bank*)

   Responses Received:  None.

   Related Documents:

   A.  [Proposed] Order Granting Objection of the TWC Liquidation Trust to Claim Nos. 80062, 80063 and 80064 Filed By First Republic Bank [Filed: 5/2/23] ([Docket No. 3602, Exhibit A](#))

   B.  Notice of Submission of Proofs of Claim in Connection with Objection of the TWC Liquidation Trust to Claim Nos. 80062, 80063 and 80064 Filed By First Republic Bank [Filed: 6/7/23] ([Docket No. 3609](#))

   Status: The Liquidating Trustee extended the objection deadline for First Republic to June 6, 2023.  First Republic has not filed a response and no other informal comments were received.  This matter will go forward.

| | |
|---|---|
| Dated: June 16, 2023 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Colin R. Robinson* |
| | Robert J. Feinstein (NY Bar No. 1767805) |
| | Debra I. Grassgreen (CA Bar No. 169978*)* |
| | Jason H. Rosell (CA Bar No. 269126) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 N. Market Street, 17th Floor, P O Box 8705 |
| | Wilmington, DE 19899 (Courier 19801) |
| | Tel:  (302) 652-4100 |
| | Fax: (302) 652-4400 |
| | E-mail:  rfeinstein@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | jrosell@pszjlaw.com |
| | crobinson@pszjlaw.com |

*Attorneys for the Liquidation Trustee*