**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TWC LIQUIDATION TRUST, LLC,<br><br>                            Debtor. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>**Re: D.I. 846, 1115, 1202, 3413, 3696** |

**DECLARATION OF ARTHUR HAIR IN SUPPORT OF
SPYGLASS MEDIA GROUP, LLC'S OBJECTION TO MOTION BY HARVEY
WEINSTEIN FOR ENTRY OF AN ORDER ENFORCING THE SALE ORDER
AGAINST SPYGLASS MEDIA GROUP, LLC, AND GRANTING RELATED RELIEF**

I, Arthur Hair, hereby declare as follows:

1. I am the Chief Information Officer of Spyglass Media Group, LLC ("Spyglass"). I submit this declaration in support of *Spyglass Media Group, LLC's Objection to Motion by Harvey Weinstein for Entry of an Order Enforcing the Sale Order Against Spyglass Media Group, LLC, and Granting Related Relief* filed concurrently herewith in the above-captioned case.

2. On May 9, 2018, the Court approved Spyglass's purchase of substantially all of the assets of The Weinstein Company Holdings LLC and certain of its subsidiaries (collectively, with their affiliates, "TWC") pursuant to that certain Asset Purchase Agreement dated March 19, 2018 (as may be amended, modified, supplemented or restated from time to time, the "APA"). *Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* [D.I. 846]. Pursuant to the APA, Spyglass purchased the Purchased Assets (as defined in the APA) which includes certain books and records. APA, § 2.1, Schedule 2.1.

3. One of my responsibilities as Chief Information Officer includes competently maintaining Spyglass's records systems which contain certain of the records received by Spyglass from TWC in connection with the APA and related sale transaction. I am a custodian of such records, and Exhibits A through E attached hereto are documents that Spyglass received from TWC in connection with the sale, which relate to the date on which *Scream 4* commenced principal photography.

4. Attached hereto as Exhibit A is a true and correct copy of the production schedule for *Scream 4*, as provided to Spyglass by TWC.

5. Attached hereto as Exhibit B is a true and correct copy of a draft production budget for *Scream 4*, dated as of August 12, 2010, as provided to Spyglass by TWC.

6. Attached hereto as Exhibit C is a true and correct copy of an email and corresponding attachments sent by Jane Harrison (of PrepShootPost) to Dave Malver (a former employee of TWC), on or about April 13, 2012 at 2:44 p.m., as provided to Spyglass by TWC.

7. Attached hereto as Exhibit D is a true and correct copy of that certain Checklist for Proration of Post 60's & Supplemental Market Monies I.A.T.S.E. and Basic Crafts Agreements, dated October 18, 2010, as provided to Spyglass by TWC.

8. Attached hereto as Exhibit E is a true and correct copy of that certain Producer's Completion Agreement, dated as of October 21, 2010, by and between Next Films Inc., Fireman's Fund Insurance Company, and International Film Guarantors, LLC, as provided to Spyglass by TWC.

9. Attached hereto as Exhibit F is a true and correct copy of a news article published by the Starburst Magazine, titled "Scream!", obtained from https://www.starburstmagazine.com/features/scream/.

10. Attached hereto as <u>Exhibit G</u> is a true and correct copy of a news article published by Times-Herald Newspapers, titled "School's a scream as Woodworth becomes Woodsboro for movie set," dated July 3, 2010, obtained from https://www.downriversundaytimes.com/2010/07/03/school%E2%80%99s-a-scream-as-woodworth-becomes-woodsboro-for-movie-set/.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: February 7, 2025         Respectfully submitted,
       Los Angeles, California

                                        */s/ Arthur Hair*
                                        Arthur Hair
                                        Chief Information Offer
                                        Spyglass Media Group, LLC