# **Exhibit B**

[redacted]