# **Exhibit C**

[redacted]

[redacted]