**<u>Exhibit G</u>**

ABOUT    CLASSIFIEDS    ADVERTISE    SUBSCRIBE

Search this website

HOME    NEWS    EDITORIAL    POLICE BLOTTER    TEMPO    LIFESTYLE    SPECIAL SECTIONS

# School's a scream as Woodworth becomes Woodsboro for movie set

JULY 3, 2010 BY **TIMES-HERALD NEWSPAPERS** — **LEAVE A COMMENT**


**Special to the Times-Herald**

Woodworth Middle School became Woodsboro High School on June 29 thanks to a little movie magic and the technical crew for "Scream 4." Cast and crew members were in town to film scenes.

**By SUE SUCHYTA**
**Times-Herald Newspapers**
DEARBORN – The term "summer school" took on a whole new meaning June 28, as film crews took over Woodworth Middle School.

Signage was changed to read "Woodsboro High School," the fictional high school of the "Scream" movie franchise, and on June 29 filming for "Scream 4" took place inside and outside the building.



Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask

Nearby residents received a politely worded letter about a motion picture "Z" several days beforehand, asking them to limit their on-street parking on Ternes between Colson and Hubbard and on Hubbard between Woodworth and Ternes on Tuesday, June 29 as well as July 6 and July 9.

However, the Woodsboro High signage and the California flag flying below the stars and stripes were undeniable silent confirmation, as was the appearance of star Emma Roberts on June 29. The young actress was spotted by fans as well as autograph seekers; blog site rumors also purported that Hayden Panettiere and Wes Craven were seen on the set.

A neighbor confirmed that Dearborn actors were used as extras.

Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask

"Some of them are actual high school kids," said Ian Kushnir, a resident of nearby 5000 block of Mead Street. "I've seen one girl that I know from Dearborn High, and there are probably a couple of more Dearborn High kids in that movie."

Extras seemed to be dressed in 1990s fashions, consistent with the flashback sequences filmed outside the building. Kushnir noted that all the T-shirts worn by extras were generic, and bore no logos that would date them.

Present-day science classroom scenes were filmed inside the building, local bloggers reported.

Cast and crew trailers were in the teacher parking lot all night June 28. Actors started arriving about 6:30 a.m. June 29. The extras assembled elsewhere, and then were driven to the location in buses or vans. Neighbors also reported that major stars were transported in sport utility vehicles.

One said some neighborhood children got out of hand the night of June 28, "got a little wild" and police were called.

A Twitter post said "Scream" star Neve Campbell was spotted at Salon Vox in Ann Arbor last weekend.

Bloggers also reported plans to film at a Livonia police station June 30 and in Northville on Thursday.

FILED UNDER: STORIES
TAGGED WITH: DEARBORN

**Top Physical Therapists in California:**

OneCompress                    Learn More
                               | U.S. Privacy

**ALSO ON DOWNRIVER SUNDAY TIMES**

a year ago · 1 comment        a year ago · 1 comment        a ye
**Wallet, credit              **Dearborn Fire              Ha
cards stolen from             Chief Murray                'to
…**                           reinstated …**              wh

**Sponsored**

### Top Physical Therapists in California: Combat Hand Arthritis While Sleeping
OneCompress

Learn More

### Blood Sugar Above 100? Try This Tonight (It's Genius)
Blood Health

Learn More

### Man Who Called Nvidia at $1.10 Says Buy This Now.
Oxford Club

### Fight Nail Fungus and Keep Your Nails Healthy
Okita Nail Fungus Light

Learn More

### Men, You Don't Need the "Blue Pill" if You Do This Once Daily
MediLisk

### Plastic Surgeon Tells: If You Have Wrinkles, Do This Immediately (It's Genius!)
GlamourSkin.online

U.S. Privacy



Sponsored

### Top Physical Therapists in California: Combat Hand Arthritis While Sleeping
OneCompress

Learn More

### Blood Sugar Above 100? Try This Tonight (It's Genius)
Blood Health

Learn More

### Man Who Called Nvidia at $1.10 Says Buy This Now.
Oxford Club

### Men, You Don't Need the "Blue Pill" if You Do This Once Daily
MediLisk

### Plastic Surgeon Tells: If You Have Wrinkles, Do This Immediately (It's Genius!)
GlamourSkin.online

### Starting An Online Business in UK Is Easier Than You Think
Online Business

Learn More

U.S. Privacy



**Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask**

---

## SEARCH

Search this website

---

## ARCHIVES

Select Month

---

Seniors Born 19

---

Copyright © 2025 · Times Herald and Sunday Times Newspapers · website hosting by ixpubs.com · Log in