**<u>Exhibit A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TWC Liquidation Trust, LLC,[1] | ) Case No. 18-10601 (MFW) |
| | ) |
| Debtor. | ) **Ref. Docket No. _____** |
| | ) |

## ORDER SUSTAINING LIQUIDATION TRUSTEE'S
## FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO
## CERTAIN CLAIMS (NO LIABILITY CLAIMS; MODIFY AND ALLOW CLAIMS)

Upon consideration of the *Liquidation Trustee's Fourth Omnibus Objection (Non-Substantive) to Certain Claims (No Liability Claims; Modify and Allow Claims)* (the "Omnibus Objection");[2] and the Court having considered the Declaration in support thereof; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Omnibus Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Liquidation Trustee provided appropriate notice of the Omnibus Objection and the opportunity for a hearing under the circumstances and that no further notice need be given; and the Court having reviewed the Omnibus Objection, the claims listed on **Schedule 1** and

---

[1]    The mailing address for TWC Liquidation Trust, LLC is c/o Dean A. Ziehl, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

**Schedule 2** attached hereto, and any responses filed to the Omnibus Objection; and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.　　The Omnibus Objection is SUSTAINED as set forth herein.

2.　　Any response to the Omnibus Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled.

3.　　The official claims register in these chapter 11 cases shall be modified in accordance with this Order.

4.　　The No Liability Claims listed on **Schedule 1** attached to this Order are hereby disallowed and expunged in their entirety.

5.　　The Modify and Allow Claims are hereby modified and allowed as set forth as set forth in the column titled "Modified Claim Amount" on **Schedule 2** attached to this Order.

6.　　The Liquidation Trustee's right to amend, modify, or supplement the Omnibus Objection, to file additional objections to any other claims (filed or not) that may be asserted, and to seek further reduction of any claim to the extent such claim has been paid, or for any other reasons, are hereby reserved.

7.　　All rights of the Liquidation Trustee to object to any claim at a later date, including the claims that are the subject of the Omnibus Objection, on any basis whatsoever, substantively or non-substantively, are hereby reserved.

8.　　The Liquidation Trustee further reserves all rights to use any available defenses under section 502 of the Bankruptcy Code, or otherwise, to set off, recoup against, or otherwise reduce all or any part of any claim. Further, any and all affirmative claims are specifically reserved and are not adversely affected by this Order.

9.      Each claim and the applicable objection thereto as set forth on **Schedule 1** and **Schedule 2** to this Order constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each of the claims.

10.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11.     The Liquidation Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and to seek additional relief as is necessary in the future.

12.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

### No Liability Claims

**Schedule 1**

*No Liability Claims*

| # | Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | ALDAMISA ENTERTAINMENT LLC C/O BUCHANAN INGERSOLL & ROONEY PC MARK PFEIFFER 919 N. MARKET STREET SUITE 900 WILMINGTON DE 19801 | The Weinstein Company LLC | 2/14/2019 | 20224 | 503(b)(9): $0.00 Other Administrative: $0.00 Secured: $0.00 Priority: $0.00 Unsecured: $36,659,000.00 <br><br> Total: $36,659,000.00 | No record of liability in Debtors' books and records. No documentation attached to validate claim. Claimant is related to Sartraco, which acquired rights to Sin City 2. By Court order [Docket No. 2251], Sartraco was given an allowed general unsecured claim of $5,000,000 for Claim No. 20188. |
| 2 | ALDAMISA INTERNATIONAL LLC C/O BUCHANAN INGERSOLL & ROONEY PC MARK PFEIFFER 919 N. MARKET STREET SUITE 900 WILMINGTON DE 19801 | The Weinstein Company LLC | 2/14/2019 | 20223 | 503(b)(9): $0.00 Other Administrative: $0.00 Secured: $0.00 Priority: $0.00 Unsecured: $36,659,000.00 <br><br> Total: $36,659,000.00 | No record of liability in Debtors' books and records. No documentation attached to validate claim. Claimant is related to Sartraco, which acquired rights to Sin City 2. By Court order [Docket No. 2251], Sartraco was given an allowed general unsecured claim of $5,000,000 for Claim No. 20188. |
| 3 | BABELSBERG FILM GMBH ATTN: K. HOERSTMANN AUGUST BEBEL STRABE 26-53 POTSDAM 14482 GERMANY | DEBTOR NOT INDICATED BY CLAIMANT | 6/29/2018 | 76 | 503(b)(9): $0.00 Other Administrative: $0.00 Secured: $0.00 Priority: $0.00 Unsecured: $Unliquidated <br><br> Total: $Unliquidated | The Debtors do not have liability for the Disputed Claims, which for one title (*The Reader*) resides at Portfolio Funding Company LLC I and for the other title (*Inglorious Basterds*) does not exist because the film is unrecouped and no participations are owed to the Claimant. |
| 4 | BABELSBERG FILM GMBH ATTN: K. HOERSTMANN AUGUST BEBEL STRABE 26-53 POTSDAM 14482 GERMANY | The Weinstein Company LLC | 2/4/2019 | 20099 | 503(b)(9): $0.00 Other Administrative: $0.00 Secured: $0.00 Priority: $0.00 Unsecured: $Unliquidated <br><br> Total: $Unliquidated | The Debtors do not have liability for the Disputed Claims, which for one title (*The Reader*) resides at Portfolio Funding Company LLC I and for the other title (*Inglorious Basterds*) does not exist because the film is unrecouped and no participations are owed to the Claimant. |
| 5 | BABELSBERG FILM GMBH AUGUST BEBEL STRABE 26-53 POTSDAM 14482 GERMANY | Weinstein Global Film Corp. | 2/4/2019 | 20098 | 503(b)(9): $0.00 Other Administrative: $0.00 Secured: $0.00 Priority: $0.00 Unsecured: $1,679.00 <br><br> Total: $1,679.00 | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| 6 | BART PRODUCTIONS LLC O/B/O FACTORY GIRL LLC 601 POYDRAS ST, FL 24 NEW ORLEANS LA 70130 | The Weinstein Company LLC | 2/15/2019 | 20244 | 503(b)(9): $0.00 Other Administrative: $0.00 Secured: $0.00 Priority: $0.00 Unsecured: $Unliquidated <br><br> Total: $Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |

**Schedule 1**

*No Liability Claims*

| # | Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 7 | BBP GOLD LLC<br>C/O BLACK BEAR PICTURES<br>ATTN MICHAEL HEIMLER<br>1739 BERKELEY STREET<br>SANTA MONICA CA 90404 | The Weinstein Company LLC | 2/15/2019 | 20278 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $Unliquidated<br><br>Total: $Unliquidated | No record of liability in Debtors' books and records. The film is unrecouped and no participations are owed to the Claimant. |
| 8 | BBP IMITATION LLC<br>C/O BLACK BEAR PICTURES<br>ATTN MICHAEL HEIMLER<br>1739 BERKELEY STREET<br>SANTA MONICA CA 90404 | The Weinstein Company LLC | 2/15/2019 | 20275 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $Unliquidated<br><br>Total: $Unliquidated | No record of liability in Debtors' books and records. The film is unrecouped and no participations are owed to the Claimant. |
| 9 | BORCHERS, DONALD P<br>ADDRESS REDACTED | The Weinstein Company LLC | 1/9/2019 | 20067 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $500,000.00<br>(Unliquidated)<br><br>Total: $500,000.00 (Unliquidated) | No record of liability in Debtors' books and records. No documentation was attached to validate the claim amount. |
| 10 | BOSTON HERALD<br>491 DUTTON ST STE 1<br>LOWELL MA 01854-4292 | The Weinstein Company Holdings LLC | 4/20/2018 | 11 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $36,389.60<br><br>Total: $36,389.60 | No record of liability in Debtors' books and records. No documentation was attached to validate the claim. |
| 11 | BRISEBOIS, DANIELLE<br>ADDRESS REDACTED | The Weinstein Company Holdings LLC | 1/31/2019 | 80032 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $Unliquidated<br><br>Total: $Unliquidated | No record of liability in Debtors' books and records. No documentation was attached to validate the claim. |

**Schedule 1**

*No Liability Claims*

| # | Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 12 | BROWDER, HAL ELLIS<br>ADDRESS REDACTED | The Weinstein Company LLC | 2/14/2019 | 80061 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $100,000.00<br><br>Total: $100,000.00 | No record of liability in Debtors' books and records. Claim is based upon a civil litgation matter that was dismissed 7 years prior to the Petition Date. |
| 13 | CANON FINANCIAL SERVICES, INC<br>158 GAITHER DRIVE, STE 200<br>MOUNT LAUREL, NJ 08054 | The Weinstein Company LLC | 5/9/2018 | 37 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $62,809.17<br><br>Total: $62,809.17 | No record of liability in Debtors' books and records.  Claim is related to a contract that was assumed and assigned to Lantern/Spyglass Entertainment with a stated contract cure of $0. See Docket No. 1457 |
| 14 | COMSCORE INC<br>11950 DEMOCRACY DR, STE 600<br>RESTON VA 20190 | The Weinstein Company Holdings LLC | 1/2/2019 | 20065 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $17,640.00<br><br>Total: $17,640.00 | No record of liability in Debtors' books and records.  No documentation was attached to validate the claim. |
| 15 | CUSACK ENTERPRISES, LLC<br>C/O LANDAU GOTTFRIED BERGER LLP<br>ATTN ROYE ZUR<br>1880 CENTURY PARK E STE 1101<br>LOS ANGELES CA 90067-1608 | The Weinstein Company LLC | 2/15/2019 | 80085 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $Unliquidated<br><br>Total: $Unliquidated | No record of liability in Debtors' books and records.  The film is unrecouped and no participations are owed to the Claimant. |
| 16 | DAIMLER TRUST<br>C/O BK SERVICING, LLC<br>PO BOX 131265<br>ROSEVILLE MN 55113-0011 | The Weinstein Company Holdings LLC | 6/8/2018 | 20040 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $Unliquidated<br><br>Total: $Unliquidated | No record of liability in Debtors' books and records.  No documentation was attached to validate the claim. |
| 17 | DENVER POST, THE<br>ATTN CARA EVERETT<br>12320 ORACLE BLVD STE 310<br>COLORADO SPRINGS CO 80921 | The Weinstein Company Holdings LLC | 4/10/2018 | 20010 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $18,726.24<br><br>Total: $18,726.24 | No record of liability in Debtors' books and records.  No documentation was attached to validate the claim. |

## Schedule 1

*No Liability Claims*

| # | Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 18 | DI BONAVENTURA PICTURES INC C/O LANDAU GOTTFRIED BERGER LLP ATTN MICHAEL GOTTFRIED 1880 CENTURY PARK E STE 1101 LOS ANGELES CA 90067-1608 | The Weinstein Company LLC | 2/15/2019 | 80089 | 503(b)(9): $0.00 Other Administrative: $0.00 Secured: $0.00 Priority: $0.00 Unsecured: $Unliquidated Total: $Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| 19 | DYNAMIC '88 PRODUCTIONS INC / GEORGE CLOONEY C/O LANDAU GOTTFRIED BERGER LLP ATTN MICHAEL GOTTFRIED 1801 CENTURY PARK EAST STE 700 LOS ANGELES CA 90067 | DEBTOR NOT INDICATED BY CLAIMANT | 2/15/2019 | 80083 | 503(b)(9): $0.00 Other Administrative: $0.00 Secured: $0.00 Priority: $0.00 Unsecured: $125,000.00 Total: $125,000.00 | No record of liability in Debtors' books and records.  The film is unrecouped and no participations are owed to the Claimant. |
| 20 | ELDORADO FILM AS NARUMS VEI 3 3430 SPIKKESTAD NORWAY  3430 | The Weinstein Company LLC | 2/15/2019 | 20237 | 503(b)(9): $0.00 Other Administrative: $0.00 Secured: $0.00 Priority: $0.00 Unsecured: $50,000.00 Total: $50,000.00 | No record of liability in Debtors' books and records.  The Proof of Claim includes unsigned agreements and lacks accounting or other evidence related to payments made or remaining. |
| 21 | FADE TO BLACK PRODUCTIONS INC C/O VENABLE LLP ATTN JEFFREY S SABIN, ESQ 1270 AVENUE OF THE AMERICAS NEW YORK NY 10020 | The Weinstein Company LLC | 2/14/2019 | 20211 | 503(b)(9): $0.00 Other Administrative: $0.00 Secured: $0.00 Priority: $0.00 Unsecured: $Unliquidated Total: $Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| 22 | FORTISSIMO AMSTERDAM BV ATTN GABRIELLE ROZING VAN DIEMENSTRAAT 134 1013 CP AMSTERDAM  1013 CN | The Weinstein Company LLC | 1/16/2019 | 20082 | 503(b)(9): $0.00 Other Administrative: $0.00 Secured: $0.00 Priority: $0.00 Unsecured: $Unliquidated Total: $Unliquidated | No record of liability in Debtors' books and records.  No documentation was attached to validate the claim. |
| 23 | FORTISSIMO FILM SALES BV ATTN GABRIELLE ROZING VAN DIEMENSTRAAT 134 AMSTERDAM  1013 CN | The Weinstein Company LLC | 1/16/2019 | 20083 | 503(b)(9): $0.00 Other Administrative: $0.00 Secured: $0.00 Priority: $0.00 Unsecured: $Unliquidated Total: $Unliquidated | No record of liability in Debtors' books and records.  No documentation was attached to validate the claim. |

**Schedule 1**

*No Liability Claims*

| # | Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|------------------|--------|------------------|--------------|----------------------|--------------------------------|
| 24 | FOSTER, BEVERLY CHAMPIONS<br>325 WEST PARK AVENUE<br>TALLAHASSEE FL 32301 | The Weinstein Company LLC | 2/15/2019 | 20321 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $Unliquidated<br><br>Total: $Unliquidated | No record of liability in Debtors' books and records. No documentation was attached to validate the claim. |
| 25 | FOUNDATION FOR AIDS RESEARCH, THE<br>120 WALL ST FL 13<br>NEW YORK NY 10005-3908 | The Weinstein Company Holdings LLC | 5/1/2018 | 20027 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $71,400.00<br><br>Total: $71,400.00 | No record of liability in Debtors' books and records. No documentation was attached to validate the claim. |
| 26 | FRANK MILLER INC. AND FRANK MILLER<br>400 GARDEN CITY PLZ STE 510<br>GARDEN CITY NY 11530-3308 | The Weinstein Company Holdings LLC | 2/15/2019 | 80099 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $Unliquidated<br><br>Total: $Unliquidated | No record of liability in Debtors' books and records. The film is unrecouped and no participations are owed to the Claimant. |
| 27 | FRANKEL, DAVID<br>C/O LAVELY & SINGER<br>ATTN MARTIN D. SINGER<br>2049 CENTURY PARK EAST, SUITE 2400<br>LOS ANGELES CA 90067-2906 | The Weinstein Company Holdings LLC | 2/14/2019 | 20204 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $Unliquidated<br><br>Total: $Unliquidated | No record of liability in Debtors' books and records. Upon information and belief, this Disputed Claim will be satisfied by an Allowed Claim to related entity Luge Club Productions Inc. for Claim No. 20201 |
| 28 | FULTON, SYBRINA<br>C/O RICKY ANDERSON<br>7322 SOUTHWEST FREEWAY, SUITE 2010<br>HOUSTON TX 77074 | The Weinstein Company LLC | 2/15/2019 | 20253 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $Unliquidated<br><br>Total: $Unliquidated | No record of liability in Debtors' books and records. Upon information and belief, the liability resides with Viacom/Paramount Global, which assumed production and ownership of the project. |
| 29 | GERMAINIAC PRODUCTIONS INC<br>F/S/O PAUL GERMAIN<br>C/O THE DRAVIS AGENCY INC<br>4370 TUJUNGA AVE STE 145<br>STUDIO CITY, CA 91604 | Small Screen Trades LLC | 2/7/2019 | 20108 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $26,550.00<br><br>Total: $26,550.00 | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |

**Schedule 1**

*No Liability Claims*

| # | Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 30 | GOLDFLAT PRODUCTIONS LLC<br>ATTN LAWRENCE COHEN, CPA<br>685 THIRD AVENUE<br>NEW YORK NY 10017 | The Weinstein Company Holdings LLC | 2/15/2019 | 20250 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $Unliquidated<br><br>Total: $Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| 31 | GOOD LIE INC / GRANT HESLOV<br>C/O LANDAU GOTTFRIED BERGER LLP<br>ATTN MICHAEL GOTTFRIED<br>1801 CENTURY PARK EAST STE 700<br>LOS ANGELES CA 90067 | The Weinstein Company LLC | 2/15/2019 | 80084 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $125,000.00<br><br>Total: $125,000.00 | No record of liability in Debtors' books and records.  The film is unrecouped and no participations are owed to the Claimant. |
| 32 | H.O.P. NEW YORK ENTERTAINMENT, LLC<br>110 LEROY ST FL 4TE<br>NEW YORK NY 10014-3911 | The Weinstein Company LLC | 11/14/2018 | 20063 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $59,597.70<br><br>Total: $59,597.70 | No record of liability in Debtors' books and records.  No documentation was attached to validate the claim. |
| 33 | ICM PARTNERS<br>10250 CONSTELLATION BLVD, STE 32-50<br>LOS ANGELES, CA 90067 | DEBTOR/CASE # DISCREPANCY | 9/13/2018 | 118 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $25,000.00<br><br>Total: $25,000.00 | No record of liability in Debtors' books and records.  Claim is related to a contract that was assumed and assigned to Lantern/Spyglass Entertainment with a stated contract cure of $0. See Docket No. 1457 |
| 34 | IMAGINATION WORLDWIDE LLC<br>C/O CULHANE MEADOWS PLLC<br>ATTN RICHARD G GRANT<br>100 CRESCENT COURT, SUITE 700<br>DALLAS TX 75201 | The Weinstein Company LLC | 2/14/2019 | 20220 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $Unliquidated<br><br>Total: $Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| 35 | IZO, INC. DBA DANCEON IZO, INC.<br>7080 HOLLYWOOD BLVD, SUITE 1100<br>ATTENTION: EVP, BUSINESS & LEGAL AFFAIRS<br>LOS ANGELES CA 90028 | The Weinstein Company LLC | 2/13/2019 | 20178 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $185,000.00<br><br>Total: $185,000.00 | No record of liability in Debtors' books and records.  No documentation was attached to validate the claim. |

**Schedule 1**

*No Liability Claims*

| # | Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 36 | JIM HENSON COMPANY, THE<br>1416 N LA BREA AVE<br>LOS ANGELES CA 90028-7506 | The Weinstein Company LLC | 2/14/2019 | 20215 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $Unliquidated<br><br>Total: $Unliquidated | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| 37 | JOE THE BASQUE INC<br>F/S/O JOE ANSOLABEHERE<br>C/O THE DRAVIS AGENCY INC<br>4370 TUJUNGA AVE STE 145<br>STUDIO CITY, CA 91604 | Small Screen Trades LLC | 2/7/2019 | 20107 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $26,550.00<br><br>Total: $26,550.00 | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| 38 | KFSM-TV<br>P.O. BOX 847296<br>DALLAS TX 75284-7296 | The Weinstein Company Holdings LLC | 2/12/2019 | 20156 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $2,018.75<br><br>Total: $2,018.75 | No record of liability in Debtors' books and records. Documentation attached to Proof of Claim shows payment of invoice for claimed amount. |
| 39 | MADDARTICO LIMITED<br>C/O BUCHANAN INGERSOLL & ROONEY PC<br>MARK PFEIFFER<br>919 N. MARKET STREET SUITE 900<br>WILMINGTON DE 19801 | The Weinstein Company LLC | 2/14/2019 | 20221 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $36,659,000.00<br><br>Total: $36,659,000.00 | No record of liability in Debtors' books and records. No documentation attached to validate claim. Claimant is related to Sartraco, which acquired rights to Sin City 2. By Court order [Docket No. 2251], Sartraco was given an allowed general unsecured claim of $5,000,000 for Claim No. 20188. |
| 40 | MARTIN, TRACY<br>C/O RICKY ANDERSON<br>7322 SOUTHWEST FREEWAY, SUITE 2010<br>HOUSTON TX 77074 | The Weinstein Company LLC | 2/15/2019 | 20251 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $Unliquidated<br><br>Total: $Unliquidated | No record of liability in Debtors' books and records. Upon information and belief, the liability resides with Viacom/Paramount Global, which assumed production and ownership of the project. |
| 41 | NEUNTE BABELSBERG FILM GMBH<br>AUGUST BEBEL STRABE 26-53<br>AH: K. HOERSTMANN<br>POTSDAM  14482 | Weinstein Global Film Corp. | 2/4/2019 | 20097 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $1,679.00<br><br>Total: $1,679.00 | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |

## Schedule 1

*No Liability Claims*

| # | Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 42 | NEW YORK TIMES COMPANY, THE<br>190 E JERICHO TPKE, STE 204<br>MINEOLA NY 11501 | The Weinstein Company Holdings LLC | 2/11/2019 | 20126 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $229,567.68<br><br>Total: $229,567.68 | No record of liability in Debtors' books and records.  No documentation was attached to validate the claim. |
| 43 | NICOLE ENTERPRISES INC<br>ATTN L WAYNE ALEXANDER<br>1880 CENTURY PARK EAST, STE 914<br>LOS ANGELES CA 90067 | Team Players LLC | 2/11/2019 | 20131 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $Unliquidated<br><br>Total: $Unliquidated | No record of liability in Debtors' books and records.  No documentation was attached to validate the claim. |
| 44 | OUTERBANKS ENTERTAINMENT/K. WILLIAMSON<br>C/O VENABLE LLP<br>ATTN JEFFREY S SABIN, ESQ<br>1270 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | The Weinstein Company LLC | 2/14/2019 | 20214 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $Unliquidated<br><br>Total: $Unliquidated | The Debtors do not have liability for the Disputed Claim, which for one title (*Halloween H2O*) resides at Portfolio Funding Company LLC I, and for non-*Scream* titles does not exist because the films are either unrecouped or were not owned by the Debtors as of the Petition Date. Claims related to the *Scream* titles were resolved by an Order Approving Stipulation [Docket No. 2444]. |
| 45 | PRESTIA, PAUL ESQ<br>65 BROADWAY<br>13TH FLOOR<br>NEW YORK NY 10006 | WTV Kalief Browder Borrower, LLC | 2/13/2019 | 20175 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $Unliquidated<br><br>Total: $Unliquidated | No record of liability in Debtors' books and records.  No documentation was attached to validate the claim. |
| 46 | PRODUCERS SALES ORGANIZATION<br>46565 DRY CREEK DR<br>BADGER CA 93603 | The Weinstein Company LLC | 1/31/2019 | 80034 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $Unliquidated<br><br>Total: $Unliquidated | No record of liability in Debtors' books and records.  The Proof of Claim includes unsigned agreements and lacks accounting or other evidence related to payments made or remaining. |

**Schedule 1**

*No Liability Claims*

| # | Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 47 | REHAB INCORPORATED<br>1416 N LA BREA AVE<br>HOLLYWOOD CA 90028 | The Weinstein Company LLC | 1/31/2019 | 80035 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $Unliquidated<br><br>Total: $Unliquidated | No record of liability in Debtors' books and records.  Claim seeks a final payment under a 2008 consulting contract and lacks accounting or other evidence related to payments made or remaining. |
| 48 | REHAB INCORPORATED<br>1416 N LA BREA AVE<br>HOLLYWOOD CA 90028 | The Weinstein Company LLC | 1/31/2019 | 80033 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $Unliquidated<br><br>Total: $Unliquidated | No record of liability in Debtors' books and records.  The Proof of Claim includes unsigned agreements and lacks accounting or other evidence related to payments made or remaining. |
| 49 | SAFFERY CHAMPNESS LLP<br>71 QUEEN VICTORIA ST<br>LONDON  EC4V 4BE | The Weinstein Company Holdings LLC | 7/30/2018 | 86 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  £8,120.10<br><br>Total:£8,120.10 | Liability for the Disputed Claim resides at nondebtor Weinstein Company UK. |
| 50 | SAMEX ENTERPRISES, INC.<br>LOEB & LOEB LLP,<br>ATTN: VADIM J. RUBINSTEIN<br>345 PARK AVENUE<br>NEW YORK NY 10154 | The Weinstein Company LLC | 2/12/2019 | 20161 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $Unliquidated<br><br>Total: $Unliquidated | The Debtors do not have liability for the Disputed Claims, which for one title (*Scary Movie 4* ) resides at Portfolio Funding Company LLC I and for the other titles (other *Scary Movie* sequels) does not exist because the films are unrecouped and no participations are owed to the Claimant. |
| 51 | SC2 PRODUCTIONS LLC<br>C/O BUCHANAN INGERSOLL & ROONEY PC<br>MARK PFEIFFER<br>919 N. MARKET STREET SUITE 900<br>WILMINGTON DE 19801 | The Weinstein Company LLC | 2/14/2019 | 20225 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $Unliquidated<br><br>Total: $Unliquidated | No record of liability in Debtors' books and records.  No documentation attached to validate claim.  Claimant is related to Sartraco, which acquired rights to Sin City 2. By Court order [Docket No. 2251], Sartraco was given an allowed general unsecured claim of $5,000,000 for Claim No. 20188. |
| 52 | SHOEFACE PRODUCTIONS INC<br>2 MANCUSO DR<br>OSSINING NY 10562-2527 | The Weinstein Company LLC | 1/16/2019 | 80009 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $100,000.00<br><br>Total: $100,000.00 | No record of liability in Debtors' books and records.  The film is unrecouped and no participations are owed to the Claimant. |

**Schedule 1**

*No Liability Claims*

| # | Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 53 | SIKUNOR LTD<br>C/O BUCHANAN INGERSOLL & ROONEY PC<br>MARK PFEIFFER<br>919 N. MARKET STREET SUITE 900<br>WILMINGTON DE 19801 | The Weinstein Company LLC | 2/14/2019 | 20222 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $36,659,000.00<br><br>Total: $36,659,000.00 | No record of liability in Debtors' books and records. No documentation attached to validate claim. Claimant is related to Sartraco, which acquired rights to Sin City 2. By Court order [Docket No. 2251], Sartraco was given an allowed general unsecured claim of $5,000,000 for Claim No. 20188. |
| 54 | TENGRI INC F/S/O TIMUR BEKMAMBETOV<br>C/O JMBM, ATTN THOMAS M GEHER<br>1900 AVENUE OF THE STARS, 7TH FL<br>LOS ANGELES, CA 90067 | The Weinstein Company LLC | 2/11/2019 | 20122 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $750,000.00<br><br>Total: $750,000.00 | No record of liability in Debtors' books and records. The underlying contracts and any related cure amounts associated with the Claim were assumed by the Purchaser pursuant to the Notice of Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Dkt 216] (the "Assignment Notice"). Claimant's Objections to the Assignment Notice were ultimately withdrawn [Dkt 3360]. |
| 55 | TRANCAS INTERNATIONAL FILMS, INC.<br>1875 CENTURY PARK E STE 1145<br>LOS ANGELES CA 90067-2337 | The Weinstein Company Holdings LLC | 2/13/2019 | 180 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $129,923.00<br><br>Total: $129,923.00 | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| 56 | TWENTIETH CENTURY FOX FILM CORPORATION<br>C/O ALSTON & BIRD LLP<br>ATTN LEIB M LERNER 333 S. HOPE STREET, 16TH FLOOR<br>LOS ANGELES CA 90071 | The Weinstein Company LLC | 2/15/2019 | 20266 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $Unliquidated<br><br>Total: $Unliquidated | No record of liability in Debtors' books and records. The Proof of Claim was stated to be provisional and no documentation was attached to validate the claim. |
| 57 | VIEW ASKEW PRODUCTIONS INC<br>C/O POLSINELLI PC<br>ATTN SHANTI M KATONA<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON DE 19801 | The Weinstein Company LLC | 2/11/2019 | 20119 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $70,368.00<br><br>Total: $70,368.00 | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |

**Schedule 1**

*No Liability Claims*

| # | Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|
| 58 | VISIONA ROMANTICA, INC.<br>12400 WILSHIRE BLVD STE 850<br>LOS ANGELES CA 90025-1055 | The Weinstein Company LLC | 2/14/2019 | 187 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $1,524,203.00<br><br>Total: $1,524,203.00 | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| 59 | WESTSIDE PRODUCTIONS LLC<br>C/O LAWRENCE COHEN, CPA<br>685 THIRD AVENUE<br>NEW YORK NY 10017 | The Weinstein Company Holdings LLC | 2/15/2019 | 20255 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $Unliquidated<br><br>Total: $Unliquidated | No record of liability in Debtors' books and records.  No documentation was attached to validate the claim. |
| 60 | WILLIAMMORRIS ENDEAVOR ENTERTAINMENT LLC<br>WME C/O COURTNEY BRAUN<br>9601 WILSHIRE BLVD., 3RD FL<br>BEVERLY HILLS CA 90210 | The Weinstein Company LLC | 2/13/2019 | 20180 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $2,000,000.00<br><br>Total: $2,000,000.00 | No record of liability in Debtors' books and records.  No documentation was attached to validate the claim. |
| 61 | WILLIE LUMP LUMP ENTERPRISES INC AND BILL MURRAY<br>C/O ZIFFREN BRITTENHAM LLP<br>ATTN DAVID NOCHIMSON, ESQ<br>1801 CENTURY PARK WEST<br>LOS ANGELES CA 90067 | The Weinstein Company LLC | 2/15/2019 | 80081 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $Unliquidated<br><br>Total: $Unliquidated | No record of liability in Debtors' books and records.  The film is unrecouped and no participations are owed to the Claimant. |
| 62 | WONDERWORLD STUDIOS, INC<br>12268 VENTURA BLVD<br>STUDIO CITY CA 91604-2518 | The Weinstein Company LLC | 2/15/2019 | 195 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $450,000.00<br><br>Total: $450,000.00 | The Debtors do not have liability for the Disputed Claim, which resides at Portfolio Funding Company LLC I. |
| 63 | WP COMPANY LLC<br>1301 K STREET NW<br>WASHINGTON, DC 20071 | The Weinstein Company Holdings LLC | 6/20/2018 | 20042 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $59,790.05<br><br>Total: $59,790.05 | No record of liability in Debtors' books and records.  No documentation was attached to validate the claim. |

## Schedule 2

**Modify and Allow Claims**

## Schedule 2

*Modified & Allowed Claims*

| | Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Reclassification | Surviving Claim Amount |
|---|---|---|---|---|---|---|---|
| 1 | BERNARDI, ADAM<br>ADDRESS REDACTED | The Weinstein Company Holdings LLC | 5/1/2018 | 20029 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $Unliquidated<br><br>Total: $Unliquidated | Filed claim amount is stated as undetermined, however the Debtors' books and records, scheduled amount and sumtotal of invoices attached to proof of claim match the Surviving Claim Amount, and therefore should be fixed at $58,500.00. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $58,500.00<br><br>Total: $58,500.00 |
| 2 | BRUCE COHEN PRODUCTIONS AND BRUCE COHEN<br>C/O LANDAU GOTTFRIED BERGER LLP<br>ATTN MICHAEL GOTTFRIED<br>1880 CENTURY PARK E STE 1101<br>LOS ANGELES CA 90067-1608 | The Weinstein Company LLC | 2/15/2019 | 80082 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $404,727.00 (at least)<br><br>Total: $404,727.00 (at least) | Asserted Claim Amount is based on the claimant's last film participation statement received, which matches Debtors' updated books and records. The Surviving Claim Amount liquidates the claim to that amount. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $404,727.00<br><br>Total: $404,727.00 |
| 3 | BRADFORD CAPITAL HOLDINGS, LP TRANSFEROR: GDC DIGITAL CINEMA NETWORK<br>C/O BRADFORD CAPITAL MANAGEMENT, LLC<br>ATTN: BRIAN BRAGER-PO BOX 4353<br>CLIFTON NJ 07012 | The Weinstein Company LLC | 5/11/2018 | 20033 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $703,230.04<br><br>Total: $703,230.04 | Proof of claim includes post-petition late fees. Claimant not entitled to postpetition late fees. Surviving claim amount matches books and records and scheduled amount. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $629,018.41<br><br>Total: $629,018.41 |
| 4 | FLOFFIN INC<br>C/O HANSEN JACOBSON LLP<br>ATTN GRETCHEN RUSH, ESQ<br>450 N ROXBURY DR, 8TH FL<br>BEVERLY HILLS CA 90210 | The Weinstein Company LLC | 2/8/2019 | 40008 | 503(b)(9): $0.00<br>Other Administrative: $Unliquidated<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $0.00<br><br>Total: $Unliquidated | The Surviving Claim Amount liquidates the claim to match Debtors' updated books and records for film participations earned during the Adminstrative Period. | 503(b)(9): $0.00<br>Other Administrative: $9,016.90<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $0.00<br><br>Total: $9,016.90 |
| 5 | FLOFFIN INC<br>C/O HANSEN JACOBSON LLP<br>ATTN GRETCHEN RUSH, ESQ<br>450 N ROXBURY DR, 8TH FL<br>BEVERLY HILLS CA 90210 | The Weinstein Company LLC | 2/8/2019 | 80045 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $102,623.00<br><br>Total: $102,623.00 | Asserted Claim Amount is based on the claimant's last film participation statement received, which matches Debtors' updated books and records. The Surviving Claim Amount liquidates the claim to that amount. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $132,015.10<br><br>Total: $132,015.10 |

**Schedule 2**

*Modified & Allowed Claims*

| | Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Reclassification | Surviving Claim Amount |
|---|---|---|---|---|---|---|---|
| 6 | GORDON, JONATHAN<br>ADDRESS REDACTED | The Weinstein Company LLC | 2/15/2019 | 80091 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $450,000.00 (at least)<br><br>Total:  $450,000.00 (at least) | Asserted Claim Amount is based on the claimant's last film participation statement received, which matches Debtors' updated books and records. The Surviving Claim Amount liquidates the claim to that amount. | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $404,727.00<br><br>Total:  $404,727.00 |
| 7 | IGNITION CREATIVE LLC<br>1201 W 5TH ST STE M240<br>LOS ANGELES CA 90017-2024 | The Weinstein Company Holdings LLC | 12/20/2018 | 136 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $407,204.63<br><br>Total:  $407,204.63 | Proof of claim does not account for payments made in late 2017. Surviving claim amount matches books and records and scheduled amount. | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $326,642.13<br><br>Total:  $326,642.13 |
| 8 | JAK CREATIONS INC<br>ATTN JOHN ALEX KELEDJIAN<br>917 12TH ST #2<br>SANTA MONICA CA 90403 | The Weinstein Company LLC | 1/31/2019 | 80029 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $Unliquidated<br><br>Total:  $Unliquidated | No documentation provided to support claim.  Surviving claim amount matches books and records and scheduled amount. | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $6,000.00<br><br>Total:  $6,000.00 |
| 9 | OLE MEDIA MANAGEMENT LP<br>DBA JINGLE PUNKS<br>120 BREMNER BOULEVARD SUITE 2900<br>TORONTO ON M5J 0A8 | The Weinstein Company Holdings LLC | 4/20/2018 | 20015 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $79,800.00<br><br>Total:  $79,800.00 | $55,000 of asserted claim amount is owed by non-debtor Runway Productions.<br>Surviving claim amount matches books and records. | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $24,800.00<br><br>Total:  $24,800.00 |
| 10 | PHILADELPHIA MEDIA NETWORK<br>PO BOX 2235<br>BALA CYNWYD PA 19004 | The Weinstein Company Holdings LLC | 3/22/2018 | 1 | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $63,763.68<br><br>Total:  $63,763.68 | Invoices attached to proof of claim do not match asserted claim amount. Surviving claim amount matches books and records, scheduled amount and total invoices attached to proof of claim. | 503(b)(9):  $0.00<br>Other Administrative: $0.00<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $53,136.40<br><br>Total:  $53,136.40 |
| 11 | SABAJKA PRODUCTIONS II INC<br>C/O HIRSCH WALLERSTEIN HAYUM MATLOF + FISHMAN LLP;<br>ATTN HOWARD FISHMAN<br>10100 SANTA MONICA BLVD STE 1700<br>LOS ANGELES CA 90067 | The Weinstein Company LLC | 2/15/2019 | 40024 | 503(b)(9):  $0.00<br>Other Administrative: $Unliquidated<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $0.00<br><br>Total:  $Unliquidated | The Surviving Claim Amount liquidates the claim to match Debtors' updated books and records for film participations earned during the Adminstrative Period. | 503(b)(9):  $0.00<br>Other Administrative: $22,001.05<br>Secured:  $0.00<br>Priority:  $0.00<br>Unsecured:  $0.00<br><br>Total:  $22,001.05 |

**Schedule 2**

*Modified & Allowed Claims*

| | Name of Claimant | Debtor | Date Claim Filed | Claim Number | Asserted Claim Amount | Basis for Proposed Reclassification | Surviving Claim Amount |
|---|---|---|---|---|---|---|---|
| 12 | SABAJKA PRODUCTIONS II INC.<br>C/O HIRSH WALLERSTEIN HAYUM MATLOF + FISHMAN LLP;<br>ATTN HOWARD FISHMAN<br>10100 SANTA MONICA BLVD STE 1700<br>LOS ANGELES CA 90067 | The Weinstein Company LLC | 2/15/2019 | 80092 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $168,611.00<br><br>Total: $168,611.00 | Asserted Claim Amount is based on the claimant's last film participation statement received, which matches Debtors' updated books and records. The Surviving Claim Amount liquidates the claim to that amount. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $190,191.95<br><br>Total: $190,191.95 |
| 13 | SPEED MEDIA INC<br>C/O BRIGGS LAW OFFICE<br>ATTN JEFFREY C BRIGGS<br>3373 COUNTRY HOME COURT, 1ST FLOOR<br>THOUSAND OAKS CA 91362 | The Weinstein Company LLC | 2/11/2019 | 80047 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $565,694.54<br><br>Total: $565,694.54 | Proof of claim includes interest and penalties through the post-petition period into 2019 at rate not allowed in contract. Surviving claim amount matches books and records and scheduled amount. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $457,998.45<br><br>Total: $457,998.45 |