IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| TWC LIQUIDATION TRUST, LLC, | ) Case No. 18-10601 (MFW) <br> ) |
| Debtor. | ) <br> ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 17, 2026 AT 2:00 P.M. (ET)**

> **This proceeding will be conducted remotely via Zoom. Please refer to Judge Walrath's Chambers Procedures at https://www.deb.uscourts.gov/judge-mary-f-walrath and the Court's website at https://www.deb.uscourts.gov for information on who may participate remotely, the method of allowed participation (video or audio), Judge Walrath's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**MATTER FOR WHICH A COC HAS BEEN FILED:**

1. Liquidation Trustee's Fourth Omnibus Objection (Non-Substantive) to Certain Claims (No Liability Claims; Modify and Allow Claims) [Filed: 1/12/26] (Docket No. 3733)

    Response Deadline: February 10, 2026 at 4:00 p.m. (ET) *(extended until March 10, 2026 for Frank Miller Inc. and Frank Miller)*

    Responses Received: None.

    Related Documents:

    A. [Proposed] Order Sustaining Liquidation Trustee's Fourth Omnibus Objection (Non-Substantive) to Certain Claims (No Liability Claims; Modify and Allow Claims) [Filed: 1/12/26] (Docket No. 3733, Exhibit A)

    B. Notice of Submission of Proofs of Claim in Connection with the Liquidation Trustee's Fourth Omnibus Objection (Non-Substantive) to Certain Claims (No Liability Claims; Modify and Allow Claims) [Filed: 2/3/26] (Docket No. 3735)

C.  Certification of Counsel Regarding Liquidation Trustee's Fourth Omnibus Objection (Non-Substantive) to Certain Claims (No Liability Claims; Modify and Allow Claims) [Filed: 2/12/26] ([Docket No. 3736](#))

<u>Status</u>:  A revised proposed order has been filed under certification of counsel. The Liquidation Trustee has agreed to adjourn the Objection to the claim of Frank Miller Inc. and Frank Miller (Claim No. 80099) to a date to be determined.  The Liquidation Trustee requests entry of the revised proposed order attached to the certification of counsel.  No hearing will be necessary unless the Court has questions.

| | |
|---|---|
| Dated:  February 12, 2026 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ Edward A. Corma* |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Edward A. Corma (DE Bar No. 6718) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: jrosell@pszjlaw.com |
| |        ecorma@pszjlaw.com |
| | |
| | *Counsel for Dean A. Ziehl, solely in his capacity as Liquidation Trustee of the TWC Liquidation Trust* |