**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| TWC LIQUIDATION TRUST, LLC, | ) Case No. 18-10601 (MFW) |
| Debtor. | ) **Re: Docket No. 3737** |

**AMENDED[1] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 17, 2026 AT 2:00 P.M. (ET)**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT
AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**RESOLVED MATTER:**

1. Liquidation Trustee's Fourth Omnibus Objection (Non-Substantive) to Certain Claims (No Liability Claims; Modify and Allow Claims) [Filed: 1/12/26] (Docket No. 3733)

   Response Deadline: February 10, 2026 at 4:00 p.m. (ET) *(extended until March 10, 2026 for Frank Miller Inc. and Frank Miller)*

   Responses Received: None.

   Related Documents:

   A. [Proposed] Order Sustaining Liquidation Trustee's Fourth Omnibus Objection (Non-Substantive) to Certain Claims (No Liability Claims; Modify and Allow Claims) [Filed: 1/12/26] (Docket No. 3733, Exhibit A)

   B. Notice of Submission of Proofs of Claim in Connection with the Liquidation Trustee's Fourth Omnibus Objection (Non-Substantive) to Certain Claims (No Liability Claims; Modify and Allow Claims) [Filed: 2/3/26] (Docket No. 3735)

   C. Certification of Counsel Regarding Liquidation Trustee's Fourth Omnibus Objection (Non-Substantive) to Certain Claims (No Liability Claims; Modify and Allow Claims) [Filed: 2/12/26] (Docket No. 3736)

---

[1] **Amended items are in bold.**

**D.**  **[Signed] Order Sustaining Liquidation Trustee's Fourth Omnibus Objection (Non-Substantive) to Certain Claims (No Liability Claims; Modify and Allow Claims) [Filed: 2/12/26] ([Docket No. 3738](#))**

<u>Status</u>:  **The Court has entered an order on this matter.  No hearing is necessary.**

Dated:  February 12, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Edward A. Corma*
Jason H. Rosell (admitted *pro hac vice*)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  jrosell@pszjlaw.com
           ecorma@pszjlaw.com

*Counsel for Dean A. Ziehl, solely in his capacity as Liquidation Trustee of the TWC Liquidation Trust*

4910-7015-7966.2 92767.001