## UNITED STATES BANKRUPTCY COURT

DISTRICT OF   Delaware

In re:  TWC Liquidation Trust, LLC (f/k/a The
Weinstein Company Holdings LLC)

§
§
§
§

Case No.   18-10601

Debtor(s)

☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2026

Petition Date: 03/19/2018

Plan Confirmed Date:01/26/2021

Plan Effective Date: 02/18/2021

This Post-confirmation Report relates to:  ◯ Reorganized Debtor

◉ Other Authorized Party or Entity: TWC Liquidation Trust, LLC

Name of Authorized Party or
Entity

/s/ Edward A. Corma
Signature of Responsible Party

Edward A. Corma
Printed Name of Responsible Party

07/08/2026
Date

919 N. Market St., 17th Floor
Wilmington, DE 19801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

Debtor's Name TWC Liquidation Trust, LLC (f/k/a The Weinstein Company Holdings LLC)     Case No.   18-10601

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $28,503 | $8,922,418 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $28,503 | $8,922,418 |

## Part 2: Preconfirmation Professional Fees and Expenses

|  |  |  |  | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | Aggregate Total | $0 | $41,757,029 | $0 | $41,757,029 |
|  | *Itemized Breakdown by Firm* | | | | | | |
|  | | Firm Name | Role | | | | |
|  | i | Cravath, Swaine & Moore LLP | Lead Counsel | $0 | $12,393,847 | $0 | $12,393,847 |
|  | ii | FTI Consulting | Financial Professional | $0 | $3,387,250 | $0 | $3,387,250 |
|  | iii | Berkeley Research Group, LLC | Financial Professional | $0 | $2,564,208 | $0 | $2,564,208 |
|  | iv | Seyfarth Shaw LLP | Co-Counsel | $0 | $1,705,630 | $0 | $1,705,630 |
|  | v | Richards, Layton & Finger, PA | Local Counsel | $0 | $4,734,913 | $0 | $4,734,913 |
|  | vi | WithumSmith+Brown, PC | Financial Professional | $0 | $811,284 | $0 | $811,284 |
|  | vii | Pachulski Stang | Local Counsel | $0 | $5,348,214 | $0 | $5,348,214 |
|  | viii | EPIQ | Other | $0 | $3,027,363 | $0 | $3,027,363 |
|  | ix | Berstein Litowitz | Special Counsel | $0 | $401,865 | $0 | $401,865 |
|  | x | Moelis & Company | Financial Professional | $0 | $7,264,369 | $0 | $7,264,369 |
|  | xi | Brown Rudnick | Other | $0 | $21,672 | $0 | $21,672 |
|  | xii | Hagens Berman | Other | $0 | $96,414 | $0 | $96,414 |
|  | xiii | | | | | | |
|  | xiv | | | | | | |
|  | xv | | | | | | |
|  | xvi | | | | | | |
|  | xvii | | | | | | |
|  | xviii | | | | | | |
|  | xix | | | | | | |
|  | xx | | | | | | |
|  | xxi | | | | | | |
|  | xxii | | | | | | |
|  | xxiii | | | | | | |
|  | xxiv | | | | | | |
|  | xxv | | | | | | |
|  | xxvi | | | | | | |
|  | xxvii | | | | | | |
|  | xxviii | | | | | | |
|  | xxix | | | | | | |

UST Form 11-PCR (12/01/2021) - Mac

Debtor's Name TWC Liquidation Trust, LLC (f/k/a The Weinstein Company Holdings LLC)     Case No.   18-10601

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxviii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |

Debtor's Name TWC Liquidation Trust, LLC (f/k/a The Weinstein Company Holdings LLC)     Case No.   18-10601

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxvii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor          *Aggregate Total* | | | $0 | $694,810 | $0 | $677,065 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| i | | Cloisters | Special Counsel | $0 | $58,636 | $0 | $40,891 |
| ii | | Barnes & Thornburg LLP | Special Counsel | $0 | $329,126 | $0 | $329,126 |
| iii | | Buchalter | Special Counsel | $0 | $49,158 | $0 | $49,158 |
| iv | | Eisner Jaffe | Special Counsel | $0 | $104,808 | $0 | $104,808 |
| v | | Farrer & Co. | Special Counsel | $0 | $46,850 | $0 | $46,850 |
| vi | | Mitchell Silberberg & Knupp LL | Special Counsel | $0 | $72,867 | $0 | $72,867 |

Debtor's Name TWC Liquidation Trust, LLC (f/k/a The Weinstein Company Holdings LLC)          Case No.  18-10601

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| vii | Sheppard Mullin Richter & Hampton | Special Counsel | | $0 | $33,364 | $0 | $33,364 |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |
| xv | | | | | | | |
| xvi | | | | | | | |
| xvii | | | | | | | |
| xviii | | | | | | | |
| xix | | | | | | | |
| xx | | | | | | | |
| xxi | | | | | | | |
| xxii | | | | | | | |
| xxiii | | | | | | | |
| xxiv | | | | | | | |
| xxv | | | | | | | |
| xxvi | | | | | | | |
| xxvii | | | | | | | |
| xxviii | | | | | | | |
| xxix | | | | | | | |
| xxx | | | | | | | |
| xxxi | | | | | | | |
| xxxii | | | | | | | |
| xxxiii | | | | | | | |
| xxxiv | | | | | | | |
| xxxv | | | | | | | |
| xxxvi | | | | | | | |
| xxxvii | | | | | | | |
| xxxviii | | | | | | | |
| xxxix | | | | | | | |
| xl | | | | | | | |
| xli | | | | | | | |
| xlii | | | | | | | |
| xliii | | | | | | | |
| xliv | | | | | | | |
| xlv | | | | | | | |
| xlvi | | | | | | | |
| xlvii | | | | | | | |
| xlviii | | | | | | | |

UST Form 11-PCR (12/01/2021) - Mac                              5

Debtor's Name TWC Liquidation Trust, LLC (f/k/a The Weinstein Company Holdings LLC)     Case No.  18-10601

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxvii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name TWC Liquidation Trust, LLC (f/k/a The Weinstein Company Holdings LLC)   Case No. 18-10601

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $42,451,839 | $0 | $42,434,094 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $3,305,000 | $0 | $1,875,039 | $0 | 0% |
| b. Secured claims | $195,358,661 | $0 | $195,358,661 | $0 | 0% |
| c. Priority claims | $750,000 | $0 | $107,477 | $0 | 0% |
| d. General unsecured claims | $125,000,000 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?   Yes ◯   No ◉

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ◯

UST Form 11-PCR (12/01/2021) - Mac

Debtor's Name TWC Liquidation Trust, LLC (f/k/a The Weinstein Company Holdings LLC)                    Case No.  18-10601

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan.  Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Edward A. Corma
Signature of Responsible Party

Attorney
Title

Edward A. Corma
Printed Name of Responsible Party

07/08/2026
Date

UST Form 11-PCR (12/01/2021) - Mac                    8

Debtor's Name TWC Liquidation Trust, LLC (f/k/a The Weinstein Company Holdings LLC)
Case No.  18-10601



Page 1



Other Page 1



Page 2 Minus Tables



Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021) - Mac

Debtor's Name TWC Liquidation Trust, LLC (f/k/a The Weinstein Company Holdings LLC)                    Case No.   18-10601



Bankruptcy Table 51-100



Non-Bankruptcy Table 1-50



Non-Bankruptcy Table 51-100



Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021) - Mac                    10