**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWC Liquidation Trust, LLC,[1] | ) | Case No. 18-10601 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

Hearing Date: To Be Scheduled if Necessary
Objection Deadline: August 28, 2026 at 4:00 p.m. (ET)

### NOTICE OF OBJECTION OF THE TWC LIQUIDATION TRUST TO CLAIM NO. 20179 FILED BY RADAR PICTURES, LLC, AND CLAIM NOS. 20233 AND 20334 FILED BY FURST FILMS, INC.

**PLEASE TAKE NOTICE** that on July 20, 2026, Dean A. Ziehl (the "Liquidation Trustee"), solely in his capacity as Liquidation Trustee of the TWC Liquidation Trust formed pursuant to the *Fifth Amended Joint Chapter 11 Plan of Liquidation* of The Weinstein Company Holdings LLC and its affiliated debtors (collectively, the "Debtors"), filed the *Objection of the TWC Liquidation Trust to Claim No. 20179 Filed By Radar Pictures, LLC, and Claim Nos. 20233 and 20334 Filed By Furst Films, Inc.* (the "Objection") with the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Objection is attached hereto. **Your claim may be modified or disallowed as a result of the Objection. Therefore, you should read the attached Objection carefully.**

**PLEASE TAKE FURTHER NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION AND BY ANY FURTHER CLAIM OBJECTION THAT MAY BE FILED BY THE LIQUIDATION TRUSTEE. THE RELIEF SOUGHT HEREIN IS WITHOUT PREJUDICE TO THE LIQUIDATION TRUSTEE'S RIGHT TO**

---

[1] The mailing address for TWC Liquidation Trust, LLC is c/o Dean A. Ziehl, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067.

4897-3354-1030.2 92767.002

**PURSUE FURTHER OBJECTIONS AGAINST YOUR CLAIM SUBJECT TO AND IN ACCORDANCE WITH APPLICABLE LAW AND APPLICABLE ORDERS OF THE BANKRUPTCY COURT.**

**PLEASE TAKE FURTHER NOTICE** that if the holder of a claim that is the subject of the Objection wishes to respond to the Objection, they must file a written response with: (i) the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware,  824 North Market Street, 3rd Floor**,** Wilmington, Delaware 19801; and (ii) counsel to the Liquidation Trustee, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899 (Attn: Jason H. Rosell (jrosell@pszjlaw.com) and Edward A. Corma (ecorma@pszjlaw.com)) so as to be received on or before **August 28, 2026 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE THAT, IF A RESPONSE IS PROPERLY FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, A HEARING WILL BE HELD  ON **A DATE AND TIME TO BE SCHEDULED** BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801. ONLY RESPONSES MADE IN WRITING AND TIMELY FILED WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT SUCH HEARING.

*[Remainder of Page Intentionally Left Blank]*

4897-3354-1030.2 92767.002

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY SUSTAIN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: July 20, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Edward A. Corma*

Jason H. Rosell (CA Bar No. 269126)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile: (302) 652-4400
E-mail:    jrosell@pszjlaw.com
           ecorma@pszjlaw.com

*Attorneys for the Liquidation Trustee*

3

4897-3354-1030.2 92767.002